# Exhibit A

PH0021911

Form 10-306
(Oct. 1972)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES**
**INVENTORY – NOMINATION FORM**
**FOR FEDERAL PROPERTIES**
*(Type all entries - complete applicable sections)*

STATE:

COUNTY:

FOR NPS USE ONLY
ENTRY DATE
**NOV 30 1973**

## 1. NAME

COMMON:
**East and West Potomac Parks**

AND/OR HISTORIC:
**Potomac Flats**

## 2. LOCATION

STREET AND NUMBER: area bounded by Constitution Avenue, 17th Street, Independence Avenue, Washington Channel, Potomac River and Rock Creek Park

CITY OR TOWN:
**Washington**

CONGRESSIONAL DISTRICT: Congressman
**Walter E. Fauntroy, D.C.**

| STATE: | CODE | COUNTY: | CODE |
|---|---|---|---|
| District of Columbia | 11 | District of Columbia | 001 |

## 3. CLASSIFICATION

| CATEGORY *(Check One)* | OWNERSHIP | STATUS | ACCESSIBLE TO THE PUBLIC |
|---|---|---|---|
| [X] District  [ ] Building  [ ] Site  [ ] Structure  [ ] Object | [X] Public  [ ] Private  [ ] Both  Public Acquisition:  [ ] In Process  [ ] Being Considered | [ ] Occupied  [ ] Unoccupied  [ ] Preservation work in progress | Yes:  [ ] Restricted  [X] Unrestricted  [ ] No |

PRESENT USE *(Check One or More as Appropriate)*

| | | | |
|---|---|---|---|
| [ ] Agricultural | [X] Government | [X] Park | [X] Transportation |
| [ ] Commercial | [ ] Industrial | [ ] Private Residence | [ ] Other *(Specify)* |
| [ ] Educational | [ ] Military | [ ] Religious | |
| [ ] Entertainment | [ ] Museum | [ ] Scientific | |

[ ] Comments

## 4. AGENCY

**National Park Service, Department of the Interior**

REGIONAL HEADQUARTERS: *(If applicable)*
**National Capital Parks**

STREET AND NUMBER:
**1100 Ohio Drive, S.W.**

| CITY OR TOWN: | STATE: | CODE |
|---|---|---|
| Washington | District of Columbia | 11 |

STATE:

## 5. LOCATION OF LEGAL DESCRIPTION

COURTHOUSE, REGISTRY OF DEEDS, ETC:
**None exists--parks are reclaimed land**

STREET AND NUMBER:

CITY OR TOWN:

STATE:

CODE

RECEIVED
SEP 12 1973
NATIONAL
REGISTER

COUNTY:

## 6. REPRESENTATION IN EXISTING SURVEYS

TITLE OF SURVEY:
**National Park Service survey in compliance with Executive Order 11593**

DATE OF SURVEY: [X] Federal  [ ] State  [ ] County  [ ] Local

DEPOSITORY FOR SURVEY RECORDS:
**National Capital Parks**

STREET AND NUMBER:
**1100 Ohio Drive, S.W.**

| CITY OR TOWN: | STATE: | CODE |
|---|---|---|
| Washington | District of Columbia | 11 |

SEE INSTRUCTIONS

ENTRY NUMBER
NOV 30 1973
FOR NPS USE ONLY
DATE

## 7. DESCRIPTION

| CONDITION | | | *(Check One)* | | | |
|---|---|---|---|---|---|---|
| | ☒ Excellent | ☐ Good | ☐ Fair | ☐ Deteriorated | ☐ Ruins | ☐ Unexposed |

| | *(Check One)* | | | *(Check One)* | |
|---|---|---|---|---|---|
| | ☒ Altered | ☐ Unaltered | | ☐ Moved | ☐ Original Site |

DESCRIBE THE PRESENT AND ORIGINAL *(if known)* PHYSICAL APPEARANCE

Most of the land known as Potomac Park was originally underwater,
unnavigable shoals, or useless swamp land. That the area was reclaimed,
beginning in 1834, was merely as an incident in the construction of the
"Long Bridge" (currently the railroad bridge site), and later as a vital
sanitary measure. In order to construct the "Long Bridge," it was
necessary in 1834 to build an approach on a solid earth causeway. This
was done on top of the shoals on the District side of the Potomac, and
the fill used was mud from the dredging of the river channels and from
excavations under Dupont Circle. After most of the present area had
been filled, the Potomac River which had once flowed very near the base
of the Washington Monument, was now some distance westward from the
Monument. The Washington Channel, which lies between Hains Point and
the Naval Air Station, was kept open and separate from the river to provide
a quiet harbour. Unlike the river, however, the Channel was inclined to
fill with mud. To remedy this, it became necessary to regulate the
tidal pools in the western part of Potomac Park used for washing out the
Channel daily. This necessitated the creation of the Tidal Basin, an
artificial body of water, which at high tide fills up with water flowing
through the inlet bridge and at low tide, expels the surplus water under
the 14th Street Bridge at the lower end of the Basin. Thus, it sweeps
through the Washington Channel taking away mud and sand and keeping the
ship lanes of the Channel open.

The reclamation of the Potomac Flats and the excavation of the Tidal
Basin had been authorized by Congress by an Act of August 2, 1882, which
appropriated $400,000 for the project. It was not, however, until March 3,
1897, by another Act of Congress that:

> "the entire area formerly known as the Potomac Flats,
> and now being reclaimed, together with the tidal reser-
> voirs, be, and the same are hereby, made and declared
> a public park, under the name of the Potomac Park, and
> to be forever held and used as a park for the recreation
> and pleasure of the people."

This Act began the refinement and landscaping of the land for recreational
purposes. The Office of Public Buildings and Grounds had received the
land from the Corps of Engineers and set out to develop a new park area
which "preserved the features of its natural beauty or enhanced the
natural landscape." This was done primarily through the clearing of the
land for playing fields and picnic grounds and by the erection of several
memorials.

The West Potomac Park area was the first to be developed. West Potomac
Park is the land west of the railroad bridge, including the Tidal Basin,
to Constitution Avenue on the north and to 17th Street on the East. Most
of the early work done on the area consisted of grading and paving a road-
way, and in 1904 of lining the parkway west of 17th Street with portrait
statues from St. Louis. In 1907, a boat dock was built near the bathing
beach on the Tidal Basin, and, in 1908, the polo fields west of the Tidal
Basin was graded and a wooden bandstand erected. Meanwhile, macadam

SEE INSTRUCTIONS

Form 10-300a
(July 1969)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

NATIONAL REGISTER OF HISTORIC PLACES

INVENTORY - NOMINATION FORM

*(Continuation Sheet)*

*(Number all entries)*

| STATE |
|---|
| COUNTY |
| FOR NPS USE ONLY |

| ENTRY NUMBER | DATE |
|---|---|
| NOV 3 0 1973 | |

RECEIVED
SEP 1 2 1973
NATIONAL
REGISTER

Potomac Park

7. Description (2)

roadways, the inlet bridge, bridle paths and walkways were being completed
throughout the park. On March 25, 1912, 3,000 Japanese cherry trees were
received as a gift from the City of Tokyo and ceremonially planted by the
Japanese Ambassador's wife and by Mrs. William H. Taft around the Tidal
Basin. To these were added 55 flowering peach trees making the area a
prime visitor site in the spring. A statue of Captain John Paul Jones,
sculpted by Charles H. Niehaus, was unveiled at the foot of the 17th Street near
the Tidal Basin, in 1912. This was the first permanent monument completed
in the park. Work on the Lincoln Memorial, to be built in West Potomac Park,
was begun in 1913 with Henry Bacon as the commissioned architect and
Daniel Chester French as the Lincoln statue sculptor. The Memorial was
dedicated on May 20, 1922, and its construction had done much to improve
Potomac Park, notably, the improvement of roadways and the construction of
permanent approaches to the Memorial, as well as necessary reinforcement of
the land itself as some settling was beginning to occur. During this time,
progress was continually being made throughout West Potomac Park with
seeding, planting and taming a few more acres into park-like appearance
every year.

In 1918 a public beach was completed on the present site of the Jefferson
Memorial, and a liquid chlorine plant was installed under the Tidal Basin
inlet bridge. Elsewhere in West Potomac Park, the Wilson Administration
had authorized the construction of two concrete office buildings along
Constitution Avenue, west of 17th Street, to be occupied by the War and Navy
Departments during World War I. They were completed in 1918 as "temporary"
but were not demolished until 1970. With the completion of the Reflection
Pool and the smaller transverse pool at its east end in 1922, the basic
present design of West Potomac Park was completed. Although there were to
be later constructions in the park, all land was now reclaimed and in use
for recreational purposes.

The first improvements in East Potomac Park consisted of the construction
of a macadam roadway around the fringes of the park. During this time,
several low places behind the sea wall surrounding East Potomac Park
were reinforced and filled. Other improvements included clearing the land,
planting more cherry trees and laying out a bridle path. During the war
years, several acres of the park were used by the Boy Scouts as "war gardens"
to produce corn. The first nine of the present golf greens were constructed
in 1917 and the last nine completed in 1922. During this era, 15 acres of
East Potomac Park were occupied by 41 wooden buildings housing regular army
troops on guard duty in Washington. A ferry was launched at this time and
for 3 years carried visitros from 7th Street across the Washington Channel
to Hains Point.

Form 10-300a
(July 1969)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

NATIONAL REGISTER OF HISTORIC PLACES

INVENTORY - NOMINATION FORM

*(Continuation Sheet)*

RECEIVED
SEP 1 2 1973
NATIONAL
REGISTER

(Number all entries)

| STATE | |
|---|---|
| COUNTY | |
| FOR NPS USE ONLY | |
| ENTRY NUMBER | DATE |
| NOV 3 0 1973 | |

7. Description (3)                                    Potomac Park

An automobile tourist camp was set up in 1921 near the railroad bridge
on the site of the buildings which had housed the troops during the war.
Since 1920, the Girl Scouts had operated a refreshment concession at Hains
Point.  In 1924 a new concession, the Teahouse, had been erected for them
and the Girl Scouts continued to run the concession until 1925.

Up until this time - 1925 - the supervision of Potomac Park had been under
the Office of Public Buildings and Grounds.  In this year, however, that
office ceased to exist and was replaced by the Office of Public Buildings
and Public Parks of the Nation's Capital.  One of the first jobs accomplished
by this new department was the elimination of the Tidal Basin bathing beach
in 1925, thus restoring the lawn area around the Tidal Basin.

In 1926, a memorial statue to John Ericsson, a Swedish immigrant and
designer of the U.S.S. Monitor was completed.  Charles Fraser was commissioned
as the sculptor and the statue was located on Ohio Drive south of the Lincoln
Memorial.  In 1928, the 100th anniversary of the opening of the C & O Canal,
a memorial plaque was dedicated on the old lock house at 17th Street and
Constitution Avenue.  Also in 1928, a large ornamental marble urn donated by
the President of Cuba to President Coolidge was placed in the rose garden
in West Potomac Park.  This urn was a fragment of one of the columns that
had supported the monument to the U.S.S. Maine in Havana.

In November, 1931, a marble memorial bandstand was dedicated by President
Herbert Hoover to District of Columbia residents who had served in the armed
forces in World War I.  The memorial was designed by Frederick Brooke,
Horace Peaslee, and Nathan Wyeth and constructed in West Potomac Park, south
of the reflecting pool and west of 17th Street.  After the completion of
the D.C. War Memorial, the wooden bandstand near the polo field was demolished.

The Arlington Memorial Bridge had been under construction since 1925, and
its construction necessitated more reinforcement of parkway approaches.  In
1932, the Bridge was first opened to traffic.

On June 10, 1933, the Office of Public Buildings and Public Parks of the
Nation's Capital was reorganized under the Department of the Interior and on
March 2, 1934 was further reorganized as a part of the National Park Service.
The administration of the Potomac Parks was thus shifted to its present
status.

Rudulf Evans was commissioned in 1941 to design the memorial to Thomas
Jefferson.  Frederick Law Olmstead was commissioned to do the landscape
architecture for the memorial.  However, World War II delayed work on the
memorial and it was not dedicated until 1947.

Case 1:26-cv-00477-ACR    Document 1-1    Filed 02/13/26    Page 6 of 182

Form 10-300d
(July 1969)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

NATIONAL REGISTER OF HISTORIC PLACES

INVENTORY - NOMINATION FORM

(Continuation Sheet)

RECEIVED
SEP 1 2 1973
NATIONAL REGISTER
(Number all entries)

| STATE |
| --- |
| COUNTY |

| FOR NPS USE ONLY | |
| --- | --- |
| ENTRY NUMBER | DATE |
| NOV 8 0 1973 | |

Potomac Park

7. Description    (4)

World War II also brought a reversal in the use of parts of Potomac Park
as park land.  As during World War I, many temporary war-time measures
affecting Potomac Park were enacted.  Notably, the covering of the polo
field with six inches of asphalt as a parking lot.  More temporary measures
were the construction of dormitories providing housing for girls working in
Washington during the war.  In 1949, these buildings were converted into
offices for the War Assets Administration and were finally demolished in
1965.

The construction of the Rochambeau Bridge (completed in 1958), the Case
Memorial Bridge (completed in 1966), and the George Mason Bridge (completed
in 1967) have also somewhat changed the face of Potomac Park due to the
necessary approaches, plazas, and overpasses that cut through park land.

In 1954, a 300 year old granite Japanese lantern was presented by the Gov-
ernor of Tokyo to commemorate Commander Perry's visit to Japan.  The lantern
is in West Potomac Park and its ceremonial lighting begins the Cherry Blossom
Festival each year.  In 1958, the Mayor of Yokohama presented a stone
pagoda, also placed in West Potomac Park in commemoration of the Treaty of
Yokohama.  That same year, a plaque memorializing the first air mail flight
from Washington, D.C. was dedicated near the river in West Potomac Park.  At
one time several acres of the park had been used for an air field and the
first air mail flight to New York, via Philadelphia had taken three hours,
in 1918.  Other changes in recent years have been the necessary and recur-
rent dumping of dredged mud onto Hains Point because of constant settling.
The bicycle center, horse stables and Girl Scout Teahouse have all been
closed.  The Teahouse has become the Ecological Services Lab of the National
Park Service and the bicycle center has become offices for a mobile tourist
concession.  In the Johnson Administration, Potomac Park was the recipient
of other additions as a part of Mrs. Johnson's Beautification Program.  In
1967, an anonymous gift of $160,00 made possible the 150 foot jet fountain
off Hains Point.  In that same year, a set of playground equipment donated
by the President of Mexico, was presented to the citizens of Washington in
commemoration of the Johnson's visit to Mexico.

Today, the landscaping of Potomac Park and the Tidal Basin is a part of a
well-integrated plan which includes not only recreational areas, but serves
as a background for several memorials and acts as a buffer between the
Potomac River, in an area where the river serves as a backdrop to the
Federal City , and the parks, drives, and monumental buildings of the
Nation's Capital.

Presently, Potomac Park consists of 723.86 acres, most of it open park land
ringed by parkways, and divided by concrete walks along the river.  Begin-
ning in West Potomac Park, standing memorials and buildings are; the Water-
gate amphitheater, the Lincoln Memorial and Reflecting Pools, the statue of

Form 10-300a
(July 1969)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES**

**INVENTORY - NOMINATION FORM**

*(Continuation Sheet)*

| STATE |
|---|
| COUNTY |
| FOR NPS USE ONLY |
| ENTRY NUMBER | DATE |
| NOV 8 0 1973 | |

*(Number all entries)*

Potomac Park

7.  Description (5)

John Paul Jones, the D.C. War Memorial, the John Ericsson statue, the
Flowering Japanese cherry trees, the Stone Pagoda, the Japanese Lantern,
the Kutz Memorial Bridge, the Jefferson Memorial, the Pansy Gardens and
Fountain, the Tulip Gardens, the National Park Service, National Capital
Parks Headquarters, the U.S. Park Police Headquarters, tennis courts, golf
links, swimming pool, children's playground, and the Lady Bird Johnson
Fountain.



GPO 921-724

## 8. SIGNIFICANCE

**PERIOD** (Check One or More as Appropriate)

☐ Pre-Columbian  ☐ 16th Century  ☐ 18th Century  ☐ 20th Century
☐ 15th Century  ☐ 17th Century  ☒ 19th Century

**SPECIFIC DATE(S)** (If Applicable and Known)  1897-present

**AREAS OF SIGNIFICANCE** (Check One or More as Appropriate)

Aboriginal
- ☐ Prehistoric
- ☐ Historic
- ☐ Agriculture
- ☒ Architecture
- ☐ Art
- ☐ Commerce
- ☐ Communications
- ☐ Conservation

- ☐ Education
- ☐ Engineering
- ☐ Industry
- ☐ Invention
- ☒ Landscape Architecture
- ☐ Literature
- ☐ Military
- ☐ Music

- ☐ Political
- ☐ Religion/Philosophy
- ☐ Science
- ☒ Sculpture
- ☐ Social/Humanitarian
- ☐ Theater
- ☒ Transportation

- ☐ Urban Planning
- ☐ Other (Specify)
- _____
- _____
- _____
- _____
- _____
- _____

**STATEMENT OF SIGNIFICANCE**

The uses of Potomac Park as a recreational facility and its many visitor attractions constitute its significance and uniqueness as an urban park area. Its size, 723.86 acres, allows for a wide variety of activities and special events in a city that not only has a large population but also attracts millions of tourists yearly. With the exception of wartime infringements on some areas of the park, Potomac Park has fulfilled its designers intent "to be...used as a park for the recreation and pleasure of the people." Some of the recreational facilities are large open playing fields which are used for everything from baseball and rugby to kite flying, a children's playground, and a system of walkways and roadways which are used as bicycling and jogging trails as well as a means for visitors to sightsee at a leisurely pace. There are also several operating concessions including boat rides on the Tidal Basin, tennis courts, golf links, and a swimming pool.

Potomac Park also lends itself to many special event activities, the most famous being the annual Cherry Blossom Festival. This festival has been held every year since 1935 and began as a commemoration of the planting of the first Cherry Trees. The festival is focused in West Potomac Park around the Tidal Basin and is held early in the Spring. The Park has also been the scene of activities such as civil-rights and anti-war demonstrations and has even hosted several weddings. The annual President's Cup Regatta is held on the Potomac and viewed yearly from East Potomac Park.

Another equally important aspect of Potomac Park is providing a setting for the memorials and monuments within it. And, in addition to complementing the memorials within its boundaries, Potomac Park provides a backdrop for many other federal buildings and monuments within Washington. Across 17th Street, Potomac Park becomes part of the Monument grounds and the Mall, and to the Northwest, it becomes part of Rock Creek Park and Parkway.

That the design of Potomac Park was evolutionary and utilized the talents of many architects, artists, and landscape architects is even more important when one realizes that over 100 years of designing were involved, yet each new addition enhances others before it and none can be said to

SEE INSTRUCTIONS

## 9. MAJOR BIBLIOGRAPHICAL REFERENCES

A History of the Reclamation and Development of Potomac Park, Gordon
    Chappell, National Park Service, NCP-C Washington, D.C.  1971

Washington, City and Capital, 1879-1950, Constance Green, Princeton
    University Press, Princetonp New Jersey, 1963

Washington Cavalcade, Charles Hurd, E.P. Dutton & Co., New York, 1948.

The Potomac--A Report of the Potomac Planning Task Force, American Insti-
    tute of Architects, U.S.G.P.O., Washington, D.C.  1967

## 10. GEOGRAPHICAL DATA

| | LATITUDE AND LONGITUDE COORDINATES DEFINING A RECTANGLE LOCATING THE PROPERTY | | OR | LATITUDE AND LONGITUDE COORDINATES DEFINING THE CENTER POINT OF A PROPERTY OF LESS THAN TEN ACRES | |
|---|---|---|---|---|---|
| CORNER | LATITUDE | LONGITUDE | | LATITUDE | LONGITUDE |
| | Degrees Minutes Seconds | Degrees Minutes Seconds | | Degrees Minutes Seconds | Degrees Minutes Seconds |
| NW | 38° 53' 36" | 77° 03' 38" | | | |
| NE | 38° 53' 58" | 77° 02' 51" | | | |
| SE | 38° 51' 47" | 77° 00' 43" | | | |
| SW | 38° 51' 25" | 77° 01' 21" | | | |

APPROXIMATE ACREAGE OF NOMINATED PROPERTY: **723.86 acres**

LIST ALL STATES AND COUNTIES FOR PROPERTIES OVERLAPPING STATE OR COUNTY BOUNDARIES

| STATE: | CODE | COUNTY: | CODE |
|---|---|---|---|
| STATE: | CODE | COUNTY: | CODE |
| STATE: | CODE | COUNTY: | CODE |
| STATE: | CODE | COUNTY: | CODE |

RECEIVED
SEP 12 1973
NATIONAL
REGISTER

## 11. FORM PREPARED BY

NAME AND TITLE:
    Helen Dillon, Historian

DATE:
    July 15, 1972

BUSINESS ADDRESS:
    National Capital Parks

STREET AND NUMBER:
    1100 Ohio Drive, S.W.

PHONE:
    426-6957

CITY OR TOWN:
    Washington

STATE:
    District of Columbia

CODE
    11

## 12. CERTIFICATION OF NOMINATION

### State Liaison Officer recommendation:

☒ Yes
☐ No
☐ None

*State Liaison Officer Signature*

In compliance with Executive Order 11593, I hereby
nominate this property to the National Register, certify-
ing that the State Liaison Officer has been allowed 90
days in which to present the nomination to the State Re-
view Board and to evaluate its significance. The recom-
mended level of significance is ☐ National ☐ State
☐ Local

Russ Dickenson      6-21-73
*Federal Representative Signature*      *Date*

Dir, nat'l Cap Parks
*Title*

### NATIONAL REGISTER VERIFICATION

I hereby certify that this property is included in the
National Register.

Robert M Utley

(Acting) Associate Director, Professional
    Services

Date  11/30/73

ATTEST:

Charles A Herrington

*Acting* Keeper of The National Register

Date  11-29-73

GPO 938-449

Form 10-300a
(July 1969)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES**

**INVENTORY - NOMINATION FORM**

*(Continuation Sheet)*

| STATE |
|---|
| COUNTY |

| FOR NPS USE ONLY | |
|---|---|
| ENTRY NUMBER | DATE |
| NOV 30 1973 | |

*(Number all entries)*                    Potomac Park

8.  Significance (2)

be most prominent.  The people who worked on, directed, and designed for
the creation of Potomac Park are numerous.  During the years from 1867 to
1913, the reclamation project was under the direction of the Army Corps of
Engineers.  Major Peter C. Hains, for whom Hains Point was named, was the
officer in charge during the years 1882-1891.  The designer of the Tidal
Basin, Major W.C. Twining, was another member of the Corps of Engineers and
at one time the Tidal Basin was popularly known as "Twining Lake".  Potomac
Park also contains many memorial to Washingtonians, one of the few areas of
Washington to do so.  The Kutz Memorial Bridge across the Tidal Basin was
dedicated in honor of Charles W. Kutz who was Commissioner of Engineering
for the District from 1914-15, 1918-20, and 1941-44.  Another prominent
Washingtonian, Charles Carroll Glovier, financier and philanthropist, was
instrumental in getting President Cleveland to sign the Act of August 2,1882.
The D. C. War Memorial honors 435 of the District residents who served in the
armed forces during World War I.

Architects who designed or helped plan various memorials in the park were:
Henry Bacon, Lincoln Memorial;  John L. Nagle, Arlington Memorial Bridge;
Frederick D. Own, Frederick H. Brooke, Horace W. Peaslee, and Nathan Wyeth,
D.C. War Memorial;  John Russell Pope, Jefferson Memorial;  Paul P. Cret,
Rochambeau and George Mason Memorial Bridges;  and Archie Alexander, Kutz
Memorial Bridge.

Sculptors included Charles H. Niehaus, John Paul Jones Statue;  Daniel
Chester French, Lincoln Memorial Status;  James E. Fraser, John Ericsson
Statue;  and Rudulf Evans, Thomas Jefferson Statue.

Among the many landscape architects involved were those from the Corps of
Engineers, the Office of Buildings and Public Grounds of the National
Capital, the Office of Public Buildings and Public Parks of the National
Capital, and the National Park Service.  Frederick Law Olmstead, who
designed the landscaping for New York's Central Park, was commissioned to
work on the Potomac Park development and is responsible for the grounds
around the Jefferson Memorial.

RECEIVED
SEP 12 1973
NATIONAL
REGISTER

GPO 921-724

Form 10-300a
(July 1969)

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE

**NATIONAL REGISTER OF HISTORIC PLACES**

**INVENTORY - NOMINATION FORM**

*(Continuation Sheet)*

| STATE |
|---|
| COUNTY |

| FOR NPS USE ONLY | |
|---|---|
| ENTRY NUMBER | DATE |
| NOV 30 1973 | |

*(Number all entries)*                           Potomac Park

9.  Bibliography


The Development of Washington, Glenn Brown, Chamber of Commerce, Washington,
     D.C., 1910.

National Capital Parks, a pamphlet by the National Park Service, Washington,
     D.C., 1934.

Annual Report - The Commission of Fine Arts, 1911 (1st Annual Report).
     Washington, D.C., 1911.

A History of National Capital Parks, Cornelius W. Heine, Washington, D.C.



(Rev. 10-90)



United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
REGISTRATION FORM

This form is for use in nominating or requesting determinations for individual properties and districts. See instructions in How to Complete the National Register of Historic Places Registration Form (National Register Bulletin 16A). Complete each item by marking "x" in the appropriate box or by entering the information requested. If any item does not apply to the property being documented, enter "N/A" for "not applicable." For functions, architectural classification, materials, and areas of significance, enter only categories and subcategories from the instructions. Place additional entries and narrative items on continuation sheets (NPS Form 10-900a). Use a typewriter, word processor, or computer, to complete all items.

==============================================================================
1. Name of Property
==============================================================================

historic name    **East and West Potomac Parks Historic District**

other names/site number        **Potomac Flats (historically, refers to the general area of both parks prior to their reclamation by the Corps of Engineers)**

**Franklin Delano Roosevelt Memorial Park (refers to the portion of West Potomac Park that is bordered by Independence Avenue on the north, by the Tidal Basin on the east, by the Inlet Bridge on the south, and by the Potomac River on the west)**

==============================================================================
2. Location
==============================================================================

street & number  **Area roughly bounded by Constitution Avenue, NW, the Potomac River, the Washington Channel, and Seventeenth Street**
not for publication ___
city or town    **Washington**                        vicinity **X**
state    **District of Columbia**   code    **DC**   county    **District of Columbia**
code    **001**
zip code _____

(Rev. 10-90)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
REGISTRATION FORM

This form is for use in nominating or requesting determinations for individual properties and districts.
See instructions in How to Complete the National Register of Historic Places Registration Form
(National Register Bulletin 16A). Complete each item by marking "x" in the appropriate box or by
entering the information requested. If any item does not apply to the property being documented, enter
"N/A" for "not applicable." For functions, architectural classification, materials, and areas of
significance, enter only categories and subcategories from the instructions. Place additional entries and
narrative items on continuation sheets (NPS Form 10-900a). Use a typewriter, word processor, or
computer, to complete all items.

========================================================================

1. Name of Property
========================================================================

historic name    **East and West Potomac Parks Historic District**

other names/site number          **Potomac Flats (historically, refers to the general area of both parks
prior to their reclamation by the Corps of Engineers)**

**Franklin Delano Roosevelt Memorial Park (refers to the portion of
West Potomac Park that is bordered by Independence Avenue on
the north, by the Tidal Basin on the east, by the Inlet Bridge on the
south, and by the Potomac River on the west)**

========================================================================

2. Location
========================================================================

street & number  **Area roughly bounded by Constitution Avenue, NW, the Potomac River, the
Washington Channel, and Seventeenth Street**

not for publication ___
city or town    **Washington**                     vicinity **X**
state    **District of Columbia**  code   **DC**  county    **District of Columbia**
code    **001**
zip code _____

USDI/NPS NRHP Registration Form
East and West Potomac Parks Historic District
Washington, DC

===================================================================================

3. State/Federal Agency Certification
===================================================================================

As the designated authority under the National Historic Preservation Act of 1986, as amended, I hereby
certify that this __X__ nomination ____ request for determination of eligibility meets the documentation
standards for registering properties in the National Register of Historic Places and meets the procedural
and professional requirements set forth in 36 CFR Part 60. In my opinion, the property __X__ meets ____
does not meet the National Register Criteria. I recommend that this property be considered significant
__X__ nationally ___ statewide ___ locally.
( ___ See continuation sheet for additional comments.)

_____     _____
Signature of certifying official            Date

_____
State or Federal agency and bureau

In my opinion, the property __X__ meets ____ does not meet the National Register criteria. ( ___ See
continuation sheet for additional comments.)

_____     9-18-01
Signature of commenting or other official        Date

        National Park Service
_____
State or Federal agency and bureau

===================================================================================

4. National Park Service Certification
===================================================================================

I, hereby certify that this property is:

____ entered in the National Register        _____  _____
       ___ See continuation sheet.
____ determined eligible for the             _____  _____
     National Register
       ___ See continuation sheet.
____ determined not eligible for the         _____  _____
     National Register
____ removed from the National Register  _____  _____
____ other (explain): _____

_____  _____  _____
   Signature of Keeper        Date of Action

USDI/NPS NRHP Registration Form
East and West Potomac Parks Historic District
Washington, DC

========================================================================
5. Classification
========================================================================

Ownership of Property (Check as many boxes as apply)
        ___ private
        ___ public-local
        ___ public-State
        _X_ public-Federal

Category of Property (Check only one box)
        ___ building(s)
        _X_ district
        ___ site
        ___ structure
        ___ object

Number of Resources within Property

    Contributing      Noncontributing
      _4_                _7_   buildings
     _12_                _4_   sites
     _11_                _0_   structures
     _10_                _3_   objects
     _37_               _14_   Total

Number of contributing resources previously listed in the National
Register      20

Name of related multiple property listing (Enter "N/A" if property is not part of a multiple property
listing.)  N/A

========================================================================
6. Function or Use
========================================================================

Historic Functions (Enter categories from instructions)
Cat:   **RECREATION & CULTURE**          Sub:   **Outdoor Recreation**
       **RECREATION & CULTURE**                 **Monument/Marker**
       **RECREATION & CULTURE**                 **Sports Facility**
       **GOVERNMENT**                           **Government Offices**
       **LANDSCAPE**                            **Park**
       **LANDSCAPE**                            **Landscape Feature**

USDI/NPS NRHP Registration Form
East and West Potomac Parks Historic District
Washington, DC

Current Functions (Enter categories from instructions)

| Cat: | | Sub: | |
|---|---|---|---|
| **RECREATION & CULTURE** | | | **Outdoor Recreation** |
| **RECREATION & CULTURE** | | | **Monument/Marker** |
| **RECREATION & CULTURE** | | | **Sports Facility** |
| **GOVERNMENT** | | | **Government Offices** |
| **LANDSCAPE** | | | **Park** |
| **LANDSCAPE** | | | **Landscape Feature** |

====================================================================

7. Description

====================================================================

Architectural Classification (Enter categories from instructions)

### LATE 19th AND EARLY 20th CENTURY REVIVALS

Materials (Enter categories from instructions)

| | |
|---|---|
| foundation | **STONE** |
| | **CONCRETE** |
| roof | **ASPHALT** |
| | **WOOD** |
| | **CERAMIC TILE** |
| walls | **STONE** |
| | **CONCRETE** |
| | **WOOD** |
| | **STUCCO** |
| other: | **STONE** |
| | **CONCRETE** |
| | **METAL** |
| | **WOOD** |
| | **ASPHALT** |
| | **VEGETATION** |
| | **OPEN SPACE** |
| | **VIEWS AND VISTAS** |

Narrative Description (Describe the historic and current condition of the property on one or more continuation sheets.)

**SEE CONTINUATION SHEETS 7.1 THROUGH 7.54**

USDI/NPS NRHP Registration Form
East and West Potomac Parks Historic District
Washington, DC

===============================================================================
8. Statement of Significance
===============================================================================

Applicable National Register Criteria (Mark "x" in one or more boxes for the criteria qualifying the property for National Register listing)

**X** A    Property is associated with events that have made a significant contribution to the broad patterns of our history.

_____ B    Property is associated with the lives of persons significant in our past.

**X** C    Property embodies the distinctive characteristics of a type, period, or method of construction or represents the work of a master, or possesses high artistic values, or represents a significant and distinguishable entity whose components lack individual distinction.

_____ D    Property has yielded, or is likely to yield information important in prehistory or history.

Criteria Considerations (Mark "X" in all the boxes that apply.)

_____ A    owned by a religious institution or used for religious purposes.

**X** B    removed from its original location.

_____ C    a birthplace or a grave.

_____ D    a cemetery.

_____ E    a reconstructed building, object, or structure.

**X** F    a commemorative property.

**X** G    less than 50 years of age or achieved significance within the past 50 years.

Areas of Significance (Enter categories from instructions)

| | |
|---|---|
| **Architecture** | **Landscape Architecture** |
| **Art** | **Politics/Government** |
| **Engineering** | **Social History** |
| **Entertainment/Recreation** | **Transportation** |
| **Other - City Planning** | **Other - Commemoration** |

USDI/NPS NRHP Registration Form
East and West Potomac Parks Historic District
Washington, DC

Period of Significance  **1882 - 1997**

Significant Dates
Significant Person (Complete if Criterion B is marked above)_____

Cultural Affiliation _____

| Architect/Builder/Sculptor | | |
|---|---|---|
| | **Henry Bacon** | **Lawrence Halprin** |
| | **Leonard Baskin** | **Tom Hardy** |
| | **John Benson** | **Frederick Hart** |
| | **Cooper-Lecky Partnership** | **Thomas Hastings** |
| | **Paul Philippe Cret** | **Maya Ying Lin** |
| | **EDAW, Inc.** | **McKim, Mead and White** |
| | **John Joseph Earley** | **Frederick Law Olmsted, Jr.** |
| | **Neil Estern** | **Horace Whittier Peaslee** |
| | **Rudulph Evans** | **John Russell Pope** |
| | **Daniel Chester French** | **George Segal** |
| | **Frank Gaylord** | **Skidmore, Owings and Merrill** |
| | **Glenna Goodacre** | **Wood, Donn and Deming** |
| | **Robert Graham** | **Nathan C. Wyeth** |

Narrative Statement of Significance (Explain the significance of the property on one or more continuation sheets.)

**SEE CONTINUATION SHEETS 8.55 THROUGH 8.92**

====================================================================
9. Major Bibliographical References
====================================================================

(Cite the books, articles, and other sources used in preparing this form on one or more continuation sheets.)

**SEE CONTINUATION SHEETS 9.93 THROUGH 9.103**

Previous documentation on file (NPS)
___ preliminary determination of individual listing (36 CFR 67) has been requested.
 **X**  previously listed in the National Register
___ previously determined eligible by the National Register
___ designated a National Historic Landmark
 **X**  recorded by Historic American Buildings Survey    # DC-692, DC-693
___ recorded by Historic American Engineering Record # _____

USDI/NPS NRHP Registration Form
East and West Potomac Parks Historic District
Washington, DC

Primary Location of Additional Data
___ State Historic Preservation Office
___ Other State agency
 **X**  Federal agency
___ Local government
___ University
 **X**  Other - Name of repository: **Records of the National Park Service at the Suitland Federal Records Center; and at National Capital Region Headquarters, 1100 Ohio Drive, SW, Washington, DC, 20242**.

===============================================================================
10. Geographical Data
===============================================================================

Acreage of Property       **approximately  730 acres**

UTM References (Place additional UTM references on a continuation sheet)

**Washington West, DC, MD, VA Quad**

| Zone | Easting | Northing | Zone | Easting | Northing |
|---|---|---|---|---|---|
| 1 | 18.321680. | 4306760 | 4 | 18.323600. | 4305580 |
| 2 | 18.323050. | 4306700 | 5 | 18.324300. | 4304850 |
| 3 | 18.323050. | 4306340 | 6 | 18.323500. | 4304850 |

**Alexandria, VA, DC, MD Quad**

| Zone | Easting | Northing | Zone | Easting | Northing |
|---|---|---|---|---|---|
| 1 | 18.323540. | 4304820 | 3 | 18.324580. | 4302540 |
| 2 | 18.324300. | 4304820 | 4 | 18.324000. | 4303750 |

Verbal Boundary Description (Describe the boundaries of the property on a continuation sheet.)

**SEE CONTINUATION SHEET 10.104**

Boundary Justification (Explain why the boundaries were selected on a continuation sheet.)

**SEE CONTINUATION SHEET 10.104**

===============================================================================
11. Form Prepared By
===============================================================================

name/title       **Laura L. Bobeczko, Judith H. Robinson, Architectural Historians**
organization     **Robinson & Associates, Inc**.     date     **July 31, 1998**
street & number          **1909 Que Street, NW**     telephone     **(202) 234-2333**
city or town     **Washington**     state **District of Columbia**     zip code          **20009**

USDI/NPS NRHP Registration Form
East and West Potomac Parks Historic District
Washington, DC

==============================================================================
Additional Documentation
==============================================================================

Submit the following items with the completed form:

Continuation Sheets
Maps
    A USGS map (7.5 or 15 minute series) indicating the property's location.
    A sketch map for historic districts and properties having large acreage or numerous resources.
    Photographs
    Representative black and white photographs of the property.
Additional items (Check with the SHPO or FPO for any additional items)


==============================================================================
Property Owner
==============================================================================

(Complete this item at the request of the SHPO or FPO.)
name    **National Park Service, National Capital Region**
street & number    **1100 Ohio Drive, SW**    telephone    **(202) 619-7279**
city or town        **Washington**    state    **DC**    zip code    **20242**
==============================================================================

Paperwork Reduction Act Statement: This information is being collected for applications to the National Register of Historic Places to nominate properties for listing or determine eligibility for listing, to list properties, and to amend existing listings. Response to this request is required to obtain a benefit in accordance with the National Historic Preservation Act, as amended (16 U.S.C. 470 et seq.). Estimated Burden Statement: Public reporting burden for this form is estimated to average 18.1 hours per response including the time for reviewing instructions, gathering and maintaining data, and completing and reviewing the form. Direct comments regarding this burden estimate or any aspect of this form to the Chief, Administrative Services Division, National Park Service, P.0. Box 37127, Washington, DC 20013-7127; and the Office of Management and Budget, Paperwork Reductions Project (1024-0018), Washington, DC 20503.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  1                              East and West Potomac Parks Historic District
                                                   Washington, DC
===============================================================================

## INTRODUCTION

This revised nomination has been prepared to supplement the original nomination for the East and West
Potomac Parks Historic District, which was prepared in 1972, and was accepted into the National Register
of Historic Places on November 30, 1973.  The revised nomination was commissioned by the National
Capital Region Office of the National Park Service in 1996, and was necessitated by changes in overall
documentation standards, by the need to evaluate major national monuments and memorials less than 50
years of age, and by the evolving requirement to include historic landscapes in National Register
documentation.  Recent monuments such as the Franklin Delano Roosevelt Memorial, the Vietnam
Veterans Memorial, the Vietnam Women's Memorial, the Korean War Veterans Memorial, and the 56
Signers Memorial have been included for the first time in this revised National Register documentation, as
have important landscape features such as the Japanese Cherry Trees, Constitution Gardens, and the Dutch
elm trees flanking the Reflecting Pool.

The boundaries for the revised nomination remain the same as in the original nomination, and include all
730 acres of parkland.  Four historic features in West Potomac Park, which were documented in both the
original and the revised nominations, have also been listed individually in the National Register:  the
Lockkeeper's House, the Arlington Memorial Bridge, the Lincoln Memorial, and the Jefferson Memorial.
Both parks are considered contributing features in the L'Enfant Plan of the City of Washington, DC,
National Register nomination, prepared in 1994.

The original nomination documented a total of 22 features, including 3 contributing buildings, 5
contributing sites, 3 contributing structures, 9 contributing objects, and 2 noncontributing buildings.  The
scope of this revised nomination was expanded to document a total of 51 features, including 4 contributing
buildings, 12 contributing sites, 11 contributing structures, 10 contributing objects, 7 noncontributing
buildings, 4 noncontributing sites, and 3 noncontributing objects.  Each of these features is described in
detail below, and a comprehensive list of features and their contributing/noncontributing status can be
found on pages 7.55 - 7.56.  One feature in East Potomac Park, a portable sculpture entitled "The
Awakening," has not been formally evaluated, since it is not owned by the federal government, but is on
long-term loan at the site.  Significant views and vistas were also identified in this nomination; however,
they have not been included in the resource count.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  2                        East and West Potomac Parks Historic District
                                              Washington, DC
================================================================================

## DESCRIPTION SUMMARY

East and West Potomac Parks are part of the collection of national parklands around Washington, DC,
and nearby Maryland and Virginia that are collectively referred to as the National Capital Region of the
National Park Service.[1]  The two parks comprise a large portion of the monumental core of the city of
Washington, at the same time providing recreational space for residents and tourists alike.  Situated
roughly between the Potomac River and the grounds of the Washington Monument, East and West
Potomac Parks are characterized by broad expanses of open space framed by mature landscape plantings,
and by views of major memorials that have become part of the American collective memory.  Within
their spacious boundaries, these remarkable urban parks provide the setting for such nationally
recognized memorials and landscape features as the Lincoln Memorial and Reflecting Pool, the Jefferson
Memorial, the Franklin Delano Roosevelt Memorial, the Vietnam Veterans and Women's Memorials, the
Korean War Veterans Memorial, Constitution Gardens, the 56 Signers Memorial, and the Tidal Basin.
They are also home to many lesser-known memorials of various types.

East and West Potomac Parks have a combined area of approximately 730 acres.  West Potomac Park
contains nearly 400 acres, and East Potomac Park contains nearly 330 acres.  West Potomac Park is
generally bounded by Constitution Avenue, NW to the north, the Potomac River to the west, Seventeenth
Street to the northeast, and by the elevated railroad bridge to the south that forms a shared boundary
between the two parks.  East Potomac Park, to the south and east of West Potomac Park, occupies most
of a peninsula of land located between the Washington Channel and the Potomac River.  The central

---

[1]Currently, the National Park Service is divided into seven regions for administrative and management
purposes.  The parks in Washington, DC, Maryland, and Virginia fall under the jurisdiction of the National Capital
Region, which is the smallest region geographically and contains the greatest concentration of historic resources of
the seven regions.  Within this region, the National Capital Parks-Central Office (headquartered at 900 Ohio Drive,
SW) is primarily responsible for two discrete historic resources, the Old Post Office Pavilion and Ford's Theater, as
well as all the lands and constructed features of the National Mall, the Washington Monument Grounds, and East
and West Potomac Parks.  (While the term "The Mall" is sometimes used informally to describe the axial landscape
between the Lincoln Memorial and the Capitol, the Mall is officially defined by the National Capital Planning
Commission as the land bounded by Constitution Avenue on the north, Independence Avenue on the South, the
Capitol on the east, and 14th Street, NW, on the west.  The Washington Monument grounds lie immediately west of
the Mall, between Constitution and Independence avenues, and from 17th Street, NW, to 14th Street, NW.)  Within
this area, often termed the "Monumental Core," are a number of individual units, including the Washington
Monument, the Lincoln Memorial, the Jefferson Memorial, the Vietnam Veterans Memorial, and the Franklin
Delano Roosevelt Memorial.  National Capital Parks-Central is also responsible for the operation, care, and
maintenance of the federally owned parks, circles, and squares located in the central and southwestern portions of
the District of Columbia.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  3                    East and West Potomac Parks Historic District
                                         Washington, DC
================================================================================

portion of West Potomac Park was originally reserved for passive recreation purposes, with areas for active recreation, like the Polo Grounds, placed around the park's edges. The park has since evolved into a designed landscape occupied by prominent monuments and memorials. East Potomac Park has been primarily developed for active recreation uses; currently, the park contains a 36-hole golf course, a swimming pool, and a tennis facility.

The large land masses that today are East and West Potomac Parks were sculpted from tidal flats by the U.S. Army Corps of Engineers in an ambitious reclamation project lasting over 30 years. The character of the site was established in 1897 by Senate Bill 3307, which provided that the entire reclaimed area, including the tidal reservoir, was to become a public park for the "recreation and pleasure" of the people. The resulting parkland has been shaped by a number of successive development plans, most notably the Senate Park Commission (McMillan) Plan of 1901-02, the country's first major manifestation of the City Beautiful movement. According to the McMillan Plan, the reclaimed land west of the Washington Monument extended the grand axis of the Mall as a formal greensward within West Potomac Park, which terminated at the Neoclassical memorial to Abraham Lincoln. A long canal, or reflecting pool, was constructed to provide a formal element connecting the Lincoln Memorial and the Washington Monument. The vista from the White House was extended south across reclaimed land to the site for another notable monument (now the Jefferson Memorial).

East and West Potomac Parks are the cumulative product of a century of work of noted architects, landscape architects, planners, engineers, and artists, and thus consist of many distinctive elements. To order the district's numerous features, this section of the nomination has been divided into two parts, one for each park. Because of the inherent diversity in the distribution, location, and types of resources found in the two parks, the descriptive text for the contributing and noncontributing features has been arranged slightly differently for the two parks. Related resources in West Potomac Park have been loosely clustered by geographical location, running generally from west to east, while related resources in East Potomac Park have been grouped by their function and use. The final pages of this section, 7.48 and 7.49, list of all the contributing and noncontributing features in the two parks documented in this nomination. These features have been divided by their Property and Resource Type, as set forth in *National Register Bulletin 16, How to Complete the National Register Registration Form.* These classifications include Building, Site, Structure, and Object. Contributing primary historic views and vistas have also been defined and described, but they have not been included in the resource count.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  4                      East and West Potomac Parks Historic District
                                            Washington, DC
================================================================================
## WEST POTOMAC PARK

West Potomac Park is a large, complex site that encompasses numerous elements of historical, landscape, and architectural significance. In the northern portion of West Potomac Park, the axis created on the National Mall, the long east/west greensward stretching from the Washington Monument grounds to the Capitol, is extended west to the Lincoln Memorial. This portion of the park is part of one of the single best-known and most important landscapes in the country -- what has been called "the most beautiful place man has made in America."[2] In addition to many other monuments, the park is the site of the Lincoln and the Jefferson Memorials, two of the three major commemorative monuments that define Washington, DC's monumental core and that also define the nation's capital.

Because it is an integral feature of the ceremonial heart of Washington, the landscaping, placement of built features, and physical shape of West Potomac Park have been molded by successive city planning efforts. The two parks are, in fact, a central feature of these plans, the most prominent of which were the L'Enfant Plan of 1791 and the McMillan Plan of 1901-02 (see Section 8). Although the L'Enfant Plan established the overall concept that was to be later applied to West Potomac Park, because most of the land was not created until nearly a century later, most aspects of the park's overall design -- its traditionally baroque plan, long vistas, axial relationships, and expansive open spaces -- are associated with the McMillan Plan.

Covering approximately 400 acres in the northwest and southwest quadrants of Washington, the boundaries of West Potomac Park are generally defined by Constitution Avenue, NW, to the north, Seventeenth Street and the banks of the Tidal Basin to the east, the Potomac Railroad Bridge to the south, and the Potomac River to the west.[3] Nearly a quarter of the total acreage of the park is occupied by the Tidal Basin, a large body of water with an asymmetrical quatrefoil-like (four-lobed) shape.

---

[2]Elbert Peets, "Original Plan of Washington," *House & Garden (*July 1940): Section 1, p. 63. As one of the many areas reserved for public uses in Washington, West Potomac Park is referred to as Reservation 332 in Washington's system of legal property description.

[3]Also included is a small piece of land located south of Theodore Roosevelt Bridge. This roughly U-shaped parcel, associated with the construction of Arlington Memorial Bridge, is to the north of the hypothetical line of Constitution Avenue, NW, if it were extended to the Potomac River (see Arlington Memorial Bridge).

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  5                     East and West Potomac Parks Historic District
                                           Washington, DC
==============================================================================

Prior to the 1890s, the area that today is West Potomac Park was a shallow area or "flat" in the Potomac River.  The 1882 to 1913 program of channel clearing produced sufficient fill to create both West and East Potomac Parks (see Section 8).  This reclamation project created a largely flat topography that today dips slightly at the Reflecting Pool, rises slightly around the Lincoln Memorial, and declines to the banks of the Potomac and the Tidal Basin.  Most of the site is between 10 and 15 feet above sea level.  Because the land that comprises West Potomac Park is manmade, it has no natural features with the exception of the Potomac River, which is an important visual component of the park, and which constitutes much of its western boundary.

West Potomac Park is a designed landscape that contains numerous naturalistic areas, such as grassy areas, areas occupied by shrubs, trees, or other vegetation, and bodies of water, which vary in size from the 110-acre Tidal Basin to the relatively diminutive (less than one acre) Rainbow Pool.  The four major water bodies in the park include the Tidal Basin, the Reflecting Pool, the Rainbow Pool, and the lake in Constitution Gardens.  Each is an important component of the park and is described individually below.

Spatial relationships, most of which are a direct legacy of the McMillan Plan, are a key component of the design of the park.  These relationships differ decidedly north and south of Independence Avenue, SW.  Most of the land area of the park, which is located to the north of Independence Avenue, SW, has a distinct, linear, east-west orientation representing the continuation of axis established on the National Mall running westward from the Capitol.  The strong axial relationship between the Lincoln Memorial and the Capitol, one of the touchstones of the McMillan Plan, is the defining feature of this section of the park.

South of Independence Avenue, SW, West Potomac Park has an irregular, asymmetric shape, influenced by the equally irregular shape of the Tidal Basin.  To the west of the Tidal Basin, the park consists mostly of a peninsula of land defined by the curvilinear shape of the Tidal Basin on the north and east and by the generally linear Potomac River bank on the southwest.  This spit of land ends at the inlet to the Tidal Basin.  The small portion of the park on the west side of the Tidal Basin is also irregular in shape.  It is defined by the curved outline of the Tidal Basin from the northeast to the southwest and by the straight northeast/southwest line of the Potomac Railroad Bridge (the farthest south of the grouping of roads and bridges clustered at Fourteenth Street).  This piece of land, which is actually the westernmost part of the land mass on which East Potomac Park is located, is the site of the Jefferson Memorial.

NPS Form 10-900-a                                      OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  6                    East and West Potomac Parks Historic District
                                         Washington, DC
==================================================================================

Although physically separated from the Mall by the Tidal Basin, the location of the Jefferson Memorial
was also an integral feature of the plans that molded the design of Washington's monumental core. The
site is the "open end point" of the axis, a continuation of Sixteenth Street, which runs south from the
White House. This cross axis, one of the integral features of the L'Enfant Plan of 1791, was affected by
the off-axis placement of the Washington Monument. The restoration of this important feature of the
L'Enfant Plan was one of the major goals of the McMillan Plan, as was the location of a major
monument at its southern end (the current site of the Jefferson Memorial).

Like spatial relationships, vistas comprise one of the other defining features of West Potomac Park. Of
these, the view along the axis between the Capitol and the Lincoln Memorial is such a well-known
American image that it has become a symbol of Washington as the nation's capital. The most important
vistas follow the axial relationships in the park. The two most significant of these are the vista between
the Lincoln Memorial and the Washington Monument and the vista between the Jefferson Memorial and
the White House. Both of these vistas were integral features of the McMillan Plan, and the vista from
the current site of the Jefferson Memorial was also called for in the L'Enfant Plan. Other important
vistas include those along Twenty-third Street from Washington Circle to the Lincoln Memorial, from
the Lincoln Memorial across the Arlington Memorial Bridge to Arlington House, and along Seventeenth
Street from Constitution Avenue, NW, to the Commodore John Paul Jones Statue. In addition to these
major vistas, because of the large open spaces, there are a multitude of other views that are essential
features of the park. These include (but are not limited to) views in all directions to and from the
Jefferson Memorial, views in all directions to and from the Lincoln Memorial, and views beneath the
canopy of the elms that line the axial section of the park near the Reflecting Pool.

Circulation in the northern section of the park is dominated by the continuation of patterns established on
the National Mall. Major east-west vehicular circulation in the park is defined by Constitution Avenue,
NW (to the north) and Independence Avenue, SW (to the south). At their western ends, these roads
connect to Rock Creek and Potomac Parkway and provide access to two Potomac River bridges,
Arlington Memorial Bridge (1926-1932) and Theodore Roosevelt Bridge (1964). North and south
circulation in the park is via Seventeenth Street (the eastern boundary of the park), and Twenty-third
Street (to the west). Keyed to more localized traffic is Ohio Drive, SW, which runs parallel to the
Potomac River from the Lincoln Memorial southeast to East Potomac Park. (North of the Lincoln
Memorial, this road becomes the south end of Rock Creek and Potomac Parkway.) Also smaller and
more park-oriented, West Basin Drive follows the Tidal Basin northward from the Tidal Reservoir Inlet
Bridge. At the Kutz Bridge, the road becomes East Basin Drive as it continues around the Tidal Basin to
the Jefferson Memorial. To the south and east of the Tidal Basin, a collection of roads, including

NPS Form 10-900-a                                                   OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  7                         East and West Potomac Parks Historic District
                                               Washington, DC
=================================================================================

Fourteenth Street and Fifteenth Street, act as access routes to Potomac River bridges. Parallel and to the
south of these, the elevated Potomac Railroad Bridge constitutes the dividing line between East and West
Potomac Parks. Bridges that cross the Potomac here include (from north to south) the George Mason
Memorial Bridge (1962), the Rochambeau Memorial Bridge (1950), the Arland D. Williams, Jr.
Memorial Bridge (1971), the Metro [Subway] Bridge (1980), and the Potomac Railroad Bridge (1906).
A score of minor paved roads, mostly short access roads to the various memorials, are also located within
the park.

There are approximately 20 miles of pedestrian paths in West Potomac Park.[4] Paved sidewalks parallel
most of the roads described above and are located along the perimeter of the Tidal Basin, along the
Potomac waterfront, and throughout Constitution Gardens. Although most of the paths (with the
exception of those around the Tidal Basin) follow straight lines between points, the paths through
Constitution Gardens are distinctly curvilinear. All of these paths are of concrete construction, some
with a smooth finish and others with an exposed aggregate finish. Major wide gravel walks, a
continuation of the circulation system of the Mall, run on either side of the Reflecting Pool, between the
rows of Dutch elm trees. While historically the paths under the elms were concrete, similar to those
currently in place around the Rainbow Pool, they were changed to asphalt prior to the Bicentennial
celebration, when there were insufficient funds to repave both walks in their original material.

Several major plantings span large areas of the park, which act to organize and to provide links between
different areas. (See the individual descriptions of these resources that follow.) The most significant of
these are the broad formal greensward and accompanying parallel rows of Dutch elm trees that run
parallel to the Reflecting Pool (an important, stated feature of the McMillan Plan) and the notable
collection of Japanese Cherry Trees that follow the periphery of the Tidal Basin. In addition to these
features, the trees planted as part of the Memorial Tree Program are another element that spans the park
(and are located in both East and West Potomac Parks). Located at various places throughout the park,
including along Twenty-third Street, French Drive, Bacon Drive, and Constitution Avenue, NW, the first
memorial trees were planted in the 1920s, as part of an organized program that flourished until the
1940s.[5] Other significant vegetative features include grassy areas, some of which are used for

---

[4]Historic American Buildings Survey, West Potomac Park, HABS No. DC-693, p. 12.

[5]Most of the recently planted memorial trees date from the National Park Service's "Blossoms in Our
Future" program, which was launched in 1987. Under this program, private citizens can purchase memorial trees
and, although plaques are no longer placed on the trees, pertinent information, such as the date of the dedication, the
name of the person being memorialized, and the planting location, is recorded by the National Capital Parks Central

NPS Form 10-900-a                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  8                    East and West Potomac Parks Historic District
                                         Washington, DC
================================================================================

recreational purposes, along Twenty-third Street and south of Independence Avenue, SW; the meadow in
Constitution Gardens; and an area sometimes referred to as Ash Woods, a grove of trees located between
Independence Avenue, SW, and the gravel path south of the Reflecting Pool. Most vegetation in the park
is of a smaller scale and is linked to individual sites or areas within the park that are discussed at length
below. (See, in particular, the discussion of Lincoln and Jefferson Memorials.)

Although most walls, fences, and hedges in the park are relatively discrete elements, major elements in
this category that span a significant portion of the park are the Stone Seawalls that surround the Tidal
Basin and were constructed as retaining walls for the newly reclaimed land. The walls date largely from
the 1880s and 1890s. However, major sections of the walls were replaced when the Kutz Bridge was
constructed in the 1940s, and when the Jefferson Memorial was constructed in the late 1930s and early
1940s. An eight-feet-wide concrete walk caps the seawalls around the perimeter of the Tidal Basin. An
iron-pipe railing is present only along the section of the walk between the Kutz Bridge and the Tidal
Reservoir Outlet Bridge. Most walls, fences, and hedges in the park are associated with individual
features and are discussed below.

A variety of types of light fixtures are used throughout the park, some with historical antecedents and
some of a more modern, utilitarian nature. Constitution Avenue, NW, part of Independence Avenue,
SW, and certain other roads (such as Ohio Drive, SW) are lined with "Twin Twentys" light standards.
These light standards have twin globes on either side of a decorative metal connecting bracket. Their
octagonal poles are approximately 15 feet high, bringing the total height of the fixture to roughly 21 feet.
Other streets such as East Basin Drive use the lower (15-foot) Washington Globe light standards, which
are single globes atop a round, decorative pole. The light standards on the Kutz Bridge are Olmsted light
standards which have a single, cylindrical globe with a decorative cap and supports and an octagonal
pole. Although all three of these light standards are based on historic designs, many of the current
standards are recent replacements. There are also a number of modern highway lights (tall fixtures with
long brackets that overhang the street) that are used throughout the park.

With the exception of landscape areas specifically associated with individual monuments, most site
furnishings, including benches, trash receptacles, tree grates, fencing, and drinking fountains in the park

---

Office of the National Park Service. Telephone interview with Steve Lorenzetti, National Capital Parks Central,
National Park Service, Washington, DC, July 15, 1997.

NPS Form 10-900-a                                         OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7      Page 9            East and West Potomac Parks Historic District
                                  Washington, DC
===============================================================================

are National Park Service standard designs. These include benches that have a metal frame and wood slats, "tulip" trash receptacles that have an exterior wood slat covering and a metal pedestal, metal tree grates with a concentric circular pattern of openings, and metal, pedestal-type drinking fountains that are handicapped accessible. In general, signage throughout the park also follows National Park Service standards. The design of smaller-scale signage around individual resources is most often linked to that of the specific resource.

Today, West Potomac Park, because of its significant location and its wealth of open space, continues to be one of the country's preeminent civic spaces. It is the primary location for national political demonstrations, rallies, and parades, and is also the site of a variety of more festive gatherings such as Washington's annual Fourth of July celebration, which is centered around the Washington Monument. The park is operated as a national park and is predominantly recreational in use. As the site of the Lincoln, Jefferson, and Vietnam, and Franklin Delano Roosevelt Memorials, as well as a number of smaller or less-well-known memorials, the park is one of the foremost tourist destinations in Washington. Visitors, arriving by foot, car, Tourmobile, and bus, visit the monuments, stroll the paths, and use the paddle boats in the Tidal Basin. To accommodate these visitors, there is a range of recent public and private facilities varying from National Park Service information kiosks to comfort stations. The park is also used extensively for a variety of recreational/sporting uses by local residents, including polo matches at the Polo Grounds and jogging and bicycling throughout the park.


**RESOURCES CLUSTERED AROUND THE LINCOLN MEMORIAL**

A number of notable historic resources in West Potomac Park are clustered around the Lincoln Memorial and its associated landscape, including the Reflecting and Rainbow Pools, the Dutch elm trees lining the Reflecting Pool, Arlington Memorial Bridge, and the Flood Control Levee. This grassy area is dominated by the memorial itself, and by a number of associated hardscape and landscape features. The **Lincoln Memorial (Contributing Structure)** is located at the focal point of the western end of the east-west axis that starts at the Capitol. Constructed between 1913 and 1922, both the memorial and the statue inside are principally oriented to the east, facing the Washington Monument and the Capitol along that axis. The massive masonry structure is set upon a rectangular platform with a 14-foot-tall raised terrace wall constructed of pink Milford granite, and is surrounded by a circular lawn that provides a

NPS Form 10-900-a                                                     OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7      Page  10                        East and West Potomac Parks Historic District
                                                Washington, DC
=================================================================================
verdant setting for the structure.[6] The memorial has a concrete foundation, exterior walls of Colorado-Yule marble, interior walls of Indiana limestone, and floors and interior wall base of pink Tennessee marble. Designed by architect Henry Bacon, the memorial is in the form of a peripteral Greek temple surrounded by a peristyle of 38 fluted Doric columns, which tilt slightly inward to give an increased illusion of height. The names of the 36 states that belonged to the Union at the time of Lincoln's death in 1865, as well as the dates on which they joined, are inscribed on the frieze above the colonnade; the names are separated by double-wreath medallions in bas-relief. The cornice is comprised of carved scrolls alternating with projecting lions' heads, which are ornamented with palmetto cresting along the upper edge. The names of the 48 states belonging to the Union at the time of the memorial's dedication are inscribed on the attic frieze. All frieze and cornice ornamentation was completed by carver Ernest C. Bairstow.[7]

The principal access to the Lincoln Memorial is via a monumental flight of steps, known as the approachway, located on the memorial's east side, facing the Mall's axis. The approachway steps begin at the level of the circular roadway that surrounds the memorial, and continue up to the memorial's main entrance. A regular series of landings is interspersed with the steps. Access to the memorial from the level of the Reflecting Pool is via steps up to the level of the circular roadway. This roadway encircles an area of green, landscaped lawn, which serves as an intermediate setting for the memorial. Flanking the approachway at the entrance to the memorial are two buttresses crowned with tripods of carved pink Tennessee marble. The memorial's interior is partitioned by two rows of Ionic columns into three chambers. The north and south chambers are inscribed with Lincoln's Second Inaugural Address and his Gettysburg Address; the inscriptions are bordered with pilasters decorated with wreaths, eagles, and faces. The inscriptions and ornamentation were carved by Evelyn Beatrice Longman. Above each inscription is a mural by Jules Guerin that portrays governing principles present in Lincoln's life. The south wall mural, entitled "Emancipation," illustrates the principles of Freedom, Liberty, Immortality, Justice, and the Law, and the north wall mural, entitled "Reunion," pictures Unity, Fraternity, and

---

[6]For the purposes of this nomination, the Lincoln Memorial has been classified a structure, rather than an object. This classification is based on the fact that it is a major memorial, which can be entered into, much like a structure. This distinction separates the Lincoln Memorial from the parks' other minor memorials, such as statues and plaques. The Lincoln Memorial has been counted as a single contributing structure, while the memorial's surrounding landscape has been counted as a single contributing site.

[7]Donald C. Pfanz, National Register of Historic Places Inventory-Nomination Form, "Lincoln Memorial," United States Department of the Interior, National Park Service, Washington, DC, January 12, 1981, p. 7.1.

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 11

East and West Potomac Parks Historic District
Washington, DC

===============================================================================

Charity.[8]  The central hall, located between the north and south chambers, features a seated statue of
Lincoln that faces east, looking down the axial vista toward the Capitol.  The statue, carved by the
Piccirilli brothers under the direction of sculptor Daniel Chester French, is 19 feet wide, 19 feet high, and
took over four years to complete.  Made of Georgia white marble, the statue weighs 175 tons, and was
shipped to the site in 28 separate pieces.  The statue is placed upon an oblong pedestal of Tennessee
marble, which in turn rests upon a platform of the same material.  An engraved epitaph, located above the
statue's head, is bordered by two pilasters.  The memorial's 60-foot ceiling is made of bronze girders
decorated with oak and laurel leaves, alternating with panels of Alabama marble.

Only a few repairs have been made to the Lincoln Memorial since its construction.  The exterior of the
memorial was cleaned with a high-pressure water treatment and repointed in 1973.  As part of
preparations for the Bicentennial, in 1975-1976, an elevator was installed in the memorial, as well as
handicapped ramps and toilet facilities, and modifications were made to sidewalks and entrances.[9]  A
bronze plaque with information on the states of Alaska and Hawaii was added to the memorial at the foot
of the approachway in 1985.[10]  In the early 1990s, the National Park Service completed the first
comprehensive repair effort at the memorial, and the handicapped ramps were renovated to a five percent
grade.  In 1994, a museum, which was the result of a nationwide fund-raising and lobbying effort by
schoolchildren from Scottsdale, Arizona, opened in the memorial's basement.

The broader **Lincoln Memorial Grounds (Contributing Site)** are comprised of several component
landscapes, including the Lincoln Memorial Circle, and the Watergate Steps Area.  Additional adjacent
related features are the Reflecting Pool (see also) and Rainbow Pool (see also).[11]  In its entirety, this
designed landscape is the product of numerous landscape architects and government agencies.  The site
in West Potomac Park on which the Lincoln Memorial was constructed was reserved as the location of a
major monument in the McMillan Plan of 1901-02.  The site was drained and graded from 1911-12, and

---

[8]National Register Inventory-Nomination Form, "Lincoln Memorial," pp. 7.1-7.2.
[9]Merrill J. Mattes, "Landmarks of Liberty:  A Report on the American Revolution Bicentennial
Development Program of the National Park Service," United States Department of the Interior, National Park
Service, Washington, DC, 1989, pp. 118-119.
[10]Pamela Scott and Antoinette J. Lee, *Buildings of the District of Columbia* (New York, New York:
Oxford University Press, 1993), p. 104.
[11]For the purposes of this nomination, the entire landscape of the Lincoln Memorial has been classified as a
single contributing site, while the Reflecting Pool and the Rainbow Pool have each been classified as a contributing
site.

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  12              East and West Potomac Parks Historic District
                                     Washington, DC
================================================================================

by 1914 the area had been informally landscaped with trees and shrubs. The first formal landscape
design for this area was a collaboration between the Lincoln Memorial's architect Henry Bacon and
Frederick Law Olmsted, Jr. As the landscape architect member of the Commission of Fine Arts and the
only surviving member of the McMillan Commission, Olmsted was tremendously influential in the
evolution of the design for the memorial's landscape. In 1915, landscape architect Clarence Howard was
hired to design the park area between the Lincoln Memorial and the Washington Monument; and in 1919
Office of Public Buildings and Grounds staff landscape architect Irving Payne designed the plan for the
circular terrace around the memorial. Payne's planting plans were then revised by James Greenleaf,
Olmsted's successor on the Commission of Fine Arts. Since 1933, this landscape has been maintained by
the National Park Service.[12]

The landscape design for the area within the Lincoln Memorial Circle was generally implemented
between 1920 and 1932. The memorial's primary east (front) and west (back) elevations were treated
individually, and their designs wrapped the plantings around the corners into the north and south
elevations. The views of the memorial were to be framed with low plantings, and were to be softened by
vegetation placed at the structure's corners. The palette for the memorial's foundation plantings
included a variety of broadleaf evergreen trees and shrubs. The area in front of the principal east
elevation was the first to be designed and planted. The plant palette for this elevation consisted primarily
of mature boxwood and yew trees, which were planted in groupings along the memorial's facade.
Located on the east side of the circle, two walled, rectangular planting beds with granite benches were
constructed to frame the memorial's approachway. These planting beds originally contained two mature
dwarf boxwoods, with a short dwarf boxwood hedge planted to serve as a backdrop. Hedges of dwarf
boxwood first lined both outer edges of the pavement along the entire length of the approachway. In
1944, the boxwood hedge flanking the approachway was replaced with a low, yew hedge, which was in
turn replaced with a more compact yew hedge in 1976. The dwarf boxwood hedge was replaced with a
Japanese holly hedge sometime in the 1960s, and in 1976 was again replaced with the original species,
dwarf boxwood. The front planting beds have also been replanted several times; by 1994, these beds
were planted with Japanese holly edged with liriope. During the 1995-96 restoration of the
approachway, the Japanese hollies were removed, and were later replaced in kind in 1996.[13]

_____

        [12]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," U.S. Department of
the Interior, National Park Service, National Capital Parks-Central, Washington, DC, Draft, November 1996, pp.
3.5-3.14. This draft Cultural Landscape Inventory has since been revised into a Cultural Landscape Report.
        [13]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," p. 4.24.

NPS Form 10-900-a                                           OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 13                    East and West Potomac Parks Historic District
                                        Washington, DC
================================================================================

The design for the area in front of the west elevation was not fully implemented until the early 1930s, as the Arlington Memorial Bridge (see also) was being completed, and featured a more varied palette than did the east elevation. Here, southern magnolias were strategically placed and then intermixed with American hollies, with common and dwarf boxwoods grouped in front. The north and south sides of the memorial were first planted with American holly, common boxwood, and English yew, and clusters of mugo pine were planted at the center of these two elevations to act as a transition between the first and later plantings. These mugo pines were later replaced with a more horizontal-growing yew species. The outer edge of the circular drive and the roads radiating from this drive, Twenty-third Street, Bacon Drive, and French Drive, were first planted with American elms in 1923. The pattern of the original trees planted along the radial roads remains today. However, the planting pattern of trees along the circular drive has been mostly obliterated by the recent insertion of Constitution Gardens (see also) and the Korean War Veterans Memorial (see also), where newer plantings of understory trees are clustered beneath a canopy of oaks, maples, and zelkovas. Hardy vines, planted at the base and the top of the raised terrace wall in 1924, as a quick, temporary way to create a green background for the less densely planted areas around the structure, were removed soon after.[14]

Over the years, several construction projects in the immediate vicinity have altered the landscape of the Lincoln Memorial. In 1927, two "public comfort stations" were installed under the raised terrace on the memorial's eastern front, in response to increased visitation. Two entrances were cut through the raised terrace wall on both sides of the steps leading to the memorial, space for restrooms was created behind the wall, and a pair of bronze doors was hung at each entrance.[15] A significant alteration to the original landscape plan occurred in 1953, when a change was made to the outer edge of the circular roadway near the sidewalk above the Reflecting Pool. A rectangular curb cut was removed, making the circle continuous, and two planting beds were installed on the north and south sides of the sidewalk, in the areas formerly shaped by the original squared-off curb. These beds have been successively planted with dwarf boxwood, little leaf holly, and Japanese hollies, which are present in the beds today.[16] In addition, numerous minor vegetation management changes have been made, including the removal and replacement of dying shrubs, the addition of specimen trees (for example, two hollies along the memorial's east elevation), and the introduction of new plants (like the liriope in the front planting beds)

[14]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," pp. 3.11-3.24, 4.21-4.22.
[15]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," p. 3.18.
[16]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," p. 4.22.

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  14                     East and West Potomac Parks Historic District
                                            Washington, DC
================================================================================

to the palette. Today, however, the site's overall spatial organization, patterns of circulation, and
longstanding placement of vegetation around the Lincoln Memorial remains mostly consistent with the
original design intent.

The Watergate Steps Area, located adjacent to the Lincoln Memorial and the Arlington Memorial
Bridge, was designed in 1929 by William Mitchell Kendall of the architectural firm of McKim, Mead
and White as part of the plan for Arlington Memorial Bridge (see also).  Completed in 1932, this
structure functions as a watergate (a gate giving access to a body of water) with steps leading from the
city to the river, and a bridge that carries the Rock Creek and Potomac Parkway to the western end of the
monumental axis.  The watergate is a curved area consisting of 40 granite steps, which are 230 feet wide
at the level of the Potomac River and 206 feet wide at the top.  The watergate, seawall, and bridge are all
constructed of reinforced concrete faced with dimensioned, granite masonry, used to make the complex
compatible with Arlington Memorial Bridge.  The Watergate Steps were originally intended as a
ceremonial entrance where foreign dignitaries arriving by boat could be welcomed to the city, and as a
recreational space where boats could be docked.[17]  Instead, outdoor musical performances were held in
the amphitheater created by the Watergate Steps from 1935 until 1973.  During this time, a series of
barges with orchestral shells, which served as stages for the performers, was anchored in the River near
the base of the steps.  Audiences were seated on these steps, although some concert-goers came by boat
and listened while anchored nearby.[18]  These concerts were abandoned due to noise from National
Airport resulting from the advent of jet planes.

The character of the landscape of the Watergate Steps area was first determined in the 1930s by James
Greenleaf, consulting landscape architect for the Arlington Memorial Bridge Commission, and Irving
Payne, landscape architect for the Office of Public Buildings and Public Parks.  Payne's final planting
plan for this area utilized some of the same species of trees as were planted inside the Lincoln Memorial
Circle.  American holly, yew, and boxwood were planted in informal arrangements within the beds
formed by the north and south plaza walls on both sides of the Watergate Steps and the bridge and
parkway abutments.  White pines, bald cypress, deodar cedar, swiss stone pine, and mugo pines were
planted on the slopes adjacent to the north and south wing walls, for additional height and mass, to frame
the view to the Potomac, and to supplement the broadleaf evergreens and coniferous shrubs already

---

[17]Historic American Engineering Record, Arlington Memorial Bridge: Watergate and Bridge Plaza, HAER
No. DC-7-A, pp. 1-2.
        [18]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," pp. 3.25-3.26.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  15            East and West Potomac Parks Historic District
                                  Washington, DC
======================================================================================

selected. Pink and white dogwoods were added to provide year-round interest. The recreational area
west and northwest of the Lincoln Memorial received a more informal treatment, where a grove of
native, deciduous, memorial trees was planted in the 1930s and 1940s. Subsequent plantings from the
1970s through the 1990s have enhanced the naturalistic quality of this area, including a yew hedge that
screens the volleyball courts, Kousa dogwoods planted underneath a row of elms along the approach road
to the Rock Creek and Potomac Parkway, and a large grove of Yoshino cherry trees planted to mark both
sides of Ohio Drive, SW, near the northwestern corner of West Potomac Park. A double row of
American elm trees lines Constitution Avenue, and a circular planting bed dating to the early 1930s is
located at the avenue's terminus. The placement of these elms indicates the original alignment of the
avenue west to the Potomac River; this alignment was altered in the 1960s. Despite minor changes over
the years, such as replacing American dogwoods with Kousa dogwoods, the landscape in this area retains
a high degree of integrity.[19]

The Lincoln Memorial was individually listed in the National Register of Historic Places in 1981. The
Lincoln Memorial and the Lincoln Memorial Grounds contribute to the East and West Potomac Parks
Historic District, based on National Register Criteria A and C in the areas of Architecture, Art,
Landscape Architecture, and Commemoration. Despite the fact that the memorial and its associated
landscape are primarily commemorative in intent (thus in the category of properties not usually
qualifying for the National Register), its design, age, tradition, and symbolic value has invested it with its
own historical significance, thus it falls within the exception to National Register Criteria Consideration
F. The Lincoln Memorial has become one of the nation's best-known and well-loved monuments.[20]

The **Reflecting Pool (Contributing Site) and Rainbow Pool (Contributing Site),** located along the
major east-west axis of the northern portion of West Potomac Park, are integral components of the
designed historic landscape of the Lincoln Memorial. The McMillan Plan of 1901-02 called for a long
reflecting pool, or canal, to provide a formal water element connecting the Washington Monument and
Lincoln Memorial. This element, as implemented by the Reflecting and Rainbow Pools, is one of the
singularly important features of the extended vista that the McMillan Plan created on this grand axis.

---

[19]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," pp. 4.44-4.45.
[20]For additional information on the Lincoln Memorial, refer to its individual National Register of Historic
Places Inventory-Nomination Form, U.S. Department of the Interior, National Park Service, January 12, 1981. For
additional information on the landscape of the Lincoln Memorial, refer to the Draft Cultural Landscape Inventory
for West Potomac Park and the Lincoln Memorial Grounds, U.S. Department of the Interior, National Park Service,
November 1996.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7      Page  16                        East and West Potomac Parks Historic District
                                                Washington, DC
======================================================================================

 Together, the Reflecting Pool and the smaller Rainbow Pool form a panel of water more than 2,000 feet
long, and their geometry provides a striking feature of the ground plane as viewed from the air.  The two
pools, set along the monumental axis that extends from the Lincoln Memorial to the Capitol, are framed
by narrow walks flanked by lawn.  A double row of Dutch elm trees with broad, unpaved walks between
them, parallels the pools.  These landscape features were constructed contemporaneously in 1919-22, as
the Lincoln Memorial was being completed.  The product of the collaboration of several men, the
conceptual design for the two pools (as well as the memorial) was prepared by McMillan Commission
member Charles F. McKim.  The interpretation of McKim's conceptual design can be credited to Lincoln
Memorial architect Henry Bacon working directly with Commission of Fine Arts member Frederick Law
Olmsted, Jr.  The edges of the two shallow basins are defined by granite copings.

The rectangular Reflecting Pool, which originally appeared on the McMillan Plan drawings as a
cruciform body of water, was built without its planned cross-shaped lagoon, as the temporary Navy and
Munitions Buildings constructed during World War I along Constitution Avenue, NW, stood in the way.
The Reflecting Pool measures 2,029 feet long, 163 feet wide, and approximately 30 inches deep at its
center; it is named for the fact that striking images of the Washington Monument are reflected on its
surface.  The Rainbow Pool, a smaller, transverse basin located at the eastern end of the Reflecting Pool,
is named for its water display, created by 142 jets which create upward and inward sprays of water that
refract the sunlight in a rainbow effect.  The Rainbow Pool, an oval basin with gracefully curved corners,
is 300 feet long, 160 feet wide, and three feet deep.[21]  The Reflecting Pool and Rainbow Pool contribute
to the East and West Potomac Parks Historic District based on National Register Criterion A in the areas
of City Planning and Landscape Architecture.  The two pools are integral aspects of the McMillan Plan,
the landmark City Beautiful plan for the city of Washington.

The double rows of **Dutch Elm Trees (Contributing Site)** that line and shade the gravel walkways
along the north and south sides of the Reflecting Pool are also a defining feature within the McMillan
Plan landscape.  "English elms" were recommended in 1915 by Frederick Law Olmsted, Jr., while he was
serving as the landscape architect member of the Commission of Fine Arts.  The trees specified were
what Olmsted, and others, considered to be an "English elm;" in fact, the elms that were planted along
the pool over the years are all cultivars of what we might commonly call today a Dutch elm.  Olmsted
selected "English elms" because he liked their upright form that provided shade when mature,

--------------------------------

[21]Leonard J. Furbee, "The Reflecting and Rainbow Pools," 1955, Revised 1964, U.S. Department of the
Interior, National Park Service, National Capital Region, Office of Land Use, Washington, DC, Reservation File
332, pp. 3-4, 6-7.

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7      Page  17

East and West Potomac Parks Historic District
Washington, DC

=================================================================================

which made them an appropriate selection for park use. The original 502 "English elms" were ordered and imported from a nursery in Chester, England; they were planted in 1915-16, prior to the construction of both the Reflecting Pool and the Rainbow Pool. Of these trees, 398 were planted in four parallel rows that flanked (two rows on each side) the site of the Reflecting Pool. The remaining 104 trees were planted to the south of the parallel rows. As early as 1929, some of the original elms had to be replaced, as they had developed poor root systems, and frequently fell in high winds. Improved drainage and the lowering of the ground water level has since allowed the replacement elm trees to survive.[22]

These elms have been continuously replanted over the years to retain their assertive green edge. Today, the rows contain a combination of trees from the original planting and later replacements. The majority of the trees are Dutch elms, with a few smoothleaf, American, English, and Scottish elms planted in between.[23] Current National Park Service policy is to replace dead or dying trees in kind on a cyclical basis to ensure that the original design intent is perpetuated. The Park Service no longer advocates planting entire areas with a single type of tree, as this makes them less resistant to disease. The Dutch elm trees contribute to the East and West Potomac Parks Historic District based on National Register Criterion A in the areas of City Planning and Landscape Architecture, as a critical landscape feature of the McMillan Plan that can be directly attributed to Frederick Law Olmsted, Jr.

The **Arlington Memorial Bridge (Contributing Structure),** designed by William Mitchell Kendall of the New York City architectural firm of McKim, Mead and White, was constructed between 1926 and 1932. James Greenleaf served as consulting landscape architect for the bridge. Spanning the Potomac River from the Lincoln Memorial in Washington, DC, to Arlington Cemetery in Arlington, Virginia, the 2,163-foot-long Neoclassical bridge has a 60-foot-wide roadway flanked by 15-foot-wide sidewalks. The bridge is composed of nine broad arches; all but the central bascule draw span are constructed of reinforced concrete faced with North Carolina granite in an ashlar pattern. The double-leaf, underneath counterweight, central bascule draw span is faced with pressed ornamental steel. These arches are crowned with six-foot bison keystones that were carved by Alexander Phimister Proctor.[24]

The piers supporting the bridge's arches are between 32 and 41 feet wide, and sit on bedrock 35 feet into the Potomac River. The two piers that rest on the riverbanks feature simple square panels, while the

[22]"Cultural Landscape Inventory, West Potomac Parks, Lincoln Memorial Grounds," pp. 3.10, 3.20.
[23]"Cultural Landscape Inventory, West Potomac Parks, Lincoln Memorial Grounds," p. 4.9.
[24]Barry Mackintosh, "Arlington Memorial Bridge," National Register of Historic Places Inventory-Nomination Form, U.S. Department of the Interior, National Park Service, Washington, DC, December 7, 1979, p. 7.1.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  18                     East and West Potomac Parks Historic District
                                           Washington, DC
==============================================================================

remaining piers are ornamented with bas relief eagles in disks that are 12 feet in diameter. These disks are
flanked by fasces with axe blades projecting from the top. This ornamental detailing was carved by
sculptor Carl Paul Jennewein. The bridge's upper edge is delineated by granite balustrades with recessed
benches atop each pier. These benches are set between granite blocks featuring Greek key banding. Two
pairs of monumental Neoclassical statues on matching pedestals flank the eastern end of the Arlington
Memorial Bridge and the Rock Creek and Potomac Parkway. "The Arts of War," standing at the end of
the bridge, were sculpted by Leo Friedlander. "Valor" is represented by a male equestrian figure
accompanied by a female holding a shield, and "Sacrifice" is depicted by a standing female representing
the Earth looking to the equestrian figure of Mars. "The Arts of Peace," standing at the end of the
parkway, were sculpted by James Earle Fraser. The statue entitled "Music and Harvest" features the
winged horse Pegasus between a male figure holding a sickle and a bundle of wheat, and a female holding
a harp. "Aspiration and Literature" also features Pegasus, this time flanked by figures holding a bow and
a book. These 17-foot tall bronze statues rest on granite pedestals with 36 bronze stars, which represent
the States that belonged to the Union at the end of the Civil War. The two sculptures were commissioned
in 1925 and their designs were approved in 1933; however, the statues were not actually erected until
1951, after they were cast and gilded as a gift to the United States by Italy. All four statues were regilded
in 1971.

The bridge's surroundings include a granite-faced, balustraded river wall that extends northwesterward
along the riverbank, flanking the southern terminus of the Rock Creek and Potomac Parkway, and
terminating in an exedra at the original western end of Constitution Avenue (now cut off from
Constitution Avenue by the Theodore Roosevelt Bridge approaches). According to the National Register
nomination for the Arlington Memorial Bridge and its related features, this architectural treatment of the
Parkway terminus was designed and constructed in conjunction with the bridge.

The Arlington Memorial Bridge, along with its related features, was individually listed in the National
Register of Historic Places in 1980, and it contributes to the East and West Potomac Parks Historic
District based on National Register Criterion C in the areas of Architecture, Engineering, and Art. It is an
exceptional Neoclassical bridge designed by the nationally known architectural firm of McKim, Mead and
White.[25]

_____

[25]For additional information on Arlington Memorial Bridge, refer to its individual National Register of
Historic Places Inventory-Nomination Form, U.S. Department of the Interior, National Park Service, December 7,
1979.

NPS Form 10-900-a                                        OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  19                          East and West Potomac Parks Historic District
                                                Washington, DC
==================================================================================

Running parallel to the Reflecting Pool, north of the double row of Dutch elm trees, on an east-west
alignment from the Lincoln Memorial to Seventeenth Street, is the **Flood Control Levee (Contributing
Site)**. This embankment was constructed by the U.S. Army Corps of Engineers in 1938 to protect the
Smithsonian museums and downtown Washington from Potomac River flooding.  The present levee, which
replaced a temporary levee constructed in 1936, is essentially an eight-foot high, linear, grassed berm.
There is a gap in the levee at Twenty-third Street that allows automobile traffic to pass through the area at
grade.  In times of emergency, sandbags can be used to close the gap between Twenty-third Street and the
Lincoln Memorial and Seventeenth Street at Constitution Avenue.  On the east side of Seventeenth Street,
there is no levee per se, but the Washington Monument Grounds are graded to provide the elevation needed
for flood protection.


## RESOURCES CLUSTERED AROUND CONSTITUTION GARDENS

A second group of historic features is clustered around **Constitution Gardens (Contributing Site)**, a 52-
acre designed landscape located within West Potomac Park.  The long, rectangular park  is bounded on the
east by Seventeenth Street; on the west by Twenty-third Street; by the Reflecting Pool on the south; and by
Constitution Avenue, NW, on the north.  Completed as a Bicentennial project in 1976, Constitution Gardens
was designed by the Washington, DC, office of the national architectural firm Skidmore, Owings, and
Merrill, and the landscape architectural firm of Arnold Associates in the early 1970s.  Designed in a
romantic, naturalistic style, one of the major features of Constitution Gardens is a six-acre, curvilinear,
constructed lake with a kidney-shaped island (see also "56 Signers Memorial"), which is connected by a
footbridge to the lake's northern shore.  The lake has a circumference of 2,625 feet, and is approximately
two feet deep.  The gardens contain masses of forest trees placed around open lawn areas, and a network of
winding paths for pedestrians and bicyclists runs throughout.  Constitution Gardens is the site of the
Vietnam War Veterans Memorial (see also) and Vietnam Women's Memorial(see also).  At the easternmost
edge of the site, on the cross-axis of the Rainbow Pool, is a flat, raised platform, which was intended to hold
a food pavilion that was never built; it is accessed by four diagonal paths.  Three fieldstone, walled terraces
leading down from the platform to the lake were meant for tables.  The plan for Constitution Gardens
features bold, curvilinear forms.  The only exception to this is the angular Vietnam Veterans Memorial set
within its boundaries.  The view from the gardens to the east is dominated by the Washington Monument,
and the views of Constitution Avenue to the north are filtered through maple, beech, oak, and gum trees
planted in masses throughout the site.[26]


--------

[26]Allen Freeman, "Romantic Garden on the Classical Mall," *The AIA Journal* (June 1983):  pp. 51-52.

NPS Form 10-900-a                                        OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 20              East and West Potomac Parks Historic District
                                  Washington, DC
================================================================================

Constitution Gardens contributes to the East and West Potomac Parks Historic District based on National Register Criterion A in the areas of Landscape Architecture and Commemoration. The garden falls within the exception to National Register Criteria Consideration G. Though less than fifty years old, the garden has achieved exceptional significance, first as a highly visible project celebrating the American Bicentennial in the nation's capital, and later as the landscaped setting for a number of national memorials.

The **Vietnam Veterans Memorial (Contributing Object)** is set within a two-acre site on the grounds of the Constitution Gardens meadow near the East Lincoln Memorial. The memorial is composed of three distinct elements: the Wall, designed by Maya Ying Lin and architect of record Cooper-Lecky Partnership (dedicated in 1982), the bronze figurative sculpture designed by Frederick Hart, and the nearby flagstaff. (Both the sculpture and the flagstaff were dedicated in 1984). The Wall, Frederick Hart sculpture, and flagstaff were all authorized by Public Law 96-297 in 1980.

Maya Lin won the design competition for the Vietnam Veterans Memorial as an undergraduate architecture student at Yale University; she then worked with the Cooper-Lecky Partnership so that her design could be constructed. The Wall, a striking, contemporary design, consists of two, 200-foot-long, polished black granite walls, which are built into the earth and meet to form a "V." It was designed by Lin to "emerge and recede into the earth." In deference to the existing landscape, this strong symbol retains the openness of the landscape through carefully engineered vistas to both the Lincoln Memorial and the Washington Monument. The Wall was inscribed with the names of the 57,692 Americans that were killed or missing in action in Vietnam between 1963 and 1973. These names are listed in the chronological order in which they died or disappeared. Additional names have been added to the Wall since its completion, and the symbols behind certain names which indicate their status have been revised, usually from "missing in action" to "killed in action." Also, a number of people listed on the Wall have since been discovered to be alive; as it is difficult to remove or erase names from the granite wall, their names remain.

After great debate, a flagstaff and a figurative sculpture were added to the memorial's original design, as a concession to those who were opposed to the Wall's modern design and symbolism. These features are located in a granite-paved plaza, which was added a certain distance from the Wall, but near an entrance walk to it, and were dedicated on Veterans Day, November 11, 1984. Frederick Hart's bronze sculpture, entitled "Three Servicemen," features a Hispanic soldier, an African-American soldier, and a Caucasian

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 21              East and West Potomac Parks Historic District
                                  Washington, DC
==============================================================================

soldier. It was cast at the Joel Meisner & Co., Inc., foundry in Plainview, New York.[27] The base of the
60-foot flagstaff features the emblems of the five armed services: the Army, Navy, Air Force, Marines,
and Coast Guard.[28] Alterations have since been made to the memorial, including night lighting for the
Wall, widening walkways, and adding post and chain barriers to accommodate intense visitation levels
while protecting the site.

The Vietnam Veterans Memorial contributes to the East and West Potomac Parks Historic District, based
on National Register Criteria A and C in the areas of Architecture, Art, and Commemoration. Despite the
fact that it is primarily commemorative in intent (thus in the category of properties not usually qualifying
for the National Register), its design, tradition, and symbolic value has invested it with its own historical
significance, thus it falls within the exception to National Register Criteria Consideration F. The Vietnam
Veterans Memorial also falls within the exception to National Register Criteria Consideration G. Though
it is less than 50 years old, the memorial possesses exceptional significance due to the Congressional
authorization of its site and design, and its immediate symbolic importance in the Monumental Core.

The **Vietnam Women's Memorial (Contributing Object)**, a memorial honoring the women who served
in Vietnam, was first conceived by Diane Carlson Evans, a housewife from Minnesota who had served as
an Army nurse in Vietnam. Evans organized the Vietnam Women's Memorial Project, Inc., to recognize
the efforts of women in the Vietnam War, and then to raise money for a suitable memorial to be placed in
Washington, DC, near the existing memorial.[29] The resulting Vietnam Women's Memorial was
authorized by Public Law 96-297 in 1980, and was dedicated on Veterans Day, November 11, 1993. The
memorial features a bronze sculpture of three nurses, the first caring for a wounded soldier, the second
kneeling and clutching an empty helmet, and the third looking skyward for a rescue helicopter. This
sculpture, by Glenna Goodacre of Santa Fe, New Mexico, is located on a terrace of granite pavers
approximately 300 feet southeast of the Frederick Hart sculpture and facing across the lawn towards the
Wall. The architect who designed the memorial plaza was George Dickie, AIA, ASLA, of State College,
Pennsylvania.

_____

[27] Jannelle Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," U.S. Department
of the Interior, National Park Service, National Capital Parks-Central, August 1, 1985, pp. 124-126.
[28]"Vietnam Veterans Memorial Official Park Guide," U.S. Department of the Interior, National Park
Service, National Capital Parks-Central, Washington, DC.
[29]Peter Perl, "A Matter of Honor," *The Washington Post Magazine*, October 25, 1992, pp. 16-31.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  22                    East and West Potomac Parks Historic District
                                           Washington, DC
================================================================================

The Vietnam Women's Memorial contributes to the East and West Potomac Parks Historic District, based
on National Register Criteria A and C in the areas of Art and Commemoration.  Despite the fact that it is
primarily commemorative in intent (thus in the category of properties not usually qualifying for the
National Register), its design, tradition, and symbolic value has invested it with its own historical
significance, thus it falls within the exception to National Register Criteria Consideration F.  The Vietnam
Women's Memorial also falls within the exception to National Register Criteria Consideration G.  Though
it is less than 50 years old, the memorial possess exceptional significance due to the Congressional
authorization of its site and design, and its immediate symbolic importance in the Monumental Core.

The **56 Signers Memorial (Contributing Object),** located on the small island in Constitution Gardens,
was designed in 1981 by the landscape architectural firm EDAW, Inc., with Joseph Brown as principal-in-
charge, and Kurt Pronske, civil engineer.  The memorial was designed to honor the 56 Signers of the
Declaration of Independence.  It consists of an arc of granite blocks, each bearing an enlarged, incised,
gold-leaf signature of one of the Declaration's signers, along a granite plaza that opens out to the lake and
to views of nearby memorials.  Sedums planted between the blocks soften their edges.  A curving, low
fieldstone wall, which bisects the island, extends in two directions from the memorial.[30]  The last
sentence of the Declaration of Independence is engraved at the entrance to the memorial, and a wooden
bridge provides access to the island.

The 56 Signers Memorial contributes to the East and West Potomac Parks Historic District, based on
National Register Criteria A and C, in the areas of Landscape Architecture and Commemoration.  Despite
the fact that it is primarily commemorative in intent (thus in the category of properties not usually
qualifying for the National Register), its design, tradition, and symbolic value has invested it with its own
historical significance, thus it falls within the exception to National Register Criteria Consideration F.
The 56 Signers Memorial also falls within the exception to National Register Criteria Consideration G.
Though it is less than 50 years old, the memorial possesses exceptional significance due to the
Congressional authorization of its site and design, and its immediate symbolic importance in the
Monumental Core.

---

[30]Freeman, "Romantic Garden on the Classical Mall," *The AIA Journal,* p. 52.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  23                    East and West Potomac Parks Historic District
                                           Washington, DC
==============================================================================
RESOURCES CLUSTERED AROUND THE TIDAL BASIN

A significant number of historic resources are arranged around the **Tidal Basin (Contributing Site)**, an
irregularly shaped, constructed body of water with four lobes, covering 110 acres and averaging six feet
deep.  Located between the Potomac River and the Washington Channel, the Tidal Basin is an integral
component of the landscape of West Potomac Park.  Designed in 1882 by U.S. Army Major Peter C.
Hains as part of his plan for the reclamation of the Potomac Flats and the creation of Potomac Park, the
Tidal Basin was dredged in 1885, and redredged in 1907.[31]  The water that it holds is used for recreation,
as well as to flush out the Washington Channel.  The basin is formed by structural stone seawalls (see
also).  Hundreds of Japanese Cherry Trees (see also) line the banks of the Tidal Basin, and are reflected in
the water's surface (see also "Views Around Tidal Basin").  The Tidal Basin contributes to the East and
West Potomac Parks Historic District based on National Register Criteria A and C in the area of
Engineering.  The basin is a significant feature of the reclamation and subsequent improvement of the
Potomac Flats, one of the most important projects undertaken by the U.S. Army Corps of Engineers in the
late nineteenth century.

The Tidal Basin is rimmed with **Stone Seawalls (Contributing Structure)** -- retaining walls that prevent
the massive earth fill from eroding back into the Potomac River.[32]  The seawalls were constructed from
1882 into the 1890s by the U.S. Army Corps of Engineers, as the reclamation of the parks progressed.
Since the reclamation proceeded generally from west to east, it is likely that the seawalls in West Potomac
Park were constructed before those in East Potomac Park.  The seawall surrounding the Tidal Basin was
completed by 1896.[33]  Portions of the seawall rimming the Tidal Basin have been periodically repaired or
rebuilt as needed.  One example of this is when the northern lobe of the Tidal Basin was reshaped in the
early 1940s as part of the construction of Kutz Bridge; another is when the Jefferson Memorial was
constructed along the Tidal Basin in the 1940s.  Many sections of the seawall are in need of repair,
although their alignment is intact.

The seawalls are capped by an eight-foot-wide concrete walk, which was constructed by the U.S. Army
Corps of Engineers to provide safe access to the riverfront for such passive recreation uses as strolling and
fishing.  An iron-pipe railing runs along the top of the seawall only between the Tidal Reservoir Outlet

---

[31]Historic American Engineering Record, Tidal Reservoir, HAER No. DC-9, pp. 1-3.
[32]Although the seawalls are present in both parks, for the purposes of this nomination they have been
considered a single contributing structure, and have been counted only once.
[33]Historic American Buildings Survey, West Potomac Park, HABS No. DC-693, p. 5.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  24            East and West Potomac Parks Historic District
                                   Washington, DC
======================================================================

Bridge and the Kutz Bridge. The concrete walk and railing likely date to the late 1920s or early 1930s.
Each component of the three-tier pipe railing is approximately four inches in diameter; overall, the railing
stands forty inches high, and has been painted gray. The Stone Seawalls contribute to the East and West
Potomac Parks Historic District, based on National Register Criteria A and C in the area of Engineering;
they are an important feature of the U.S. Army Corps of Engineers' efforts to reclaim the Potomac Flats.

After construction of the Tidal Basin had begun, the **Tidal Reservoir Outlet Bridge (Contributing
Structure)** was built in 1888-89 by the U.S. Army Corps of Engineers as the primary tidal gate for the
Tidal Basin. Located where East Basin Drive crosses the Washington Channel, between the base of
Fifteenth Street and the Fourteenth Street Bridge, the bridge was one of the earliest completed features of
the basin. The need for a tidal gate at the Tidal Basin's outlet became apparent as the basin was dredged,
when tremendous amounts of water flowed from the basin into the channel. The Tidal Reservoir Outlet
Bridge was designed to regulate the flow of water from the Washington Channel through the Tidal Basin
into the Potomac River. As originally conceived, the tidal gate at the outlet was to operate on its own
without an accompanying gate at the inlet. An additional tidal gate, the Tidal Reservoir Inlet Bridge (see
also), was constructed two decades later at the inlet to control the silt building up in the Tidal Basin.

The Tidal Reservoir Outlet Bridge is constructed of granite with two concrete wing walls on each side of
the outlet on the Channel side, and has a reinforced concrete deck. This low-level bridge has six arched
spans, each of which is six feet wide and 12 feet high, and contains a pair of wooden gates that open and
close to control the flow of water out into the channel.[34] The setting of the Tidal Reservoir Outlet

Bridge has been changed dramatically since its completion by the construction of numerous bridges in its
immediate vicinity. Today, the Outlet Bridge is hemmed in between the Fourteenth Street bridge that
crosses the outlet, and the Fifteenth Street bridge that connects with the exit ramp leading to Hains Point.

While originally used to control water flow, today it functions primarily as a pedestrian crossing.[35]
Regardless of this changing use, the Tidal Reservoir Outlet Bridge contributes to the East and West
Potomac Parks Historic District based on National Register Criteria A and C in the area of Engineering.
The bridge is an integral feature of the Tidal Basin as devised and constructed by the U.S. Army Corps of
Engineers in the late nineteenth century.

---

[34]Historic American Engineering Record, Tidal Reservoir Outlet Bridge, HAER No. DC-9-B, pp. 1-3.
[35]Historic American Engineering Record, Tidal Reservoir Outlet Bridge, HAER No. DC-9-B, pp. 2-3.

NPS Form 10-900-a                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  25                    East and West Potomac Parks Historic District
                                           Washington, DC
==============================================================================

Once it was determined that the primary tidal gate was insufficient for regulating the basin's flow, the **Tidal Reservoir Inlet Bridge (Contributing Structure)** was constructed in 1908-09.  Located on Ohio Drive, SW, spanning the inlet to the Tidal Basin, the bridge was designed to act as a tidal gate for the Tidal Basin, controlling and regulating the water entering from the Potomac River.  The construction of these two bridges also allowed for complete circulation around the Tidal Basin by 1910.  Today, the Tidal Basin Inlet Bridge carries vehicular and pedestrian traffic along Ohio Drive.  Designed by noted Washington, DC, architect Nathan C. Wyeth, and constructed by the U.S. Army Corps of Engineers, the Inlet Bridge is 184 feet in length, and has a 25-foot roadway flanked by 7-foot sidewalks.  The bridge consists of a single central span with one fixed span on each side, all constructed of reinforced concrete. The ornamental details of the Inlet Bridge, such as gargoyles that vent water from integral bronze fountains, are constructed of cast concrete with exposed aggregate facing.[36]

The Inlet Bridge has been altered several times since its completion.  In 1926, the bridge was widened to 32 feet; one sidewalk was converted to a bridle path; lighting standards on the bridge were removed; and steel I-beams were placed underneath the roadbed for reinforcement.  Between 1969 and 1971, the tidal gate spans were removed and replaced.  A major repair of the Inlet Bridge was undertaken in 1985-86, at which time an original removable lock span was permanently removed and replaced with a fixed, reinforced concrete span.  Also, deteriorating sections of the bridge were replaced, and the entire structure was cleaned.[37]  Despite these alterations, the Tidal Reservoir Inlet Bridge contributes to the East and West Potomac Parks Historic District based on National Register Criteria A and C in the area of Engineering. The bridge is an integral component of the Tidal Basin, and was constructed by the U.S. Corps of Engineers in the early twentieth century.

Traffic circulation in this portion of West Potomac Park was altered with the construction of the **Independence Avenue Extension (Contributing Structure).**  This road project was initiated in the early 1940s primarily to allow better access from the city of Washington to the Pentagon.  Philadelphia architect Paul Philippe Cret designed a narrow dual-highway system with a bridge (see "Kutz Bridge" below) across the Tidal Basin, which was an amenable solution to several different constituencies.  The War Department liked the fact that Cret's road system connected to both the Fourteenth Street Bridges

---

[36]Historic American Engineering Record, Tidal Reservoir Inlet Bridge, HAER No. DC-9-A, pp. 1-3.
[37]Historic American Engineering Record, Tidal Reservoir Inlet Bridge, HAER No. DC-9-A, pp. 1, 3, 5.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  26                  East and West Potomac Parks Historic District
                                        Washington, DC
================================================================================

and to Arlington Memorial Bridge, which allowed access to the Pentagon even if one bridge was
destroyed during the war. At the insistence of the National Park Service and the Commission of Fine
Arts, the new roads were narrow, and existing park roads were incorporated into the new system; this
helped to preserve both existing vegetation and scenic vistas.[38] This road system remains in place today.

The **Kutz Bridge (Contributing Structure)** was designed by Paul Philippe Cret in 1941 as an integral
part of the Independence Avenue Extension project. The bridge was constructed in 1943 to carry
eastbound Independence Avenue, SW, over the north bay of the Tidal Basin; and a separate roadway
immediately north of this bay was planned to carry westbound traffic. Just south of the Washington
Monument Grounds an overpass was built where the westbound lanes passed over the eastbound lanes,
and a connection was constructed to Maine Avenue, SW, south of the Bureau of Engraving and Printing.
Cret's design necessitated a change in the shape of the basin's Northern Neck, the area of shoreline
between the Kutz Bridge and the John Paul Jones Memorial. The original rounded shape of the shoreline
was flattened, and new revetment walls were built.[39] The 833-foot bridge is constructed of concrete and
steel on pilings. It has granite facings and contains 15 40-foot-long spans. The bridge's roadway is 34
feet wide, and is flanked by 6-foot-wide sidewalks. Known simply as the Independence Avenue Bridge, it
was dedicated in 1954 by Mrs. Charles W. Kutz in memory of her late husband, a Brigadier General who
had served three times as Engineer Commissioner for the District of Columbia.[40]

Several components of the landscape surrounding the Kutz Bridge can be attributed to Frederick Law
Olmsted, Jr. In accordance with Olmsted's original design for the landscape of West Potomac Park, elm
trees were planted in this area as early as 1907, and a cluster of sycamore trees located on the north side of
Independence Avenue, SW, near Seventeenth Street, was likely planted under his direction.[41] The
Independence Avenue Extension and the Kutz Bridge contribute to the East and West Potomac Parks
Historic District based on National Register Criterion C in the areas of Transportation, Architecture and
Engineering, as the skillful work of nationally recognized architect Paul Philippe Cret.

--------------------------------

[38]Scott G. Shultz, "The Development of the Historic Landscape of the Washington Monument Grounds
and West Potomac Park," U.S. Department of the Interior, National Park Service, Cultural Resources, Washington,
DC, 1995, p. 21.
    [39]Shultz, "The Development of the Historic Landscape of the Washington Monument Grounds and West
Potomac Park," p. 20.
    [40]Gordon Chappell, "East and West Potomac Parks: A History," U.S. Department of the Interior, National
Park Service, Denver Service Center, June 1973, pp. 151-152.
    [41]Shultz, "The Development of the Historic Landscape of the Washington Monument Grounds and West
Potomac Park," pp. 27, 30.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  27              East and West Potomac Parks Historic District
                                     Washington, DC
===============================================================================

Since its completion, a number of memorials have been sited near the Tidal Basin, the earliest of which
was the **Commodore John Paul Jones Statue (Contributing Object).**  It was constructed at Seventeenth
Street and Independence Avenue, SW, to honor the Revolutionary War hero, who was born in Scotland in
1747, and died in poverty in Paris in 1792.  Jones joined the United States Navy in 1775, and after an
extraordinary naval career here, he joined the Russian Navy as a Rear Admiral.  His grave had been
discovered in an obscure cemetery in Paris in 1905, and his remains, which had been preserved in a barrel
of rum, were returned to the United States for reinterment at the United States Naval Academy, in
Annapolis, Maryland.  Immediately thereafter, in 1906, Congress appropriated $50,000 for a memorial to
Jones,[42] and the resulting statue was built from 1911-12, and dedicated on April 17, 1912.  The
memorial's bronze statue and marble pedestal were designed by sculptor Charles Henry Niehaus.  Thomas
Hastings, of the New York City architectural firm of Carrere and Hastings, served as project architect.
Carver John Grignolai was responsible for the ornamentation on the statue's base, and the statue was cast
by the Gorham Company.[43]

The memorial's bronze statue of Jones is mounted against a large, marble pylon.  The statue and pylon are
both placed on a pedestal containing spouts shaped like dolphins, through which water flows into the
basin below.  Jones is depicted in the statue in period naval officer dress, with his left hand on the pommel
of his sword, and his right hand clenched in a fist.  The marble pylon features a series of military symbols,
and the rear of the pylon has a relief that depicts Jones raising the American flag on a United States man-
of-war ship.  This relief illustrates the long-held belief that he was the first man to raise the new American
flag on a war ship.  Over this relief, the words "Surrender?  I have not yet begun to fight!"
are carved.[44]  A plaque, presented by the Navy Department, was placed on the statue on October 30, 1920,
the 145th anniversary of the founding of the United States Navy.  This plaque was inscribed with a quote
from a speech Jones delivered on September 14, 1775, in which he outlined the desired attributes of a
good naval officer.[45]  In 1949, the Department of the Navy requested that this plaque be removed and

---

[42]James M. Goode, *The Outdoor Sculpture of Washington, DC* (Washington, DC: Smithsonian Institution
Press, 1974), p. 397.
          [43]Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," pp. 68-71.
          [44]Goode, *The Outdoor Sculpture of Washington, DC*, p. 397.
          [45]"Nation's Tribute Paid Paul Jones," Clipping dated October 31, 1920, Found at
National Archives and Records Administration, Washington, DC, Record Group 66,
Records of the Commission of Fine Arts, Entry 17, Box 86; "John Paul Jones Tablet
Unveiled," The Evening Star, October 31, 1920.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  28                    East and West Potomac Parks Historic District
                                          Washington, DC
====================================================================================

replaced with one with an authentic recounting of the facts of Jones' life, as the quote by Jones on the
original plaque was not correctly attributed.[46]  A 1997 site visit revealed no plaque present on the statue.

The Commodore John Paul Jones Statue contributes to the East and West Potomac Parks Historic District
based on National Register Criterion A in the areas of Art and Commemoration.  Despite the fact that it is
primarily commemorative in intent (thus in the category of properties not usually qualifying for the
National Register), its design, age, tradition, and symbolic value has invested it with its own historical
significance, thus it falls within the exception to National Register Criteria Consideration F.  The statue
was also the first memorial to be placed in either of the two parks.

The **Japanese Cherry Trees (Contributing Site)**, a major character-defining component of the landscape
of East and West Potomac Parks, were also sited around the Tidal Basin.[47]  Approximately 3,000 cherry
trees, given to the city of Washington as a gift from Japan, were planted in the two parks in 1912.  The
first shipment of trees from Japan was infested with several types of insects, so they were destroyed, and a
second shipment of trees was made.  Twelve species of cherry trees were sent by Japan, the majority of
which were planted on the banks of the Tidal Basin.  An estimated 150 to 200 of the original trees survive
today; and the former diverse collection of trees has dwindled to only two species, the white Yoshino and
the pink, double-blossomed Kwanzan.  As replacement records have only been kept since the 1970s, the
exact location of most of the original trees is not known.  The first two Yoshino trees that were planted in
1912 by Mrs. Taft and the wife of the then Japanese ambassador are marked with a bronze plaque (see
also).[48]  The Japanese Cherry Trees contribute to the East and West Potomac Parks Historic District, based
on Criterion A in the areas of Landscape Architecture and Social History.  The cherry trees remain a
major tourist attraction in the spring today.

The **First Japanese Cherry Trees Planting Plaque (Noncontributing Object),** located along the
northwestern lobe of the Tidal Basin, on a boulder between the first two cherry trees that were planted by
Mrs. Taft and the Viscountess of Chinda, wife of the then Japanese ambassador, in 1912.  The rectangular
plaque was placed on this site in 1950 by the National Capital Sesquicentennial Commission to
commemorate and to mark the exact location of the first two Japanese cherry trees that were planted.  The
First Japanese Cherry Trees Planting Plaque does not contribute to the East and West Potomac Parks

---

[46]Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," p. 71.
[47]Although the cherry trees are present in both parks, for the purposes of this nomination, they have been
considered a single contributing site, and have been counted only once.
[48]Linda Wheeler, "Tidal Basin's Blossoming Controversy," *The Washington Post*, March 23, 1997.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page 29                     East and West Potomac Parks Historic District
                                           Washington, DC
==============================================================================

Historic District, as it is commemorative in nature, less than 50 years old, and does not exhibit exceptional importance. This feature should be re-evaluated once it is 50 years old.

Two gifts from the nation of Japan were placed on the banks of the Tidal Basin in the 1950s. The first gift, the **Japanese Lantern (Contributing Object)**, located along the Tidal Basin near the intersection of Independence Avenue, SW, and West Basin Drive, SW, was one of three antique stone lanterns given to the citizens of the United States by the Governor of Tokyo in 1954. The other two lanterns were given to the cities of Providence and Newport, Rhode Island. A symbol of Japanese-American understanding, the lantern was dedicated on March 30, 1954, the 100th anniversary of Commodore Matthew Perry's opening of American trade with Japan. The lantern was placed on the northwest bank of the Tidal Basin, between two of the original cherry trees that were planted by Mrs. William Howard Taft and the wife of the then Japanese ambassador, the Viscountess Chinda, in 1912.[49]

This Japanese Lantern was carved in Tokyo in 1651 to honor dead warlord Tokugawa Iemitsu; its twin still stands on the grounds of a temple in Ueno Park in Tokyo. The granite lantern, hexagonal in shape and ten feet in height, consists of small base, a circular pillar, and a lantern with six small openings, which is crowned by six scrolled ornaments and a finial. This lantern is lighted yearly to officially begin the city's Cherry Blossom Festival.[50] The Japanese Lantern contributes to the East and West Potomac Parks Historic District based on National Register Criterion A in the areas of Art and Social History. Despite the fact that it is primarily commemorative in intent (thus in the category of properties not usually qualifying for the National Register), its design, age, tradition, and symbolic value has invested it with its own historical significance, thus it falls within the exception to National Register Criteria Consideration F. The lantern has achieved additional significance as a gift to the nation from the country of Japan.

The second gift, the **Japanese Pagoda (Contributing Object)**, located near the intersection of Ohio Drive, SW, and West Basin Drive, SW, was given by Ryozo Kiranuma, the Mayor of Yokohama, to the people of Washington. The 3,800-pound, stone pagoda arrived in the District of Columbia on June 19, 1957, in pieces that were packed in five wooden crates with no assembly instructions. With assistance

_____

[49]"Tokyo Governor Sends DC A 300-Year-Old Lantern," *Washington Times Herald*, November 19, 1953; Goode, *The Outdoor Sculpture of Washington, DC*, pp. 398-399.
     [50]Goode, *The Outdoor Sculpture of Washington, DC*, pp. 398-399; Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," pp. 63-64.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  30                    East and West Potomac Parks Historic District
                                           Washington, DC
===============================================================================

from an expert in Japanese culture from the Library of Congress, the pagoda was reassembled, and was
installed on the bank of the Tidal Basin.  It was dedicated on April 21, 1958.[51]

The Japanese Pagoda is a nine-tiered structure, with four seated Buddhas carved into its base.[52]  A brass
plaque, located on the pagoda's base, reads "May this pagoda symbolize the spirit of friendship between
the United States of America and Japan manifested in the treaty of peace, amity and commerce signed at
Yokohama on March 31, 1854, by the plenipotentiaries of the two countries."[53]  The Japanese Pagoda
contributes to the East and West Potomac Parks Historic District based on National Register Criterion A
in the areas of Art and Social History.  Despite the fact that it is primarily commemorative in intent (thus
in the category of properties not usually qualifying for the National Register), its design, age, tradition,
and symbolic value has invested it with its own historical significance, thus it falls within the exception to
National Register Criteria Consideration F.  The pagoda has also achieved additional significance as a gift
to the nation from the country of Japan.

Stretching 800 feet along the southwest bank of the Tidal Basin and supported by 900 steel pilings set into
the marshy soil, the **Franklin Delano Roosevelt Memorial (Contributing Site)** is the newest monument
in the two parks.  The idea for a memorial to honor the nation's 32nd president was formally recognized in
1955 when Congress created the Franklin Delano Roosevelt Memorial Commission to guide the design
and construction of the memorial.  In 1959, Congress passed Public Law 86-241, which
set aside a 27-acre site in West Potomac Park for the memorial, authorized the commission to hold a
design competition, and appropriated $150,000 to organize it.  The memorial's construction was
delayed for over 30 years, as its evolving design underwent agency review, and private moneys were
raised and Congressional authorizations were made to fund its fabrication.  Designed by San Francisco
landscape architect Lawrence Halprin, FASLA, the memorial was built in thirty months between 1994 and
1997 at a cost of $48.5 million, and was dedicated by President Clinton on May 2, 1997.  The memorial
landscape, which covers approximately seven-and-a-half acres, features four outdoor rooms, one for each
of Roosevelt's four terms.  These rooms are defined by walls constructed by hand-carved blocks of
Carnelian red granite from South Dakota and Minnesota.  Each room has a fountain, sculptural elements,
and inscriptions from Roosevelt's speeches that reflect the events of the times.  Water is a

_____

[51]Goode, *The Outdoor Sculpture of Washington, DC*, p. 399; Warren-Findley, "A Guide to Selected
Statues, Monuments and Memorials," p. 65; "City Seeks Blueprint for a Pagoda; Japanese Gift Arrives in 5 Crates,"
*The Washington Star*, June 19, 1957; "Company for Blossoms," *The Washington Daily News*, April 22, 1958.
    [52]Goode, *The Outdoor Sculpture of Washington, DC*, p. 399.
    [53]"City Seeks Blueprint for a Pagoda; Japanese Gift Arrives in 5 Crates," *The Washington Star*, June 19,
1957.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  31                          East and West Potomac Parks Historic District
                                                 Washington, DC
========================================================================

leitmotif in the memorial, as Roosevelt was born and raised near the Hudson River, was an avid sailor, and also served as assistant secretary of the navy early in his political career.  The memorial's inscriptions were carved by master stone carver John Benson.

Located in West Potomac Park, the Franklin Delano Roosevelt Memorial occupies the last of four ceremonial spaces reserved by the McMillan Plan.[54]  The east side of the memorial's forecourt contains a small stone building that houses offices for park rangers, a small bookstore, and an interpretive area.  The entrance to the memorial features a 12-foot-high granite wall, on which is inscribed "Franklin Delano Roosevelt, President of the United States, 1933-1945."  Inside the memorial's entrance is a bronze sculpture of the presidential seal Roosevelt used during his 12 years in office, created by sculptor Tom Hardy of Portland, Oregon.  On the wall to the left of this seal is a line from one of Roosevelt's best-known speeches during his first term, "This generation of Americans has a rendezvous with destiny."  In the first room, which represents Roosevelt's first term (1933-1937), the images and sculpture focus on the first 100 days of Roosevelt's presidency.  A bronze bas-relief sculpture by sculptor Robert Graham depicts his first inauguration; the inspiration for this artwork was a segment from a contemporary newsreel covering this inauguration.  The quote "The only thing we have to fear is fear itself" is carved into the wall above the bas-relief.  Other short quotes from several of his speeches and fireside chats have been carved into the granite walls, and longer quotations have been sandblasted onto thermal-finished granite panels.  The large waterfall in the first room symbolizes Roosevelt's life-long ties to the water, and also helps to filter the sound of airplanes taking off from and landing at National Airport.[55]

The transition between the first and second rooms is a landscaped passageway with a small stone fountain at its end.  The second room, which represents his second term (1937-1941), focuses on the Great Depression and the tremendous problem of unemployment during this time.  Three sculptures by New Jersey sculptor George Segal, of an urban breadline, a rural couple, and a man listening to a fireside chat represent specific American responses to the country's depression.  A thirty-foot bronze, bas-relief mural by Robert Graham illustrates 54 of the New Deal social and economic programs instigated by Roosevelt, and five free-standing, bronze cylinders in front of the wall contain the negative images from the mural.  The large fountain in this room, patterned after a Tennessee Valley Authority dam, represents the large-scale New Deal regional electrification projects of this period.[56]

---

[54]As described elsewhere in this report, the other three ceremonial spaces are occupied by the Lincoln Memorial, Washington Monument, and Jefferson Memorial.

[55]Lawrence Halprin, *The Franklin Delano Roosevelt Memorial* (San Francisco, California:  Chronicle Books, 1997), pp. 26, 42, 44, 46-47, 52-53, 56.

[56]Halprin, *The Franklin Delano Roosevelt Memorial*, pp. 26, 58, 66-73, 80, 85.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 32                    East and West Potomac Parks Historic District
                                        Washington, DC
===============================================================================

A grassy berm between the second and third rooms marks the point at which the President and the nation
entered into World War II. The third room, representing his third term (1941-1945), focuses on World
War II. A granite wall, known as the War Wall, is inscribed with the following Roosevelt quotation: "I
have seen war. I have seen war on land and sea. I have seen blood running from the wounded . . . I have
seen the dead in the mud. I have seen cities destroyed . . . I have seen children starving. I have seen the
agony of mothers and wives. I hate war." Huge granite blocks with the refrain "I hate war" carved into
them are strewn across the paved path, and a fountain with broken granite blocks and skewed water jets
simulate the destructive nature of the war in Europe. The room also contains bronze sculptures of a seated
President Roosevelt and his beloved dog Fala, both the work of sculptor Neil Estern.[57]

The transition between the third and fourth rooms is actually a viewing platform. The fourth room,
symbolizing the final year Roosevelt served before he died in office in 1945, focuses on the peace after
the close of World War II and the creation of the United Nations. A sunken alcove within the room
contains a 30-foot bronze bas-relief of Roosevelt's funeral procession, created by sculptor Leonard
Baskin. A sculpture of First Lady Eleanor Roosevelt, shown as the nation's first delegate to the United
Nations, is located in a niche at the end of a ramp. The risers of the seats of an amphitheater, formed by
the placement of massive granite stones bearing more of Roosevelt's quotations, are carved with a
timeline of dates and major events in the President's life. The seats of this amphitheater face a large
fountain that empties into a pool with stepping stones. Roosevelt's Four Freedoms for the American
people, Freedom of Speech, Freedom of Worship, Freedom from Want, and Freedom from Fear, are
inscribed on the final wall of the memorial.[58]

The landscape plantings at the Franklin Delano Roosevelt Memorial include a complex palette of
deciduous and evergreen trees, shrubs, and groundcovers. The major existing landscape features on the
site prior to the memorial's construction were a number of mature trees, including 100-foot-high Dutch
elm trees along the road bordering the Tidal Basin, flowering Japanese Cherry Trees on the bank of the
Tidal Basin, several hemlocks, and a pawlonia. To complement these existing trees that were
incorporated into the site's new landscape design, Halprin chose a variety of large deciduous trees, such as
maples, zelkovas, locusts, and pin oaks, to be planted on the slope of the berm and throughout the
memorial, as he wanted trees that provided both copious amounts of shade and fall color. He also selected
pines and hollies for their evergreen quality in winter. He specified that small flowering trees, such as

---

[57]Halprin, *The Franklin Delano Roosevelt Memorial*, pp. 26, 92, 94, 103, 105-107.
[58]Halprin, *The Franklin Delano Roosevelt Memorial*, pp. 26, 114, 119-123, 128-131.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7      Page  33                        East and West Potomac Parks Historic District
                                                Washington, DC
================================================================================

 hawthornes, dogwoods, crabapples, cherries, and mountain ash trees, be planted on the slope and at each
of the sitting areas in the garden passageways between each room.  The memorial also contains shrubs like
azaleas, rhododendrons, viburnums, and pyracantha, and ivy and pachysandra for groundcovers.[59]

Two additional site features located near the Tidal Basin deserve mention.  The **Number 4 Fountain**
**(Contributing Object)** is a 58-foot-diameter, circular, concrete fountain basin, which is located just
southeast of the Tidal Reservoir Inlet Bridge.  Constructed in 1905-06, it is the last of four fountain basins
built in a 50-acre evergreen nursery and rose garden, which was established in 1905 by the Office of
Public Buildings and Grounds.  The other three fountains were removed sometime in the late 1940s due to
the construction of the Fourteenth Street Bridge.  Public Law 541, passed on July 16, 1946, called for the
removal of the three fountains and a portion of the nursery.  The fountain is flanked by curvilinear beds
known locally as the Pansy Beds, which are planted with pansies and tulips in the fall, then replaced by
annuals in the summer.  The beds are encircled by an informal hedge of forsythia backed by a ring of
mature saucer magnolias.  The proposed memorial to George Mason is to be placed here.  The Number 4
Fountain contributes to the East and West Potomac Parks Historic District based on National Register
Criterion A in the area of Landscape Architecture.  The fountain is one of the oldest remaining features in
West Potomac Park, and is a remnant of the parks' early management and history.

The **Floral Library (Noncontributing Site),** which was designed in 1968 by Darwina L. Neal, FASLA, a
landscape architect with the National Park Service, first bloomed in the spring of 1969.  It is located in a
quarter-acre plot of land south of Independence Avenue, SW, and East Basin Drive, SW,  near the Tidal
Basin.  The Floral Library is curvilinear in shape, runs east to west, and contains 95 different planting
beds separated by grass paths.  The design concept for the library was inspired by a similar planting at
Sterling Forest Gardens in Tuxedo Park, New York.  Originally conceived as a Tulip Library, it was
intended to provide people with the opportunity to view and compare a number of different tulip varieties
in close proximity, and also to serve as a demonstration garden for National Park Service employees who
were responsible for selecting floral displays for the parks.  It is now considered a Floral Library, as the
tulips are replaced in the summer by annuals, and some fading annuals are replaced in the fall by
chrysanthemums.  The Floral Library does not contribute to the East and West Potomac Parks Historic

---

[59]Halprin, *The Franklin Delano Roosevelt Memorial*, pp. 36-37, 39, 58.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  34                        East and West Potomac Parks Historic District
                                               Washington, DC
================================================================================

District as it is less than 50 years old, and does not exhibit exceptional importance. This feature should be
re-evaluated once it is 50 years old.

The **Jefferson Memorial (Contributing Structure)**, located on the southeast shore of the Tidal Basin, at
the southern terminus of the Sixteenth Street cross-axis of the Washington Monument Grounds, on axis
with the White House, was originally designed by John Russell Pope in 1937.[60] Pope's design was later
modified by his successor firm Eggers and Higgins (Otto R. Eggers and Daniel P. Higgins, principals).
The memorial, modeled after the Roman Pantheon, was constructed between 1939 and 1943, and was
dedicated in 1947. A circular open-air structure, the Jefferson Memorial features a shallow dome, a
circular peripteral colonnade composed of 26 unfluted Ionic columns, a 12-column-wide north portico,
and 4 columns supporting each of the memorial's four monumental openings. The memorial is
constructed of white Imperial Danby marble from Vermont, and it rests upon a series of granite-stepped
terraces. A flight of granite steps and landings, flanked by granite buttresses, leads from the Tidal Basin.
The stairs rise to an octastyle portico with a triangular pediment. This pediment features a sculpture by
Adolph A. Weinman, depicting the five members of the drafting committee of the Declaration of
Independence submitting their report to Congress. A dentiled cornice with egg-and-dart molding
surrounds the pediment, below which is a plain frieze.[61]

The interior of the Jefferson Memorial is constructed of white Georgia marble with an axed finish, and the
floor is made of pink Tennessee marble. Rudulph Evans' bronze statue of Jefferson stands centered in the
chamber on a black Minnesota granite pedestal, which is inscribed with Jefferson's birth and death dates
(1743 and 1826). The statue, which faces north towards the White House along the Mall's cross-axis,
depicts Jefferson in mid-life holding the Declaration of Independence in his left hand. Four quotations
from Jefferson's writings are carved into the walls of the memorial. An excerpt from the Declaration of
Independence, the document for which Jefferson is best known, is located on the southwest wall. The
southeast wall features a statement on the evolution of law and the Constitution,
which was taken from a letter written to Samuel Kercheval in 1816. The northwest wall is inscribed with
a combination of six quotations taken primarily from Jefferson's "1786 Notes on Virginia" and "Summary

---

[60]For the purposes of this nomination, the Jefferson Memorial has been classified a structure, rather than an
object. This classification is based on the fact that it is a major memorial, which can be entered into, much like a
structure. This distinction separates the Jefferson Memorial from the parks' other minor memorials, such as statues
and plaques. The Jefferson Memorial has been counted as a single contributing structure, while the memorial's
surrounding landscape has been counted as a single contributing site.
    [61]Donald C. Pfanz, National Register of Historic Places Inventory-Nomination Form, "Thomas Jefferson
Memorial," U.S. Department of the Interior, National Park Service, Washington, DC, January 12, 1981, p. 7.1.

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page  35                    East and West Potomac Parks Historic District
                                          Washington, DC
==============================================================================

Views," which illustrate his beliefs on the evils of slavery and the need to educate the masses. On the
northwest wall is a quote from the "Act of Religious Freedom," which was adopted in 1779 and
eliminated the state church in Virginia; this quote expresses Jefferson's views on freedom of religion. A
fifth quote, "I have sworn upon the altar of God eternal hostility against every form of tyranny over the
mind of man," taken from an 1800 letter from Jefferson to Benjamin Rush, is engraved on the frieze
encircling the memorial's interior. The frieze is topped by a dentiled cornice and a massive Indiana
limestone dome. The dome's interior is divided into two parts; the lower section has a coffered surface
containing lights that illuminate the statue, and the upper section has a smooth, uninterrupted surface.[62]

A few alterations have been made to the Jefferson Memorial since its dedication in 1947. In 1970, a
pedestrian plaza was installed on the north side of the memorial adjacent to the Tidal Basin, to prevent
cars from driving around the memorial. The construction of this plaza has changed the character of the
original, single, continuous, circular roadway. The plaza is not linked to the memorial's historic
landscape, nor does it relate to the memorial's shape and form. In addition, the plaza does not delineate
the edge of the Tidal Basin as the roadway's sidewalk originally did. Several years after the plaza's
construction, two phases of work were performed in preparation for the nation's Bicentennial. In 1974-
75, work was performed to repair minor structural defects in the memorial. In 1975-76, repairs were made
to benefit visitors, particularly the elderly and the handicapped. These included heating and ventilating
work, air conditioning repairs in enclosed portions of the memorial, new toilet facilities, installing an
elevator and a handicapped-access ramp, and plumbing and electrical repairs. In addition, a small gift
shop was installed in the northwest section of the memorial in what had been a storage room.[63] In 1987,
the freestanding information booth located inside the memorial was replaced with a more sympathetic,
integral one. In the early 1990s, a team led by Einhorn Yaffee Prescott and Hartman-Cox Architects
worked with the National Park Service on the first comprehensive repair effort at the memorial.

The design of the **Jefferson Memorial Grounds (Contributing Site)** can be attributed to Frederick Law
Olmsted, Jr., who was appointed project landscape architect in October 1938. Much of Olmsted's work
on the memorial was actually prepared by Henry V. Hubbard, a landscape architect employed by the firm.
The base of the Jefferson Memorial is surrounded by a "stylobate mall," or a grassy, elevated terrace, and
a roadway that was originally intended for automobiles, and was given over solely to pedestrian use in

---

[62]National Register Inventory-Nomination Form, "Thomas Jefferson Memorial," pp. 7.1-7.2.
[63]Mattes, "Landmarks of Liberty," p. 119.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  36              East and West Potomac Parks Historic District
                                     Washington, DC
=============================================================================

1970.  Two parallel access roads, separated by a central grass panel, are located on the south grounds of
the memorial.  The Olmsted firm's original planting plans for the grounds of the memorial were divided
into two specific areas, the land inside the circular roadway, and the land outside the circular roadway.
The plan for the area surrounding the Jefferson Memorial within the circular roadway, which was
approved by the Commission of Fine Arts in October 1941, specified 13 species of plants, most of which
were evergreen.  Once this area was planted in 1942, it was considered to be "too thin," so 12 additional
white pines were added, several holly trees were replaced and added, and some of the shrubs were
rearranged.  The scheme for the Jefferson Memorial Grounds outside the circular roadway was limited to
a few different trees, shrubs, and ground covers; the original plant palette for this area included
cotoneasters, yews, thorn trees, Japanese hollies, dogwoods, crabapples, maples, hollies, lindens, oaks,
American elms, cherry trees, and periwinkle.[64]

Much of what is planted on the grounds of the Jefferson Memorial today is not what was originally
specified or first planted.  In general, the plantings are now more "architectural" in style than what was
originally intended.  The major change in the landscape in the immediate vicinity of the memorial
occurred in the 1970s, when a mass of yews was planted on the stylobate mall.  At this same time, a ring
of Zelkova trees was planted inside the circular roadway, where none existed originally.  Other more
minor changes have also been made to the landscape over the years.  In 1986, three mature, original white
pine trees were removed, and were replaced with six-foot-high specimens.  This same year, the holly
hedge on the stylobate mall, comprised of 3,806 individual plants, was removed and replaced with a
different species of holly.  The newer yews were removed in 1993, and several original yews, a holly, and
a white pine were removed and replaced.  A number of original species of flowering trees and shrubs,
including dogwoods, cotoneasters, and glossy Abelia, have been lost entirely; Olmsted preferred a more
diverse plant palette than exists today.  The original periwinkle ground cover was replaced with grass soon
after the memorial's completion.[65]

The Jefferson Memorial was individually listed in the National Register of Historic Places in 1981.  The
Jefferson Memorial and the Jefferson Memorial Grounds contribute to the East and West Potomac Parks
Historic District, based on National Register Criteria A and C in the areas of Architecture, Art, Landscape
Architecture, and Commemoration.  Despite the fact that the memorial and its associated

---

[64]Sally Prothero, "Jefferson Memorial Landscape Overview," U.S. Department of the Interior, National
Park Service, Denver Service Center, Final Draft, September 14, 1995, pp. 20, 38-40, 42, 72-74.
     [65]Prothero, "Jefferson Memorial Landscape Overview," pp. 69, 103-104, 142-143.

NPS Form 10-900-a                                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  37                          East and West Potomac Parks Historic District
                                                 Washington, DC
================================================================================
landscape are primarily commemorative in intent (thus in the category of properties not usually qualifying
for the National Register), its design, age, tradition, and symbolic value has invested it with its own
historical significance, thus it falls within the exception to National Register Criteria Consideration F.
The Jefferson Memorial has become one of the nation's best-known and well-loved monuments.[66]

## RESOURCES CLUSTERED SOUTH OF THE REFLECTING POOL

The area south of the Reflecting Pool in West Potomac Park is the setting for several memorials.[67]  The
oldest of these is the **John Ericsson Monument (Contributing Object)**, located in a traffic circle at the
southern terminus of Twenty-third Street at Independence Avenue, SW, and Ohio Drive, SW.  The
memorial honors Ericsson as the designer of the *Monitor*, the Union Army's ironclad ship, which was
used in the most famous naval encounter of the Civil War.  Ericsson is also credited with perfecting the
design of the screw propeller.  Designed by sculptor James Earle Fraser and architect Albert Randolph
Ross, the monument was financed mainly by Americans of Scandinavian descent.  The monument features
a figure of Ericsson seated in front of three allegorical figures:  a woman representing "Vision," a Viking
representing "Adventure," and an iron molder representing "Labor."  The figures stand against the Norse
Tree of Life, and the granite pavement that surrounds the sculpture bears the inlaid form of a mariner's
compass.  The inscription "John Ericsson A.D. 1803-A.D. 1889; Inventor and Builder Of The Monitor; He
Revolutionized Navigation By His Invention of the Screw Propeller" wraps around the four sides of the
pedestal.[68]

Construction of the John Ericsson Monument began in 1924.  The sculpture had not yet been carved at the
time of the monument's dedication on May 29, 1926, so Fraser placed his full-size plaster casts, which
had been painted to resemble pink granite, at the location of the monument.  The sculpture, completed in
April 1927, was carved on site from pink Milford granite from Massachusetts.  The monument's

_____

[66]For additional information on the Jefferson Memorial, refer to its individual National Register of Historic
Places Inventory-Nomination Form, U.S. Department of the Interior, National Park Service, January 12, 1981.  For
additional information on the landscape of the Jefferson Memorial, refer to the Jefferson Memorial Landscape
Overview Report, U.S. Department of the Interior, National Park Service, September, 1995.
        [67]A wooded area south of the Reflecting Pool is sometimes informally referred to as "Ash Woods," and
may be connected with the construction of the District of Columbia World War I Memorial (see below).  However,
neither the origin of this term nor its possible connection with the memorial has been found.
        [68]Goode, *The Outdoor Sculpture of Washington, DC*, p. 400.

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7     Page 38                          East and West Potomac Parks Historic District
                                               Washington, DC
==============================================================================

landscape, for which Frederick Law Olmsted, Jr. was the consultant, was completed by 1932;[69] it retains little integrity today. The monument's granite platform and the four sets of steps from its base were originally surrounded by plantings of three types of junipers, each having different growth habits. These junipers were replaced at some point with Japanese holly. The four walks that radiate from the granite platform were also planted with junipers; these shrubs have been removed entirely.[70]

The John Ericsson Monument contributes to the East and West Potomac Parks Historic District based on National Register Criterion A in the areas of Art and Commemoration, as an early monument placed in West Potomac Park. Despite the fact that it is primarily commemorative in intent (thus in the category of properties not usually qualifying for the National Register), its design, age, tradition, and symbolic value has invested it with its own historical significance, thus it falls within the exception to National Register Criteria Consideration F.

The **District of Columbia World War I Memorial (Contributing Object)** is located along Independence Avenue, SW, on axis with Nineteenth Street, south of the Reflecting Pool. The memorial was authorized by Congress in 1924, constructed in 1931, and dedicated on November 11, 1931. Intended to honor District residents who served in the first World War, the white marble Doric tempietto was also designed to be used as a bandstand. A list containing the names of the 26,000 District residents who served in World War I was placed in the memorial's cornerstone, and the names of the 499 residents who died as a result of this war were inscribed in the memorial's base. Funding for this memorial was raised entirely through public subscription. The architect for the memorial was Frederick H. Brooke, who worked with associate architects Nathan C. Wyeth and Horace W. Peaslee.[71]

At the time of its construction, an eight-foot-wide circular sidewalk was built around the memorial, and eight-foot-wide parallel walks with 35 feet of grass in between were also built. These walks led to the service road on the north and to Independence Avenue on the south.[72] In 1937, the Office of National Capital Parks announced plans to surround the memorial with 50 white dogwood trees, which were planted soon after.[73] The District of Columbia World War I Memorial contributes to the East and West

---

[69]Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," pp. 36-37.

[70]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," pp. 4.21-4.22.

[71]Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," pp. 20-22; Marilyn Feldman, "The Mall's Forgotten Monument," *The Washington Post*, September 28, 1995.

[72]"Keystone of DC Memorial Temple Laid, Completion of Structure Rushed for Dedication on Armistice Day," *The Washington Star*, September 30, 1931.

[73]"War Memorial to be Beautified," *The Washington Star*, May 30, 1937.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page 39                    East and West Potomac Parks Historic District
                                          Washington, DC
=======================================================================

Potomac Parks Historic District based on National Register Criterion A in the areas of Art and
Commemoration, as an early monument erected in West Potomac Park. Despite the fact that it is
primarily commemorative in intent (thus in the category of properties not usually qualifying for the
National Register), its design, age, tradition, and symbolic value has invested it with its own historical
significance, thus it falls within the exception to National Register Criteria Consideration F.

The **Korean War Veterans Memorial (Contributing Object)** is also located south of the Reflecting
Pool, on a direct axis with the Vietnam Veterans Memorial. It was dedicated on July 27, 1995, the 42nd
anniversary of the armistice that ended the Korean War. Also the product of a competition, the original
winning design by a team of four architects and landscape architects from Pennsylvania State University,
John Paul Lucas, Veronica Burns Lucas, Don Alvaro Leon, and Eliza Pennypacker, was selected in the
spring of 1989. However, due to negative feedback during the approval process, the original designers
removed themselves, and the design was greatly revised by the Cooper-Lecky Partnership, a Washington,
DC, architectural firm.[74]

The Korean War Veterans Memorial features 19 realistic, slightly larger than life, gray, stainless-steel
soldiers sculpted by Frank Gaylord of Barre, Vermont. The patrolling soldiers, arranged in combat
formation climbing up the hill, are set on parallel strips of polished black granite within a triangular "field
of service" planted with juniper. At the top of the hill is a circular plaza with a black, stone, circular "pool
of remembrance" at its center, which is framed by a double row containing 40 pleached linden trees, and
an American flag. A 164-foot-long memorial wall, made of large, black, polished, granite slabs, serves as
a backdrop for the sculpted figures. This bas-relief wall features etchings of support personnel, such as
nurses, chaplains, and clerks, and where it juts into the pool, is the inscription "Freedom is not free." [75]

The Korean War Veterans Memorial contributes to the East and West Potomac Parks Historic District,
based on National Register Criteria A and C in the areas of Architecture, Art and Commemoration.
Despite the fact that it is primarily commemorative in intent (thus in the category of properties not usually
qualifying for the National Register), its design, tradition, and symbolic value has invested it with its own
historical significance, thus it falls within the exception to National Register Criteria Consideration F. The
Korean War Veterans Memorial also falls within the exception to National Register Criteria Consideration
G. Though it is less than 50 years old, the memorial possesses exceptional significance due

---

[74]Benjamin Forgey, "A March to Remember, Moving Monument to Korea Veterans Surpasses the Tortured
History of its Design," *The Washington Post*, July 22, 1995, pp. D1, D6.
        [75]Forgey, "A March to Remember," *The Washington Post*, July 22, 1995, pp. D1, D6.

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 40

East and West Potomac Parks Historic District
Washington, DC

===============================================================================

to the Congressional authorization of its site and design, and its immediate symbolic importance in the
Monumental Core.

Located to the south of the Reflecting Pool near the Korean War Memorial are the **U.S. Park Police
Stables (Noncontributing Building)**, which were constructed in 1975 by Morris Wood of Lapiz,
Kentucky, for the Bicentennial Folk Festival Committee. The five stables were meant to temporarily
house the Park Police horses during the Bicentennial and until more suitable quarters could be found. The
stables have wood foundations, exposed frame walls, corrugated metal roofs, and dirt floors. Although
they have been upgraded and repaired over the years, their construction remains temporary in nature. The
U.S. Park Police Stables do not contribute to the East and West Potomac Parks Historic District, as they
are less than 50 years old and do not exhibit exceptional importance.

**MISCELLANEOUS RESOURCES IN WEST POTOMAC PARK**

A number of resources are found throughout West Potomac Park that do not form a cohesive grouping.
The oldest standing structure in both parks, the **Lockkeeper's House (Contributing Building)**, located at
the southwest corner of Constitution Avenue, NW, and Seventeenth Street, remains somewhat isolated
from the other historic resources in West Potomac Park. The home of the keeper of the Chesapeake and
Ohio Canal extension, it was built in 1832-33 when the C & O Canal was extended from Georgetown to
connect with the Washington City Canal. From this building, the lockkeeper collected tolls and kept
records on trade conducted on the canal. The identities of the architect and builder of the Lockkeeper's
House are not known. This one-and-one-half-story, Federal-style, fieldstone building has a concrete
foundation, a stone chimney, a gable roof covered with wooden shingles, and two front-facing dormers.
Originally two-and-a-half stories high, the building was reduced to its present height when the nearby
canal was filled in the 1870s.

The U.S. Army Corps of Engineers renovated the building in 1903 for use as a toolhouse and lodge for the
Potomac Park watchmen. Originally located 49 feet west and 10 feet north of its present location, the
building was moved in 1915 to accommodate Seventeenth Street as it was extended across West Potomac
Park. In the early twentieth century, the building served as a headquarters for the Park Police, and as a
temporary holding cell for prisoners arrested in Potomac Park. From 1940 to 1970, the first floor of the
building was used as a comfort station, and the attic was used as storage space for park maintenance
equipment and supplies, and as a lodge for the Park Police. Today, the building is once again used by the
National Park Service as a toolhouse.

NPS Form 10-900-a                                                      OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  41                    East and West Potomac Parks Historic District
                                           Washington, DC
===============================================================================

A plaque commemorating the one-hundredth anniversary of the Canal's opening was placed on the
building's north facade in 1928 by the Office of Public Buildings and Public Parks. The Lockkeeper's
House was individually listed in the National Register of Historic Places in 1973, and it contributes to the
East and West Potomac Parks Historic District based on National Register Criterion A in the areas of
Architecture and Transportation. It also falls within Criteria Consideration B, as a building removed from
its original location that is significant primarily for its architectural value, as well as being a surviving
structure most importantly associated with a historic event. The Lockkeeper's House is the oldest
building in East and West Potomac Parks, and it survives as the sole remnant in the two parks of the city's
canal system, which provided a means for transportation and trade in the nineteenth century.

A number of noncontributing features are located in the area of West Potomac Park that is south of the
Reflecting Pool and west of the Tidal Basin. The **West Potomac Park Polo Grounds (Noncontributing
Site),** located between Independence Avenue, SW and Ohio Drive, SW, were laid out in 1908, and a frame
bandstand was built there in 1909. The Polo Grounds were used regularly during the summer months by
the Fort Myer Polo Team for Saturday afternoon matches. In 1942, the Polo Grounds were paved over to
provide parking for employees of the War and Navy Departments. This parking lot was never filled to
even half capacity, so, beginning in August 1942, Capital Transit used the lot to store buses between rush
hours. In 1943, the southern portion of the lot, which was used by the War Department, was returfed for
softball diamonds and tennis courts. In 1944, a complex containing three dormitories to house 2,500
WAVES (Women Appointed to Voluntary Emergency Services), a mess hall, an infirmary, and a
recreation building, was constructed on the former Polo Grounds. These buildings were demolished in
1965,[76] and the grounds were resodded and returned to parkland used for polo. Today, the area is a large,
grass-covered tract of open land, which is enclosed by temporary snow fencing. Although this portion of
West Potomac Park has been used for polo for nearly 75 years, the Polo Grounds do not contribute to the
East and West Potomac Parks Historic District, as they consist of open fields with no associated,
recognizable structures. The grounds were not planned or planted according to any known plan, and they
have been significantly altered over time.

The **First Air Mail Flight Marker (Noncontributing Object),** a bronze plaque on a memorial boulder, is
located across from the Polo Grounds and south of Ohio Drive, SW. The plaque and boulder, which were
placed there by the Aero Club of Washington to honor the Washington departure site of the first

_____

[76]Martin Luther King, Jr., Public Library, Washington, DC, Washingtoniana Collection, Vertical Files,
Parks, Potomac, 1940-1949; Federal Records Center, Suitland, Maryland, Record Group 79, File 64-A-42, Box 49.

NPS Form 10-900-a                                                  OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 42                      East and West Potomac Parks Historic District
                                          Washington, DC
================================================================================

scheduled domestic air mail service, were dedicated on May 15, 1958. The original marker was stolen c. 1969, and was replaced in 1971.[77] The First Air Mail Flight Marker does not contribute to the East and West Potomac Parks Historic District, as it is commemorative in nature, less than 50 years old, and does not exhibit exceptional importance. This feature should be re-evaluated once it is 50 years old.

The **Guardhouse (Contributing Building)**, located at the northeast corner of Twenty-third Street and Independence Avenue, SW, was constructed in 1950. This diminutive one-story, frame building sits on a 5' square concrete slab. Its wooden walls, articulated with chamfered rustication, incorporate a square window opening on each side; the plywood door has a matching window. The Buildin'gs frieze and cornice support a pyramidal metal roof. Like many modest structures in East and West Potomac Parks, it was built by National Park Service maintenance personnel. The Guardhouse was constructed to provide shelter during inclement weather for a traffic officer, who controls the traffic light and places barricades at this busy intersection to regulate rush-hour, one-way traffic on the Rock Creek and Potomac Parkway.

There are a number of **Recreational Facilities (Noncontributing Site)** located in West Potomac Park, including baseball diamonds in the elliptical area between Ohio and West Basin Drives, SW, and on both sides of Twenty-third Street north of the Lincoln Memorial, and volleyball courts and nets located in the grove of trees west of the Rock Creek and Potomac Parkway west of Lincoln Memorial.[78] These features are not considered specific contributing elements due to their temporary nature and recent construction.

## CONTRIBUTING VIEWS AND VISTAS IN WEST POTOMAC PARK

Among the defining elements of West Potomac Park are the vast unimpeded vistas. Vistas connect the broad greensward, the distant monuments, the Potomac River, and the low skyline of the city. The strongly prevalent axial views and vistas are the essence of the McMillan Plan for the parks. Orientation and cross axis are provided by certain central axial relationships and vistas, as delineated below; however, though not specifically described below, other views and vistas that preserve this sense of open space should not be precluded from consideration as significant aspects of the parks. For the purposes of this nomination, the term "vista" defines views of primary importance that were specifically planned, designed, and implemented, while the term "view" describes those unplanned views that resulted from the construction of other park features. The following primary views and vistas in West Potomac Park are

---

[77]Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," pp. 43-44.
[78]Although there are recreational facilities in both parks, for the purposes of this nomination, they have been considered a single noncontributing site, and have been counted only once.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section  7      Page  43              East and West Potomac Parks Historic District
                                      Washington, DC
===================================================================================

recognized by the National Register.significant, and add to the qualities of the historic district.  These
primary views and vistas are not included in the resource count, since views and vistas are not among the
five Property and Resource Types.

**Seventeenth Street Vista from Constitution Avenue, NW, to its Southern Terminus**

The **Seventeenth Street Vista from Constitution Avenue, NW, to its Southern Terminus** is a
distinctive feature of the landscape of West Potomac Park.  Seventeenth Street forms the eastern boundary
of West Potomac Park, separating the park from the grounds of the Washington Monument; this road
carries four lanes of traffic, two north-bound and two south-bound.  This vista extends south along
Seventeenth Street from its intersection with Constitution Avenue, NW, to its terminus, which is marked by
the Commodore John Paul Jones Statue (see also).  Framed on both sides by mature trees, Seventeenth
Street is an important north-south axis, and is an integral element of the McMillan Plan of 1901-02.

**Twenty-third Street Vista from Constitution Avenue, NW, to its Southern Terminus**
The **Twenty-third Street Vista from Constitution Avenue, NW, to its Southern Terminus** is another
notable feature of the landscape of West Potomac Park.  Twenty-third Street is an important north-south
axis, and an integral part of the McMillan Plan of 1901-02.  This vista extends south along Twenty-third
Street from its intersection with Constitution Avenue, NW; is interrupted by the Lincoln Memorial; and
ends at the terminus of Twenty-third Street, where it intersects with Independence Avenue, SW.  Twenty-
third Street is framed on both sides by mature trees, and carries four lanes of traffic, two north-bound and
two south-bound.  The southern terminus of Twenty-third Street is marked by the John Ericsson
Monument, the location of which was a key feature of the McMillan Plan.

**Vista from the Lincoln Memorial to the Washington Monument**

The **Vista from the Lincoln Memorial to the Washington Monument** was one of the most important
elements of the McMillan Plan of 1901-02, as it extended the formal vista to the east (between the Capitol
and the Washington Monument) a major distance to the west to connect the Washington Monument and the
Lincoln Memorial.  This vista is most impressive viewed from the steps of the Lincoln Memorial across the
length of the Reflecting Pool and the Rainbow Pool, to the Washington Monument.  Important features of
this vista are the double rows of Dutch elm trees on each side of the Reflecting Pool and reflections in the
clear water of the pool.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 44              East and West Potomac Parks Historic District
                                  Washington, DC
=============================================================================

## Views around the Tidal Basin

The Jefferson Memorial is visible from numerous vantage points along the walk surrounding the Tidal Basin. These continuous, informal, panoramic views are framed by the cherry trees that are clustered around the circumference of the basin. (See also "Jefferson Memorial Grounds," "Tidal Basin," and "Japanese Cherry Trees.")

Covering approximately 330 acres in Washington's southwest quadrant, East Potomac Park is a peninsula between the Potomac River (to the west and south) and Washington Channel (to the east).[79] Approximately one-third of a mile wide, and 1.9 miles long, the park adjoins West Potomac Park at its northern boundary (the Potomac Railroad Bridge). The far end of the peninsula is referred to as Hains Point.

Prior to the 1890s, the area that today is East Potomac Park was a shallow area or "flat" in the Potomac River. The 1882 to 1911 program of channel clearing produced sufficient fill to create both West and East Potomac Parks (see Section 8). This reclamation project created a largely flat topography that is approximately 14 feet above mean low tide in the center and 11 feet above low tide at the periphery.[80] Because the land that comprises West Potomac Park is manmade, it has no natural features with the exception of the Potomac River, an important visual component of the park that also constitutes much of its boundary. The Washington Channel, a deep-water navigational channel, was created as part of the same reclamation program that created the land in the parks.

The park is generally crescent-shaped. Its south end terminates in a point at the confluence of the Potomac River and the Washington Channel. Its north end, rather than coming to a point, is cut off by the linear Potomac Railroad Bridge that separates East and West Potomac Parks. Unlike most of West Potomac Park, the organization and overall design of East Potomac Park is distinctly non-linear. It has few strictly geometric relationships or vistas and, overall, the plan of the park follows the shape of the land. The park's main organizing feature is Ohio Drive, SW, which directs traffic in a one-way loop around the perimeter of

---

[79]As one of the many areas reserved for public uses in Washington, East Potomac Park is referred to as Reservation 333 in Washington's system of legal property description.
[80]Chappell, "East and West Potomac Parks: A History," p. 93.

NPS Form 10-900-a                                         OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 45                  East and West Potomac Parks Historic District
                                      Washington, DC
===============================================================================

the park near the waterfront. Buckeye Drive, SW, crosses the width of the park towards its north end.
There are a variety of short access roads and/or driveways off Ohio Drive, SW, to the various features in
the park. Pedestrian circulation is provided for by a concrete walkway that runs between Ohio Drive, SW,
and the water and via a variety of paths that provide access to various park features.

Because of its river location and low topography, there are outstanding views throughout the park,
especially along the peninsula's periphery. On the east side there are views of Washington, the
monumental core, and Fort McNair. At Hains Point, there are views down river of both the Washington
and Virginia sides of the Potomac. On the west side there are views across the river to Washington
National Airport and Columbia Island.

Although East Potomac Park has a number of built features, most of the land area consists of open grassy
areas. Roughly two-thirds of the land in the park (210 acres) is occupied by the 36-hole golf course. There
are a variety of trees and shrubs located throughout the park that are associated with specific built features.
Perhaps the single most significant vegetative element in the park is the row of Japanese Cherry Trees that
are planted between Ohio Drive, SW, and the waterfront. These trees, planted in the late 1960s, provide a
visual link between East and West Potomac Park. Memorial trees are also located throughout the park.

Most major walls, fences, and hedges in the park are associated with individual features that are discussed
specifically below. In addition to these, major elements in this category that span a significant portion of
the park are the Stone Seawalls located along the waterfront. These walls, constructed to act as retaining
walls, date largely from the 1880s and 1890s with later repairs. A concrete walk capped by an iron-pipe
railing is located above the seawalls. The ten-foot-wide, four-mile-long walk was completed in 1931.
Light fixtures, site furnishings, and signage in East Potomac Park are similar to those used in West
Potomac Park. In terms of lighting, Ohio Drive, SW, is lined with Olmsted light standards. Most site
furnishings, including benches, trash receptacles, tree grates, fencing, and drinking fountains in the park are
National Park Service standard designs. These include benches that have a metal frame and wood slats;
"tulip" trash receptacles that have an exterior wood slat covering and a metal pedestal; metal tree grates
with a concentric circular pattern of openings; and metal, pedestal-type drinking fountains that are
handicapped-accessible. In general, signage throughout the park also follows National Park Service
standards. Although there are no significant bodies of water in the park, a simple rectangular water garden
lined with slate is located in front of the National Park Service National Capital Region Headquarters
Building.

Today, East Potomac Park is operated as a national park and is used primarily for recreational purposes.
The park is the site of a golf course, driving range, miniature golf course, swimming pool, tennis courts, a
playground area, and various picnic facilities (see descriptions of each that follow). The park is

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 46                    East and West Potomac Parks Historic District
                                        Washington, DC
======================================================================

extensively used, particularly on weekends and in warm weather, for these activities as well as for fishing
and other informal uses. East Potomac Park is also the site of a number of National Park Service and
Tourmobile facilities, most of which are clustered in the center of the park. These facilities include an
office building (the National Park Service National Capital Region Headquarters and U.S. Park Police
Headquarters Building), the National Capital Parks-Central Maintenance Yard, and the Tourmobile
Headquarters. Two other National Park Service facilities, a U.S. Park Police Building and the National
Capital Parks Central office, are in other locations in the park.

## LINKAGE RESOURCES

Several constructed and landscape features in East Potomac Park that are related to its reclamation,
subsequent improvement, and access to the new park have been grouped together. The **Potomac Railroad
Bridge (Contributing Structure)** serves as the boundary between East and West Potomac Parks, and is
the southernmost of all the Fourteenth Street crossings. This federally chartered bridge, which carries
railroad traffic over the Potomac River, was constructed by the U.S. Army Corps of Engineers in 1901.
The steel truss bridge with stone embankments was originally built with full truss construction; a series of
steel plate girders later replaced the trusses in all but the central swing span.[81]  The Potomac Railroad
Bridge contributes to the East and West Potomac Parks Historic District, based on National Register
Criterion C in the area of Engineering. It is an engineering feature of long standing in East Potomac Park,
and it is still used for its original purpose, to carry rail travel across the Potomac River.

The **Stone Seawalls (Contributing Structure)** in East Potomac Park were constructed from 1882 into the
1890s, by the U.S. Army Corps of Engineers, as the reclamation of the parks progressed.[82]  The seawalls
are retaining walls that prevent the massive earth fill from eroding back into the Potomac River. Since the
reclamation proceeded generally from west to east, it is likely that the seawalls in East Potomac Park were
constructed after those in West Potomac Park. Portions of the seawall have been periodically repaired or
rebuilt as needed. Many sections of the seawall are in need of repair, although their alignment is intact.
The seawalls are capped by concrete walks and an iron-pipe railing, which was constructed by the U.S.
Army Corps of Engineers so that the land could safely be enjoyed for recreational use. The ten-foot-wide,
four-mile-long walk rimming the perimeter of East Potomac Park was begun in 1919 and completed in
1931.[83]  Each component of the three-tier pipe railing is approximately four inches in diameter; overall, the

_____

[81]Myer, *Bridges and the City of Washington*, p. 34.
   [82]Although the seawalls are present in both parks, for the purposes of this nomination, they have been
considered a single contributing structure, and have been counted only once.
      [83]Historic American Buildings Survey, East Potomac Park, HABS No. DC-692, p. 6.

NPS Form 10-900-a                                         OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 47              East and West Potomac Parks Historic District
                                 Washington, DC
==================================================================================

railing stands forty inches high, and has been painted gray. The Stone Seawalls contribute to the East and West Potomac Parks Historic District, based on National Register Criterion A in the area of Engineering; the seawalls are an important feature of the U.S. Army Corps of Engineers' efforts to reclaim the Potomac Flats.

**Ohio Drive, SW, (Contributing Structure),** the road leading around the perimeter of East Potomac Park, was constructed in increments between 1912 and 1916. The bituminous-bound macadam road was originally one lane wide, and served to carry traffic from the entrance at the railroad embankment on the Washington Channel side of the park around the tip of Hains Point, and back around the peninsula on the Potomac River side. At some unknown date, the road was increased to two lanes between the railroad embankment and the entrance to the East Potomac Park Golf Course, each lane carrying traffic in the opposite direction. This modification was likely designed to alleviate traffic congestion caused by the use of the two golf courses.

For many years, Ohio Drive, SW, was known as "the Speedway." This name appears to have been taken from a mile-long, circular, dirt, horse-racing track which, at the turn of the twentieth century, was located on the grounds of the Washington Monument on Fifteenth and Sixteenth Streets. On Saturdays the racing track was reserved for fast driving. After the reclamation of East Potomac Park, the original use of the Speedway was abolished, and the track was connected with the new road around Hains Point. This connection led to assigning the moniker "the Speedway" to the new road.[84] The road's informal name proved to be particularly appropriate, as in the early years of the park, people used Ohio Drive, SW, to race their automobiles. This road has also been informally known as "the Breezeway," as many families would come to the park in the summer to catch the breezes coming in from the Potomac River. Ohio Drive, SW, contributes to the East and West Potomac Parks Historic District, based on National Register Criteria C in the areas of Transportation and Entertainment/Recreation. Once the reclamation of East Potomac Park was completed, this road was planned and constructed so that the land could be accessed for recreational purposes.

The **Japanese Cherry Trees (Contributing Site)** are a major character-defining component of the landscape of East Potomac Park.[85] During 1966-68, approximately 1,800 American-grown cherry (and other flowering) trees were planted on both sides of Ohio Drive, SW, around the perimeter of Hains Point. These trees were planted by friends of President and Mrs. Lyndon B. Johnson to honor their role in the nationwide Beautification Program. The Japanese Cherry Trees contribute to the East and West Potomac

---

[84]"Speedway? It's Just a Name Inherited From Track of Old," *The Washington Post*, September 7, 1933.
[85]Although the cherry trees are present in both parks, for the purposes of this nomination they have been considered a single contributing site, and have been counted only once.

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 48              East and West Potomac Parks Historic District
                                  Washington, DC
================================================================================

Parks Historic District, based on Criterion A in the areas of Landscape Architecture and Social History.
The cherry trees are a major landscape feature of the parks today.

A **Plaque Honoring the Placement of Cherry Trees on Hains Point in 1966-68 (Noncontributing
Object)** has been placed on a stone and wood bench along Ohio Drive, SW, on the western side of Hains
Point.  The text of the plaque reads "These 1,800 flowering cherries and other trees were planted on Hains
Point in 1966-68 in honor of President and Mrs. Lyndon B. Johnson by friends in gratitude for their
inspiring leadership and efforts to enhance the beauty of America."  The Plaque Honoring the Placement of
the Cherry Trees on Hains Point in 1966-68 does not contribute to the East and West Potomac Parks
Historic District, as it is commemorative in nature, less than 50 years old, and does not exhibit exceptional
importance.  This feature should be re-evaluated once it is 50 years old.


**ADMINISTRATIVE FACILITIES**

A number of buildings in East Potomac Park have been grouped by their use by the National Park Service
and the U.S. Park Police for park administration.  The **U.S. Engineers' Storehouse (Contributing
Building)**, located at 900 Ohio Drive, SW, is just east of the Potomac River bridge embankment.  This
building was designed in 1912 by the noted Washington, DC, architectural firm of Wood, Donn and
Deming, in a simplified version of Mediterranean Renaissance Revival style.  Constructed in 1913, the
two-story, six-bay, rectangular building is composed of a concrete foundation, wood framing, brick walls
covered by pebble-dash stucco painted yellow, and a low, hipped roof covered with red terra-cotta tile.  All
the six-over-six double-hung sashes are framed by three-panel wooden shutters that are painted green.  The
door on the west elevation has an arched opening and a brick and concrete entrance stoop with a metal
railing.  The principal (south) elevation features a door with a small, frame, entrance enclosure, and a
frame, shed-roofed porch, which runs nearly the entire length of the elevation.  The porch has five frame
supports that feature a lattice pattern.  Two large concrete bays, original doorways for construction
materials and equipment, are visible on the first story of both the south and north elevations.  On the south
elevation, one of the concrete bays has been filled in with a door, and the other with a window; on the north
elevation, both bays have been filled in with a window.

The building's interior, originally open in plan, has been divided into numerous small offices for the staff
of the National Capital Parks-Central office of the National Park Service; little if any original fabric
remains on the interior of this building.  However, the U.S. Engineers' Storehouse contributes to the East
and West Potomac Parks Historic District, based on National Register Criterion A in the area of
Engineering and Criterion C in the area of Architecture.  The building served as the base from which much

NPS Form 10-900-a                                           OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 49                    East and West Potomac Parks Historic District
                                        Washington, DC
================================================================================

of the reclamation of the two parks was directed, and it survives as possibly the final commission of the noted
Washington, DC architectural firm of Wood, Donn and Deming.

The National Park Service operates a cluster of administrative buildings and maintenance facilities of more
recent vintage on the Potomac River side of East Potomac Park. The **National Park Service National
Capital Region Headquarters Building (Noncontributing Building)** and the **U.S. Park Police
Headquarters Building (Noncontributing Building),** both located at 1100 Ohio Drive, SW, were
constructed from 1962 to 1963 on the former site of the East Potomac Park Tourist Camp (see Section 8).
These two Modernist buildings and related site improvements were designed by National Park Service
professional staff, and were built contemporaneously by Victor R. Beauchamp Associates, Inc. The two
buildings, connected by a covered walkway, have concrete foundations; blond brick walls; regular, fixed
fenestration; and flat, metal roofs. The National Capital Region Headquarters Building is three stories with a
two-story wing, while the U.S. Park Police Headquarters Building is two stories. In 1969, a training and
cafeteria wing was built onto the Park Service Building by L. J. Robinson, Inc. The main entrance lobby of
this complex of buildings features a slate patio and a pool with aquatic plants. Parking constructed in
conjunction with the original building effort has been expanded several times to accommodate increased
numbers of employees working in the two buildings and the adjacent Park Service maintenance yard. The
National Park Service National Capital Region Building and the U.S. Park Police Headquarters Building do
not contribute to the East and West Potomac Parks Historic District, as they are less than 50 years old and do
not exhibit exceptional importance. Their significance should be reexamined when the buildings become 50
years old.

The **Tourmobile Headquarters (Noncontributing Building)**, located at 1000 Ohio Drive, SW, was built in
1979 by the Jack Bays Construction Company. The headquarters facility includes offices, a bus garage, and
a maintenance shop. The one-story building has a concrete foundation, and steel panel walls and roof. The
adjacent **National Capital Parks-Central Maintenance Yard (Noncontributing Building)** is of similar
construction, and likely dates to the same period. Neither of these buildings contribute to the East and West
Potomac Parks Historic District, as they are less than 50 years old, meant to be temporary in nature, and do
not exhibit exceptional importance.

NPS Form 10-900-a                                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7    Page 50                        East and West Potomac Parks Historic District
                                            Washington, DC
======================================================================================

## RECREATIONAL FEATURES

East Potomac Park contains many twentieth-century recreational facilities, since it has been used primarily
for public recreation since its completion. The **East Potomac Park Golf Course (Contributing Site),**
covering approximately 210 of the island's 330 acres, officially opened in July 1920, and has been in
continuous operation ever since. The course has had several different configurations since the first nine
holes were completed in 1917 and the second nine holes were completed by 1923. The first practice
putting course was installed at the East Potomac Park Golf Course in 1925, and the first practice driving
range was constructed in 1934. It appears that the design of the course is the cumulative product of several
different golf course designers over the years. Dr. Walter S. Harban is credited with designing certain
features of the first nine holes,[86] which were likely laid out by
Walter J. Travis.[87] Robert White may have designed the second nine holes,[88] and William S. Flynn later
remodeled the course in the mid-1920s.[89] Nine holes were removed and then reinstalled in the early 1980s.

Currently, the course contains 36 holes and two putting greens. The White Course, also known as the F
Course, has nine holes. The Blue Course has 18 holes; the front nine are called the B Course, while the
back nine are called the D Course. The Red Course, also known as the G Course, has nine holes. The East
Potomac Park Golf Course contributes to the East and West Potomac Parks Historic District, based on
National Register Criterion A in the area of Entertainment/Recreation. The golf course is one of a very few
recreational features found on the 1916 development plan for East Potomac Park that was actually
implemented. It is the oldest extant recreational feature in the two parks and most fully represents the
intended use of East Potomac Park for public recreation. In addition, the presence of the course retains the
open space characteristic of East Potomac Park since its creation.

The structure most closely associated with the golf course is the **East Potomac Park Field House
(Contributing Building),** two identical wings of what was planned as a three-part structure. Designed by
skilled architect Horace Whittier Peaslee in 1917, the wings were constructed as men's and women's
locker and changing rooms for the municipal golf course. The center portion of the field house, although
planned, was never constructed. The wings are one-story, L-shaped, concrete buildings with flat, metal
roofs, and full basements. Their most striking features are long porticos supported by columns crowned

---

[86]"Long Drive Today Opens Public Golf Course in the District," *The Evening Star*, July 8, 1920.
[87]Minutes of the Commission of Fine Arts, May 18, 1917, Commission of Fine Arts, Washington, DC.
[88]Geoffrey S. Cornish and Ronald E. Whitten, *The Architects of Golf* (New York, New York: Harper
Collins Publishers, 1993), p. 432.
[89]Cornish and Whitten, *The Architects of Golf*, p. 262.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET
Section 7     Page 51                        East and West Potomac Parks Historic District
                                             Washington, DC
================================================================================

with elaborate capitals. The Field House wings were constructed using the "Earley Process," a method of creating decorative exposed-aggregate concrete patented by noted concrete sculptor John Joseph Earley in 1921. The buildings are constructed of a combination of precast and field-applied concrete which matches seamlessly in both color and application. The portico's cornice, columns, capitals, and balustrade, all precast concrete, were cast in the Earley Studio; the capitals were cast in a single piece with all details complete. The remainder of the buildings' elevations are stucco applied to terra-cotta tile. The concrete and stucco both have exposed aggregates of a fairly large size. Since both wings are painted, they have the same color and texture. The stucco was shaped at the corners of the buildings to form quoins. The foundations of the buildings are monolithic concrete that was poured in place.[90]

Currently, the east wing of the Field House contains the golf professional shop, offices for the golf course concessionaire, and a food-service concession, and the west wing is the District One Sub-station for the U.S. Park Police. Little if any original fabric remains on the interior of the two buildings, and several important features on the exterior of the buildings have been altered, most notably the fenestration. Regardless of these alterations, the East Potomac Park Field House contributes to the East and West Potomac Parks Historic District, based on National Register Criterion A in the area of Entertainment/Recreation and Criterion C in the area of Architecture. The Field House was the first feature of the 1916 plan for the recreational development of East Potomac Park to be implemented, and it is a recreational feature of long-standing, continuous use. In addition, the Field House represents the collaboration of architect Horace W. Peaslee and concrete artist John Joseph Earley.

A fairly early addition to the golf course is the **East Potomac Park Miniature Golf Course (Contributing Site)**, now known as Circus Mini Golf, which is located to the east of the Field House wings. This course was the first miniature golf course to be constructed by the National Park Service on federally owned land, and it is also the sole remaining miniature golf course in the District of Columbia. In addition, the East Potomac Park Miniature Golf Course is considered by many to be the longest continuously operating miniature golf course in the country.[91] The course was constructed in early 1931, officially opened for its first season on May 9, 1931, and has been in continuous seasonal operation since that time. Surrounded by a chain-link fence, the course has 18 holes of varying shape and complexity. The holes are edged in concrete having a fairly large aggregate. It is not known if any of the holes were

---

[90]American Concrete Institute, *Proceedings of the Sixteenth Annual Convention* (Detroit, Michigan: American Concrete Institute, 1920), pp. 77-82.

[91]Karen and Ernie Brain, "Circus Miniature Golf," *National Mini Golf and Range Association* 1, 3 (July 1990): p. 11.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service
NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 52                    East and West Potomac Parks Historic District
                                        Washington, DC
=================================================================================

originally designed with obstacles, although physical evidence such as posts and brackets reveals that some holes did have obstacles at some point in the course's history. The miniature golf course was renovated in the 1960s, and it is likely that the holes' concrete borders were constructed at this time.[92] Since the new concessionaire, Golf Course Specialists, Inc., took over the management and operation of both the full-size and miniature courses in 1983, a number of improvements have been made to the miniature course. These improvements include the removal of a lighting system strung on overhead wires across the course, new carpeting on the holes, and landscaping.

Also part of the miniature golf course complex, the ball house serves as both ticket booth and snack bar. Constructed by the National Park Service's labor force in 1949 at a cost of $2,310, the building replaced an earlier structure on the same site. The modest, rectangular, single-story, frame building has a concrete foundation, and is capped by a hipped roof covered with green asphalt shingles. A wide, striped, metal awning extends from the roof line on all four elevations of the ball house. The East Potomac Park Miniature Golf Course contributes to the East and West Potomac Parks Historic District, based on National Register Criterion A in the area of Entertainment/Recreation. The course is a recreational feature of long standing in the two parks that represents the immense popularity of miniature golf in the United States in the early 1930s. It survives today as the only miniature golf course in the District of Columbia.

A more recent addition to the grouping of structures associated with the golf course is the **East Potomac Park Driving Range Building (Noncontributing Building),** designed by the Washington, DC, architectural firm of Oehrlein & Associates Architects. Completed in 1995, the two-story, frame building has practice stalls for 100 golfers. Several of the stalls are a bit wider than the others, and are used for instruction by the on-site golf school. The surface of the driving range is covered with artificial turf. The East Potomac Park Driving Range Building does not contribute to the East and West Potomac Parks Historic District, as it is less than 50 years old and does not exhibit exceptional importance.

The **East Potomac Park Swimming Pool (Contributing Structure)**, constructed in 1936 with Projects Works Administration (PWA) funds, was one of six public "bathing pools" authorized by Congress in 1929. The largest of the six pools, the East Potomac Park Swimming Pool was considered "the show pool of the city," and was intended for white swimmers.[93] The rectangular pool measures 163' by 66', has a

---

[92]Several people, including a former manager of the miniature golf course, have suggested that the holes' borders may have originally been constructed of wood. At this time, no early photographs have been located that verify this assertion.
     [93]*Swimming Pool Report 1940, Annual Report of the Swimming Pools Operated by Welfare and Recreational Association*, Federal Records Center, Suitland, Maryland, Record Group 79, Records of the National Park Service, File 64-A-42, Box 24.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service
NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page  53                    East and West Potomac Parks Historic District
                                           Washington, DC
===============================================================================

capacity of 2,500 swimmers, and is surrounded by a concrete deck. The pool was constructed with a
lighted bottom, and a flat parcel of land between the two Field House wings was originally used as a grassy
sunning area for swimmers. Entrance was gained to the pool through a small, frame ticket booth, which
was centered on the grassy expanse facing the traffic circle.

The construction of the East Potomac Park Bathhouse (see also) on this site in 1978 required that this
grassy expanse be built up and regraded, so that swimmers could exit the new bathhouse directly onto the
pool deck. A renovation of the pool in the 1970s modified the pool deck and replaced the lighted pool
bottom with a solid base. Regardless of these modifications, the East Potomac Park Swimming Pool
retains integrity and contributes to the East and West Potomac Parks Historic District, based on National
Register Criterion A in the area of Entertainment/Recreation. The pool is one of a very few recreational
features found on the 1916 development plan for East Potomac Park that was actually implemented; it is
also a feature of long-standing, continuous use.

The **East Potomac Park Bathhouse (Noncontributing Structure)** was constructed by the DC
Department of Recreation in 1978. The building has a concrete foundation, brick walls, and a roof covered
with cedar shingles. It features a one-and-one-half-story, asymmetrical crossed gable, which extends out
over a one-story rear gable, forming an elongated dormer. The ends of the single-story rear gable extend
past the dormer on both sides. The East Potomac Park Bathhouse does not contribute to the East and West
Potomac Parks Historic District, as it is less than 50 years old and does not exhibit exceptional importance.

The **East Potomac Park Tennis Facility (Noncontributing Site)** consists of a covered tennis bubble, an
administrative building, and outdoor tennis courts. Constructed in 1974, the tennis bubble originally had a
turquoise-colored cover. In 1982, the tennis bubble was replaced with an off-white translucent material
cover. In 1995, an administrative building was constructed on the site. The Tennis Facility does not
contribute to the East and West Potomac Parks Historic District, as it is less than 50 years old and does not
exhibit exceptional importance.

There are a number of minor **Recreational Facilities (Noncontributing Site)** located not far from the tip
of Hains Point, including a small picnic shelter, a playground area, and circular restrooms known by

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service
NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 7    Page 54                        East and West Potomac Parks Historic District
                                            Washington, DC
===============================================================================
National Park Service personnel as "Benjis."[94]  These features are not considered specific contributing
elements due to their temporary nature and recent construction.[95]

Finally, "The Awakening," a cast-aluminum sculpture by J. Seward Johnson, Jr., which was created for the
1980 International Sculpture Conference Exhibition, was installed near the tip of Hains Point the same
year.  The five-part sculpture, composed of a giant head, knee, foot, hand, and arm, depicts a man
emerging from the ground.  "The Awakening" has not been evaluated as to its contributing or
noncontributing status at this time, since it is not owned by the federal government, but is on long-term
loan at the site.


**CONTRIBUTING VIEWS IN EAST POTOMAC PARK**

The amount and quality of open space is the most significant character-defining element of East Potomac
Park, as it is what allows the unimpeded views to and from distant monuments, the Potomac River and
adjacent waterfront, and the low skyline of the city.  The strongly prevalent axial views and open, spatially
continuous set of views are the essence of the McMillan Plan for the parks.  A strong sense of orientation is
provided by certain axial relationships and views, as delineated below.  Also, though not specifically
described below, other views that preserve this sense of open space should not be precluded from
consideration as contributing elements.  For the purposes of this nomination, the term "view" describes
those unplanned views that resulted from the construction of other park features.  These primary views are
not included in the resource count, since they are not recognized by the National Register as an individual
Property and Resource Type.

**Views from the Walk Around Hains Point into Washington, DC, and Virginia**

The walk around Hains Point was constructed from 1919-31, and was planned for recreational use.  This
walk affords uninterrupted views from the periphery of East Potomac Park and Hains Point, towards such
local landmarks as the National Defense University at Ft. McNair and St. Elizabeth's Hospital, as well as
across the Potomac River to the city and waterfront, memorials, parkways, and Ronald Reagan Washington
National Airport.

---

[94]The term "Benjis," an informal term used by National Park Service personnel, was derived from the name
of the Chief of the Denver-based design office when the structures were designed in the 1970s, Benjamin
Biederman.
[95]Although there are recreational facilities in both parks, for the purposes of this nomination, they have
been considered a single noncontributing site, and have been counted only once.

NPS Form 10-900-a                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service
NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7    Page 55                    East and West Potomac Parks Historic District
                                         Washington, DC
==================================================================================

LIST OF RESOURCES INCLUDED IN THIS NOMINATION

WEST POTOMAC PARK (listed in approximate chronological order)

| NAME | DATE | STATUS |
|------|------|--------|
| Lockkeeper's House | 1832-33 | Contributing Building |
| Stone Seawalls | 1882-90s | Contributing Structure |
| Tidal Basin | 1885 | Contributing Site |
| Tidal Reservoir Outlet Bridge | 1888-89 | Contributing Structure |
| Number 4 Fountain | 1905-06 | Contributing Object |
| Tidal Reservoir Inlet Bridge | 1908-09 | Contributing Structure |
| West Potomac Park Polo Grounds | 1908 | Noncontributing Site |
| Commodore John Paul Jones Statue | 1911-12 | Contributing Object |
| Japanese Cherry Trees | 1912 | Contributing Site |
| Lincoln Memorial | 1913-22 | Contributing Structure |
| Dutch Elm Trees | 1915-16 | Contributing Site |
| Reflecting Pool | 1919-22 | Contributing Site |
| Rainbow Pool | 1919-22 | Contributing Site |
| Lincoln Memorial Grounds | 1920-32 | Contributing Site |
| John Ericsson Monument | 1924-32 | Contributing Object |
| Arlington Memorial Bridge | 1926-32 | Contributing Structure |
| District of Columbia World War I Memorial | 1931 | Contributing Object |
| Flood Control Levee | 1938 | Contributing Site |
| Jefferson Memorial | 1939-43 | Contributing Structure |
| Independence Avenue Extension | 1940s | Contributing Structure |
| Jefferson Memorial Grounds | 1942 | Contributing Site |
| Kutz Bridge | 1943 | Contributing Structure |
| Guard House | 1950 | Contributing Building |
| First Japanese Cherry Tree Planting Plaque | 1950 | Noncontributing Object |
| Japanese Lantern | 1954 | Contributing Object |
| Japanese Pagoda | 1958 | Contributing Object |
| First Air Mail Flight Marker | 1958/1971 | Noncontributing Object |
| Floral Library | 1968 | Noncontributing Site |
| Constitution Gardens | 1970s | Contributing Site |
| U.S. Park Police Stables | 1975 | Noncontributing Building |
| 56 Signers Memorial | 1981 | Contributing Object |
| Vietnam Veterans Memorial | 1982 | Contributing Object |

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service
NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  7     Page 56                    East and West Potomac Parks Historic District
                                          Washington, DC
==================================================================================

| | | |
|---|---|---|
| Vietnam Women's Memorial | 1993 | Contributing Object |
| Franklin Delano Roosevelt Memorial | 1994-97 | Contributing Site |
| Korean War Veterans Memorial | 1995 | Contributing Site |
| Recreational Facilities | Not Available | Noncontributing Site |

LIST OF RESOURCES INCLUDED IN THIS NOMINATION

EAST POTOMAC PARK (listed in approximate chronological order)

| NAME | DATE | STATUS |
|---|---|---|
| Stone Seawalls | 1882-90s | Contributing Structure |
| Potomac Railroad Bridge | 1901 | Contributing Structure |
| Ohio Drive, SW | 1912-16 | Contributing Structure |
| U.S. Engineers' Storehouse | 1913 | Contributing Building |
| East Potomac Park Field House | 1917 | Contributing Building |
| East Potomac Park Golf Course | 1917 | Contributing Site |
| East Potomac Park Miniature Golf Course | 1931 | Contributing Site |
| East Potomac Park Swimming Pool | 1936 | Contributing Structure |
| National Park Service National Capital Region Building | 1962-63 | Noncontributing Building |
| U.S. Park Police Headquarters Building | 1962-63 | Noncontributing Building |
| Japanese Cherry Trees | 1966-68 | Contributing Site |
| Plaque Honoring the Placement of Cherry Trees on Hains Point in 1966-68 | 1968 | Noncontributing Object |
| National Capital Parks-Central Maintenance Yard | 1970s | Noncontributing Building |
| East Potomac Park Tennis Facility | 1974/1995 | Noncontributing Site |
| East Potomac Park Bathhouse | 1978 | Noncontributing Building |
| Tourmobile Headquarters | 1979 | Noncontributing Building |
| East Potomac Park Driving Range Building | 1995 | Noncontributing Building |
| Recreational Facilities | Not Available | Noncontributing Site |

NPS Form 10-900-a                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page  57                    East and West Potomac Parks Historic District
                                            Washington, DC
===============================================================================

**INTRODUCTION/SUMMARY**

The lands included in the East and West Potomac Parks Historic District constitute all the historic
developed areas within the boundaries of the two parks.  These are remarkable urban spaces, with a
singular history and a singular national significance as part of the monumental core of the nation's capital.
The parks' significance falls under both National Register **Criterion A** (properties that are associated with
events that have made a significant contribution to the broad patterns of our history) and **Criterion C**
(properties that embody the distinctive characteristics of a type, period, or method of construction, or that
represent the work of a master).  Certain features within the two parks fall within the exception to **Criteria
Consideration B** (properties removed from their original locations but that are significant primarily for
their architectural value, or that are the surviving structures associated with a historic person or event)**,
Criteria Consideration F** (properties primarily commemorative in intent, whose design, age, tradition, or
symbolic value have invested them with their own historical significance), and/or **Criteria Consideration
G** (properties achieving significance within the past 50 years due to their exceptional importance).

East and West Potomac Parks are significant in the areas of Architecture, Art, City Planning,
Commemoration, Engineering, Entertainment/Recreation, Landscape Architecture, Politics/Government,
Social History, and Transportation for the period of 1882-1997.  This period of significance begins with the
first year of reclamation in West Potomac Park and ends with the completion of the construction of the
Franklin Delano Roosevelt Memorial in West Potomac Park.  The significance of individual features
within the two parks has been documented in Section 7 of this nomination.  A brief description of each area
of significance follows.

**Architecture** - East and West Potomac Parks are the cumulative product of a century of work by noted
American architects.  Several historic features in West Potomac Park have become the architects' best-
known work, such as Henry Bacon's Lincoln Memorial and John Russell Pope's Jefferson Memorial.  A
number of nationally renowned architects have designed structures in the two parks, including the firm of
McKim, Mead and White; Paul Philippe Cret; and Thomas Hastings.  In addition, the work of noted local
architects, such as Horace Whittier Peaslee, Nathan C. Wyeth, and the firm of Wood, Donn and Deming, is
represented, along with the designs of other important modern architects.

**Art** - In the twentieth century, the landscape of West Potomac Park has been enriched with what have since
become nationally recognized works of art, most notably Daniel Chester French's seated marble statue of
Abraham Lincoln and Rudulph Evans' standing bronze statue of Thomas Jefferson, located in

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 8    Page 58                    East and West Potomac Parks Historic District
                                        Washington, DC
================================================================================

each president's memorial.  Recent memorials in West Potomac Park with a significant sculptural
component include the Vietnam Veterans Memorial, the Vietnam Women's Memorial, the Korean War
Veterans Memorial, and the Franklin Delano Roosevelt Memorial.  Other important representative
sculptures include James Earle Fraser's "Arts of Peace" and Leo Friedlander's "Arts of War."

**City Planning** - The treatment and use of West Potomac Park was directly addressed as part of the
McMillan Plan of 1901-02, the country's first major manifestation of the City Beautiful movement's ideals
of order, hierarchy, and formality in grand, civic spaces.  This landmark plan, intended to restore
L'Enfant's vision to the city of Washington, still has resonance within the city today.  Besides the L'Enfant
and McMillan Plans, the parkland has been shaped by a succession of later plans, most notably the
Skidmore, Owings, and Merrill 1965 master plan for the National Mall.

**Commemoration** - West Potomac Park contains the country's foremost collection of commemorative
structures, which together represent the definitive history of twentieth-century American memorialization.
These monuments, created and dedicated first to honor famous people and later to remember those who
served and died in the nation's wars, range in age from the Commodore John Paul Jones Statue (completed
in 1912) to the Franklin Delano Roosevelt Memorial (completed in 1997).

**Engineering** - East and West Potomac Parks were created by the U.S. Army Corps of Engineers in one of
the city's most ambitious reclamation projects.  Intended to improve both river navigation and the
sanitation of the Potomac Flats, the reclamation project lasted over 30 years, and created over 730 acres of
new parkland.  Noteworthy extant features of the Corps' 1882 reclamation plan include the Tidal Basin, the
Tidal Reservoir Inlet and Outlet Bridges, and Stone Seawalls.  Another related structure in East Potomac
Park is the U.S. Engineers' Storehouse, which served as the base of operations for much of the reclamation
of the two parks.

**Entertainment/Recreation** - An 1897 Act of Congress set aside the two parks for recreational use by
residents and tourists alike.  The McMillan Plan of 1901-02 reserved the interior of West Potomac Park for
passive recreation, and spaces for active recreation were later sited on the park's fringes.  The completion
of Ohio Drive, SW, in 1916 allowed access to East Potomac Park, and a development plan dating to the
same year set the framework for the construction of later, primarily active, recreational amenities.  Both
parks have served as major recreational facilities for the city in the ensuing years.  East Potomac Park still
contains many early twentieth-century recreational features, including a field house, golf course, miniature
golf course, and swimming pool, and the two parks also contain more modern ball fields and tennis courts.

NPS Form 10-900-a                                         OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page  59                    East and West Potomac Parks Historic District
                                            Washington, DC
================================================================================

**Landscape Architecture** - West Potomac Park has become one of the nation's most important designed landscapes. Several of the park's defining landscape features can be directly attributed to Frederick Law Olmsted, Jr., one of the most famous American landscape architects of all time. As a member of the

McMillan Commission, the Commission of Fine Arts, and the National Capital Planning Commission, Olmsted, Jr., was intimately involved in shaping the landscape of West Potomac Park. East and West Potomac Parks are also the product of a number of landscape architects employed by the federal government including James G. Langdon, James Greenleaf, and Irving Payne, and more recent private landscape architects such as the firm EDAW and Lawrence Halprin. A number of the resulting landscape features, such as the Japanese Cherry Trees surrounding the Tidal Basin and the Dutch elms flanking the Reflecting Pool, have become symbols of the city of Washington, DC, as have the landscapes associated with such significant monuments as the Lincoln and Jefferson Memorials.

**Politics/Government** - East and West Potomac Parks are the result of several large-scale federal initiatives. The parkland's reclamation, conducted by the U.S. Army Corps of Engineers, was funded by annual Congressional appropriations. The resulting land was reserved for recreational use by an 1897 Act of Congress. The parks have since been managed by a number of successive government agencies, beginning with the Office of Public Buildings and Grounds, and currently by the National Park Service; as a result, the land has been shaped by numerous federal employees. During both World Wars, land in the two parks was used for the construction of office and dormitory buildings to support the war effort. Throughout the twentieth century, Congressional authorization of the sites, designs, and much of the construction funding for numerous memorials has altered the landscape of West Potomac Park considerably.

**Social History** - West Potomac Park has become a continued venue for significant national social gatherings and demonstrations. In particular, the Lincoln Memorial has become an icon in the civil rights movement. It is best known as the location of such defining moments as Marian Anderson's 1939 Easter Sunday concert, and Martin Luther King, Jr.'s "I Have A Dream" speech in 1963. Also, the nation's annual Fourth of July celebration centers on West Potomac Park and the National Mall. Numerous other events add to the national impact that gatherings in this space have made.

**Transportation** - Historic circulation patterns and features relating to evolving modes of transportation, the majority of which date to the first half of the twentieth century, are still extant in the two parks. Related features in West Potomac Park include the Arlington Memorial Bridge, and the system of walks and bridges around the perimeter of the Tidal Basin, as well as Ohio Drive, SW, in East Potomac Park. A

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page 60                          East and West Potomac Parks Historic District
                                                 Washington, DC
================================================================================

number of these features can be attributed to important architects, for example, the Arlington Memorial
Bridge (McKim, Mead and White) and the Kutz Bridge (Paul Philippe Cret).  Another related feature is the
Lockkeeper's House, the oldest constructed feature of the two parks and a remnant of the city's nineteenth-
century canal system.


**SIGNIFICANCE DESCRIPTION**[96]

The Reclamation of the Potomac Flats and Early Park Development

By the second half of the nineteenth century a marshland, referred to as the Potomac Flats, had been
formed along the Potomac River by deposits of silt.  The reclamation of the area was necessary both to
improve navigation on the Potomac River, which frequently silted up and was often unnavigable, and to
improve public health.  The flats, which filled with sewage from the city of Washington, had become a
breeding ground for diseases like malaria.[97]

The first funding for the reclamation was appropriated by Congress in 1882, in the amount of $400,000,
and Army Major Peter C. Hains was assigned to direct the reclamation.[98]  The reclamation work,
performed by the U.S. Army Corps of Engineers, was divided into three sections:  135 acres in what is now
West Potomac Park, 277 acres consisting of the Tidal Basin and its immediate surroundings, and 327 acres
in East Potomac Park.[99]  The reclamation of the Potomac Flats was carried out in phases from 1882

--------------------

[96]For a better understanding of the two parks' history and development, please refer to the current and
historic photos, maps, and site plans that have been submitted with this nomination.

[97]Historic American Engineering Record, Tidal Reservoir, HAER No. DC-9, p. 1.

[98]U.S. Congress, House of Representatives, Executive Documents, *Appendix I to "Report of the Chief of
Engineers," comprising Report of Major Peter C. Hains, July 31, 1883*, Document Number 1, Part 2, Volume 3,
48th Congress, 1st Session, 1883, p. 780; as referenced in Gordon Chappell, East and West Potomac Parks:  A
History, United States Department of the Interior, National Park Service, Denver Service Center, June 1973, p. 32.

[99]*Development of East Potomac Park, House Document Number 1038, 64th Congress, First Session*
(Washington, DC:  Government Printing Office, 1916), p. 11.  During the reclamation of what is now West
Potomac Park, the park was known simply as "Potomac Park."  In the early twentieth century, once reclamation east
of the Potomac Railroad Bridge had begun, the resulting new land was called "East Potomac Park."  East Potomac
Park first appears in the annual Report of the Chief of Engineers as a separate park in 1907.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page 61                    East and West Potomac Parks Historic District
                                           Washington, DC
================================================================================

until 1913, and, in general, was conducted from west to east. While the land was being reclaimed, mainly
by hydraulic dredging, the Tidal Basin (Contributing Site) was dredged and the Tidal Reservoir Inlet
Bridge (Contributing Structure) and the Tidal Reservoir Outlet Bridge (Contributing Structure) were
constructed. The Stone Seawalls (Contributing Structure) that line the Tidal Basin in West Potomac Park
and rim the perimeter of the peninsula that is East Potomac Park were constructed to retain the earthen fill
as the reclamation progressed. Although portions of the seawalls have been rebuilt during several
construction projects since, the overall configuration of the Tidal Basin and the shape of the peninsula
remain intact to this day.

The idea of creating a park on the reclaimed land, with lakes holding a reserve of water that would be both
a recreational element and a means to flush out the Washington Channel, was originally conceived by U.S.
Army Major William Twining in 1879. Twining's plan was modified by Hains in 1882, who substituted
the 110-acre Tidal Basin with two gates for the flushing lakes.[100] In Hains' revised plan, water from the
Potomac River, which entered into the Tidal Basin through the tidal gates in the Inlet Bridge, was expelled
via the Outlet Bridge's tidal gates into the Washington Channel, creating a natural flushing action that kept
the channel clear and free of debris.

As the land was reclaimed from the Potomac River, plans could then be made for the improvement of the
parks, including grading, sodding, planting, and road and seawall construction. In West Potomac Park, as
sections of the reclamation work were completed, the resulting land was transferred to the Office of Public
Buildings and Grounds for further improvement; the first land in this park was transferred in 1901. East
Potomac Park was transferred in its entirety to the Office of Public Buildings and Grounds in 1912. The
transferred land could hardly be called parkland, however, as the fertile, reclaimed soil was covered in a
thick growth of wild grasses, bushes, and trees. This dense growth had to be removed so that the land
could be sodded.

---

[100]Historic American Engineering Record, Tidal Reservoir, HAER No. DC-9, p. 1. In 1917, at the
suggestion of Army Corp of Engineers Colonel William W. Harts, the tip of East Potomac Park was renamed
"Hains Point," in honor of Hains' role in creating the parkland. Although only the tip of the island was renamed,
most people today think that Hains Point refers to the entire island. At this same time, Harts also suggested
renaming the Tidal Basin "Twining's Lake," after the man who originally conceived the idea of a flushing body of
water; this name never caught on as did Hains Point.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page  62                 East and West Potomac Parks Historic District
                                       Washington, DC
================================================================================

Congress annually appropriated money for the improvement of the two parks, beginning with a sum of
$70,000 in 1902. This initial appropriation was designated for a 33-acre tract of land in West Potomac Park
between the Tidal Basin and the Washington Monument Grounds, extending from Seventeenth Street and
Virginia Avenue to Fourteenth Street and Maryland Avenue. The Corps of Engineers used this money to
construct a new road along the north side of the Tidal Basin, which connected Fifteenth and Seventeenth
Streets, and passed around to the south and west of the Washington Monument Grounds. This road was
officially opened on October 16, 1903, and was reserved for "speeding purposes" from 4:00 to 6:00 p.m. on
Saturdays.[101]

The only structure in either park that predated the parks' creation was the Lockkeeper's House
(Contributing Building), which was constructed in 1832-33 as the home of the Keeper of the Chesapeake
and Ohio Canal extension. The building was likely abandoned by the canal company in the early 1870s,
when the canal was filled in as part of Alexander "Boss" Shepherd's ambitious campaign to improve the
physical condition of the District of Columbia. In August 1902, a family of squatters was evicted from the
building, and in 1903 the building was renovated by the U.S. Army Corps of Engineers so it could be used
as a toolhouse and lodge for the Potomac Park watchmen.[102] The building was moved a short distance to
its present site in 1915 in order to accommodate Seventeenth Street as it was extended through West
Potomac Park. In the early twentieth century, the building served as a headquarters for the Park Police,
and as a temporary holding cell for prisoners arrested in Potomac Park. It is now used by the National Park
Service as a toolhouse.

In 1909, during the construction of the two parks, the U.S. Army Corps of Engineers moved their wharf
and storage facility from Easby's Point in West Potomac Park to a two-acre site in East Potomac Park
located just east of the railroad embankment. At one point, as many as a dozen buildings were clustered
around this new site, from which the U.S. Army Corps of Engineers directed other reclamation and
navigation-improvement projects. Today, the only extant historic building at the former Engineers' wharf
is the U.S. Engineers' Storehouse (Contributing Building), which was designed in 1912 for office and
storage space. Designed to be fireproof, and intended to replace several earlier frame structures on the site,
the building was constructed by the U.S. Army Corps of Engineers' labor force at a cost of approximately
$10,000. Originally, the building had two concrete bays on the first story of both the north and south
elevations, and each bay contained a pair of large metal, sliding doors. These sliding doors,

[101]Chappell, "East and West Potomac Parks: A History," pp. 96-97.
[102]Chappell, "East and West Potomac Parks: A History," p. 98.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page  63                         East and West Potomac Parks Historic District
                                                Washington, DC
====================================================================================

designed to allow large pieces of machinery and construction materials to be stored inside, were removed circa 1940; three of the openings were filled in with a window, and one with a door. The building was mostly open in plan, except for a freight elevator, a stair, and a single, small office on each floor.

The building was designed by the prominent local architectural firm of Wood, Donn and Deming, who practiced together from 1902 until 1912, and it appears to be one of their final commissions. These men were comfortable using the vocabulary of the Mediterranean Renaissance Revival style; in 1906 they designed the Carnegie Institution of Washington Geophysical Laboratory at 2801 Upton Street, NW, in a similar style. Although the latter is a more elaborate building than the Engineers' Storehouse, both buildings share features such as pebble-dash stucco walls, low, hipped roofs covered with terra-cotta tile, and symmetrical fenestration. This style has an almost residential appearance, and worked equally well for high-style as well as more mundane buildings.

Like other buildings in East and West Potomac Parks, the U.S. Engineers' Storehouse has accommodated numerous functions since its construction. The U.S. Army Corps of Engineers used the building for an undetermined number of years, and its interior was first remodeled in 1932 for an unspecified use. In 1936, the building was renovated to serve as the base for the Girl Mariners and the Sea Scouts, branches of the Girl Scouts and Boy Scouts respectively. These programs, which began in the early 1920s, were intended for advanced Scouts of high-school age. Since these programs focused on maritime activities, it is logical that they would want a base for their meetings near the water, and a building near the U.S. Engineers' Wharf would have been an ideal location for such a purpose. The elevator was removed at this time, and other minor repairs were undertaken. By 1940, the decision had been made to renovate the building for use as a bicycle-rental facility. This concession had earlier been operated from a site along the Tidal Basin, but increasing automobile traffic, coupled with concerns about appropriate uses of the land surrounding the basin, necessitated its removal. It is likely that the sliding steel doors were removed, the shutters added to the windows, and the front and rear porches constructed for the building's new use. The bicycle rental concession, which peaked during the gasoline rationing of World War II, ceased operation in 1955. The building was then used by the National Park Service as a studio for workmen who built museum displays. In 1965, it was remodeled to serve as the headquarters for the National Capital Parks-Central office of the National Park Service. The first floor housed the Chief of Interpretation and his staff, and the second floor housed the Superintendent and his staff. In 1976, the building was leased as offices for the Tourmobile concession. In 1977, the building once again became the headquarters for the National Capital Parks-Central office, in which capacity it still serves to this day.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page  64                    East and West Potomac Parks Historic District
                                          Washington, DC
==============================================================================

Early Twentieth-Century Planning Efforts for the Parks

In the first quarter of the twentieth century, three important plans were drafted for the development of East
and West Potomac Parks.  The first planning effort began in March of 1901, when the U.S. Senate passed a
resolution directing that the Committee on the District of Columbia, chaired by Michigan Senator James
McMillan, consider plans for the improvement of Washington's park system.  Since this resolution
mandated the committee to seek the advice of experts, a commission was formed, consisting of architects
Daniel H. Burnham and Charles F. McKim, landscape architect Frederick Law Olmsted, Jr., and sculptor
Augustus St. Gaudens.  This group of experts became known as the Senate Park Commission, subsequently
the McMillan Commission.  The four members of the commission began by studying Pierre Charles
L'Enfant's 1791 plan for the city of Washington, by familiarizing themselves with the city's topography,
and by visiting important Georgian houses in Maryland and Virginia such as Wye, Shirley, Westover, and
Carter's Grove, as well as the colonial capital of Williamsburg.  They traveled throughout Europe in June
and July of 1901, along with Senator McMillan's aide Charles Moore, in order to study both the formal
gardens of French landscape designer Andre LeNotre, and the continent's grand capital cities, including
Paris, Rome, Venice, Vienna, and Budapest.[103]  Their travels strongly affected the form that the plan would
take, embracing as it did both Le Notre's baroque planning and characteristics of classical Rome, in
particular the simplicity and directness of Rome's planning and its "subordination of ornament to structural
usage."[104]

The Senate Park Commission issued their resulting report and plan in early 1902. Although the report
addressed and proposed an extensive citywide and regional park system, the heart of the McMillan Plan  --
a kite-shaped geographic area of Washington encompassing the Capitol (to the east), the White House (to
the north), the future location of the Lincoln Memorial (to the west) and what became the future site of the
Jefferson Memorial (to the south) -- was West Potomac Park.

The plan had a number of goals, but at its most fundamental, it sought to restore L'Enfant's vision of the
capital city.  Pierre L'Enfant's seminal 1791 plan of Washington featured a regular grid overlaid with a

--------------------------------------------------

[103]Cynthia R. Field, "The McMillan Commission's Trip to Europe," pp. 19-24; in Antoinette Lee, editor,
"Conference Proceedings, Historical Perspectives on Urban Design: Washington, DC 1890-1910," Washington,
DC:  George Washington University, Center for Washington Area Studies, 1983.
[104]Charles Moore, quoted in David C. Streatfield, "The Olmsteds and the Landscape of the Mall," p. 123,
in Richard Longstreth, ed., *The Mall in Washington, 1791-1991* (Washington, DC:  National Gallery of Art, 1991).

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page  65                    East and West Potomac Parks Historic District
                                           Washington, DC
==============================================================================

system of diagonal avenues that intersected at grand circles or squares.  A traditionally baroque plan, it
emphasized long vistas, axial relationships, and open spaces. By the twentieth century, a number of aspects
of L'Enfant's plan had been seriously compromised.  The ambitious McMillan Plan sought to re-establish
elements of the L'Enfant Plan and to expand what was interpreted as the spirit of the L'Enfant plan.  Major
elements of the plan included the restoration of the east end of the Mall, the correction of the off-axis
placement of the Washington Monument, and the inclusion of the new "Potomac Park" (i.e., East and West
Potomac Parks) in the L'Enfant scheme.

The plan addressed the treatment and use of East and West Potomac Parks with some specificity, stating
that:

> The mall of the original city will be connected with the new Potomac Park and form an integral
> and important part of an extensive park area.  The blemishes upon the appearance of the mall
> through disfiguring railroad tracks will not, however, be permitted by the public to be duplicated in
> the case of the new reservation.  The latter will, in pursuance of the declaration of the law, be
> forever held and used as a public park, for the recreation and pleasure of the people . . . If a fraction
> of the proposed uses of this area is realized the public welfare will be wonderfully promoted.  The
> park will be transformed into a thing of beauty by the landscape gardener's art; an improved and
> enlarged bathing beach and bathing pool will contribute to the public health; for the recreation of
> the people there will be provided baseball diamonds, play grounds, tennis courts, golf links, and
> special areas, including piles of sand for the little ones; upon water basins will be rowboats and
> naptha launches; here will be laid out in elliptical shape a sidewalk, a carriage drive, a bridle path,
> a bicycle path and a speedway, and enclosed within the ellipse will be an area suitable for races
> and field sports.  Tree-lined roads and bridle paths will afford attractive vistas of land and water.[105]

As part of its revised treatment of the Sixteenth Street cross-axis, the plan also called for building
additional land to the south along the axis (between Fifteenth and Seventeenth Streets) thereby greatly
reducing the size of the Tidal Basin.  Under this scheme, the memorial that terminated this vista (the
approximate site of what was to be the Jefferson Memorial), was located at the very end of the new land.
This new land, "the Washington Common and Public Playgrounds" was to be devoted to recreational uses

---

[105]Senate Committee on the District of Columbia, *Park Improvement Papers, No. 1, Action of the
Washington Board of Trade in Relation to the Park System of the District of Columbia*, March 28, 1901, pp. 1-2.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page  66                    East and West Potomac Parks Historic District
                                           Washington, DC
================================================================================

including boating, wading, swimming, and skating.[106]  In addition to the proposed memorial, a bathhouse, theater, boathouse, and gymnasium were all elements of the scheme.

For the area immediately to the west of the Washington Monument, the plan attempted to correct the off-axis placement of the Washington Monument by redrawing the east-west axis to bisect the monument. This new axis, which was terminated to the west by a site designated for a monument to Lincoln, formed the spine of the new landscaped Mall.  Under the plan, the axial parkland west of the Washington Monument was to feature a long, narrow, water feature or "canal" (what was to be the Reflecting Pool) running along most of this area with a smaller, more oblong pool (what was to become the Rainbow Pool) to its east. The plan also called for the canal to be bisected with a cross-arm at Twenty-third Street -- a feature that was never implemented.

The extension westward of the grand tree-lined axis begun on the Mall, the construction of the Reflecting Pool, the Rainbow Pool, and the Lincoln Monument and related features,[107] the extension of the Sixteenth Street cross-axis south of the Washington Monument, and the informal landscaping approach of East Potomac Park are some of the elements of the McMillan Plan as it related to East and West Potomac Parks that were executed in the years to come.[108]  Although implementation of many of the changes called for in the McMillan Plan took quite a long time, the construction of one particular element in West Potomac Park, the Lincoln Memorial (1913-22), was key to insuring that the plan was carried out.[109]

The McMillan Plan was clearly responsible for establishing (or in some cases, re-establishing) the remarkable monumental civic spaces that are defining characteristics of Washington today.  However, even in its unimplemented state, this plan had broad influence beyond Washington.  It is recognized today as the first comprehensive plan of the American City Beautiful movement, the Beaux-Arts tradition as applied to city planning.[110]  Its creation of grand, civic spaces within the city and its harmonizing of such

---

[106] Streatfield, "The Olmsteds and the Landscape of the Mall," p. 127, in Longstreth, *The Mall in Washington, 1791-1991.*
[107]Not only was the location and purpose for the Lincoln Memorial set out in the plan, but McKim's drawings for the memorial as they appeared in the plan were strikingly similar to what was actually built.
[108]These features are discussed below in the appropriate chronological section.
[109]Richard Guy Wilson, "High Noon on the Mall:  Modernism versus Traditionalism, 1910-1970," p. 151, in Longstreth, *The Mall in Washington, 1791-1991.*
[110]Named for the Ecole des Beaux-Arts in Paris, the Beaux-Arts tradition emphasized order, hierarchy, and formality in the design of monumental civic spaces.  Beaux-Arts public buildings, including train stations, libraries, and museums, were built in major cities across the United States in the first quarter of the twentieth century.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page  67                    East and West Potomac Parks Historic District
                                            Washington, DC
==============================================================================

spaces with more naturalistic landscapes was particularly influential. Its effect can be seen throughout the country, particularly in the improvement of state capitals and larger cities such as Cleveland, San Francisco, and Chicago. The plan, in fact, helped initiate the movement throughout the country for city planning and was important as utilizing a new method of recreating the spirit of a historic plan.[111]

The McMillan Plan has been called a permanent version of the 1893 Chicago World's Columbian Exposition's "ideal of America as a new democratic Rome," and much in the plan can be linked to the architecture and planning of the planning of this world's fair.[112] The fair was the product of some of the period's most important designers: Daniel H. Burnham and John Wellborn Root were selected as chief architects for the buildings, Frederick Law Olmsted was hired as the site's landscape architect, and Augustus St. Gaudens was chosen as advisor for the sculptural program. Prestigious architects were awarded commissions for individual buildings at the exposition, including McKim, Mead and White; George B. Post; Richard Morris Hunt; Peabody and Stearns; Charles B. Atwood; and Van Brunt and Howe.[113] Through personal visits to the fair's "White City" and through subsequent publications, Americans across the country were exposed to the ideals of the Beaux-Arts aesthetic. In addition, the later work of the fair's designers was influenced by their experiences at the Columbian Exposition. A prime example of this occurred when Burnham, St. Gaudens, and McKim reunited in 1901 as three of the four members of the McMillan Commission.[114] Despite its debt to the Columbian Exposition, it is clear that after 1902, the influence of the McMillan Plan eclipsed the influence of the fair.[115]

_____

[111]For information on the significance of the McMillan Plan, see generally Richard Longstreth, ed., *The Mall in Washington, 1791-1991.* Within this publication, see specifically David C. Streatfield, "The Olmsteds and the Landscape of the Mall," p. 129, Thomas S. Hines, "The Imperial Mall: The City Beautiful Movement and the Washington Plan of 1901-1902," p. 96, Jon A. Peterson, "The Mall, the McMillan Plan, and the Origins of American City Planning," p. 103, Richard Guy Wilson, "High Noon on the Mall: Modernism versus Traditionalism, 1910-1970," p. 151.

[112]Robert A. M. Stern, "A Temenos for Democracy: The Mall in Washington and Its Influence,"p. 265, in Longstreth, ed., *The Mall in Washington, 1791-1991.*

[113]Stanley Applebaum, *The Chicago World's Fair of 1893: A Photographic Record* (New York, New York: Dover Publications, Inc., 1980), pp. 2-3.

[114]After this work in Washington was completed, Burnham continued his city planning work, and went on to draft influential plans for major cities such as Chicago, San Francisco, and Manila, Phillippines.

[115]Stern, "A Temenos for Democracy: The Mall in Washington and Its Influence," p. 265, in Longstreth, ed. *The Mall in Washington, 1791-1991.*

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page  68          East and West Potomac Parks Historic District
                                Washington, DC
==========================================================================

Two additional important twentieth-century plans for the two parks differed from the McMillan Plan in
that each plan addressed a specific park in its entirety, rather than focusing solely on the city's monumental
core.  As West Potomac Park was the first of the two parks in which the reclamation was completed, it was
also the first park for which specific development plans were drawn.  In late 1906, Frederick Law Olmsted,
Jr., was hired by the Office of Public Buildings and Grounds to draft a plan for a portion of West Potomac
Park located west of the Tidal Basin.  Olmsted, Jr., was a logical choice for this project as he had been a
member of the McMillan Commission and, as a result, knew the city of Washington quite well.  In early
1907, Olmsted, Jr., presented his preliminary design concept.  He proposed large, open, lawns, planted
sparsely with deciduous trees, and carriage and riverside drives lined with tall, deciduous trees.  The
existing willows, which had been planted along the banks of the Potomac River in the early years of the
twentieth century, were to be supplemented with 17 different water-tolerant species of trees, including
birch, willow, oak, American elm, and sweet gum.  Based on this general scheme, Olmsted, Jr., completed
a planting plan for West Potomac Park by late 1907; it was implemented by the Office of Public Buildings
and Grounds over the next ten or so years.[116]

The reclamation of East Potomac Park was completed by 1911, and in 1912, the resulting parkland was
transferred to the Office of Public Buildings and Grounds, which supervised the park's further
development.  The first "comprehensive plan for the development of East Potomac Park as a public
recreation ground"[117] was prepared by city planner James G. Langdon, under the direction of Colonel
William W. Harts, Chief of the Army Corps of Engineers, and Frederick Law Olmsted, Jr.  This work came
under Olmsted's purview as the landscape architect member of the Commission of Fine Arts.  The initial
version of the plan was presented by Colonel Harts to the Commission of Fine Arts in October 1915, at
which time it was approved in concept by the Commission for presentation to Congress.[118]  This plan,
published as *Development of East Potomac Park,* was presented to Congress in April 1916.

From its earliest origins, East Potomac Park was meant to be a model "public playground," and this first
development plan was an ambitious and comprehensive one.  The plan called for a U-shaped stadium to
seat 14,000 people, two "sand beach bathing pools" with "locker houses," a wading pool, a 60-acre parade

---

[116]Kress-Cox Associates, P.C. "Historic Structure Report, Tidal Basin Inlet Bridge," Washington, DC, May
2, 1986, pp. 41-42; Planting Plan for Portion of Potomac Park, October 15, 1907, Plan # 2828-25, Frederick Law
Olmsted National Historic Site.
       [117]*Development of East Potomac Park* (Washington, DC: Government Printing Office, 1916), p. 3.
       [118]Minutes of the Commission of Fine Arts, October 2, 1915, Commission of Fine Arts, Washington, DC.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 8    Page 69                    East and West Potomac Parks Historic District
                                        Washington, DC
==============================================================================

ground, a boat harbor, and four boat houses. Provisions for recreation included 2 football fields, 13 baseball fields, a 27-hole golf course and field house, 10 croquet and 8 roque courts, 4 basketball courts, 31 tennis courts, a cricket field, and picnic grounds. Visitors could reach and traverse the park via a number of transportation options, including automobile, horse, trolley, and ferry. Foreseeing the popularity of the personal auto, the 1916 plan reserved land for 500 parking spaces. It also demarcated separate thoroughfares for cars and equestrians, including a 1.2 mile soft "driving road," 3.5 miles of "border and cross drives," and a "saddle path" of an undetermined length. Also, a "cross-park canal" was planned to connect the Washington Channel with the Potomac River, to keep the water in the Boat Harbor fresh and to "separate the quiet from the noisy sports."[119] The total cost to fully implement this plan was estimated to be $1.5 million dollars.[120] As the project funding was to come from Congressional appropriations, a plan of this scope and breadth was doomed from the outset. Also, as the country mobilized for World War I, the implementation of recreational plans was not given a higher priority. Fortunately, a number of the features of this ambitious plan were to be realized in the coming years, including the golf course, the field house, and the swimming pool.

Park Development from the 1900s through the 1920s

The implementation of these three plans proved to be a long and uneven process, as various features were built in the two parks sporadically as funding and labor were made available. Nevertheless, a great deal of construction activity took place in both parks in the first three decades of the twentieth century. In 1901, the Potomac Railroad Bridge (Contributing Structure) was constructed by the U.S. Army Corps of Engineers to carry rail travel over the Potomac. The southernmost of all the Fourteenth Street crossings, the bridge still functions in its original capacity, and has become the dividing boundary between the two parks. In 1906 in West Potomac Park, an evergreen nursery and rose garden (no longer extant) was established between the railroad bridge, the Tidal Basin, and the Potomac River. This nursery featured four fountains of different shapes, only one of which, the Number 4 Fountain (Contributing Object), remains today. In 1907, a boat dock (no longer extant) was built on the northeast lobe of the Tidal Basin, and the existing boathouse was transferred to the Office of Public Buildings and Grounds, to be run by the same concessionaire. This boathouse was replaced by a new structure (no longer extant) in 1928. Located at the foot of Seventeenth Street, this new facility included a lunchroom, a storage area for model boats, and a covered porch. A variety of boats have been employed at the Tidal Basin, including swan

---

[119]*Development of East Potomac Park,* Information taken from map that accompanied the report.
[120]*Development of East Potomac Park*, p. 16.

NPS Form10-900-a                                           OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page 70                           East and West Potomac Parks Historic District
                                                Washington, DC
==============================================================================

boats, speed boats, replicas of Venetian gondolas, and paddle boats.  In 1908, the West Potomac Park Polo
Grounds (Noncontributing Site) west of the Tidal Basin were graded, and in 1909, a frame bandstand was
constructed nearby.[121]  Concerts were held in this bandstand until it was demolished in 1931.

The landscape of West Potomac Park was greatly improved during this period.  In 1912, approximately
3,000 Japanese Cherry Trees (Contributing Site) were planted in both parks.  Given as a gift to the city of
Washington by Japan, the first shipment of trees was infested with several types of insects, and had to be
destroyed.  A second shipment was then  arranged, and the first two of these trees were planted along the
Tidal Basin by Mrs. Taft and the Viscountess Chinda, the wife of the then Japanese ambassador.  In 1923,
a rose garden was planted at the foot of Fourteenth Street, which remained at this location until it was
destroyed in 1949, during the construction of the first Fourteenth Street Bridge.

The first two memorials in the two parks were also constructed during this era.  The first permanent
memorial in West Potomac Park, the Commodore John Paul Jones Statue (Contributing Object), was
constructed at the foot of Seventeenth Street in 1911-12.  Jones' remains had been discovered in an obscure
cemetery in Paris in 1905; and after reinterment at the United States Naval Academy, Congress
appropriated $50,000 for a suitable memorial for the Revolutionary War hero.  The memorial's bronze
statue and marble pedestal were designed by Charles Henry Niehaus; Thomas Hastings served as project
architect.  It was dedicated on April 17, 1912.  The second memorial, the John Ericsson Monument
(Contributing Object), located at the intersection of Independence Avenue, SW, and Ohio Drive, SW, was
also constructed in West Potomac Park during this time period.  The memorial honors Ericsson as the
designer of the Union Army's ironclad ship, the *Monitor,* which was used in the most famous naval
encounter of the Civil War.  Ericsson is also credited with perfecting the design of the screw propeller.
Constructed from 1924-26, the monument was designed by sculptor James Earle Fraser and architect
Albert Randolph Ross, and was financed mainly by Americans of Scandinavian descent.  Frederick Law
Olmsted, Jr., served as landscape consultant for the memorial.

The most significant project in West Potomac Park during this time period was construction of the Lincoln
Memorial (Contributing Structure).  Located at the foot of Twenty-third Street, the nation's foremost
memorial to the sixteenth American president is a strong example of Neoclassical architecture.  It serves as
the formal terminus to the axis extending from the Capitol, as was recommended in the McMillan Plan of
1901-02 for the city's monumental core.  A memorial to Abraham Lincoln was first

---

[121]Chappell, "East and West Potomac Parks: A History," pp. 99-100, 169-170.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page 71              East and West Potomac Parks Historic District
                                   Washington, DC
=================================================================================

proposed in 1867, when Congress passed a bill creating a formal commission tasked with erecting a fitting
memorial.  Clarke Mills designed a colossal edifice to be adorned with 6 equestrian and 31 pedestrian
statues; however, sufficient funds could not be raised to erect this structure, and these plans were
abandoned.  In 1911, Congress established a new commission -- the Lincoln Memorial Commission,
chaired by former president William H. Taft, to guide the progress of the memorial.  The planned
memorial was viewed by many as a symbol of the Union, North and South united.  By 1913, both the
design and location of the memorial had been approved, though these decisions were far from unanimous.
The  Greek temple design, loosely based on the Parthenon, as interpreted by Henry Bacon, was thought by
many to be overly ostentatious for a man of Lincoln's humble origins and character.  An alternate design
proposed a simple log cabin form for the memorial.  Others had serious reservations about the site,
thinking the reclaimed land in West Potomac Park swampy, remote, inaccessible, or not grand enough for
such a memorial.  The Lincoln Memorial Commission held to their decision, and they were bolstered by
the fact that the site in Potomac Park had been designated in the McMillan Plan as appropriate for a major
memorial, as well as the fact that the site was on axis with both the Washington Monument and the U.S.
Capitol.[122]

A month after a dedication ceremony on February 12, 1914, the construction of the Lincoln Memorial
began,[123] and the memorial's cornerstone was laid on February 12, 1915.[124]  (This date was selected for
both events as it was the anniversary of Lincoln's birth.)  The memorial was constructed by the George A.
Fuller Company under the direction of the Director of the Office of Public Buildings and Grounds of the
National Capital.  Building upon reclaimed land proved to be quite challenging.  A subfoundation of 100
concrete piles reinforced with twisted steel rods was first built, on top of which a structure of concrete piers
was constructed to support the memorial.  The outbreak of World War I brought a halt to the construction;
however, a great deal of the memorial had already been completed.  The columns had been raised, the roof
was completed, and the interior was under construction.[125]  Work resumed after the war's end, and was

---

[122]National Register Inventory-Nomination Form, "Lincoln Memorial," p. 8.1.

[123]National Register Inventory-Nomination Form, "Lincoln Memorial," p. 8.2.

[124]Federal Writers' Project, Works Project Administration, Washington City and Capital (Washington, DC:
Government Printing Office, 1937), p. 332.

[125]Albert E. Cowdrey, A City for the Nation:  The Army Engineers and the Building of Washington, DC,
1790-1967 (Washington, DC:  Government Printing Office, 1978), pp. 45-46.

NPS Form 10-900-a                                      OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page 72                    East and West Potomac Parks Historic District
                                           Washington, DC
========================================================================

completed by the dedication ceremony on May 30, 1922. At the ceremony Lincoln Memorial Committee
chairman Taft presented the memorial to President Warren Harding, who accepted it on behalf of the
American people.[126]

A number of events significant in the history of the civil rights movement have taken place at the Lincoln
Memorial. On April 9, 1939, contralto Marian Anderson gave an Easter Sunday concert on the steps of the
Lincoln Memorial, before an integrated crowd of 75,000 people. This concert was arranged after Anderson
was barred from performing at Constitution Hall by the Daughters of the American Revolution because of
their "white artists only" policy. This concert is viewed by many scholars as the birth of the modern civil
rights movement.[127] On August 28, 1963, Martin Luther King, Jr., delivered his "I Have A Dream" speech
before a crowd of 400,000 people. The speech was part of the March on Washington for Jobs and
Freedom, designed to demonstrate racial cooperation in support of civil rights. This speech has been since
credited with both coalescing the nation's conscience against segregation and leading to the
passage of the 1964 Civil Rights Act.[128] The Lincoln Memorial has also been the location of numerous
protests and demonstrations for a variety of causes. On December 28, 1971, 87 members of Vietnam
Veterans Against the War were arrested for their attempt to seize and seal off the memorial.[129] In the past
twenty years, protestors have demonstrated at the Lincoln Memorial on a wide variety of issues, such as
abortion rights, fetal rights, gay rights, housing discrimination, world hunger, the plight of soldiers missing
in Vietnam, embassy hostages in Iran, victims of drunk drivers, AIDS, and for the freedom of the people of
numerous countries.[130] These events have provided an additional layer of significance to an already
important national memorial.

As the construction of the Lincoln Memorial progressed, the shaping of the surrounding landscape began.
At the suggestion of Frederick Law Olmsted, Jr., 502 Dutch elm trees (Contributing Site) were planted in
West Potomac Park in 1915-16. These "English elms," though purchased and imported from a nursery in
Chester, England, were likely of Dutch parentage. Of these trees, 398 were planted in double rows on

---

[126]National Register Inventory-Nomination Form, "Lincoln Memorial," p. 8.2.
[127]Scott A. Sandage, "A Marble House Divided: The Lincoln Memorial, the Civil Rights Movement, and
the Politics of History," *The Journal of American History* 80, 1 (June 1993): pp. 135-136, 143.
[128]Sandage, "A Marble House Divided," pp. 155-156; Lois Craig and the staff of the Federal Architecture
Project, *The Federal Presence: Architecture, Politics, and Symbols in United States Government Building*
(Cambridge, Massachusetts: MIT Press, 1978), p. 530.
[129]Sandage, "A Marble House Divided," p. 164.
[130]Sandage, "A Marble House Divided," p. 166.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 73                    East and West Potomac Parks Historic District
                                          Washington, DC
================================================================================

either side of the site of the Reflecting Pool in 1915-16, prior to the basin's actual construction, and the
remaining 104 were planted south of the parallel rows.  The poor drainage of the marshy soil did not allow
the trees' roots to fully develop, and they became quite top heavy.  By 1929, many of the original trees
were toppling over in high winds, and had to be replaced.  Today, the rows of elms contain a mixture of
original and replacement trees, and consist primarily of Dutch elms, with a few smoothleaf, American,
English, and Scottish elms planted between.  The National Park Service replaces dead or dying trees in
kind to ensure that the original design intent is perpetuated.

The Reflecting Pool (Contributing Site) and Rainbow Pool (Contributing Site), conceptually designed by
Charles F. McKim, and further refined by Henry Bacon and Frederick Law Olmsted, Jr., were both
prominent features of the McMillan Plan of 1901-02.  The broad expanse of water in the Reflecting Pool
was planned to reflect the Washington Monument.  The two pools were constructed contemporaneously in
1919-22 along the east-west axis leading from the Lincoln Memorial to the Washington Monument.  The
Reflecting Pool had originally been designed as a cruciform body of water, but the presence of the World
War I-era temporary buildings necessitated that it be built without its planned cross-arms.  The Rainbow
Pool, built at the eastern end of the Reflecting Pool, was equipped with jets that created a rainbow effect in
natural sunlight when water was forced through them.  Over the years, these two basins have been used for
recreational purposes such as wading, ice skating, model boat racing, and fly-casting contests.

During the city's mobilization for World War I, numerous temporary buildings were constructed in West
Potomac Park.  Beginning in 1916, the area between the Reflecting and Rainbow Pools and Constitution
Avenue was cleared of all trees and shrubs, as well as 23 tennis courts, to make way for temporary
government office buildings.  By March of 1918, two three-story, concrete buildings had been constructed
for the War Department.  Additional buildings were added in the same area soon after; this complex
became known collectively as the Navy and Munitions Buildings.  A parking lot for these structures was
built between the complex and the Dutch elm trees along the northern side of the Reflecting Pool.[131]
Though intended to be temporary in nature, these buildings were not demolished until 1970-71.

The most popular early recreational use of the Tidal Basin was for swimming.  In the early years of the
twentieth century, a private bathing beach was established in a gap in the seawall, on the shore of the Tidal
Basin, northeast of the inlet.  In 1902, the Office of Public Buildings and Public Parks ordered the private
bathing beach closed, and the seawall rebuilt, so that they could begin their own municipal

_____

[131]"Cultural Landscape Inventory, West Potomac Park, Lincoln Memorial Grounds," p. 3-11.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 74                      East and West Potomac Parks Historic District
                                            Washington, DC
===============================================================================

operation. In 1918, the municipal bathing beach opened on the south shore of the Tidal Basin, between the
Inlet and Outlet Bridges, even prior to the completion of a public bathhouse, designed by architect Horace
Whittier Peaslee.  This same year, a 400-foot-long by 100-foot-wide sand beach was constructed on the
site, and a liquid chlorine plant was installed under the Tidal Reservoir Inlet Bridge, which purified the
water in the basin for swimming.[132]  Since this facility was for white swimmers only, it soon became a
matter of great discussion in Congress as to whether or not they should fund a similar, separate facility for
black bathers.  Funds were appropriated in 1922 for a bathing beach for blacks.  By 1925, another site
along the Tidal Basin had been selected, and the foundation of the second bathhouse had been completed.
This same year, Congress decided that swimming in the Tidal Basin was not an appropriate recreational
use, and both bathing concessions, including the beach and both bathhouses, were demolished.

Golf was another sport in which the races were segregated.  In 1925, a golf course and clubhouse for black
players were constructed in West Potomac Park.  This course was poorly maintained, however, and the
grass was often so long that golf balls were lost.  It was remodeled during the construction of
Arlington Memorial Bridge, and was abandoned entirely in the late 1930s when a new, segregated course,
Langston, was constructed in Anacostia Park.  During this time, there was also a nine-hole course in West
Potomac Park for white players.

East Potomac Park was also greatly improved and developed during the first three decades of the twentieth
century.  Ohio Drive, SW, (Contributing Structure) was constructed around the perimeter of the park
between 1912 and 1916.  During this period of time, the invasive vegetation was cleared off the fertile fill,
trees and shrubs were planted, and grass was seeded by the U.S. Army Corps of Engineers.  Once these
general improvements were completed, the 1916 development plan for East Potomac Park could then be
implemented.

The golf course and two associated structures were the first features of the 1916 development plan to be
constructed.  The two wings of the East Potomac Park Field House (Contributing Building), were designed
by Horace Whittier Peaslee (1884-1959) in 1917.  A native of Malden Bridge, New York, Peaslee received
a Bachelor of Architecture in 1910 from Cornell University, where he also minored in landscape
architecture.  In 1911 he traveled to Europe on a fellowship, and in 1912 he came to Washington to work
as a landscape designer for the Office of Public Buildings and Grounds.  He journeyed to Europe again in
1914, this time at his own expense, expressly to study parks in Italy, France,

---

[132]Chappell, "East and West Potomac Parks: A History," p. 109.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 75              East and West Potomac Parks Historic District
                                    Washington, DC
==============================================================================

and Switzerland.  Peaslee held the position of landscape designer for the Office of Public Buildings and
Grounds until 1917, when he was promoted to architect of this same office.  Peaslee started his own
practice in 1918, and performed both positions simultaneously until he left the Office of Public Buildings
and Grounds in 1922.  He remained in private practice until his death, and during his lifetime he designed
structures as diverse as park lodges, schools, town halls, embassies, apartment buildings, gas stations, and
private residences.[133]  Peaslee is best known today as the primary designer of Meridian Hill Park, a
National Historic Landmark in Washington, DC.

Peaslee designed the East Potomac Park Field House during his tenure as Architect for the Office of Public
Buildings and Grounds.  The two L-shaped wings were part of the design for a larger U-shaped structure
that was never fully executed.  The square, center portion of the Field House, which was never built, was
designed to contain a large assembly room, a refectory with counter and table service, a kitchen, and a
pantry.  A loggia was planned to enclose both the north and south elevations of the center section.  The
design for the Field House's unimplemented center portion illustrates Peaslee's attention to the landscape,
as it featured an open courtyard in its center, with gravel walks, a round reflecting pool in its center, and
formal landscaping.

The decorative exposed-aggregate concrete Field House wings were also the product of Washington, DC,
concrete artist John Joseph Earley (1881-1945).  Earley viewed the creation of concrete as a combination
of science and art, and his process created a concrete product resembling more costly mosaic work.
Earley's process had several sequential steps.  First, forms were filled with a concrete mixture that was
studded with colorful pebbles.  Once the forms were removed, the surface of the concrete was then
scrubbed with acid to highlight the colored aggregates.  This process was used to create a wide range of
products, including murals, walls, and entire buildings.  Earley patented his "Earley Process" in 1921.  The
best known example of Earley's work is the system of retaining walls, steps, and paving at Meridian Hill
Park, in Washington, DC, which was completed in 1936.[134]

The Field House wings have served numerous functions since their construction.  Originally, the east wing
was built to serve as the men's changing facility, and the west wing to serve as the women's

─────────────────────

[133]Obituaries for Horace W. Peaslee, The Washington Star, May 18, 1959, and May 20, 1959; The
Washington Post, May 20, 1959.  Vertical File, "Horace W. Peaslee," Robinson & Associates, Inc., Washington,
DC.

[134]"John Joseph Earley," Vertical File, Robinson & Associates, Inc., Washington, DC.

NPS Form 10-900-a                                                     OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 76                         East and West Potomac Parks Historic District
                                               Washington, DC
=================================================================================

changing facility, both for the municipal golf course.  The east wing had a dining room, lunch room, locker
rooms, and a golf professional shop on the main floor, and a kitchen, pantry, and cold storage area in the
basement.  The west wing had locker rooms, offices, and storage rooms on the main floor, and laundry
facilities and additional storage in the basement.  Both wings were remodeled in 1936, as part of a larger,
Public Works Administration (PWA) project that included the construction of the East Potomac Park
Swimming Pool.  After the pool was built, the two wings were shared by the Leoffler Company, the
concessionaire that operated the golf course, and the Welfare and Recreational Association of Public
Buildings and Grounds, the concessionaire that operated the swimming pool.  At this point, the wings were
remodeled to include basement dressing rooms for the swimming pool.  This sharing of space continued
until 1978, when the DC Recreation Department constructed a bathhouse on the open land between the two
wings.  An early porch that enclosed the colonnade on the east wing was removed in 1977.  The east wing
currently houses the golf professional shop, offices for the golf course concessionaire, and a food-service
concession.  Since 1979, the west wing has functioned as the District One Sub-station for the U.S. Park
Police.[135]

The East Potomac Park Golf Course (Contributing Site), the city's first municipal golf course, began to
take shape during this same period.  A number of different golf course architects helped to shape the course
over the years.  In May 1917, noted golf course designer Walter Travis presented a design for this
municipal golf course to the Commission of Fine Arts.  It appears that Dr. Walter S. Harban assisted Travis
with certain features of the course.  The first nine holes of the course were constructed in 1917,
seeded in 1918, and officially opened for business on July 8, 1920.  Golfers paid a fee of 25 cents, which
included use of the locker and shower rooms.  The course has been constantly reconfigured since the
1920s.  The course's second nine holes, likely designed by Andrew White, were completed by 1923.  The
first putting green was installed at the course in 1925, and the first driving range was added in 1934.  Also,
William S. Flynn later remodeled the course in the mid-1920s.

After one season of operating the course at a loss, the Office of Public Buildings and Grounds put a
contract out to bid for its management.  In 1921, Severine G. Leoffler was selected to do so, and his
company, known first as the Park Amusement Company, and later as the S.G. Leoffler Operating
Company, managed the East Potomac Park Golf Course until 1983.  At this point, it was taken over by
Golf Course Specialists, Inc., who continue in this capacity today.  Leoffler created a municipal golf

---

[135]Real Property Files, United States Department of the Interior, National Park Service, National Capital
Region, Washington, DC.

NPS Form 10-900-a                                                        OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page 77                          East and West Potomac Parks Historic District
                                                 Washington, DC
================================================================================

empire in the District of Columbia; by the 1960s, his company also operated 18-hole courses at Anacostia,
Rock Creek, and Fort Dupont Parks. He did a great deal to promote the sport of golf locally, offering free
clinics for children, as well as low-cost clinics for adults. During Leoffler's tenure, the East Potomac Park
Miniature Golf Course (Contributing Site) was constructed in early 1931, when the miniature golf craze
was sweeping the nation. This 18-hole miniature golf course officially opened for business on May 9,
1931, and quickly became one of the park's most popular recreational features. It was operated seasonally
during the warm-weather months. Miniature golf was popular in large part because it was such an
inexpensive activity; for example, in 1948, an 18-hole round of miniature golf cost 35 cents. The
miniature course is still in operation today, and is likely the longest continuously operating course in the
nation.[136] (The National Park Service later allowed Leoffler to construct a miniature course at Anacostia
Park in 1948; unfortunately, this course is no longer extant.)

Land in East Potomac Park was used a number of different ways during World War I. The Boy Scouts
were granted permission in 1917 to tend a garden in the park, and employees of the Office of Public
Buildings and Public Parks were allowed in 1921 to have their own vegetable garden in the park. This use
was later determined inappropriate for park land, and the gardens were discontinued.

Temporary buildings were also constructed in East Potomac Park as part of the war effort. In 1918, 41
frame buildings were constructed on the Potomac River side of the park near the railroad embankment.
These barracks were built by the Construction Division of the War Department to house detachments of
Regular Army Troops, who were assigned to guard duty in Washington. An additional 57 barracks were
constructed on the Washington Channel side of the park to house enlisted clerks serving in the War
Department.[137] The barracks on the Potomac River side of the park were demolished in 1921-22, at which
time those on the Washington Channel side were being used for storage by the War and Treasury
Departments.[138]

In 1921, a six-acre, tourist camp for tent camping was established in East Potomac Park, just east of the
railroad embankment, to accommodate the growing number of tourists visiting the nation's capital by
automobile. One of the old World War I barracks was turned over to the tourist camp; it was renovated to

---

[136]Brain, "Circus Miniature Golf," *National Mini Golf and Range Association* 1, 3 (July 1990):  p. 11.
[137]Chappell, "East and West Potomac Parks: A History," p. 116.
[138]Chappell, "East and West Potomac Parks: A History," p. 118.

NPS Form 10-900-a                                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page 78                               East and West Potomac Parks Historic District
                                                      Washington, DC
================================================================================

include toilet and bath facilities.[139]  By 1926, the size of the tourist camp had grown to 60 acres.  This same year, a community building was erected at the tourist camp, in spite of the Commission of Fine Arts' strenuous objections.  Because the tourist camp was only to be temporarily located in East Potomac Park, the construction of a brick building was considered by the commission to be too permanent.  Given its prominent site that could be seen by visitors approaching Washington from the south, the commissioners also felt that the tourist camp was unsightly, and that the growth of the camp would likely prevent the recreational plan for the park from being fully implemented.  However, since the $50,000 Congressional appropriation specified the building's construction at the camp's East Potomac Park location, it had to be built there.  The commission continued to recommend that the tourist camp be relocated to a more appropriate location.[140]

Tourists used the camp for free until 1923, when usage fees were first charged.  By 1927, the camp included 20 cabins and cottages, numerous tents and camping sites, a laundry, bathhouses, a playground, and the community building.  The tourist camp was extremely popular.  A 1927 *Sunday Star* article reported:

> Washington's tent city is popular because of its facilities, police protection, sanitation and attractive surroundings.  Tourists from everywhere in this country who pass through the National Capital follow the "tips" of more experienced motorists and stop by as long as possible in the Government camp.  Swept by cooling breezes from the Potomac, set down amidst a wealth of verdure, with excellent facilities for golf, baseball, tennis, fishing, bathing, boating and sightseeing close at hand, the East Potomac Park camp is a mecca of cross-country travel.[141]

As transportation and recreation evolved, so too did the tourist camp; by 1954, a 56-unit trailer court had been added to the camp.[142]  After years of debate about the appropriate uses of federally owned parkland, the tourist camp was finally relocated in 1963 to Prince William Forest Park near Quantico, Virginia, 25 miles south of Washington, and the camp in East Potomac Park was demolished to make way for the National Park Service National Capital Region and U.S. Park Police Headquarters Buildings.

---

[139]Chappell, "East and West Potomac Parks: A History," p. 118.
[140]"Tourists' Camp House Bids to be Asked Soon," *The Washington Post*, January 14, 1926; "Urges Removal of Tourist Camp", *The Washington Star*, February 20, 1926.
[141]"Tent City Here Quarters Tourists From Forty-Eight States," *The Sunday Star*, July 10, 1927.
[142]"Potomac Park Trailer Court," *Planning and Civic Comment*, March 1954.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 79                          East and West Potomac Parks Historic District
                                                Washington, DC
========================================================================

Beginning in 1920, the Girl Scouts operated a lunch and refreshment room in a small temporary building
on Hains Point.  In 1923-34, an elaborate new park pavilion was constructed near the tip of Hains Point,
which contained a restaurant, snack bar, and public restrooms.  The Girl Scouts continued to serve
refreshments from this new building, known as the "Teahouse," until the end of 1925, when the food
concession was awarded to the newly organized Welfare and Recreation Association of Public Buildings
and Grounds.  This organization was the predecessor of Government Services Incorporated, now Guest
Services Incorporated, which now has the concession to provide all food and other sales services within all
the public parks in the nation's capital.  It operated the Teahouse on a seasonal basis until 1962 (there was
only limited service during World War II, due to decreased park visitation because of gasoline rationing).
From 1962 until 1967, the Teahouse was used as a visitors center, and it was closed entirely during 1968.
From 1969 through 1985, the building served as the Ecological Services Laboratory for the National
Capital Region.  Since it violated current health and safety codes, and could not be adapted successfully to
other uses, the Teahouse was demolished in 1987.[143]

Park Development in the 1930s and 1940s

This era in the history of the East and West Potomac Parks was characterized by the construction of major
memorials, and also by the encroachment of World War II-related development onto federal lands.  The
most important development in the two parks during this period was the construction of the Jefferson
Memorial (Contributing Structure).  Located in West Potomac Park on the southeast shore of the Tidal
Basin, at the southern terminus of the Sixteenth Street cross-axis of the Washington Monument Grounds,
approximately 3,000 feet south of the Washington Monument, the nation's memorial to third American
president Thomas Jefferson is a significant example of Neoclassical architecture.  The Jefferson Memorial
serves as a key landmark in the city, as constructed on the site reserved in the McMillan Plan for a major
national monument.

The Thomas Jefferson Memorial Commission was created by Congress in 1934 to guide the memorial's
design and construction.  Its location on the Tidal Basin had previously been suggested in the 1920s as the
site for a memorial to Theodore Roosevelt.  Although the Theodore Roosevelt Memorial Committee
actually held a design competition, the project was halted.[144]  John Russell Pope of New York City was
selected as the Jefferson Memorial's architect by the commission in 1937.  Pope's design inspiration for

---

[143]Historic American Buildings Survey, Girl Scout Teahouse, HABS No. DC-549, pp. 6-9.
[144]National Register Inventory-Nomination Form, "Thomas Jefferson Memorial," p. 8.1.

NPS Form 10-900-a                                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 80                          East and West Potomac Parks Historic District
                                                Washington, DC
================================================================================

the memorial was the Pantheon in Rome, which had influenced the designs of Jefferson's Monticello and
the Rotunda at the University of Virginia more than a century earlier.[145]  He designed a large monolithic
pantheon that faced north towards the White House.  His design would have transformed the Tidal Basin
into a series of reflecting pools, which were to be flanked with rectangular terraces, and outlined with
formal rows of trees.  The Commission of Fine Arts and the National Capital Planning Commission were
united in vigorous opposition to this scheme.  They argued that the overly grand design would dominate
the vista and upset the balance of the city's monumental core, and that restructuring the Tidal Basin would
render it incapable of performing its flushing mechanism.  They also objected to the fact that the flow of
traffic to Virginia would be disrupted by changes in street design necessitated by implementing the
elaborate landscape treatment, and that the 1,200 cherry trees surrounding the Tidal Basin and 80 elm trees
would be destroyed by the new landscape plan.[146]

After his untimely death in 1937, at the request of the Commission of Fine Arts and the National Capital
Planning Commission, Pope's design was modified by the principals of his successor firm, Otto R. Eggers
and David P. Higgins.  Their revisions included moving the structure 600 feet south, reducing its size to
make it more compatible with other memorials, and eliminating the extensive landscape treatment --
leaving the Tidal Basin, street, and most of the cherry trees intact.[147]  This plan pleased most of the people
opposed to Pope's original design; however, many members of the Commission of Fine Arts still preferred
an open peristyle design to that of the Pantheon.  The Thomas Jefferson Memorial Commission found this
proposed change unacceptable, so they went directly to President Roosevelt and asked him to intervene.
Roosevelt overrode the authority of the Commission of Fine Arts, and ordered construction to begin on the
enclosed Pantheon-inspired design.  To no avail, the Commission of Fine Arts appealed this decision to
Congress.[148]

Ground breaking for the Jefferson Memorial took place on December 15, 1938, and construction began in
early 1939.  John McShain, Inc., of Philadelphia was selected as the contractor for the memorial, and

---

[145]National Register Inventory-Nomination Form, "Thomas Jefferson Memorial," p. 7.1.

[146]National Register Inventory-Nomination Form, "Thomas Jefferson Memorial," p. 8.1.

[147]In fact, 171 of 2,700 cherry trees were removed to allow construction of the Jefferson Memorial on the
south shore of the Tidal Basin.  Janelle Warren-Findley, "Historic Documentation:  Thomas Jefferson Memorial,"
United States Department of the Interior, National Park Service, National Capital Parks Central, Washington, DC,
September 15, 1985, p. 1.

[148]National Register Inventory-Nomination Form, "Thomas Jefferson Memorial," p. 8.2.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 8    Page 81                    East and West Potomac Parks Historic District
                                        Washington, DC
========================================================================

Frederick Law Olmsted, Jr., was selected as consulting landscape architect. The memorial's cornerstone was laid on November 15, 1939. As the superstructure began to take shape, artist Adolph A. Weinman was hired to carve the north portico pediment, and sculptor Rudulph Evans began to sculpt the statue of Jefferson which dominates the memorials's central chamber.[149]

Evans' design had been selected from 101 entries in a national competition held by the Thomas Jefferson Memorial Commission in 1938. A full-scale plaster model of the sculpture was placed in the memorial from 1943 until World War II ended , when restrictions on the use of metal were lifted and the bronze sculpture could be cast. The memorial was dedicated on April 13, 1943, the bicentennial of Jefferson's birth.[150]

A number of other projects were undertaken in the two parks during the 1930s and 1940s. The District of Columbia World War I Memorial (Contributing Object) was constructed in 1931 on the south side of the Reflecting Pool. This memorial, designed by architects Frederick H. Brooke, Nathan C. Wyeth, and Horace W. Peaslee, was intended to honor the District residents who served and died in the first World War. The white marble Doric temple was also designed to be used as a bandstand for concerts, replacing the frame bandstand that had been constructed nearby in 1908. In 1931, a ten-foot-wide concrete walk with an iron-pipe railing was completed around the perimeter of East Potomac Park. The construction of Arlington Memorial Bridge (Contributing Structure), designed by the architectural firm of McKim, Mead and White, was completed by 1932. The East Potomac Park Swimming Pool (Contributing Structure) was built in 1936 with Projects Works Administration funds; it was one of six pools authorized by Congress in 1929.

The Flood Control Levee (Contributing Site) running along the north side of the reflecting pool was erected in 1938, as a result of the 100 year flood that occurred in 1936. Like the masonry seawalls, this berm was designed by the Army Corps of Engineers. The site contributes to the significance of the park because it reflects the Federal government's role in developing and managing the parks; including its attempts to protect government buildings located to the north of Constitution Avenue.

Despite the governmental and engineering significance, it should be recognized that the levee compromises the integrity of the formal landscape design intent of the Lincoln Memorial Grounds (defined by 17th Street, the Potomac River, and Constitution and Independence avenues). McKim's design of this area, as revised by Bacon and Olmsted, called for a level symmetrical field that would reinforce the Mall, in terms of its form and directional axis. Specifically, the central axis was articulated by a canal (Reflecting Pool) flanked by parterres. Accordingly, the approximately 8' high levee topographically separates spaces that were intended as one.

--------

[149]National Register Inventory-Nomination Form, "Thomas Jefferson Memorial," p. 8.2.
[150]National Register Inventory-Nomination Form, "Thomas Jefferson Memorial," pp. 7.1, 8.2.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page 82                    East and West Potomac Parks Historic District
                                           Washington, DC
================================================================================

The entrance of the United States into World War II brought even more defense-related development into the
two parks, as war-time planners cast envious glances at the vast, open parkland of the nation's capital.  In
1942, the West Potomac Park Polo Grounds (Noncontributing Site) were paved over for a parking lot for the
War and Navy Departments (this was later reversed), and numerous dormitories to house war workers and
office buildings were also constructed south of the Reflecting Pool.  Two enclosed walkways were
constructed across the Reflecting Pool in 1942, one near the Nineteenth Street alignment, and another over
the small plaza between the Reflecting and Rainbow Pools.  These World War II temporaries were
demolished in 1965, and the World War I office buildings along Constitution Avenue and the two enclosed
walkways were demolished in 1970-1971.

The Kutz Bridge (Contributing Structure) and the Independence Avenue Extension (Contributing Structure),
both designed by Philadelphia architect Paul Philippe Cret, were constructed in 1943 to provide improved
access from Washington to the Pentagon.  The bridge was constructed to carry eastbound Independence
Avenue, SW, over the north bay of the Tidal Basin, and a separate roadway was constructed immediately
north of the bridge to carry westbound traffic.

There are several small buildings and structures in the parks, including: information and ticket booths;
concession buildings; a guard house; map and historical markers; and Vietnam Veteran booths.  Of these
buildings, the Guard House (Contributing Building), located at the northwest corner of 23rd Street and
Independence Avenue, has the most architectural character.  The Guard House was built in 1950 to serve as
a station for a traffic officer whose duties included regulating the one-way rush hour traffic pattern
established in 1937 on Ohio Drive and the Rock Creek and Potomac Parkway.  The classically derived details
reinforce the sense of order found on the Lincoln Memorial and Washington Monument grounds, the Mall
and President's Park.  Its architectural form recalls the Bulfinch Gatehouses and fence piers located at the
intersections of Constitution Avenue and 17th, 15th and 7th streets; these ca. 1828 sandstone structures with
channeled rustication and Neoclassical mouldings were removed from the U.S. Capitol grounds in 1874 and
relocated by the NPS along Constitution Avenue in 1938.  Accordingly, the Guard House contributes to the
significance of the park in terms of transportation and architectural history.

Park Development from the 1950s through the 1970s

This era of the parks' history was characterized by incremental additions to the parks' landscape, such as the
examples given below, and by preparations for the nation's Bicentennial celebration.  The historic ties
between the United States and Japan were further commemorated in the 1950s, when two gifts to the nation
from Japan were placed in West Potomac Park.  The first of these gifts, the Japanese Lantern (Contributing
Object) was crafted in Tokyo in 1651 to honor a dead warlord, and its twin still stands on the grounds of a
temple in Tokyo.  The Japanese Lantern was placed on the northwest bank of the Tidal Basin in 1954,
between two of the original cherry trees planted in 1912.  It is lighted each spring to officially begin the

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page  83                      East and West Potomac Parks Historic District
                                              Washington, DC
=============================================================================

Cherry Blossom Festival.  It is one of three lanterns that were given to the United States as symbols of
Japanese-American understanding; the other two are located in Providence and Newport, Rhode Island.

In 1958, the second gift, the Japanese Pagoda (Contributing Object) was placed on the bank of the Tidal
Basin, near the intersection of Independence Avenue, SW, and West Basin Drive.  The 3,800-pound pagoda
arrived in pieces in five crates without any instructions for assembly; with the help of an expert in Japanese
culture from the Library of Congress, it was reassembled.  The pagoda was a gift from the Mayor of
Yokohama to the people of Washington, as a gesture to improve American-Japanese relations.  Also in 1958,
a boulder with the First Air Mail Flight Marker (Noncontributing Object) was placed across from the Polo
Grounds by the Aero Club of Washington, to honor the departure site of the first scheduled air mail service.

In 1963, after the relocation of the tourist camp from East Potomac Park to Prince William Forest Park, and
the demolition of the existing buildings, the National Park Service National Capital Region Headquarters
Building (Noncontributing Building) and the U.S. Park Police Headquarters Building (Noncontributing
Building) were constructed on the same site.  The Park Service and the Park Police continue to occupy these
buildings, from which they administrate and police the region's parks.

During her husband's administration (1964-68), Lady Bird Johnson undertook a number of projects in the
two parks as part of her formidable Beautification Program.  In East Potomac Park, a 150-foot water jet was
placed in the Potomac River off Hains Point in 1967, funded by a $160,000 gift to her beautification
committee.  (This water jet has since been removed.)  Between 1966 and 1968, friends of the President and
Mrs. Johnson funded the purchase of 1,800 flowering cherry and other trees, which were planted around the
perimeter of Hains Point in 1966-68.  A Plaque Honoring the Placement of the Cherry Trees on Hains Point
in 1966-68 (Noncontributing Object) was placed on a stone and wood bench along Ohio Drive, SW, on Hains
Point in 1968.  In West Potomac Park, a Floral Library (Noncontributing Site) was designed and installed
near the Tidal Basin in 1968, on a quarter-acre plot of land south of Independence Avenue, SW, and East
Basin Drive.  The library was originally planned to provide people with the opportunity to view and compare
a number of different tulip varieties in close proximity, and also to serve as a demonstration garden for
National Park Service employees who were responsible for selecting floral displays for the parks.  It is now
known as a Floral Library, as the tulips are replaced in the summer by annuals, and some fading annuals are
replaced by chrysanthemums in the fall.

The landscape of West Potomac Park was reevaluated in 1964, when the architectural firm Skidmore,
Owings, and Merrill, with landscape architect Dan Kiley serving as landscape consultant, was retained to
draft a new master plan for the National Mall.  According to historian David C. Streatfield, "Up to this time,
the execution of the McMillan Plan had been one of progressive simplification that was a pragmatic response
to low budgets and more detailed ecological information.  In this process the picturesque nature of the Capitol
grounds had been married to a simple formal treatment on the Mall.  New plans, proposed in 1964 and 1965,

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page  84                      East and West Potomac Parks Historic District
                                             Washington, DC
================================================================================

represented more a return to the formality of the McMillan Plan than an evolving interpretation of that plan's
principles and those of L'Enfant's design, which Olmsted had sought to practice."[151]

 The 1965 Skidmore, Owings, and Merrill master plan proposed to redesign the axial portion of West
Potomac Park, by lengthening the Reflecting Pool, which was to terminate at an "island lookout platform" at
Seventeenth Street. This cross axis was to continue to a viewing platform at the rim of the Tidal Basin. The
traffic circle around the Lincoln Memorial was to be removed, to allow direct pedestrian access to the
Lincoln Memorial from the east. The area to the north of the Reflecting Pool, where the World War I
temporaries still stood, was redesigned with a "varied series of formal bosks evoking the character of a
baroque woodlands."[152] The majority of these features were never implemented. The eastern third of the
circular roadway surrounding the Lincoln Memorial, between Henry Bacon and Daniel French Drives, was
closed to automobile traffic, and the area north of the Reflecting Pool was, nearly a decade later, to become
the site of Constitution Gardens.

The 1965 plan "also called for planting additional trees to reduce the Mall's greensward from the proportions
established by the McMillan Plan at the start of the century. Since there was no hope of matching the
existing elms, the idea was to place a row of trees along the inner border."[153] This facet of the plan was never
implemented, as members of the Commission of Fine Arts felt that the existing proportions of green space
were appropriate. One important aspect of this plan was the replacement of the inner drives of the Mall and
West Potomac Park with gravel walks, which were solely designated for pedestrians, and not for parked cars.
This alteration, which was implemented, has greatly improved the visual impact of the monumental axis.[154]
Hardscape handicapped lanes are currently being added to these walks.

The World War I temporary buildings north of the Reflecting Pool were finally demolished in 1970-71, at the
insistence of President Richard M. Nixon. During a helicopter ride over the site, he remarked to John

_____

        [151]David C. Streatfield, "The Olmsteds and the Landscape of the Mall," p. 137, in *The Mall in
Washington, 1791-1991.*
        [152]Streatfield, "The Olmsteds and the Landscapes of the Mall," p. 138, in *The Mall in Washington, 1791-
1991.*
        [153]J. Carter Brown, "The Mall and the Commission of Fine Arts," p. 249, in *The Mall in Washington,
1791-1991.*
        [154]Brown, "The Mall and the Commission of Fine Arts," pp. 249-250, in *The Mall In Washington, 1791-
1991.*

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 8    Page 85

East and West Potomac Parks Historic District
Washington, DC

======================================================================

Ehrlichman "My God!  There are those old buildings I was stationed in during World War II.  Look at them--they're a disgrace!  Get rid of them.  Let's clean them off the Mall."  Nixon was prompted every time he flew over the Navy and Munitions buildings to write memos asking why they were still standing.[155]  However, the Department of the Navy, who occupied the buildings at this time, had been reluctant to lose its prime location just three blocks from the White House.[156]

The Constitution Gardens (Contributing Site) project was then proposed to fill in the newly opened parkland in West Potomac Park.  Washington, DC, was to be the focus of the nation's Bicentennial celebration in 1976, and preparations were made to accommodate visitors from across the country.  Designed in the early 1970s by the architectural firm Skidmore, Owings, and Merrill, in association with the landscape architectural firm Arnold Associates, Constitution Gardens was completed and presented to the nation as a Bicentennial gift in 1976.  As first proposed by President Nixon, the design for the new park was to be selected through a student competition orchestrated by architect David Childs.  This plan was abandoned when students denounced the design competition as a way for the Nixon administration to divert attention from their policies on the Vietnam War.  Later, Nathaniel Owings of Skidmore, Owings and Merrill secured for his firm the commission to design Constitution Gardens, and he hired David Childs to work in the firm's small Washington office, and to design the park.[157]  The project team studied urban parks around the world searching for appropriate models, including Hyde Park in London, the Tuilleries in Paris, Central Park in New York, Golden Gate Park in San Francisco, and Tivoli Gardens in Copenhagen.[158]  Nixon thought the park should be an amusement park filled with restaurants and activities, combining the best aspects of both Williamsburg and Walt Disney, and referred to the project as "Tivoli Gardens."  The Commission of Fine Arts, however, did not like the Tivoli Gardens concept, suggesting instead a heavily wooded area containing a simple program and modest structures.[159]

Constitution Gardens is one of the largest, most visible, and one of the few surviving Bicentennial projects in the Washington, DC, area.  (Another large Bicentennial project, turning Union Station into a visitors' center, was not nearly as successful, and was reversed in the 1980s.)  Designed in the romantic,

---

[155]Freeman, "Romantic Garden on the Classical Mall," *The AIA Journal*, p. 48.
[156]The buildings were only razed to ground level; the foundations remain below ground and have caused problems with plant growth, due to soil contamination.
[157]Freeman, "Romantic Garden on the Classical Mall," *The AIA Journal*, pp. 48-50.
[158]Mattes, "Landmarks of Liberty," p. 116.
[159]Freeman, "Romantic Garden on the Classical Mall," *The AIA Journal*, pp. 48-50.

NPS Form 10-900-a                                           OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 8    Page 86                    East and West Potomac Parks Historic District
                                        Washington, DC
=================================================================================

naturalistic style that contrasts with the symmetrical, more formal aspects of the Mall, Constitution
Gardens is dominated by a six-acre, curvilinear, constructed lake with a kidney-shaped island, which is
connected by a footbridge to the lake's northern shore. At the easternmost edge of the site, on the cross-
axis of the Rainbow Pool, is a flat, raised platform, which was intended to hold a food pavilion that was
never built; it is accessed by four diagonal paths. Three fieldstone, walled terraces leading down from the
platform to the lake were meant for tables. Trees planted in masses throughout the site, including maple,
beech, oak, and gum, form a dense tree canopy. In the 1980s and 1990s, Constitution Gardens has become
a landscaped setting for three new memorials, one dedicated to the 56 Signers of the Declaration of
Independence, and two honoring those who served in the Vietnam War (see also).

The five U.S. Park Police Stables (Noncontributing Building) are another tangible reminder of the
preparations for the Bicentennial celebration. Constructed in 1975 for the Bicentennial Folk Festival
Committee to the south of the Reflecting Pool near the site of the Korean War Memorial, the stables were
intended to temporarily house the Park Police horses during the Bicentennial and until more suitable
quarters could be found. Like other extant temporary structures in the two parks, they are still used for
their original purpose.

During the mid- to late 1970s, a number of administrative and recreational facilities were constructed in
East Potomac Park. The bubble at the East Potomac Park Tennis Facility (Noncontributing Site) was
constructed in 1974. In 1978, the DC Department of Recreation built the East Potomac Park Bathhouse
(Noncontributing Structure) between the two wings of the Field House. The Tourmobile Headquarters
(Noncontributing Building) was constructed in 1979 near the Park Service National Capital Region
Headquarters, and the adjacent National Capital Parks-Central Maintenance Yard (Noncontributing
Building) likely dates to the same period. Both of these buildings are meant to be temporary in nature.

The 56 Signers Memorial (Contributing Object) is also a product of the Bicentennial celebration. The
$500,000 appropriation with which it was funded came from the American Revolution Bicentennial
Administration, from whom the memorial was intended as a gift. It was authorized by Congress and
approved by the President on April 17, 1978. The Alexandria, Virginia, office of the landscape
architectural firm EDAW was hired in 1979 to design the memorial, along with Kurt Pronske, civil
engineer. It was completed in 1983, and was dedicated on July 2, 1984. In 1984, the memorial won an
Honor Award in the Professional Awards Program of the American Society of Landscape Architects.[160]

_____

[160]Warren-Findley, "A Guide to Selected Statues, Monuments and Memorials," p. 41.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 87              East and West Potomac Parks Historic District
                                    Washington, DC
======================================================================

The idea for the Vietnam Veterans Memorial (Contributing Object) was conceived by young Vietnam
veteran Jan Scruggs.  The memorial's design was the result of a national competition, held in 1980-81, that
was sponsored by the Vietnam Veterans Memorial Fund, a group formed by Scruggs to lobby for the
memorial.  The competition was advised by architect Paul D. Spreiregen, FAIA, and the jury included
sculptors Richard H. Hunt, Constantino Nivola, and James Rosati; architects Harry Weese and Pietro
Belluschi; landscape architects Hideo Sasaki and Garrett Eckbo; and Grady Clay, editor of *Landscape
Architecture* magazine.[161]  The design competition was funded by wealthy Texas businessman H. Ross
Perot.[162]  The competition literature stated a number of basic goals for the memorial.  "The memorial was
to acknowledge and recognize the sacrifice of all those who had served and died in the war; it was not to
make a statement as to whether the involvement of the United States in the conflict had been right or
wrong; it was to be harmonious with its site and with the other memorials on the Mall; and it was to be
reflective and contemplative in character."[163]

A total of 1,421 individuals and teams entered the competition; and the winning design, selected
unanimously by the jury, was drafted by Maya Ying Lin, a 21-year-old undergraduate architecture student
at Yale University.  Lin designed two, 200-foot-long, polished black granite walls, which met to form a
"V," and were built into the sloping earth.  The walls were to be inscribed with the names of the 57,692
Americans killed or missing in action in Vietnam between 1963 and 1973, listed in the chronological order
in which they died or disappeared.[164]  Maya Lin presented a statement on her design approach at a July
1981 meeting of the Commission of Fine Arts.  "Describing the composition as 'a rift in the earth -- a long,
polished black stone wall, emerging and receding into the earth,' she hoped it would be a peaceful, park-
like place, a place for 'personal reflection and private reckoning,' where the collective and individual loss
could be remembered."[165]

---

[161]Paul Richard, "Design Competition for Vietnam Memorial," *The Washington Post,* November 1, 1980.
[162]John Bodnar, *Remaking America: Public Memory, Commemoration, and Patriotism in the Twentieth
Century* (Princeton, New Jersey: Princeton University Press, 1992), p. 5.
[163]Sue A. Kohler, *The Commission of Fine Arts:  A Brief History, 1910-1990* (Washington, DC:
Government Printing Office, 1991), pp. 125-126.
[164]Henry Allen, "Epitaph for Vietnam, Memorial Design is Selected," *The Washington Post*, April 30,
1981, pp. F1, F3.
[165]Kohler, *The Commission of Fine Arts: A Brief History, 1910-1990*, p. 126.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page  88                    East and West Potomac Parks Historic District
                                          Washington, DC
==============================================================================

This simple design proved to be extremely controversial, and was derided by some veterans as an inappropriate memorial for those who had perished in Vietnam.  One decorated Vietnam veteran, Tom Carhart, called the Wall both a "shameful degrading ditch," and "a black gash of sorrow."[166]  The Commission of Fine Arts approved the design concept, regardless of the controversy, and the Wall was built as planned in 1982.  The Cooper-Lecky Partnership, a Washington, DC, architectural firm, served as architect of record, and the Gilbane Building Company constructed the Wall.  It was dedicated on Veterans Day, November 11, 1982.  The Frederick Hart sculpture and flagstaff were added to the memorial in 1984.  The Vietnam Veterans Memorial has subsequently received tremendous design professional and popular support, and visitors often leave personal mementos, such as letters and medals, at the Wall in honor of the dead soldiers.

The idea for the Vietnam Women's Memorial (Contributing Object) was conceived by Minnesota housewife Diane Carlson Evans, who had served as an Army nurse in Vietnam.  Evans initially organized the Vietnam Women's Memorial Project to recognize the efforts of women in Vietnam, and then to raise money for a suitable memorial to be placed in Washington, DC.  An open competition was held for the memorial's design in 1990, and nearly 350 submissions were judged at the National Building Museum in Washington.  The winner, announced on Veterans Day 1990, was, in fact, a combination of two separate designs, that of a figure of a woman in uniform, standing at a slab of marble and granite which would emit a perpetual mist of water.  The National Park Service informed the Board of the Vietnam Women's Memorial that this was an impractical solution, as the mist machine would be difficult to install on the marshy fill, and that it would have to be turned off six months of the year during cold weather.  The Board then took a second look at the honorable mention designs, and selected a sculpture by New Mexico artist Glenna Goodacre, which featured three nurses, one tending to a wounded soldier, a second looking skyward for a rescue helicopter, and a third holding a sick baby.  This design was later revised by Goodacre; in the completed sculpture, the third nurse holds an empty helmet, rather than a baby.[167]  George L. Dickie, AIA, was the architect who designed the memorial plaza.  The Vietnam Women's Memorial was dedicated on Veterans Day, November 11, 1993.

The Korean War Veterans Memorial (Contributing Object) was dedicated on July 27, 1995, the 42nd anniversary of the armistice that ended the Korean War.  This design for this memorial was also the

_____

[166]Jack Eisen, "Commission Rejects Veteran's Protest, Reapproves Vietnam Memorial Design," *The Washington Post*, October 14, 1981.
[167]Perl, "A Matter of Honor," *The Washington Post Magazine*, October 25, 1992, pp. 16-31.

NPS Form 10-900-a                                        OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 8    Page 89                    East and West Potomac Parks Historic District
                                        Washington, DC
====================================================================

product of a design competition.  The concept statement that was distributed to all entrants stated that "the Korean War had been waged in the cause of freedom, and unlike the Vietnam War, there had been a victory in geo-political terms.  Although the memorial would be American, it would pay homage to all those who had participated, including those from the United Nations forces."[168]

Selected in the spring of 1989, the winning design was drafted by four architects and landscape architects from Pennsylvania State University, John Paul Lucas, Veronica Burns Lucas, Don Alvaro Leon, and Eliza Pennypacker.  Their complex design concept included a line of 38 statues of seven-foot-tall foot soldiers, placed along a ramp, paralleling the Reflecting Pool, in rushing water, marching through a "landscape symbolic of war."  This imaginative landscape was to be created by flanking the statues with barberry bushes, and placing plane trees pruned in hideous shapes on the north side of the proposed memorial.  Visitors would enter the memorial, walk up a ramp, and actually walk through the field of advancing soldiers.  Pools of water, symbolizing the end of war, located at the top of the ramp, would then lead to another ramp descending into a paved plaza with an American flag.  Looking back from the plaza, visitors would see a wall with inscriptions and images highlighting the various combat activities, the country and people of Korea, and a message that a total of 21 nations participated in the war.  An alcove at the end of this wall was planned to commemorate the dead, the missing, and the prisoners of war.  This section of the memorial was meant to illustrate "the end of the struggle and the prospect for peace."  Here, the nature of the landscape would change, to dogwood trees lining the northern boundary, and a stone bench and arborvitae edging the arched walk at the southern end of the memorial.[169]

When this design failed to win approval from the Commission of Fine Arts, it was later revised by the Washington, DC, architectural firm the Cooper-Lecky Partnership, who was hired as architect of record, to draft the construction documents and to supervise the construction of the memorial.  Cooper-Lecky's revised design represented a great departure from the original winning design, although it retained many key elements of the original plan, including the column of soldiers moving forward, the paved plaza, the flag, and the water feature.  Rather than marching in a straight line, the statues were placed on a diagonal, aligned between the Lincoln and Jefferson Memorials.  This line ended in a plaza with a flag, where a curved wall, with inscriptions and pictures of support troops, angled towards the Reflecting Pool.  Visitors then entered into a grove that commemorated the dead and missing, before leaving the memorial on the existing system of paths.  The landscape treatment was softer than in the first design, and was more

[168]Kohler, *The Commission of Fine Arts: A Brief History, 1910-1990*, p. 166.
[169]Kohler, *The Commission of Fine Arts: A Brief History, 1910-1990*, p. 166.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 90                          East and West Potomac Parks Historic District
                                                Washington, DC
=================================================================================

consistent with that of Constitution Gardens. The use of the barberry bushes, plane trees, and arborvitae
had been eliminated, and both berming and trees were added to screen the line of soldiers from
Independence Avenue.[170]

After the winning Pennsylvania State University team withdrew their design in response to these revisions,
the Korean War Veterans Memorial was built using Cooper-Lecky's design, which was also further
refined. As built, the Korean War Veterans Memorial features 19 realistic, gray, stainless-steel soldiers
sculpted by Frank Gaylord of Barre, Vermont. The patrolling soldiers, arranged in combat formation
climbing up the hill, are set on parallel strips of polished black granite within a triangular "field of service."
At the top of the hill is a circular plaza with a black, stone, circular "pool of remembrance" at its center,
which is framed by a double row containing 40 braided linden trees, and an American flag. A 164-foot
memorial wall, made of large, black, polished, granite slabs, serves as a backdrop for the sculpted figures.
The wall features etched images of support troops, such as nurses, chaplains, and clerks, and where the
wall juts into the pool is the inscription "Freedom is not free."

The design and construction history of the Franklin Delano Roosevelt Memorial (Contributing Site) is even
more complex. In 1941, Roosevelt called Supreme Court Judge Felix Frankfurter to share his thoughts
with his friend about the type of memorial he would like. He wanted a simple block of stone about the size
of his desk to be placed in front of the National Archives building. On April 12, 1965, the twentieth
anniversary of Roosevelt's death, a small group of the President's associates provided and dedicated a
modest memorial to him. In accordance with Roosevelt's wishes, the white marble block bears the
inscription "In Memory of Franklin Delano Roosevelt 1882-1945," and is located on Pennsylvania Avenue
at the southeast corner of its intersection with 9th Street, NW, in front of the National Archives building.

Despite the presence of this memorial, champions of Roosevelt continued to rally for a larger memorial to
the nation's 32nd President. In 1955, Congress authorized the creation of the Franklin Delano Roosevelt
Memorial Commission to guide the design and construction of the memorial. Then in 1959, Congress
passed Public Law 86-241, which set aside a 27-acre site in West Potomac Park for the memorial,
mandated that the commission hold a design competition, and appropriated $150,000 to organize it. This
competition was held in 1960, and nearly 600 designs for the new memorial were submitted. The winning
entry, designed by the New York architectural firm of Pedersen and Tilney in association with Norman

---

[170]Kohler, *The Commission of Fine Arts: A Brief History, 1910-1990*, p. 168.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8      Page 91                    East and West Potomac Parks Historic District
                                           Washington, DC
========================================================================

Hoberman and Joseph Wasserman, consisted of eight large concrete stele set into the landscape at various angles to each other.  Subsequent presentation to the Commission of Fine Arts in 1962 engendered a wide variety of responses that ranged from wholehearted support to complete rejection.  The commission did not approve the selected design, as they thought that the stele were too large in scale, and that the memorial did not fit well into the site or with the city's other three major memorials.  They also questioned whether or not the concrete would be a lasting and durable material.[171]

The Commission of Fine Arts then asked Pedersen and Tilney to revise their design.  In late 1963, when Pedersen appeared before the commission, all but one of the members were new; only landscape architect Hideo Sasaki had seen the original design.  After viewing both the original and revised designs, Pedersen was again asked to revise the design.  The commission did accept this revised design in 1964; however, it was never built, as the Roosevelt family did not approve of this design in any version.  After sharing the President's family's comments with Congress, the Pedersen and Tilney design was abandoned entirely.

In 1967, the Franklin Delano Roosevelt Memorial Commission presented a new design for the memorial by architects Marcel Breuer and Herbert Beckhard.  Planned for the same site in West Potomac Park, the large-scale, open-air memorial consisted of a paved area with a large, dark, granite cube placed at its center.  A photographic likeness of President Roosevelt was to be etched onto the granite cube, and seven large granite slabs were to placed around the cube at 45-degree angles.  Roosevelt's recorded speeches were to be played in the central space surrounding the granite cube.  The commission rejected this design as well.[172]

In 1971, the Commission of Fine Arts approved a House Resolution that authorized the Secretary of the Interior to participate in the planning and design of this memorial.  In 1975, San Francisco landscape architect Lawrence Halprin, FASLA, submitted a design for the proposed memorial, which was thought to be too large and too architectural for its naturalistic site between the Potomac River and the Tidal Basin.  Halprin's original design was reduced in both size and scale over the years, and was finally approved by the commission in 1979, although its construction was delayed for years due to a lack of funding.  Halprin's design was again presented to the commission in 1990.  The membership of the commission had changed greatly since the design was first granted approval, and Halprin was asked to make revisions.  These final revisions included halving the size of the visitors' center and moving it to an

_____

[171]Kohler, *The Commission of Fine Arts:  A Brief History, 1910-1990*, pp. 86-87.
[172]Kohler, *The Commission of Fine Arts:  A Brief History, 1910-1990*, pp. 89-90.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 92                          East and West Potomac Parks Historic District
                                                Washington, DC
=============================================================================
unobtrusive location near the memorial's entrance, greatly reducing the amount of paving within the memorial, softening the berm that protected the wall of the memorial by using more natural grading and more plant material, and adding a grilled opening in one of the rooms to allow a view to the Potomac River.[173]  The commission also reviewed and approved the memorial's sculptural program, as well as the text, typeface, and location of the quotations throughout the four outdoor rooms.[174]

The Franklin Delano Roosevelt Memorial was finally constructed in 30 months between 1994 and 1997 at a cost of $48.5 million; it was dedicated by President Clinton on May 2, 1997.  It occupies the last of four ceremonial spaces reserved by the McMillan Plan.  The memorial landscape stretches 800 feet along the southwest bank of the Tidal Basin and is supported by 900 steel pilings set into the marshy soil.  The memorial, which covers approximately seven-and-a-half acres, features four outdoor rooms, one for each of Roosevelt's four terms.  These rooms are defined by walls constructed by hand-carved blocks of Carnelian red granite from South Dakota and Minnesota.  Since its completion, the memorial has become one of the city's most popular tourist destinations.

There has been some concern expressed by advocates of the disabled that the Franklin Delano Roosevelt Memorial does not contain a likeness of President Roosevelt in the wheelchair he used for 24 years. (There is, however, mention in the timeline of his life of his being stricken with polio.)  A compromise was announced by Vice President Albert Gore in July 1998, in which a fifth outdoor room will be added to the memorial  that will contain a life-sized statue of Roosevelt sitting in a wheelchair.  California artist Robert Graham, who completed several other sculptures already on display in the memorial landscape, will cast the bronze sculpture that is estimated to cost $1.5 million.  This sculpture will be paid for entirely by private funds raised over the course of the next two years.[175]  In addition, the entire memorial has been designed to be wheelchair accessible.

In recent years, improvements have been made to several of the recreational facilities in East Potomac Park, including the golf course and the tennis facility.  Completed in 1995, the East Potomac Park Driving Range Building (Noncontributing Building) provides practice stalls for 100 golfers on two levels.  This

_____

[173]Kohler, *The Commission of Fine Arts:  A Brief History, 1910-1990*, pp. 91, 120-121, 160-162.
    [174]Sue A. Kohler, *The Commission of Fine Arts:  A Brief History, 1910-1995* (Washington, DC: Government Printing Office, 1996), pp. 209-211.
    [175]Jennifer Lee, "Expansion Planned For FDR Memorial, Wheelchair Statue to Occupy New Room," *The Washington Post*, July 3, 1998.

NPS Form 10-900-a                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page 93                    East and West Potomac Parks Historic District
                                         Washington, DC
=============================================================================
same year, an administrative building was constructed at the East Potomac Park Tennis Facility
(Noncontributing Site).

A number of special events have been held in the two parks over the years, including the President's Cup
Regatta and the Cherry Blossom Festival.  The reviewing stand and flagpole associated with President's
Cup Regatta stood on the river  side of East Potomac Park for a number of years; they are no longer extant.
The Cherry Blossom Festival has been held in West Potomac Park since 1935, except for the duration of
World War II.  Also, "The Awakening," a cast-aluminum sculpture by J. Seward Johnson, Jr., which was
created for the 1980 International Sculpture Conference Exhibition, was installed near the tip of Hains
Point the same year.  The five-part sculpture, composed of a giant head, knee, foot, hand, and arm, depicts
a man emerging from the ground.  "The Awakening" is not owned by the federal government, but is on
long-term loan at the site.  It is a regular stop for tour buses.

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section **8**    Page 94                        East and West Potomac Parks Historic District
                                                Washington, DC
===========================================================================

**INDEX**

"The Awakening"................................................7.1, 7.54, **8.93**
Arlington Memorial Bridge...................................7.13-7.14, 7.17-7.18, **8.74**, **8.81**
Bacon, Henry.......................................................7.10-7.13, 7.16-7.17, **8.71-8.73**
Baskin, Leonard....................................................7.32
Bicentennial Projects............................................**8.85**
Commission of Fine Arts......................................7.12, 7.16, **8.76**, **8.78-8.80**, **8.84-8.86**, **8.88-8.91**
Commodore John Paul Jones Statue....................7.26-7.8, **8.70**
Constitution Gardens............................................7.19-7.20, **8.84-8.86**
Cooper-Lecky Partnership....................................7.20-7.21, 7.39, **8.87-8.90**
Cret, Paul Philippe...............................................7.25-7.26, **8.82**
Development Plan for East Potomac Park............7.50-7.52, **8.68**, **8.74**
District of Columbia World War I Memorial.......7.38-7.39, **8.81**
Dutch Elm Trees..................................................7.7, 7.16-7.17, **8.72-8.73**
EDAW, Inc.........................................................7.22, **8.86**
Earley, John Joseph.............................................7.51, **8.75-76**
East Potomac Park Bathhouse.............................7.53, **8.86**
East Potomac Park Driving Range Building.........7.52, **8.92**
East Potomac Park Field House...........................7.50-7.51, **8.76-8.77**
East Potomac Park Golf Course...........................7.49-7.50, **8.76-8.77**
East Potomac Park Miniature Golf Course...........7.51-7.53, **8.77**
East Potomac Park Swimming Pool.....................7.52-7.53, **8.81**
East Potomac Park Tennis Facility......................7.53, **8.86**
East Potomac Park Tourist Camp........................**8.77-8.79**
Estern, Neil.........................................................7.32
Evans, Rudulph...................................................7.34
First Air Mail Flight Marker................................7.41-7.42, **8.82-8.83**
First Japanese Cherry Trees Planting Plaque........7.28
Flood Control Levee............................................7.19, **8.81**
Floral Library......................................................7.33-7.34, **8.83**
Franklin Delano Roosevelt Memorial...................7.30-7.33, **8.90-8.92**
Fraser, James Earle..............................................7.18, 7.37-7.38, **8.70**
French, Daniel Chester.........................................7.11
Gaylord, Frank....................................................7.39, **8.90**

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8     Page 95                    East and West Potomac Parks Historic District
                                          Washington, DC
================================================================================

**INDEX** (continued)

Goodacre, Glenna...............................................7.21, **8.88**
Graham, Robert....................................................7.31, **8.92**
Guardhouse.........................................................7.42, **8.82**
Halprin, Lawrence................................................7.30- 7.33, **8.91-8.93**
Hart, Frederick....................................................7.20-7.21, **8.88**
Hastings, Thomas.................................................7.27-7.28
Independence Avenue...........................................7.25-7.26, **8.82**
Japanese Cherry Trees...........................................7.7, 7.28-7.29, 7.44, **8.70, 8.83**
Japanese Lantern..................................................7.29-7.30, **8.82**
Japanese Pagoda..................................................7.29, **8.82**
Jefferson Memorial................................................7.5, 7.34-7.37, **8.79-8.81**
Jefferson Memorial Grounds.............................7.34-7.35
John Ericsson Memorial......................................7.37-7.38, **8.70**
Korean War Veterans Memorial..........................7.39-7.40, **8.88-8.90**
Kutz Bridge........................................................7.26-7.27, **8.82**
L'Enfant Plan......................................................7.4-7.5, **8.64-8.65, 8.88-8.90**
Light Fixtures......................................................7.8, 7.45
Lin, Maya Ying....................................................7.20-7.21, **8.87**
Lincoln Memorial................................................7.9-7.14, **8.70-8.73**
Lincoln Memorial Grounds..................................7.11-7.15
Lockkeeper's House.............................................7.40-7.41, **8.62**
McKim, Mead and White....................................7.14, 7.17-7.18, **8.81**
McMillan Plan.....................................................7.3-7.6, 7.16-7.17, 7.31, 7.42, **8.64-8.69, 8.71,8.79,**
                                                  **8.83-8.84**
Memorial Trees....................................................7.7, 7.44
National Park Service National Capital
    Region Headquarters Building................7.45, 7.47, **8.78, 8.83, 8.86**
National Capital Parks-Central
    Maintenance Yard....................................7.46, 7.49, **8.86**
Number 4 Fountain..............................................7.33, **8.69**
Ohio Drive, SW...................................................7.44-7.47-7.49,**8.74**
Olmsted, Frederick Law, Jr..................................7.12, 7.16-7.17, 7.26,7.35-7.37, **8.64-8.69, 8.81**

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  8    Page 96                        East and West Potomac Parks Historic District
                                             Washington, DC
==============================================================================

**INDEX** (continued)

Peaslee, Horace Whittier......................................7.38, 7.50-7.51, 8.74-8.75, 8.81
Plaque Honoring the Placement of the Cherry
       Trees on Hains Point in 1966-1968.........7.48, 8.83
Pope, John Russell................................................7.34, 8.79
Potomac Railroad Bridge.......................................7.46, 8.69
Rainbow Pool.......................................................7.15-7.16, 8.73
Recreational Facilities............................................7.42, 7.53
Reflecting Pool....................................................7.15-7.16, 8.73-8.74, 8.81-8.82
Segal, George......................................................7.31-7.32
Signage..............................................................7.8, 7.45
Site Furnishings...................................................7.8, 7.45
Skidmore, Owings and Merrill............................7.19, 8.83-8.84
Stone Seawalls.....................................................7.8, 7.23-7.24, 7.46-7.47,  8.58, 8.61
"The Teahouse"....................................................8.79
Tidal Basin..........................................................7.7, 7.21, 8.60-8.61, 8.65, 8.73-8.74
Tidal Basin Bathing Beach....................................8.73-8.74
Tidal Reservoir Inlet Bridge................................7.25, 8.58, 8.74
Tidal Reservoir Outlet Bridge..............................7.24, 8.58
Tourmobile Headquarters......................................7.46, 7.49, 8.86
U.S. Army Corps of Engineers............................7.3, 7.19, 7.23-7.25, 7.40, 7.46, 8.58-8.63, 8.69, 8.78
U.S. Engineers' Storehouse..................................7.48, 8.63-8.64
U.S. Park Police Headquarters Building..............7.46, 7.49, 8.78, 8.83
U.S. Park Police Stables......................................7.40, 8.86
Vietnam Veteran's Memorial...............................7.19-7.21, 8.87-8.88
Vietnam Women's Memorial...............................7.21-7.22, 8.87-8.88
Views and Vistas.................................................7.42-7.46, 7.54
West Potomac Park Polo Grounds........................7.41, 8.70, 8.82-8.83
Wood, Donn and Deming.....................................7.48-7.49, 8.63
World War I Temporary Buildings.....................8.73, 8.77-8.78, 8.81, 8.84-8.85
World War II Temporary Buildings....................8.81
Wyeth, Nathan C................................................7.38, 8.81
56 Signers Memorial............................................7.19, 7.21-7.22, 8.86
1965 Mall Master Plan.........................................8.58, 8.83-8.84

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 97                    East and West Potomac Parks Historic District
                                        Washington, DC
================================================================================

## BIBLIOGRAPHY

Published Sources

*American Concrete Institute, Proceedings of the 16th Annual Convention*. Detroit, Michigan:  American
        Concrete Institute, 1920.

Applebaum, Stanley. *The Chicago World's Fair of 1893:  A Photographic Record*. New York, New York:
        Dover Publications, Inc., 1980.

Bodnar, John. *Remaking America:  Public Memory, Commemoration, and Patriotism in the Twentieth
        Century*.  Princeton, New Jersey:  Princeton University Press, 1992.

Brain, Karen and Ernie. "Circus Mini Golf." *National Mini Golf and Range Association* 1, 3 (July 1990):
        p. 11.

Brown, David A. *The Mall in Washington: 1791-1991.* Washington, DC:  Trustees of the National Gallery
        of Art, 1991.

Brauer, Carl M. *The Man Who Built Washington, A Life of John McShain*. Wilmington, Delaware:  Hagley
        Museum and Library, 1996.

Bushong, William, Judith Helm Robinson, and Julie Mueller. *A Centennial History of the Washington
        Chapter, The American Institute of Architects, 1887-1987*. Washington, DC:  Washington
        Architectural Foundation, 1987.

Cameron, Robert. *Above Washington.* San Francisco, California:  Cameron and Company, 1980.

Commission of Fine Arts. *The Plan of the National Capital*. From the Ninth Report of the Commission of
        Fine Arts. Washington, DC:  Government Printing Office, 1923.

_____. *The Plan of the National Capital*. From the Eleventh Report of the Commission of Fine Arts.
        Washington, DC:  Government Printing Office, 1930.

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 98                          East and West Potomac Parks Historic District
                                              Washington, DC
=================================================================================

## BIBLIOGRAPHY (continued)

Cornish, Geoffrey S. And Ronald E. Whitten. *The Architects of Golf*. New York, New York:  Harper
Collins Publishers, 1993.

Cowdrey, Albert E. *A City for the Nation:  The Army Corps of Engineers and the Building of Washington,
        DC 1790-1967*. Washington, DC:  Government Printing Office, 1979.

Craig, Lois, and the staff of the Federal Architecture Project. *The Federal Presence:  Architecture, Politics,
        and Symbols in United States Government Building*. Cambridge, Massachusetts:  MIT Press, 1978.

Creighton, Lynne. "Long-Awaited Memorial to FDR is Under Way." *Progressive Architecture* (September
        1995):  p. 21.

Cron, Frederick W. *The Man Who Made Concrete Beautiful:  A Biography of John Joseph Earley*. Fort
        Collins, Colorado:  Centennial Publications, 1977.

*Development of East Potomac Park, House Document Number 1038, 64th Congress, First Session*.
        Washington, DC: Government Printing Office, 1916.

Federal Writers' Project, Works Project Administration. *Washington City and Capital*. Washington, DC:
        Government Printing Office, 1937.

Freeman, Allen. "Romantic Garden on the Classical Mall." *The AIA Journal* (June 1983): pp. 48-53.

Goode, James M. *The Outdoor Sculpture of Washington, DC.* Washington, DC:  Smithsonian Institution
        Press, 1974.

Green, Constance McLaughlin. *Washington, A History of the Capital, 1800-1950*. Princeton, New Jersey:
        Princeton University Press, 1962.

Grosvenor, Gilbert. "Washington Through the Years." *National Geographic* 55 (November 1931):  pp.
        517-619.

NPS Form 10-900-a                                           OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 99                    East and West Potomac Parks Historic District
                                        Washington, DC

==============================================================================

**BIBLIOGRAPHY** (continued)

Halprin, Lawrence. *The Franklin Delano Roosevelt Memorial*. San Francisco, California: Chronicle Books,
      1997.

Jackson, Donald C. *Great American Bridges and Dams*. Washington, DC: The Preservation Press, 1988.

Jefferson, Roland M. And Alan E. Fusonie. *The Japanese Flowering Cherry Trees of Washington, DC.*
      Washington, DC: U.S. Department of Agriculture, Agricultural Research Service, December
      1977.

The Junior League of the City of Washington, DC. *The City of Washington: An Illustrated History*. New
      York, New York: Alfred A. Knopf, 1977.

Kohler, Sue. *The Commission of Fine Arts: A Brief History, 1910-1990*. Washington, DC: Government
      Printing Office, 1991.

_____. *The Commission of Fine Arts: A Brief History, 1910-1995.* Washington, DC: Government
      Printing Office, 1996.

Longstreth, Richard, ed. *The Mall in Washington*. Washington, DC: National Gallery of Art, 1991.

Mackintosh, Barry. *The National Parks: Shaping the System*. Washington, DC: Government Printing
      Office, 1991.

Margolies, John. *John Margolies' Miniature Golf.* New York, New York: Abbeville Press, 1987.

Miller, Fredric M. and Howard Gillette, Jr. *Washington Seen, A Photographic History 1875-1965.*
      Baltimore, Maryland: The John Hopkins Press, 1995.

Myer, Donald Beekman. *Bridges and the City of Washington*. Washington, DC: Government Printing
      Office, 1983.

National Capital Planning Commission and Frederick Gutheim. *The Federal City: Plan & Realities.*
      Washington, DC: Smithsonian Institution Press, 1976.

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 100

East and West Potomac Parks Historic District
Washington, DC

===========================================================================

**BIBLIOGRAPHY** (continued)

_____. *Worthy of the Nation: The History of Planning for the National Capital.* Washington, DC: Smithsonian Institution Press, 1977.

Peets, Elbert. "Original Plan of Washington." *House & Garden* (July 1940): Section 1, p. 63.

*Pioneers in Preservation: Biographical Sketches of Architects Prominent in the Field Before World War Two.* Washington, DC: American Institute of Architects, 1990.

"Potomac Park Trailer Court." *Planning and Civic Comment* (March 1954).

*Report of the Thomas Jefferson Memorial Commission to the Senate and the House of Representatives, 76th Congress, 1st Session.* Washington, DC: Government Printing Office, 1939.

Reps, John W. *Washington on View, The Nation's Capital Since 1970.* Chapel Hill, North Carolina: The University North Carolina Press, 1991.

Sandage, Scott A. "A Marble House Divided: The Lincoln Memorial, the Civil Rights Movement, and the Politics of History." *The Journal of American History* 80, 1 (June 1993): pp. 135-167.

Savage, Kirk. "The Politics of Memory: Black Emancipation and the Civil War Monument." in *Commemorations: The Politics of National Identity.* Princeton, New Jersey: Princeton University Press, 1994, pp. 127-149.

Scott, Pamela and Antoinette J. Lee. *Buildings of the District of Columbia.* New York, New York: Oxford University Press, 1993.

Senate Committee on the District of Columbia. *Park Improvement Papers, No. 1, Action of the Washington Board of Trade in Relation to the Park System of the District of Columbia.* March 28, 1901.

Thompson, J. William. "Notes from the Underground." *Landscape Architecture* (September 1997): pp. 40-45.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  9     Page 101                    East and West Potomac Parks Historic District
                                           Washington, DC

**BIBLIOGRAPHY** (continued)

_____. "The Power of Place." *Landscape Architecture* (July 1997):  pp. 63-70, 90-94.

Weeks, Christopher. *AIA Guide to the Architecture of Washington, DC.* Baltimore, Maryland:  The Johns
        Hopkins University Press, 1994.

U.S. Congress. Senate. Committee on Public Buildings and Grounds. *Communication of N. Michler, Major
        of Engineers relative to a suitable site for a public park and presidential mansion.* Report prepared
        by Nathaniel Michler, Document Number 21, 39th Congress, 2nd session, 1867.

U.S. Congress. Senate. Committee on the District of Columbia. *The Improvement of the Park System of the
        District of Columbia.* ed. by Charles Moore. Washington, DC:  Government Printing Office, 1902.

U.S. Congress. House of Representatives. Executive Documents. *Appendix I to "Report of the Chief of
        Engineers," comprising Report of Major Peter C. Hains, July 31, 1883.* Document Number 1, Part
        2, Volume 3, 48th Congress, 1st Session, 1883.


Unpublished Sources

Chappell, Gordon. "East and West Potomac Parks: A History." U.S. Department of the Interior, National
        Park Service, Denver Service Center, June 1973.

"Cultural Landscape Inventory, West Potomac Parks, Lincoln Memorial Grounds." U.S. Department of the
        Interior, National Park Service, National Capital Parks Central, Washington, DC, Draft, November
        1996.

"Franklin Delano Roosevelt Memorial Official Park Guide." U.S. Department of the Interior, National Park
        Service, National Capital Parks-Central, Washington, DC.

Furbee, Leonard J. "The Reflecting and Rainbow Pools." U.S. Department of the Interior, National Park
        Service, National Capital Region, Office of Land Use, Washington, DC, Reservation File 332,
        1955, Revised 1964.

KressCox Associates, P.C. "Historic Structure Report, Arlington Memorial Bridge." Washington, DC, May
2, 1986.

NPS Form 10-900-a                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  9      Page 102                    East and West Potomac Parks Historic District
                                            Washington, DC
=========================================================================
**BIBLIOGRAPHY** (continued)

_____. "Historic Structure Report, Tidal Basin Inlet Bridge." Washington, DC, May 2, 1986.

Land Files. U.S. Department of the Interior, National Park Service, National Capital Region, Office of
        Stewardship and Partnerships, Washington, DC.

Lee, Antoinette, editor. "Conference Proceedings, Historical Perspectives on Urban Design:  Washington,
        DC 1890-1910." Washington, DC:  George Washington University, Center for Washington Area
        Studies, 1983.

List of Classified Structures. U.S. Department of the Interior, National Park Service, National Capital
        Region, Office of Stewardship and Partnerships, Washington, DC.

Mattes, Merrill J. "Landmarks of Liberty:  A Report on the American Revolution Bicentennial
        Development Program of the National Park Service." U.S. Department of the Interior, National
        Park Service, History Division, Washington, DC, 1989.

McClure, Stanley W. "The Thomas Jefferson Memorial." U.S. Department of the Interior, National Park
        Service, National Capital Region, Washington, DC, Written 1942, Revised 1955.

Minutes of the Commission of Fine Arts. Commission of Fine Arts, Washington, DC.

National Archives and Records Administration. Record Group 66, Records of the Commission of Fine
        Arts.

Olszewski, George J. "History of the Mall, Washington, DC" U.S. Department of the Interior, National
        Park Service, Eastern Service Center, Office of History and Historic Architecture, Washington,
        DC, March 1970.

Prothero, Sally. "Jefferson Memorial Landscape Overview." U.S. Department of the Interior, National Park
        Service, Denver Service Center, Final Draft September 14, 1995.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9     Page 103                    East and West Potomac Parks Historic District
                                          Washington, DC
==============================================================================

Real Property Files. U.S. Department of the Interior, National Park Service, National Capital Region,
      Office of Property Management, Washington, DC.

Reservations Collection. Historical Society of Washington, Washington, DC.

Reservation Files. U.S. Department of the Interior, National Park Service, National Capital Region, Office
      of Stewardship and Partnerships, Washington, DC.

Robinson & Associates, Inc. Vertical Files on Multiple Historic Properties, Architects, Etc., Washington,
      DC.

Shultz, Scott G. "The Development of the Historic Landscape of the Washington Monument Grounds and
      West Potomac Park." U.S. Department of the Interior, National Park Service, Cultural Resources,
      Washington, DC, 1995.

Snell, Charles W. "A History of East Potomac Park, Washington, DC, 1882-1978." U.S. Department of the
      Interior, National Park Service, Denver Service Center, 1978.

Suitland Federal Records Center, Suitland, Maryland. Record Group 79, Records of the National Park
      Service.

Vertical Files. Historical Society of Washington, Washingtoniana Collection, Washington, DC.

Vertical Files. Martin Luther King, Jr., Public Library, Washington, DC.

"Vietnam Veterans Memorial Official Park Guide." U.S. Department of the Interior, National Park Service,
      National Capital Parks-Central, Washington, DC.

Warren-Findley, Jannelle. "A Guide to Selected Statues, Monuments and Memorials." U.S. Department of
      the Interior, National Park Service, National Capital Parks-Central, Washington, DC, August 1,
      1985.

_____. "Historic Documentation: Thomas Jefferson Memorial." U.S. Department of the Interior, National
      Park Service, National Capital Parks-Central, Washington, DC, September 15, 1985.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 104                    East and West Potomac Parks Historic District
                                         Washington, DC
================================================================================

        Washington, DC, Board of Examiners and Registrars Application. "Horace W. Peaslee."
        Washington, DC Archives, Washington, DC.

"Washington's First 'Tulip Library' to Begin Blooming." U.S. Department of the Interior, News Release,
        March 12, 1969, from the files of Darwina L. Neal, FASLA, Chief Landscape Architect, National
        Park Service, National Capital Region, 1100 Ohio Drive, SW, Washington, DC.


Newspaper Articles

Allen, Henry. "Epitaph for Vietnam Memorial Design is Selected." *The Washington Post*, April 30, 1981.

"City Seeks Blueprint for a Pagoda; Japanese Gift Arrives in 5 Crates." *The Washington Star*, June 19,
        1957.

"Company for Blossoms." *The Washington Daily News*, April 22, 1958.

Eisen, Jack. "Commission Rejects Veteran's Protest, Reapproves Vietnam Memorial Design." *The
        Washington Post*, October 14, 1981.

Feldman, Marilyn. "The Mall's Forgotten Monument." *The Washington Post*, September 28, 1995.

Forgey, Benjamin. "A March to Remember, Moving Monument to Korea Veterans Surpasses the Tortured
        History of its Design." *The Washington Post*, July 22, 1995.

_____. "Like the Man, The Memorial Breaks With Tradition." *The Washington Post*, April 27, 1997.

"John Paul Jones Tablet Unveiled." *The Evening Star*, October 31, 1920.

"Keystone of DC Memorial Laid, Completion of Structure Rushed for Dedication on Armistice Day." *The
        Washington Star*, September 30, 1931.

"Long Drive Today Opens Public Golf Course in the District." *The Evening Star*, July 8, 1920.

"Memorial Grove Will Be Planted at Doric Temple." *The Washington Star*, October 14, 1931.

Perl, Peter. "A Matter of Honor." *The Washington Post Magazine*, October 25, 1992.

NPS Form 10-900-a                                         OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 105                    East and West Potomac Parks Historic District
                                         Washington, DC
======================================================================

Richard, Paul. "Design Competition for Vietnam Memorial." *The Washington Post*, November 1, 1980.

"Speedway? It's Just a Name Inherited from Track of Old." *The Washington Post*, September 7, 1933.

"Tent City Here Quarters Tourists From Forty-Eight States." *The Sunday Star*, July 10, 1927.

"Tokyo Governor Sends A 300-Year-Old Lantern." *Washington Times Herald*, November 19, 1953.

"Tourists' Camp House Bids to be Asked Soon." *The Washington Post*, January 14, 1926.

"Urges Removal of Tourist Camp." *The Washington Star*, February 20, 1926.

"War Memorial to be Beautified." *The Washington Star*, May 30, 1937.

Wheeler, Linda. "Tidal Basin's Blossoming Controversy." *The Washington Post*, March 23, 1997.


National Register of Historic Places Nominations

Dillon, Helen. National Register of Historic Places Nomination-Inventory Form. "East and West Potomac Parks." U.S. States Department of the Interior, National Park Service, Washington, DC, July 15, 1972.

____. National Register of Historic Places Nomination-Inventory Form. "Lockkeeper's House, C & O Canal Extension." U.S. Department of the Interior, National Park Service, Washington, DC, November 27, 1972.

Leach, Sara Amy and Elizabeth Barthold. National Register of Historic Places Registration Form. "L'Enfant Plan of the City of Washington, District of Columbia." U.S. Department of the Interior, National Park Service, Washington, DC, July 20, 1994.

Mackintosh, Barry. National Register of Historic Places Inventory-Nomination Form. "Arlington Memorial Bridge." U.S. Department of the Interior, National Park Service, Washington, DC, December 7, 1979.

NPS Form 10-900-a                                                    OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 106                      East and West Potomac Parks Historic District
                                           Washington, DC
=============================================================================

McClelland, Linda Flint. National Register of Historic Places Multiple Property Documentation Form.
        "Historic Park Landscapes in National and State Parks." U.S. Department of the Interior, National
        Park Service, Washington, DC, August 1995.

Pfanz, Donald C. National Register of Historic Places Inventory-Nomination Form. "Thomas Jefferson
        Memorial." U.S. Department of the Interior, National Park Service, Washington, DC, January 12,
        1981.

____. National Register of Historic Places Inventory-Nomination Form. "Lincoln Memorial." U.S.
        Department of the Interior, National Park Service, Washington, DC, January 12, 1981.


Historic American Buildings Survey Documentation

Historic American Buildings Survey, East Potomac Park, HABS No. DC-692.

Historic American Buildings Survey, Girl Scout Tea House, HABS No. DC-549.

Historic American Buildings Survey, Jefferson Memorial, HABS No. DC-4.

Historic American Buildings Survey, Lincoln Memorial, HABS No. DC-3.

Historic American Buildings Survey, Lock Keepers House, HABS No. DC-36.

Historic American Buildings Survey, West Potomac Park, HABS No. DC-693.


Historic American Engineering Record Documentation

Historic American Engineering Record, Arlington Memorial Bridge, HAER No. DC-7.

Historic American Engineering Record, Arlington Memorial Bridge: Boundary Channel Extension, HAER
        No. DC-7-B.

Historic American Engineering Record, Arlington Memorial Bridge: Watergate and Bridge Plaza, HAER
        No. DC-7-A.

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 107                    East and West Potomac Parks Historic District
                                         Washington, DC
========================================================================

**BIBLIOGRAPHY** (continued)

Historic American Engineering Record, Tidal Reservoir, HAER No. DC-9.

Historic American Engineering Record, Tidal Reservoir Inlet Bridge, HAER No. DC-9-A.

Historic American Engineering Record, Tidal Reservoir Outlet Bridge, HAER No. DC-9-B.


Maps

General Plan, Independence Avenue Extension West of 14th Street, February 3, 1942, National Park
        Service, National Capital Region Building, 1100 Ohio Drive SW.

Plan Showing Progress of Planting, West Potomac Park, Plan #2828-29, Frederick Law Olmsted National
        Historic Site.

Planting Plan for Portion of Potomac Park, October 15, 1907, Plan #2828-25, Frederick Law Olmsted
        National Historic Site.

Preliminary Plan, Public Recreation Grounds, East Potomac Park, Washington, DC, March 1916,
        *Development of East Potomac Park*, 1916.

Plan of Proposed Development, The Mall and Vicinity, January 1931, Plan #2843-M400-Part 7, Frederick
        Law Olmsted National Historic Site.

Senate Park Commission Plans for the Monumental Core of the City of Washington, DC, 1901-02.

Skidmore, Owings, and Merrill Mall Master Plan, 1965.


Interviews

Oral interview with Kenny Green, Detective, United States Park Police, Washington, DC, conducted by
        Laura L. Bobeczko of Robinson & Associates, Inc., January 28, 1997.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 9    Page 108                    East and West Potomac Parks Historic District
                                         Washington, DC

**BIBLIOGRAPHY** (continued)

Oral interview with Darwina Neal, FASLA, Chief Landscape Architect, National Capital Region, National
    Park Service, Washington, DC, conducted by Judith H. Robinson and Laura L. Bobeczko of
    Robinson & Associates, Inc. June 26, 1997.

Oral interview with Kevin Ortyl, Park Architect, Maintenance Division, National Capital Parks-Central,
    National Park Service, Washington, DC, conducted by Laura L. Bobeczko of Robinson &
    Associates, Inc., January 28, 1997.

Oral interview with Frank Stevens, President, Golf Course Specialists, Inc., concessionaire for East
    Potomac Park Golf Course, Washington, DC, conducted by Laura L. Bobeczko of Robinson &
    Associates, Inc., January 23, 1997.

Telephone interview with Henry Agusiewicz, United States Park Police, Washington, DC, conducted by
    Laura L. Bobeczko of Robinson & Associates, Inc., January 28, 1997.

Telephone interview with Ernie Brain, manager of East Potomac Park Circus Mini-Golf, Washington, DC,
    conducted by Laura L. Bobeczko of Robinson & Associates, Inc., January 27, 1997.

Telephone interview with Steve Lorenzetti, National Capital Parks-Central, National Park Service,
    Washington, DC, conducted by Laura L. Bobeczko of Robinson & Associates, Inc., July 15, 1997.

Telephone interview with James Olmsted, distant cousin of Frederick Law Olmsted, McLean, Virginia,
    conducted by Laura L. Bobeczko of Robinson & Associates, Inc., January 31, 1997.

Telephone interview with Scott G. Shultz, Park Ranger, Division of Interpretation, National Capital Parks-
    Central, National Park Service, Washington, DC, conducted by Laura L. Bobeczko of Robinson &
    Associates, Inc., January 31, 1997.

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section 10    Page  109                    East and West Potomac Parks Historic District
                                          Washington, DC
=============================================================================

## Verbal Boundary Description

The East and West Potomac Parks Historic District, Washington, DC, is a 730-acre property located primarily in the southwest quadrant of the District of Columbia.  The property is legally defined as Reservation 332 (East Potomac Park) and Reservation 333 (West Potomac Park), and its boundaries are roughly defined as Constitution Avenue, NW on the north; Seventeenth Street and the Washington Channel on the east; and the Potomac River on the west.

## Boundary Justification

The boundaries of the East and West Potomac Park Historic District were determined by both legal and historical considerations.  The boundaries include all of the land contained in the two national parks, which were set aside as Reservations 332 and 333.  This land was created by the Army Corps of Engineers in a massive reclamation project lasting over 30 years.  Also, these boundaries correspond with those delineated in the first National Register Nomination for the site, submitted on July 15, 1972.  East and West Potomac Parks were listed in their entirety in the National Register of Historic Places on November 30, 1973.

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Photos  Page  110                    East and West Potomac Parks Historic District
                                             Washington, DC
=============================================================================

All photographs are of :

EAST AND WEST POTOMAC PARKS HISTORIC DISTRICT
Washington, DC
Stephanie S. Foell, photographer

All negatives are stored with the National Register of Historic Places, Washington, DC.


LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Constitution Gardens, facing east
PHOTO 1 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Lincoln Memorial, facing west
PHOTO 2 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Vista to Washington Monument from Lincoln Memorial, facing east
PHOTO 3 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF: Arts of Peace Statues at approach to Rock Creek and Potomac Parkway, facing southwest
PHOTO 4 of 40

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF: Vietnam Veterans Memorial, "The Wall," facing northeast
PHOTO 5 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Korean War Veterans Memorial, facing southwest
PHOTO 6 of 40

NPS Form 10-900-a                                           OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Photos  Page  111                    East and West Potomac Parks Historic District
                                             Washington, DC
================================================================================

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF: Vietnam Veterans Memorial, Frederick Hart Statue, facing southwest
PHOTO 7 of 40

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Vietnam Women's Memorial, Glenna Goodacre Statue, facing southeast
PHOTO 8 of 40

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Arlington Memorial Bridge, facing southwest
PHOTO 9 of 40

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF: Lockkeeper's House, facing southeast
PHOTO 10 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Watergate Steps, facing southeast
PHOTO 11 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  District of Columbia World War 1 Memorial, facing south
PHOTO 12 of 40

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Commodore John Paul Jones Statue, facing southeast
PHOTO 13 of 40

NPS Form 10-900-a                                           OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Photos  Page  112                     East and West Potomac Parks Historic District
                                              Washington, DC
================================================================================

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  John Ericsson Monument, facing northwest
PHOTO 14 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing south
PHOTO 15 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing south
PHOTO 16 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing south
PHOTO 17 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing east
PHOTO 18 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing south
PHOTO 19 of 40

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Japanese Pagoda, facing northeast
PHOTO 20 of 40

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Photos  Page  113                    East and West Potomac Parks Historic District
                                             Washington, DC
===============================================================================

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Japanese Lantern, facing south
PHOTO 21 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Constitution Gardens, facing west
PHOTO 22 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  56 Signers Memorial, facing east
PHOTO 23 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Jefferson Memorial across Tidal Basin, facing southeast
PHOTO 24 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Tidal Reservoir Inlet Bridge, facing southeast
PHOTO 25 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Two original Japanese Cherry Trees and boulder with commemorative plaque, facing north
PHOTO 26 of 40

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  First Japanese Cherry Trees Planting Plaque, facing north
PHOTO 27 of 40

NPS Form 10-900-a                                            OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Photos  Page  114                    East and West Potomac Parks Historic District
                                             Washington, DC
=============================================================================

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Walk along Tidal Basin, facing northeast
PHOTO 28 of 40

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Double row of Dutch Elm Trees on south side of the Reflecting Pool, facing west
PHOTO 29 of 40

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Number 4 Fountain, facing southeast
PHOTO 30 of 40

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Golf Course, facing northwest
PHOTO 31 of 40

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Bathhouse, facing west
PHOTO 32 of 40

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Miniature Golf Course, facing east
PHOTO 33 of 40

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Miniature Golf Course ball house, facing northeast
PHOTO 34 of 40

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Photos  Page  115                      East and West Potomac Parks Historic District
                                               Washington, DC
================================================================================


LOCATION:  East Potomac Park
DATE: August 1, 1997
VIEW OF:  East Wing of East Potomac Park Field House, facing northwest
PHOTO 35 of 40

LOCATION:  East Potomac Park
DATE: August 1, 1997
VIEW OF:  National Park Service National Capital Region Building and United States Park Police
Headquarters Building, facing west
PHOTO 36 of 40

LOCATION:  East Potomac Park
DATE: August 1, 1997
VIEW OF:  Plaque Honoring the Placement of Cherry Trees on Hains Point in 1966-68, facing west
PHOTO 37 of 40

LOCATION:  East Potomac Park
DATE: August 1, 1997
VIEW OF:  Walk around Hains Point, facing north
PHOTO 38 of 40

LOCATION:  East Potomac Park
DATE: August 1, 1997
VIEW OF:  United States Engineers' Storehouse, facing southeast
PHOTO 39 of 40

LOCATION:  East Potomac Park
DATE: August 1, 1997
VIEW OF: Potomac Railroad Bridge and embankments, facing northwest
PHOTO 40 of 40

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page 116                    East and West Potomac Parks Historic District
                                            Washington, DC
==============================================================================
All slides are of:

EAST AND WEST POTOMAC PARKS HISTORIC DISTRICT
Washington, DC
Laura L. Bobeczko, photographer


LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Lake in Constitution Gardens, facing southwest
SLIDE 1 of 60

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Island in Lake in Constitution Gardens, facing southwest
SLIDE 2 of 60

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Constitution Gardens, facing southeast
SLIDE 3 of 60

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Constitution Gardens, facing southeast
SLIDE 4 of 60

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF: 56 Signers Memorial, facing south
SLIDE 5 of 60

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF: 56 Signers Memorial, facing east
SLIDE 6 of 60

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  117

East and West Potomac Parks Historic District
Washington, DC

====================================================================

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Vista along Twenty-third Street from Constitution Avenue, NW, facing south
SLIDE 7 of 60

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Lincoln Memorial, facing west
SLIDE 8 of 60

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Vista to Washington Monument from interior of Lincoln Memorial, facing east
SLIDE 9 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Vista to Washington Monument from Lincoln Memorial, facing east
SLIDE 10 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Reflecting Pool and Lincoln Memorial, facing west
SLIDE 11 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Arts of Peace Statues at approach to Rock Creek and Potomac Parkway, facing west
SLIDE 12 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Watergate Steps, facing southeast
SLIDE 13 of 60

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  118                    East and West Potomac Parks Historic District
                                            Washington, DC
==============================================================================

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Arlington Memorial Bridge, facing southwest
SLIDE 14 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Arlington Memorial Bridge, facing northwest
SLIDE 15 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Vietnam Veterans Memorial, "The Wall," facing northeast
SLIDE 16 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Vietnam Veterans Memorial, "The Wall," facing northeast
SLIDE 17 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Vietnam Veterans Memorial, "The Wall," facing southwest
SLIDE 18 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Vietnam Veterans Memorial, Frederick Hart Statue, facing southwest
SLIDE 19 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Vietnam Women's Memorial, Glenna Goodacre Statue, facing southeast
SLIDE 20 of 60

NPS Form 10-900-a                                         OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  119                     East and West Potomac Parks Historic District
                                              Washington, DC
================================================================================
LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Korean War Veterans Memorial, facing northwest
SLIDE 21 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF: Korean War Veterans Memorial, "Pool of Remembrance," facing south
SLIDE 22 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Flood Control Levee, facing north
SLIDE 23 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF:  Double row of Dutch Elm Trees  on south side of Reflecting Pool, facing west
SLIDE 24 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  District of Columbia World War I Memorial, facing south
SLIDE 25 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF: John Ericsson Monument, facing northwest
SLIDE 26 of 60

LOCATION:  West Potomac Park
DATE: August 1, 1997
VIEW OF: Commodore John Paul Statue, facing southeast
SLIDE 27 of 60

NPS Form 10-900-a                                        OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  120                    East and West Potomac Parks Historic District
                                             Washington, DC
=======================================================================
LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Lockkeeper's House, facing southeast
SLIDE 28 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  First Japanese Cherry Trees Planting Plaque, facing north
SLIDE 29 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF: Two original cherry trees and boulder with commemorative plaque, facing north
SLIDE 30 of 60

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Walk along Tidal Basin, facing northeast
SLIDE 31 of 60

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF: Japanese Pagoda, facing northeast
SLIDE 32 of 60

LOCATION:  West Potomac Park
DATE:  August 1, 1997
VIEW OF:  Japanese Lantern, facing south
SLIDE 33 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF: Tidal Reservoir Inlet Bridge, facing southeast
SLIDE 34 of 60

NPS Form 10-900-a                                            OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  121                    East and West Potomac Parks Historic District
                                             Washington, DC
=========================================================================

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing south
SLIDE 35 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing south
SLIDE 36 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing east
SLIDE 37 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing east
SLIDE 38 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Franklin Delano Roosevelt Memorial, facing south
SLIDE 39 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Jefferson Memorial across Tidal Basin, facing southeast
SLIDE 40 of 60

LOCATION:  West Potomac Park
DATE: July 17, 1997
VIEW OF:  Kutz Bridge and Jefferson Memorial, facing southeast
SLIDE 41 of 60

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  122                    East and West Potomac Parks Historic District
                                            Washington, DC
===========================================================================

LOCATION:  West Potomac Park
DATE:  July 17, 1997
VIEW OF:  Number 4 Fountain, facing southeast
SLIDE 42 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  Potomac Railroad Bridge and embankments, facing northwest
SLIDE 43 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  U.S. Engineers' Storehouse, facing northwest
SLIDE 44 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  U.S. Engineers' Storehouse, facing southeast
SLIDE 45 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF: Walk around Hains Point, facing south
SLIDE 46 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  Walk around Hains Point, facing north
SLIDE 47 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  Ohio Drive, SW, facing north
SLIDE 48 of 60

NPS Form 10-900-a                                              OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  123                    East and West Potomac Parks Historic District
                                             Washington, DC
====================================================================

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  Plaque Honoring the Placement of Cherry Trees on Hains Point in 1966-68, facing west
SLIDE 49 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Wing of East Potomac Park Field House, facing northwest
SLIDE 50 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  West Wing of East Potomac Park Field House, facing northwest
SLIDE 51 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Bathhouse, facing northwest
SLIDE 52 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Driving Range Building, facing northwest
SLIDE 53 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Golf Course, facing northwest
SLIDE 54 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Golf Course, facing northwest
SLIDE 55 of 60

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section Slides  Page  124

East and West Potomac Parks Historic District
Washington, DC

===========================================================================

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Golf Course, facing southeast
SLIDE 56 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Miniature Golf Course ball house, facing northeast
SLIDE 57 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Miniature Golf Course, facing northeast
SLIDE 58 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  East Potomac Park Miniature Golf Course, facing east
SLIDE 59 of 60

LOCATION:  East Potomac Park
DATE:  August 1, 1997
VIEW OF:  National Park Service National Capital Region Building and U.S. Park Police Headquarters
Building, facing west
SLIDE 60 of 60

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  Historic Photographs   Page 125          East and West Potomac Parks Historic District
                                                  Washington, DC
=========================================================================
Please note:  These laser copies of historic photographs are provided for additional information only.  They
are not meant to replace the current photographs required by the National Register.

All historic photographs are of :

EAST AND WEST POTOMAC PARKS HISTORIC DISTRICT
Washington, DC

LOCATION:  West Potomac Park
DATE:  Early 1920s
VIEW OF:  Lincoln Memorial and Reflecting Pool, facing west from Washington Monument
SOURCE OF PHOTO:  Commission of Fine Arts Photograph Files
PHOTO 1 of 31

LOCATION:  West Potomac Park
DATE:  Early 1920s
VIEW OF:  Aerial view of the Mall, facing east
SOURCE OF PHOTO:  *The Mall in Washington*
PHOTO 2 of 31

LOCATION:  West Potomac Park
DATE:  1943
VIEW OF:  Aerial view of the Mall, facing west
SOURCE OF PHOTO:  *The Mall in Washington*
PHOTO 3 of 31

LOCATION:  West Potomac Park
DATE:  1931
VIEW OF:  Lincoln Memorial, facing southwest
SOURCE OF PHOTO:  "Washington Through the Years," *National Geographic*
PHOTO 4 of 31

LOCATION:  West Potomac Park
DATE:  1931
VIEW OF:  Reflecting Pool, facing northeast
SOURCE OF PHOTO:  "Washington Through the Years," *National Geographic*
PHOTO 5 of 31

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  Historic Photographs  Page  126        East and West Potomac Parks Historic District
                                                Washington, DC
==============================================================================

LOCATION:  West Potomac Park
DATE:  1931
VIEW OF:  Rainbow Pool, facing east
SOURCE OF PHOTO: "Washington Through the Years," *National Geographic*
PHOTO 6 of 31

LOCATION:  West Potomac Park
DATE:  1931
VIEW OF:  Recreational uses of West Potomac Park
SOURCE OF PHOTO: "Washington Through the Years," *National Geographic*
PHOTO 7 of 31

LOCATION:  West Potomac Park
DATE:  1931
VIEW OF:  John Ericsson Monument, facing east
SOURCE OF PHOTO: "Washington Through the Years," *National Geographic*
PHOTO 8 of 31

LOCATION:  West Potomac Park
DATE:  1931
VIEW OF:  Japanese Cherry Trees and the Tidal Reservoir Inlet Bridge, facing southwest
SOURCE OF PHOTO: "Washington Through the Years," *National Geographic*
PHOTO 9 of 31

LOCATION:  West Potomac Park
DATE:  Late 1920s
VIEW OF:  Cherry trees along the Tidal Basin, facing east
SOURCE OF PHOTO:  NPS Reservation File 332  - West Potomac Park
PHOTO 10 of 31

LOCATION:  West Potomac Park
DATE:  Mid-1920s
VIEW OF:  Bathhouse at Bathing Beach, facing south
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 11 of 31

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  Historic Photographs  Page  127          East and West Potomac Parks Historic District
                                                   Washington, DC
========================================================================

LOCATION:  West Potomac Park
DATE:  1941
VIEW OF:  Jefferson Memorial under construction
SOURCE OF PHOTO:  *The Man Who Built Washington: A Life of John McShain*
PHOTO 12 of 31


LOCATION:  West Potomac Park
DATE:  Circa 1920s
VIEW OF:  Ohio Drive, SW, near Lincoln Memorial, facing northwest
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 13 of  31


LOCATION:  West Potomac Park
DATE:  Early 1980s
VIEW OF:  Aerial view of Constitution Gardens and the Lincoln Memorial, facing west
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 14 of 31


LOCATION:  West Potomac Park
DATE:  Early 1990s
VIEW OF:  Bird's-eye view of Franklin Delano Roosevelt Memorial, facing southeast
SOURCE OF PHOTO:  *Progressive Architecture*, September 1995
PHOTO 15 of 31


LOCATION:  East Potomac Park
DATE:  Late 1910s
VIEW OF:  Aerial view of East Potomac Park, facing south from the Washington Monument
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 16 of 31


LOCATION:  East Potomac Park
DATE:  Early 1920s
VIEW OF:  Aerial view of East Potomac Park, facing south from the Washington Monument
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 17 of 31

NPS Form 10-900-a                                                OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  Historic Photographs  Page  128          East and West Potomac Parks Historic District
                                                  Washington, DC
================================================================================
LOCATION:  East Potomac Park
DATE:  Mid-1920s
VIEW OF:  Aerial view of East Potomac Park, facing southwest
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 18 of 31


LOCATION:  East Potomac Park
DATE:  Late 1920s
VIEW OF:  Aerial view of East Potomac Park, facing south
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 19 of 31


LOCATION:  East Potomac Park
DATE:  1922
VIEW OF:  Aerial view of East Potomac Park, facing northeast
SOURCE OF PHOTO:  NPS Reservation File 333 - East Potomac Park
PHOTO 20 of 31


LOCATION:  East Potomac Park
DATE:  Circa 1920s
VIEW OF:  Aerial view of East Potomac Park, facing east
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 21 of 31


LOCATION:  East Potomac Park
DATE:  Early 1910s
VIEW OF:  Ohio Drive, SW, and U.S. Army Corps of Engineers' Wharf, facing southeast
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 22 of 31


LOCATION:  East Potomac Park
DATE:  Mid-1910s
VIEW OF:  Ohio Drive, SW, under construction, Hains Point, facing north
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 23 of 31

NPS Form 10-900-a
(8-86)

OMB No. 1024-0018

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  Historic Photographs  Page  129

East and West Potomac Parks Historic District
Washington, DC

===============================================================================

LOCATION:  East Potomac Park
DATE:  Circa  1920s
VIEW OF:  Landscape of East Potomac Park, facing northeast
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 24 of 31


LOCATION:  East Potomac Park
DATE:  Early 1920s
VIEW OF:  Tourist Camp, facing northeast
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 25 of 31


LOCATION:  East Potomac Park
DATE:  1927
VIEW OF:  Tourist Camp showing Field House and new bungalows
SOURCE OF PHOTO:  NPS Reservation File 333 - East Potomac Park
PHOTO 26 of 31


LOCATION:  East Potomac Park
DATE:  1931
VIEW OF:  Tourist Camp, facing north
SOURCE OF PHOTO:  "Washington Through the Years," *National Geographic*
PHOTO 27 of 31


LOCATION:  East Potomac Park
DATE:  Circa 1930s
VIEW OF:  Teahouse, facing northwest
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 28 of 31


LOCATION:  East Potomac Park
DATE:  1940
VIEW OF:  U.S. Engineers' Storehouse, facing northeast
SOURCE OF PHOTO:  Commission of Fine Arts Photograph File
PHOTO 29 of 31

NPS Form 10-900-a                                          OMB No. 1024-0018
(8-86)

United States Department of the Interior
National Park Service

NATIONAL REGISTER OF HISTORIC PLACES
CONTINUATION SHEET

Section  Historic Photographs  Page  130          East and West Potomac Parks Historic District
                                                   Washington, DC
==============================================================================

LOCATION:  East Potomac Park
DATE:  Circa 1950s
VIEW OF:  East wing of East Potomac Park Field House, facing southeast
SOURCE OF PHOTO:  NPS Real Property Files, Office of Property Management
PHOTO 30 of 31

LOCATION:  East Potomac Park
DATE:  1954
VIEW OF:  Miniature golf course and ballhouse, facing northeast
SOURCE OF PHOTO:  NPS Real Property Files, Office of Property Management
PHOTO 31 of 31

## WEST POTOMAC PARK

| | |
|---|---|
| 1 | Lincoln Memorial (Contributing Structure) |
| 2 | Lincoln Memorial Grounds (Contributing Site) |
| 3 | Reflecting Pool (Contributing Site) |
| 4 | Rainbow Pool (Contributing Site) |
| 5 | Elm Trees (Contributing Site) |
| 6 | Arlington Memorial Bridge (Contributing Structure) |
| 7 | Flood Control Levee (    contributing Site) |
| 8 | Constitution Gardens (Contributing Site) |
| 9 | Vietnam Veterans Memorial (Contributing Object) |
| 10 | Vietnam Women's Memorial (Contributing Object) |
| 11 | 56 Signers Memorial (Contributing Object) |
| 12 | Tidal Basin (Contributing Site) |
| 13 | Stone Seawalls (Contributing Structure) |
| 14 | Tidal Reservoir Outlet Bridge (Contributing Structure) |
| 15 | Tidal Reservoir Inlet Bridge (Contributing Structure) |
| 16 | Independence Avenue Extension (Contributing Structure) |
| 17 | Kutz Bridge (Contributing Structure) |
| 18 | Commodore John Paul Jones Statue (Contributing Object) |
| 19 | Japanese Cherry Trees (Contributing Site) |
| 20 | First Japanese Cherry Trees Planting Plaque (Noncontributing Object) |
| 21 | Japanese Lantern (Contributing Object) |
| 22 | Japanese Pagoda (Contributing Object) |
| 23 | Franklin Delano Roosevelt Memorial (Contributing Site) |
| 24 | Number 4 Fountain (Contributing Object) |
| 25 | Floral Library (Noncontributing Site) |
| 26 | Jefferson Memorial (Contributing Structure) |
| 27 | Jefferson Memorial Grounds (Contributing Site) |
| 28 | John Ericsson Monument (Contributing Object) |
| 29 | District of Columbia World War I Memorial (Contributing Object) |
| 30 | Korean War Veterans Memorial (Contributing Object) |
| 31 | U.S. Park Police Stables (Noncontributing Building) |
| 32 | Lockkeeper's House (Contributing Building) |
| 33 | West Potomac Park Polo Grounds (Noncontributing Site) |
| 34 | First Air Mail Flight Marker (Noncontributing Object) |
| 35 | Guardhouse (    contributing Building) |
| 36 | Recreational Facilities (Noncontributing Site) |

## EAST POTOMAC PARK

| | |
|---|---|
| 37 | Potomac Railroad Bridge (Contributing Structure) |
| 38 | U.S. Engineer's Storehouse (Contributing Building) |
| 13 | Stone Seawalls (Contributing Structure) |
| 39 | Ohio Drive, SW (Contributing Structure) |
| 40 | East Potomac Park Golf Course (Contributing Site) |
| 41 | East Potomac Park Field House (Contributing Building) |
| 42 | East Potomac Park Miniature Golf Course (Contributing Site) |
| 43 | East Potomac Park Driving Range Building (Noncontributing Building) |
| 44 | East Potomac Park Swimming Pool (Contributing Structure) |
| 45 | East Potomac Park Bathhouse (Noncontributing Structure) |
| 46 | East Potomac Park Tennis Facility (Noncontributing Site) |
| 36 | Recreational Facilities (Noncontributing Site) |
| 47 | National Park Service National Capital Region Headquarters Building (Noncontributing Building) |
| 48 | U.S. Park Police Headquarters Building (Noncontributing Building) |
| 49 | Tourmobile Headquarters (Noncontributing Building) |
| 50 | National Capital Parks-Central Maintenance Yard (Noncontributing Building) |
| 19 | Japanese Cherry Trees (Contributing Site) |
| 51 | Plaque Honoring the Placement of Cherry Trees on Hains Point in 1966-68 (Noncontributing Object) |
| 52 | "The Awakening" (Status Not Evaluated) |

**Site Documentation Map**
**East and West Potomac Parks Historic District**
**Washington, DC**

Notes:
-All features have been approximately located.

-Numbers that are circled indicate features that have been determined to contribute to the East and West Potomac Parks Historic District.

-In the interest of simplicity, three repeating features that are located in both East and West Potomac Parks have been plotted twice, once in each park. The **Stone Seawalls** (Feature 13) rim the Tidal Basin and the water's edge of both parks. The **Japanese Cherry Trees** (Feature 19) are found along the banks of the Tidal Basin and around the perimeter of East Potomac Park. Numerous **Recreational Facilities** (Feature 36), including picnic shelters and playground areas, are found in the two parks.

The base for this map was taken from the map showing the Park Service of the Nations Capital and Environs under Jurisdiction of the National Capital Area, National Park Service, United States Department of the Interior, prepared in August 1995.

The scale for this map is 1"=1,500' or 1:18,000.

East and West Potomac Parks
Historic District
Washington, DC
Site Documentation Map

**WEST POTOMAC PARK**

1       Lincoln Memorial (Contributing Structure)
2       Lincoln Memorial Grounds (Contributing Site)
3       Reflecting Pool (Contributing Site)
4       Rainbow Pool (Contributing Site)
5       Elm Trees (Contributing Site)
6       Arlington Memorial Bridge (Contributing Structure)
7       Flood Control Levee (     ontributing Site)
8       Constitution Gardens (Contributing Site)
9       Vietnam Veterans Memorial (Contributing Object)
10      Vietnam Women's Memorial (Contributing Object)
11      56 Signers Memorial (Contributing Object)
12      Tidal Basin (Contributing Site)
13      Stone Seawalls (Contributing Structure)
14      Tidal Reservoir Outlet Bridge (Contributing Structure)
15      Tidal Reservoir Inlet Bridge (Contributing Structure)
16      Independence Avenue Extension (Contributing Structure)
17      Kutz Bridge (Contributing Structure)
18      Commodore John Paul Jones Statue (Contributing Object)
19      Japanese Cherry Trees (Contributing Site)
20      First Japanese Cherry Trees Planting Plaque (Noncontributing Object)
21      Japanese Lantern (Contributing Object)
22      Japanese Pagoda (Contributing Object)
23      Franklin Delano Roosevelt Memorial (Contributing Site)
24      Number 4 Fountain (Contributing Object)
25      Floral Library (Noncontributing Site)
26      Jefferson Memorial (Contributing Structure)
27      Jefferson Memorial Grounds (Contributing Site)
28      John Ericsson Monument (Contributing Object)
29      District of Columbia World War I Memorial (Contributing Object)
30      Korean War Veterans Memorial (Contributing Object)
31      U.S. Park Police Stables (Noncontributing Building)
32      Lockkeeper's House (Contributing Building)
33      West Potomac Park Polo Grounds (Noncontributing Site)
34      First Air Mail Flight Marker (Noncontributing Object)
35      Guardhouse (      ontributing Building)
36      Recreational Facilities (Noncontributing Site)

**EAST POTOMAC PARK**

37      Potomac Railroad Bridge (Contributing Structure)
38      U.S. Engineer's Storehouse (Contributing Building)
13      Stone Seawalls (Contributing Structure)
39      Ohio Drive, SW (Contributing Structure)
40      East Potomac Park Golf Course (Contributing Site)
41      East Potomac Park Field House (Contributing Building)
42      East Potomac Park Miniature Golf Course (Contributing Site)
43      East Potomac Park Driving Range Building (Noncontributing Building)
44      East Potomac Park Swimming Pool (Contributing Structure)
45      East Potomac Park Bathhouse (Noncontributing Structure)
46      East Potomac Park Tennis Facility (Noncontributing Site)
36      Recreational Facilities (Noncontributing Site)
47      National Park Service National Capital Region Headquarters Building
        (Noncontributing Building)
48      U.S. Park Police Headquarters Building (Noncontributing Building)
49      Tourmobile Headquarters (Noncontributing Building)
50      National Capital Parks-Central Maintenance Yard (Noncontributing Building)
19      Japanese Cherry Trees (Contributing Site)
51      Plaque Honoring the Placement of Cherry Trees on Hains Point in 1966-68
        (Noncontributing Object)
52      "The Awakening" (Status Not Evaluated)

**East and West Potomac Parks Historic District**
**Washington, DC**
**Resource Location Map**



**Notes:**

•       All features have been approximately located.

○       Indicates a feature determined to contribute to the East and West Potomac Parks Historic District.

○       Indicates a feature determined to be a noncontributing element, or not evaluated.

•       In the interest of simplicity, three repeating features that are located in both East and West Potomac Parks have been plotted twice, once in each park. The **Stone Seawalls** (Feature 13) rim the Tidal Basin and the water's edge in both parks. The **Japanese Cherry Trees** (Feature 19) are found along the banks of the Tidal Basin and around the perimeter of East Potomac Park. Numerous **Recreational Facilities** (Feature 36), including picnic shelters and playground areas, are found in the two parks.

•       The base for this map was taken from the map showing the Park Service of the Nation's Capital and Environs under Jurisdiction of the National Capital Area, National Park Service, United States Department of the Interior, prepared in August 1995.

•       The scale for this map is 1" = 1,500' or 1:18,000.

East ad West Potomac Parks
    Historic District
    Washington, DC
    Resources Location Map



THE MALL

East and West _Peninsula_ Historic District
    Historic District
Washington, DC
Historic Map 1 of 14


- Image of McMillan Plan as originally
  published in Century Magazine, February 1902;
    and reprinted in Reps, Washington on View, p. 257.



THE MALL.

PLANTING PLAN FOR PORTION OF POTOMAC PARK.

East and West Potomac Park
  Historic District
Washington, DC

Historic Map 2 of 14


- Planting plan for Portion of Potomac Park,
  Plan #2828-25, October 15, 1907;
  Frederick Law Olmsted National
   Historic Site.



MAP OF
WEST POTOMAC PARK
SHOWING
NORTH B STREET EXTENDED
AND THE INLET BRIDGE
WASHINGTON.

16-248

East and West Potomac Parks
Historic District
Washington, DC
Historic Map 3 of 14

- West Potomac Park during
reclamation, 1909; National Park
Service, National Capital Region
Building.



THE MALL

WASHINGTON, D. C.

East and West Potomac Parks
Historic District
Washington, DC
Historic Map 4 of 14

- Development of the
National Mall to 1915, as originally
published in National Geographic Magazine,
March 1915; and reprinted in Reps,
Washington on View, p. 260.



East and West Potomac Parks
Historic District
Washington, DC
Historic Map 5 of 14

- Plan Showing Progress of Planting,
West Potomac Park, Plan # 2828-25,
January 4, 1915; Frederick Law
Olmsted National Historic Site.



WAR DEPARTMENT
CORPS OF ENGINEERS

PRELIMINARY PLAN

# PUBLIC RECREATION GROUNDS

EAST POTOMAC PARK
WASHINGTON, D.C.

MADE UNDER THE DIRECTION OF
COL. WM. W. HARTS, U.S.A.
OFFICER IN CHARGE OF PUBLIC BUILDINGS AND GROUNDS.

SCALE

PREPARED BY
JAMES G. LANGDON
CONSULTING LANDSCAPE ARCHITECT
MARCH 1916

- Preliminary Plan, Public Recreation Grounds,
  East Potomac Park, March 1916;
  Development of East Potomac Park.

| TOTAL AREA OF VARIOUS FEATURES | 2,773,823.70 SQ.FT. | Field Work By: | W.B.M.-L.W.R-1924-1927 |
|---|---|---|---|

| BRIDGES | KIND | No. | SQ. FT. |
|---|---|---|---|
| HIGHWAY | Concrete | 1 | 1950.0 |
| FOOT | · | · | · |
| CULVERTS | · | · | · |

| WALKS | AROUND | RESERVATION | |
|---|---|---|---|
| KIND | LIN. FT. | WIDTH | SQ. FT. |
| | | | |

| REFLECTING POOL | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| | 2300.8 | | 365,500.0 |

| RETAINING WALL | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| | 14,614.0 | 3.0 | 43,842.0 |

| COPING | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| Granite | 5,237.0 | · | 15,711.0 |
| Concrete | 1,324.76 | · | 1,994.0 |

| CURB | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| Stone | | | |
| Concrete | 18,893.0 | · | 12,858.44 |

| GUTTERS | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| Cobble Stone | | | |
| Brick | 2,041.5 | · | 6,124.5 |
| Concrete | 1,296.3 | · | 2,592.6 |

Platform — Steps —

| KIND | LIN. FT. | SQ. FT. |
|---|---|---|
| Concrete | 537.28 | 4146.31 |
| Concrete | 651.12 | 5911.73 |

| SPORTS | NO | SQ. FT. |
|---|---|---|
| Tennis Courts | 10 | 55,271.92 |
| Roque Courts | · | · |
| Baseball Fields | 3 | Nonskinned |
| Hockey Fields | · | · |
| Soccer Fields | · | · |
| Cricket Fields | 1 | · |
| Horse Hurdle | 1 | · |
| Band Stands | 1 | · |
| Bathing Beaches | · | · |
| Childrens Playgr'ds | · | · |
| Athletic Fields | · | · |
| Volleyball Courts | · | · |
| Croquet Courts | 1 | · |
| Football Fields | 1 | · |
| Polo Fields | 2 | · |
| Lacrosse Fields | 1 | · |
| Picnic Grounds | · | · |
| Golf Courses | | White-15.97 AC. Colored-14.636 |
| Bowling Greens | · | · |
| Quoits Courts | · | · |
| Sand Boxes | · | · |

| | No. |
|---|---|
| Benches | 155 |
| Display Fountains | 1 |
| Drinking Fountains | 6 |
| Posts Ornamental Iron | 108 |
| Mueller's | 5 |
| Elec. Lamp Posts | 111 |
| Fire Plugs | 5 |
| Water-Stand Pipes | 242 |
| Drainage Traps | 206 |
| Trash Baskets | 33 |
| Post Life Preservers | 21 |

| FENCES | LIN. FT. |
|---|---|
| Post & Chain | 3 |
| Pipe Rail | 3369.70 |
| Strand Wire | 576.0 |
| Back Stop | 2222.3 |
| Ornamental Iron | · |
| Mesh Wire | 3,3 X.3 |
| Trespass Irons | 691.4 |

| | SQ. FT. | SQ. YDS. |
|---|---|---|
| Shrub Beds | 147,497.00 | 16,399.66 |
| Flower Beds | 35,763.70 | 3973.73 |
| Lawn | | |
| Forest Area | 550,140.0 | 61,127.00 |
| Unimproved A. | · | · |

| HEDGE : (Kind) Cal. Privet | | | |
|---|---|---|---|
| LENGTH (Ft.) | WIDTH | HEIGHT | SQ. FT. |
| 1924.00 | | | 20,594.80 |

STATUES: Names
John Paul Jones - 771.16 ☐'
Ericsson Memorial - 196.0 ☐'
Lincoln Memorial - 26,552.0

| TREES : (Kind) | No. |
|---|---|
| Various | 4403 |
| Cherry | 371 |
| · | · |

| RES. AREA (SQ.FT.) | (ACRES) |
|---|---|
| 17,200,964.78 | |

| BUILDINGS | No. | SQ.FT. COVERED |
|---|---|---|
| TOILET & LODGES | 2 | 1292.78 |
| REFRESHMENT BUILDINGS | 2 | 1,246.29 |
| NAVY - MUNITIONS BUILDINGS | | 610,144.0 |
| BAND STAND | 1 | 1,528.0 |
| WATCH HOUSE | 2 | 174.89 |
| LINCOLN MEM. | | 26,332.0 |

| KIND | LENGTH | AREA (SQ.FT.) |
|---|---|---|
| Cinder | 54,19.1 | 55,739.45 |
| Macadam | 9361.5 | 64,226.7 |
| Dirt | 8060.0 | 34,196.0 |
| Dirt | 161.0 | 1,625.0 |
| Gravel | | |
| Asphalt | 23600.8 | 815,165.47 |
| Concrete | 28823 | 168,250.30 |
| Cinder | 4315.4 | 106,007.60 |
| Flagstone | 294.2 | 1,227.62 |
| Stone | 310.5 | 1,752.5 |
| Concrete | 33591.69 | 177,777.06 |
| Cinder | 559.52 | 5,723.90 |
| Scrubbed Concrete | 1,696.0 | 24,252.80 |

LOCATION: B St.-17th St. Pot. River & Tidal Basin

RES.

No. 332
West Potomac Park
(including Tidal Basin)

ACQUIRED  Reclaimed Area by U.S. Engrs.

TRANSF. TO P.B.P.P.  TRANSF. FROM P.B.P.P.

East and West Potomac Parks
 Historic District
Washington, DC
Historic Map 7 of 14


 - Map of West Potomac Park,
   Reservation 332, 1927;
   Reservation Files, National Park
   Service, National Capital Region
   Building.

| TOTAL AREA OF VARIOUS FEATURES | 1,323,346.34 | SQ. FT. | Field Work By: W.B.M.-L.W.R. 1924 |
|---|---|---|---|

| BRIDGES | KIND | NO. | SQ. FT. |
|---|---|---|---|
| HIGHWAY | | | |
| FOOT | | | |
| CULVERTS | | | |

| WALKS | AROUND | RESERVATION | |
|---|---|---|---|
| KIND | LIN. FT. | WIDTH | SQ. FT. |
| | | | |
| | | | |
| | | | |

| WATER WAYS | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| | | | |

| RETAINING WALL | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| | | | |

| COPING | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| Stone | | | |
| Concrete | | | |

| CURB | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| Stone | | | |
| Concrete | 394.7 | .72 | 284.20 |

| GUTTERS | LIN. FT. | WIDTH | SQ. FT. |
|---|---|---|---|
| Stone | | | |
| Brick | 56,222.0 | .5 | 122,993.0 |
| Concrete | | | |

Note:
Area of Display Fountains = 6206.28 □'

WASHINGTON CHANNEL
WASHINGTON BARRACKS
POTOMAC RIVER
GOLF COURSE
TOURIST CAMP

SCALE: 1" = 1600'

ACQUIRED
TRANSF. FROM P.B.&R.R.
TRANSF. TO P.B.&R.R.

| SPORTS | NO | SQ. FT. | | NO. | | SQ. FT. | SQ. YDS. | BUILDINGS | No | SQ. FT. COVERED |
|---|---|---|---|---|---|---|---|---|---|---|
| Tennis Courts | 10 | 54,990.0 | Benches | 46 | Shrub Beds | | | Five Wharves | | 83,339.0 |
| Roque Courts | | | Display Fountains | 4 | Flower Beds | 241,801.0 | 26,766.0 | Field House | 1 | 6,175.6 |
| Baseball Fields | | | Drinking Fountains | 9 | Lawn | 12,920,773.0 | 1,435,641.4 | Small Tourist Bld. | 2 | 6,123.34 |
| Hockey Fields | | | Tables | 175 | Forest Area | | | Main " | 1 | 4,277.5+ |
| Soccer Fields | | | Gas Lamp Posts | | Unimproved A. | | | Tap House | 1 | 3,193.0 |
| Cricket Fields | | | Elec. Lamp Posts | 239 | | | | | | |
| Riding Grounds | | | Fire Plugs | 10 | HEDGE : (Kind) | | | KIND | LENGTH | AREA (SQ. FT.) |
| Band Stands | | | Water-Stand Pipes | 186 | LENGTH(ft) WIDTH HEIGHT SQ. FT. | | | Cinder (F) | 5,460.0 | 34,311.0 |
| Bathing Beaches | | | Drainage Traps | 270 | 1675.0 | | 13,368.0 | Cinder (B) | 26,564.0 | 214,959.0 |
| Childrens Playgrds | | | Trash Baskets | 13 | | | | Macadam | 405.4 | 2,925.0 |
| Athletic Fields | | | Flush Hydrants | 20 | STATUES: Names | | | Bondway | 16,923.0 | 148,854.0 |
| Volleyball Courts | | | Valves | 13 | | | | Asphalt | 1,793.0 | 47,179.53 |
| Croquet Courts | | | FENCES | LIN. FT. | | | | Concrete | 2545.0 | 44,919.25 |
| Football Fields | | | Post & Chain | 490.0 | | | | Cobble Stone | 772.0 | 20,944.0 |
| Polo Fields | | | Pipe Rail | 1495.0 | | | | Cinder | 455.0 | 152,472.0 |
| Lacrosse Fields | | | Strand Wire | 987.0 | TREES : (Kind) | | No. | Macadam | | |
| Picnic Grounds | 1 | | Back Stop | 1174.0 | Various | | 1012 | Dirt | 250.0 | 7,000.0 |
| Golf Courses | 3- | 9 Hole-Reversible A2.0 Acres | Ornamental Iron | 64 (Posts) | Cherry | | 916 | Concrete | | |
| Bowling Greens | | | Mesh Wire | 2360.0 | | | | Brick | | |
| Quoits Courts | | | Trespass Irons | | | | | Cinders | 2600.0 | 19,611.0 |
| Sand Boxes | | | | | | | | | | |

| RES. AREA (SQ. FT.) | (ACRES) | NO. 333 |
|---|---|---|
| 14,244,120.0 | 327.00 | East Potomac Pk. |

LOCATION: Bet. West Pot. Park, Pot. River & Wash. Channel

ROADS    WALKS    RES.

East and West Potomac Parks
Historic District
Washington, DC
Historic Map 8 of 14


- Map of East Potomac Park,
  Reservation 333, 1927;
  Reservation Files, National Park
  Service, National Capital Region
  Building.



PUBLIC BUILDINGS COMMISSION

THE MALL AND VICINITY

WASHINGTON

PROPOSED DEVELOPMENT

SCALE

PREPARED UNDER THE DIRECTION OF  LT. COL. U.S. GRANT - 3RD
EXECUTIVE OFFICER - PUBLIC BUILDINGS COMMISSION

REVISION AS OF JANUARY 1931

GOVERNMENT BUILDINGS        GOVERNMENT LAND
PROPOSED BUILDINGS          AREA TO BE PURCHASED

East and West Potomac Parks
Historic District
Washington, DC

Historic Map 9 of 14

- The Mall and Vicinity, Proposed Development, 1931; Frederick Law Olmsted National Historic Site



JEFFERS SIMPLIFIED PLAN

East and West Potomac Parks
Historic District
Washington, DC

Historic Map 10 of 14


– General Plan, Independence
  Avenue, West of Fourteenth
  Street, February 3, 1942;
  Frederick Law Olmsted National
  Historic Site.



East and West Potomac Parks
Historic District
Washington, DC
Historic Map 11 of 14


- Site plan of Skidmore,
  Owings and Merrill National
  Mall Master Plan, 1965;
  from The Mall in Washington, p. 234.



A Memorial to the 56 SIGNERS
of the Declaration of Independence
CONSTITUTION GARDENS, WEST POTOMAC PARK, NATION. CAPITAL REGION, WASHINGTON, DC

East and West Potomac Parks
Historic District
Washington, DC

Historic Map 12 of 14


- Planting Plan for 56
  Signers Memorial, March 16, 1981;
  National Park Service, National
  Capital Region Building.



PLANTING PLAN
SCALE: 1" = 20'-0"

LEGEND

# VIETNAM VETERANS MEMORIAL
### CONSTITUTION GARDENS · WASHINGTON, D.C.
ESTABLISHED BY THE VIETNAM VETERANS MEMORIAL FUND · WASHINGTON, D.C.

FILE COPY
RETURN PROMPTLY TO
NATIONAL CAPITAL REGION
MAP FILES

PLANTING PLAN

East Potomac Park
Historic District
Washington, DC
Historic Map 13 of 14

- Planting Plan for Vietnam
Veterans Memorial, January 29, 1982;
National Park Service, National Capital
Region Building.



LINCOLN
MEMORIAL

VIETNAM MEMORIAL

REFLECTING POOL

WASHINGTON
MONUMENT

DANIEL FRENCH DRIVE

STONE MARK: A-1-4, 110 THUS
ACADEMY BLACK-THERMAL

KEY PLAN-SITE

FINAL RECORD DRAWING
The material shown on this drawing has been approved
and released for fabrication. Any changes will require
rebanding and will affect delivery of this material and
involve a price adjustment.
COLD SPRING GRANITE COMPANY
202 SOUTH 3rd AVENUE
COLD SPRING, MN 56320
AUG 2 1995

QTY    DISTRIBUTION    DATE
1ST    APPROVAL

FINAL RECORD
SETTING & QTY-?

COLD
SPRING
GRANITE
202 S. 3rd AVENUE
COLD SPRING, MN 56320-0000
PHONE 612-000-0000

PROJECT
KOREAN WAR
MEMORIAL

LOCATION
WASHINGTON D.C.

PURCHASER
CONTRACTING
DIVISION

ARCHITECT
COOPER-LECKY
ARCHITECTS

DRAWN BY
SCOTT BARTHEL

GRANITE          FINISH

ACADEMY BLACK-POLISH 1
ACADEMY BLACK-DRAWING B
ACADEMY BLACK-THERMAL
C.S. BLACK-SAWED
C.S.BLACK-POLISH
STONE MARK

DESCRIPTION
KEY PLAN-SITE

JOB NUMBER
93-3750

FILE          SHEET
H-10          K1

SHT 1 OF 14

East and West Potomac Park
Historic District
Washington, DC
Historic Map 14 of 14

- Site Plan for Korean War
Veterans Memorial, August 7, 1995;
National Park Service, National
Capital Region Building