**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*, | |
| *Plaintiffs*, | |
| *vs.* | Case No. 1:26-cv-477 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| *Defendants*. | |

**[PROPOSED] ORDER GRANTING STAY UNDER 5 U.S.C. § 705**

The above-styled matter is before the Court on the Plaintiffs' motion for a stay under 5 U.S.C. § 705 or, in the alternative, a preliminary injunction.  The Court grants the motion and hereby enters a stay of the following scope:

a.  Staying Defendants from dumping additional dirt, debris, or other refuse from the East Wing construction project at East Potomac Golf Course or elsewhere at East Potomac Park;

b.  Staying Defendants from storing in East Potomac Park the dirt, debris, rubble, and other refuse from the East Wing destruction project;

c.  Staying Defendants from further ground disturbance at East Potomac Golf Course or elsewhere at East Potomac Park, including but not limited to dumping dirt, debris, rubble, or any other refuse from the East Wing construction project;

d.  Staying Defendants from adopting or implementing any new land-use plans, general management plans, development concept plans, materially altered use, or the like concerning East Potomac Golf Course or East Potomac Park;

e.  Staying Defendants from segmenting the challenged action into discrete components for purposes of avoiding NEPA or NHPA review;

f.  Staying Defendants from further implementing the termination of the National Links Trust's lease;

g.  Staying Defendants from reassigning the lease for East Potomac Golf Course to any other entity;

h.  Staying Defendants from ejecting National Links Trust or any of its employees, agents, or assigns from East Potomac Golf Course;

i.  Staying Defendants from closing East Potomac Golf Course;

j.  Staying Defendants from further developing, altering, or implementing any projects at East Potomac Golf Course or East Potomac Park that rely on or are facilitated by the dirt, debris, or other refuse from the East Wing construction project;

k.  Staying Defendants from further reliance on their October 16, 2025, NEPA and NHPS assessments concerning the dumping;

l.  Staying Defendants from disturbing the existing physical condition of East Potomac Park and East Potomac Golf Course and all documents, studies, plans, and communications related to land-use planning, fill placement, or golf course redesign; and

m.  Staying any connected or facilitating actions related to the above relief.

To "preserve status or rights pending conclusion of the review proceedings," 5 U.S.C. § 705, the Court further orders Defendants to remove the dirt, debris, rubble, and other refuse from the East Wing construction project currently being stored at East Potomac Golf Course.

SO ORDERED this _____ day of _____ 2026.

_____
Hon. Ana C. Reyes
United States District Judge