IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-477 |

**EXHIBIT INDEX ISO PLAINTIFFS' MOTION FOR STAY UNDER
5 U.S.C. § 705 OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**

**Declarations and exhibits concurrently filed with this Motion**

| |
|---|
| Declaration of Alex Dickson |
| Declaration of Rebecca Miller |
| Declaration of Dave Roberts |
| Declaration of Will Bardwell in Support of Plaintiffs' Motion for Stay under 5 U.S.C. § 705 or, in the Alternative, Preliminary Injunction |
| Exhibit A – Screenshot of the Trump National Los Angeles reservation system |
| Exhibit B – East and West Potomac Parks Historic District's National Register of Historic Places Inventory Nomination Form |
| Exhibit C – Washington Post story dated January 29, 1913 |
| Exhibit D – Draft Development Concept Plan / Environmental Assessment (1982) |
| Exhibit E – Cultural Landscapes Inventory (2017) |
| Exhibit F – Cultural Landscape Report for Washington, D.C.'s municipal golf courses (2019) |
| Exhibit G – National Park Service Signs 50-year Lease with National Links Trust for Historic Golf Courses |

| |
|---|
| Exhibit H – Categorical Exclusion Documentation Form dated October 16, 2025 |
| Exhibit I – Department of the Interior's Handbook of NEPA Procedures, Appendix 2 |
| Exhibit J – National Park Service Management Policies (2006, as amended) |
| Exhibit K – Story of Shadow Creek article in the United States Golf Association Green Section Record |
| Exhibit L – Written report from a project called "East Potomac Park – East Potomac Golf Course Avifauna Surveys 2023-2025 |
| Exhibit M – 50-year lease awarded by the National Park Service to the National Links Trust |
| Exhibit N – Assessment of Actions Having an Effect on Historic Properties |
| Exhibit O – National Park Service's NEPA Handbook |
| Exhibit P – Monumental Core Framework Plan |