IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*, <br><br> *Plaintiffs*, <br><br> *vs.* <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-477 |

## DECLARATION OF ALEX DICKSON

1.  I am Alex Dickson, a Plaintiff in the above-styled action.

2.  I am an adult resident of Arlington, Virginia, and I submit this Declaration in support of the Plaintiffs' Complaint and Motion for Preliminary Injunction. The statements made in this Declaration are based on my personal knowledge.

3.  Except for two separate stints of roughly two years each, I have lived in the Washington, D.C. area my entire life. Golf has been a part of my life ever since first picking up a club during my elementary school years. Some of my earliest memories are of playing golf with my dad and brother.

4.  I truly caught the golf bug in junior high school in the late 1980s. On a hot, humid summer day, a friend and I watched Curtis Strange win the U.S. Open. Afterward, we were inspired enough to grab our parents' clubs and head to a local

1

course. Although my friend quit after only two holes, I finished my round and was hooked from that day on.

5.      While I can't remember specifically the first time I played at East Potomac Golf Course, it was likely when I was a teenager. East Potomac became my home course in my late twenties, and especially after settling down in Arlington in my thirties.

6.      Nowadays, I play at East Potomac frequently, usually with my 10-year-old son or a few of my regular golf buddies. While we certainly play the Red or Blue courses, the White Course is the course that I play most often. I find myself at the property at least a few times a month, often more, whether it be to play nine, hit a bucket on the driving range, or drop off my son for a lesson or one of the First Tee sessions he has participated in. Beyond the golf, I often visit just to enjoy a half-smoke or a beer outside the clubhouse, roll a few putts on the putting green while chatting with other golfers, or drive around Hains Point to take photographs. I enjoy that camaraderie. The East Potomac Park peninsula where the golf courses sit and the loop on Ohio Drive that surrounds them is one of the most scenic spots in the city. The whole park is beautiful.

7.      The White Course is my preferred round at East Potomac. I enjoy the scale of it: one of the two nine-hole courses on the property, with a nice balance of par-3 and par-4 holes. Views of the Jefferson Memorial, Washington Monument, and the Wharf, set behind the existing landscape of the park and golf course, are all part of what I enjoy about a White Course round. The White Course fits my

lifestyle: on a Saturday morning, we can play nine holes in under 90 minutes and be back home before my family gets out of bed. I have a lot of fun there, and I enjoy the views.

8. The White Course is full of great memories. I lost count of how many times I've played it years ago. For a long time, a group of friends and I made it a point to be the first ones out on Saturday mornings whenever possible; we even designed a "6:30 tee time" hat inspired by those early mornings on the White Course.

9. My favorite stretch of holes on the property is actually over on the Blue Course: holes three, four, and five. The third is a stout par-5 that dares you to try for the green in two. The fourth is a great par-3 with a tricky green that falls off a bit on both sides. There is a tree overlooking the fourth green where a Bald Eagle can often be seen perching; seeing it there while you play is always a treat. Then there's the fifth, a short par-4 that suckers you into taking an aggressive line toward the green. You're in trouble if you miss to the right, but the temptation to try and stick it close is almost impossible to resist. While I enjoy all the courses, I think that specific stretch is particularly fun.

10. And then you've got the Red Course, which is where my favorite memory at East Potomac happened: getting to see my oldest son, who was 9 at the time, make his first birdie ever, which came on the seventh hole. He drove his tee shot up to the front edge of the green, and then he made the putt from about 25 or 30 feet away. It was one of those moments I'll remember for a long time and a shared

3

experience that cemented the course as a truly important place for both me and my son.

11.     Even beyond the golf itself, East Potomac is a place that feels welcoming to all comers. There's a charm to the property that's hard to put your finger on, but it makes me feel like a true part of the local community and the long history of the park and its courses. It's a fun place for me to hang out with friends and strangers alike.

12.     There is a deep sense of history at East Potomac that I've come to appreciate. A few years ago, while playing with two acquaintances, we were paired with an older gentleman who was a wealth of local knowledge. He had been playing the course for nearly fifty years and was a regular during the era when the putting greens were the center of the action. He shared stories about how competitive the gambling used to be, with people visiting specifically to hustle tourists and "suits" from Capitol Hill. Apparently, the scene became so intense that they eventually had to prohibit competitive putting in the late 80s or 90s. These layers of history and local lore are a huge part of what makes East Potomac so significant to me.

13.     Restoring the Blue Course to the reversible routing designed by original architect Walter Travis is a priority I fully support. This return to the original design honors the property's past while creating a more dynamic future for the course. The annual reversible day event, which has become so popular it sells out in minutes, is always a great time shared with others who are enthusiastic about the return to that original design. Bringing that dynamic back permanently honors the

historical vision of the course while making the experience more engaging for the community, without losing the character that makes the property great. I plan to play the restored reversible design.

14.     The President's stated goal is to turn East Potomac into a U.S. Open-quality course and bring in major business. Building infrastructure capable of hosting something at that level would likely require dedicating the entire island to a single 18-hole championship course. Both the Red Course and White Course would likely be eliminated. There are three main reasons this concerns me. One, the Red Course as it exists now is perfect for teaching beginners, especially kids. My youngest hasn't started playing yet, but I plan to bring him to the Red Course in a couple of years, just as I brought my oldest to learn how to play the game. This proposal would eliminate that opportunity entirely. Two, I care about East Potomac in its current form: the historic layout, its beauty, how much fun the existing golf courses are, the feeling of community that I enjoy there, and the place's character. I don't want to lose all that. Three, there's a straightforward access issue: turning this into a single championship course means losing two public courses that I and other people can actually play. I hope to continue (and, so long as it exists in its current form, I plan to continue) playing East Potomac with something close to the level of access it has now, especially for young folks getting into the game. This plan would make that impossible.

15.     The current rate structure to use the facilities is a primary reason I am able to regularly use of this course. Because I frequently play solo, with my family,

and with groups of friends, the cumulative cost of these rounds is a significant factor in our participation. An increase in rates would directly impact this frequency, shifting our use from a regular weekly routine to infrequent, selective visits. Many golfers who play East Potomac regularly live outside the District and would face significantly higher rates, even if reduced fees were offered to D.C. Residents. With public courses closing frequently, losing East Potomac would make it much harder for working golfers like me to find a place to play. For me and many other players, East Potomac is currently an enjoyable place to visit because it is affordable and provides a welcoming environment for the community. Converting it into a championship-style course would cost me and other golfers all of that, and it would eliminate the specific type of golf I often enjoy, making it harder to play as often as I do now because the property would no longer cater to the needs of the everyday recreational golfer. The move toward a championship course also would impact the long-term accessibility of the course for local players. Championship courses tend to cater to a demographic that views the course as a luxury amenity rather than a consistent practice ground; and most people would not be able to introduce their children or other young people to golf on a championship course. Even if a regular user like me were to budget for the higher costs, any influx of destination golfers typically creates a bottleneck for tee times. This transition threatens to displace the local community of golfers—myself, my family, and my friends—who enjoy it year-round.

6

16.     A significant concern of mine is that the current administration's decision to terminate the lease and "build them in government" ignores the very reason the National Park Service issued a 50-year lease in the first place. For the first time in my lifetime, an operator was given a leash long enough to actually invest in these properties and make all three D.C. golf courses as good as they can possibly be. A long-term commitment like that ensures the work is done in a way that respects the needs of the local golf community and the city as a whole. By bringing these courses back into the government fold, we risk tying their survival to the political cycle. I do not want the fate of these courses to depend on whichever direction a new administration decides to take every four or eight years. That instability rebukes the entire point of the original proposal and puts the long-term health of the courses at risk. It harms all of us who rely on East Potomac for affordable and fun public golf.

17.     One of the greatest features of East Potomac is the sight lines, and the National Links Trust has helped improve those views by removing brush, dead trees, and invasive vegetation along the property perimeter. There is currently a 360-degree view of the region, including the Jefferson Memorial, the Washington Monument, and several other D.C. landmarks. With the prospect of an unknown plan designed by a course architect famous for big landscape features, I'm afraid that some of the sightlines that make the property special could be lost, changing the park's landscape dramatically and diminishing the beauty of the park that I and other players enjoy.

18.     To me, East Potomac is one of the most beautiful places in Washington, due to the inherent appearance of the park and golf courses, which the work of the National Links Trust has only improved. Turning the property into a championship-style course built to attract a major professional tournament would ruin that beauty.

19.     The same is true for my appreciation of East Potomac's recreational value. I have fun playing the golf courses as they are currently designed, and I plan to continue to enjoy them after NLT's restoration project is complete. If East Potomac is converted into what the President has described, the beauty, fun, history, accessibility, and the sense of community that bring me and others to the course will be lost. It would injure my interests in East Potomac's aesthetic, recreational, historical, and communal qualities. Also, if a renovation project goes forward, I would not be able to play golf at East Potomac during that time. That would injure my aesthetic, recreational, historical, and communal interests in East Potomac.

20.     Turning the property into a U.S. Open-caliber venue would take away a crucial part of golf in the D.C. area. This region is filled with expensive private country clubs that are difficult for average golfers to access. East Potomac is valuable because it serves working-class golfers like me. The President's plan would cost recreational golfers like me three public golf courses in an area where public golf is not otherwise accessible. Plenty of other people besides me who play there every day rely on East Potomac for both access to golf and to community.

21.     If East Potomac remains like it is, then I plan to keep playing East Potomac as often as I currently do. If it is turned into a championship-style course along the lines of what the President has described, I will not (and could not) continue to play nearly as often. I want to continue playing the East Potomac that D.C. area golfers rely on, both as it exists today and under the restoration plan that the National Park Service brought on NLT to implement. The National Park Service awarded the lease to NLT because their vision was consistent with the historical importance of the property, and that is the future I support for the park.

22.     I am also concerned about the large mounds of debris I have seen sitting on the course. I worry about what I, my family, and my friends are being exposed to while we play. Being near this debris for hours raises real questions about whether it is safe to be that close to that material.

22. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February __18__, 2026, in Arlington, Virginia.

*Alex Dickson*
_____
Alex Dickson