IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DC PRESERVATION LEAGUE, et al.,

    Plaintiffs,

    vs.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

    Defendants.

Case No. 1:26-cv-477

## DECLARATION OF REBECCA MILLER

1. I am Rebecca Miller.

2. I am an adult resident of Washington, D.C., and I submit this Declaration in support of the Plaintiffs' Motion for Preliminary Injunction. The statements made in this Declaration are based on my personal knowledge.

3. I am the Executive Director of the DC Preservation League. I have served in this role since 2005. Because of that role, I am familiar both with the operations of the DC Preservation League and with our membership.

4. The DC Preservation League is a Section 501(c)(3) nonprofit organization dedicated to preserving the historic and cultural resources of the District of Columbia. DC Preservation League is Washington, D.C.'s only citywide nonprofit organization dedicated to protecting, enhancing, and preserving

the city's historic and built environment. We have three employees and over 100 active volunteers.

5. DC Preservation League's mission is to advocate for the protection, enhancement, and celebration of Washington's built environment and to educate the public about the District's architectural and cultural heritage, including through participating in public project review processes and developing and offering public tours (including self-led, webinars, and in-person tours).

6. As part of that education effort, DC Preservation League hosts a free historic sites app and website, which provide education about Washington's historic sites. The app offers 67 different self-guided tours, some of which are thematic. East Potomac Park East Potomac Golf Course is part of our recreation-themed tour, and the app provides information about historic East Potomac Park.

7. If East Potomac Park is significantly altered, it could lose its designation criteria as a contributing site for East and West Potomac Park District's listing on the National Register of Historic Places. While East Potomac Park and East Potomac Golf Course are significant in their own rights, they're also a significant feature of the Park District. If it were to lose its form, it would no longer be a piece of historic, significant architecture, landscape architecture, and artistry. Altering East Potomac Park and

East Potomac Golf Course would compromise the historic district as a whole.

8. Any time there's a loss of historic fabric in Washington, it degrades the city's history as a whole. It also makes our work more difficult. If East Potomac Park and East Potomac Golf Course were significantly altered, we would have to change our app and website to remove the listings.

9. DC Preservation League hosts no less than three on-site programs each month, and each month's programs have themes. For example, two years ago we did a golf theme and put on a putting program at Langston Golf Course. DC Preservation League planned to host a similar program at East Potomac Golf Course this September. The program would include a presentation about the historical importance of why East Potomac Golf Course, and everyone attending the program would have been invited to play golf.

10. To facilitate our on-site programs, we contact whoever manages the site where we are offering our programming. In the case of East Potomac Golf Course, that would have been the National Links Trust. We also ask someone from the managing entity's staff to participate in our programs.

11. These programs are open both to DC Preservation League's members and to the public at large. Sometimes, attending the programs is free. Sometimes, we charge a nominal fee. At all our events, we accept donations and typically bring in something between $100 and $1,000 per

3

event. DC Preservation League generates about $15,000-$20,000 per year at these events. We would have accepted donations and solicited memberships at the East Potomac event.

12. Based on past experience, it is highly likely that both members and non-members would have attended the East Potomac program.

13. Commonly, non-members attending our programs sign up to become members. Non-members sometimes also become members to take advantage of member pricing for a specific event or to be able to attend a specific member-only event.

14. DC Preservation League also participates frequently in the comment process for reviews of undertakings under Section 106 of the National Historic Preservation Act.

15. The way it works is that the agency that is considering the undertaking will notify consulting parties. DC Preservation League is notified on just about every agency project in D.C. as a consulting party. We usually participate in a minimum of one Section 106 review per month. Most reviews end in a memorandum of understanding or programmatic agreement, which includes a negotiated plan to mitigate adverse effects to the historic property.

16. Based on past experience, I expect that DC Preservation League would have been a consulting party on any NHPA Section 106 review for an undertaking at East Potomac Golf Course. We typically participate in all

4

Section 106 reviews affecting major projects in Washington. For instance, over the past several years, DC Preservation League participated in Section 106 reviews at Navy Yard, Saint Elizabeths, the Armed Forces Retirement Home, and all the Section 106 reviews at the National Mall.

17. Our comments during a Section 106 review typically advocate for public access to sites, and for retention of the historic character that has already been documented about the site. If a Section 106 review had been conducted for changes to East Potomac, DC Preservation League would have offered feedback on the preservation of East Potomac Golf Course's historic character and public access.

18. Redesigning East Potomac Park and East Potomac Golf Course would injure DC Preservation League in several ways. First, it would require us to update our app and website in order to remove East Potomac Park and East Potomac Golf Course. Second, it would preclude us from holding our September event at East Potomac Golf Course, requiring us to either find a new, less-preferable location, or cancel the event outright. Third, by implementing this plan without performing a Section 106 review, the government has prevented DC Preservation League from participating in the comment process to advocate for preserving East Potomac Park and East Potomac Golf Courses in their current forms.

19. DC Preservation League is a membership association with about 1,000 members, including individuals and business members.

20. Several of DC Preservation League's members often visit East Potomac Park to go walking. They enjoy walking there, and they have plan to continue doing so. Walking at East Potomac Park, including along or near the golf course, is particularly well-suited for our membership, because many of our members are elderly, and East Potomac is relatively flat. That makes East Potomac's landscape particularly important to our members.

21. Several of DC Preservation League's members regularly play golf at East Potomac Golf Course and plan to continue doing so. A number of those members specifically enjoy East Potomac Golf Course's history, architecture, landscape, and recreational opportunities while playing golf at East Potomac Golf Course.

22. I also am a member of DC Preservation League, and I enjoy going to East Potomac Park with my son. I helped teach him to ride his bike at East Potomac Park, and I plan to take him bicycling there again. I enjoy taking him to East Potomac Park because it is flat and easy to teach a kid how to ride a bike. I also enjoy looking at the Japanese cherry trees and the landscape as a whole at East Potomac Park and East Potomac Golf Course, and I plan to continue visiting East Potomac Park to look at them. East Potomac Park also has the only uninterrupted view of historic Fort McNair across the Washington Channel, a site that I myself and DCPL's members enjoy for its military history, the site of the Lincoln

assassination conspiracy trial, and the McKim, Mead & White-designed National War College and Defense University.

23. I declare under 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on February __17__, 2026, in Washington, D.C.

*Rebecca Miller*
_____
Rebecca Miller
Executive Director
DC Preservation League
1328 Florida Ave. NW
Washington, D.C. 20009