AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▼

|  |  |
|---|---|
| DC Preservation League, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    1:26-cv-00477-ACR |
| U.S. Dep't of the Interior, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs DC Preservation League, Dave Roberts and Alex Dickson                                    .

Date:      02/26/2026

/s/ Abbe David Lowell
*Attorney's signature*

Abbe David Lowell, Bar No. 358651
*Printed name and bar number*

1250 H Street NW, Suite 250
Washington, DC 20005
*Address*

alowellpublicoutreach@lowellandassociates.com
*E-mail address*

(202) 964-6110
*Telephone number*

(202) 964-6116
*FAX number*