IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>　　　　　Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:26-cv-477-ACR |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

　　　　Pursuant to LCvR 7 and Section 9 of the Court's Standing Order (Dkt. 10), Defendants seek a three-day extension from March 3 to March 6 to file their opposition to Plaintiffs' Motion for Stay (Dkt. 8). Defendants' Motion is based on the following:

i.　　Defendants' original filing deadline is March 3, 2026, pursuant to the Court's February 24, 2026 Minute Order. The Motion does <u>not</u> seek to extend the time period the Court identified for conducting a status conference.

ii.　　This is the first request for an extension by either party.

iii.　　Good cause exists for the extension of this Motion as it will allow counsel and agency personnel sufficient time to review the Complaint, Motion, and supporting exhibits that were recently served, confer, and respond accordingly without interfering with other Court deadlines and is consistent with the three-day extension provided for by Fed. R. Civ. P. 6(d).

    iv.        Granting the Motion will have no effect on existing deadlines.

    v.        No request has been made for opposition or reply papers that would require suggested deadlines.

    vi.        Plaintiffs' Position on the Motion:

> Plaintiffs do not oppose this motion. In response to Defendants' initial request for a one-week extension, Plaintiffs requested Defendants agree to a standstill on construction, demolition, and non-maintenance landscaping—including further debris dumping—in East Potomac Park for the duration of the extension. Defendants denied Plaintiffs' request. Based on the circumstances conveyed by counsel for Defendants, Plaintiffs do not oppose a three day extension.

Respectfully submitted February 27, 2026.

                      ADAM R.F. GUSTAFSON
                      Principal Deputy Assistant Attorney General
                      Environment and Natural Resources Division
                      United States Department of Justice

                      */s/ Michael K. Robertson*
                      MICHAEL K. ROBERTSON
                      Trial Attorney
                      Natural Resources Section
                      P.O. Box 7611
                      Washington, D.C. 20044
                      Phone 202-353-1389 || Fax 202-305-0506
                      michael.robertson@usdoj.gov