IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>         Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>         Defendants. | Civil Action No. 1:26-cv-477-ACR |

**NOTICE OF PROPOSED ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Section 7.e. of the Court's Standing Order (Dkt. 10), Defendants provide the attached proposed order granting Defendants' Unopposed Motion for Extension of Time (Dkt. 16).

Respectfully submitted February 28, 2026.

          ADAM R.F. GUSTAFSON
          Principal Deputy Assistant Attorney General
          Environment and Natural Resources Division
          United States Department of Justice

          */s/ Michael K. Robertson*
          MICHAEL K. ROBERTSON
          Trial Attorney
          Natural Resources Section
          P.O. Box 7611
          Washington, D.C. 20044
          Phone 202-353-1389 || Fax 202-305-0506
          michael.robertson@usdoj.gov