Exhibit 1

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Michael Robertson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3835
Michael.Robertson@usdoj.gov

*Attorneys for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of the Interior, *et al.*, <br><br> Defendants. | No. 1:26-cv-00477 <br><br><br> **DECLARATION OF JENNIFER T. NERSESIAN, REGIONAL DIRECTOR FOR THE NATIONAL PARK SERVICE NATIONAL CAPITAL REGION** |

I, Jennifer T. Nersesian, state the following:

1. I am the Regional Director for the National Park Service ("NPS") National Capital Region ("NCR"). I have been in this position for approximately fifteen months. Before that time, I served as the Superintendent for Gateway National Recreation Area in New York. I have worked for the NPS since 2002, and in leadership roles in the NPS since 2009. I report to the NPS's Deputy Director, Operations.

1

2. The NCR comprises more than 79,000 acres of national parkland in the Washington, DC metropolitan area, including monuments and memorials, historic homes, Civil War battlefields, and natural areas.

3. As Regional Director, I oversee the NCR's regional office as well as all National Park System units within the region, including the White House and President's Park and the National Mall and Memorial Parks. East Potomac Park is managed as part of the National Mall and Memorial Parks. In all, I manage approximately one thousand employees who serve roughly 56 million visitors per year as well as preserve the nation's natural and historic resources under NPS jurisdiction in the NCR. This includes the historic preservation of monuments, memorials, and other structures, as well as administering the region's Facilities, Design, and Construction program, which coordinates and oversees projects in parks across the region.

4. I have personal knowledge of all facts stated in this declaration, including based on information received from my staff and from staff at the NPS's Washington Area Service Office, and if called to testify, I could and would testify competently thereto.

**The History of East Potomac Park**

5. The area now known as East Potomac Park was created in the late 1800s by filling submerged or marshy areas of the Potomac River, including using material dredged from the bottom of the river. Since its creation, East Potomac Park has suffered from erosion, flooding, subsidence, and drainage issues, and the park's managers have at times sought out sources of fill to address these concerns.

6. In recent years, East Potomac Park has experienced repeated inundation from high tides and wave run-up, which contributes to seawall deterioration, erosion, damage to

2

walkways and railings, problems at storm drain outfalls and utility crossings, and inundation impacts to trees and other vegetation.

7. In 2011, the NPS commissioned a study from Dewberry Engineers examining options for rehabilitating the park's seawalls, which found that "many areas along the seawall are already failing due to the combination of past settlement and washout of fill." A true copy of the 2011 Dewberry seawall report is attached as Exhibit A.

8. In 2019, the NPS prepared a cultural landscape report for three NPS-managed golf courses in the District of Columbia, including the East Potomac Park Golf Course. A copy of this report is available online at https://npshistory.com/publications/nace/clr-golf-courses-2019.pdf, and attached to Plaintiffs' Complaint at Exhibit D.

9. The 2019 cultural landscape report recommended numerous adjustments to the East Potomac Park Golf Course's topography, including:

   - "Institut[ing] a drainage plan which could include . . . reshaping of the golf course in a historically appropriate way," *id.* at 173;

   - "[L]evel[ing]" the course's tees, *id.* at 175;

   - "Restor[ing] bunkers and mounds," *id.* at 175;

   - "[M]anag[ing] runoff and provid[ing] playability . . . through the strategic placement or elevation of greens and tees," *id.* at 182; and,

   - "Restor[ing] . . . the rolling terrain and sand traps, bunkers and 'humps and hollows' hazards" of the course's original design, *id.* at 189.

10. From 1983 to 2020, Golf Course Specialists Inc. (GCS) operated the East Potomac Park Golf Course as a concessioner. GCS completed various improvements to the

3

golf course, as authorized by the NPS, including redesigning its Red Course and expanding the dikes that protect the course from river flooding.

11. On September 30, 2020, the NPS executed a lease with National Links Trust (NLT) covering East Potomac Park Golf Course and two other DC-area golf courses. *See* Bowron Declaration, Exhibit A.

12. The 2020 lease required NLT to complete various improvements at East Potomac Park Golf Course, including to:

- "Redesign and rebuild [the] White Course";

- "Redesign and rebuild [the] Red Course";

- "Construct [a] New Driving Range";

- "Rebuild [the] maintenance area"; and,

- "Construct an 18-hole putting course." *Id.* at 36-37.

13. After executing the 2020 lease, and in light of the 2011 Dewberry seawall report and the 2019 cultural landscape report, the NPS and NLT began considering a number of options for addressing drainage issues and other potential improvements for the East Potomac Park Golf Course and the larger East Potomac Park, some of which would require a considerable amount of new fill material.

14. In 2024, in coordination with NLT, the NPS began discussing with DC Water, a public utility that serves the District of Columbia, the possibility that the NPS might accept between 400,000 and 1,000,000 cubic yards of material generated from planned DC Water tunneling projects for use as fill at East Potomac Park. The NPS informed DC Water that it intended to revisit this idea later in the decade, to allow

4

time for DC Water's tunneling projects to advance and for the NPS to further refine its potential renovation plans.

**The Soil Storage Project**

15. Excavation on the White House grounds in support of the East Wing Modernization Project, a project to replace the former East Wing of the White House with a more modern facility that meets the current operational needs of the Executive Office of the President, began in October 2025. Excavation in support of that project is expected to result in the removal of at least 30,000 cubic yards of soil from the White House grounds. This material consists both of native soil and of fill that was placed on the White House grounds during the course of its history. Approximately 30,000 cubic yards of this excavated soil are anticipated to be transported and stored at East Potomac Park.

16. The approximately 30,000 cubic yards expected to be excavated from the White House grounds as part of the East Wing Modernization Project and transported to East Potomac Park is more than an order of magnitude smaller than the volume of material that the NPS previously discussed acquiring from DC Water for use in East Potomac Park, and is equivalent to less than one inch of soil spread across the park's 330 acres.

17. While the NPS has not finalized specific plans for utilizing the soil that was excavated from the White House for improvements at the East Potomac Park Golf Course, the NPS intends to reuse the soil for landscaping, drainage improvement, or other similar uses to maintain and improve East Potomac Park, under a variety of scenarios.

5

18. Members of my staff worked closely with NLT to identify a location to stockpile the soil until it could be beneficially reused at the park. The stockpile location was selected to avoid interfering with site infrastructure and continued recreational use of the golf course, and because it would be accessible to trucks for soil deliveries.

19. On October 16, 2025, the NPS completed a categorical exclusion (CE) documentation form for the soil storage project, to comply with the National Environmental Policy Act (NEPA). The form was signed by the superintendent for the NPS National Mall and Memorial Parks, an NPS official under my supervision. A true copy of the CE documentation form is attached as Exhibit B.

20. The CE documentation form explains that "[e]xcavation for the East Wing Modernization Project at the White House will yield approximately 30,000 cubic yards of soil," and that "[t]here is interest in using this soil at East Potomac Park where some level of infill is planned as part of improvements to be made by the Golf Course lessee." The proposed action included "temporary storage" of "clean fill on previously disturbed and maintained areas of the East Potomac Golf Course," for later reuse. Exhibit B at 1.

21. As documented in the CE documentation form, the NPS concluded that the proposed soil storage project was "consistent with CE 12.5(C)(19), which covers 'landscaping and landscape maintenance in previously disturbed or developed areas,'" because the soil was expected to be used for "contour correction, drainage improvement, and turf establishment," which "represent[] maintenance and minor modification of an existing managed landscape, not new construction or a change in land use." Exhibit B

at 1. The NPS further documented that "[t]he soil will be tested and verified as clean prior to placement, eliminating the risk of introducing contaminants." *Id.*

22. The NPS also considered the extraordinary circumstances identified in the Department of the Interior's NEPA implementing regulations, and documented its finding that none of these extraordinary circumstances existed in the CE documentation form. Exhibit B at 3.

23. Also on October 16, 2025, the NPS completed an "Assessment of Actions Having an Effect on Historic Properties" for the soil storage project, documenting compliance with Section 106 of the National Historic Preservation Act (NHPA). The assessment was signed by the Acting Chief of Resource Management for the National Mall and Memorial Parks, and approved by the park superintendent. Both individuals are under my supervision. A true copy of the assessment is attached as Exhibit C.

24. The assessment documented the NPS's consideration of the effects of the proposed project on historic properties and the NPS's finding that the project would have "No Adverse Effect" on any historic properties. Exhibit C at 3. The NPS found that the project was eligible for streamlined review under the NPS's 2008 Nationwide Programmatic Agreement with the Advisory Council on Historic Preservation and the National Conference of State Historic Preservation Officers, because "all historic property identification has been previously completed, the activity is generally consistent with routine grounds maintenance, the placement of fill will not significantly alter the design of the course (cultural landscape) and will result in No Adverse Effect to the historic property." Exhibit C at 3. A copy of the NPS's 2008 Nationwide Programmatic Agreement is attached as Exhibit D.

25. Also on October 16, 2025, NPS staff completed informal consultation with the U.S. Fish and Wildlife Service in accordance with the Endangered Species Act. As a result of this informal consultation, the NPS made a no effect determination for the Northern Long-Eared Bat and the Tricolored Bat. A true copy of the record of project representative's no effect determination is attached as Exhibit E. A true copy of the species list provided by the U.S. Fish and Wildlife Service is attached as Exhibit F.

26. On October 17, 2025, the NPS prepared a conceptual stockpile plan for the soil stockpile area, specifying requirements for erosion and sediment control measures, limits of disturbance, haul roads, topsoil preservation, and protection of irrigation, drainage, and recreational access features. The NPS prepared this plan in consultation with staff from the District of Columbia Department of Energy and Environment (DC DOEE). A true copy of the conceptual stockpile plan is attached as Exhibit G.

27. On October 18, 2025, personnel from Clark Construction (the general contractor for the White House East Wing Modernization Project) began to implement the site preparation measures specified in the conceptual stockpile plan, including laying down temporary material for the haul road.

28. On October 20, 2025, the NPS completed a grading, erosion, and sediment control plan, based on the conceptual stockpile plan, specifying in detail how the fill material would be stored and managed. The grading, erosion, and sediment control plan was approved by the DC DOEE on November 26, 2025. A true copy of the grading, erosion, and sediment control plan is attached as Exhibit H.

29. Also on October 20, 2025, the first loads of soil from the East Wing Modernization Project were delivered to the prepared stockpile site.

30. On November 19, 2025, the NPS completed a stormwater pollution prevention plan, as required by the 2022 Construction General Permit issued by the Environmental Protection Agency (EPA). A true copy of the stormwater pollution prevention plan is attached as Exhibit I.

31. Also on November 19, 2025, the NPS submitted to the EPA a notice of intent to rely on the EPA's 2022 Construction General Permit. The EPA notified the NPS on December 2, 2025, that the notice of intent had been accepted. A true copy of the EPA's December 2, 2025, notification is attached as Exhibit J.

32. As shown in the grading, erosion, and sediment control plan, the NPS will apply temporary and permanent seeding to the soil stockpile to prevent erosion. See Exhibit H at 3-5.

33. In addition to the measures required in the conceptual stockpile plan and the grading, erosion, and sediment control plan, Clark Construction has implemented various environmental, health, safety, and security measures required by the NPS, including:

- Flaggers and chain-link fencing;

- Silt protection of adjacent stormwater grates;

- Tree protection zones; and,

- Regular street-sweeping and street-washing along haul routes.

34. The NPS has also implemented additional oversight measures, including daily field monitoring by NPS staff and contractors, and weekly site inspections by an NPS employee trained to conduct construction site inspections under the EPA's 2022 Construction General Permit in order to ensure compliance with the stormwater pollution prevention plan.

35. As part of its ongoing oversight and management of the soil stockpile, the NPS is monitoring the remaining space available at the stockpile site. If needed, the NPS may develop plans for additional storage to contain the remainder of the approximately 30,000 cubic yards. Before developing any additional storage area, the NPS would complete all necessary compliance.

**The NPS's Monitoring and Evaluation Plan**

36. In order to ensure that all soil transported from the White House grounds for storage at East Potomac Park is clean and suitable for temporary storage at the park, and for the soil's long-term intended use as part of the park's landscaping, the NPS has developed a robust monitoring and evaluation plan. This monitoring and evaluation plan ensures that the arriving soil is tested for the presence of potential contaminants of concern (COCs), and that any results indicating the presence of COCs are evaluated against conservative thresholds to ensure that the soil is clean and suitable for its intended use. In this context, "conservative" means that the selected thresholds are more stringent than required to ensure that the soil is safe for its intended use as clean fill at an urban recreational site.

37. The NPS's monitoring and evaluation plan is generally described in a technical memorandum prepared on the NPS's behalf by NPS contractor Jacobs Engineering Group on October 24, 2025. A true copy of the Jacobs Engineering technical memorandum is attached as Exhibit K. This technical memorandum has been redacted to remove certain confidential pricing information.

38. Before the soil leaves the White House site, Clark Construction conducts onsite testing using a Hanby TPH colorimetric screening kit and/or a Photoionization

Detector to identify evidence of contamination. Clark Construction has been providing these testing results and reports to the government on a monthly basis. Based on monthly reports of the test results that the NPS has received from Clark Construction to date, these tests have not indicated any contamination. In the event of a positive test result, the soil is not to be delivered to the East Potomac Park Golf Course.

39. The NPS also is evaluating the incoming soil using a protocol it developed, based on a list of COCs developed by the State of Maryland for ensuring the suitability of clean imported fill material. The COCs evaluated under the NPS protocol include volatile organic compounds; semivolatile organic compounds, such as polycyclic aromatic hydrocarbons; polychlorinated biphenyls; pesticides; herbicides; petroleum hydrocarbons; asbestos; and heavy metals. The NPS chose to use the list of COCs developed by the State of Maryland in developing its protocol because the District of Columbia does not have a comparable list of its own, and the Maryland list is well-developed and widely used within the NCR. The NPS is not using the NPS's "Clean Fill Protocol" because that protocol is intended for use when importing material to remediate contaminated sites on NPS lands, and in this case, there is no contaminated site and no ongoing or planned remediation.

40. In addition to the COCs listed by the State of Maryland, the NPS is also testing the incoming soil for asbestos.

41. The NPS is comparing levels of the COCs in the soil imported from the White House grounds to levels of these COCs found in ten baseline samples collected from locations near the material storage site at East Potomac Park, as well as to

11

conservative human health screening values published by the EPA for residential soil, and to NPS screening values for ecological receptors. Both sets of screening values are conservative thresholds used only to identify the need for additional evaluation, and an observed value that exceeds these screening values does not by itself indicate the need for cleanup or another action. The NPS's use of the EPA's residential thresholds for human health adds another layer of conservatism, because East Potomac Park is not a residential location. If the soil's COC levels exceed the baseline samples and the screening values, the NPS may conduct further analysis of soil from the stockpile. Then, if the NPS determines based on this holistic evaluation that the soil would pose an unacceptable risk to human health or the environment, it would take further action.

42. The storage site is only intended for soil excavated from the White House—not debris or rubble. Once the soil arrives at East Potomac Park, Clark Construction sorts through the soil to screen for and remove any materials that may have been inadvertently transported along with the soil from the White House grounds, such as metal pipes. Clark Construction then transports any such material out of the park for disposal. While this segregated debris must at times be placed temporarily on park grounds while awaiting removal, this debris is not part of the fill material that the NPS is storing at the park.

43. The NPS's environmental monitoring contractor collects samples from a representative selection of arriving soil, and analyzes those samples for the COCs identified in the NPS protocol described above.

44. While the frequency of sample collection has varied over time, the NPS (through its environmental monitoring contractor) collects an average of at least one sample for every 1000 cubic yards of arriving fill material, consistent with recommendations included in the Maryland Department of the Environment's fact sheet on clean imported fill materials. A true copy of the Maryland Department of the Environment fact sheet on clean imported fill materials is attached as Exhibit L.

45. On February 25, 2026, the NPS executed a new contract with its environmental monitoring contractor, to replace the preexisting technical services contract under which the contractor has performed sampling, testing, and analysis for this project. The new contract is similar to the preexisting contract, but will also require the contractor to develop a sampling and analysis plan specifically for the East Potomac Park storage project, which will include a quality assurance project plan. The new contract may also require the contractor to prepare human health and ecological risk assessments, based on the results of its testing and analysis.

46. The results of the NPS's testing to date indicate that the levels of COCs in the incoming soil are very similar to levels in the existing soil at East Potomac Park, and that the material is clean and suitable for temporary storage at the park, and for the material's long-term intended use as part of the park's landscaping.

47. To date, the NPS has not detected any asbestos in the incoming soil.

**Harm to the NPS from an Injunction**

48. To date, the NPS has accepted approximately 25,000 cubic yards of soil at East Potomac Park, and continues to anticipate that the total volume received will be approximately 30,000 cubic yards.

49. Based on the results of the NPS's monitoring and activities to date, as described above, this soil is suitable for beneficial reuse at a recreational site like East Potomac Park.

50. If the ongoing soil importation project were enjoined and the NPS were required to remove the stored soil from East Potomac Park, the NPS would either need to find an alternative location to store the material until the NPS is ready to beneficially reuse the soil, after completing any required compliance, or would need to find a location to dispose of the soil, rendering it unavailable for beneficial reuse in the park and requiring the NPS to obtain fill material for future projects elsewhere.

51. Depending on the distance to the alternative storage or disposal site, as well as other variables, the cost of hauling the soil away could range from $110 to $215 per cubic yard. Therefore, the NPS has estimated that the cost of removing the currently stockpiled soil alone could range from approximately $2.7 to 5.4 million, not including the other costs discussed above.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 6, 2026.

JENNIFER
NERSESIAN

Digitally signed by JENNIFER
NERSESIAN
Date: 2026.03.06 18:50:08 -05'00'

_____

Jennifer T. Nersesian

Regional Director for the National Capital Region

National Park Service

14