# Declaration of Jennifer T. Nersesian

# Exhibit H

# East Potomac Park Golf Course Grading Plan

# EAST POTOMAC PARK GOLF COURSE GRADING PLAN

**DEPARTMENT OF ENERGY & ENVIRONMENT**

The following stamps were applied via the Surface and Groundwater System. Each stamp was signed electronically at the indicated time.

**Erosion & Sediment Control Approval**
File No. 25-s24792

**Notice:** This Approval is for the Erosion & Sediment Control Plan only. All site activities, including clearing, grading, drainage, and construction of design features must be accomplished in strict accordance with this approved plan and 21 DCMR Chapter 5. This approved plan may not be revised or changed without DOEE's approval.

The applicant must complete a DOEE pre-construction inspection before starting any land disturbance and must request a DOEE final construction inspection within one week after completing land disturbance. See more info at doee.dc.gov/service/construction-site-inspections.

**Request a pre-construction inspection at doee.dc.gov/SGS.**

**Failure to comply with the requirements of this approval may result in enforcement action.**

Approved By: _____    Date: 11-26-2025 10:20 AM



## VICINITY MAP
## WASHINGTON, DC
SCALE: 1"=4,000'



## LOCATION MAP
## WASHINGTON, DC
SCALE: 1"=500'

## OWNER / DEVELOPER CONTACT

OWNER:    UNITED STATES OF AMERICA
          NATIONAL PARK SERVICE
          NATIONAL MALL AND MEMORIAL PARKS

ADDRESS:  1100 OHIO DRIVE, SW
          WASHINGTON, DC 20242

CONTACT:  MATTHEW MOHLER (NPS NCR PROJECT MANAGER)
          202-674-3845
          matthew_mohler@nps.gov

## PROJECT NARRATIVE

THIS IS A FEDERAL PROJECT FOR THE NATIONAL PARK SERVICE TO CONSTRUCT A SOIL STOCKPILE AND TEMPORARY ACCESS ROAD WITHIN THE EAST POTOMAC PARK GOLF COURSE, SOUTH OF BUCKEYE DRIVE BETWEEN FAIRWAYS #4, #5 AND #9. THE SOIL STOCKPILE WILL PERMANENTLY REMAIN ONSITE AS A LANDSCAPE FEATURE AND AFTER FINAL STABILIZATION IS COMPLETE THE TEMPORARY ACCESS ROAD WILL BE REMOVED AND ALL DISTURBED AREAS WILL BE RESTORED TO PRE-CONSTRUCTION CONDITIONS.

### Civil Sheet List Table

| Sheet Number | Sheet Title |
|---|---|
| C1 | COVERSHEET AND GENERAL NOTES |
| C2 | EXISTING CONDITIONS |
| C3 | OVERALL EROSION AND SEDIMENT CONTROL PLAN |
| C4 | GRADING AND EROSION & SEDIMENT CONTROL PLAN |
| C5 | GRADING AND EROSION & SEDIMENT CONTROL PLAN |
| C6 | EROSION AND SEDIMENT CONTROL DETAILS |
| C7 | EROSION AND SEDIMENT CONTROL DETAILS |
| C8 | EROSION AND SEDIMENT CONTROL NOTES |
| C9 | EROSION AND SEDIMENT CONTROL NOTES |

## STORMWATER MANAGEMENT

### SWM REQUIREMENTS
THE PROJECT IS NOT SUBJECT TO THE REQUIREMENTS OF THE DISTRICT OF COLUMBIA'S STORMWATER MANAGEMENT REGULATIONS, CHAPTER 5 OF TITLE 21 OF THE DISTRICT OF COLUMBIA MUNICIPAL REGULATIONS (DCMR).

## CONTAMINATED SOILS SUMMARY

NO CONTAMINATION IS EXPECTED AND NO CONTAMINATED SOIL SHOULD BE PLACED ON SITE. THE CONTRACTOR CLARK CONSTRUCTION MUST AND WILL INSPECT EVERY LOAD WITH A SNIFFER PRIOR TO TRUCKING TO THE SITE. THE NATIONAL PARK SERVICE HAS ALSO ENGAGED JACOBS TO PERIODICALLY SAMPLE AND TEST THE SOIL FOR CONTAMINATION. IF ANY CONTAMINATED SOIL IS ENCOUNTERED IT WILL NOT BE ACCEPTED ON SITE AND WILL BE TAKEN TO AN APPROVED OFFSITE LOCATION.

## CIVIL PROJECT NOTES

1.  THE PROJECT IS LOCATED WITHIN THE EAST POTOMAC PARK GOLF COURSE, LOCATED AT 972 OHIO DRIVE SW, WASHINGTON, DC 20024. THE GOLF COURSE IS ON NATIONAL PARK SERVICE PROPERTY UNDER THE JURISDICTION OF THE NATIONAL MALL AND MEMORIAL PARKS. THE PROJECT CONSISTS OF THE CONSTRUCTION OF A SOIL STOCKPILE THAT WILL REMAIN ONSITE AS A PERMANENT LANDSCAPE FEATURE.

2.  APPROVAL OF THIS PLAN SHALL IN NO WAY GRANT PERMISSION BY THE APPROVING JURISDICTION FOR THE CONTRACTOR TO TRESPASS ON OFF-SITE PROPERTIES.

3.  ALL CONSTRUCTION AND MATERIALS SHALL CONFORM TO THESE PLANS, SCOPE OF WORK AND FEDERAL, DISTRICT AND LOCAL STANDARDS.

4.  THE COMPLETED INSTALLATION SHALL CONFORM TO ALL APPLICABLE FEDERAL, DISTRICT, AND LOCAL CODES, ORDINANCES AND REGULATIONS, WHERE THE ORDINANCES DIFFER THE MOST RESTRICTIVE SHALL APPLY. NPS WILL SUBMIT PROJECT DRAWINGS TO THE DC DEPARTMENT OF BUILDINGS (DOB) AND OBTAIN REQUIRED EROSION AND SEDIMENT CONTROL PLAN APPROVAL FROM THE DEPARTMENT OF ENERGY & ENVIRONMENT (DOEE). NPS WILL PAY THE FEES ASSOCIATED WITH THE EROSION AND SEDIMENT CONTROL PLAN REVIEW AND PERMIT ACQUISITION. ONCE NPS OBTAINS EROSION AND SEDIMENT CONTROL PLAN APPROVAL THE CONTRACTOR MUST SECURE THE EROSION AND SEDIMENT CONTROL PERMIT FROM (DOEE). ALL OTHER LICENSES AND INSPECTIONS REQUIRED BY THE GOVERNING AUTHORITIES FOR THE EXECUTION AND COMPLETION OF WORK SHALL BE SECURED BY THE CONTRACTOR PRIOR TO COMMENCING CONSTRUCTION UNLESS DIRECTED OTHERWISE BY THE CONTRACTING OFFICER.

5.  THE GOVERNMENT IS NOT RESPONSIBLE FOR THE SAFETY OF THE CONTRACTOR OR ITS CREW. ALL O.S.H.A REGULATIONS SHALL BE STRICTLY ADHERED TO IN THE PERFORMANCE OF WORK. CONTRACTOR SHALL BE RESPONSIBLE FOR INITIATING, MAINTAINING AND SUPERVISING ALL SAFETY PRECAUTIONS AND PROGRAMS IN CONNECTION WITH PERFORMANCE OF ITS WORK AND THE WORK OF ITS SUBCONTRACTORS.

6.  THE CONTRACTOR SHALL BE RESPONSIBLE FOR MAINTAINING ALL ROADWAYS AND WALKWAYS AND FOR KEEPING THEM CLEAN AND FREE OF CONSTRUCTION MATERIALS AND DEBRIS, AND PROVIDING DUST CONTROL AS REQUIRED. IN ADDITION, THE CONTRACTOR SHALL BE RESPONSIBLE FOR TRASH REMOVAL REQUIRED WITHIN THE L.O.D.

7.  CLOSURES TO PEDESTRIAN WALKWAYS AND OTHER CIRCULATION FEATURES MUST BE COORDINATED WITH THE PARK. CONTRACTOR SHALL PROVIDE A PEDESTRIAN, SIGNAGE AND TRAFFIC CONTROL PLAN TO THE CONTRACTING OFFICER FOR REVIEW AND APPROVAL. CONTRACTOR SHALL PROVIDE ALL SIGNAGE NECESSARY FOR MAINTENANCE.

8.  CONTRACTOR SHALL MAINTAIN ALL UTILITIES ADJACENT TO OCCUPIED BUILDINGS OR PROPERTIES UNLESS WRITTEN AUTHORIZATION IS PROVIDED BY THE CONTRACTING OFFICER.

9.  THE LOCATION OF UNDERGROUND UTILITIES SHOWN ON THE PLAN ARE BASED UPON BEST AVAILABLE INFORMATION. EXISTING UTILITY INFORMATION SHOWN IS FOR INFORMATION ONLY AND IS NOT GUARANTEED TO BE COMPLETE OR ACCURATE. IT IS THE CONTRACTORS RESPONSIBILITY TO DETERMINE THE EXACT LOCATION OF ALL UTILITIES BEFORE COMMENCING WORK AND FOR ANY DAMAGES WHICH OCCUR BY HIS FAILURE TO LOCATE OR PRESERVE THESE UNDERGROUND UTILITIES. THE CONTRACTOR SHALL FIELD VERIFY LOCATIONS, ELEVATIONS, PIPE SIZES, AND MATERIAL TYPES PRIOR TO CONSTRUCTION AND SHALL BRING ANY DISCREPANCIES TO THE CONTRACTING OFFICER A MINIMUM OF 7 DAYS PRIOR TO CONSTRUCTION.

10. CONTRACTOR SHALL NOTIFY CO/COR AND OPERATORS WHO MAINTAIN EXISTING UNDERGROUND UTILITY LINES IN THE AREA OF PROPOSED EXCAVATION AT LEAST TWO (2) WORKING DAYS, BUT NOT MORE THAN (10) WORKING DAYS PRIOR TO COMMENCEMENT OF EXCAVATION OR DEMOLITION. CONTRACTOR SHALL HIRE A THIRD-PARTY UTILITY LOCATOR PRIOR TO COMMENCEMENT OF ANY EXCAVATION.

11. CONTRACTOR(S) SHALL TAKE ALL MEASURES NECESSARY TO PROTECT UTILITIES DURING CONSTRUCTION. SHOULD ANY UTILITY LINE, STRUCTURE, OR COMPONENT BECOME DAMAGED OR REQUIRE RELOCATION, THE CONTRACTOR SHALL IMMEDIATELY NOTIFY THE RESPONSIBLE UTILITY OWNER, THE CLIENT, AND THE ENGINEER OF RECORD. THE CONTRACTOR(S) ARE RESPONSIBLE FOR ANY DAMAGED UTILITIES AT NO EXPENSE TO THE CLIENT.

12. THE CONTRACTOR SHALL MAINTAIN AT ALL TIMES A SET OF RECORD DRAWINGS DURING THE PROGRESSION OF THE PROJECT. RECORD DRAWINGS SHALL ALSO BE UPDATED ON A DAILY BASIS AND SHALL BE SUBMITTED TO THE CONTRACTING OFFICER AT THE COMPLETION OF THE CONSTRUCTION. RECORD DRAWINGS MUST INCLUDE THE LOCATION OF ALL UNDERGROUND AND ABOVE GROUND UTILITIES, ENCOUNTERED AND/OR RELOCATED. THE CONTRACTOR SHALL PROVIDE A HARD COPY AND ELECTRONIC COPY OF ALL AS-BUILT DRAWINGS. ELECTRONIC COPIES ARE REQUIRED IN CAD (.DWG) FORMAT.

13. CONTRACTOR IS RESPONSIBLE FOR COORDINATING WITH ALL UTILITY COMPANIES AS APPLICABLE.

14. MATERIALS SHALL BE NEW. NO MANUFACTURER AND/OR INSTALLER IDENTIFYING INFORMATION SHALL APPEAR ON FINISHED INSTALLATION.

15. A SAFETY PLAN SHALL BE REQUIRED.

16. TEMPORARY FENCES AND OTHER STRUCTURES INSTALLED AT THE SITE MUST BE ABLE TO WITHSTAND ADVERSE WEATHER CONDITIONS.

17. CONTRACTOR IS RESPONSIBLE FOR CLEARLY IDENTIFYING THE AREA OF CONSTRUCTION AND SAFELY ROUTING ALL VEHICULAR AND PEDESTRIAN TRAFFIC AROUND THE CONSTRUCTION AREA. PROPER SIGNAGE AND BARRIERS MUST BE MAINTAINED AT THE CONTRACTOR'S EXPENSE TO MAINTAIN EMERGENCY EGRESS AND KEEP PEDESTRIAN TRAFFIC CLEAR FROM CONSTRUCTION ACTIVITIES, SUBMIT PEDESTRIAN, SIGNAGE AND TRAFFIC CONTROL PLAN FOR CONTRACTING OFFICER APPROVAL PRIOR TO STARTING WORK AT THE SITE, PLAN MUST ADDRESS ALL PHASES OF CONSTRUCTION. EMERGENCY EGRESS SHALL BE SUITABLE FOR PERSONS WITH DISABILITIES.

18. CONSTRUCTION DEBRIS MUST BE DISPOSED OFF SITE AT AN APPROVED FACILITY AND DISPOSAL MANIFESTS MUST BE SUBMITTED TO THE CONTRACTING OFFICER.

19. CONTRACTOR IS RESPONSIBLE FOR DEMOLISHING/ REMOVING AND REINSTALLING TEMPORARY FACILITIES (I.E. FENCING, BARRIERS, UTILITIES) AS DIRECTED BY THE CONTRACTING OFFICER AND AS REQUIRED TO PERFORM THE WORK.

20. ALL AREAS, ON OR OFF SITE, DISTURBED AS A RESULT OF THE CONTRACTORS ACTIVITIES SHALL BE RETURNED TO PRE-CONSTRUCTION CONDITIONS, AREAS WILL BE CONSIDERED COMPLETELY RESTORED UPON CONTRACTING OFFICER APPROVAL.

21. CONTRACTOR SHALL TAKE MEASURES NECESSARY TO CONTROL NOISE IN ACCORDANCE WITH PARK RULES AND AS DIRECTED BY THE CONTRACTING OFFICER. CONTRACTOR SHALL ADHERE TO ALL DC DEPARTMENT OF BUILDINGS (DOB) NOISE REGULATIONS, DOB ALLOWS CONSTRUCTION MONDAY THROUGH SATURDAY FROM 7 AM TO 7 PM WITHOUT ANY SPECIAL PERMITS. CONTRACTOR IS RESPONSIBLE FOR COLLECTION, TRANSPORTATION AND DISPOSAL OF ALL CONSTRUCTION MATERIALS AND WASTE TO AND FROM THE SITE.

22. CONTRACTOR(S) SHALL PROTECT EXISTING BUILDINGS, STRUCTURES, UTILITIES, SURVEY MARKERS, MONUMENTS, ETC. DURING CONSTRUCTION UNLESS OTHERWISE SPECIFIED ON THE DEMOLITION PLAN.

23. CONSTRUCTION WARNING SIGNS ARE TO BE MOUNTED AND ERECTED BEFORE CONSTRUCTION CAN COMMENCE. THESE AND ALL TRAFFIC CONTROL DEVICES SHALL FOLLOW STANDARDS SET FORTH BY THE MANUAL OF UNIFORM TRAFFIC CONTROL DEVICES (MUTCD), DDOT STANDARDS, AND APPROVED PEDESTRIAN, SIGNAGE AND TRAFFIC CONTROL PLAN.



DISTRICT OF COLUMBIA
MATTHEW J MOHLER
No. PE40002784
LICENSED
PROFESSIONAL ENGINEER

## PROFESSIONAL CERTIFICATION
I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

| | | | |
|---|---|---|---|
| DESIGNED: REY | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
| C.A.D.D REY | | COVERSHEET AND GENERAL NOTES | — |
| TECH. REVIEW: DAC & MJM | C1 | EAST POTOMAC PARK GOLF COURSE | PMIS/PKG NO. |
| DATE: 10/20/2025 | | NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 1 OF 9 |



## EXISTING CONDITIONS NOTES

1. THIS PLAN REPRESENTS AN AERIAL TOPOGRAPHIC SURVEY AND UNDERGROUND UTILITY MAPPING OF THE EXISTING CONDITIONS OF EAST POTOMAC GOLF COURSE LOCATED IN NATIONAL MALL AND MEMORIAL PARKS. THE EXISTING INFORMATION SHOWN HEREON IS BASED UPON A SURVEY PREPARED BY DEWBERRY & DAVIS AND GREENHORNE & OMARA, INC. DATED JUNE 2006. A UTILITY DESIGNATION WAS PERFORMED BY MID-ATLANTIC UTILITY LOCATING, L.L.C. DATED JUNE 2014.

2. DUE TO THE OPERATING NATURE AND USE OF THE SUBJECT PREMISES SOME FEATURES MAY NOT BE LOCATED OR SHOWN HEREON.

3. SYMBOLS ARE FOR ILLUSTRATING PURPOSES ONLY, THEY ARE NOT NECESSARILY OF THE SAME TYPE AND /OR SIZE OF THE OBJECT WHICH THEY REPRESENT.

4. EXISTING UTILITY INFORMATION SHOWN IS FOR INFORMATION ONLY AND IS NOT GUARANTEED TO BE COMPLETE OR ACCURATE. IT IS THE CONTRACTORS RESPONSIBILITY TO FIELD VERIFY LOCATIONS, ELEVATIONS, PIPE SIZES, AND MATERIAL TYPES PRIOR TO CONSTRUCTION AND SHALL BRING ANY DISCREPANCIES TO THE CONTRACTING OFFICER A MINIMUM OF 7 DAYS PRIOR TO CONSTRUCTION.

5. HORIZONTAL DATUM IS REFERENCED TO THE MARYLAND STATE PLANE COORDINATE SYSTEM NAD 27 (1927) ZONE 1900.

6. VERTICAL DATUM ELEVATIONS ARE REFERENCED TO THE DISTRICT OF COLUMBIA DEPARTMENT OF PUBLIC WORKS DATUM (NORTH AMERICAN VERTICAL DATUM OF 1929).

7. THE PROPERTY LINES SHOWN ON THIS DRAWING ARE PLACED FROM THE TAX MAP AND PLANS OF RECORD AND ARE FOR INFORMATIONAL PURPOSES ONLY, AS SUCH THEY SHOULD NOT BE CONSTRUED AS A BOUNDARY SURVEY.

### EXISTING CONDITIONS LEGEND:

EDGE OF PAVEMENT

MINOR CONTOUR

MAJOR CONTOUR

100 YEAR FEMA FLOODPLAIN

ELECTRIC LINE — UGE

STORM SEWER

WATER LINE — W

FAIRWAY

GREEN

TEE

TREE

### PROFESSIONAL CERTIFICATION

I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

SCALE OF FEET
40  0  40  80

| DESIGNED: REY | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D REY | | **EXISTING CONDITIONS** | |
| TECH. REVIEW: DAC & | **C2** | | PMIS/PKG NO. |
| DATE 10/20/2025 | | EAST POTOMAC PARK GOLF COURSE NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 2 OF 9 |

DISTRICT OF COLUMBIA
MATTHEW J. MOHLER
No. PE40002784
LICENSED
PROFESSIONAL ENGINEER


DEPARTMENT OF ENERGY & ENVIRONMENT

**LEGEND:**

| | | |
|---|---|---|
| LIMITS OF DISTURBANCE | LOD | —— LOD —— LOD —— |
| SUPER SILT FENCE | SSF | |
| FILTER SOCK | FS | |
| TREE PROTECTION | TP | |
| PERMANENT SEEDING | PS | |
| TEMPORARY SEEDING | TS | |
| INLET PROTECTION | IP | |
| STABILIZED CONSTRUCTION ENTRANCE | CE | |

**NOTES:**
1. IF REQUIRED, ESTABLISH TREE PROTECTION FENCING AT A MINIMUM RADIUS OF 1 FOOT FOR EVERY 1 INCH OF TRUNK DIAMETER AT BREAST HEIGHT. CONTRACTOR SHALL VERIFY TREE DIAMETER AND TREE PROTECTION AREAS AT TIME OF CONSTRUCTION. WHERE THIS REQUIREMENT CAN'T BE MET DUE TO SITE CONSTRAINTS, TREE PROTECTION FENCING SHALL BE INSTALLED TO THE MAXIMUM EXTENTS POSSIBLE.
2. SUPER SILT FENCE HAS BEEN OFFSET FOR GRAPHICAL CLARITY AND SHOULD BE PLACED ALONG THE LIMITS OF DISTURBANCE. INSIDE SUPER SILT FENCED AREAS SHALL BE CONSIDERED "HARD HAT AREA".
3. THE CONTRACTOR MUST CONSTRUCT ORANGE SAFETY FENCE IF REQUESTED BY NPS. SPACE MUST BE ADEQUATE TO PROTECT VISITORS, PEDESTRIANS, NPS STAFF, AND THE CONTRACTOR'S WORKERS.

**EXISTING CONDITIONS LEGEND:**

| | |
|---|---|
| EDGE OF PAVEMENT | |
| MINOR CONTOUR | |
| MAJOR CONTOUR | |
| 100 YEAR FEMA FLOODPLAIN | |
| ELECTRIC LINE | —— UGE —— |
| STORM SEWER | |
| WATER LINE | —— W —— |
| FAIRWAY | |
| GREEN | |
| TEE | |
| TREE | |

SOIL STOCKPILE FOOTPRINT

SCALE OF FEET
40   0   40   80

**PROFESSIONAL CERTIFICATION**
I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

DISTRICT OF COLUMBIA — MATTHEW J. MOHLER — No. PE40002784 — LICENSED — PROFESSIONAL ENGINEER

| DESIGNED: REY | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D REY | **C3** | **OVERALL EROSION AND SEDIMENT CONTROL PLAN** | PMIS/PKG NO. |
| TECH. REVIEW: DAC & | | EAST POTOMAC PARK GOLF COURSE NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 3 OF 9 |
| DATE: 10/20/2025 | | | |



DEPARTMENT OF ENERGY & ENVIRONMENT

LEGEND:
- LIMITS OF DISTURBANCE (LOD)
- SUPER SILT FENCE (SSF)
- FILTER SOCK (FS)
- TREE PROTECTION (TP)
- PERMANENT SEEDING (PS)
- TEMPORARY SEEDING (TS)
- INLET PROTECTION (IP)
- STABILIZED CONSTRUCTION ENTRANCE (CE)

NOTES:
1. IF REQUIRED, ESTABLISH TREE PROTECTION FENCING AT A MINIMUM RADIUS OF 1 FOOT FOR EVERY 1 INCH OF TRUNK DIAMETER AT BREAST HEIGHT. CONTRACTOR SHALL VERIFY TREE DIAMETER AND TREE PROTECTION AREAS AT TIME OF CONSTRUCTION. WHERE THIS REQUIREMENT CAN'T BE MET DUE TO SITE CONSTRAINTS, TREE PROTECTION FENCING SHALL BE INSTALLED TO THE MAXIMUM EXTENTS POSSIBLE.
2. SUPER SILT FENCE HAS BEEN OFFSET FOR GRAPHICAL CLARITY AND SHOULD BE PLACED ALONG THE LIMITS OF DISTURBANCE. INSIDE SUPER SILT FENCED AREAS SHALL BE CONSIDERED "HARD HAT AREA".
3. THE CONTRACTOR MUST CONSTRUCT ORANGE SAFETY FENCE IF REQUESTED BY NPS. SPACE MUST BE ADEQUATE TO PROTECT VISITORS, PEDESTRIANS, NPS STAFF, AND THE CONTRACTOR'S WORKERS.

EXISTING CONDITIONS LEGEND:
- EDGE OF PAVEMENT
- MINOR CONTOUR
- MAJOR CONTOUR
- 100 YEAR FEMA FLOODPLAIN
- ELECTRIC LINE — UGE
- STORM SEWER
- WATER LINE — W
- FAIRWAY
- GREEN
- TEE
- TREE

INSTALL MOVEABLE FILTER SOCK ACROSS ENTRANCE IF NEEDED. (FILTER SOCK TO BE PLACED ACROSS ENTRANCE AT THE END OF EACH WORKING DAY)

PERMANENTLY STABILIZE AFTER ACCESS ROAD REMOVAL

ACCESS ROAD WITH GEOTEXTILE, STONE, GRAVEL AND STEEL PLATES AS NEEDED TO PROTECT GROUND SURFACE AND MAINTAIN A CLEAN ROADWAY TO THE MAXIMUM EXTENT PRACTICABLE

TEMPORARY CULVERT WITH ACCESS ROADWAY OVERTOP TO BRIDGE EXISTING DRAINAGE DITCH (CULVERT SIZE NEEDED TO CONVEY RUNOFF TO BE FIELD DETERMINED)

INSTALL STEEL PLATES AS NEEDED TO PROTECT EXISTING UNDERGROUND UTILITIES

20' WIDE ACCESS ROAD

STABILIZED CONSTRUCTION ENTRANCE WITH CATTLE GUARD

LIMITS OF DISTURBANCE (LOD)

CONTRACTOR TO INSPECT ACCESS ROAD AND DOWNSTREAM AREAS FOR SEDIMENT MIGRATION AFTER EACH RAIN EVENT. SHOULD SEDIMENT MIGRATION OCCUR THE CONTRACTOR SHALL INSTALL FILTER LOG OR EQUIVALENT MEASURES IN THE AFFECTED AREAS.

INSTALL MOVEABLE FILTER SOCK ACROSS STOCKPILE ENTRANCE IF NEEDED. (FILTER SOCK TO BE PLACED ACROSS STOCKPILE ENTRANCE AT THE END OF EACH WORKING DAY)

LIMITS OF DISTURBANCE (LOD)

SUPER SILT FENCE (TYP.) (SSF)

SIDE SLOPES OF STOCKPILE SHALL BE NO STEEPER THAN 3:1

TEMPORARY STABILIZATION AS REQUIRED PER DOEE REQUIREMENTS (TYP.)

TOPSOIL & PERMANENTLY STABILIZE AFTER FINAL GRADING (TYP.)

LIMITS OF DISTURBANCE (LOD)

INLET PROTECTION (TYP.)

SUPER SILT FENCE (TYP.) (SSF)

LIMITS OF DISTURBANCE (LOD)

SIDE SLOPES OF STOCKPILE SHALL BE NO STEEPER THAN 3:1

MATCH-LINE SEE SHEET C5 FOR CONTIUATION

DISTRICT OF COLUMBIA
MATTHEW J MOHLER
No. PE40002784
LICENSED
PROFESSIONAL ENGINEER

SCALE OF FEET
30  0  30  60

PROFESSIONAL CERTIFICATION
I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

| DESIGNED: REY | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
| C.A.D.D REY | C4 | GRADING AND EROSION & SEDIMENT CONTROL PLAN | |
| TECH. REVIEW: DAC & | | EAST POTOMAC PARK GOLF COURSE NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | PMIS/PKG NO. |
| DATE: 10/20/2025 | | | SHEET 4 OF 9 |



**DEPARTMENT OF ENERGY & ENVIRONMENT**

MATCH-LINE SEE SHEET C4 FOR CONTIUATION

FAIRWAY #9

TEMPORARY STABILIZATION AS REQUIRED PER DOEE REQUIREMENTS (TYP.)

TOPSOIL & PERMANENTLY STABILIZE AFTER FINAL GRADING (TYP.)

SUPER SILT FENCE (TYP.) (SSF)

FIELD VERIFY LOCATION OF TREES INSTALL TREE PROTECTION IF REQUIRED

(TS) (PS)

(TP)

100-YEAR FEMA FLOODPLAIN

SIDE SLOPES OF STOCKPILE SHALL BE NO STEEPER THAN 3:1

SUPER SILT FENCE (TYP.) (SSF)

LIMITS OF DISTURBANCE (LOD)

4" CHAIN LINK FENCE

FAIRWAY #4

100-YEAR FEMA FLOODPLAIN

CART PATH DIRT & CRUSHED STONE

W TEE #4

BENCH BALL WASHER

JAPANESE CHEERY (various trees labeled: 31", 35", 24", 28", 29", 19", 15", 14", 18", 19", 21", 22", 14", 12" HORSE-CHESTNUT, 5", 12", 19", 15", 20")

## LEGEND:

| | |
|---|---|
| LIMITS OF DISTURBANCE | (LOD) |
| SUPER SILT FENCE | (SSF) |
| FILTER SOCK | (FS) |
| TREE PROTECTION | (TP) |
| PERMANENT SEEDING | (PS) |
| TEMPORARY SEEDING | (TS) |
| INLET PROTECTION | (IP) |
| STABILIZED CONSTRUCTION ENTRANCE | (CE) |

### NOTES:
1. IF REQUIRED, ESTABLISH TREE PROTECTION FENCING AT A MINIMUM RADIUS OF 1 FOOT FOR EVERY 1 INCH OF TRUNK DIAMETER AT BREAST HEIGHT. CONTRACTOR SHALL VERIFY TREE DIAMETER AND TREE PROTECTION AREAS AT TIME OF CONSTRUCTION. WHERE THIS REQUIREMENT CAN'T BE MET DUE TO SITE CONSTRAINTS, TREE PROTECTION FENCING SHALL BE INSTALLED TO THE MAXIMUM EXTENTS POSSIBLE.
2. SUPER SILT FENCE HAS BEEN OFFSET FOR GRAPHICAL CLARITY AND SHOULD BE PLACED ALONG THE LIMITS OF DISTURBANCE. INSIDE SUPER SILT FENCED AREAS SHALL BE CONSIDERED "HARD HAT AREA".
3. THE CONTRACTOR MUST CONSTRUCT ORANGE SAFETY FENCE IF REQUESTED BY NPS. SPACE MUST BE ADEQUATE TO PROTECT VISITORS, PEDESTRIANS, NPS STAFF, AND THE CONTRACTOR'S WORKERS.

## EROSION AND SEDIMENT CONTROL NOTES

1. CONTRACTOR SHALL PROVIDE AND MAINTAIN ADEQUATE EROSION AND SEDIMENT CONTROLS DURING AND FOLLOWING CONSTRUCTION UNTIL ALL DISTURBED AREAS HAVE BEEN STABILIZED, TO AVOID ADVERSE ENVIRONMENTAL IMPACTS TO OFF-SITE PROPERTY AND DRAINAGE SYSTEMS.

2. ALL EROSION AND SEDIMENT CONTROL MEASURES SHALL BE INSTALLED AND MAINTAINED IN ACCORDANCE WITH THE EROSION AND SEDIMENT CONTROL PLAN AND THE DEPARTMENT OF ENERGY AND ENVIRONMENT (DOEE).

3. ALL AREAS DISTURBED BY CONSTRUCTION SHALL BE SEEDED AND MULCHED IN ACCORDANCE WITH THESE CONSTRUCTION PLANS AND THE DEPARTMENT OF ENERGY AND ENVIRONMENT (DOEE) STABILIZATION REQUIREMENTS.

4. THE CONTRACTOR SHALL PROVIDE ADEQUATE MEANS OF CLEANING TRUCKS AND/OR OTHER EQUIPMENT OF MUD PRIOR TO ENTERING THE PUBLIC SPACE ROADWAY, AND IT IS THE CONTRACTORS RESPONSIBILITY TO CLEAN STREETS OF MUD AND/OR ALLAY DUST AND TO TAKE WHATEVER MEASURES NECESSARY TO ENSURE THAT THE STREETS ARE KEPT IN A CLEAN AND DUST FREE CONDITION AT ALL TIMES.

5. ALL CONTRACTOR ACTIVITIES INCLUDING VEHICLE MOBILIZATION AND STAGING SHALL OCCUR WITHIN THE PROVIDED LIMITS OF DISTURBANCE (LOD).

6. THE CONTRACTOR SHALL BE RESPONSIBLE FOR NOTIFYING THE CO/COR OF ANY CONDITIONS FOUND IN THE FIELD THAT VARY FROM WHAT IS SHOWN ON THE PLANS. OBSERVATIONS REGARDING APPARENT INCONSISTENCIES IN THE PLANS SHALL BE BROUGHT TO THE CO/COR'S ATTENTION FOR VERIFICATION PRIOR TO CONSTRUCTION.

## EXISTING CONDITIONS LEGEND:

| | |
|---|---|
| EDGE OF PAVEMENT | ———— |
| MINOR CONTOUR | ——— |
| MAJOR CONTOUR | ——— |
| 100 YEAR FEMA FLOODPLAIN | —·—·— |
| ELECTRIC LINE | —— UGE —— |
| STORM SEWER | ===== |
| WATER LINE | —— W —— |
| FAIRWAY | ········ |
| GREEN | ········ |
| TEE | ········ |
| TREE | |

NORTH

30  0  30  60
SCALE OF FEET



DISTRICT OF COLUMBIA
MATTHEW J MOHLER
No. PE40002784
LICENSED
PROFESSIONAL ENGINEER

## PROFESSIONAL CERTIFICATION
I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

| DESIGNED: REY | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D REY | **C5** | **GRADING AND EROSION & SEDIMENT CONTROL PLAN** | PMIS/PKG NO. |
| TECH. REVIEW: DAC & | | EAST POTOMAC PARK GOLF COURSE NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET |
| DATE: 10/20/2025 | | | 5 OF 9 |

DEPARTMENT OF ENERGY & ENVIRONMENT



**STABILIZED CONSTRUCTION ENTRANCE WITH WASH RACK**

DWG. NO 202.1

DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY & ENVIRONMENT

ISOMETRIC VIEW - WASH RACK IN SCE
ISOMETRIC VIEW - WASH RACK ALONG SCE
SECTION A-A

CONSTRUCTION SPECIFICATIONS
1. USE A WASH RACK DESIGNED AND CONSTRUCTED/MANUFACTURED FOR THE ANTICIPATED TRAFFIC LOADS. CONCRETE, STEEL, OR OTHER MATERIALS ARE ACCEPTABLE. PRE-FABRICATED UNITS SUCH AS CATTLE GUARDS ARE ACCEPTABLE. USE MINIMUM DIMENSION OF 6 FEET x 10 FEET. ORIENT DIRECTION OF RIBS AS SHOWN ON THE DETAIL. APPROACHES TO THE WASH RACK SHOULD BE A MINIMUM OF 25 FEET ON BOTH SIDES.
2. INSTALL PRIOR TO, ALONG SIDE OF, OR AS PART OF THE SCE.
3. DIRECT WASH WATER TO AN APPROVED SEDIMENT TRAPPING DEVICE.
4. KEEP AREA UNDER WASH RACK FREE OF ACCUMULATED SEDIMENT. IF DAMAGED, REPAIR OR REPLACE WASH RACK.



**SUPER SILT FENCE-1**

DWG. NO 302.1

DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY & ENVIRONMENT

PERSPECTIVE VIEW     CROSS SECTION

CONSTRUCTION SPECIFICATIONS
1. FENCING MUST BE AT LEAST 42 INCHES IN HEIGHT AND CONSTRUCTED IN ACCORDANCE WITH THE LATEST DISTRICT DEPARTMENT OF TRANSPORTATION (DDOT) DETAILS FOR CHAIN LINK FENCING. THE DDOT SPECIFICATION FOR A 6-FOOT FENCE MAY BE USED, SUBSTITUTING MINIMUM 42-INCH FABRIC AND 6-FOOT LENGTH POSTS. POSTS DO NOT NEED TO BE SET IN CONCRETE.
2. SECURELY FASTEN CHAIN LINK FENCE TO THE FENCE POSTS WITH WIRE TIES. THE LOWER TENSION WIRE, BRACE AND TRUSS RODS, DRIVE ANCHORS AND POST CAPS ARE NOT REQUIRED EXCEPT ON THE ENDS OF THE FENCE.
3. SECURELY FASTEN GEOTEXTILE TO THE CHAIN LINK FENCE WITH TIES SPACED EVERY 24 INCHES AT THE TOP AND MID-SECTION.
4. EMBED GEOTEXTILE A MINIMUM OF 8 INCHES INTO THE GROUND.
5. WHEN TWO SECTIONS OF GEOTEXTILE FABRIC ADJOIN EACH OTHER, FOLD AND OVERLAP BY 6 INCHES.
6. GEOTEXTILE MUST MEET THE FOLLOWING REQUIREMENTS FOR GEOTEXTILE CLASS F (FROM TABLE 3.2—SEE BELOW):

| PROPERTY | VALUE | TEST METHOD |
|---|---|---|
| TENSILE STRENGTH | 50 LBS/IN (MIN.) | ASTM D-4595 |
| TENSILE MODULUS | 20 LBS/IN (MIN.) | ASTM D-4595 |
| FLOW RATE | 0.3 GAL/FT² /MINUTE (MAX.) | ASTM D-5141 |
| FILTERING EFFICIENCY | 75% (MIN.) | ASTM D-5141 |

7. INSPECT SUPER SILT FENCE AFTER EACH RAINFALL EVENT, AT LEAST DAILY DURING SUSTAINED RAINFALL EVENTS, AND MAINTAIN WHEN BULGES OCCUR OR WHEN SEDIMENT ACCUMULATION REACHES 30% OF THE FABRIC HEIGHT.



**AT GRADE INLET PROTECTION STORM DRAIN INLET PROTECTION**

DWG. NO 307.2

DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY & ENVIRONMENT

PLAN/CUT AWAY VIEW     CROSS SECTION

CONSTRUCTION SPECIFICATIONS
1. LIFT GRATE AND WRAP WITH GEOTEXTILE CLASS E TO COMPLETELY COVER ALL OPENINGS, SECURE WITH WIRE TIES, THEN SET GRATE BACK IN PLACE.
2. PLACE CLEAN ¾ TO 1-½ INCH STONE OR EQUIVALENT RECYCLED CONCRETE, 4 TO 6 INCHES THICK ON THE GRATE TO SECURE THE FABRIC.
3. IF THERE ARE ANY SIGNS OF STREET FLOODING OR WATER PONDING, THIS STRUCTURE MUST BE CLEANED OR REPLACED, OR REDESIGNED WITH A VIABLE ALTERNATIVE.



**ROLLED EROSION CONTROL PRODUCTS SLOPE STABILIZATION**

DWG. NO 209.1

DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY & ENVIRONMENT

ISOMETRIC VIEW

CONSTRUCTION SPECIFICATIONS
1. PREPARE SOIL BEFORE INSTALLING MATTING, INCLUDING APPLICATION OF LIME, FERTILIZER, AND SEED. FOR SOIL-FILLED RECPs, THE PLANTING BED MAY BE INSTALLED AFTER THE PRODUCT IS INSTALLED.
2. START LAYING THE PROTECTIVE COVERING FROM THE TOP OF SLOPE AND UNROLL DOWN-GRADE.
3. BURY THE UP-SLOPE ENDS OF THE PROTECTIVE COVERING IN AN ANCHOR SLOT NO LESS THAN 6 INCHES DEEP. TAMP EARTH FIRMLY OVER THE MATERIAL. STAPLE THE MATERIAL AT A MINIMUM OF EVERY 12 INCHES ACROSS THE TOP END.
4. INSTALL EDGES OF PARALLEL MATS WITH A MINIMUM OF 2-INCH OVERLAP.
5. WHEN MATS NEED TO BE SPLICED DOWN THE SLOPE, INSTALL THEM END OVER END, WITH A MINIMUM 4-INCH OVERLAP, AND STAPLE EVERY 12 INCHES. THE MANUFACTURER'S SPECIFICATIONS WILL INDICATE THE DENSITY OF STAPLES.



**SUPER SILT FENCE-2**

DWG. NO 302.2

DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY & ENVIRONMENT

SUPER SILT FENCE DESIGN CRITERIA:

TABLE 3.3: SUPER SILT FENCE SLOPE LENGTH AND FENCE LENGTH CONSTRAINTS

| SLOPE | SLOPE STEEPNESS | SLOPE LENGTH (MAXIMUM) (FEET) | SUPER SILT FENCE LENGTH (MAXIMUM) (FEET) |
|---|---|---|---|
| 0 — 10% | 0 — 10:1 | Unlimited | Unlimited |
| 10 — 20% | 10:1 — 5:1 | 200 | 1,500 |
| 20 — 33% | 5:1 — 3:1 | 150 | 1,00 |
| 33 — 50% | 3:1 — 2:1 | 100 | 500 |
| > 50% | > 2:1 | 50 | 250 |

NOTE:
• TO AVOID CIRCUMVENTION, EXTEND THE ENDS OF THE SILT FENCE 5 HORIZONTAL FEET UPSLOPE AT 45-DEGREE ANGLES RELATIVE TO THE MAIN FENCE ALIGNMENT TO PREVENT SEDIMENT ACCUMULATION.





**INLET FILTER BAG CURBED ROADWAY**

DWG. NO 309.1

DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY & ENVIRONMENT

INSTALLATION DETAIL     ISOMETRIC VIEW     ELEVATION VIEW     PLAN VIEW

CONSTRUCTION SPECIFICATIONS
1. INSTALL PROPRIETARY FILTER BAG PRODUCTS PER MANUFACTURER'S RECOMMENDATIONS.
2. GEOTEXTILE MUST MEET THE SPECIFICATIONS OUTLINED IN TABLE 3.9— GEOTEXTILE MATERIAL PROPERTIES FOR INLET FILTER BAG.
3. INSPECT FILTER BAGS ON A WEEKLY BASIS OR AFTER EACH RAINFALL EVENT, WHICHEVER IS SOONER.
4. CLEAN FILTER BAGS AND/OR REPLACE WHEN THE BAG IS HALF FULL.
5. REPLACE DAMAGED FILTER BAGS IMMEDIATELY.
6. INITIATE NEEDED REPAIRS IMMEDIATELY AFTER THE INSPECTION.



**INLET FILTER BAG CHANNEL OR ROADWAY SWALE**

DWG. NO 309.2

DISTRICT OF COLUMBIA DEPARTMENT OF ENERGY & ENVIRONMENT

INSTALLATION DETAIL     ISOMETRIC VIEW     ELEVATION VIEW     PLAN VIEW

CONSTRUCTION SPECIFICATIONS
1. INSTALL PROPRIETARY FILTER BAG PRODUCTS PER MANUFACTURER'S RECOMMENDATIONS.
2. GEOTEXTILE MUST MEET THE SPECIFICATIONS OUTLINED IN TABLE 3.9— GEOTEXTILE MATERIAL PROPERTIES FOR INLET FILTER BAG.
3. INSPECT FILTER BAGS ON A WEEKLY BASIS OR AFTER EACH RAINFALL EVENT, WHICHEVER IS SOONER.
4. CLEAN FILTER BAGS AND/OR REPLACE WHEN THE BAG IS HALF FULL.
5. REPLACE DAMAGED FILTER BAGS IMMEDIATELY.
6. INITIATE NEEDED REPAIRS IMMEDIATELY AFTER THE INSPECTION.

**TO REPORT EROSION, RUNOFF, OR STORMWATER POLLUTION FROM THIS CONSTRUCTION SITE:**

**CONTACT DEPARTMENT OF ENERGY & ENVIRONMENT**
311.dc.gov   Dial 311         Tweet @311DCgov
Email: IEB.Scheduling@dc.gov      Tweet @DOEE_DC

POST THIS SIGN SO THAT IT IS CLEARLY VISIBLE FROM THE PUBLIC RIGHT-OF-WAY AND CALL THE DEPARTMENT OF ENERGY & ENVIRONMENT (202-535-2977) FOR A PRE-CONSTRUCTION MEETING PRIOR TO THE START OF LAND DISTURBING ACTIVITY.

PROJECT SITE INFORMATION:

PROPERTY LOCATION:  EAST POTOMAC PARK GOLF COURSE
972 OHIO DRIVE SW, WASHINGTON, DC 20024
SSL: PAR03160005

OWNER/DEVELOPER:  UNITED STATES OF AMERICA
NATIONAL PARK SERVICE
1100 OHIO DRIVE, SW
WASHINGTON, DC 20024

DESIGNER OF RECORD:  NPS NCR FACILITIES, DESIGN AND CONSTRUCTION
302 E. MAIN STREET
SHARPSBURG, MD 21782

SITE INFORMATION:

| | | |
|---|---|---|
| TOTAL AREA OF SITE | 328 | ACRES |
| ★ EXISTING BUILDING AREA | 0 | SQ-FT |
| LIMITS OF DISTURBANCE | 108,969 | SQ-FT |
| LIMITS OF WORK | 108,969 | SQ-FT |

★ QUANTITIES SHOWN ARE FOR PERMIT PURPOSES ONLY AND NOT FOR CONSTRUCTION.

★ CUT FILL AMOUNT

| | | |
|---|---|---|
| CUT | 1,675 | CuYd |
| FILL | 30,200 | CuYd |

★ QUANTITIES SHOWN ARE FOR PERMIT PURPOSES ONLY AND NOT FOR CONSTRUCTION.



DISTRICT OF COLUMBIA
MATTHEW J MOHLER
No. PE40002784
LICENSED PROFESSIONAL ENGINEER

**PROFESSIONAL CERTIFICATION**
I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

| | |
|---|---|
| DESIGNED: REY | |
| C.A.D.D REY | |
| TECH. REVIEW: DAC & | |
| DATE 10/20/2025 | |

SHEET NO. **C6**

TITLE OF SHEET
**EROSION AND SEDIMENT CONTROL DETAILS**

EAST POTOMAC PARK GOLF COURSE
NATIONAL MALL & MEMORIAL PARKS
WASHINGTON, DC

DRAWING NO. —

PMIS/PKG NO.

SHEET 6 OF 9



**DEPARTMENT OF ENERGY & ENVIRONMENT**



**TREE PROTECTION**

DISTRICT OF COLUMBIA
DEPARTMENT OF ENERGY &
ENVIRONMENT

DWG. NO 903.1



**CONSTRUCTION SPECIFICATIONS**

1. MATTING MATERIAL MUST BE DOUBLE SIDED GEOCOMPOSITE, GEONET CORE WITH NON-WOVEN COVERING (SUCH AS TENSAR ROADRAIN RD7) OR APPROVED EQUIVALENT.
2. INSTALL ROOT PROTECTION MATTING BY A CERTIFIED ARBORIST.
3. TO BE USED FOR DESIGNATED TEMPORARY CONSTRUCTION ACCESS AND STOCKPILE AREAS.
4. PLACE MATTING ON 6 IN. WOOD CHIP MULCH UNLESS OTHERWISE DIRECTED.
5. FOR HEAVY TRAFFIC AREAS, COVER MATTING WITH STEEL PLATES.

**TREE ROOT PROTECTION WITH SILT FENCE**

DISTRICT OF COLUMBIA
DEPARTMENT OF ENERGY &
ENVIRONMENT

DWG. NO 903.2



NOTE: FOR INSTALLATION PROCEDURES (SEE DETAIL 818.1 & 818.2)

**TEMPORARY ACCESS CULVERT**

DISTRICT OF COLUMBIA
DEPARTMENT OF ENERGY &
ENVIRONMENT

DWG. NO 804.1



| SLOPE | y (MAX.) |
|-------|----------|
| 2:1 | 20 FT |
| 3:1 | 30 FT |
| 4:1 | 40 FT |

**CONSTRUCTION SPECIFICATIONS**

1. INSTALL PERIMETER CONTROLS, DIVERSION DITCHES, AND OTHER EROSION CONTROL MEASURES BEFORE EXPOSING CUT AND FILL SLOPES.
2. COMPLETE SITE CLEARING AND GRADING IN COMPLIANCE WITH THE CONSTRUCTION SEQUENCE IDENTIFIED ON THE EROSION AND SEDIMENT CONTROL PLAN.
3. PROVIDE EROSION AND SEDIMENT CONTROLS ON ALL TEMPORARY FILL PILES GENERATED DURING CONSTRUCTION.
4. ENSURE THAT ALL SUPPLEMENTAL FILL CREATED DURING THE GRADING PROCESS IS DISPOSED OF PROPERLY.
5. IN CASES WHERE FILL SLOPES OR SOIL PILES CANNOT BE STABILIZED BEFORE THE CLOSE OF THE WORK DAY, UTILIZE TEMPORARY EROSION CONTROL MEASURES SUCH AS PLASTIC SHEETING TO ENSURE THAT SOIL IS NOT EXPOSED.
6. CONFIRM THAT ALL FILLS ARE COMPACTED IN COMPLIANCE WITH THE STANDARDS PRESCRIBED ON THE SITE PLAN.
7. REMOVE TEMPORARY DIVERSIONS AND EROSION CONTROLS ONCE SLOPES HAVE BEEN STABILIZED PERMANENTLY.

**LAND GRADING**

DISTRICT OF COLUMBIA
DEPARTMENT OF ENERGY &
ENVIRONMENT

DWG. NO. 205.1



**FILTER SOCK - 1**

DISTRICT OF COLUMBIA
DEPARTMENT OF ENERGY &
ENVIRONMENT

DWG. NO 303.1



**CONSTRUCTION SPECIFICATIONS**

1. BEFORE INSTALLING, CLEAR ALL OBSTRUCTIONS INCLUDING ROCKS, CLODS, AND DEBRIS GREATER THAN 1-INCH THAT MAY INTERFERE WITH PROPER FUNCTION OF THE FILTER SOCK.
2. FILL SOCK UNIFORMLY WITH COMPOST OR ALTERNATE FILTER MEDIA TO DESIRED LENGTH, WITH ENOUGH MATERIAL THAT THE SOCKS DO NOT DEFORM.
3. PLACE SOCKS ALONG CONTOURS, WITH THE ENDS TURNED UPSLOPE AT 30 TO 45 DEGREES FOR A LENGTH OF AT LEAST 5 FEET TO PREVENT RUNOFF BYPASS.
4. FOR UNTRENCHED INSTALLATION, BACKFILL MULCH OR COMPOST ON THE UPSTREAM SIDE OF THE SOCK AND TAMP TO PREVENT UNDERCUTTING AND PIPING.
5. ANCHORING MUST CONFORM TO THE FOLLOWING LIST: (a) MINIMUM 2-INCH SQUARE CROSS SECTION HARDWOOD; (b) DRIVEN AT LEAST 12 INCHES BELOW GRADE, OR 8 INCHES IF IN DENSE CLAY SOILS; (c) PROTRUDE ABOVE FILTER SOCKS AT LEAST 3 INCHES; (d) DRIVEN IN AT 45-DEGREE ANGLE UPSLOPE, (e) SPACED AT NO MORE THAN 4 FEET APART, OR 8 FEET APART IF THE FILTER SOCK IS ENTRENCHED 4 INCHES INTO THE GROUND.
6. DO NOT USE ENTRENCHED INSTALLATION ON FILTER SOCKS SMALLER THAN 12 INCHES IN DIAMETER.
7. FOR HARD SURFACE INSTALLATION, SUCH AS ON PAVEMENT, ANCHORING MAY BE NECESSARY WHERE STRAIGHT SECTIONS EXCEED 4 FEET. SEE DETAIL ABOVE, AND GREATER INSTRUCTION IN THE FILTER SOCK SPECIFICATION. WHEN NO ANCHORING IS USED, THE PRACTICE MUST BE CHECKED DAILY, REGARDLESS OF WHETHER RAINFALL OCCURS. ANCHORED INSTALLATION IS ALWAYS PREFERRED TO NON-ANCHORED INSTALLATION, IF POSSIBLE.
8. FOR AT-GRADE INLET PROTECTION, FILTER SOCKS MUST COMPLETELY ENCLOSE THE DRAIN. IF USED AS CURB INLET PROTECTION, THE EFFECTIVE HEIGHT OF THE FILTER SOCK MUST NOT BE HIGHER THAN THE HEIGHT OF THE CURB. USE 8-INCH DIAMETER FILTER SOCK FOR STANDARD HIGHWAY APPLICATIONS.
9. IF MULTIPLE SECTIONS OF FILTER SOCK ARE NEEDED FOR A CONTINUOUS RUN, OVERLAP ENDS OF SEPARATE SECTIONS A MINIMUM OF 2 FEET AND STAKE ENDS.
10. TO REACH TALLER HEIGHTS, IT IS POSSIBLE TO STACK FILTER SOCKS. SEE SPECIFICATION FOR MORE DETAIL.
11. REMOVE SEDIMENT WHEN IT HAS ACCUMULATED TO A DEPTH OF HALF THE EXPOSED HEIGHT OF SOCK AND REPLACE SOCK. REPLACE FILTER SOCK IF TORN. REINSTALL FILTER SOCK IF UNDERMINING OR DISLODGING OCCURS. REPLACE CLOGGED FILTER SOCKS.
12. FOR VEGETATED, PERMANENT OR SEMI-PERMANENT INSTALLATIONS, MAINTAIN THE PLANTS AS IS APPROPRIATE FOR THE SPECIES USED.

**FILTER SOCK - 2**

DISTRICT OF COLUMBIA
DEPARTMENT OF ENERGY &
ENVIRONMENT

DWG. NO 303.2



**PROFESSIONAL CERTIFICATION**

I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

| DESIGNED: | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|-----------|-----------|----------------|-------------|
| REY | | | — |
| C.A.D.D | | EROSION AND SEDIMENT | |
| REY | **C7** | CONTROL DETAILS | PMIS/PKG NO. |
| TECH. REVIEW: | | | |
| DAC & | | EAST POTOMAC PARK GOLF COURSE | SHEET |
| DATE: | | NATIONAL MALL & MEMORIAL PARKS | 7 OF 9 |
| 10/20/2025 | | WASHINGTON, DC | |

## 2.6 TOPSOILING

### 2.6.1 DEFINITION
PLACEMENT OF TOPSOIL OVER PREPARED SUBSOIL PRIOR TO ESTABLISHING PERMANENT VEGETATION.

### 2.6.2 PURPOSE
TO PROVIDE A SUITABLE SOIL MEDIUM FOR VEGETATIVE GROWTH.

### 2.6.3 CONDITIONS WHERE PRACTICE APPLIES

1. THIS PRACTICE IS RECOMMENDED FOR AREAS WITH 2:L OR FLATTER SLOPES WHERE ONE OR MORE OF THE FOLLOWING APPLY:

   (A) THE TEXTURE, PH, OR NUTRIENT BALANCE OF THE EXPOSED SUBSOIL/PARENT MATERIAL IS NOT ADEQUATE TO PRODUCE VEGETATIVE GROWTH.
   (B) THE SOIL MATERIAL IS SO SHALLOW THAT THE ROOTING ZONE IS NOT DEEP ENOUGH TO SUPPORT PLANTS OR FURNISH CONTINUING SUPPLIES OF MOISTURE AND PLANT NUTRIENTS.
   (C) THE ORIGINAL SOIL TO BE VEGETATED CONTAINS MATERIAL TOXIC TO PLANT GROWTH.
   (D) THE SOIL IS SO ACIDIC THAT TREATMENT WITH LIMESTONE IS NOT FEASIBLE.

2. AREAS HAVING SLOPES STEEPER THAN 2:1 REQUIRE SPECIAL CONSIDERATION AND DESIGN FOR ADEQUATE STABILIZATION. THESE AREAS MUST HAVE THE APPROPRIATE STABILIZATION SHOWN ON THE PLANS.

### 2.6.4 DESIGN CRITERIA
TOPSOIL SALVAGED FROM THE EXISTING SITE MAY BE USED IF IT MEETS THE STANDARDS IN THESE SPECIFICATIONS. PLACE TOPSOIL AND APPLY SOIL AMENDMENTS AS SPECIFIED IN SECTION 2.10 VEGETATIVE STABILIZATION. SOIL TO BE USED AS TOPSOIL MUST MEET THE FOLLOWING SPECIFICATIONS:

1. TOPSOIL MUST BE A LOAM, SANDY LOAM, CLAY LOAM, SILT LOAM, SANDY CLAY LOAM, OR LOAMY SAND. OTHER SOILS MAY BE USED IF RECOMMENDED BY AN AGRONOMIST OR SOIL SCIENTIST AND APPROVED BY DOEE. REGARDLESS, TOPSOIL MUST NOT BE A MIXTURE OF CONTRASTING TEXTURED SUBSOILS AND MUST CONTAIN LESS THAN 5% BY VOLUME OF CINDERS, STONES, SLAG, COARSE FRAGMENTS, GRAVEL, STICKS, ROOTS, TRASH, OR OTHER MATERIALS LARGER THAN 1½ INCHES IN DIAMETER.

2. TOPSOIL MUST BE FREE OF NOXIOUS PLANTS OR PLANT PARTS SUCH AS BERMUDA GRASS, QUACKGRASS, JOHNSONGRASS, NUTSEDGE, POISON IVY, THISTLE, OTHER POISONOUS PLANTS, OR OTHERS AS SPECIFIED IN SECTION 2.10 VEGETATIVE STABILIZATION. TOPSOIL MUST ALSO BE FREE FROM INVASIVE PLANTS OR PLANT PARTS.

3. WHERE THE SUBSOIL IS EITHER HIGHLY ACIDIC OR COMPOSED OF HEAVY CLAYS, SPREAD GROUND LIMESTONE AT THE RATE OF 4–8 TONS PER ACRE (200–400 POUNDS PER 1,000 SQUARE FEET) PRIOR TO THE PLACEMENT OF TOPSOIL. DISTRIBUTE LIME UNIFORMLY OVER DESIGNATED AREAS AND WORK INTO THE SOIL IN CONJUNCTION WITH TILLAGE OPERATIONS AS DESCRIBED IN THE NEXT STEP.

FOR SITES HAVING DISTURBED AREAS OVER 5 ACRES, OBTAIN TEST RESULTS DICTATING FERTILIZER AND LIME AMENDMENTS REQUIRED TO BRING THE SOIL INTO COMPLIANCE WITH THE REQUIREMENTS SET FORTH IN SECTION 2.10 VEGETATIVE STABILIZATION. ALTERNATIVES TO NATURAL TOPSOIL AND ALTERNATIVE SOIL AMENDMENTS, SUCH AS COMPOSTED SEWAGE SLUDGE OR OTHER COMPOSTED MATERIALS, MAY BE USED IN PLACE OF FERTILIZER AND LIME, AS ALLOWED BY OTHER APPLICABLE REGULATIONS AND AS APPROVED BY A CERTIFIED AGRONOMIST OR SOIL SCIENTIST.

### 2.6.5 CONSTRUCTION SPECIFICATIONS

1. WHEN TOPSOILING, MAINTAIN NEEDED EROSION AND SEDIMENT CONTROL PRACTICES SUCH AS DIVERSIONS, GRADE STABILIZATION STRUCTURES, EARTH DIKES, SILT FENCE, AND SEDIMENT TRAPS AND BASINS.
2. GRADES ON THE AREAS TO BE TOPSOILED, WHICH HAVE BEEN PREVIOUSLY ESTABLISHED, MUST BE MAINTAINED, THOUGH NOW WITH AN ADDITIONAL 4 TO 8 INCHES HEIGHT IN ELEVATION.
3. AFTER THE AREAS TO BE TOPSOILED HAVE BEEN BROUGHT TO GRADE, AND IMMEDIATELY PRIOR TO DUMPING AND SPREADING THE TOPSOIL, LOOSEN THE SUBGRADE BY DISCING OR BY SCARIFYING TO A DEPTH OF A LEAST 3 BERMS TO PERMIT BONDING OF THE TOPSOIL TO THE SUBSOIL. PACK THE SUBSIL BY PASSING A BULLDOZER UP AND DOWN OVER THE ENTIRE SURFACE AREA OF THE SLOPE TO CREATE HORIZONTAL EROSION CHECK SLOTS TO PREVENT TOPSOIL FROM SLIDING DOWN THE SLOPE.
4. UNIFORMLY DISTRIBUTE TOPSOIL IN A 4-INCH TO 8-INCH LAYER AND LIGHTLY COMPACT TO A MINIMUM THICKNESS OF 4 INCHES. PERFORM SPREADING IN SUCH A MANNER THAT SODDING OR SEEDING CAN PROCEED WITH A MINIMUM OF ADDITIONAL SOIL PREPARATION AND TILLAGE. CORRECT ANY IRREGULARITIES IN THE SURFACE RESULTING FROM TOPSOILING OR OTHER OPERATIONS TO PREVENT THE FORMATION OF DEPRESSIONS OR WATER POCKETS.
5. DO NOT PLACE TOPSOIL WHILE THE TOPSOIL OR SUBSOIL IS IN A FROZEN OR MUDDY CONDITION, WHEN THE SUBSOIL IS EXCESSIVELY WET, OR IN A CONDITION THAT MAY OTHERWISE BE DETRIMENTAL TO PROPER GRADING AND SEEDBED PREPARATION.

### 2.6.6 MAINTENANCE
AFTER PRECIPITATION EVENTS, CONFIRM THAT TOPSOIL AND SUBSOIL ARE PROPERLY BONDED AND NO SLOUGHING HAS OCCURRED.

## 2.7 MULCHING

### 2.7.1 DEFINITION
THE APPLICATION OF A PROTECTIVE LAYER OF STRAW OR OTHER SUITABLE MATERIAL TO THE SOIL SURFACE.

### 2.7.2 PURPOSE
TO PROTECT THE SOIL SURFACE FROM THE FORCES OF RAINDROP IMPACT AND OVERLAND FLOW. MULCH HELPS TO CONSERVE MOISTURE, REDUCE RUNOFF AND EROSION, CONTROL WEEDS, PREVENT SOIL CRUSTING, AND PROMOTE THE ESTABLISHMENT OF DESIRED VEGETATION. MULCH IS FREQUENTLY USED TO ACCENT LANDSCAPE PLANTINGS.

### 2.7.3 CONDITIONS WHERE PRACTICE APPLIES
MULCHING CAN BE USED AT ANY TIME WHERE PROTECTION OF THE SOIL SURFACE IS DESIRED. THE PRIMARY PURPOSE OF MULCHING IS TO PROTECT NEWLY SEEDED DISTURBED AREAS. HOWEVER, IT CAN ALSO BE USED FOR STAND-ALONE PROTECTION OF THE SOIL SURFACE UNDER ADVERSE WEATHER CONDITIONS WHEN SEED GERMINATION COULD BE JEOPARDIZED. MULCH MAY ALSO BE USED TOGETHER WITH PLANTINGS OF TREES, SHRUBS, OR CERTAIN GROUND COVER THAT DO NOT PROVIDE ADEQUATE SOIL STABILIZATION BY THEMSELVES. USE MULCHING IN CONJUNCTION WITH TEMPORARY SEEDING OPERATION AS SPECIFIED IN SECTION 2.10 VEGETATIVE STABILIZATION.

### 2.7.4 DESIGN CRITERIA
A SURFACE MULCH IS THE MOST EFFECTIVE, PRACTICAL MEANS OF CONTROLLING RUNOFF AND EROSION ON DISTURBED LAND PRIOR TO VEGETATION ESTABLISHMENT. MULCH REDUCES SOIL MOISTURE LOSS BY EVAPORATION, PREVENTS CRUSTING AND SEALING OF THE SOIL SURFACE, MODERATES SOIL TEMPERATURES, PROVIDES A SUITABLE MICROCLIMATE FOR SEED GERMINATION, AND MAY INCREASE THE INFILTRATION RATE OF THE SOIL. ORGANIC MULCHES (SUCH AS STRAW, WOOD CHIPS, AND SHREDDED BARK HAVE BEEN FOUND TO BE THE MOST EFFECTIVE. DO NOT USE MATERIALS THAT MAY BE SOURCES OF COMPETING WEED AND GRASS SEEDS. BE AWARE THAT DECOMPOSITION OF SOME WOOD PRODUCTS CAN TIE UP SIGNIFICANT AMOUNTS OF SOIL NITROGEN, MAKING IT NECESSARY TO MODIFY FERTILIZATION RATES OR ADD FERTILIZER WITH THE MULCH. VARIOUS TYPES OF NETTING MATERIALS ARE AVAILABLE TO ANCHOR ORGANIC MULCHES. CHEMICAL SOIL STABILIZERS OR SOIL BINDERS ARE LESS EFFECTIVE THAN OTHER TYPES OF MULCHES WHEN USED ALONE. THESE PRODUCTS ARE PRIMARILY USEFUL FOR TACKING WOOD FIBER MULCHES. CHOOSE MATERIALS FOR MULCHING BASED ON SOIL CONDITIONS, SEASON, TYPE OF VEGETATION, AND SIZE OF THE AREA. A PROPERLY APPLIED AND TACKED MULCH IS ALWAYS BENEFICIAL. IT IS ESPECIALLY IMPORTANT WHEN CONDITIONS FOR GERMINATION ARE NOT OPTIMUM, SUCH AS MIDSUMMER AND EARLY WINTER, AND ON DIFFICULT AREAS SUCH AS CUT SLOPES AND SLOPES WITH SOUTHERN EXPOSURES.

#### MULCH MATERIALS

1. STRAW MUST BE UNROTTED SMALL GRAIN STRAW. MULCH MATERIALS MUST BE RELATIVELY FREE OF WEEDS AND MUST BE FREE OF NOXIOUS WEEDS SUCH AS THISTLES, JOHNSONGRASS, AND QUACKGRASS. SPREAD MULCH UNIFORMLY BY HAND OR MECHANICALLY. STRAW CAN BE WINDBLOWN AND MUST BE ANCHORED DOWN BY AN ACCEPTABLE METHOD.
2. WOOD CHIPS ARE PARTICULARLY WELL SUITED FOR UTILITY AND ROAD RIGHTS-OF-WAY, AS WELL AS AREAS THAT WILL NOT BE CLOSELY MOWED OR AROUND ORNAMENTAL PLANTINGS. WOOD CHIPS DO NOT REQUIRE TACKING. BECAUSE THEY DECOMPOSE SLOWLY, THEY MUST BE TREATED WITH 12 POUNDS OF NITROGEN PER TON TO PREVENT NUTRIENT DEFICIENCY IN PLANTS. THIS CAN BE AN INEXPENSIVE MULCH IF CHIPS ARE OBTAINED FROM TREES CLEARED ON THE SITE.
3. WOOD FIBER CONSISTS OF SPECIALLY PREPARED WOOD CELLULOSE PROCESSED INTO A UNIFORM FIBROUS PHYSICAL STATE. IT IS USED IN HYDROSEEDING OPERATIONS AND APPLIED AS PART OF A SLURRY. IT CREATES THE BEST SEED-SOIL CONTACT WHEN APPLIED OVER TOP OF (AS A SEPARATE OPERATION) NEWLY SEEDED AREAS. THESE FIBERS DO NOT REQUIRE TACKING, ALTHOUGH TACKING AGENTS OR BINDERS ARE SOMETIMES USED IN CONJUNCTION WITH THE APPLICATION OF FIBER MULCH. THE FOLLOWING CONDITIONS APPLY TO WOOD FIBER:

   (a) WOOD FIBER IS TO BE DYED GREEN OR CONTAIN A GREEN DYE IN THE PACKAGE THAT WILL PROVIDE AN APPROPRIATE COLOR TO FACILITATE VISUAL INSPECTION OF THE UNIFORMLY SPREAD SLURRY.
   (b) WOOD FIBER, INCLUDING DYE, MUST CONTAIN NO GERMINATION OR GROWTH INHIBITING FACTORS.
   (c) WOOD FIBER MATERIALS ARE TO BE MANUFACTURED AND PROCESSED IN SUCH A MANNER THAT THE WOOD CELLULOSE FIBER MULCH WILL REMAIN IN UNIFORM SUSPENSION IN WATER UNDER AGITATION AND WILL BLEND WITH SEED, FERTILIZER, AND OTHER ADDITIVES TO FORM A HOMOGENEOUS SLURRY. THE MATERIAL MUST FORM A BLOTTER-LIKE GROUND COVER ON APPLICATION, HAVING MOISTURE ABSORPTION AND PERCOLATION PROPERTIES, AND MUST COVER AND HOLD GRASS SEED IN CONTACT WITH THE SOIL WITHOUT INHIBITING THE GROWTH OF THE GRASS SEEDLINGS.
   (d) WOOD FIBER MATERIAL MUST NOT CONTAIN ELEMENTS OR COMPOUNDS AT CONCENTRATION LEVELS THAT WILL BE PHYTOTOXIC.
   (e) WOOD FIBER MUST CONFORM TO THE FOLLOWING PHYSICAL REQUIREMENTS: FIBER LENGTH OF APPROXIMATELY 10 MILLIMETERS, DIAMETER OF APPROXIMATELY 1 MILLIMETER, PH RANGE OF 4.0 TO 8.5, ASH CONTENT OF 1.6% MAXIMUM, AND WATER HOLDING CAPACITY OF 90% MINIMUM.

### 2.7.5 CONSTRUCTION SPECIFICATIONS

1. PRIOR TO MULCHING, INSTALL ANY NEEDED EROSION AND SEDIMENT CONTROL PRACTICES SUCH AS DIVERSIONS, GRADE STABILIZATION STRUCTURES, BERMS, CHANNELS, AND SEDIMENT TRAPS AND BASINS.
2. APPLY SEED AND SOIL AMENDMENTS AT REQUIRED RATES TO BRING THE SOIL INTO COMPLIANCE WITH THE REQUIREMENTS SET FORTH IN SECTION 2.10 VEGETATIVE STABILIZATION.
3. APPLY MULCH AT REQUIRED RATES. DEPENDING ON SITE CONDITIONS, HYDRAULICALLY APPLIED MULCHES MAY BE APPLIED IN A ONE-STEP PROCESS WHERE ALL COMPONENTS MAY BE MIXED TOGETHER IN SINGLE TANK LOADS. CONSULT WITH THE MANUFACTURER FOR FURTHER DETAILS.

   (a) STRAW - APPLY STRAW MULCH OVER ALL SEEDED AREAS AT THE RATE OF 2 TONS PER ACRE, OR 2 BALES PER 1,000 SQUARE FEET, TO A UNIFORM LOOSE DEPTH OF 1 TO 2 INCHES. APPLY SO THAT THE SOIL SURFACE IS NOT EXPOSED.
   (b) WOOD CHIPS - APPLY WOOD CHIPS AT THE RATE OF APPROXIMATELY 10-20 TONS PER ACRE OR 500-900 POUNDS PER 1,000 SQUARE FEET. THE DEPTH SHOULD BE 2 TO 7 INCHES.
   (c) WOOD CELLULOSE FIBER - APPLY WOOD CELLULOSE FIBER AT A DRY WEIGHT RATE OF 2,000 POUNDS PER ACRE. MIX THE WOOD CELLULOSE FIBER WITH WATER TO ATTAIN A MIXTURE WITH A MAXIMUM OF 50 POUNDS OF WOOD CELLULOSE FIBER PER 100 GALLONS OF WATER. WOOD CELLULOSE FIBER IS NOT TYPICALLY USED ON SLOPES STEEPER THAN 5%. FOR STEEPER SLOPES, APPLY AT RATES OR IN CONJUNCTION WITH TACKIFIERS PER MANUFACTURER'S SPECIFICATIONS BASED ON SLOPE AND OTHER SITE CHARACTERISTICS. IN HYDROSEEDING OPERATIONS, A GREEN DYE ADDED TO THE SLURRY ASSURES A UNIFORM APPLICATION.

4. ANCHOR MULCH IMMEDIATELY FOLLOWING APPLICATION TO MINIMIZE LOSS BY WIND OR WATER. USE ONE OF THE FOLLOWING METHODS DEPENDING UPON THE SIZE OF THE AREA AND EROSION HAZARD:

   (a) MULCH ANCHORING TOOL - A MULCH ANCHORING TOOL IS A TRACTOR DRAWN IMPLEMENT DESIGNED TO PUNCH AND ANCHOR MULCH INTO THE SOIL SURFACE A MINIMUM OF 2 INCHES. THIS PRACTICE IS MOST EFFECTIVE ON LARGE AREAS, BUT IS LIMITED TO FLATTER SLOPES WHERE EQUIPMENT CAN OPERATE SAFELY. IF USED ON SLOPING LAND, THIS PRACTICE SHOULD FOLLOW THE CONTOUR.
   (b) LIQUID MULCH BINDERS - APPLICATION OF LIQUID MULCH BINDERS AND TACKIFIERS SHOULD BE HEAVIEST AT THE EDGES OF AREAS AND AT CRESTS OF RIDGES AND BANKS TO RESIST WIND. APPLY BINDER UNIFORMLY TO THE REST OF THE AREA. BINDERS MAY BE APPLIED AFTER MULCH IS SPREAD, OR IT MAY BE SPRAYED INTO THE MULCH AS IT IS BEING BLOWN ONTO THE SOIL. APPLYING STRAW AND BINDER TOGETHER IS THE MOST EFFECTIVE METHOD.

   (c) SYNTHETIC BINDERS - SYNTHETIC BINDERS MUST FOLLOW THE APPLICATION RATES SPECIFIED BY THE MANUFACTURER. APPLICATION OF LIQUID BINDERS NEEDS TO BE HEAVIER AT THE EDGES WHERE WIND CATCHES MULCH, SUCH AS IN VALLEYS AND ON CRESTS OF BANKS. USE OF ASPHALT BINDERS IS STRICTLY PROHIBITED.
   (d) NETTING - LIGHTWEIGHT PLASTIC, COTTON, JUTE, WIRE, OR PAPER NETS MAY BE STAPLED OVER THE MULCH ACCORDING TO THE MANUFACTURER'S RECOMMENDATIONS.
   (e) MATS - MATS PROMOTE SEEDING GROWTH IN THE SAME WAY AS ORGANIC MULCHES. THEY ARE VERY USEFUL IN ESTABLISHING GRASS IN CHANNELS AND WATERWAYS. A WIDE VARIETY OF SYNTHETIC AND ORGANIC MATERIALS ARE AVAILABLE. "EXCELSIOR" IS A WOOD FIBER MAT THAT SHOULD NOT BE CONFUSED WITH WOOD FIBER SLURRY.

5. WHEN INSTALLING NETS AND MATS, IT IS CRITICAL TO OBTAIN A FIRM, CONTINUOUS CONTACT BETWEEN THE MATERIAL AND THE SOIL. WITHOUT SUCH CONTACT, THE MATERIAL IS USELESS, AND EROSION WILL OCCUR UNDERNEATH. ANY MAT OR BLANKET-TYPE PRODUCT USED AS A PROTECTIVE MULCH SHOULD PROVIDE COVER OF AT LEAST 30% OF THE SURFACE WHERE IT IS APPLIED.

   (a) APPLY LIME, FERTILIZER, AND SEED BEFORE LAYING THE NET OR MAT.
   (b) START LAYING THE NET FROM THE TOP OF THE SLOPE AND UNROLL IT DOWN THE GRADE. ALLOW NETTING TO LAY LOOSELY ON THE SOIL OR MULCH COVER BUT WITHOUT WRINKLES—DO NOT STRETCH.
   (c) TO SECURE THE NET, BURY THE UPSLOPE END IN A SLOT OR TRENCH NO LESS THAN 6 INCHES DEEP, COVER WITH SOIL, AND TAMP FIRMLY. STAPLE THE NET EVERY 12 INCHES ACROSS THE TOP END AND EVERY 3 FEET AROUND THE EDGES AND BOTTOM. WHERE 2 STRIPS OF NET ARE LAID SIDE BY SIDE, OVERLAP THE ADJACENT EDGES 3 INCHES AND STAPLE TOGETHER. EACH STRIP OF NETTING SHOULD ALSO BE STAPLED DOWN THE CENTER, EVERY 3 FEET. DO NOT STRETCH THE NET WHEN APPLYING STAPLES.
   (d) TO JOIN TWO STRIPS, CUT A TRENCH TO ANCHOR THE END OF THE NEW NET. OVERLAP THE END OF THE PREVIOUS ROLL 18 INCHES, AND STAPLE EVERY 12 INCHES JUST BELOW THE ANCHOR SLOT.

### 2.7.6 MAINTENANCE
PERIODICALLY INSPECT ALL MULCHES AND SOIL COVERINGS TO CHECK FOR EROSION, PARTICULARLY AFTER PRECIPITATION EVENTS. WHERE EROSION IS OBSERVED IN MULCHED AREAS, APPLY ADDITIONAL MULCH. INSPECT NETS AND MATS AFTER RAINSTORMS FOR DISLOCATION OR FAILURE. IF WASHOUTS OR BREAKAGE OCCUR, REINSTALL NETTING OR MATTING AS NECESSARY AFTER REPAIRING DAMAGE TO THE SLOPE OR DITCH. INSPECTIONS SHOULD TAKE PLACE UNTIL GRASSES ARE FIRMLY ESTABLISHED. WHERE MULCH IS USED IN CONJUNCTION WITH ORNAMENTAL PLANTINGS, INSPECT PERIODICALLY THROUGHOUT THE YEAR TO DETERMINE IF MULCH IS MAINTAINING COVERAGE OF THE SOIL SURFACE; REPAIR AS NEEDED.

## 2.10 VEGETATIVE STABILIZATION

### 2.10.1 DEFINITION
USING VEGETATION AS COVER FOR BARREN SOIL TO PROTECT IT FROM FORCES THAT CAUSE EROSION. THIS SPECIFICATION INCLUDES BOTH TEMPORARY AND PERMANENT STABILIZATION.

### 2.10.2 PURPOSE
USE VEGETATIVE STABILIZATION SPECIFICATIONS TO PROMOTE THE ESTABLISHMENT OF VEGETATION ON EXPOSED SOIL. WHEN SOIL IS STABILIZED WITH VEGETATION, THE SOIL IS LESS LIKELY TO ERODE AND MORE LIKELY TO ALLOW INFILTRATION OF RAINFALL, THEREBY REDUCING SEDIMENT LOADS AND RUNOFF TO DOWNSTREAM AREAS AND IMPROVING WILDLIFE HABITAT AND VISUAL RESOURCES.

### 2.10.3 CONDITIONS WHERE PRACTICE APPLIES
USE THIS PRACTICE ON DENUDED AREAS AS SPECIFIED ON THE ESC AND SWM PLANS. IT MAY BE USED ON HIGHLY ERODIBLE OR CRITICALLY ERODING AREAS. THIS SPECIFICATION IS DIVIDED INTO TEMPORARY SEEDING, TO QUICKLY ESTABLISH VEGETATIVE COVER FOR SHORT DURATION (UP TO ONE YEAR), AND PERMANENT SEEDING, FOR LONG-TERM VEGETATIVE COVER. EXAMPLES OF APPLICABLE AREAS FOR TEMPORARY SEEDING ARE TEMPORARY SOIL STOCKPILES, CLEARED AREAS BEING LEFT IDLE BETWEEN CONSTRUCTION PHASES, AND EARTH DIKES OR OTHER TEMPORARY EROSION CONTROL MEASURES. EXAMPLES OF PERMANENT SEEDING INCLUDE LAWNS, DAMS, CUT AND FILL SLOPES, AND OTHER AREAS AT FINAL GRADE. VEGETATIVE STABILIZATION MUST BE IN PLACE TO STABILIZE THE SURFACE OF ALL PERIMETER CONTROLS, DIKES, SWALES, DITCHES, PERIMETER SLOPES, AND ALL SLOPES GREATER THAN 3:1 WITHIN 7 DAYS. ALL OTHER DISTURBED OR GRADED AREAS ON THE PROJECT SITE MUST BE STABILIZED WITHIN 14 DAYS.

### 2.10.4 DESIGN CRITERIA
DESIGN CRITERIA FOR BOTH TEMPORARY AND PERMANENT VEGETATIVE STABILIZATION INCLUDES SEED SPECIFICATIONS, SEED MIXTURES, AND SOIL AMENDMENTS.

#### SEED SPECIFICATIONS
FOR BOTH TEMPORARY AND PERMANENT SOIL STABILIZATION, SEED MUST MEET THE FOLLOWING SPECIFICATIONS:

1. ALL SEED MUST BE SUBJECT TO RETESTING BY A RECOGNIZED SEED LABORATORY WITHIN THE 6 MONTHS IMMEDIATELY PRECEDING THE DATE OF SOWING SUCH MATERIAL ON THE SITE.
   NOTE: SEED TAGS MUST BE MADE AVAILABLE TO THE INSPECTOR TO VERIFY TYPE AND RATE OF SEED USED.
2. SEED QUALITY MUST BE CONSISTENT WITH THE CRITERIA OUTLINED IN TABLE 2.2.
3. THE INOCULANT FOR TREATING LEGUME SEED IN THE SEED MIXTURES MUST BE A PURE CULTURE OF NITROGEN-FIXING BACTERIA PREPARED SPECIFICALLY FOR THE SPECIES. DO NOT USE INOCULANTS BEYOND THE DATE INDICATED ON THE CONTAINER. ADD FRESH INOCULANT AS DIRECTED ON THE PACKAGE. USE 4 TIMES THE RECOMMENDED RATE WHEN HYDROSEEDING.
   NOTE: IT IS VERY IMPORTANT TO KEEP THE INOCULANT AS COOL AS POSSIBLE UNTIL IT IS USED. TEMPERATURES ABOVE 75–80°F CAN WEAKEN BACTERIA AND MAKE THE INOCULANT LESS EFFECTIVE.

#### TEMPORARY STABILIZATION
USE TEMPORARY SEEDING TO PROVIDE COVER ON DISTURBED AREAS FOR UP TO 12 MONTHS. LONGER DURATION OF VEGETATIVE COVER REQUIRES PERMANENT SEEDING.

SEED MIXTURES APPROPRIATE TO THE DISTRICT OF COLUMBIA FOR TEMPORARY SEEDING ARE INCLUDED IN TABLE 2.4, ALONG WITH APPROPRIATE SEEDING RATES, DEPTHS, AND PLANTING DATES.

### Table 2.4 Temporary Seeding for Site Stabilization

| Plant Species | Seeding Rate[1] lb/ac | Seeding Rate[1] lb/1,000 ft² | Seeding Depth (inches)[2] | Recommended Seeding Dates Plant Hardiness Zone 7a and 7b[3] |
|---|---|---|---|---|
| **Cool-Season Grasses** | | | | |
| Annual Ryegrass | 40 | 1.0 | 0.5 | Feb. 15 to Apr. 30; Aug. 15 to Nov. 30 |
| Barley | 96 | 2.2 | 1.0 | Feb. 15 to Apr. 30; Aug. 15 to Nov. 30 |
| Oats | 72 | 1.7 | 1.0 | Feb. 15 to Apr. 30; Aug. 15 to Nov. 30 |
| Wheat | 120 | 2.8 | 1.0 | Feb. 15 to Apr. 30; Aug. 15 to Nov. 30 |
| Cereal Rye | 112 | 2.8 | 1.0 | Feb. 15 to Apr. 30; Aug. 15 to Dec. 15 |
| **Warm-Season Grasses** | | | | |
| Foxtail Millet | 30 | 0.7 | 0.5 | May 1 to Aug. 14 |
| Pearl Millet | 20 | 0.5 | 0.5 | May 1 to Aug. 14 |

NOTES:
1. SEEDING RATES FOR THE WARM-SEASON GRASSES ARE IN POUNDS OF PURE LIVE SEED (PLS). ACTUAL PLANTING RATES MUST BE ADJUSTED TO REFLECT PERCENT SEED GERMINATION AND PURITY, AS TESTED. ADJUSTMENTS ARE USUALLY NOT NEEDED FOR THE COOLSEASON GRASSES.
   SEEDING RATES LISTED ABOVE ARE FOR TEMPORARY SEEDINGS, WHEN PLANTED ALONE. WHEN PLANTED AS A NURSE CROP WITH PERMANENT SEED MIXES, USE 1/3 OF THE SEEDING RATE LISTED ABOVE FOR BARLEY, OATS, AND WHEAT. FOR SMALLER-SEEDED GRASSES (ANNUAL RYEGRASS, PEARL MILLET, FOXTAIL MILLET), DO NOT EXCEED MORE THAN 5% (BY WEIGHT) OF THE OVERALL PERMANENT SEEDING MIX. CEREAL RYE GENERALLY SHOULD NOT BE USED AS A NURSE CROP, UNLESS PLANTING WILL OCCUR IN VERY LATE FALL BEYOND THE SEEDING DATES FOR OTHER TEMPORARY SEEDINGS. CEREAL RYE HAS ALLELOPATHIC PROPERTIES THAT INHIBIT THE GERMINATION AND GROWTH OF OTHER PLANTS. IF IT MUST BE USED AS A NURSE CROP, SEED AT 1/3 OF THE RATE LISTED ABOVE. OATS ARE THE RECOMMENDED NURSE CROP FOR WARM-SEASON GRASSES.
2. FOR SANDY SOILS, PLANT SEEDS AT TWICE THE DEPTH LISTED ABOVE.
3. THE PLANTING DATES LISTED ARE AVERAGES AND MAY REQUIRE ADJUSTMENT TO REFLECT LOCAL CONDITIONS.

### Table 2.5 Permanent Seeding Summary

| No. | Species | Application Rate (lb/ac) | Seeding Dates | Seeding Depths | N | P₂0₅ | K₂0 | Lime Rate |
|---|---|---|---|---|---|---|---|---|
| | | | | | **Fertilizer Rate (10-20-20)** | | | |
| 7 | CREEPING RED FESCUE | 60 | 2/15-4/30; 8/15-10/31; 11/1-11/30 | ½ – ½ in | 45 lb/ac (1.0 lb/ 1,000 ft²) | 90 lb/ac (2 lb/ 1,000 ft²) | 90lb/ac (2 lb/ 1,000 ft²) | 2 tons/ac (90 lb/ 1,000 ft²) |
| | KENTUCKY BLUEGRASS | 15 | 2/15-4/30; 8/15-10/31; 11/1-11/30 | ½ – ½ in | | | | |
| 8 | TALL FESCUE | 100 | 2/15-4/30; 8/15-10/31; 11/1-11/30 | ½ – ½ in | | | | |

#### TURFGRASS MIXTURES
SELECT A SEED MIXTURE FROM TABLE 2.6, USING TABLE 2.7 (CONDITIONS BY MIX) AS A GUIDELINE. SOME GUIDANCE FOR COMMON MIXES IS AS FOLLOWS:

1. KENTUCKY BLUEGRASS (FULL SUN MIXTURE) - FOR USE IN AREAS THAT RECEIVE INTENSIVE MANAGEMENT. THE RECOMMENDED CERTIFIED KENTUCKY BLUEGRASS CULTIVARS SEEDING RATE IS 1.5 TO 2.0 POUNDS PER 1,000 SQUARE FEET. CHOOSE A MINIMUM OF THREE BLUEGRASS CULTIVARS RANGING FROM A MINIMUM OF 10% TO A MAXIMUM OF 35% OF THE MIXTURE BY WEIGHT.
2. KENTUCKY BLUEGRASS/PERENNIAL RYE (FULL SUN MIXTURE) - FOR USE IN FULL SUN AREAS WHERE RAPID ESTABLISHMENT IS NECESSARY AND WHEN TURF WILL RECEIVE MEDIUM TO INTENSIVE MANAGEMENT. THE CERTIFIED PERENNIAL RYEGRASS CULTIVARS/CERTIFIED KENTUCKY BLUEGRASS SEEDING RATE IS 2 POUNDS MIXTURE PER 1,000 SQUARE FEET. A MINIMUM OF THREE KENTUCKY BLUEGRASS CULTIVARS MUST BE CHOSEN, WITH EACH CULTIVAR RANGING FROM 10% TO 35% OF THE MIXTURE BY WEIGHT.
3. TALL FESCUE/KENTUCKY BLUEGRASS (FULL SUN MIXTURE) - FOR USE IN DROUGHT PRONE AREAS AND/OR FOR AREAS RECEIVING LOW TO MEDIUM MANAGEMENT IN FULL SUN TO MEDIUM SHADE. THE RECOMMENDED MIXTURE INCLUDES 95% TO100% CERTIFIED TALL FESCUE CULTIVARS AND 0% TO5% CERTIFIED KENTUCKY BLUEGRASS CULTIVARS. THE SEEDING RATE IS 5 TO 8 POUNDS PER L,000 SQUARE FEET. ONE OR MORE CULTIVARS MAY BE BLENDED.
4. KENTUCKY BLUEGRASS/FINE FESCUE (SHADE MIXTURE) - FOR USE IN AREAS WITH SHADE IN BLUEGRASS LAWNS OR FOR ESTABLISHMENT IN HIGH QUALITY, INTENSIVELY MANAGED TURF AREA. THE MIXTURE INCLUDES 30% TO 40% CERTIFIED KENTUCKY BLUEGRASS CULTIVARS AND 60% TO 70% OF CERTIFIED FINE FESCUE. THE SEEDING RATE IS 1½ TO 3 POUNDS PER 1,000 SQUARE FEET. A MINIMUM OF 3 KENTUCKY BLUEGRASS CULTIVARS MUST BE CHOSEN, WITH EACH CULTIVAR RANGING FROM A MINIMUM OF 10% TO A MAXIMUM OF 35% OF THE MIXTURE BY WEIGHT.

NOTE: SELECT TURFGRASS VARIETIES FROM THOSE LISTED IN THE MOST CURRENT MARYLAND-VIRGINIA TURFGRASS VARIETY RECOMMENDATION WORK GROUP LIST (http://www.pubs.ext.vt.edu/).

### TABLE 2.7 SELECTED LIST OF PERMANENT HERBACEOUS SEEDING MIXTURES (PARTIAL)

| Mix | Recommended Cultivar | Seeding Rate lb/ac | Soil Drainage | Max. Height (in.) | Mow Level | Remarks |
|---|---|---|---|---|---|---|
| **Cool-Season Grass Mixes** | | | | | | |
| 7. Creeping Red Fescue (Festuca rubra var. rubra) | Navigator II | 60 | S-MW | 2-3 | C-D | This mix uses good shade tolerance. |
| 8. Tall Fescue (Lolium arundinaceum) (formerly Festuca arundinacea) | Recommended turftypes* | 100 | 2-3 | E-MF | 2-3 | A-D | Tall fescue produces a dense turf if frequently mowed, but tends to clump if mowed only occasionally. For best results, recommend using a blend of 3 cultivars. Use low endophytic cultivars in areas where livestock may graze. |
| **5. SELECT ONE SPECIES OF FESCUE:** | | | | | | |
| Tall Fescue (Lolium arundinaceum) (formerly Festuca arundinacea) | Recommended turftypes* | 60 | 1-70 | | | Good for highly managed athletic fields. |
| Kentucky Bluegrass (Poa pratensis) AND ADD: | Beacon, Gotham, Spartan II, Freed | 40 | 0.92 | | | Tall fescue is more suitable for compacted, high use areas and on moist sites. |
| Kentucky Bluegrass (Poa pratensis) | Recommended turftypes* | 40 | 0.92 | | | Hard fescue produces finer-textured turf with more shade tolerance. |
| Perennial Ryegrass (Lolium perenne) | Recommended turftypes*; Blazer III, Pennfine | 20 | 0.46 | | | |
| **H. Creeping Red Fescue (Festuca rubra var. rubra)** | Navigator II | 30 | 0.69 | | | Use this mixture instead of hard fescue for warmseason treatment strips and areas. For best results, recommend using a blend of 3 cultivars each with the tall fescue and Kentucky bluegrass. |
| Chewings Fescue (Festuca rubra var. commutata) | Rudic | 20 | 0.69 | | | |
| Kentucky Bluegrass (Poa pratensis) | Recommended turftypes* | 20 | 0.46 | E-MW | 2-3 | D-D | |
| **OPTIONAL ADDITION** Rough Bluegrass (Poa trivialis) | Common | 15 | 0.34 | | | |

SOD GRASS
USE SOD GRASS TO PROVIDE QUICK COVER ON DISTURBED AREAS (2:1 GRADE OR FLATTER).

1. CLASS OF TURFGRASS SOD MUST COMPLY WITH THE GRASS VARIETIES LISTED IN TABLE 2.7. MAKE SOD LABELS AVAILABLE TO THE JOB FOREMAN AND INSPECTOR.
2. MACHINE CUT SOD AT A UNIFORM SOIL THICKNESS OF ¾ INCHES, PLUS OR MINUS ¼ INCHES, AT THE TIME OF CUTTING. MEASUREMENT FOR THICKNESS MUST EXCLUDE TOP GROWTH AND THATCH. INDIVIDUAL PIECES OF SOD MUST BE CUT TO THE SUPPLIER'S WIDTH AND LENGTH. MAXIMUM ALLOWABLE DEVIATION FROM STANDARD WIDTHS AND LENGTHS IS 5%. BROKEN PADS AND TORN OR UNEVEN ENDS WILL NOT BE ACCEPTABLE.
3. STANDARD SIZE SECTIONS OF SOD MUST BE STRONG ENOUGH TO SUPPORT THEIR OWN WEIGHT AND RETAIN THEIR SIZE AND SHAPE WHEN SUSPENDED VERTICALLY WITH A FIRM GRASP ON THE UPPER 10% OF THE SECTION.
4. DO NOT HARVEST OR TRANSPLANT SOD WHEN MOISTURE CONTENT (EXCESSIVELY DRY OR WET) MAY ADVERSELY AFFECT ITS SURVIVAL.
5. HARVEST, DELIVER, AND INSTALL SOD WITHIN A PERIOD OF 36 HOURS. SOD NOT TRANSPLANTED WITHIN THIS PERIOD MUST BE APPROVED BY AN AGRONOMIST OR SOIL SCIENTIST PRIOR TO ITS INSTALLATION.

PLANTING DATES
THE RECOMMENDED PLANTING DATES FOR PERMANENT COVER CAN BE FOUND IN TABLE 2.8.

### Table 2.8 Recommended Planting Dates for Permanent Cover

| Type of Plant Material | Planting Dates |
|---|---|
| Seeds - Cool-Season Grasses (includes mixes with forbs and/or legumes) | Feb 15 to Apr 30 Aug 15 to Oct 31 Nov 1 to Nov 30[5] |
| Seeds - Warm-Season/Cool-Season Grass Mixes (includes mixes with forbs and/or legumes) | Feb 15 to Apr 30[4] May 1 to May 31[4] |
| Sod - Cool-Season | Feb 15 to Apr 30 May 1 to Sep 30[4] Oct 1 to Dec 1 [5, 6] |

NOTES:
1. WHEN SEEDING TOWARD THE END OF THE LISTED PLANTING DATES, OR WHEN CONDITIONS ARE EXPECTED TO BE LESS THAN OPTIMAL, SELECT AN APPROPRIATE NURSE CROP FROM TABLE 2.3 TEMPORARY SEEDING FOR SITE STABILIZATION AND PLANT TOGETHER WITH THE PERMANENT SEEDING MIX.
2. WHEN PLANTED DURING THE GROWING SEASON, MOST OF THESE MATERIALS MUST BE PURCHASED AND KEPT IN A DORMANT CONDITION UNTIL PLANTING.
3. RECOMMEND ADDING A NURSE CROP, AS NOTED ABOVE, IF PLANTING DURING THIS PERIOD.
4. WARM-SEASON GRASSES NEED A SOIL TEMPERATURE OF AT LEAST 50 DEGREES F IN ORDER TO GERMINATE. IF SOIL TEMPERATURES ARE COLDER THAN 50 DEGREES, OR MOISTURE IS NOT ADEQUATE, THE SEEDS WILL REMAIN DORMANT UNTIL CONDITIONS ARE FAVORABLE. IN GENERAL, PLANTING DURING THE LATTER PORTION OF THIS PERIOD ALLOWS MORE TIME FOR WEED EMERGENCE AND WEED CONTROL PRIOR TO PLANTING. WHEN SELECTING A PLANTING DATE, CONSIDER THE NEED FOR WEED CONTROL VS. THE LIKELIHOOD OF HAVING SUFFICIENT MOISTURE FOR LATER PLANTINGS, ESPECIALLY ON DROUGHTY SITES.
5. ADDITIONAL PLANTING DATES DURING WHICH SUPPLEMENTAL WATERING MAY BE NEEDED TO ENSURE PLANT ESTABLISHMENT.
6. FREQUENT FREEZING AND THAWING OF WET SOILS MAY RESULT IN FROST-HEAVING OF MATERIALS PLANTED IN LATE FALL, IF PLANTS HAVE NOT SUFFICIENTLY ROOTED IN PLACE. SOD USUALLY NEEDS 4 TO 6 WEEKS TO BECOME SUFFICIENTLY ROOTED.

MINIMUM SOIL CRITERIA
MINIMUM SOIL CONDITIONS REQUIRED FOR PERMANENT VEGETATIVE ESTABLISHMENT INCLUDE THE FOLLOWING:

1. SOIL PH MUST BE BETWEEN 6.0 AND 7.0.
2. SOLUBLE SALTS MUST BE LESS THAN 500 PARTS PER MILLION (PPM).
3. THE SOIL MUST CONTAIN LESS THAN 40% CLAY BUT ENOUGH FINE GRAINED MATERIAL (> 30% SILT PLUS CLAY) TO PROVIDE THE CAPACITY TO HOLD A MODERATE AMOUNT OF MOISTURE. AS AN EXCEPTION, IT IS ACCEPTABLE TO PLANT LOVEGRASS OR SERECIA LESPEDEZA IN SANDY SOIL (< 30% SILT PLUS CLAY).
4. SOIL MUST CONTAIN 1.5% MINIMUM ORGANIC MATTER BY WEIGHT.
5. SOIL MUST CONTAIN SUFFICIENT PORE SPACE TO PERMIT ADEQUATE ROOT PENETRATION.
6. IF THESE CONDITIONS CANNOT BE MET BY SOILS ON SITE, TOPSOIL MUST BE ADDED AS REQUIRED IN SECTION 2.6 TOPSOILING.



**PROFESSIONAL CERTIFICATION**
I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.

| | |
|---|---|
| DESIGNED: REY | TITLE OF SHEET: **EROSION AND SEDIMENT CONTROL NOTES** |
| C.A.D.D REY | DRAWING NO. |
| TECH. REVIEW: DAC & DATE 10/20/2025 | SHEET NO. **C8** |

EAST POTOMAC PARK GOLF COURSE
NATIONAL MALL & MEMORIAL PARKS
WASHINGTON, DC

PMIS/PKG NO.

SHEET 8 OF 9

**DEPARTMENT OF ENERGY & ENVIRONMENT**

## 2.10.4 DESIGN CRITERIA (CONTINUED)

### SOIL AMENDMENTS (FERTILIZER AND LIME SPECIFICATIONS)

1. SOIL TESTS MUST BE PERFORMED TO DETERMINE THE EXACT RATIOS AND APPLICATION RATES FOR BOTH LIME AND FERTILIZER ON SITES WITH DISTURBED AREAS OVER 5 ACRES. SOIL ANALYSIS MAY BE PERFORMED BY THE UNIVERSITY OF THE DISTRICT OF COLUMBIA OR A CERTIFIED COMMERCIAL LABORATORY. SOIL SAMPLES TAKEN FOR ENGINEERING PURPOSES MAY ALSO BE USED FOR CHEMICAL ANALYSES.
2. FERTILIZERS MUST BE UNIFORM IN COMPOSITION, FREE FLOWING, AND SUITABLE FOR ACCURATE APPLICATION BY APPROVED EQUIPMENT. MANURE MAY BE SUBSTITUTED FOR FERTILIZER WITH PRIOR APPROVAL FROM DOEE. DELIVER ALL FERTILIZERS TO THE SITE FULLY LABELED PER APPLICABLE LAWS AND BEAR THE NAME, TRADE NAME OR TRADEMARK, AND WARRANTY OF THE PRODUCER.
3. LIME MATERIALS MUST BE GROUND LIMESTONE (HYDRATED OR BURNT LIME MAY BE SUBSTITUTED) CONTAINING AT LEAST 50% TOTAL OXIDES (CALCIUM OXIDE PLUS MAGNESIUM OXIDE). LIMESTONE MUST BE GROUND TO SUCH FINENESS THAT AT LEAST 50% WILL PASS THROUGH A #100 MESH SIEVE AND 98% TO 100% WILL PASS THROUGH A #20 MESH SIEVE.

## 2.10.5 CONSTRUCTION SPECIFICATIONS

### SITE PREPARATION:

1. INSTALL EROSION AND SEDIMENT CONTROL STRUCTURES (EITHER TEMPORARY OR PERMANENT) SUCH AS DIVERSIONS, GRADE STABILIZATION STRUCTURES, BERMS, WATERWAYS, OR SEDIMENT CONTROL BASINS.
2. PERFORM ALL GRADING OPERATIONS AT RIGHT ANGLES TO THE SLOPE. FINAL GRADING AND SHAPING IS NOT USUALLY NECESSARY FOR TEMPORARY SEEDING.
3. SCHEDULE REQUIRED SOIL TESTS TO DETERMINE SOIL AMENDMENT COMPOSITION AND APPLICATION RATES FOR SITES HAVING DISTURBED AREA OVER 5 ACRES.
4. DISTRIBUTE LIME AND FERTILIZER EVENLY AND INCORPORATE THEM INTO THE TOP 3 TO 5 INCHES OF SOIL BY DISKING OR OTHER SUITABLE MEANS.
5. WHERE THE SUBSOIL IS EITHER HIGHLY ACIDIC OR COMPOSED OF HEAVY CLAYS, SPREAD GROUND LIMESTONE AT THE RATE OF 4 TO 8 TONS PER ACRE (200 TO 400 POUNDS PER 1,000 SQUARE FEET) PRIOR TO THE PLACEMENT OF TOPSOIL.

### SEEDBED PREPARATION:

1. TEMPORARY SEEDING

   (A) SEEDBED PREPARATION MUST CONSIST OF LOOSENING SOIL TO A DEPTH OF 3 TO 5 INCHES BY MEANS OF SUITABLE AGRICULTURAL OR CONSTRUCTION EQUIPMENT, SUCH AS DISC HARROWS OR CHISEL PLOWS OR RIPPERS MOUNTED ON CONSTRUCTION EQUIPMENT. AFTER THE SOIL IS LOOSENED, DO NOT ROLL OR DRAG SMOOTH BUT LEAVE IN THE ROUGHENED CONDITION. TRACK SLOPED AREAS (GREATER THAN 3:1) LEAVING THE SURFACE IN AN IRREGULAR CONDITION WITH RIDGES RUNNING PARALLEL TO THE CONTOUR OF THE SLOPE.
   (B) APPLY FERTILIZER AND LIME AS PRESCRIBED ON THE PLANS.
   (C) INCORPORATE LIME AND FERTILIZER INTO THE TOP 3 TO 5 INCHES OF SOIL BY DISKING OR OTHER SUITABLE MEANS.

2. PERMANENT SEEDING - MAINTAIN AREAS PREVIOUSLY GRADED IN CONFORMANCE WITH THE DRAWINGS IN A TRUE AND EVEN GRADE, THEN SCARIFIED OR OTHERWISE LOOSENED TO A DEPTH OF 3 TO 5 INCHES TO PERMIT BONDING OF THE TOPSOIL TO THE SURFACE AREA AND TO CREATE HORIZONTAL EROSION CHECK SLOTS TO PREVENT TOPSOIL FROM SLIDING DOWN A SLOPE.
   APPLY SOIL AMENDMENTS AS PER SOIL TEST OR AS INCLUDED ON THE PLANS.
   MIX SOIL AMENDMENTS INTO THE TOP 3 TO 5 INCHES OF TOPSOIL BY DISKING OR OTHER SUITABLE MEANS. RAKE LAWN AREAS TO SMOOTH THE SURFACE, REMOVE LARGE OBJECTS LIKE STONES AND BRANCHES, AND READY THE AREA FOR SEED APPLICATION. WHERE SITE CONDITIONS WILL NOT PERMIT NORMAL SEEDBED PREPARATION, LOOSEN SURFACE SOIL BY DRAGGING WITH A HEAVY CHAIN OR OTHER EQUIPMENT TO ROUGHEN THE SURFACE. TRACK STEEP SLOPES (STEEPER THAN 3:1) BY A DOZER LEAVING THE SOIL IN AN IRREGULAR CONDITION WITH RIDGES RUNNING PARALLEL TO THE CONTOUR OF THE SLOPE. THE TOP 1 TO 3 INCHES OF SOIL SHOULD BE LOOSE AND FRIABLE. SEEDBED LOOSENING MAY NOT BE NECESSARY ON NEWLY DISTURBED AREAS.

3. METHODS OF SEEDING - APPLY SEED UNIFORMLY WITH HYDROSEEDER (SLURRY INCLUDES SEED, FERTILIZER AND MULCH), BROADCAST OR DROP SEEDER, OR A CULTIPACKER SEEDER.

   (A) HYDROSEEDING

      I) IF FERTILIZER IS BEING APPLIED AT THE TIME OF SEEDING, THE APPLICATION RATES WILL NOT EXCEED THE FOLLOWING: NITROGEN, MAXIMUM OF 100 POUNDS PER ACRE TOTAL OF SOLUBLE NITROGEN; P/2O/5 (PHOSPHOROUS), 200 POUNDS PER ACRE; K/2O (POTASSIUM), 200 POUNDS PER ACRE.
      II) LIME - USE ONLY GROUND AGRICULTURAL LIMESTONE, (UP TO 3 TONS PER ACRE MAY BE APPLIED BY HYDROSEEDING). NORMALLY, NOT MORE THAN 2 TONS PER ACRE ARE APPLIED BY HYDROSEEDING AT ANY ONE TIME. DO NOT USE BURNT OR HYDRATED LIME WHEN HYDROSEEDING.
      III) SEED AND FERTILIZER MUST BE MIXED ON SITE AND SEEDING MUST BE DONE IMMEDIATELY AND WITHOUT INTERRUPTION.
      IV) FIBER MULCH MAY BE INCORPORATED INTO THE HYDROSEEDING MIXTURE. CONSULT SECTION 2.7 MULCHING FOR STANDARDS AND SPECIFICATIONS FOR MULCH MATERIALS.

   (B) DRY SEEDING - THIS INCLUDES USE OF CONVENTIONAL DROP OR BROADCAST SPREADERS.

      I) INCORPORATE SEED SPREAD DRY INTO THE SUBSOIL AT THE RATES PRESCRIBED ON THE TEMPORARY OR PERMANENT SEEDING SUMMARIES OR TABLES 2.4 OR 2.7. THE SEEDED AREA MUST THEN BE ROLLED WITH A WEIGHTED ROLLER TO PROVIDE GOOD SEED TO SOIL CONTACT.
      II) WHERE PRACTICAL, APPLY SEED IN TWO DIRECTIONS PERPENDICULAR TO EACH OTHER. APPLY HALF THE SEEDING RATE IN EACH DIRECTION.

   (C) DRILL OR CULTIPACKER SEEDING - MECHANIZED SEEDERS THAT APPLY AND COVER SEED WITH SOIL.

      I) CULTIPACKING SEEDERS ARE REQUIRED TO BURY THE SEED IN SUCH A FASHION AS TO PROVIDE AT LEAST ¼ INCHES OF SOIL COVERING. SEEDBED MUST BE FIRM AFTER PLANTING.
      II) WHERE PRACTICAL, APPLY SEED IN TWO DIRECTIONS PERPENDICULAR TO EACH OTHER. APPLY HALF THE SEEDING RATE IN EACH DIRECTION.

4. SOD INSTALLATION - DURING PERIODS OF EXCESSIVELY HIGH TEMPERATURE OR IN AREAS HAVING DRY SUBSOIL, THE SUBSOIL MUST BE LIGHTLY IRRIGATED IMMEDIATELY PRIOR TO LAYING THE SOD. THE FIRST ROW OF SOD MUST BE LAID IN A STRAIGHT LINE WITH SUBSEQUENT ROWS PLACED PARALLEL TO AND TIGHTLY WEDGED AGAINST EACH OTHER. LATERAL JOINTS MUST BE STAGGERED TO PROMOTE MORE UNIFORM GROWTH AND STRENGTH. ENSURE THAT SOD IS NOT STRETCHED OR OVERLAPPED AND THAT ALL JOINTS ARE BUTTED TIGHT IN ORDER TO PREVENT VOIDS, WHICH WOULD CAUSE AIR DRYING OF THE ROOTS.
   WHEREVER POSSIBLE, LAY SOD WITH THE LONG EDGES PARALLEL TO THE CONTOUR AND WITH STAGGERING JOINTS. ROLL AND TAMP, PEG, OR OTHERWISE SECURE SOD TO PREVENT SLIPPAGE ON SLOPES AND TO ENSURE SOLID CONTACT BETWEEN SOD ROOTS AND THE UNDERLYING SOIL SURFACE.
   IMMEDIATELY WATER SOD FOLLOWING ROLLING OR TAMPING UNTIL THE UNDERSIDE OF THE NEW SOD PAD AND SOIL SURFACE BELOW THE SOD ARE THOROUGHLY WET. COMPLETE THE OPERATIONS OF LAYING, TAMPING AND IRRIGATING FOR ANY PIECE OF SOD WITHIN EIGHT HOURS.

5. INCREMENTAL STABILIZATION – CUT SLOPES
   DRESS, PREPARE, SEED, AND MULCH ALL CUT SLOPES AS THE WORK PROGRESSES. EXCAVATE AND STABILIZE SLOPES IN EQUAL INCREMENTS NOT TO EXCEED 15 FEET.
   THE CONSTRUCTION SEQUENCE IS AS FOLLOWS (REFER TO FIGURE 2.1):
   (A) EXCAVATE AND STABILIZE ALL TEMPORARY SWALES, SIDE DITCHES, OR BERMS THAT WILL BE USED TO CONVEY RUNOFF FROM THE EXCAVATION.
   (B) PERFORM PHASE 1 EXCAVATION, DRESS, AND STABILIZE.
   (C) PERFORM PHASE 2 EXCAVATION, DRESS, AND STABILIZE. OVERSEED PHASE 1 AREAS AS NECESSARY.
   (D) PERFORM FINAL PHASE EXCAVATION, DRESS, AND STABILIZE. OVERSEED PREVIOUSLY SEEDED AREAS AS NECESSARY.

   NOTE: ONCE EXCAVATION HAS BEGUN THE OPERATION SHOULD BE CONTINUOUS FROM GRUBBING THROUGH THE COMPLETION OF GRADING AND PLACEMENT OF TOPSOIL (IF REQUIRED) AND PERMANENT SEED AND MULCH. ANY INTERRUPTIONS IN THE OPERATION OR COMPLETING THE OPERATION OUT OF THE SEEDING SEASON WILL NECESSITATE THE APPLICATION OF TEMPORARY STABILIZATION.

6. INCREMENTAL STABILIZATION OF EMBANKMENTS - FILL SLOPES CONSTRUCT EMBANKMENTS IN LIFTS AS PRESCRIBED ON THE PLANS. IMMEDIATELY STABILIZE SLOPES WHEN THE VERTICAL HEIGHT OF THE MULTIPLE LIFTS REACHES 15 FEET, OR WHEN THE GRADING OPERATION CEASES AS PRESCRIBED ON THE PLANS.
   AT THE END OF EACH DAY, CONSTRUCT TEMPORARY BERMS AND PIPE SLOPE DRAINS ALONG THE TOP EDGE OF THE EMBANKMENT TO INTERCEPT SURFACE RUNOFF AND CONVEY IT DOWN THE SLOPE IN A NON-EROSIVE MANNER TO A SEDIMENT TRAPPING DEVICE.
   THE CONSTRUCTION SEQUENCE IS AS FOLLOWS (REFER TO FIGURE 2.2):

   (A) EXCAVATE AND STABILIZE ALL TEMPORARY SWALES, SIDE DITCHES, OR BERMS THAT WILL BE USED TO DIVERT RUNOFF AROUND THE FILL. CONSTRUCT SLOPE SILT FENCE ON LOW SIDE OF FILL AS SHOWN IN FIGURE 2.2, UNLESS OTHER METHODS SHOWN ON THE PLANS ADDRESS THIS AREA.
   (B) PLACE PHASE 1 EMBANKMENT, DRESS AND STABILIZE.
   (C) PLACE PHASE 2 EMBANKMENT, DRESS AND STABILIZE.
   (D) PLACE FINAL PHASE EMBANKMENT, DRESS AND STABILIZE. OVERSEED PREVIOUSLY SEEDED AREAS AS NECESSARY.

   NOTE: ONCE THE PLACEMENT OF FILL HAS BEGUN THE OPERATION SHOULD BE CONTINUOUS FROM GRUBBING THROUGH THE COMPLETION OF GRADING AND PLACEMENT OF TOPSOIL (IF REQUIRED) AND PERMANENT SEED AND MULCH. ANY INTERRUPTIONS IN THE OPERATION OR COMPLETING THE OPERATION OUT OF THE SEEDING SEASON WILL NECESSITATE THE APPLICATION OF TEMPORARY STABILIZATION.

## 2.10.6 MAINTENANCE

### GRASS MAINTENANCE

1. INSPECT ALL SEEDED AREAS FOR FAILURES AND MAKE NECESSARY REPAIRS, REPLACEMENTS, AND RESEEDINGS WITHIN THE PLANTING SEASON.
2. ONCE THE VEGETATION IS ESTABLISHED, THE SITE MUST HAVE 95% GROUND COVER TO BE CONSIDERED ADEQUATELY STABILIZED.
3. IF THE STAND PROVIDES LESS THAN 40% GROUND COVERAGE, REESTABLISH FOLLOWING ORIGINAL LIME, FERTILIZER, SEEDBED PREPARATION AND SEEDING RECOMMENDATIONS.
4. IF THE STAND PROVIDES BETWEEN 40% AND 94% GROUND COVERAGE, OVERSEEDING AND FERTILIZING USING HALF OF THE RATES ORIGINALLY APPLIED MAY BE NECESSARY.
5. MAINTENANCE FERTILIZER RATES FOR PERMANENT SEEDINGS ARE SHOWN IN TABLE 2.9.

**Table 2.9 Maintenance Fertilization for Permanent Seeding**

| Seeding Mixture | Type | Seeding Rate lb/ac | lb/1,000 ft² | Time | Mowing |
|---|---|---|---|---|---|
| Tall fescue makes up 70% or more of cover. | 10-10-10 | 500 | 11.5 | Yearly or as needed. | Not closer than 3 inches, if occasional mowing is desired. |
| | 30-10-10 | 400 | 9.2 | Fall | |
| Birdsfoot trefoil. | 0-20-0 | 400 | 9.2 | Spring, the year following establishment, and every 4 to 5 years, after. | Mow no closer than 2 inches. |
| Fairly uniform stand of tall fescue or birdsfoot trefoil. | 5-10-10 | 500 | 11.5 | Fall, the year following establishment, and every 4 to 5 years, after. | Mow no closer than 2 inches in the fall after seed has matured. |
| Weeping lovegrass fairly uniform plant distribution. | 5-10-10 | 500 | 11.5 | Spring, the year following establishment, and every 3 to 4 years, after. | Not required, but mow 4 inches in fall after seed has matured. |
| Red & chewings fescue, Kentucky bluegrass, hard fescue mixtures. | 20-10-10 | 250 | 5.8 | September, 30 days later. | Mow no closer than 2 inches for red fescue and Kentucky bluegrass, 3 inches for fescue. |
| | | 100 | 2.3 | December, May 20, June 30, if needed. | |
| Red & chewings fescue, Kentucky bluegrass, hard fescue mixtures. | 20-10-10 | 250 | 5.8 | September, 30 days later. | Mow no closer than 2 inches for red fescue and Kentucky bluegrass, 3 inches for fescue. |
| | | 100 | 2.3 | December, May 20, June 30, if needed. | |

## SOD MAINTENANCE

1. IN THE ABSENCE OF ADEQUATE RAINFALL, PERFORM WATERING DAILY OR AS OFTEN AS NECESSARY DURING THE FIRST WEEK AND IN SUFFICIENT QUANTITIES TO MAINTAIN MOIST SOIL TO A DEPTH OF 4 INCHES. WATER DURING THE HEAT OF THE DAY TO PREVENT WILTING.
2. AFTER THE FIRST WEEK, SOD WATERING IS REQUIRED AS NECESSARY TO MAINTAIN ADEQUATE MOISTURE CONTENT.
3. DO NOT ATTEMPT THE FIRST MOWING OF SOD UNTIL THE SOD IS FIRMLY ROOTED. DO NOT REMOVE MORE THAN A THIRD OF THE GRASS LEAF BY THE INITIAL CUTTING OR SUBSEQUENT CUTTINGS. MAINTAIN GRASS HEIGHT BETWEEN 2 INCHES AND 3 INCHES UNLESS OTHERWISE SPECIFIED.

## STORMWATER MANAGEMENT GOOD HOUSEKEEPING GENERAL NOTES

**FUELS AND OILS.** ON-SITE REFUELING WILL BE CONDUCTED IN A DEDICATED LOCATION AWAY FROM ACCESS TO SURFACE WATERS. TANKS FABRICATED WITH DOUBLE WALLS DO NOT REQUIRE AN ADDITIONAL BERMED AREA. INSTALL CONTAINMENT BERMS AND/OR SECONDARY CONTAINMENTS AROUND REFUELING AREAS AND STORAGE TANKS. SPILLS WILL BE CLEANED UP IMMEDIATELY AND CONTAMINATED SOILS DISPOSED OF IN ACCORDANCE WITH ALL FEDERAL AND DISTRICT OF COLUMBIA REGULATIONS. PETROLEUM PRODUCTS WILL BE STORED IN CLEARLY LABELED TIGHTLY SEALED CONTAINERS. ALL VEHICLES ON-SITE WILL BE MONITORED FOR LEAKS AND RECEIVE REGULAR PREVENTIVE MAINTENANCE ACTIVITIES. ANY ASPHALT SUBSTANCES USED ON-SITE WILL BE APPLIED ACCORDING TO MANUFACTURER'S RECOMMENDATIONS. SPILL KITS WILL BE INCLUDED WITH ALL FUELING SOURCES AND MAINTENANCE ACTIVITIES.

**SOLID WASTE.** NO SOLID MATERIALS SHALL BE DISCHARGED TO SURFACE WATER. SOLID MATERIALS INCLUDING BUILDING MATERIALS, GARBAGE, AND PAINT DEBRIS SHALL BE CLEANED UP DAILY AND DEPOSITED INTO DUMPSTERS, WHICH WILL BE PERIODICALLY REMOVED AND DEPOSITED INTO A LANDFILL. A COVER IS REQUIRED FOR ALL DUMPSTERS WHEN THE DUMPSTER IS NOT ACTIVELY BEING LOADED WITH WASTE MATERIALS.

**ABRASIVE BLASTING.** WATER BLASTING, SANDBLASTING, AND OTHER FORMS OF ABRASIVE BLASTING ON PAINTED SURFACES BUILT PRIOR TO 1978 MAY ONLY BE PERFORMED IF AN EFFECTIVE CONTAINMENT SYSTEM PREVENTS DISPERSAL OF PAINT DEBRIS.

**FERTILIZER.** FERTILIZERS WILL BE APPLIED ONLY IN THE MINIMUM AMOUNTS RECOMMENDED BY THE MANUFACTURER, WORKED INTO THE SOIL TO LIMIT EXPOSURE TO STORMWATER, AND STORED IN A COVERED SHED. PARTIALLY USED BAGS WILL BE TRANSFERRED TO A SEALABLE BIN TO AVOID SPILLS.

**PAINT AND OTHER CHEMICALS.** ALL PAINT CONTAINERS AND CURING COMPOUNDS WILL BE TIGHTLY SEALED AND STORED WHEN NOT REQUIRED FOR USE. EXCESS PAINT WILL NOT BE DISCHARGED TO THE STORM SEWERS, BUT WILL BE PROPERLY DISPOSED OF ACCORDING TO MANUFACTURER'S RECOMMENDATIONS. SPRAY GUNS WILL BE CLEANED ON A REMOVABLE TARP. CHEMICALS USED ON-SITE ARE KEPT IN SMALL QUANTITIES AND IN CLOSED CONTAINERS UNDERCOVER AND KEPT OUT OF DIRECT CONTACT WITH STORMWATER. AS WITH FUELS AND OILS, ANY INADVERTENT SPILLS WILL BE CLEANED UP IMMEDIATELY AND DISPOSED OF ACCORDING FEDERAL AND DISTRICT OF COLUMBIA REGULATIONS.

**CONCRETE.** CONCRETE TRUCKS WILL NOT BE ALLOWED TO WASH OUT OR DISCHARGE SURPLUS CONCRETE OR DRUM WASH ON-SITE, EXCEPT IN A SPECIALLY DESIGNATED CONCRETE DISPOSAL AREA. FORM RELEASE OIL FOR DECORATIVE STONE WORK WILL BE APPLIED OVER A PALLET COVERED WITH AN ABSORBENT MATERIAL TO COLLECT EXCESS FLUID. THE ABSORBENT MATERIAL WILL BE REPLACED AND DISPOSED OF PROPERLY WHEN SATURATED.

**WATER TESTING.** WHEN TESTING AND/OR CLEANING WATER SUPPLY LINES, THE DISCHARGE FROM THE TESTED PIPE WILL BE COLLECTED AND CONVEYED TO A COMPLETED STORMWATER CONVEYANCE SYSTEM FOR ULTIMATE DISCHARGE INTO A STORMWATER BEST MANAGEMENT PRACTICE (BMP).

**SANITARY WASTE.** PORTABLE LAVATORIES LOCATED ON-SITE WILL BE SERVICED ON A REGULAR BASIS BY A CONTRACTOR. PORTABLE LAVATORIES WILL BE LOCATED IN AN UPLAND AREA AWAY FROM DIRECT CONTACT WITH SURFACE WATERS. ANY SPILLS OCCURRING DURING SERVICING WILL BE CLEANED IMMEDIATELY AND CONTAMINATED SOILS DISPOSED OF IN ACCORDANCE WITH ALL FEDERAL AND DISTRICT OF COLUMBIA REGULATIONS.

# SEQUENCE OF CONSTRUCTION

1. AT LEAST 72 HOURS (THREE BUSINESS DAYS) BEFORE CONSTRUCTION BEGINS, THE SITE OWNER OR CONTRACTOR IS RESPONSIBLE FOR CONTACTING DOEE'S INSPECTION AND ENFORCEMENT DIVISION TO SCHEDULE A PRECONSTRUCTION MEETING. COMPLY WITH 2017 DC ESC MANUAL TABLE 1.4 'INSPECTIONS DURING CONSTRUCTION' THROUGHOUT DURATION OF CONSTRUCTION.
2. BEFORE ANY LAND DISTURBANCE INSTALL INLET PROTECTION, STABILIZED CONSTRUCTION ENTRANCE AND PERIMETER EROSION AND SEDIMENT CONTROL MEASURES.
3. PERFORM DEMOLITION OF SITE FEATURES AND HAUL TO AN APPROVED OFF-SITE LOCATION. ALL TREES ARE TO BE PRESERVED UNLESS INDICATED TO BE REMOVED.
4. INSTALL TEMPORARY CULVERT AND ACCESS ROAD.
5. STRIP TOPSOIL WITHIN THE LIMITS OF WORK AND STOCKPILE AROUND THE PERIMETER OF THE SITE FOR FUTURE REUSE. MAINTAIN A MINIMUM SEPARATION OF 4 FEET BETWEEN THE PERIMETER SUPER SILT FENCE AND THE TOPSOIL STOCKPILE'S TOE OF SLOPE.
6. IMPORT SOIL FROM OFFSITE AND CONSTRUCT FILLS. INCREMENTALLY ROUGH GRADE THE SITE AS FILLS ARE CONDUCTED.
7. PERFORM TEMPORARY STABILIZATION AS REQUIRED.
8. ONCE ALL SOIL HAS BEEN IMPORTED TO THE SITE FINE GRADE AND INSTALL SALVAGED TOPSOIL.  PERMANENTLY STABILIZE THE SITE.
9. REMOVE TEMPORARY CULVERT AND ACCESS ROAD. REINSTALL ALL SITE FEATURES WHICH WERE DEMOLISHED TO MATCH EXISTING CONDITIONS. REPAIR AND PERMANENTLY STABILIZE AREAS DISTURBED BY THEIR REMOVAL.
10. AFTER SITE IS FULLY STABILIZED AND FINAL CONSTRUCTION INSPECTION IS COMPLETE, WITH DOEE AND NPS APPROVAL, REMOVE ESC MEASURES AND REPAIR AREAS DISTURBED BY REMOVAL OF CONTROLS.
11. PREPARE AND SUBMIT AS-BUILT PLAN TO NPS.

## DOEE SOIL EROSION AND SEDIMENT CONTROL PLAN GENERAL NOTES:

1. FOLLOWING INITIAL LAND DISTURBANCE OR RE-DISTURBANCE, PERMANENT OR INTERIM STABILIZATION MUST BE COMPLETED WITHIN SEVEN (7) CALENDAR DAYS FOR THE SURFACES OF ALL PERIMETER CONTROLS, DIKES, SWALES, DITCHES, PERIMETER SLOPES, AND SLOPES GREATER THAN THREE (3) HORIZONTAL TO ONE (1) VERTICAL (3:1); AND FOURTEEN (14) DAYS FOR ALL OTHER DISTURBED OR GRADED AREAS ON THE PROJECT SITE. THESE REQUIREMENTS DO NOT APPLY TO AREAS SHOWN ON THE PLAN THAT ARE USED FOR MATERIAL STORAGE OR THOSE AREAS ON THE PLAN WHERE ACTUAL CONSTRUCTION ACTIVITIES ARE BEING PERFORMED. MAINTENANCE SHALL BE PERFORMED AS NECESSARY SO THAT STABILIZED AREAS CONTINUOUSLY MEET THE APPROPRIATE REQUIREMENTS OF THE DISTRICT OF COLUMBIA STANDARDS AND SPECIFICATIONS FOR SOIL EROSION AND SEDIMENT CONTROL (ESC). [21 DCMR § 542.9 (o)]
2. ESC MEASURES SHALL BE IN PLACE BEFORE AND DURING LAND DISTURBANCE. [21 DCMR § 543.6]
3. CONTACT DOEE INSPECTION (202) 535-2977 TO SCHEDULE A PRECONSTRUCTION MEETING AT LEAST THREE (3) BUSINESS DAYS BEFORE THE COMMENCEMENT OF A LAND-DISTURBING ACTIVITY. [21 DCMR § 503.7 (a)]
4. A COPY OF THE APPROVED PLAN SET WILL BE MAINTAINED AT THE CONSTRUCTION SITE FROM THE DATE THAT CONSTRUCTION ACTIVITIES BEGIN TO THE DATE OF FINAL STABILIZATION AND WILL BE AVAILABLE FOR DOEE INSPECTORS. [21 DCMR § 542.15]
5. ESC MEASURES SHALL BE IN PLACE TO STABILIZE AN EXPOSED AREA AS SOON AS PRACTICABLE AFTER CONSTRUCTION ACTIVITY HAS TEMPORARILY OR PERMANENTLY CEASED BUT NO LATER THAN FOURTEEN (14) DAYS FOLLOWING CESSATION, EXCEPT THAT TEMPORARY OR PERMANENT STABILIZATION SHALL BE IN PLACE AT THE END OF EACH DAY OF UNDERGROUND UTILITY WORK THAT IS NOT CONTAINED WITHIN A LARGER DEVELOPMENT SITE. [21 DCMR § 543.7]
6. STOCKPILED MATERIAL BEING ACTIVELY USED DURING A PHASE OF CONSTRUCTION SHALL BE PROTECTED AGAINST EROSION BY ESTABLISHING AND MAINTAINING PERIMETER CONTROLS AROUND THE STOCKPILE. [21 DCMR § 543.16 (a)]
7. STOCKPILED MATERIAL NOT BEING ACTIVELY USED OR ADDED TO SHALL BE STABILIZED WITH MULCH, TEMPORARY VEGETATION, HYDRO-SEED OR PLASTIC WITHIN FIFTEEN (15) CALENDAR DAYS AFTER ITS LAST USE OR ADDITION. [21 DCMR § 543.16 (b)]
8. FILL MATERIAL MUST BE FREE OF CONTAMINATION LEVELS OF ANY POLLUTANT THAT IS, OR MAY BE CONSIDERED TO REPRESENT, A POSSIBLE HEALTH HAZARD TO THE PUBLIC OR MAY BE DETRIMENTAL TO SURFACE OR GROUND WATER QUALITY, OR WHICH MAY CAUSE DAMAGE TO PROPERTY OR THE DRAINAGE SYSTEM. ALL FILL MATERIAL MUST BE FREE OF HAZARDOUS MATERIALS AND COMPLY WITH ALL APPLICABLE DISTRICT AND FEDERAL REGULATIONS.
9. PROTECT BEST MANAGEMENT PRACTICES FROM SEDIMENTATION AND OTHER DAMAGE DURING CONSTRUCTION FOR PROPER POST CONSTRUCTION OPERATION. [21 DCMR § 543.5]
10. REQUEST A DOEE INSPECTOR'S APPROVAL AFTER THE INSTALLATION OF PERIMETER EROSION AND SEDIMENT CONTROLS, BUT BEFORE PROCEEDING WITH ANY OTHER EARTH DISTURBANCE OR GRADING. [21 DCMR § 542.12 (a)]
11. REQUEST A DOEE INSPECTOR'S APPROVAL AFTER FINAL STABILIZATION ON SITE AND BEFORE THE REMOVAL OF EROSION AND SEDIMENT CONTROLS. [21 DCMR § 542.12 (b)]
12. FINAL STABILIZATION MEANS THAT ALL LAND-DISTURBING ACTIVITIES AT THE SITE HAVE BEEN COMPLETED AND EITHER OF THE FOLLOWING TWO CRITERIA HAVE BEEN MET: (1) A UNIFORM (FOR EXAMPLE, EVENLY DISTRIBUTED, WITHOUT LARGE BARE AREAS) PERENNIAL VEGETATIVE COVER WITH A DENSITY OF SEVENTY PERCENT (70%) OF THE NATIVE BACKGROUND VEGETATIVE COVER FOR THE AREA HAS BEEN ESTABLISHED ON ALL UNPAVED AREAS AND AREAS NOT COVERED BY PERMANENT STRUCTURES, OR (2) EQUIVALENT PERMANENT STABILIZATION MEASURES HAVE BEEN EMPLOYED (SUCH AS THE USE OF RIPRAP, GABIONS, OR GEOTEXTILES). [21 DCMR § 542.12 (b.1, b.2)]
13. FOLLOW THE REQUIREMENTS OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY APPROVED STORMWATER POLLUTION PREVENTION PLAN (SWPPP) AND MAINTAIN A LEGIBLE COPY OF THIS SWPPP ON SITE. [21 DCMR § 543.10 (b)]
14. POST A SIGN THAT NOTIFIES THE PUBLIC TO CONTACT DOEE IN THE EVENT OF EROSION OR OTHER POLLUTION. THE SIGN WILL BE PLACED AT EACH ENTRANCE TO THE SITE OR AS DIRECTED BY THE DOEE INSPECTOR. EACH SIGN WILL BE NO LESS THAN 18 X 24 INCHES IN SIZE AND MADE OF MATERIALS THAT WILL WITHSTAND WEATHER FOR THE DURATION OF THE PROJECT. LETTERING WILL BE AT LEAST 1 INCH IN HEIGHT AND EASILY READABLE BY THE PUBLIC FROM A DISTANCE OF TWELVE FEET (12 FT). THE SIGN MUST DIRECT THE PUBLIC, IN SUBSTANTIALLY THE FOLLOWING FORM: "TO REPORT EROSION, RUNOFF, OR STORMWATER POLLUTION" AND WILL PROVIDE THE CONSTRUCTION SITE ADDRESS, DOEE'S TELEPHONE NUMBER (202-535-2977), DOEE'S E-MAIL ADDRESS (IEB.SCHEDULING@DC.GOV), AND THE 311 MOBILE APP HEADING ("CONSTRUCTION-EROSION RUNOFF"). [21 DCMR § 543.22]

IF A SITE DISTURBS 5,000 SQUARE FEET OF LAND OR GREATER, THE ESC PLAN MUST CONTAIN THE FOLLOWING STATEMENT:

15. A RESPONSIBLE PERSON MUST BE PRESENT OR AVAILABLE WHILE THE SITE IS IN A LAND-DISTURBING PHASE. THE RESPONSIBLE PERSON IS CHARGED WITH BEING AVAILABLE TO (A) INSPECT THE SITE AND ITS ESC MEASURES AT LEAST ONCE BIWEEKLY AND AFTER A RAINFALL EVENT TO IDENTIFY AND REMEDY EACH POTENTIAL OR ACTUAL EROSION PROBLEM, (B) RESPOND TO EACH POTENTIAL OR ACTUAL EROSION PROBLEM IDENTIFIED BY CONSTRUCTION PERSONNEL, AND (C) SPEAK ON SITE WITH DOEE TO REMEDY EACH POTENTIAL OR ACTUAL EROSION PROBLEM. A RESPONSIBLE PERSON SHALL BE (A) LICENSED IN THE DISTRICT OF COLUMBIA AS A CIVIL OR GEOTECHNICAL ENGINEER, A LAND SURVEYOR, OR ARCHITECT; OR (B) CERTIFIED THROUGH A TRAINING PROGRAM THAT DOEE APPROVES, INCLUDING A COURSE ON EROSION CONTROL PROVIDED BY ANOTHER JURISDICTION OR PROFESSIONAL ASSOCIATION. DURING CONSTRUCTION, THE RESPONSIBLE PERSON SHALL KEEP ON SITE PROOF OF PROFESSIONAL LICENSING OR OF SUCCESSFUL COMPLETION OF A DOEE-APPROVED TRAINING PROGRAM. [21 DCMR § 547]

## CONSTRUCTION SPECIFICATIONS FOR DUST CONTROL:

1. THE CONTRACTOR MUST CONDUCT OPERATIONS AND MAINTAIN THE PROJECT SITE SO AS TO MINIMIZE THE CREATION AND DISPERSION OF DUST. USE DUST CONTROL THROUGHOUT THE WORK AT THE SITE.
2. THE CONTRACTOR MUST PROVIDE CLEAN WATER, FREE FROM SALT, SOIL, AND OTHER DELETERIOUS MATERIAL TO BE USED FOR ON-SITE DUST CONTROL.
3. THE CONTRACTOR SHALL SUPPLY WATER-SPRAYING EQUIPMENT CAPABLE OF ACCESSING ALL WORK AREA.
4. THE CONTRACTOR SHALL IMPLEMENT STRICT DUST CONTROL MEASURES DURING ACTIVE CONSTRUCTION PERIODS ON-SITE. THESE CONTROL MEASURES SHALL GENERALLY CONSIST OF WATER APPLICATIONS THAT SHALL BE APPLIED A MINIMUM OF ONCE PER DAY DURING DRY WEATHER OR MORE OFTEN AS REQUIRED TO PREVENT DUST EMISSIONS.
5. FOR WATER APPLICATION TO UNDISTURBED SOIL SURFACES, THE CONTRACTOR SHALL:

   (a) APPLY WATER WITH EQUIPMENT CONSISTING OF TANK, SPRAY BAR, AND PUMP WITH DISCHARGE PRESSURE GAUGE.
   (b) ARRANGE SPRAY BAR HEIGHT, NOZZLE SPACING, AND SPRAY PATTERN TO PROVIDE COMPLETE COVERAGE OF GROUND WITH WATER.
   (c) DISPERSE WATER THROUGH NOZZLES ON SPRAY BAR AT 20 PSI (137.8 KPA) MINIMUM. KEEP AREAS DAMP WITHOUT CREATING NUISANCE CONDITIONS SUCH AS PONDING.

6. FOR WATER APPLICATION TO SOIL SURFACES DURING DEMOLITION AND/OR EXCAVATION, THE CONTRACTOR SHALL:

   (a) APPLY WATER WITH EQUIPMENT CONSISTING OF A TANK, PUMP WITH DISCHARGE GAUGE, HOSES, AND MIST NOZZLES.
   (b) LOCATE TANK AND SPRAYING EQUIPMENT SO THAT THE ENTIRE EXCAVATION AREA CAN BE MISTED WITHOUT INTERFERING WITH DEMOLITION AND/OR EXCAVATION EQUIPMENT OR OPERATIONS.  KEEP AREAS DAMP WITHOUT CREATING NUISANCE CONDITIONS SUCH AS PONDING.
   (c) APPLY WATER SPRAY IN A MANNER TO PREVENT MOVEMENT OF SPRAY BEYOND THE SITE BOUNDARIES.

## CONSTRUCTION SEQUENCE NOTES:

1. SEDIMENT TRAPS OR BASINS AND OTHER EROSION AND SEDIMENT CONTROLS SHALL BE INSTALLED NO LATER THAN THE FIRST PHASE OF LAND GRADING.
2. SEDIMENT TRAPS OR BASINS AND OTHER EROSION AND SEDIMENT CONTROLS SHALL BE, INSTALLED AS SOON AS NEW SITE-RELATED RUNOFF IS DETECTED AND EMPLOYED AT ALL TIMES TO PROTECT INLETS OR STORM SEWERS FROM SILT-PRODUCING AREAS.
3. IMMEDIATELY AFTER DEBRIS BASINS, DIVERSIONS, WATERWAYS, AND RELATED STRUCTURES ARE BUILT SEED AND MULCH, OR INSTALL SOD & STABILIZATION BLANKET.
4. NO LATER THAN THE FIRST DAY OF CONSTRUCTION INSTALL SITE ACCESS MEASURES TO MINIMIZE OFF-SITE VEHICLE TRACKING OF SEDIMENTS. EACH CONSTRUCTION ENTRANCE MUST BE STABILIZED AND INCLUDE EACH ADDITIONAL MEASURE REQUIRED TO KEEP SEDIMENT FROM BEING CARRIED, ONTO PUBLIC STREETS BY CONSTRUCTION VEHICLES, AND WASHED INTO A STORM DRAIN OR WATERWAYS.
5. REMOVE OFF-SITE ACCUMULATIONS OF SEDIMENT DAILY DURING CONSTRUCTION AND IMMEDIATELY AT THE REQUEST OF A DOEE INSPECTOR.
6. PERFORM ROUTINE MAINTENANCE TO PREVENT ANY NEW DESTABILIZED AREAS.

## NOTES FOR UNDERGROUND UTILITY WORK:

1. WHEN CONDUCTING UNDERGROUND UTILITY WORK DO NOT OPEN MORE THAN FIVE HUNDRED LINEAR FEET (500 FT) OF TRENCH AT ANY ONE TIME.
2. FILTER WATER PUMPED OUT OF TRENCH EXCAVATIONS PRIOR TO DISCHARGING TO THE STORM SEWER SYSTEM.
3. PLACE EXCAVATED MATERIAL FOR UTILITY WORK ON THE UPHILL SIDE OF A TRENCH.
4. INSTALL INTERIM OR PERMANENT STABILIZATION IMMEDIATELY AFTER A UTILITY TRENCH IS REFILLED.
5. USE MULCH AND MATTING ON EXCAVATED MATERIAL TO MINIMIZE THEIR EROSION WHEN NATURAL OR ARTIFICIAL GRASS FILTER STRIPS ARE INSTALLED TO RECEIVE STORMWATER RUNOFF FROM THE EXCAVATED MATERIALS.

## NOTES FOR ROADWAY PROJECTS:

1. ROUGH GRADED RIGHTS-OF-WAY AWAITING INSTALLATION OF UTILITIES OR PAVEMENT SHALL BE PROTECTED BY THE INSTALLATION OF INTERCEPTOR DIKES ACROSS RIGHTS-OF-WAY, WITH SPACING OF FIVE HUNDRED FEET (500 FT) OR LESS BETWEEN THE DIKES. THE DOEE REVIEWER MAY APPROVE ALTERNATIVE CONTROLS RECOMMENDED BY A DC-LICENSED PE.
2. THE ESC PLAN MUST DEMONSTRATE HOW TEMPORARY DIVERSION DIKES AND FLUMES, OR ALTERNATIVE CONTROLS RECOMMENDED BY A DC-LICENSED PE, WILL CONVEY RUNOFF DOWN CUT-AND-FILL SLOPES TO AN DOEE APPROVED OUTLET.
3. THE ESC PLAN MUST DEMONSTRATE HOW A PERMANENT DRAINAGE STRUCTURE, INCLUDING DIVERSIONS AT TOP-OF-SLOPE CUTS AND DIVERSIONS TO CONVEY RUNOFF TO A STORM SEWER OR OTHER SUITABLE OUTLET, SHALL BE INSTALLED AT THE COMPLETION OF ROUGH GRADING, UNLESS THE DOEE REVIEWER APPROVES AN ALTERNATIVE RECOMMENDED BY A DC-LICENSED PE.

## NOTES FOR BUILDING DEMOLITION, RAZING, AND SITE DEVELOPMENT:

1. EROSION SHALL BE CONTROLLED BY THE INSTALLATION OF GUTTERS AND DOWNSPOUTS AS SOON AS PRACTICABLE.
2. MEASURES SHALL BE TAKEN TO ACHIEVE A NON-ERODING VELOCITY FOR STORMWATER EXITING FROM A ROOF OR DOWNSPOUT OR TO TEMPORARILY PIPE THAT STORMWATER DIRECTLY TO A STORM DRAIN.
3. THE SITE WORK SHALL MAXIMIZE THE PRESERVATION OF NATURAL VEGETATION AND LIMIT THE REMOVAL OF VEGETATION TO WHAT IS NECESSARY FOR CONSTRUCTION OR LANDSCAPING ACTIVITY.
4. REMOVE OFF-SITE ACCUMULATIONS OF SEDIMENT DAILY DURING CONSTRUCTION AND IMMEDIATELY AT THE REQUEST OF A DOEE INSPECTOR.
5. FILTER WATER PUMPED FROM EXCAVATIONS PRIOR TO DISCHARGING TO THE STORM SEWER SYSTEM.
6. THE DOEE INSPECTOR MAY REQUIRE CHANGES OR ADDITIONS TO THE ESC PLAN BASED ON SITE CONDITIONS.
7. CONTRACTOR TO INSTALL STRAW BALES OR EROSION CONTROL TUBE ACROSS STABILIZED CONSTRUCTION ENTRANCES WHEN NOT IN USE AND AT END OF DAY.

---

**PROFESSIONAL CERTIFICATION**
I HEREBY CERTIFY THAT THESE DOCUMENTS WERE PREPARED OR APPROVED BY ME, AND THAT I AM A DULY LICENSED PROFESSIONAL ENGINEER UNDER THE LAWS OF THE DISTRICT OF COLUMBIA, LICENSE NO. 40002784, EXPIRATION DATE: 08/30/2026.



DISTRICT OF COLUMBIA — MATTHEW J MOHLER — No. PE40002784 — LICENSED PROFESSIONAL ENGINEER

| DESIGNED: REY | TITLE OF SHEET | DRAWING NO. — |
|---|---|---|
| C.A.D.D REY | **EROSION AND SEDIMENT CONTROL NOTES** | |
| TECH. REVIEW: DAC & | SHEET NO. **C9** | PMIS/PKG NO. |
| DATE 10/20/2025 | EAST POTOMAC PARK GOLF COURSE NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 9 OF 9 |

# Declaration of Jennifer T. Nersesian

# Exhibit I

# NPS Stormwater Pollution Prevention Plan

# Construction Stormwater Pollution Prevention Plan Template

To be covered under the U.S. Environmental Protection Agency's (EPA) Construction General Permit (CGP), all construction operators are required to develop a "Stormwater Pollution Prevention Plan" (or "SWPPP") prior to submitting a Notice of Intent (NOI) for permit coverage. EPA created this SWPPP Template to help you develop a SWPPP that is compliant with the minimum requirements of Part 7 of EPA's 2022 Construction General Permit ("2022 CGP"), and is customizable to your specific project and site.

**Instructions for Using the SWPPP Template**

Each section of the SWPPP Template includes instructions and space for your project and site information. Read the instructions for each section before you complete that section. Specific instructions on what information to include is indicated in each text field in blue text. Click on the blue text and the instructions will disappear once you start typing. The SWPPP Template is an editable document file so that you can easily add tables and additional text and delete unneeded or non-applicable fields. Note that some sections may require only a brief description while others may require several pages of explanation.

The following tips for using this template will help ensure that you meet the minimum permit requirements:

- Read the 2022 CGP thoroughly before you begin preparation of your SWPPP to ensure that you have a working understanding of the permit's underlying requirements. You will also need to consult Part 9 of the permit to determine if your State or Tribe has included additional requirements that affect you.

- Complete the SWPPP prior to submitting your NOI for permit coverage. This is required in Parts 1.4 and 7.1.

- If you prepared a SWPPP under a previous version of EPA's CGP, you must update your SWPPP to ensure that the 2022 CGP requirements are addressed prior to submitting your NOI.

- If there is more than one construction operator for your project, consider coordinating development of your SWPPP with the other operators.

- Once EPA has provided your site with coverage under the CGP, include your NOI, your authorization email, and a copy of the CGP as attachments to the SWPPP. See Appendices B and C of the SWPPP Template.

While EPA has made every effort to ensure the accuracy of all instructions contained in the SWPPP Template, it is the permit, not the template, that determines the actual obligations of regulated construction stormwater discharges. In the event of a conflict between the SWPPP Template and any corresponding provision of the 2022 CGP, you must abide by the requirements in the permit. EPA welcomes comments on the SWPPP Template at any time and will consider those comments in any future revision of this document. You may contact EPA for CGP-related inquiries at cgp@epa.gov.

**Stormwater Pollution Prevention Plan (SWPPP)**

**For Construction Activities At:**

East Potomac Park Golf Course
972 Ohio Dr SW
Washington, DC 20242

**SWPPP Prepared For:**

National Park Service
National Mall and Memorial Parks
1100 Ohio Dr SW
Washington, DC

**SWPPP Prepared By:**

National Park Service
National Capital Region – Major Construction Division
Matthew Mohler, PE
302 East Main Street
Sharpsburg, MD 21782
202-674-3845
Matthew_mohler@nps.gov

**SWPPP Preparation Date:**

11/19/2025

**Estimated Project Dates:**

**Project Start Date:** 10/01/2025

**Project Completion Date:** 02/28/2025

**Contents**

**SECTION 1: CONTACT INFORMATION/RESPONSIBLE PARTIES** ...................................................1
1.1    Operator(s) / Subcontractor(s) ........................................................................1
1.2    Stormwater Team ....................................................................................2
**SECTION 2: SITE EVALUATION, ASSESSMENT, AND PLANNING** ...........................................**4**
2.1    Project/Site Information ..............................................................................4
2.2    Discharge Information ...............................................................................4
2.3    Nature of the Construction Activities................................................................5
2.4    Sequence and Estimated Dates of Construction Activities......................................6
2.5    Authorized Non-Stormwater Discharges ...........................................................7
2.6    Site Maps..............................................................................................9
**SECTION 3: DOCUMENTATION OF COMPLIANCE WITH OTHER FEDERAL REQUIREMENTS** ......**9**
3.1    Endangered Species Protection....................................................................10
3.2    Historic Property Screening Process...............................................................13
3.3    Safe Drinking Water Act Underground Injection Control Requirements ............14
**SECTION 4: EROSION AND SEDIMENT CONTROLS**.............................................................**16**
4.1    Natural Buffers or Equivalent Sediment Controls ..............................................16
4.2    Perimeter Controls...................................................................................18
4.3    Sediment Track-Out .................................................................................19
4.4    Stockpiled Sediment or Soil .......................................................................19
4.5    Minimize Dust ........................................................................................20
4.6    Minimize Steep Slope Disturbances ..............................................................20
4.7    Topsoil.................................................................................................21
4.8    Soil Compaction......................................................................................21
4.9    Storm Drain Inlets ...................................................................................21
4.10   Constructed Site Drainage Feature ...............................................................22
4.11   Sediment Basins......................................................................................22
4.12   Chemical Treatment..................................................................................22
4.13   Dewatering Practices ...............................................................................23
4.14   Other Stormwater Controls.........................................................................23
4.15   Site Stabilization.....................................................................................23
**SECTION 5: POLLUTION PREVENTION STANDARDS** ...........................................................**25**
5.1    Potential Sources of Pollution ....................................................................25
5.2    Spill Prevention and Response ....................................................................26
5.3    Fueling and Maintenance of Equipment or Vehicles .........................................26
5.4    Washing of Equipment and Vehicles .............................................................26
5.5    Storage, Handling, and Disposal of Building Products, Materials, and Wastes...27
5.6    Washing of Applicators and Containers used for Paint, Concrete or Other
Materials ..........................................................................................................28
5.7    Fertilizers .............................................................................................28
5.8    Other Pollution Prevention Practices .............................................................28
**SECTION 6: INSPECTION, MAINTENANCE, AND CORRECTIVE ACTION**.................................**29**
6.1    Inspection Personnel and Procedures.............................................................29
6.2    Corrective Action.....................................................................................30
6.3    Delegation of Authority .............................................................................31
**SECTION 7: TURBIDITY BENCHMARK MONITORING FROM DEWATERING DISCHARGES** .......**32**

**SECTION 8: CERTIFICATION AND NOTIFICATION** .................................................................**33**
**SWPPP APPENDICES**.................................................................................................................**34**

**SECTION 1: CONTACT INFORMATION/RESPONSIBLE PARTIES**

*1.1    Operator(s) / Subcontractor(s)*

---

**Instructions (see definition of "operator" at CGP Part 1.1.1):**

- Identify all site operators who will be engaged in construction activities at the site and the areas of the site over which each operator has control (Part 7.2.1). Indicate respective responsibilities, where appropriate. Also include the 24-hour emergency contact.
- List subcontractors expected to work on-site. Notify subcontractors of stormwater requirements applicable to their work.
- Consider using Subcontractor Agreements such as the type included as a sample in Appendix G of this Template.

---

**Operator(s):**

National Park Service
1100 Ohio Drive
Washington, DC 20242
Moss Rudley
Acting Associate Regional Director
Facilities Design and Construction
202-619-7020

**Subcontractor(s):**

Jacobs Engineering
Contact TBD
Environmental Compliance

**Emergency 24-Hour Contact:**

**National Park Service**
Moss Rudley
Acting Associate Regional Director
240-285-6780

1

### *1.2    Stormwater Team*

**Stormwater Team**

| Name and/or Position, and Contact | Responsibilities | I Have Completed Training Required by CGP Part 6.2 | I Have Read the CGP and Understand the Applicable Requirements |
|---|---|---|---|
| Matthew Mohler, PE NPS – NCR LRF Coordinator 202-674-3845 Matthew_mohler@nps.gov | Owner's Representative/ Responsible Person | ☒ Yes ☐ No | ☒ Yes Date: 11/10/2025 |
| Insert Name of Responsible Person Insert Position Insert Telephone Number Insert Email | Insert Responsibility | ☐ Yes ☐ No | ☐ Yes Date: Click here to enter a date. |
| Insert Name of Responsible Person Insert Position Insert Telephone Number Insert Email | Insert Responsibility | ☐ Yes ☐ No | ☐ Yes Date: Click here to enter a date. |

***Note: Contact info for Jacobs' engineering team members will be provided once contract is authorized. This info will be added to the table above and below.***

2

**Stormwater Team Members Who Conduct Inspections Pursuant to CGP Part 4**

| Name and/or Position and Contact | Training(s) Received | Date Training(s) Completed | If Training is a Non-EPA Training, Confirm that it Satisfies the Minimum Elements of CGP Part 6.3.b |
|---|---|---|---|
| Matthew Mohler, PE Owner's Rep/Responsible Person 202-674-3845 Matthew_mohler@nps.gov | EPA CGP Site Inspector Training, MDE responsible person certification (12/2020) | Date: 11/10/2025 | ☒ Principles and practices of erosion and sediment control and pollution prevention practices at construction sites<br>☒ Proper installation and maintenance of erosion and sediment controls and pollution prevention practices used at construction sites<br>☒ Performance of inspections, including the proper completion of required reports and documentation, consistent with the requirements of Part 4 |
| Insert Name of Responsible Person Insert Position Insert Telephone Number Insert Email | Insert Title of Training Received | Date: Click here to enter a date. | ☐ Principles and practices of erosion and sediment control and pollution prevention practices at construction sites<br>☐ Proper installation and maintenance of erosion and sediment controls and pollution prevention practices used at construction sites<br>☐ Performance of inspections, including the proper completion of required reports and documentation, consistent with the requirements of Part 4 |
| Insert Name of Responsible Person Insert Position Insert Telephone Number Insert Email | Insert Title of Training Received | Date: Click here to enter a date. | ☐ Principles and practices of erosion and sediment control and pollution prevention practices at construction sites<br>☐ Proper installation and maintenance of erosion and sediment controls and pollution prevention practices used at construction sites<br>☐ Performance of inspections, including the proper completion of required reports and documentation, consistent with the requirements of Part 4 |

**SECTION 2: SITE EVALUATION, ASSESSMENT, AND PLANNING**

### *2.1    Project/Site Information*

**Project Name and Address**

Project/Site Name: East Potomac Park Golf Course
Street/Location: 972 Ohio Dr SW
City: Washington
State: DC
ZIP Code: 20024
County or Similar Government Division: N/A

**Project Latitude/Longitude**

Latitude: 38.876355° N
(decimal degrees)

Longitude: - -77.030236 ° W
(decimal degrees)

Latitude/longitude data source: ☒ Map    ☐ GPS    ☐ Other (please specify): _____

Horizontal Reference Datum: ☐ NAD 27    ☐ NAD 83    ☒ WGS 84

**Additional Site Information**

Is your site located on Indian country lands, or on a property of religious or cultural significance to an Indian Tribe?    ☐ Yes    ☒ No

If yes, provide the name of the Indian Tribe associated with the area of Indian country (including the name of Indian reservation if applicable), or if not in Indian country, provide the name of the Indian Tribe associated with the property: N/A

### *2.2    Discharge Information*

Does your project/site discharge stormwater into a Municipal Separate Storm Sewer System (MS4)?    ☐ Yes    ☒ No

Are there any waters of the U.S. within 50 feet of your project's earth disturbances?    ☐ Yes    ☒ No

**For each point of discharge, provide a point of discharge ID (a unique 3-digit ID, e.g., 001, 002), the name of the first receiving water that receives stormwater directly from the point of discharge and/or from the MS4 that the point of discharge discharges to, and the following receiving water information, if applicable:**

| Point of Discharge ID | Name of receiving water that receives stormwater discharge: | Is the receiving water impaired (on the CWA 303(d) list)? | If yes, list the pollutants that are causing the impairment: | Has a TMDL been completed for this receiving waterbody? | If yes, list TMDL Name and ID: | Pollutant(s) for which there is a TMDL: | Is this receiving water designated as a Tier 2, Tier 2.5, or Tier 3 water? | If yes, specify which Tier (2, 2.5, or 3)? |
|---|---|---|---|---|---|---|---|---|
| [001] | Washington Ship Channel | ☒ Yes ☐ No | Sediment, Organics, Bacteria | ☒ Yes ☐ No | 26246, 26247,26248, 26249, 26250, 26251, 26252, 26253,26254, 26255,26256, 59583, 59600 | E Coli, Phosphorus, Chlordane, DDD, DDE, DDT, Dieldrin, Heptachlor Epoxide, Hydrocarbons | ☐ Yes ☒ No | |
| [002] | Middle Potomac River DCPMS00E_02 | ☒ Yes ☐ No | Sediment, Bacteria, Organics, PCBs | ☒ Yes ☐ No | 26156, 33896, 64093, TN/TP/TSS, | Nitrogen, Phosphorus, TSS, Pathogens, PCBS, E Coli | ☐ Yes ☒ No | |

Neither discharge is concentrated and directly into the receiving waters. The middle of this site is a breakover point where the northeast portion ultimately heads towards the Washington Channel while the southwestern portion sheets flows towards the Potomac River.

Case 1:26-cv-00477-ACR    Document 26-3    Filed 03/06/26    Page 20 of 123

5

*2.3    Nature of the Construction Activities*

**General Description of Project**

Provide a general description of the nature of your construction activities, including the age or dates of past renovations for structures that are undergoing demolition:

This site is becoming a soil stockpile site for demolition/construction of a remote site.  The remote site is classified, but there will be approximately 25,000 to 30,000 cubic yards of material hauled to this site and stored until the final grades are developed.

If you are conducting earth-disturbing activities in response to a public emergency, document the cause of the public emergency *(e.g., mud slides, earthquake, extreme flooding conditions, widespread disruption in essential public services)*, information substantiating its occurrence *(e.g., State disaster declaration or similar State or local declaration)*, and a description of the construction necessary to reestablish affected public services:

N/A

Business days and hours for the project: Hauling will typically occur between 7:30AM and 4:00PM.  Work could occur Monday-Saturday until work is expected to be complete in February 2026.

**Size of Construction Site**

| | |
|---|---|
| Size of Property | 328ac |
| Total Area Expected to be Disturbed by Construction Activities | 2.5 ac |
| Maximum Area Expected to be Disturbed at Any One Time, Including On-site and Off-site Construction Support Areas | 2.5ac |

*[Repeat as necessary for individual project phases.]*

**Type of Construction Site** *(check all that apply):*

☐ Single-Family Residential    ☐ Multi-Family Residential    ☒ Commercial    ☐ Industrial

☐ Institutional    ☐ Highway or Road    ☐ Utility    ☐ Other _____

Will you be discharging dewatering water from your site?    ☐ Yes    ☐ No

If yes, will you be discharging dewatering water from a current or former Federal or State remediation site?    ☐ Yes    ☐ No

**Pollutant-Generating Activities**

List and describe all pollutant-generating activities and indicate for each activity the associated pollutants or pollutant constituents that could be discharged in stormwater from your construction site. Take into account where potential spills and leaks could occur that contribute pollutants to stormwater discharges, and any known hazardous or toxic substances, such as PCBs and asbestos, that will be disturbed during construction.

| Pollutant-Generating Activity | Pollutants or Pollutant Constituents |
|---|---|
| (e.g., paving operations; concrete, paint, and stucco washout and waste disposal; solid waste storage and disposal; and dewatering operations) | (e.g., sediment, fertilizers, pesticides, paints, caulks, sealants, fluorescent light ballasts, contaminated substrates, solvents, fuels) |
| Earthwork | sediment |
| Construction hauling | Petroleum product, sediment |

*[Include additional rows or delete as necessary.]*

**Construction Support Activities** *(only provide if applicable)*

Describe any construction support activities for the project (e.g., concrete or asphalt batch plants, equipment staging yards, material storage areas, excavated material disposal areas, borrow areas):

This material stockpile is associated with a classified remote site approximately 2 miles from the site location.

Contact information for construction support activity:

Insert Name
Insert Telephone No.
Insert Email
Insert Address And/Or Latitude/Longitude

*[Repeat as necessary.]*

### *2.4    Sequence and Estimated Dates of Construction Activities*

**Phase I**

| Site Preparation – Contractor will install temporary access road to access the site including stabilized construction entrance.  Contractor will install necessary perimeter controls and then strip topsoil to create berm around the exterior of the stockpile location within the perimeter controls. | |
|---|---|
| Estimated Start Date of Construction Activities for this Phase | 10/14/2025 |
| Estimated End Date of Construction Activities for this Phase | 11/21/2025 |
| Estimated Date(s) of Application of Stabilization Measures for Areas of the Site Required to be Stabilized | 11/21/2025 for topsoil berm Temporary seeding will occur throughout the duration of stockpiling when areas will no longer be disturbed per DOEE requirements for vegetative stabilization. |
| Estimated Date(s) when Stormwater Controls will be Removed | 2/28/2026 |

**Phase II**

| | |
|---|---|
| Stockpiling Activities – Contractor will haul material from classified site to stockpile site. Construction debris shall be separated from native soil/backfill and taken to an appropriate disposal site.  This site will only accept clean, uncontaminated soil and backfill materials.  NPS has retained Jacobs Engineering to sample material for contaminants and also to provide inspections required by the SWPPP.  Contractor will have equipment on site to move material within the project limits and shape the stockpile.  Temporary seeding will occur throughout the duration of the work until final completion.  Upon completion, contractor will ensure entire disturbed site is stabilized before removing control measures. | |
| Estimated Start Date of Construction Activities for this Phase | 10/21/2025 |
| Estimated End Date of Construction Activities for this Phase | 2/28/2026 |
| Estimated Date(s) of Application of Stabilization Measures for Areas of the Site Required to be Stabilized | 11/21/2025 *Stabilization will be an ongoing process throughout the work as material is stored and graded. Denuded areas will be restored per DOEE requirements.* |
| Estimated Date(s) when Stormwater Controls will be Removed | 2/28/2026 *[Add additional dates as necessary]* |

*[Repeat as needed.]*

### 2.5    Authorized Non-Stormwater Discharges

**List of Authorized Non-Stormwater Discharges Present at the Site**

| Authorized Non-Stormwater Discharge | Will or May Occur at Your Site? |
|---|---|
| Discharges from emergency fire-fighting activities | ☐ Yes  ☒ No |
| Fire hydrant flushings | ☐ Yes  ☒ No |
| Landscape irrigation | ☒ Yes  ☐ No |
| Water used to wash vehicles and equipment | ☐ Yes  ☒ No |
| Water used to control dust | ☒ Yes  ☐ No |
| Potable water including uncontaminated water line flushings | ☐ Yes  ☒ No |
| External building washdown (soaps/solvents are not used and external surfaces do not contain hazardous substances) | ☐ Yes  ☒ No |
| Pavement wash waters | ☐ Yes  ☒ No |
| Uncontaminated air conditioning or compressor condensate | ☐ Yes  ☒ No |

| Authorized Non-Stormwater Discharge | Will or May Occur at Your Site? |
|---|---|
| Uncontaminated, non-turbid discharges of ground water or spring water | ☐ Yes  ☒ No |
| Foundation or footing drains | ☐ Yes  ☒ No |
| Uncontaminated construction dewatering water | ☐ Yes  ☒ No |

Irrigation will only be used to establish vegetative stabilization as needed.   Contractor will utilized water truck for dust control without the limits of the work and within the limits of perimeter controls.

*(Note:  You are required to identify the likely locations of these authorized non-stormwater discharges on your site map. See Section 2.6, below, of this SWPPP Template.)*

### 2.6     Site Maps

Site Map and ESC/SWM plans are included in Appendix A.

**SECTION 3: DOCUMENTATION OF COMPLIANCE WITH OTHER FEDERAL REQUIREMENTS**

*3.1      Endangered Species Protection*

**Eligibility Criterion**
Following the process outlined in Appendix D, under which criterion are you eligible for coverage under this permit?

☒ **Criterion A**: No ESA-listed species and/or designated critical habitat present in action area. Using the process outlined in Appendix D of the CGP, you certify that ESA-listed species and designated critical habitat(s) under the jurisdiction of the USFWS or NMFS are not likely to occur in your site's "action area" as defined in Appendix A of the CGP. *Please Note: NMFS' jurisdiction includes ESA-listed marine and estuarine species that spawn in inland rivers.*

☒ Check to confirm you have provided documentation in your SWPPP as required by CGP Appendix D (Note: reliance on State resources is not acceptable; see CGP Appendix D).

**Documentation:** A NEPA Categorical Exclusion completed for the project.  Per the CE, the project will have no measurable or significant impacts on any listed or proposed species or critical habitat.  The action area is fully developed and managed as turf and recreation space and no adverse habitat effects are expected.  The CE includes classified information that would need to be redacted.

☐ **Criterion B:** Eligibility requirements met by another operator under the 2022 CGP. The construction site's discharges and discharge-related activities were already addressed in another operator's valid certification of eligibility for your "action area" under eligibility Criterion A, C, D, E, or F of the 2022 CGP and you have confirmed that no additional ESA-listed species and/or designated critical habitat under the jurisdiction of USFWS and/or NMFS not considered in the that certification may be present or located in the "action area." To certify your eligibility under this criterion, there must be no lapse of NPDES permit coverage in the other CGP operator's certification. By certifying eligibility under this criterion, you agree to comply with any conditions upon which the other CGP operator's certification was based. You must include in your NOI the NPDES ID from the other 2022 CGP operator's notification of authorization under this permit and list any measures that you must comply with. If your certification is based on another 2022 CGP operator's certification under criterion C, you must provide EPA with the relevant supporting information required of existing dischargers in Criterion C.

☐ Check to confirm you have provided documentation in your SWPPP as required by CGP Appendix D.

**Documentation:** Insert Text Here

**Eligibility Criterion**

Following the process outlined in Appendix D, under which criterion are you eligible for coverage under this permit?

☐ **Criterion C:** <u>Discharges not likely to result in any short- or long-term adverse effects to ESA-listed species and/or designated critical habitat</u>. ESA-listed species and/or designated critical habitat(s) under the jurisdiction of the USFWS and/or NMFS are likely to occur in or near your site's "action area," and you certify to EPA that your site's discharges and discharge-related activities are not likely to result in any short- or long-term adverse effects to ESA-listed threatened or endangered species and/or designated critical habitat. This certification may include consideration of any stormwater controls and/or management practices you will adopt to ensure that your discharges and discharge-related activities are not likely to result in any short- or long-term adverse effects to ESA-listed species and/or designated critical habitat. To certify your eligibility under this criterion, indicate 1) the ESA-listed species and/or designated habitat located in your "action area" using the process outlined in Appendix D of this permit; 2) the distance between the site and the listed species and/or designated critical habitat in the action area (in miles); and 3) a rationale describing specifically how short- or long-term adverse effects to ESA-listed species will be avoided from the discharges and discharge-related activities. (Note: You must include a copy of your site map from your SWPPP showing the upland and in-water extent of your "action area" with your NOI.)

   ☐ Check to confirm you have provided documentation in your SWPPP as required by CGP Appendix D.

**Documentation:** Insert Text Here

☐ **Criterion D**: <u>Coordination with USFWS and/or NMFS has successfully concluded.</u> Coordination between you and the USFWS and/or NMFS has concluded. The coordination must have addressed the effects of your site's discharges and discharge-related activities on ESA-listed species and/or designated critical habitat under the jurisdiction of USFWS and/or NMFS, and resulted in a written confirmation from USFWS and/or NMFS that the effects of your site's discharges and discharge-related activities are not likely to result in any short- or long-term adverse effects. By certifying eligibility under this criterion, you agree to comply with any conditions you must meet for your site's discharges and discharge-related activities to not likely result in any short- or long-term adverse effects. You must include copies of the correspondence with the participating agencies in your SWPPP and this NOI.

   ☐ Check to confirm you have provided documentation in your SWPPP as required by CGP Appendix D.

**Documentation:** Insert Text Here

11

**Eligibility Criterion**

Following the process outlined in Appendix D, under which criterion are you eligible for coverage under this permit?

☐   **Criterion E:** <u>ESA Section 7 consultation has successfully concluded.</u> Consultation between a Federal agency and the USFWS and/or NMFS under section 7 of the ESA has concluded. Consultations can be either formal or informal, and would have occurred only as a result of a separate Federal action (e.g., during application for an individual wastewater discharge permit or the issuance of a wetlands dredge and fill permit), and the consultation must have addressed the effects of your construction activity's discharges and discharge-related activities on all ESA-listed threatened or endangered species and all designated critical habitat under the jurisdiction of each Service, as appropriate, in your action area. The result of this consultation must be either:

   i.   A biological opinion currently in effect that determined that the action in question (taking into account the effects of your facility's discharges and discharge-related activities) is likely to adversely affect, but is not likely to jeopardize the continued existence of listed species or result in the destruction or adverse modification of critical habitat. The biological opinion must have included the effects of your facility's discharges and discharge-related activities on all the listed species and designated critical habitat in your action area under the jurisdiction of each Service, as appropriate. To be eligible under (i), any reasonable and prudent measures specified in the incidental take statement must be implemented;

   ii.   Written concurrence (e.g., letter of concurrence) from the applicable Service(s) with a determination that your facility's discharges and discharge-related activities are not likely to adversely affect ESA-listed species and/or designated critical habitat. The concurrence letter must have included the effects of your facility's discharges and discharge-related activities on all the ESA-listed species and/or designated critical habitat on your species list(s) acquired from USFWS and/or NMFS as part of this worksheet.

The consultation does not warrant reinitiation under 50 CFR §402.16; or, if reinitiation of consultation is required (e.g., due to a new species listing, critical habitat designation, or new information), the Federal action agency has reinitiated the consultation and the result of the consultation is consistent with the statements above. (Note: you must include any reinitiation documentation from the Services or consulting Federal agency with your NOI.) -

☐ Check to confirm you have provided documentation in your SWPPP as required by CGP Appendix D.

**Documentation:** Insert Text Here

**Eligibility Criterion**

Following the process outlined in Appendix D, under which criterion are you eligible for coverage under this permit?

☐ **Criterion F:** Issuance of section 10 permit. Potential take is authorized through the issuance of a permit under section 10 of the ESA by the USFWS and/or NMFS, and this authorization addresses the effects of the site's discharges and discharge-related activities on ESA-listed species and designated critical habitat. You must include copies of the correspondence between yourself and the participating agencies in your SWPPP and your NOI.

    ☐ Check to confirm you have provided documentation in your SWPPP as required by CGP Appendix D.

    **Documentation:** Insert Text Here

### *3.2 Historic Property Screening Process*

**Appendix E, Step 1**

Do you plan on installing any stormwater controls that require subsurface earth disturbance, including, but not limited to, any of the following stormwater controls at your site?  Check all that apply below, and proceed to Appendix E, Step 2.

☐ Dike

☒ Berm

☐ Catch Basin

☐ Pond

☐ Constructed Site Drainage Feature (e.g., ditch, trench, perimeter drain, swale, etc.)

☐ Culvert

☐ Channel

☐ Other type of ground-disturbing stormwater control:

(Note:  If you will not be installing any subsurface earth-disturbing stormwater controls, no further documentation is required for Section 3.2 of the Template.)

**Appendix E, Step 2**

If you answered yes in Step 1, have prior professional cultural resource surveys or other evaluations determined that historic properties do not exist, or have prior disturbances at the site have precluded the existence of historic properties? ☐ YES  ☒ NO

- If yes, no further documentation is required for Section 3.2 of the Template and you may provide the prior documentation in your SWPPP.
  - Insert references and information sources relied upon to determine that prior to your project, no historic properties exist at your site based on available information, including information that may be provided by your applicable SHPO, THPO, or other Tribal representative or references and information sources

> relied upon to determine that prior earth disturbances may have eliminated he possibility that historic properties exist on your site.

- If no, proceed to Appendix E, Step 3.

**Appendix E, Step 3**

If you answered no in Step 2, have you determined that your installation of subsurface earth-disturbing stormwater controls will have no effect on historic properties? ☒ YES   ☐ NO

- If yes, provide documentation of the basis for your determination. NHPA/Section 106 review was completed and found to have no adverse effect.
- If no, proceed to Appendix E, Step 4.

**Appendix E, Steps 4 and 5**

If you answered no in Step 3, did the State Historic Preservation Officer (SHPO), Tribal Historic Preservation Office (THPO), or other Tribal representative (whichever applies) respond to you within 15 calendar days to indicate their views as to the likelihood that historic properties are potentially present on your site and may be impacted by the installation of stormwater controls that require subsurface earth disturbance? ☐ YES   ☐ NO

- If yes, describe the nature of their response:

  ☐ Written indication that no historic properties will be affected by the installation of stormwater controls. Insert copies of letters, emails, or other communication between you and the applicable SHPO, THPO, or other Tribal representative

  ☐ Written indication that adverse effects to historic properties from the installation of stormwater controls can be mitigated by agreed upon actions. Insert copies of letters, emails, or other communication between you and the applicable SHPO, THPO, or other Tribal representative

  ☐ No agreement has been reached regarding measures to mitigate effects to historic properties from the installation of stormwater controls. Provide a description of any significant remaining disagreements regarding mitigation measures and insert copies of letters, emails, or other communication between you and the applicable SHPO, THPO, or other Tribal representative

  ☐ Other:  Insert copies of letters, emails, or other communication between you and the applicable SHPO, THPO, or other Tribal representative

- If no, no further documentation is required for Section 3.2 of the Template.

### 3.3    *Safe Drinking Water Act Underground Injection Control Requirements*

Do you plan to install any of the following controls?  Check all that apply below.

14

☐ Infiltration trenches (if stormwater is directed to any bored, drilled, driven shaft or dug hole that is deeper than its widest surface dimension, or has a subsurface fluid distribution system)

☐ Commercially manufactured pre-cast or pre-built proprietary subsurface detention vaults, chambers, or other devices designed to capture and infiltrate stormwater flow

☐ Drywells, seepage pits, or improved sinkholes (if stormwater is directed to any bored, drilled, driven shaft or dug hole that is deeper than its widest surface dimension, or has a subsurface fluid distribution system)

N/A.

## SECTION 4: EROSION AND SEDIMENT CONTROLS AND DEWATERING PRACTICES

### *4.1     Natural Buffers or Equivalent Sediment Controls*

**Buffer Compliance Alternatives**

Are there any receiving waters within 50 feet of your project's earth disturbances? ☐ YES   ☒ NO

(Note:  If no, no further documentation is required for Section 4.1 in the SWPPP Template. Continue to Section 4.2.)

Check the compliance alternative that you have chosen:

☐  (i) I will provide and maintain a 50-foot undisturbed natural buffer.

(Note 1:  You must show the 50-foot boundary line of the natural buffer on your site map.)

(Note 2:  You must show on your site map how all discharges from your construction disturbances through the natural buffer area will first be treated by the site's erosion and sediment controls. Also, show on the site map any velocity dissipation devices used to prevent erosion within the natural buffer area.)

☐  (ii) I will provide and maintain an undisturbed natural buffer that is less than 50 feet and is supplemented by additional erosion and sediment controls that achieve, in combination, the sediment load reduction equivalent to a 50-foot undisturbed natural buffer.

(Note 1:  You must show the boundary line of the natural buffer on your site map.)

(Note 2:  You must show on your site map how all discharges from your construction disturbances through the natural buffer area will first be treated by the site's erosion and sediment controls. Also, show on the site map any velocity dissipation devices used to prevent erosion within the natural buffer area.)

- Insert width of natural buffer to be retained
- Insert either of the following:

(1) The estimated sediment removal from a 50-foot buffer using applicable tables in Appendix F, Attachment 1. Include information about the buffer vegetation and soil type that predominate at your site

OR

(2) If you conducted a site-specific calculation for the estimated sediment removal of a 50-foot buffer, provide the specific removal efficiency, and information you relied upon to make your site-specific calculation

- Insert description of additional erosion and sediment controls to be used in combination with natural buffer area
- Insert the following information:
    - (1) Specify the model or other tool used to estimate sediment load reductions from the combination of the buffer area and additional erosion and sediment controls installed at your site, and
    - (2) Include the results of calculations showing that the combination of your buffer area and the additional erosion and sediment controls installed at your site will meet or exceed the sediment removal efficiency of a 50-foot buffer

☐ (iii) It is infeasible to provide and maintain an undisturbed natural buffer of any size, therefore I will implement erosion and sediment controls that achieve the sediment load reduction equivalent to a 50-foot undisturbed natural buffer.

- Insert rationale for concluding that it is infeasible to provide and maintain a natural buffer of any size
- Insert either one of the following:

   (1) The estimated sediment removal from a 50-foot buffer using applicable tables in Appendix F, Attachment 1. Include information about the buffer vegetation and soil type that predominate at your site

   OR

   (2) If you conducted a site-specific calculation for the estimated sediment removal of a 50-foot buffer, provide the specific removal efficiency, and information you relied upon to make your site-specific calculation

- Insert description of additional erosion and sediment controls to be used in combination with natural buffer area
- Insert the following information:
  - (1) Specify the model or other tool used to estimate sediment load reductions from the combination of the buffer area and additional erosion and sediment controls installed at your site, and
  - (2) Include the results of calculations showing that the combination of your buffer area and the additional erosion and sediment controls installed at your site will meet or exceed the sediment removal efficiency of a 50-foot buffer

☐ I qualify for one of the exceptions in Part 2.2.1.b. (If you have checked this box, provide information on the applicable buffer exception that applies, below.)

**Buffer Exceptions**

Which of the following exceptions to the buffer requirements applies to your site?

☐ There is no discharge of stormwater to waters of the U.S. through the area between the disturbed portions of the site and any waters of the U.S. located within 50 feet of your site .

   (Note:  If this exception applies, no further documentation is required for Section 4.1 of the Template.)

☐ No natural buffer exists due to preexisting development disturbances (e.g., structures, impervious surfaces) that occurred prior to the initiation of planning for this project.

   (Note 1:  If this exception applies, no further documentation is required for Section 4.1 of the Template.)

   (Note 2:  Where some natural buffer exists but portions of the area within 50 feet of the surface water are occupied by preexisting development disturbances, you must still comply with the one of the CGP Part 2.2.1.a compliance alternatives.)

☐ For "linear construction sites" (defined in Appendix A), site constraints (e.g., limited right-of-way) make it infeasible to meet any of the CGP Part 2.2.1.a compliance alternatives, provided that, to the extent feasible, you limit disturbances within 50 feet of the receiving

water. Include documentation here of the following: (1) why it is infeasible for you to meet one of the buffer compliance alternatives, and (2) buffer width retained and/or supplemental erosion and sediment controls to treat discharges to the surface water

☐ The project qualifies as "small residential lot" construction (defined in Appendix A as "a lot being developed for residential purposes that will disturb less than 1 acre of land, but is part of a larger residential project that will ultimately disturb greater than or equal to 1 acre") (see Appendix F, Part F.3.2).

    ☐ For Alternative 1:
- Insert width of natural buffer to be retained
- Insert applicable requirements based on Table F-1
- Insert description of how you will comply with these requirements

    ☐ For Alternative 2:
- Insert (1) the assigned risk level based on Appendix F Applicable Table F-2 through F-6 and (2) the predominant soil type and average slope at your site
- Insert applicable requirements based on Appendix F, Table F-7
- Insert description of how you will comply with these requirements

    (Note 1:  If you alternatively choose to comply with any of the options that are available to other sites in Part 2.2.1.a and F.2.1 of this Appendix, then additional documentation may be needed.)

☐ Buffer disturbances are authorized under a CWA Section 404 permit. Insert description of any earth disturbances that will occur within the buffer area

    (Note 1:  If this exception applies, no further documentation is required for Section 4.1 of the Template.)

    (Note 2:  This exception only applies to the limits of disturbance authorized under the Section 404 permit and does not apply to any disturbances within 50 feet of a receiving water that are adjacent to the disturbances authorized under Section 404 and that are covered by this permit.)

☐ Buffer disturbances will occur for the construction of a water-dependent structure or water access area (e.g., pier, boat ramp, and trail). Insert description of any earth disturbances that will occur within the buffer area

    (Note:  If this exception applies, no further documentation is required for Section 4.1 of the Template.)

### 4.2 Perimeter Controls

**General**
- As this is a central site with stockpile located in the middle, our E&S/SWM controls consist primarily of perimeter controls.  A super silt fence will be installed around the entire perimeter of the 2 acre site except for a vehicle entrance.  That entrance will be elevated to prevent water runoff from occurring through the unprotected opening area.

**Specific Perimeter Controls**

| Super Silt Fence | |
|---|---|
| **Description:** Super Silt Fence (SSF) installed along perimeter of LOD | |
| **Installation** | 10/21/2025 |
| **Maintenance Requirements** | Maintain per DOEE ESC manual and standard detail requirements . |
| **Design Specifications** | 2017 DC ESC Manual_FINAL.pdf |

| Top Soil Berm | |
|---|---|
| **Description:** Topsoil will be stripped inside SSF to contain any runoff from the stockpile. A 4 feet wide grass buffer will be maintained between the SSF and topsoil.   Berm will be stabilized with temporary seeding. | |
| **Installation** | 10/24/2025 |
| **Maintenance Requirements** | Berm will be monitored to ensure vegetation is established.  Once established, inspect for damage and repair/restore as needed to maintain integrity |
| **Design Specifications** | Provide minimum 4 feet buffer between SSF and topsoil per DOEE requirement.  Provide vegetative stabilization per DOEE requirements. |

*[Repeat as needed for individual perimeter controls.]*

### 4.3    Sediment Track-Out

**General**
- A stabilized construction entrance will be utilized.  The access road will be constructed of non-erodible aggregate.  A water truck will be utilized for dust control and the road will be inspected and regraded with the material as needed.  An aggregate truck turnaround pad will be installed within the limits of SSF to minimize the accumulation of sediment on tires.  A street sweeper will be used daily when hauling occurs.  Inlet protection will be installed downstream of the construction entrance.

**Specific Track-Out Controls**

| Stabilized Construction Entrance | |
|---|---|
| **Description:** A stabilized construction entrance with wash rack will be installed at the site entrance | |
| **Installation** | 10/21/2025 |
| **Maintenance Requirements** | Control measure to be maintained per DOEE requirements.  Any sediment tracked offsite will be swept daily. |
| **Design Specifications** | 2017 DC ESC Manual_FINAL.pdf |

*[Repeat as needed for individual track-out controls.]*

### 4.4    Stockpiles or Land Clearing Debris Piles Comprised of Sediment or Soil

**General**
- See perimeter controls section above. Areas will be continuously stabilized as work is completed.  IE: when one area is built up, compacted, and side slopes grading and no

19

work is foreseen in that area, it shall be temporarily stabilized. The access road was created to be higher than the stockpile area to minimize washout occurring through the opening in the super silt fence. A filter log will be added as needed to prevent runoff from occurring.

**Specific Stockpile Controls**

| See perimeter controls above. |
| --- |

*[Repeat as needed for individual stockpile controls.]*

### 4.5    Minimize Dust

**General**
- A water truck will be on site whenever hauling activities are occurring to sprinkle the area. Vegetative stabilization will also help with dust control.

**Specific Dust Controls**

| Water Truck for Sprinkling/Vegetative Cover | |
| --- | --- |
| **Description: Denuded areas will be temporarily seeded and vegetative cover established. Areas that are not ready to be stabilized and the access road will be sprinkled as necessary to control dust.** | |
| **Installation** | 10/21/2025 |
| **Maintenance Requirements** | Refer to DOEE ESC Manual |
| **Design Specifications** | Refer to DOEE ESC Manual |

*[Repeat as needed for individual dust controls.]*

### 4.6    Minimize Steep Slope Disturbances

**General**
- Slopes within the LOD will be limited to 3:1. Per DOEE ESC manual, slopes greater than 3:1 require more stringent controls and stabilization. Limiting the slope will aid in stabilization and reduce likelihood of runoff. ECBs or tackifiers will be utilized to aid in temporary stabilization.

**Specific Steep Slope Controls**

| Stockpile to be no steeper than 3:1 | |
| --- | --- |
| **Description:** Slope grades will be limited to minimize erosion and runoff. Rolled erosion control blankets and/or tackifiers will be utilized as needed to achieve vegetative cover. | |
| **Installation** | 11/21/2025 |
| **Maintenance Requirements** | See DOEE ESC Manual |
| **Design Specifications** | See DOEE ESC Manual |

*[Repeat as needed for individual steep slope controls.]*

### 4.7    Topsoil

**General**
- Topsoil will be stripped and placed into a berm around the perimeter of the site and stabilized for the duration of construction.  Upon completion of construction, the topsoil will be spread over the site.  Off site topsoil may need to supplement the existing topsoil to ensure permanent vegetation is established.

**Specific Topsoil Controls**

| Topsoil will be preserved on site and stabilized during construction | |
|---|---|
| **Description:** Topsoil will be stripped, pushed into a berm, and stabilized around the perimeter of the construction site. | |
| **Installation** | 10/22/2025 |
| **Maintenance Requirements** | Vegetation will need to established and maintained.  This may require irrigation and extra seeding. |
| **Design Specifications** | See DOEE ESC manual for seeding and stabilization |

*[Repeat as needed for individual topsoil controls.]*

### 4.8    Soil Compaction

**General**
- Hauling equipment will be restricted to the access road and turnaround area within the limits of disturbance.  The topsoil perimeter berm, once graded and established, should not receive any vehicle traffic.  The stockpile area will need to placed and graded and then stabilized once work is finished in that area.

**Specific Soil Compaction Controls**

| The site was designed to restrict vehicle traffic to select areas.  Areas of vegetative stabilization will not receive vehicle traffic once stabilized. | |
|---|---|
| **Description:** Design restricts vehicle access | |
| **Installation** | 10/24/2025 |
| **Maintenance Requirements** | Stabilized construction entrance and non-erodible access road to be maintained so that vehicles remain on access road and do not drive over vegetation. |
| **Design Specifications** | N/A. |

*[Repeat as needed for individual soil compaction controls.]*

### 4.9    Storm Drain Inlets

**General**
- Yard inlets will be protected by filter fabric and 57 stone to provide protection while minimizing ponding per direction from DOEE.  Curb inlet protection will be installed downstream of the construction entrance to protect from washout/trackout.

**Specific Storm Drain Inlet Controls**

| Inlet Protection | |
|---|---|
| **Description:** Insert description of storm drain inlet control to be installed | |
| **Installation** | Insert approximate date of installation |
| **Maintenance Requirements** | Inlet protection shall be maintained per DOEE ESC manual. |
| **Design Specifications** | Reference DOEE ESC manual for design standards. |

*[Repeat as needed for individual storm drain inlet controls.]*

### 4.10    Constructed Site Drainage Feature

**General**

- N/A

**Specific Constructed Site Drainage Features**

| N/A | |
|---|---|
| **Description:** N/A | |
| **Installation** | Click or tap to enter a date. |
| **Maintenance Requirements** | N/A |
| **Design Specifications** | N/A |

*[Repeat as needed for individual constructed site drainage features.]*

### 4.11    Sediment Basins or Similar Impoundments

**General**

- As runoff predominantly sheet flows off the site, rather than into a concentrated area, no basin or impoundment area will installed as it would require significant grading and excavation to control drainage.

**Specific Sediment Basin Controls**

| N/A | |
|---|---|
| **Description:** N/A | |
| **Installation** | Insert approximate date of installation |
| **Maintenance Requirements** | N/A |
| **Design Specifications** | N/A |

*[Repeat as needed for individual sediment basin controls.]*

### 4.12    Chemical Treatment

**No Chemical Treatment will be utilized.**

### 4.13    Dewatering Practices

**General**

- No dewatering is anticipated on this site.

**Specific Dewatering Practices**

| Insert name of dewatering practice to be installed | |
|---|---|
| **Description:** Insert description of dewatering practice to be installed | |
| **Installation** | Insert approximate date of installation |
| **Maintenance Requirements** | Insert maintenance requirements for the dewatering practice. (Note:  At a minimum, you must comply with following requirement in CGP Part 2.4: "For backwash water, either haul it away for disposal or return it to the beginning of the treatment process; replace and clean the filter media used in dewatering devices when the pressure differential equals or exceeds the manufacturer's specifications.") |
| **Design Specifications** | Include copies of design specifications here |

*[Repeat as needed for individual dewatering practices.]*

### 4.14    Other Stormwater Controls

**General**

- Insert general description of the problem this control is designed to address

**Specific Stormwater Control Practices**

| Insert name of other stormwater controls to be installed | |
|---|---|
| **Description:** Insert description of stormwater control to be installed | |
| **Installation** | Insert approximate date of installation |
| **Maintenance Requirements** | Insert maintenance requirements for the stormwater control |
| **Design Specifications** | If applicable, include copies of design specifications here |

*[Repeat as needed.]*

### 4.15    Site Stabilization

**Total Amount of Land Disturbance Occurring at Any One Time**

☒ *Five Acres or less*

☐ *More than Five Acres*

23

**Use this template box if you are discharging to a sediment- or nutrient-impaired water or to a water that is identified by your State, Tribe, or EPA as Tier 2, Tier 2.5, or Tier 3 for antidegradation purposes.**

| Temporary seeding with erosion control mats or tackifier | |
|---|---|
| ☒ *Vegetative*  ☒ *Non-Vegetative*<br>☒ *Temporary*  ☐ *Permanent* | |
| **Description:** | |
| <ul><li>Denuded areas will be stabilized following vegetative cover requirements of DOEE ESC manual and standard details.</li><li>Once excavation and earth moving is complete in an area and no additional activity is expected in that area, the area will be stabilized with vegetative cover.</li></ul> | |
| **Installation** | 11/21/2025 |
| **Completion** | 11/28/2025                      - 02/28/2026 Stabilization will continue throughout the construction activity as areas are completed and. |
| **Maintenance Requirements** | Follow DOEE ESC manual |
| **Design Specifications** | Reference DOEE ESC manual |

*[Repeat as needed for additional stabilization practices.]*

24

**SECTION 5: POLLUTION PREVENTION CONTROLS**

**5.1    Potential Sources of Pollution**

**Construction Site Pollutants**

The major pollutant of concern will be sediment leaving the site.  The secondary pollutant will be petroleum products from hauling and earthmoving equipment.

| Pollutant-Generating Activity | Pollutants or Pollutant Constituents (That could be discharged if exposed to stormwater) | Location on Site (Or reference SWPPP site map where this is shown) |
|---|---|---|
| Clean Fill Stockpiling | Sediment | Entire area within LOD |
| Hauling/Earthmoving | Petroleum products | Stabilized construction entrance and access road/truck turnaround area just inside stockpile area. |
|  |  |  |
|  |  |  |

*[Include additional rows as necessary.]*

25

### 5.2    Spill Prevention and Response

Contractor shall be responsible for monitoring the site.  Additionally, NPS has retained an engineering consultant to inspect the site per SWPPP monitoring requirements to identify areas where corrective actions to ESC/SWM control measures are necessary.  Inlets in the immediate area have inlet protection, otherwise is there is 500+ feet of stabilized vegetation requiring overland flow before any discharges would reach a waterway.

### 5.3    Fueling and Maintenance of Equipment or Vehicles

**General**
- Fueling should only occur for earthmoving equipment on site.  During fueling, contractor shall have sorbent materials/spill kit on hand in the event of a spill.  There is limited equipment expected to be on site.  The majority of the vehicle traffic will be trucks hauling material which should be serviced/fueled offsite unless an emergency/accident occurs.

**Specific Pollution Prevention Practices**

| Spill kits/minimize fueling on site | |
|---|---|
| **Description:** The amount of fueling on site will be limited to only the earthmoving equipment remaining in the LOD.  Spill kits will be on hand during fueling. | |
| **Implementation** | 10/21/2025 |
| **Maintenance Requirements** | N/A |
| **Design Specifications** | N/A |

*[Repeat as needed.]*

### 5.4    Washing of Equipment and Vehicles

**General**
- Washing of Equipment and vehicles is not expected to be a common occurrence.  Any washing that does occur will be completed within the limits of the topsoil berm and silt fence to prevent runoff/discharge.  No soaps, solvents or detergents are expected to be used.

**Specific Pollution Prevention Practices**

| Insert name of pollution prevention practice | |
|---|---|
| **Description:** Insert description of practice to be implemented | |
| **Implementation** | Insert approximate date of implementation |
| **Maintenance Requirements** | Insert maintenance requirements for the pollution prevention practice |
| **Design Specifications** | If applicable include copies of design specifications here |

*[Repeat as needed.]*

### 5.5 Storage, Handling, and Disposal of Building Products, Materials, and Wastes

### 5.5.1 Building Materials and Building Products
(Note:  Examples include asphalt sealants, copper flashing, roofing materials, adhesives, concrete admixtures, and gravel and mulch stockpiles.)

**General**
- No building materials are expected to be stored on site.

### 5.5.2 Pesticides, Herbicides, Insecticides, Fertilizers, and Landscape Materials

**General**
- The only landscape materials will be those necessary to complete stabilization.  Those will not be stored on site.

### 5.5.3 Diesel Fuel, Oil, Hydraulic Fluids, Other Petroleum Products, and Other Chemicals

**General**
- Fuel and Oil will not be stored on site.  Equipment will be stored within the LOD and fuel trucks/maintenance will come as needed.  Fuel trucks will have spill kits.

### 5.5.4 Hazardous or Toxic Waste
(Note:  Examples include paints, caulks, sealants, fluorescent light ballasts, solvents, petroleum-based products, wood preservatives, additives, curing compounds, and acids.)

**General**
- No hazardous or toxic waste will be on site.

### 5.5.5 Construction and Domestic Waste
(Note:  Examples include packaging materials, scrap construction materials, masonry products, timber, pipe and electrical cuttings, plastics, styrofoam, concrete, demolition debris, and other trash or discarded materials.)

**General**
- Construction debris is not supposed to be delivered to this site.  Any debris delivered will be hauled off.

### 5.5.6 Sanitary Waste

**General**
- No sanitary waste will be on site.

### 5.6 Washing of Applicators and Containers used for Stucco, Paint, Concrete, Form Release Oils, Cutting Compounds, or Other Materials

**General**
- These materials will not be used or stored on this site.

### 5.7 Application of Fertilizers

**General**
- The only fertilizer utilized will be to establish vegetative cover.  These will not be stored on site and will only be applied as specified in DOEE ESC Manual.

### 5.8 Other Pollution Prevention Practices

**General**
- N/A

## SECTION 6: INSPECTION, MAINTENANCE, AND CORRECTIVE ACTION

### 6.1    *Inspection Personnel and Procedures*

**Site Inspection Schedule**

Select the inspection frequency(ies) that applies, based on CGP Parts 4.2, 4.3, or 4.4

*(Note: you may be subject to different inspection frequencies in different areas of the site. Check all that apply and indicate which portion(s) of the site it applies to.)*

| **Standard Frequency:** |
|---|
| ☐ Every 7 calendar days<br>☐ Every 14 calendar days and within 24 hours of either:<br><ul><li>A storm event that produces 0.25 inches or more of rain within a 24-hour period (including when there are multiple, smaller storms that alone produce less than 0.25 inches but together produce 0.25 inches or more in 24 hours), or</li><li>A storm event that produces 0.25 inches or more of rain within a 24-hour period on the first day of a storm and continues to produce 0.25 inches or more of rain on subsequent days (you conduct an inspection within 24 hours of the first day of the storm and within 24 hours after the last day of the storm that produces 0.25 inches or more of rain (i.e., only two inspections would be required for such a storm event)), or</li><li>A discharge caused by snowmelt from a storm event that produces 3.25 inches or more of snow within a 24-hour period.</li></ul> |
| **Increased Frequency (if applicable)**: |
| ==**For areas of sites discharging to sediment or nutrient-impaired waters or to waters designated as Tier 2, Tier 2.5, or Tier 3**== |
| ☒ Every 7 days and within 24 hours of either:<br><ul><li>A storm event that produces 0.25 inches or more of rain within a 24-hour period, or</li><li>A discharge caused by snowmelt from a storm event that produces 3.25 inches or more of snow within a 24-hour period.</li></ul> |
| **Reduced Frequency (if applicable)** |
| **For stabilized areas**<br>☐ Twice during first month, no more than 14 calendar days apart; then once per month after first month until permit coverage is terminated consistent with Part 9 in any area of your site where the stabilization steps in 2.2.14.a have been completed.<br><ul><li>Specify locations where stabilization steps have been completed</li><li>Insert date that they were completed<br>(Note:  It is likely that you will not be able to include this in your initial SWPPP. If you qualify for this reduction (see CGP Part 4.4.1), you will need to modify your SWPPP to include this information. If construction activity resumes in this portion of the site at a later date, the inspection frequency immediately increases to that required in Parts 4.2 and 4.3, as applicable.)</li></ul> |

| |
|---|
| **For stabilized areas on "linear construction sites" (as defined in Appendix A)** |
| ☐ Twice during first month, no more than 14 calendar days apart; then once more within 24 hours of a storm event that produces 0.25 inches or more of rain within a 24-hour period, or within 24 hours of a snowmelt discharge from a storm event that produces 3.25 inches or more of snow within a 24-hour period<br>▪ Specify locations where stabilization steps have been completed<br>▪ Insert date that they were completed<br>(Note:  It is likely that you will not be able to include this in your initial SWPPP. If you qualify for this reduction (see CGP Part 4.4.1), you will need to modify your SWPPP to include this information.) |
| **For arid, semi-arid, or drought-stricken areas during seasonally dry periods or during drought** |
| ☐ Once per month and within 24 hours of either:<br><br>▪ A storm event that produces 0.25 inches or more of rain within a 24-hour period, or<br>▪ A snowmelt discharge from a storm event that produces 3.25 inches or more of snow within a 24-hour period.<br><br>Insert beginning and ending month identified as the seasonally dry period for your area or the valid period of drought:<br>▪ Beginning month of the seasonally dry period: Insert approximate date<br>▪ Ending month of the seasonally dry period: Insert approximate date |
| **For frozen conditions where construction activities are being conducted** |
| ☐ Once per month<br><br>Insert beginning and ending dates of frozen conditions on your site:<br>▪ Beginning date of frozen conditions: Insert approximate date<br>▪ Ending date of frozen conditions: Insert approximate date |
| **For frozen conditions where construction activities are suspended** |
| ☐ Inspections are temporarily suspended<br><br>Insert beginning and ending dates of frozen conditions on your site:<br>▪ Beginning date of frozen conditions: Insert approximate date<br>▪ Ending date of frozen conditions: Insert approximate date |

**Dewatering Inspection Schedule**

Select the inspection frequency that applies based on CGP Part 4.3.2

| **Dewatering Inspection** |
|---|
| ☐ Once per day on which the discharge of dewatering water occurs. |

**Rain Gauge Location (if applicable)**
Specify location(s) of rain gauge to be used for determining whether a rain event of 0.25 inches or greater has occured (only applies to inspections conducted for Part 4.2.2, 4.3, or 4.4.2)

**Inspection Report Forms**
Insert a copy of any inspection report forms you will use here or in Appendix D of this SWPPP template

(Note:  EPA has developed a sample inspection form that CGP operators can use. The form is available at https://www.epa.gov/npdes/stormwater-discharges-construction-activities#resources)

### 6.2    Corrective Action

**Personnel Responsible for Corrective Actions**
NPS staff will be ultimately responsible for ensuring corrective actions are taken by directing subcontractor to complete required actions.  NPS' retained environmental consultant will be completing field inspections and hiring a subcontractor to complete corrective actions.

**Corrective Action Logs**
Corrective action form will be per EPA sample or similar.

(Note:  EPA has developed a sample corrective action log that CGP operators can use. The form is available at https://www.epa.gov/npdes/stormwater-discharges-construction-activities#resources)

### 6.3    Delegation of Authority

**Duly Authorized Representative(s) or Position(s):**
National Park Service
Matthew J Mohler, PE
NCR LRF Coordinator
302 East Main Street
Sharpsburg, MD
202-674-3845
Matthew_mohler@nps.gov

***Note: NPS plans to delegate authority to engineering firm Jacobs once contract is authorized.***

**SECTION 7: TURBIDITY BENCHMARK MONITORING FOR DEWATERING DISCHARGES**

No dewatering activities are anticipated at this site.

**Procedures: N/A**

| | |
|---|---|
| **Collecting and evaluating samples** | Describe how you will collect and evaluate samples |
| **Reporting results and keeping monitoring information records** | Describe how you will report results to EPA and keep monitoring information records |
| **Taking corrective action when necessary** | Describe how you will take corrective action when necesary |

**Turbidity Meter:**

| | |
|---|---|
| **Type of turbidity meter** | Insert the type of turbidity meter |

**Turbidity meter manuals and manufacturer instructions**
Insert a copy of any manuals and manufacturer instructions in Appendix N of this SWPPP Template.

**Coordinating Arrangements for Turbidity Monitoring (if applicable):**

| | |
|---|---|
| **Permitted operator name** | Insert operator name |
| **Permitted operator NPDES ID** | Insert operator NPDES ID |
| **Coordinating Arrangement** | Describe the coordinating arrangement including which parties are tasked with specifc responsibilities |

*[Repeat as necessary.]*

**Alternate turbidity benchmark (if applicable):**

| | |
|---|---|
| **Alternate turbidity benchmark (NTU)** | Insert alternate turbidity benchmark |
| **Data and documentation used to request the alternate benchmark** | Insert the data and documentation that was submitted to EPA to request the alternate benchmark |

## SECTION 8: CERTIFICATION AND NOTIFICATION

> **Instructions (CGP Appendix G, Part G.11.2):**
>
> – The following certification statement must be signed and dated by a person who meets the requirements of Appendix G, Part G.11.2.
> – This certification must be re-signed in the event of a SWPPP Modification.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I have no personal knowledge that the information submitted is other than true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

Name: _____     Title: _____

Signature: **MOSS RUDLEY**

Digitally signed by MOSS RUDLEY
Date: 2025.11.19 09:47 -05'00'

*[Repeat as needed for multiple construction operators at the site.]*

33

**SWPPP APPENDICES**

Attach the following documentation to the SWPPP:

> ***Appendix A – Site Maps***
>
> ***Appendix B – Copy of 2022 CGP***
> (Note: The 2022 CGP is available at https://www.epa.gov/npdes/2022-construction-general-permit-cgp)
>
> ***Appendix C – NOI and EPA Authorization Email***
>
> ***Appendix D – Site Inspection Form and Dewatering Inspection Form (if applicable)***
> (Note:  EPA has developed a sample site inspection form template that CGP operators can use. The template is available at https://www.epa.gov/npdes/construction-general-permit-resources-tools-and-templates). Where the operator will be dewatering at the site, EPA has developed a separate dewatering inspection form template to use to document the required information. This template is available at https://www.epa.gov/npdes/construction-general-permit-resources-tools-and-templates.
>
> ***Appendix E – Corrective Action Log***
> (Note:  EPA has developed a sample corrective action log that CGP operators can use. The form is available at https://www.epa.gov/npdes/construction-general-permit-resources-tools-and-templates)
>
> ***Appendix F – SWPPP Amendment Log***
>
> ***Appendix G – Subcontractor Certifications/Agreements***
>
> ***Appendix H – Grading and Stabilization Activities Log***
>
> ***Appendix I – Training Documentation***
>
> ***Appendix J – Delegation of Authority***
>
> ***Appendix K – Endangered Species Documentation***
>
> ***Appendix L – Historic Preservation Documentation***
>
> ***Appendix M – Rainfall Gauge Recording***
>
> ***Appendix N – Turbidity Meter Manual and Manufacturer's Instructions***

**Appendix A – Site Maps**



Stormwater Pollution Prevention Plan (SWPPP)
EAST POTOMAC PARK GOLF COURSE STOCKPILE

**Appendix B – Copy of 2022 CGP**

INSERT COPY OF 2022 CGP

(Note: The 2022 CGP is available at https://www.epa.gov/npdes/2022-construction-general-permit-cgp)

Stormwater Pollution Prevention Plan (SWPPP)
EAST POTOMAC PARK GOLF COURSE STOCKPILE

**Appendix C – Copy of NOI and EPA Authorization Email**

INSERT COPY OF NOI AND EPA'S AUTHORIZATION EMAIL PROVIDING COVERAGE UNDER THE CGP

Stormwater Pollution Prevention Plan (SWPPP)
EAST POTOMAC PARK GOLF COURSE STOCKPILE

**Appendix D – Copy of Site and Dewatering Inspection Forms**

NPS will utilize template below unless Jacobs has another form once under contract.

(Note:  EPA has developed a sample site inspection and dewatering inspection form templates that CGP operators can use. The template is available at https://www.epa.gov/npdes/construction-general-permit-resources-tools-and-templates)

**Appendix E – Copy of Corrective Action Log**

NPS will utilize template below unless Jacobs has another form once under contract.

(Note:  EPA has developed a sample corrective action log that CGP operators can use. The form is available at https://www.epa.gov/npdes/stormwater-discharges-construction-activities#resources)

**Appendix F – *Sample* SWPPP Amendment Log**

| No. | Description of the Amendment | Date of Amendment | Amendment Prepared by [Name(s) and Title] |
|---|---|---|---|
| | | INSERT DATE | |
| | | INSERT DATE | |
| | | INSERT DATE | |
| | | INSERT DATE | |
| | | INSERT DATE | |
| | | INSERT DATE | |
| | | INSERT DATE | |
| | | INSERT DATE | |

**Appendix G –** *Sample* **Subcontractor Certifications/Agreements**

SUBCONTRACTOR CERTIFICATION
STORMWATER POLLUTION PREVENTION PLAN


Project Number: _____

Project Title: _____

Operator(s): _____

As a subcontractor, you are required to comply with the Stormwater Pollution Prevention Plan (SWPPP) for any work that you perform on-site. Any person or group who violates any condition of the SWPPP may be subject to substantial penalties or loss of contract. You are encouraged to advise each of your employees working on this project of the requirements of the SWPPP. A copy of the SWPPP is available for your review at the office trailer.

Each subcontractor engaged in activities at the construction site that could impact stormwater must be identified and sign the following certification statement:

**I certify under the penalty of law that I have read and understand the terms and conditions of the SWPPP for the above designated project and agree to follow the practices described in the SWPPP.**

This certification is hereby signed in reference to the above named project:

Company: _____

Address: _____

Telephone Number: _____

Type of construction service to be provided: _____

_____

_____

Signature: _____

Title: _____

Date: _____

Stormwater Pollution Prevention Plan (SWPPP)
EAST POTOMAC PARK GOLF COURSE STOCKPILE

**Appendix H – *Sample* Grading and Stabilization Activities Log**

Case 1:26-cv-00477-ACR   Document 26-3   Filed 03/06/26   Page 58 of 123

| Date Grading Activity Initiated | Description of Grading Activity | Description of Stabilization Measure and Location | Date Grading Activity Ceased (Indicate Temporary or Permanent) | Date When Stabilization Measures Initiated |
|---|---|---|---|---|
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |
| INSERT DATE | | | INSERT DATE ☐ Temporary ☐ Permanent | INSERT DATE |

Stormwater Pollution Prevention Plan (SWPPP)
EAST POTOMAC PARK GOLF COURSE STOCKPILE

**Appendix I –Training Documentation**



# CERTIFICATE
## OF COMPLETION

presented to

Matthew Mohler

who has successfully completed EPA's Construction General Permit (CGP) Site Inspector Training Course
and passed the final exam



Chris Kloss, Water Permits Division Director

Date Certified: 11/10/2025

Expiration Date: May 17, 2027

By completing this course and passing the final exam, Matthew Mohler has complied with the CGP Part 6.3.a training requirements
for conducting construction inspections under the 2022 CGP.



**Appendix J – *Sample* Delegation of Authority Form**

Delegation of Authority


I, _____ (name), hereby designate the person or specifically described position below to be a duly authorized representative for the purpose of overseeing compliance with environmental requirements, including the EPA's Construction General Permit (CGP), at the _____ construction site. The designee is authorized to sign any reports, stormwater pollution prevention plans and all other documents required by the permit.

_____ (name of person or position)
_____ (company)
_____ (address)
_____ (city, State, zip)
_____ (phone)

By signing this authorization, I confirm that I meet the requirements to make such a designation as set forth in Appendix G of EPA's CGP, and that the designee above meets the definition of a "duly authorized representative" as set forth in Appendix G.

I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gathered and evaluated the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I have no personal knowledge that the information submitted is other than true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

**Name:** _____

**Company:** _____

**Title:** _____

**Signature:** _____

**Date:** _____

**Appendix K – Endangered Species Documentation**

See excerpt from NEPA categorical exclusion.  Entire document cannot be provided due to sensitive information:

4. No Potential for Significant Impacts to Sensitive Resources:

- Cultural Resources: The project will occur within a contributing resource of the East Potomac Park Historic District, but within areas that have already been extensively modified. The activity is expected to result in no adverse effect under Section 106.

- Biological Resources: The site is mowed, landscaped, and non-habitat for listed species. Any incidental effects (e.g., noise, temporary disturbance) are negligible and can be addressed through informal ESA consultation.

- Floodplain Management: If fill is placed within the mapped floodplain, the NPS will need to complete a Statement of Findings under DO-77-2 to document compliance with EO 11988 and EO 13690.

- District Environmental Compliance: Coordination with DOEE will ensure compliance with D.C. stormwater and erosion control regulations.

5. No Extraordinary Circumstances (per 43 CFR 46.215): The action does not have the potential for significant adverse impacts on public health, safety, cultural, historic, or natural resources; does not introduce new environmental effects; and is consistent with prior uses and maintenance practices.

6. Temporary and Reversible Nature: The soil storage and reuse are temporary, limited in scope, and easily reversible, further reinforcing that the activity falls squarely within the scope of routine landscaping and maintenance actions contemplated by CE 12.5(C)(19).

**Decision: I find that the action fits within the categorical exclusion above. Therefore, I am categorically excluding the described project from further NEPA analysis. No extraordinary circumstances apply.**

Signature

Superintendent: _Kevin J. Griess_    SUPERINTENDENT
National Mall and Memorial Parks
National Park Service    Date: Oct 16, 2025

**Appendix L – Historic Properties Documentation**

See excerpt from Section 106/NHPA review. Entire document cannot be provided due to sensitive information:

**Historical Structures/Resources Present:** Yes

**Historical Structures/Resources Notes:** 1. East Potomac Park Historic District (NRIS #97001676) Listing: National Register of Historic Places, December 15 1997 Period of Significance: 1917-1945 Level of Significance: National

Significance: Major reclamation and landscape project by the U.S. Army Corps of Engineers using Potomac River dredge; a key example of early-20th-century park planning.

Contributing Features Within the APE: East Potomac Golf Course (18-, 9-, and miniature courses); 1930s WPA clubhouse and maintenance facilities; Ohio Drive SW and internal roads; seawalls and riprap shoreline; tree allees, lawns, and open spaces defining the designed landscape.

2. East Potomac Golf Course (Contributing Resource) Date: Established 1918; expanded 1920s-30s; current layout 1935-40.

Significance: Among the nations earliest public courses and first in the NPS system; embodies City Beautiful and Recreation Movement ideals; built on dredged fill and maintained as a designed landscape retaining its layout, circulation, grading, and vegetation integrity

Potential Effects: Fill placement may slightly alter contours, drainage, or vegetation, subtly affecting landscape character and spatial relationships. No adverse effect with mitigation.

3. Seawalls and Shoreline Structures (Contributing Resources) Date: 1917-1920 (U.S. Army Corps of Engineers)

Significance: Core component of the man-made island; exemplifies early 20th-century river engineering and defines the districts physical integrity and boundaries.

Potential Effects: No adverse effect.

4. Circulation System - Ohio Drive SW and Park Roads (Contributing Resources) Date: 1917-1930 alignment.

Significance: Formal approach and circulation pattern envisioned in the McMillan Plan; retains historic alignment, width, and relationship to the golf landscape and shoreline.

Potential Effects: Truck hauling may cause temporary vibration, compaction, or wear on historic surfaces; apply avoidance and monitoring to prevent adverse effects.

**Appendix M – Rainfall Gauge Recording**

Use the table below to record the rainfall gauge readings at the beginning and end of each work day. An example table follows.

| Month/Year | | | Month/Year | | | Month/Year | | |
|---|---|---|---|---|---|---|---|---|
| Day | Start time | End time | Day | Start time | End time | Day | Start time | End time |
| 1 | | | 1 | | | 1 | | |
| 2 | | | 2 | | | 2 | | |
| 3 | | | 3 | | | 3 | | |
| 4 | | | 4 | | | 4 | | |
| 5 | | | 5 | | | 5 | | |
| 6 | | | 6 | | | 6 | | |
| 7 | | | 7 | | | 7 | | |
| 8 | | | 8 | | | 8 | | |
| 9 | | | 9 | | | 9 | | |
| 10 | | | 10 | | | 10 | | |
| 11 | | | 11 | | | 11 | | |
| 12 | | | 12 | | | 12 | | |
| 13 | | | 13 | | | 13 | | |
| 14 | | | 14 | | | 14 | | |
| 15 | | | 15 | | | 15 | | |
| 16 | | | 16 | | | 16 | | |
| 17 | | | 17 | | | 17 | | |
| 18 | | | 18 | | | 18 | | |
| 19 | | | 19 | | | 19 | | |
| 20 | | | 20 | | | 20 | | |
| 21 | | | 21 | | | 21 | | |
| 22 | | | 22 | | | 22 | | |
| 23 | | | 23 | | | 23 | | |
| 24 | | | 24 | | | 24 | | |
| 25 | | | 25 | | | 25 | | |
| 26 | | | 26 | | | 26 | | |
| 27 | | | 27 | | | 27 | | |
| 28 | | | 28 | | | 28 | | |
| 29 | | | 29 | | | 29 | | |
| 30 | | | 30 | | | 30 | | |
| 31 | | | 31 | | | 31 | | |

Stormwater Pollution Prevention Plan (SWPPP)
EAST POTOMAC PARK GOLF COURSE STOCKPILE

Example Rainfall Gauge Recording

| April 2022 | | | May 2022 | | | June 2022 | | |
|---|---|---|---|---|---|---|---|---|
| Day | 7:00 am | 4:400 pm | Day | 7:00 am | 4:00 pm | Day | 7:00 am | 4:00 pm |
| 1 | -- | -- | 1 | 0.2 | 0 | 1 | 0 | 0.4 |
| 2 | -- | -- | 2 | 0 | 0 | 2 | 0 | 0 |
| 3 | 0 | 0 | 3 | 0.1 | 0.3 | 3 | -- | -- |
| 4 | 0 | 0.3 | 4 | 0 | 0 | 4 | -- | -- |
| 5 | 0 | 0 | 5 | 0 | 0 | 5 | 0 | 0 |
| | | | | | | | | |

In this example (for only partial months), 0.25-inch rainfall inspections would have been conducted on April 4 and June 1.

**Appendix N – Turbidity Monitoring Sampling Documentation**

Not Applicable to this project

# Declaration of Jennifer T. Nersesian

# Exhibit J

# EPA December 2, 2025, Notification

**Outlook**

---

**[EXTERNAL] EPA NeT CGP Coverage Status: Active: East Potomac Park Soil Stockpile, NPDES ID: 03R10I01A**

---

**From** no-reply@epacdx.net <no-reply@epacdx.net>
**Date** Tue 12/2/2025 9:11 AM

> **This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

2025-12-02

Dear NeT User,

Coverage status has changed for a project / site under the CGP.

| NPDES ID | Form Type | Coverage Status | Operator | Project/Site Name | EPA Comment |
|---|---|---|---|---|---|
| 03R10I01A | NOI | Active | National Park Service | East Potomac Park Soil Stockpile | |

Your Notice of Intent (NOI) requesting coverage under EPA's Construction General Permit (CGP) has been accepted and authorization to discharge under the CGP became effective on 12/02/2025 and will expire on 02/16/2027 .

Please note that this email does not represent a determination by EPA regarding the validity of the information you provided in your NOI or LEW. Your eligibility for coverage under this permit is based on the validity of the certification you provided. Your electronic signature on the NOI or LEW form certifies that you have read, understood, and are implementing all of the applicable requirements. An important aspect of this certification requires that you have correctly determined whether you are eligible for coverage under this permit.

The CGP requires you to have developed a Stormwater Pollution Prevention Plan (SWPPP) prior to submitting your NOI. The CGP also includes specific requirements for erosion and sediment controls, pollution prevention controls, conducting self-inspections, taking corrective actions, and conducting staff training. You must comply with any state, tribal, or territory-specific requirements in Part 9 (see https://www.epa.gov/npdes/stormwater-discharges-construction-activities#cgp).

A copy of the submission can be found here.

If you have questions about this email or about NeT CGP, please refer to NeT Support or e-mail NPDESereporting@epa.gov for assistance.

This is an automated notification; please do not reply to this email.

# Declaration of Jennifer T. Nersesian

# Exhibit K

# NPS Monitoring and Evaluation Plan prepared by Jacobs Engineering Group

Memorandum

**Jacobs**

Sampling of Excavated Soil from White House Modernization Project

| | | |
|---|---|---|
| **Date:** | October 24, 2025 | |
| **Project No.:** | D4040700 | |
| **Company:** | National Park Services | |
| **Prepared by:** | Jacobs | |
| **Document No.:** | 251024121052_8ba952c0 | |
| **Copies to:** | Scott Pratt, P.G.<br>Rick McCormick, P.E. | |

601 New Jersey Ave NW
Suite 450
Washington D.C. 20001
United States

T +1.202.785.5800

F +1.202.785.4755

www.jacobs.com

# 1. Background

The White House Modernization Project involves the demolition of the East Wing of the White House, which was originally built in 1902 and further expanded and rebuilt in 1942. The demolition is expected to produce approximately 30,000 cubic yards of excavated soil over the course of 30 days. The excavated soil will be transported to the East Potomac Golf Links located at 972 Ohio Drive SW, Washington, D.C. 20024 for stockpiling. A 2-acre area has been cleared of topsoil to prepare the stockpile site for placement of the incoming excavated material.

# 2. Objectives

In support of the National Park Service (NPS), the primary objectives of this technical memorandum are as follows:

- Evaluate Current Soil Conditions – Collect background samples from the native material at the stockpile site.

- Characterize Excavated Soil – Collect representative samples from the stockpile material.

- Track Soil Transport Operations – Count and document trucks delivering soil to the stockpile site.

# 3. Contaminant of Concern/Parameters

The composition of the excavated soil is currently unknown, and the East Wing's historical construction raises concerns about potential hazardous materials. To address these uncertainties, a comprehensive analytical program will be implemented. Soil samples will be analyzed for the following:

- VOCs (U.S. Environmental Protection Agency [EPA] Method 8260)
- SVOCs, including polynuclear aromatic hydrocarbons (EPA Method 8270)
- PCBs (EPA Method 8082)
- Pesticides (EPA Method 8081)
- TPH (Gasoline/Diesel ranges, EPA Method 8015B)
- Priority Pollutant Metals (EPA Method 6010/7471)
- Herbicides (EPA Method 8321)
- Asbestos (EPA Method 600/R-93/116)

Memorandum

This approach will provide data for environmental or health risks to be identified and managed effectively throughout excavation and stockpiling activities.

# 4.    Methodology

The following activities will be conducted in accordance with the approved Standard Operation Procedures (SOPs) (Attachment 1):

## 4.1    Background Soil Sampling

Background sampling within the 2-acre stockpile area should be completed before placement of excavation soils. A total of **10 soil samples** will be collected from native material evenly distributed across the available area. Each sample location will be recorded using a Global Positioning System (GPS) unit, and detailed soil descriptions will be documented in field notes. Samples will be placed in appropriate containers, labeled, and preserved following chain-of-custody requirements. Sampling equipment will be disposable to minimize cross-contamination risk.

## 4.2    Stockpile Soil Sampling

Representative sampling of the excavated material will be collected during active delivery operations. One sample will be collected per day of hauling operations from the stockpile material, for an estimated total of **40 samples**. If soil transport activities have begun before mobilization, the sampling team will implement a catch-up protocol by collecting multiple samples on the initial day to align with the cumulative number of hauling days. GPS coordinates and soil descriptions will be documented for each sample collected. Samples will be handled and preserved in accordance with SOP 077 requirements.

## 4.3    Haul Road Sampling

The haul road, approximately 0.25 mile (1,320 feet) in length, was constructed using excavated material from the East Wing project. To evaluate potential contaminant migration associated with this material, **three discrete soil samples** will be collected at three equidistant intervals along the road alignment. Sampling will begin at the road entrance (Sample 1) and proceed sequentially toward the terminus (Sample 3) for spatial representativeness. Each sampling point will be georeferenced using a calibrated GPS unit. Samples will be containerized, labeled, and preserved under strict chain-of-custody procedures. Sampling activities will conform to the applicable SOPs for discrete soil sampling and quality assurance/quality control requirements to maintain data integrity.

## 4.4    Truck Counting

Truck counting will be performed at the stockpile site to document the volume of soil transported from the excavation area. Field personnel will record each truck arrival and departure in a dedicated logbook, noting the time and any observable characteristics such as truck type or size. Because truck sizes and capacities are currently unknown and may vary, the count will focus on the number of trips rather than estimating tonnage. GPS units will be used to confirm the location and timing of observations.

In accordance with **Washington, D.C., regulations**, commercial trucks hauling soil must comply with the following designated truck routes and legal size and weight limits:

Memorandum

- Maximum gross vehicle weight: 80,000 pounds

- Width: 8 feet (8 feet 6 inches on freeways)

- Height: 13 feet 6 inches

- Length: 40 feet for single-unit vehicles; 55 feet for combinations
  Oversize or overweight vehicles require a District Department of Transportation permit and must follow restricted routing near federal landmarks. [rhllaw.com], [freight.ddot.dc.gov]

Based on an excavation volume of **30,000 cubic yards** and an average dump truck capacity of **10 to 14 cubic yards per load**, the project will require approximately **2,150 to 3,000 truckloads** to transport the material.

# 5.        Health and Safety

A site-specific Health and Safety Plan details the health and safety requirements for soil sampling related tasks, the potential hazards associated with each task, and the control measures and/or personal protective equipment implemented to prevent or mitigate potential hazards. The sampling team will meet and review the site-specific Health and Safety Plan before beginning field activities. In addition, daily tailgate safety meetings will be conducted before each work shift to discuss safety hazards and changing conditions and/or work tasks. A site-specific Health and Safety Plan will be provided to NPS as a separate document in support of this project.

# 6.        Team Communications and Contact Information

Table 6-1 summarizes team communications and contact information.

**Table 6-1. Team Communications and Contact Information**

| Role/Position | Contact Information |
|---|---|
| Jacobs Program Manager | Scott Pratt, P.G. Scott.pratt@jacobs.com Mobile: (248) 219-7146 |
| Jacobs Project Manager | Rick McCormick, P.E. Rick.mccormick@jacobs.com Mobile: (208) 890-0219 |
| Jacobs Project Chemist | Kaye Walker Kaye.walker@jacobs.com Mobile: (334) 312-3972 |
| National Park Services PM | Jenny Phillippe, LPG Jennifer_phillippe@nps.gov Mobile: (317) 677-3941 |
| NPS Onsite primary Point of Contact with Clark | Dan Copenhaven |
| East Potomac Golf Course Point of Contact | Michael Stachowicz |

The field team will coordinate with the East Potomac Golf Course POC or NPS Onsite representative daily.

Memorandum

## 7. Pricing

Table 7-1 provides the following pricing options.

Table 7-1. Pricing Information



The pricing options presented in this technical memorandum are estimated based on Jacobs' current understanding of the scope of work as communicated in teleconferences conducted between Jacobs and NPS on October 22 and October 23, 2025. Actual costs may vary as the project scope evolves. Given the fast-paced nature of this project, the Jacobs project manager will communicate with the NPS project manager multiple times per week to communicate project status and will discuss changes that impact costs as they occur.

# Attachment 1
# Standard Operating Procedures

STANDARD OPERATING PROCEDURE 001

# Preparing Field Logbooks

## I.    Purpose

This SOP provides general guidelines for entering field data into logbooks (hard copy and electronic) during site investigation and remediation activities.

## II.    Scope

This is a general description of data requirements and format for field logbooks. Logbooks are needed to properly document all field activities in support of data evaluation and possible legal activities. Field notes may be recorded in field logbooks or electronically on computer tablets.

## III.    Equipment and Materials

- Logbook

- Indelible pen

- Jacobs supplied electronic tablet or laptop with notebook software

## IV.    Procedures and Guidelines

Properly completed field logbooks are a requirement for all the work we perform under the Navy CLEAN contract. Logbooks are legal documents and, as such, must be prepared following specific procedures and must contain required information to ensure their integrity and legitimacy. This SOP describes the basic requirements for field logbook entries.

### A.    Procedures for Completing Field Logbooks

1.    Field notes commonly are kept in bound, hard-cover logbooks used by surveyors and produced, for example, by Peninsular Publishing Company and Sesco, Inc. Pages should be water resistant, and notes should be taken only with waterproof, non-erasable permanent ink, such as that provided in Rite in the Rain or Sanford Sharpie permanent markers.

   **Note:** For sites where PFAS is being analyzed for, Rite-in-the-Rain, Sanford Sharpie, or anything water-resistant or with Teflon cannot be used in the field. All field book materials must be "fluorine free". Acceptable substitutes would be a sewn notebook without a plastic cover, or loose-leaf notebook paper.

2.    Alternatively, field notes may be recorded electronically in Jacobs provided field tablets or laptop computers. Notes are recorded in appropriate note collection software (such as, Microsoft OneNote). At the end of each day, the electronic notes must be digitally signed by the author and downloaded for electronic file storage. The notes may be converted to an Adobe pdf file prior to storage. It is important that the field notes be downloaded daily to

1

QC AND REVIEWED 2/2025

STANDARD OPERATING PROCEDURE 001, PREPARING FIELD LOGBOOKS

ensure the electronic time stamp of the notes is the same as the day the notes were recorded.

3.  On the inside cover of the logbook the following information should be included:

    – Company name and address

    – Log-holders name if logbook was assigned specifically to that person

    – Activity or location

    – Project name

    – Project manager's name

    – Phone numbers (such as for the company, supervisors, emergency response)

4.  All lines of all pages should be used to prevent later additions of text, which could later be questioned. Any line not used should be marked through with a line and initialed and dated. Any pages not used should be marked through with a line, the author's initials, the date, and the note "Intentionally Left Blank."

5.  If field notes are recorded electronically, the author will not have any spaces between entries.

6.  If errors are made in the logbook, cross a single line through the error and enter the correct information. All corrections shall be initialed and dated by the personnel performing the correction. If possible, all corrections should be made by the individual who made the error.

7.  Daily entries will be made chronologically.

8.  Information will be recorded directly in the field logbook during the work activity. Information will not be written on a separate sheet and then later transcribed into the logbook.

9.  Each page of the logbook will have the date of the work and the note takers initials.

10. The final page of each day's notes will include the note-takers signature as well as the date.

11. Only information relevant to the subject project will be added to the logbook.

12. The field notes will be copied, and the copies sent to the Project Manager or designee in a timely manner (at least by the end of each week of work being performed).

## B.    Information to be Included in Field Logbooks

1.  Entries into the logbook should be as detailed and descriptive as possible so that a particular situation can be recalled without reliance on the collector's memory. Entries must be legible and complete.

2.  General project information will be recorded at the beginning of each field project. This will include the project title, the project number, and project staff.

3.  **Scope:** Describe the general scope of work to be performed each day.

4.  **Weather:** Record the weather conditions and any significant changes in the weather during the day.

5.  **Tail Gate Safety Meetings:** Record time and location of meeting, who was present, topics discussed, issues/problems/concerns identified, and corrective actions or adjustments made to address concerns/ problems, and other pertinent information.

6.  **Standard Health and Safety Procedures:** Record level of personal protection being used (e.g., level D PPE), record air monitoring data on a regular basis and note where data were recording (such as, reading in borehole, reading in breathing zone). Also record other required health and safety procedures as specified in the project specific health and safety plan.

7.  **Instrument Calibration:** Record calibration information for each piece of health and safety and field equipment.

8.  **Personnel:** Record names of all personnel present during field activities and list their roles and their affiliation. Record when personnel and visitors enter and leave a project site and their level of personal protection.

9.  **Communications:** Record communications with project manager, subcontractors, regulators, facility personnel, and others that impact performance of the project.

10. **Time:** Keep a running time log explaining field activities as they occur chronologically throughout the day.

11. **Deviations from the Work Plan:** Record any deviations from the work plan and document why these were required and any communications authorizing these deviations.

12. **Health and Safety Incidents:** Record any health and safety incidents and immediately report any incidents to the Project Manager.

13. **Subcontractor Information:** Record name of company, record names and roles of subcontractor personnel, list type of equipment being used and general scope of work. List times of starting and stopping work and quantities of consumable equipment used if it is to be billed to the project.

14. **Problems and Corrective Actions:** Clearly describe any problems encountered during the field work and the corrective actions taken to address these problems.

15. **Technical and Project Information:** Describe the details of the work being performed. The technical information recorded will vary significantly between projects. The project work plan will describe the specific activities to be performed and may also list requirements for note taking. Discuss note-taking expectations with the Project Manager prior to beginning the field work.

16. Any conditions that might adversely affect the work or any data obtained (such as, nearby construction that might have introduced excessive amounts of dust into the air).

17. **Sampling Information:** Specific information that will be relevant to most sampling jobs includes the following:

STANDARD OPERATING PROCEDURE 001, PREPARING FIELD LOGBOOKS

- Description of the general sampling area – site name, buildings and streets in the area, etc.

- Station/Location identifier

- Description of the sample location – estimate location in comparison to two fixed points – draw a diagram in the field logbook indicating sample location relative to these fixed points – include distances in feet.

- Sample matrix and type

- Sample date and time

- Sample identifier

- Draw a box around the sample ID so that it stands out in the field notes

- Information on how the sample was collected – distinguish between "grab," "composite," and "discrete" samples

- Number and type of sample containers collected

- Record of any field measurements taken (i.e., pH, turbidity, dissolved oxygen, and temperature, and conductivity)

- Parameters to be analyzed for, if appropriate

- Descriptions of soil samples and drilling cuttings can be entered in depth sequence, along with PID readings and other observations. Include any unusual appearances of the samples.

## C.    Suggested Format for Recording Field Data

1. Use the left side border to record times and the remainder of the page to record information (see attached example).

2. Use tables to record sampling information and field data from multiple samples.

3. Sketch sampling locations and other pertinent information.

4. Sketch well construction diagrams.

# V.   Attachments

- Example field notes.

4

(47)  MAY 12, 2003  (EXAMPLE)

| 0715 | Arrive on site at XYZ site. |
| | CH2M Hill staff: |
| | John Smith: Field Team Leader |
| | Bob Builder: Site Safety Coord. |
| | Weather: Overcast + cool, 45°F |
| | Chance of late showers |
| | Scope: • Collect Groundwater |
| | Samples for LTM work at Site 14 |
| | • Supervise Survey Crew |
| | At Site 17 |
| 0725 | BB and JS Calibrates |
| | PID: 101 ppm/100 ppm ok |
| | PID Model #, Serial # |
| 0730 | BB Calibrates Horiba Meter |
| | Model #, Serial # |
| | → List calibration Results |
| 0738 | Survey Crew Arrives on Site |
| | → List Names |
| 0745 | BB Holds H+S Talk on Slips, |
| | Trips, Falls, Ticks + Air Monitoring |
| | JS + Survey Crew Attend |
| | No H+S Issues identified as |
| | concerns. All work is in "Level D." |
| 0755 | JS conducts site-wide Air Monitoring |
| | All readings = 0.0 ppm in |

JS
5-12-03

(48)  MAY 12, 2003  (EXAMPLE)

| | Site 14 LTM |
| | Breathing Zone (BZ) |
| 0805 | Mobilize to well MW-22 to |
| | sample, surveyors setting up |
| | At Site 17 |
| 0815 | PM (Paul Paper Pusher) calls and |
| | informs JS to collect GW sample |
| | At well MW-44 today for 24 hour |
| | TAT Analysis of VOCs |
| 0820 | Purging MW-22 |
| | → Record Water Quality Data |
| 0843 | Collect Sample At MW-22 for |
| | total TAL Metals and VOC's. No |
| | Dissolved metals |
| 0905 | JS + BB Mobilize to Site 17 to |
| | show surveyors wells to locate |
| 0942 | Mobilize to well MW-22 to |
| | collect sample |
| 0950 | Can not Access well MW-22 |
| | due to Base Operations; Contact |
| | Paul Paperpusher and he stated |
| | he will check on Gaining Access |
| | with Base contact |
| 0955 | Mobilize to well MW-19 |

JS
5-12-03

5

STANDARD OPERATING PROCEDURE 001, PREPARING FIELD LOGBOOKS

This page intentionally left blank.

STANDARD OPERATING PROCEDURE 005

# Disposal of Waste Fluids and Solids

## I.    Purpose and Scope

This Standard Operating Procedure (SOP) describes the procedures used to dispose of hazardous fluid and solid materials generated as a result of the site operations. This SOP does not provide guidance on the details of Department of Transportation regulations pertaining to the transport of hazardous wastes; the appropriate Code of Federal Regulations (49 CFR 171 through 177) should be referenced. Also, the site investigation-derived waste management plan should be consulted for additional information and should take precedence over this SOP.

## II.    Equipment and Materials

### A.    Fluids

- UN-rated 55-gallon steel drums or frac tanks
- Tools for securing drum lids
- Funnel for transferring liquid into drum
- Labels
- Paint pens
- Marking pen for appropriate labels
- Seals for 55-gallon steel drums

### B.    Solids

- UN-rated 55-gallon steel drums or rolloffs
- Tools for securing drum lids
- Paint pens
- Plastic sheets
- Labels
- Marking pen for appropriate labels

## III.    Procedures and Guidelines

### A.    Methodology

Clean, empty drums or rolloffs or frac tanks will be brought to the site by the drilling subcontractor for soil and groundwater collection and storage. The empty drums will be located

STANDARD OPERATING PROCEDURE 005, DISPOSAL OF WASTE FLUIDS AND SOLIDS

at the field staging area and moved to drilling locations as required. The drums will be filled with the drilling and well installation wastes (fill drum three-fourths, not to top), capped, sealed, and moved to the onsite drum storage area by the drilling subcontractor. The full drums will separate types of wastes by media. The drums will be labeled as they are filled in the field and labels indicating that the contents are pending analysis affixed.

The drum contents will be sampled to determine the disposal requirements of the drilling wastes. Check with the Environmental Manager (EM) assigned to the project prior to sample collection for frequency and analysis. Unless otherwise specified by the EM, the drum sampling will be accomplished through the collection and submittal of composite samples, one sample per 10 drums (check with disposal facility to determine sample frequency) containing the same media. Similar compositing will be performed in each rolloff to obtain a representative sample. The compositing of the sample will be accomplished by collecting a specific volume of the material in each drum into a large sample container. When samples from each of the drums being sampled in a single compositing are collected, the sample will be submitted for Toxicity Characteristic Leaching Procedure, ignitability, corrosivity, and reactivity analysis. Additional analysis may be required by your EM.

If rolloffs are used, compositing and sampling of soil will comply with applicable state and federal regulations.

## B.    Labels

Drums and other containers used for storing wastes from drilling operations will be labeled when accumulation in the container begins. Analysis pending labels should be used initially. Labels will include the following minimum information:

- Container number

- Container contents

- Origin (source area including individuals wells, piezometers, and soil borings)

- Date that accumulation began

- Date that accumulation ended

- Generator Contact Information

- When laboratory results are received, drum labels will be completed or revised to indicate the hazardous waste constituents in compliance with Title 40 of the Code of Federal Regulations, Part 262, Subpart C if the results indicate hazardous waste or labeled as non-hazardous if applicable.

## C.    Fluids

Drilling fluids generated during soil boring and groundwater discharged during development and purging of the monitoring wells will be collected in 55-gallon, closed-top drums. When a drum is filled, the bung will be secured tightly. Fluids may also be transferred to frac tanks after being temporarily contained in drums to minimize the amount of drums used.

When development and purging is completed, the water will be tested for appropriate hazardous waste constituents as per instruction from the project EM. Compositing and sampling of fluids will comply with applicable state and federal regulations.

### D.    Solids

The soil cuttings from well and boring drilling will constitute a large portion of the solids to be disposed of.

The solid waste stream also will include plastic sheeting used for decontamination pads, Tyveks, disposable sampling materials, and any other disposable material used during the field operations that appears to be contaminated. These materials will be placed in designated drums.

### E.    Storage and Disposal

The wastes generated at the site at individual locations will be transported to the drum storage area by the drilling services subcontractor. Drums should be stored on plastic sheeting with a short berm wall (hay bales or 2 x 4 planks or equivalent) to capture small spills. The drums should be staged such that the labels are all visible and there should be enough room to walk between rows of drums if applicable.

Waste solid materials that contain hazardous constituents will be disposed of at an offsite location in a manner consistent with applicable solid waste, hazardous waste, and water quality regulations. Transport and disposal will be performed by a commercial firm under subcontract.

The liquid wastes meeting acceptable levels of discharge contamination may be disposed of through the sanitary sewer system at the site. However, prior to disposal to the sanitary sewer system, approval and contract arrangements will be made with the appropriate authorities. Wastes exceeding acceptable levels for disposal through the sanitary sewer system will be disposed of through contract with a commercial transport and disposal firm.

## IV.  Attachments

None.

## V.   Key Checks and Preventative Maintenance

- Contact the project EM prior to containerizing waste to determine containerization method and sampling frequency and analysis.

- Check that representative samples of the containerized materials are obtained.

- Be sure that all state and federal regulations are considered when classifying waste for disposal.

STANDARD OPERATING PROCEDURE 005, DISPOSAL OF WASTE FLUIDS AND SOLIDS

This page intentionally left blank.

STANDARD OPERATING PROCEDURE 061

# Global Positioning System

## I.     Purpose

The procedure describes the calibration, operation, and functions associated with a Trimble GeoExplorer 6000 series. The GeoExplorer 6000 series includes the GeoXH and GeoXT handhelds. These handhelds combine a Trimble Global Navigation Satellite Systems (GNSS) receiver with a field computer powered by Microsoft Windows Mobile version 6.5 operating system. If using a different instrument, the operation manual supplied by the manufacturer should be consulted for instructions.

## II.    Scope

This procedure provides information regarding the field operation and general maintenance of a Trimble GeoExplorer 6000 series. The information contained herein presents the operation procedures for this equipment. Review of the equipment's instruction manual is a necessity for more detailed descriptions pertaining to the operation and maintenance of the equipment.

## III.   Definitions

GPS: Global Positioning System - A system of satellites developed and operated by the Department of Defense. Continuous 3D coordinate information is broadcast free of charge on a worldwide basis enabling precise positional location. The GeoExplorer 6000 series handheld includes an integrated GNSS receiver that enables the collection of Global Positioning System (GPS) and Global Navigation Satellite System (GLONASS) data for incorporating into a GIS or for managing assets.

GPS and GLONASS are GNSS. Each system consists of a constellation of satellites that orbit the earth. GNSS provides worldwide, all-weather, 24-hour time and position information.

## IV.   Procedures and Guidelines

The procedure for calibration, operation, and maintenance of the GPS unit is outlined below. Daily calibration and battery recharging is typical operating procedure; frequencies other than daily shall be noted in the logbook and reason for increased frequency recorded. If using a different instrument, the operation manual supplied by the manufacturer should be consulted for instructions.

The procedures described include additional features pre-programmed into the GPS datalogger to aid the data collection process.

QC AND REVIEWED 2/2025                                    1

## A.    GeoExplorer 6000 Unit

## Parts of the GeoExplorer 6000 series handheld

The following diagrams show the main parts of the handheld.



## Keypad buttons

The GeoExplorer 6000 series handheld has a keypad for fast, easy access to common actions. LEDs provide visual notifications of system events.



STANDARD OPERATING PROCEDURE 061, GLOBAL POSITIONING SYSTEM

## B.    Operations for Surveying Coordinates of a Location

The TerraSync software consists of five sections as described as follows:



| Use this section ... | to ... |
|---|---|
| Map | view features, background files, and the GPS trail graphically |
| Data | work with data files:<br>• create a new data file or open an existing data file<br>• log base station data to file or broadcast real-time corrections<br>• collect new features or maintain existing features<br>• move, copy, delete, or rename data and background files |
| Navigation | navigate to features using the *Direction Dial* and *Close-up* screens, or the graphical lightbar |
| Status | view information about:<br>• the satellites the TerraSync software is tracking, their relative positions in the sky, and your current position<br>• the predicted satellite constellation and position quality over the next 12 hours<br>• communication ports that the TerraSync software is using<br>• your GPS receiver and real-time correction source<br>• the current UTC time<br>• the TerraSync software version and trademark information |
| Setup | configure the TerraSync software |

1.    **Configure coordinate settings:** To open the **Coordinate System** form, tap Coordinate System in the Setup screen. Use this form to specify the coordinate system you want the TerraSync software to display foreground and background files.



2.    **Configure unit settings:** To open Units form, tap Units in the Setup screen. Use this form to specify the units used for measurements and display.



3.    **Starting the TerraSync Software:**

- When you are outside and ready to begin, switch on your data collector and start the TerraSync software. The GPS receiver should activate automatically.

- On the Microsoft Windows or Windows Mobile taskbar, tap the windows icon and the select Programs/TerraSync. While the software is loading, a Trimble identification screen appears.

4.    **Getting a clear view of the sky.** Move to a location where the receiver has a clear view of the sky. Signals can be received from any direction. Satellite signals can be blocked by people, buildings, heavy tree cover, large vehicles, or powerful transmitters. GPS signals can go through leaves, plastic, and glass, but they will weaken the signal.

5.    **Checking the GPS status.** When you start the TerraSync software, it automatically connects to the GPS receiver and begins to track visible satellites to calculate its current position. Use the satellite icon on the status bar to check whether the receiver is computing GPS positions.

4

STANDARD OPERATING PROCEDURE 061, GLOBAL POSITIONING SYSTEM

6. **To view the GPS status:** The Skyplot screen appears when you first run the TerraSync software. If this screen is not visible, tap the Section button, select Status, tap the Subsection list button, and then select Skyplot.



- Filled black boxes represent satellites that the receiver is using to compute its current GPS position.

- White boxes represent satellites that the receiver is getting signals from but is not using because the signals are too weak.

7. You need a minimum of four satellites with good geometry to computer a 3D GPS position.

8. **Status Bar:** The status bar appears in the top row of the TerraSync screen. It is always visible, but the icons displayed depend on the current status of the TerraSync software.



9.  **Creating a New Data File:** Before starting the data collection session, you need to create a new data file to store the new features and attributes you collect. Use the Data section to do this.

- Tap the Section list button and then select Data.

- Tap the Subsection list button and then select New.



- In the Dictionary Name field, select a data dictionary.

- Tap **Create**. The Collect Features screen appears:

10.  **Collecting a Point Feature:** When you record a point feature, you remain stationary for some time. The TerraSync software logs a number of GPS positions during this time. These positions are averaged together to compute the final GPS position of the point feature.



STANDARD OPERATING PROCEDURE 061, GLOBAL POSITIONING SYSTEM

When the TerraSync software is logging GPS positions, the logging icon appears in the status bar. The number beside the icon indicates how many positions have been logged for the selected feature. It is recommended that a minimum of 20 positions are logged prior to recording the feature.

To record a Point Feature:

- Make sure the Collect Features screen is open.

- In the Choose Feature list, highlight an appropriate point feature and then tap **Create**. The attribute entry form for the feature type appears:



- Fill in the attribute field with appropriate values.

- Once you have reached the desired number of positions, tap OK to close the road sign feature. The attribute entry form closes and you are returned to the Collect Features screen.

- Refer to the TerraSync Orientation Guide for steps on how to collect other features.

11. Ending the data collection session: When the data collection session is complete, close the data file and then exit the Terra Sync software.

- In the Collect Features screen, tap **Close**.

- A message appears asking you to confirm that you want to close the open file. Tap **Yes** to close.

- Tap the X button in the top right corner of the screen.

- A message appears asking you to confirm that you want to close the TerraSync software. Tap **Yes** to close.

7

### C.    Preventive Maintenance

Data should be downloaded from the datalogger a minimum of once daily, twice daily is preferred. At the end of each day the receiver batteries should be recharged. For technical assistance call the rental company through which you acquired the Trimble unit. Guidance is also provided in the manual and at http://www.trimble.com.

## V.    References

GeoExplorer 6000 series, Trimble, February 2011.

TerraSync and GPS Pathfinder Office Software Guide, December 2006

STANDARD OPERATING PROCEDURE 067

# Chain-of-Custody

## I.    Purpose

The purpose of this standard operating procedure is to provide information on chain-of-custody procedures to be used under the Comprehensive Long-Term Environmental Action--Navy Program.

## II.   Scope

This procedure describes the steps necessary for transferring samples using Chain-of-Custody Records. A Chain-of-Custody Record is required, without exception, for the tracking and recording of samples collected for on-site or off-site analysis (chemical or geotechnical) during program activities (except wellhead samples taken for measurement of field parameters). Use of the Chain-of-Custody Record Form creates an accurate written record that can be used to trace the possession and handling of the sample from the moment of its collection through analysis. This procedure identifies the necessary custody records and describes their completion. This procedure does not take precedence over region specific or site-specific requirements for chain-of-custody.

## III.  Definitions

**Chain-of-Custody Record Form -** A Chain-of-Custody Record Form is a printed two-part form that accompanies a sample or group of samples as custody of the sample(s) is transferred from one custodian to another custodian. One copy of the form must be retained in the project file.

**Custodian -** The person responsible for the custody of samples at a particular time, until custody is transferred to another person (and so documented), who then becomes custodian. A sample is under one's custody if:

- It is in one's actual possession
- It is in one's view, after being in one's physical possession
- It was in one's physical possession and then they locked it up to prevent tampering
- It is in a designated and identified secure area

**Sample -** A sample is physical evidence collected from a facility or the environment, which is representative of conditions at the point and time that it was collected.

## IV.   Procedures

The term "chain-of-custody" refers to procedures which ensure that evidence presented in a court of law is valid. The chain-of-custody procedures track the evidence from the time and place it is first obtained to the courtroom, as well as providing security for the evidence as it is moved and/or passed from the custody of one individual to another.

STANDARD OPERATING PROCEDURE 067, CHAIN-OF-CUSTODY

Chain-of-custody procedures, recordkeeping, and documentation are an important part of the management control of samples. Regulatory agencies must be able to provide the chain-of-possession and custody of any samples that are offered for evidence, or that form the basis of analytical test results introduced as evidence. Written procedures must be available and followed whenever evidence samples are collected, transferred, stored, analyzed, or destroyed.

# A.    Sample Identification

The method of identification of a sample depends on the type of measurement or analysis performed. When in situ measurements are made, the data are recorded directly in bound logbooks or other field data records with identifying information.

Information which shall be recorded in the field logbook, when in situ measurements or samples for laboratory analysis are collected, includes:

- Field sampler(s)
- Contract task order number
- Project sample number
- Sample location or sampling station number
- Date and time of sample collection and/or measurement
- Field observations
- Equipment used to collect samples and measurements
- Calibration data for equipment used

Measurements and observations shall be recorded using waterproof ink.

# B.    Sample Label

Samples, other than for in situ measurements, are removed and transported from the sample location to a laboratory or other location for analysis. Before removal, however, a sample is often divided into portions, depending upon the analyses to be performed. Each portion is preserved in accordance with the Sampling and Analysis Plan. Each sample container is identified by a sample label (**Attachment 1**). Sample labels are provided, along with sample containers, by the analytical laboratory. The information recorded on the sample label includes:

- **Project:** Name of project site.

- **Sample Identification:** The unique sample number identifying this sample.

- **Date:** A six-digit number indicating the day, month, and year of sample collection (for example, 05/21/17).

- **Time:** A four-digit number indicating the 24-hour time of collection (for example: 0954 is 9:54 a.m., and 1629 is 4:29 p.m.).

- **Medium:** Water, soil, sediment, sludge, waste, etc.

- **Sample Type:** Grab or composite.

- **Preservation:** Type and quantity of preservation added.

- **Analysis:** Volatile organic analysis, bridged nucleic acids, polychlorinated biphenyls, pesticides, metals, cyanide, other.

- **Sampled By:** Printed name or initials of the sampler.

- **Remarks:** Any pertinent additional information.

The field team should always follow the sample ID system prepared by the Project Chemist and reviewed by the Project Manager.

## C.    Chain-of-Custody Procedures

After collection, separation, identification, and preservation, the sample is maintained under chain-of-custody procedures until it is in the custody of the analytical laboratory and has been stored or disposed.

## D.    Field Custody Procedures

- Samples are collected as described in the site Sampling and Analysis Plan. Care must be taken to precisely record the sample location and to ensure that the sample number on the label matches the Chain-of-Custody Record exactly.

- A Chain-of-Custody Record will be prepared for each individual cooler shipped and will include only the samples contained within that cooler. The Chain-of-Custody Record for that cooler will then be sealed in a plastic zipper-type bag and placed in the cooler prior to sealing. This ensures that the laboratory properly attributes trip blanks with the correct cooler and allows for easier tracking should a cooler become lost during transit.

- The person undertaking the actual sampling in the field is responsible for the care and custody of the samples collected until they are properly transferred or dispatched.

- When photographs are taken of the sampling as part of the documentation procedure, the name of the photographer, date, time, site location, and site description are entered sequentially in the site logbook as photos are taken. Once downloaded to the server or developed, the electronic files or photographic prints shall be serially numbered, corresponding to the logbook descriptions; photographic prints will be stored in the project files. To identify sample locations in photographs, an easily read sign with the appropriate sample location number should be included.

- Sample labels shall be completed for each sample, using waterproof ink unless prohibited by weather conditions (for example, a logbook notation would explain that a pencil was used to fill out the sample label if the pen would not function in freezing weather).

## E.    Transfer of Custody and Shipment

Samples are accompanied by a Chain-of-Custody Record Form. A Chain-of-Custody Record Form must be completed for each cooler and should include only the samples contained within that cooler. A Chain-of-Custody Record Form example is shown in **Attachment 2**. When transferring the possession of samples, the individuals relinquishing and receiving will sign, date, and note the time on the record. This record documents sample custody transfer from the sampler, often through another person, to the analyst in the laboratory. The Chain-of-Custody Record is filled out as given below:

- Enter header information (contract task order number, samplers, and project name).

STANDARD OPERATING PROCEDURE 067, CHAIN-OF-CUSTODY

- Enter sample specific information (sample number, media, sample analysis required and analytical method grab or composite, number and type of sample containers, and date/time sample was collected).

- Sign, date, and enter the time under "Relinquished by" entry.

- Have the person receiving the sample sign the "Received by" entry. If shipping samples by a common carrier, print the carrier to be used and enter the airbill number under "Remarks," in the bottom right corner.

- Place the original (top, signed copy) of the Chain-of-Custody Record Form in a plastic zipper-type bag or other appropriate sample-shipping package. Retain the copy with field records.

- Sign and date the custody seal, a 1-inch by 3-inch white paper label with black lettering and an adhesive backing. **Attachment 3** is an example of a custody seal. The custody seal is part of the chain-of-custody process and is used to prevent tampering with samples after they have been collected in the field. Custody seals shall be provided by the analytical laboratory.

- Place the seal across the shipping container opening (front and back) so that it would be broken if the container were to be opened.

- Complete other carrier-required shipping papers.

The custody record is completed using waterproof ink. Any corrections are made by drawing a line through and initialing and dating the change, then entering the correct information. Erasures are not permitted.

Common carriers will usually not accept responsibility for handling Chain-of-Custody Record Forms; this necessitates packing the record in the shipping container (enclosed with other documentation in a plastic zipper-type bag). If custody forms are sealed inside the shipping container and the custody seals are intact, commercial carriers are not required to sign the custody form.

The laboratory representative who accepts the incoming sample shipment signs and dates the Chain-of-Custody Record, completing the sample transfer process. It is then the laboratory's responsibility to maintain internal logbooks and custody records throughout sample preparation and analysis.

# V.   Quality Assurance Records

Once samples have been packaged and shipped, the chain-of-custody copy and airbill receipt become part of the quality assurance record.

# VI.   Attachments

1   Sample Label
2   Chain-of-Custody Form
3   Custody Seal

# VII.   References

USEPA. User's Guide to the Contract Laboratory Program. Office of Emergency and Remedial Response, Washington, D.C. (EPA/540/P-91/002), January 1991.

ATTACHMENT 1

# Sample Label

STANDARD OPERATING PROCEDURE 067, CHAIN-OF-CUSTODY

A T T A C H M E N T   2

# Chain-of-Custody Form

ATTACHMENT 3
# Custody Seal



STANDARD OPERATING PROCEDURE 067, CHAIN-OF-CUSTODY

This page intentionally left blank.

STANDARD OPERATING PROCEDURE 068

# Homogenization of Soil and Sediment Samples

## I.    Purpose

The homogenization of soil and sediment samples is performed to minimize any bias of sample representativeness introduced by the natural stratification of constituents within the sample.

## II.    Scope

Standard techniques for soil and sediment homogenization and equipment are provided in this standard operating procedure. These procedures do not apply to aliquots collected for volatile organic compounds (VOCs) or field GC screening; samples for these analyses should NOT be homogenized.

## III.    Equipment and Materials

Sample containers, stainless steel spoons or spatulas, stainless steel pans, disposable scoop/trowel, and dedicated sealable bag.

## IV.    Procedures and Guidelines

Soil and sediment samples to be analyzed for semivolatiles, pesticides, polychlorinated biphenyls , metals, cyanide, or field XRF screening should be homogenized in the field. After a sample is taken, a stainless steel spatula or disposable plastic scoop should be used to remove the sample from the split spoon or other sampling device. The sampler should not use fingers to do this, as gloves may introduce organic interferences into the sample.

Samples for VOCs should be taken immediately upon collection and should not be homogenized.

Prior to homogenizing the soil or sediment sample, any rocks, twigs, leaves, or other debris should be removed from the sample. The sample should be placed in a decontaminated stainless steel pan and thoroughly mixed using a stainless steel spoon or disposable plastic scoop. The soil or sediment material in the pan should be scraped from the sides, corners, and bottom, rolled into the middle of the pan, and initially mixed. The sample should then be quartered and moved to the four corners of the pan. Each quarter of the sample should be mixed individually, and then rolled to the center of the pan and mixed with the entire sample again.

Alternatively, the contents of the scoop/trowel can be placed into dedicated sealable bag. The contents should then be thoroughly mixed by kneading the bag, breaking up any clods.

All stainless steel spoons, spatulas, and pans must be decontaminated following procedures specified in standard operating procedure *Decontamination of Personnel and Equipment* prior to homogenizing the sample. A composite equipment rinse blank of homogenization equipment should be taken each day it is used.

STANDARD OPERATING PROCEDURE 075

# Shallow Soil Sampling

## I.    Purpose

To provide general guidelines for the collection and handling of surface soil samples during field operations.

## II.    Scope

The method described for surface soil sampling is applicable for loosely packed earth and is used to collect disturbed-soil samples.

## III.    Equipment and Materials

- Sample jars

- A hand auger or other device that can be used to remove the soil from the ground. Stainless steel is preferred. However, split spoons, which are most commonly available in carbon steel are acceptable for use only if they are not rusty.

- A stainless steel spatula or disposable plastic scoop should be used to remove material from the sampling device.

- Unpainted wooden stakes or pin flags

- Fiberglass measuring tape (at least 200 feet in length)

- GPS Unit (if available)

## IV.    Procedures and Guidelines

Wear protective gear, as specified in the Health and Safety Plan.

To locate samples, identify the correct location using the pin flags or stakes. Proceed to collect a sample from the undisturbed soil adjacent to the marker If markers are not present, the following procedures will be used.

**For samples on a grid:**

- Use measuring tape to locate each sampling point on the first grid line as prescribed in the sampling plan. As each point is located, drive a numbered stake in the ground and record its location on the site map and in the logbook.

- Proceed to sample the points on the grid line, as described below.

- Measure to location where next grid line is to start and stake first sample. For subsequent samples on the line take two orthogonal measurements: one to the previous grid line, and one to the previous sample on the same grid line.

QC AND REVIEWED 2/2025                                                1

STANDARD OPERATING PROCEDURE 075, SHALLOW SOIL SAMPLING

- Proceed to sample the points on the grid line as described below. Repeat until all samples are collected from the area.

- Or, a GPS unit can be used to identify each location based on map coordinated, if available.

**For non-grid samples:**

- Use steel measuring tape to position sampling point at location described in the sampling plan by taking two measurements from fixed landmarks (for example, corner of house and fence post).

- Note measurements, landmarks, and sampling point on a sketch in the field notebook, and on a site location map.

- Proceed to sample as described below. Repeat until all samples are collected from the area.

- Or, a GPS unit can be used to identify each location based on map coordinated, if available.

To the extent possible, differentiate between fill and natural soil. If both are encountered at a boring location, sample both as prescribed in the field sampling plan. Do not locate samples in debris, tree roots, or standing water. In residential areas, do not sample in areas where residents' activities may impact the sample (for example, barbecue areas, beneath eaves of roofs, driveways, garbage areas). If an obstacle prevents sampling at a measured grid point, move as close as possible, but up to a distance of one half the grid spacing in any direction to locate an appropriate sample. If an appropriate location cannot be found, consult with the Field Team Leader (FTL). If the FTL concurs, the sampling point will be deleted from the program. The FTL will contact the project manager (PM) immediately. The PM and Navy Technical Representative will discuss whether the point should be deleted from the program. If it is deleted, the PM will follow-up with the Navy Technical Representative in writing.

**To collect samples:**

- Use a decontaminated stainless steel scoop/trowel or disposable plastic scoop to scrape away surficial organic material (grass, leaves, etc.) adjacent to the stake. New disposable scoops or trowels may also be used to reduce the need for equipment blanks.

- If sampling:

  - Surface soil: Obtain soil sample by scooping soil using the augering scoop/trowel, starting from the surface and digging down to a depth of about 6 inches, or the depth specified in the workplan.

  - Subsurface soil: Obtain the subsurface soil sample using an auger down to the depths prescribed in the field sampling plan.

- Take a photo ionization detector reading of the sampled soil if organics are anticipated to be present and record the response in the field notebook. Also record lithologic description and any pertinent observations (such as discoloration) in the logbook.

- Empty the contents of the scoop/trowel into a decontaminated stainless steel pan or dedicated sealable bag.

- Repeat this procedure until sufficient soil is collected to meet volume requirements.

- For target compound list (TCL) volatile organic compound and field GC aliquots, fill sample jars directly with the trowel or scoop or specialized sampling equipment (that is, Encore or Terra Core sampler) and cap immediately upon filling. DO NOT HOMOGENIZE.

- For TCL pesticides/polychlorinated biphenyls and semi-volatile organic compounds, target analyte list metals, and field X-ray fluorescence aliquots, homogenize cuttings in the pan using a decontaminated stainless steel utensil in accordance with standard of procedure *Decontamination of Drilling Rigs and Equipment*.

- For TCL polychlorinated biphenyls, soil samples should include rocks and hard chunks encountered. The extraction procedure may require that the lab screen the soil to eliminate rocks larger than 3/8 inch in diameter, but the criteria are too complicated to allow a decision to be made in the field.

- Transfer sample for analysis into appropriate containers with a decontaminated utensil.

- Immediately upon collection, all samples for chemical analysis are to be placed in a closed container on ice unless it is not possible to do so. Although unusual and uncommon, there may be instances where it is not possible to have containers with ice at the sample location. In these instances, the samples should be placed on ice as soon as practical and during the time between collection and placing the samples on ice, the samples should be kept as cool as possible.

- Backfill the hole with soil removed from the borehole. To the extent possible, replace topsoil and grass and attempt to return appearance of sampling area to its pre-sampled condition. For samples in non-residential, unmowed areas, mark the sample number on the stake and leave stake in place. In mowed areas, remove stake.

# V.   Attachments

None.

# VI.   Key Checks and Items

- Use phthalate-free latex or surgical gloves and other personal protective equipment
- Transfer volatiles first, avoid mixing
- Decontaminate utensils before reuse, or use dedicated, disposable utensils

STANDARD OPERATING PROCEDURE 075, SHALLOW SOIL SAMPLING

This page intentionally left blank.

STANDARD OPERATING PROCEDURE 068, HOMOGENIZATION OF SOIL AND SEDIMENT SAMPLES

# V.    Attachments

None.

# VI.    Key Checks and Items

- Take VOC samples immediately and do not homogenize the soil.

- Homogenize soil for analyses other than VOCs in a clean, stainless steel bowl or dedicated sealable bag.

STANDARD OPERATING PROCEDURE 077

# Soil Sampling During Excavations

## I.    Purpose and Scope

The purpose of this procedure is to provide guidelines for obtaining samples of subsurface soils during excavations, soil stockpiles, and import fill sources using hand tools or heavy equipment.

## II.    Equipment and Materials

- Stainless steel trowel, shovel, disposable plastic scoop, coring device, hand auger, or other appropriate hand tool

- Excavator with bucket

- Stainless steel pan or bowl or disposable sealable bags

- Sample bottles

## III.    Procedures and Guidelines

Wear protective gear, as specified in the Health and Safety Plan.

Before sampling begins, equipment will be decontaminated using the procedures described in standard of procedure (SOP) *Decontamination of Drilling Rigs and Equipment*. The sampling point is located and recorded in the field logbook. Debris should be cleared from the sampling location.

### A.    Surface and Shallow Subsurface Sampling by Hand Methods

Either a shovel, post-hole digger, or trowel, will be used to remove soil immediately above the interval to be sampled. Once the desired sample interval is exposed, a decontaminated sampling tool (shovel, post-hole digger, trowel, disposable plastic scoop, etc.) will be used to collect the sample. Soil that will be analyzed for semi-volatile organic compounds and inorganic analyses will be placed in a stainless steel sample bowl or disposable plastic scoop and will be homogenized using a stainless steel spoon or plastic disposable scoop. Procedures detailing the homogenization process are provided in SOP *Homogenization of Soil and Sediment Samples*. Note that during homogenization, pieces of gravel, asphalt, and metal should be removed as they do not make up the soil fraction of the sample and may produce erroneous results following chemical analysis. The homogenized sample will then be placed in the sample containers for chemical analysis. Soil samples that will be analyzed for volatile organic compounds will not be composited but will be placed directly into the sample containers for chemical analysis.

During sample collection, sampling personnel will also record the following information in a bound field notebook:

- Lithology of the material encountered including soil type, color, grain-size, moisture content, and a record of any foreign material encountered (concrete, asphalt, metal, plastic, etc.)

STANDARD OPERATING PROCEDURE 077, SOIL SAMPLING DURING EXCAVATIONS

- Sampling interval

- Date and time the sample was collected

- Results of screening measurements (that is, photo ionization detector, etc.)

- Presence of odors or staining

Logbook entry procedures are described in detail in SOP *Preparing Field Log Books.*

## B.     Sampling Using Excavator Bucket

The following procedures will be used when collecting soil samples from the bucket of an excavator:

- Using an excavator bucket, scoop a volume of soil from the sampling location which is large enough to collect sample soil that did not come into direct contact with the surfaces of the bucket.

- Once the soil is removed, use a decontaminated trowel or shovel to remove the upper few inches of soil in the center of the bucket to expose a "fresh" sample. Once exposed use a decontaminated trowel, spoon, disposable plastic scoop, or shovel to collect a soil sample for chemical analysis. Samples collected for volatiles analysis should be placed directly into the sample containers. Material for samples for all other parameters should be removed to a decontaminated stainless steel bowl, tray, or disposable sealable bag. Samples that will be analyzed for semi-volatile organic compounds and inorganic will be homogenized as previously described in Section A, and follow the procedures provided in SOP *Homogenization of Soil and Sediment Samples*.

Additionally, the logbook entry procedures summarized in Section A and detailed in SOP *Preparing Field Log Books* will be followed during sample collection.

## C.     Stockpile and Import Fill Sampling

1.   Procedure for Collecting Volatile Fractions

Using an auger, split spoon, or other device, retrieve a core from the stockpile or borrow source area to be sampled. Remove the core from the auger, split spoon, or other device and place the sample into a pre-preserved volatile organic analysis vial using a **Terra Core®** sampler or direct sample container such as an **En Core**® sampler and seal the cap tightly. Ideally, the operation should be completed in one minute. After filling the required volatile organic analysis vials, fill a 4-ounce jar with the remaining core sample. (This will be used by the laboratory to determine percent moisture.) Label the vials and place on ice for shipment to the laboratory.

2.   Procedure for Collecting Non-Volatile Samples

From five randomly selected sample locations, use a stainless steel spoon to collect equal amounts of soil for the required samples and place the soils into a stainless steel bowl or tray. The volume of soil collected should be sufficient to completely fill all sample containers requested by the laboratory. Homogenize the five samples by following the procedures

provided in SOP *Homogenization of Soil and Sediment Samples*. Fill each required sample container with the required volume of homogenized soils. Complete the sample labels and place the sample containers on ice for shipment to the laboratory.

# IV.   Attachments

None.

# V.    Key Checks and Preventative Maintenance

- Check that decontamination of equipment is thorough.

STANDARD OPERATING PROCEDURE 077, SOIL SAMPLING DURING EXCAVATIONS

This page intentionally left blank.

STANDARD OPERATING PROCEDURE 078

# Soil Sampling for Volatile Organic Compounds

## I.    Purpose and Scope

The purpose of this procedure is to provide guidelines for obtaining samples of surface and subsurface soils using a low-concentration volatile organic compound sampling device.

## II.    Equipment and Materials

- The EnCore Sampler 5g or 25g versions, Terra Core Sampler, or equivalent
- T-handle with a plunger
- 40 milliliters (mL) VOA vials
- Laboratory approved wide mouth jar
- Field logbook
- Shovel, post-hole digger or other tool

## III.    Procedures and Guidelines

Wear protective gear, as specified in the Health and Safety Plan.

The sampling point is located and recorded in the field logbook. Debris should be cleared from the sampling location. The soil sample is collected, stored, and delivered in a sealed, headspace-free state when using the EnCore Sampler. The Terra Core Sampler collects a plug of soil that is then immediately preserved in the field in a 40-mL vial.

### A.    Surface and Shallow Subsurface Sampling

A shovel, post-hole digger, or other tool can be used to remove soil to a point just above the interval to be sampled. Quickly collect a soil sample using the sampling device by pushing the T-handle with the sampler attached directly straight down into the soil. As the soil is collected in the sampler, the plunger on the sampler will be pushed up. Refer to the individual sampling device documentation to determine the appropriate sample level in the sampling device. When using any low-concentration sampling device, make sure that the area to be sampled is free of stones or other objects that may hinder the advancement of the sampler. Immediately cap or transfer the sample to the 40-mL vial as soon as it is collected. Fill out a label and attach to sampler or vial. Immediately upon collection, all samples for chemical analysis are to be placed in a closed container on ice unless it is not possible to do so. Although unusual and uncommon, there may be instances where it is not possible to have containers with ice at the sample location. In these instances, the samples should be placed on ice as soon as practical and during the time between collection and placing the samples on ice, the samples should be kept as cool as possible.

The soils removed from the borehole should be logged using the Unified Soil Classification System or other acceptable method including visual descriptions such as depth, odor, staining, etc. in the field logbook.

When sampling is completed, photo ionization device readings should be taken directly above the hole and recorded in the logbook, and the hole is then backfilled.

STANDARD OPERATING PROCEDURE 078, SOIL SAMPLING FOR VOCS

## B.    Split Spoon Sampling

Using a drilling rig, augers will be advanced in the borehole to the desired depth. For split spoon sampling, the samples are then collected following the ASTM D 1586 standard (refer to standard operating procedure for *Soil Boring Drilling and Abandonment* or *Logging of Soil Borings* for this ASTM). The split spoon sampler is lowered into the hole and driven to a depth equal to the total length of the sampler; typically, this is 24 inches. The sampler is driven in 6-inch increments using a 140-pound weight ("hammer") dropped from a height of 30 inches. The number of hammer blows for each 6-inch interval is counted and recorded in the field logbook. To obtain enough volume of sample for subsequent laboratory analysis, use of a 3-inch ID sampler may be required. Blow counts obtained with a 3-inch ID spoon would not conform to ASTM D 1586 and would, therefore, not be used for geotechnical evaluations.

Once retrieved from the hole, the sampler is carefully split open. Care should be taken not to allow material in the sampler to fall out of the open end of the sampler. To collect the sample, the surface of the sample should be removed with a disposable or decontaminated spoon or equivalent in order to avoid the possibility of cross contamination from the split spoon sampler. Samples collected for volatiles analysis should be collected directly from the desired depth in the split spoon. Immediately upon collection, all samples for chemical analysis are to be placed in a closed container on ice unless it is not possible to do so. Although unusual and uncommon, there may be instances where it is not possible to have containers with ice at the sample location. In these instances, the samples should be placed on ice as soon as practical and during the time between collection and placing the samples on ice, the samples should be kept as cool as possible.

Split spoon samples also will be collected using a tripod rig. When using a tripod rig the soil samples are collected using an assembly similar to that used by the drilling rig.

## C.    Direct Push Soil Sampling

Drive sampling tube to the desired sampling depth using the truck-mounted hydraulic percussion hammer. If soil above the desired depth is not to be sampled, first drive the lead rod, without a sampling tube, to the top of the desired depth. Once the desired depth is reached, remove the rods, attach the sampling tube, and drive down into the desired sampling interval. Remove the rods and sampling tube from the borehole and remove the sampling tube from the lead rod.

Cut open the acetate liner using a specific knife provided by the drilling subcontractor designed to slice the acetate liners. To collect the sample, the surface of the sample should be removed with a disposable or decontaminated spoon or equivalent in order to avoid the possibility of cross contamination from the direct push sampling device. Samples collected for volatiles analysis should be placed directly into the sample containers from the desired depth in the acetate liner. Immediately upon collection, all samples for chemical analysis are to be placed in a closed container on ice unless it is not possible to do so. Although unusual and uncommon, there may be instances where it is not possible to have containers with ice at the sample location. In these instances, the samples should be placed on ice as soon as practical and during the time between collection and placing the samples on ice, the samples should be kept as cool as possible.

# IV.  Attachments

- EnCore Sampler User's Manual
- TerraCore Sampler User's Manual

# V.  Key Checks and Preventative Maintenance

- Check that sample collection is swift to avoid loss of volatile organics during sampling.

# VI.  References

ASTM D1586 / D1586M-18, Standard Test Method for Standard Penetration Test (SPT) and Split-Barrel Sampling of Soils, ASTM International, West Conshohocken, PA, 2018, www.astm.org

STANDARD OPERATING PROCEDURE 078, SOIL SAMPLING FOR VOCS

Attachment 1

# EnCore Sampler User's Manual



## Disposable En Core® Sampler

**En Novative Technologies, Inc.**
1795 Industrial Drive
Green Bay, WI 54302
Phone: 920-465-3960 • Fax: 920-465-3963
Toll Free: 888-411-0757
www.ennovativetech.com

## Sampling Procedures

### Using The En Core® T-Handle

*NOTE:*

1. En Core® Sampler is a SINGLE USE device. It cannot be cleaned and/or reused.

2. En Core® Sampler is designed to store soil. Do not use En Core Sampler to store solvent or free product!

3. En Core® Sampler must be used with En Core® T-Handle and/or En Core® Extrusion Tool exclusively. (These items are sold separately.)



**BEFORE TAKING SAMPLE:**
1. Hold **coring body** and push **plunger rod** down until **small o-ring** rests against **tabs**. This will assure that plunger moves freely.

2. Depress **locking lever** on En Core T-Handle. Place coring body, **plunger end first**, into open end of T-Handle, *aligning the (2) slots on the coring body with the (2) locking pins in the T-Handle.* Twist coring body clockwise to lock pins in slots. Check to ensure Sampler is locked in place. Sampler is ready for use.

**TAKING SAMPLE:**
3. Turn T-Handle with T-up and coring body down. This positions plunger bottom flush with bottom of coring body (ensure that plunger bottom is in position). Using T-Handle, push Sampler into soil until coring body is completely full. When full, small o-ring will be centered in T-Handle **viewing hole**. Remove Sampler from soil. Wipe excess soil from coring body exterior.

4. Cap coring body while it is still on T-handle. *Push* **cap** over **flat** area of **ridge** *and twist* to lock **cap** in place. **CAP MUST BE SEATED TO SEAL SAMPLER (see diagram).**

**PREPARING SAMPLER FOR SHIPMENT:**
5. Remove the capped Sampler by depressing locking lever on T-Handle while twisting and pulling Sampler from T-Handle.

6. Lock plunger by rotating extended plunger rod fully counter-clockwise until **wings** rest firmly against tabs (see plunger diagram).

7. Attach completed tear-off label (from En Core Sampler bag) to cap on coring body.

8. Return full En Core Sampler to zipper bag. Seal bag and put on ice.

4

# Disposable En Core® Sampler

## EXTRUSION PROCEDURES

## USING THE En Core® EXTRUSION TOOL

***CAUTION!  Always use the Extrusion Tool to extrude soil from the En Core Sampler.  If the Extrusion Tool is not used, the Sampler may fragment, causing injury.***

1.  To attach En Core Sampler to En Core Extrusion Tool: Depress locking lever on Extrusion Tool and place Sampler, plunger end first, into open end of Extrusion Tool, aligning slots on coring body with pins in Extrusion Tool. Turn coring body clockwise until it locks into place. Release locking lever.

2.  Rotate and gently push Extrusion Tool plunger knob clockwise until plunger slides over wings of coring body. (When properly positioned plunger will not rotate further.)

3.  Hold Extrusion Tool with capped Sampler pointed upward so soil does not fall out when cap is removed. Remove cap from Sampler by rotating cap until locking arms are aligned with the flat area of ridge and pull cap off.  To release soil core push down on plunger knob of En Core Extrusion Tool. Remove and properly dispose of En Core Sampler.

## Warranty and Disclaimers

**IMPORTANT:** FAILURE TO USE THE EN CORE® SAMPLER IN COMPLIANCE WITH THE WRITTEN INSTRUCTIONS PROVIDED HEREIN VOIDS ALL EXPRESS AND IMPLIED WARRANTIES, INCLUDING WARRANTY OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.

**PRINCIPLE OF USE.** The En Core Sampler Cartridge System is a volumetric sampling system designed to collect, store and deliver a soil sample. The En Core Sampler comes in two sizes for sample volumes of approximately 25 or 5 grams. There are four components: the cartridge with a movable plunger; a cap with two locking arms; a T-handle (purchased separately); and an extrusion handle (purchased separately).  NOTE: The En Core Sampler is designed to store soil.  It is not designed to store solvent or free product.

The soil is stored in a sealed headspace-free state. The seals are achieved by three special Viton® * o-rings, two located on the plunger and one on the cap of the Sampler. At no time and under no condition should these o-rings be removed or disturbed.

**QUALITY CONTROL.** The cartridge is sealed in an airtight package to prevent contamination prior to use.  Due to the stringent quality control requirements associated with the use of this system, the disposable cartridge is designed to be used only once.

**WARRANTY.** En Novative Technologies, Inc. ("En Novative Technologies") warrants that the En Core Sampler shall perform consistent with the research conducted under En Novative Technologies' approval, within thirty (30) days from the date of delivery, provided that the Customer gives En Novative Technologies prompt notice of any defect or failure to perform and satisfactory proof thereof. THIS WARRANTY DOES NOT APPLY TO THE FOLLOWING, AS SOLELY DETERMINED BY EN NOVATIVE TECHNOLOGIES: (a) Damage caused by accident, abuse, mishandling or dropping;  (b)Samplers that have been opened, taken apart or mishandled; (c)Samplers not used in accordance with the directions; and (d)Damages exceeding the cost of the sampler. Seller warrants that all En Core Samplers shall be free from defects in title. THE FOREGOING WARRANTIES ARE IN LIEU OF ALL OTHER WARRANTIES, WHETHER ORAL, WRITTEN, EXPRESSED, IMPLIED OR STATUTORY, INCLUDING ANY INFORMATION PROVIDED BY SALES REPRESENTATIVES OR IN MARKETING LITERATURE. IMPLIED WARRANTIES OF FITNESS AND MERCHANTABILITY SHALL NOT APPLY.  En Novative Technologies' warranty obligations and Customer's remedies, except as to title, are solely and exclusively as stated herein.

**LIMITATION OF LIABILITY.** IN NO EVENT SHALL EN NOVATIVE TECHNOLOGIES BE LIABLE FOR ANTICIPATED PROFITS, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF REVENUE, DOWN TIME, REMEDIATION ACTIVITIES, REMOBILIZATION OR RESAMPLING, COST OF CAPITAL, SERVICE INTERRUPTION OR FAILURE OF SUPPLY, LIABILITY OF CUSTOMER TO A THIRD PARTY, OR FOR LABOR, OVERHEAD, TRANSPORTATION, SUBSTITUTE SUPPLY SOURCES OR ANY OTHER EXPENSE, DAMAGE OR LOSS, INCLUDING PERSONAL INJURY OR PROPERTY DAMAGE. En Novative Technologies' liability on any claim of any kind shall be replacement of the En Core Sampler or refund of the purchase price. En Novative Technologies shall not be liable for penalties of any description whatsoever. In the event the En Core Sampler will be utilized by Customer on behalf of a third party, such third party shall not occupy the position of a third-party beneficiary of the obligation or warranty provided by En Novative Technologies, and no such third party shall have the right to enforce same. All claims must be brought within one (1) year of shipment, regardless of their nature.



## En Novative Technologies, Inc.

1795 Industrial Drive
Green Bay, WI 54302
Phone: 920-465-3960 • Fax: 920-465-3963
Toll Free: 888-411-0757
*www.ennovativetech.com*

The En Core™ Sampler is covered by One or More of the Following U.S. Patents: 5,343,771; 5,505,098; 5,517,868; 5,522,271.  Other U.S. and Foreign Patents Pending.

* Viton® is a registered trademark of DuPont Dow Elastomers.

5

STANDARD OPERATING PROCEDURE 078, SOIL SAMPLING FOR VOCS
ATTACHMENT 2 - TERRACORE SAMPLER USER'S MANUAL

Attachment 2

# TerraCore Sampler User's Manual

En Novative Technologies, Inc.

## Recommended Use Of The Terra Core®



*NOTE:    The Terra Core® Sampler is a single use device. It cannot be cleaned and/or reused.*



### Step 1

Have ready a 40ml glass VOA vial containing the appropriate preservative. With the plunger seated in the handle, push the Terra Core® into freshly exposed soil until the sample chamber is filled. A filled chamber will deliver approximately 5 or 10 grams of soil.

### Step 2

Wipe all soil or debris from the outside of the Terra Core® sampler. The soil plug should be flush with the mouth of the sampler. Remove any excess soil that extends beyond the mouth of the sampler.





### Step 3

Rotate the plunger that was seated in the handle top 90° until it is aligned with the slots in the body. Place the mouth of the sampler into the 40ml VOA vial containing the appropriate preservative and extrude the sample by pushing the plunger down. Quickly place the lid back on the 40ml VOA vial. **Note:** When capping the 40ml VOA vial, be sure to remove any soil or debris from the top and/or threads of the vial.

En Novative Technologies, Inc.  •  1795 Industrial Drive • Green Bay, WI 54302  •  www.ennovativetech.com
Phone: 920-465-3960  •  Toll Free: 888-411-0757  •  Fax: 920-465-3963

En Novative Technologies, Inc.

# Terms and Conditions of Sale



1. <u>Acceptance</u>  ALL SALES ARE SUBJECT TO AND EXPRESSLY CONDITIONED UPON THE TERMS AND CONDITIONS CONTAINED HEREIN.  NO VARIATION OF THESE TERMS AND CONDITIONS WILL BE BINDING UPON SELLER, UNLESS AGREED TO IN WRITING AND SIGNED BY AN OFFICER OR OTHER AUTHORIZED REPRESENTATIVE OF SELLER.  IF THESE TERMS AND CONDITIONS ARE NOT ACCEPTABLE TO BUYER, BUYER MUST SO NOTIFY SELLER IMMEDIATELY IN WRITING.

2. <u>Terms  Delivery, Delays.</u>  Unless otherwise specified, terms are net 30 days from the date of invoice, F.O.B. shipping point, freight prepaid and added.  All prices are subject to change without notice.  Stenographic, clerical and computer errors are subject to correction.  If financial condition of Buyer results in the insecurity of Seller, in Seller's sole discretion, as to the ultimate collectibility of the purchase price, Seller may, without notice to Buyer, delay or postpone the delivery of goods, and Seller at its option, is authorized to change the terms of payment to payment in full or in part in advance of shipment of the entire undelivered balance of said goods.  Buyer agrees to pay all costs, including but not limited to, reasonable attorney and accounting fees and other expenses of collection resulting from any default by Buyer in any of the terms hereof.  All risk of loss or damage during shipping shall be borne by Buyer.  Seller reserves the right, in its discretion, to determine the exact method of shipment.  Seller reserves the right to make delivery in installments, all such installments to be separately invoiced and paid for when due per invoice, without regard to subsequent deliveries.  Delay in delivery of any installment shall not relieve Buyer or Buyer's obligation to accept remaining deliveries.  Immediately upon Buyer's receipt of any goods shipped hereunder, Buyer shall inspect the same and shall notify Seller in writing of any claims for shortages, defects or damages and shall hold the goods for Seller's written instructions concerning disposition.  Seller shall not be liable for any loss, damage or penalty as a result of any delay in or failure to manufacture, deliver or otherwise perform hereunder due to any cause beyond Seller's reasonable control, including, without limitation, strikes or labor difficulties, acts or omissions of any governmental authority or Buyer, accident, insurrection or riot, fires, floods or other acts of God, breakdowns of essential equipment, priorities or embargoes, shortages, delays in transportation, or inability to obtain necessary labor, fuel, materials, supplies or power at current prices or from usual sources.

3. <u>Allocation of Goods.</u>  If Seller is unable for any reason to supply the total demands for goods specified in Buyer's order, Seller may allocate its available supply among any or all buyers on such basis as Seller may deem fair and practical, without liability for any failure of performance which may result therefrom.

4. <u>Taxes and Other Charges.</u>  Any use tax, sales tax, excise tax, or any other tax, fee or charge of any nature whatsoever imposed by any governmental authority, on or measured by the transaction between Seller and Buyer, shall be paid by Buyer in addition to the prices quoted or invoiced.

5. <u>Warranty.</u>  SELLER MAKES NO WARRANTIES REGARDING THE TERRA CORE™ SAMPLER, WHETHER ORAL, WRITTEN, EXPRESS, IMPLIED OR STATUTORY, INCLUDING ANY INFORMATION PROVIDED BY SALES REPRESENTATIVES IN MARKETING LITERATURE, DIRECTIONS FOR USE, OR ANY OTHER INFORMATION SUPPLIED WITH THE SAMPLER.  IMPLIED WARRANTIES OF FITNESS AND MERCHANTABILITY SHALL NOT APPLY.  Seller's warranty obligations and Buyer's remedies are solely and exclusively as stated herein.  FURTHERMORE, SELLER SPECIFICALLY DISCLAIMS ANY WARRANTIES RELATING TO SAMPLE QUALITY OR SAMPLE PRESERVATION.  SELLER DOES NOT WARRANT THAT THE USE OF THE TERRA CORE™ SAMPLER WILL RESULT IN COMPLIANCE WITH ANY SAMPLING METHODS OUTLINED BY ANY REGULATORY BODY.  SELLER DOES NOT WARRANTY OR GUARANTEE SAMPLING RESULTS.

6. <u>Limitation of Liability.</u>  IN NO EVENT SHALL SELLER BE LIABLE FOR ANTICIPATED PROFITS, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF REVENUE, DOWN TIME, REMEDIATION ACTIVITIES, REMOBILIZATION OR RESAMPLING, COST OF CAPITAL, SERVICE INTERRUPTION OR FAILURE OF SUPPLY, ANY LIABILITY OF BUYER TO A THIRD PARTY, OR FOR LABOR, OVERHEAD, TRANSPORTATION, SUBSTITUTE SUPPLY SOURCES OR ANY OTHER EXPENSE, DAMAGE OR LOSS, INCLUDING PERSONAL INJURY OR PROPERTY DAMAGE.  SELLER IS NOT RESPONSIBLE FOR INTERPRETATION OF ANY SAMPLING METHODS OUTLINED BY ANY REGULATORY BODY OR BUYER'S INABILITY TO COMPLY WITH OR CORRECTLY FOLLOW ANY SUCH SAMPLING METHODS.  SELLER IS NOT LIABLE FOR DAMAGE CAUSED BY ACCIDENT, ABUSE, MISHANDLING OR DROPPING OF SAMPLER, DAMAGES DUE TO SAMPLERS THAT HAVE BEEN OPENED, DISASSEMBLED OR MISHANDLED, OR DAMAGES DUE TO SAMPLERS NOT USED IN ACCORDANCE WITH THE DIRECTIONS.  Seller's liability on any claim of any kind shall be replacement of such goods or refund of the purchase price.  Seller shall not be liable for penalties of any description whatsoever.  In the event the Terra CoreTM sampler will be utilized by Buyer on behalf of a third party, such third party shall not occupy the position of a third-party beneficiary of the obligation or warranty provided by Seller, and no such third party shall have the right to enforce same.  All claims must be brought within one (1) year of shipment, regardless of their nature.

7. <u>Returns.</u>  Written authorization must be obtained from Seller prior to returning any goods. Buyer shall strictly comply with Seller's return shipment instructions.  Returned goods will be subject to a restocking charge.

8. <u>Technical Assistance.</u>  At Buyer's request, Seller may, at Seller's discretion, furnish technical assistance and information with respect to Seller's products.  SELLER MAKES NO WARRANTIES OF ANY KIND OR NATURE, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, WITH RESPECT TO TECHNICAL ASSISTANCE OR INFORMATION PROVIDED BY SELLER OR SELLER'S REPRESENTATIVES.  ANY SUGGESTIONS BY SELLER REGARDING USE, SELECTION, APPLICATION OR SUITABILITY OF THE SAMPLER SHALL NOT BE CONSTRUED AS AN EXPRESS WARRANTY OF ANY KIND, INCLUDING COMPLIANCE WITH ANY SAMPLING METHODS OUTLINED BY ANY REGULATORY BODY, UNLESS SPECIFICALLY DESIGNATED AS SUCH IN A WRITING SIGNED BY AN OFFICER OF SELLER.

9. <u>Miscellaneous.</u>  Seller's failure to strictly enforce any term or condition of an order or to exercise any right arising hereunder shall not constitute a waiver of Seller's right to strictly enforce such terms or conditions or exercise such right thereafter.  All rights and remedies with respect to any order are cumulative and are in addition to any other rights and remedies Seller may have at law or equity.  Any waiver of a default by Buyer hereunder shall be in writing.  If any provision of these agreed upon terms and conditions shall be held to be invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions shall not be affected or impaired thereby.  The paragraph headings herein are for convenience only; they form no part of the terms and conditions and shall not affect their interpretation.  This agreement and the terms and conditions herein shall be binding upon, inure to the benefit of, and be enforceable by, the parties hereto, and their respective heirs, personal representatives, successors and assigns.

10. Governing Law. All disputes relating to the terms hereof, performance of this order or any other claim related to Seller's goods shall be governed by the laws of the State of Wisconsin; provided, however, construction shall be without regard to any rule or presumption requiring construction against the party causing this agreement to be drafted.  Buyer and Seller agree that any dispute arising between them which results in either party instituting court proceedings that such action will be maintained in the Circuit Court for Brown County, Wisconsin.

En Novative Technologies, Inc. • 1795 Industrial Drive • Green Bay, WI 54302 • www.ennovativetech.com
Phone: 920-465-3960 • Toll Free: 888-411-0757 • Fax: 920-465-3963

STANDARD OPERATING PROCEDURE 078, SOIL SAMPLING FOR VOCS
ATTACHMENT 2 - TERRACORE SAMPLER USER'S MANUAL

This page intentionally left blank.

# Declaration of Jennifer T. Nersesian

# Exhibit L

# Maryland Department of the Environment Fact Sheet on Clean Imported Fill Materials

# *Facts About...*

## *VCP - Clean Imported Fill Material*

**MARYLAND**

**Department of the Environment**

*The purpose of the Voluntary Cleanup Program (VCP) is to encourage the cleanup and redevelopment of properties throughout Maryland. In many cases, fill materials are imported onto a property as part of the redevelopment process. As more properties are relying upon the use of imported fill materials, the VCP has prepared this guidance document for assisting participants who anticipate using imported fill material at VCP sites.*

## Introduction

No one wants to introduce new contamination onto a VCP site through the importation of fill material that is believed to be clean. This document was developed specifically for VCP participants who seek guidance on steps to take to minimize the possibility of importing contaminated fill onto VCP sites.

## Overview

Because fill material may come from a variety of sources, it is important to determine that any material brought onto a VCP site not only meets engineering specifications for a particular use, but that it also passes some level of screening to ensure that it is, in fact, clean.

## Residential or Commercial/ Industrial Scenario

Depending upon the land use scenario, a VCP participant may be required to characterize the fill or provide a certification stating that the imported fill is not contaminated. As indicated in Exhibit 1, all imported fill materials for properties where the land use is determined to be residential must be characterized. In limited circumstances, the VCP may allow a participant to use imported fill material that has not been characterized

for areas where no pathway will exist between the fill material and the property's end-users. In such circumstances, a Phase I Environmental Site Assessment conducted within a year from the date of scheduled delivery of fill material documenting that no recognized environmental conditions are present must be submitted to the VCP.

For commercial or industrial land uses, a VCP participant has the option of either characterizing the imported fill material or relying upon an affidavit from the vendor stating that the imported material has not been contaminated by controlled hazardous substances or oil. A template of the affidavit is attached to this guidance.

## Selecting Fill Material

In general, the fill source area should be located in non-industrial areas, and not from sites undergoing an environmental cleanup. Non-industrial sites include those that were previously undeveloped, or used solely for residential or agricultural purposes. If the source is from an agricultural area, care should be taken to insure that the fill does not include pesticides, herbicides or metals. Unacceptable sources of fill material include industrial and/or commercial sites where

*Exhibit 1: Use of Fill Material for Residential or Commercial/Industrial Decision Tree*

hazardous materials were used, handled or stored as part of the business operations, or unpaved parking areas where petroleum hydrocarbons could have been spilled or leaked into the soil. Commercial sites to avoid include former gasoline service stations, retail strip malls that contained dry cleaners or photographic processing facilities, paint stores, auto repair and/or painting facilities, and agricultural supply stores. Industrial facilities to avoid include metal processing shops, manufacturing facilities, aerospace facilities, oil refineries, waste treatment plants, or other similar facilities.

Alternatives to using fill from construction sites include the use of fill material obtained from a commercial supplier of fill material or from soil pits in rural or suburban areas. However, care should be taken to ensure that those materials are also uncontaminated.



| Table 1:  Potential Contaminants Based on the Fill Source Area | |
|---|---|
| *Fill Source* | *Target Compounds/Recommended Analyses\** |
| Land near to an existing highway | • Lead (EPA method 6020 [Rev 0 – 9/9])<br>• PAHs (EPA method 8270C [Rev 3 – 12/96) |
| Land near a mining area or rock quarry | • Heavy Metals (EPA method 6020 [Rev 0 – 9/9])<br>• Asbestos (polarized light microscopy)<br>• pH |
| Agricultural land | • Pesticides (Organochlorine Pesticides: EPA method 8081A or 8080A; Organophosphorus Pesticides: EPA method 8141A; Chlorinated Herbicides: EPA method 8151A [Rev 1 – 12/96])<br>• Heavy Metals (EPA method 6020 [Rev 0 – 9/9]) |
| Residential/acceptable commercial land | • VOCs (EPA Method 8260B (Rev 2 - 12/96); Note:  The soil and sediment collection method has changed to EPA Method 5035)<br>• SVOCs (EPA method 8270C)<br>• TPH (modified EPA method 8015)<br>• PCBs (EPA method 8082)<br>• Heavy Metals including lead (EPA methods 6010B and 7471A)<br>• Asbestos (OSHA Method ID-191) |
| \*The recommended analyses should be performed in accordance with USEPA SW-846 methods (1996). Other possible analyses include Hexavalent Chromium: EPA method 3060A. | |

## Documentation and Analysis

In order to minimize the potential of introducing unacceptable fill material onto a site, it is necessary to verify through documentation that the fill source is appropriate and/or to have the fill material analyzed for potential contaminants based on the location and history of the source area.  Fill documentation should include detailed information on the previous use of the land from where the fill is taken, whether an environmental site assessment was performed and its findings, and the results of any testing performed. It is recommended that an environmental professional, as defined by ASTM, should sign any such documentation.  If such documentation is not available or is inadequate, samples of the fill material should be chemically analyzed.  Analysis of the fill material should be based on the source of the fill and knowledge of the prior land use.  The Department recommends using the analytical methods in Table 1 to determine whether potential contaminants are present in fill source areas.

Detectable amounts of compounds of concern within the fill material should be evaluated for risk in accordance with the *Soil and Groundwater Cleanup Guidance Document, August 2001*.  A standard laboratory data package, including a summary of the QA/QC (Quality Assurance/Quality Control) sample results should also accompany all analytical reports.  When possible, representative samples should be collected at the borrow area while the potential fill material is still in place, and analyzed prior to removal from the borrow area.  In addition to performing the appropriate analyses of the fill material, an appropriate number of samples should also be determined based on the approximate volume or area of soil to be used as fill material.  Table 2 can be used as a guide to determine the number of samples needed to adequately characterize the fill material when sampled at the borrow site.



## Alternative Sampling

A Phase I environmental site assessment may be conducted prior to sampling to determine whether the borrow area may have been impacted by previous activities on the property.   After the property has been evaluated, any sampling that may be required can be determined during a meeting with MDE.  However, if it is not possible to analyze the fill material at the borrow area or determine that it is appropriate for use via a Phase I, it is recommended that the participant use Table 2 to determine the fill material sampling schedule. (See chart on Potential Contaminants Based on the Fill Source Area for appropriate analyses).

This sampling frequency may be modified upon consultation with the MDE if all of the fill material is derived from a common borrow area.  However, fill material that is not characterized at the borrow area will need to be stockpiled either on or off-site until the analyses have been completed.  In addition, should contaminants exceeding the criteria in *Soil and Groundwater Cleanup Guidance Document, August 2001* be identified in the stockpiled fill material, that material will be deemed unacceptable and new fill material will need to be obtained, sampled and analyzed.        Therefore, MDE recommends that all sampling and analyses should

be completed prior to delivery to the site to ensure the soil is free of contamination, and to eliminate unnecessary transportation charges for unacceptable fill material.

Composite sampling for fill material characterization may or may not be appropriate, depending on quality and homogeneity of source/borrow area, and compounds of concern. It is not acceptable to composite samples for volatile and semi-volatile constituents.  Composite sampling for heavy metals, pesticides, herbicides or PAH's from unanalyzed stockpiled soil is also unacceptable, unless it is stockpiled at the borrow area and originates from the same source area. In addition, if samples are composited, they should be from the same soil layer, and not from different soil layers.

When very large volumes of fill material are anticipated, or when larger areas are being considered as borrow areas, MDE recommends that a Phase I be conducted on the area to ensure that the borrow area has not been impacted by previous activities on the property. After the property has been evaluated, any sampling that may be required can be determined during a meeting with MDE.

| Table 2:  Recommended Fill Material Sampling Schedule | |
| --- | --- |
| *Area of Individual Borrow Area* | *Sampling Requirements* |
| 2 acres or less | Minimum of 4 samples |
| 2 to 4 acres | Minimum of 1 sample every 1/2 acre |
| 4 to 10 acres | Minimum of 8 samples |
| Greater than 10 acres | Minimum of 8 locations with 4 sub samples per location |
| *Volume of Borrow Area Stockpile* | *Samples per Volume* |
| Up to 1,000 cubic yards | 1 sample per 250 cubic yards |
| 1,000 to 5,000 cubic yards | 4 samples for first 1000 cubic yards +1 sample per each additional 500 cubic yards |
| Greater than 5,000 cubic yards | 12 samples for first 5,000 cubic yards + 1 sample per each additional 1,000 cubic yards |

1800 Washington Boulevard  |  Baltimore, MD 21230-1718  |  www.mde.state.md.us
410-537-3000  |   800-633-6101  |   TTY Users: 800-735-2258
Larry Hogan, *Governor*  |  Boyd K. Rutherford, *Lt. Governor*  |  Ben Grumbles, *Secretary*

