# Exhibit 3



*Approximate location of stockpile circled in red located between holes 4, 5, and 9 of the White Course.  *See* East Potomac Golf Course Grading Plan, Ex. 1 Nersesian Decl., Ex. H.