**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

      *Plaintiffs*,

      *vs.*                                     Case No. 1:26-cv-477

UNITED STATES DEPARTMENT OF THE
INTERIOR, *et al.*,

      *Defendants*.

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE JOINT STATUS REPORT**

The Plaintiffs request an extension of time in which to submit this matter's first Joint Status Report. This motion is unopposed.

On March 11, 2026, this Court held a case-management status conference and ordered the parties to file a Joint Status Report no later than Friday, March 20, 2026, concerning several issues that had been discussed at the hearing. The following day, Plaintiffs' counsel contacted court reporter Jeff Hook and requested a hearing transcript with a 24-hour turnaround. Mr. Hook informed Plaintiffs' counsel that he "cannot and will not be able to, under any circumstances, be able to complete this transcript prior to 14 days," but that he "will be in touch once it is complete, again, no sooner than 14 days."

Plaintiffs' counsel need the hearing transcript in order to address the matters ordered by the Court, and to ensure the Joint Status Report is fully responsive to the Court's questions and views expressed throughout the hearing. Plaintiffs therefore request that the Court extend the

2

deadline for the Joint Status Report until five business days after the parties receive the transcript

of the March 11 proceeding.  Defendants do not oppose this motion.

RESPECTFULLY SUBMITTED this 18 day of March 2026.

/s/Will Bardell

Abbe David Lowell [Bar No. 358651]
Jack Bolen*
Angela Reilly*
LOWELL & ASSOCIATS, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6166
adlowell@lowellandassociates.com
jbolen@lowellandassociates.com
arielly@lowellandassociates.com

Will Bardwell (D.C. Bar No. 90006120)
Mark Samburg (D.C. Bar No. 1018533)
Catherine M.A. Caroll (D.C. Bar No. 497890)
Robin Thurston (D.C. Bar No. 1531399)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthruston@democracyforward.org

*Counsel for Plaintiffs*


Norman L. Eisen [Bar No. 435051]
Lindsay Zimliki [Bar No. 475890]
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Admitted *pro hac vice* or application for admission pending

2

## CERTIFICATE OF SERVICE

I hereby certify on March 18, 2026 that I will cause true and correct copies of Unopposed Motion for Extension of Time in which to file Joint Status Report to be served pursuant to Fed. R. Civ. P. 4(i) along with a copy of the Complaint, on the Defendants in the above-captioned action, and also to the U.S. Attorney General, and the U.S. Attorney for the District of Columbia (c/o the Civil Process Clerk), at the following addresses:

JESSICA BOWRON, in her official capacity as "Comptroller Exercising the Delegated Authority of the Director" of the National Park Service
1849 C St NW,
Washington, DC 20240

NATIONAL PARK SERVICES
1849 C St NW,
Washington, DC 20240

DOUG BURGUM, in his official capacity as Secretary of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

U.S. DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington, D.C. 20240

PAM BONDI,
Attorney General of the United States
950 Pennsylvania Ave., NW
Washington D.C. 20530

United States Attorney's Office for the District of Columbia
c/o Civil Process Clerk
555 Fourth Street, N.W.,
Washington, D.C. 20530

Dated: March 18, 2026

Respectfully submitted,
/s/ *Will Bardwell*
Will Bardwell

3