**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:26-cv-477-ACR |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants request an extension of two business days until Monday, April 6, 2026, to submit the parties' first Joint Status Report.  Counsel for Defendants have conferred with counsel for Plaintiffs and Plaintiffs do not oppose the Motion.

The Court directed the parties to file a Joint Status Report no later than Friday, March 20, 2026.  On March 19, 2026, the Court granted Plaintiffs' Unopposed Motion to extend the parties' Joint Status Report deadline until five days after receipt of the transcript from the March 11, 2026, hearing.  The parties received the transcript on March 26, 2026, rendering the Joint Status Report due April 2, 2026.

Since March 26, 2026, the parties have continued to confer regarding the contents of the Joint Status Report.  Defendants respectfully request additional time to confer and finalize the Joint Status Report.

Respectfully submitted April 2, 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Michael K. Robertson*
MICHAEL K. ROBERTSON
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone 202-353-1389 || Fax 202-305-0506
michael.robertson@usdoj.gov