**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*, | |
| *Plaintiffs,* | |
| *vs.* | Case No. 1:26-cv-477 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| *Defendants.* | |

**PROPOSED BRIEFING SCHEDULE**

Following the case's telephonic status conference on April 9, 2026, the parties consulted on a briefing schedule in accordance with the Court's instructions. As a result, the parties propose the following schedule:

**Defendants' Motion to Dismiss**

- April 10, 2026: filed by Defendants
- May 21, 2026: Plaintiffs respond
- June 18, 2026: Defendants reply

**Plaintiffs' Motion for Extra-Record Discovery**

- May 14, 2026:[1] Plaintiffs file
- June 4, 2026: Defendants respond
- June 25, 2026: Plaintiffs reply

[signatures on following page]

---

[1] Pending the Court's ruling on Plaintiffs' Unopposed Motion for Extension of Time, to be filed contemporaneously with the instant motion.

1

RESPECTFULLY SUBMITTED this Twenty-Ninth day of April 2026.


For the Plaintiffs:

 /s/ *Will Bardwell*
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C.  20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org


Abbe David Lowell (Bar No. 358651)
John P. Bolen (Bar No. 90031046)
Angela Reilly, *pro hac vice*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, D.C.  20005
T: (202) 964-6110
F: (202) 964-6116
adlowell@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com


Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C.  20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

For Defendants:

ADAM R. F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

 /s/ *Michael K. Robertson*
MICHAEL K. ROBERTSON
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

3