ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Michael Robertson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3835
Michael.Robertson@usdoj.gov

*Attorneys for the United States*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-00477<br><br><br>**DECLARATION OF JENNIFER T. NERSESIAN, REGIONAL DIRECTOR FOR THE NATIONAL PARK SERVICE NATIONAL CAPITAL REGION** |

I, Jennifer T. Nersesian, state the following:

1. I am the Regional Director for the National Park Service ("NPS") National Capital Region ("NCR"). I have been in this position for approximately seventeen months. Before that time, I served as the Superintendent for Gateway National Recreation Area in New York. I have worked for the NPS since 2002, and in leadership roles in the NPS since 2009. I report to the NPS's Deputy Director, Operations.

2. This declaration supplements and updates my March 6, 2026, declaration filed in this matter. In my previous declaration, I explained that NPS had developed a robust

1

monitoring and evaluation plan to test the incoming soil for a comprehensive list of contaminants and compare concentrations of those contaminants in the incoming soil to conservative human health and ecological screening values, to determine whether the soil is suitable for its intended use at East Potomac Park.

3. I have personal knowledge of all facts stated in this declaration, including based on information received from my staff and from staff at the NPS's Washington Area Service Office, and if called to testify, I could and would testify competently thereto.

4. When NPS uses imported soil and other fill material on land under its management for grading, landscaping, backfilling, or other beneficial uses, it sometimes collects samples of the soil to test for contaminants. The measured concentrations of contaminants in the soil are then evaluated and compared to various risk-based screening values, and in some cases to baseline samples from the location where the soil would be used, to determine the material's suitability for beneficial reuse on NPS-managed land. NPS's determination on the suitability of imported soil is based on professional judgment, based on a comprehensive sampling and analysis program. The exceedance of one or more screening values in a particular sample or samples does not necessarily preclude the placement of the soil on NPS land. Test results from individual samples are therefore not by themselves probative of the condition of the soil.

5. In this case, the excavated soil was tested at two different points.

6. First, during the excavation, Clark Construction tested the excavated soil at the White House with a Hanby total petroleum hydrocarbon colorimetric field screening kit, a photoionization detector (PID), or both, supplemented by visual and olfactory observations of the soil. These tests are designed to identify the presence of petroleum-impacted material (the Hanby TPH field screening kit) or volatile organic compounds (the PID) in the excavated soil. According to reports received by NPS from Clark, none of these tests indicated the presence of petroleum or VOCs in the excavated soil leaving the White House grounds.

7. Second, NPS's contractor, Jacobs Engineering Group, Inc. ("Jacobs"), collected baseline soil samples near the stockpile location, samples from the haul road, and soil samples of the imported material at East Potomac Park and sent those samples to an independent laboratory to be analyzed for a broad suite of contaminants, including volatile organic compounds, semi-volatile organic compounds, polychlorinated biphenyls, pesticides, herbicides, total petroleum hydrocarbons, asbestos, and priority pollutant metals. The process by which NPS selected these contaminants is described in my previous declaration.

8. Asbestos has not been detected in any of the samples analyzed to date.

9. The testing data received to date, along with an October 24, 2025, technical memorandum, are posted online on the NPS's Planning, Environment and Public Comment (PEPC) webpage for this project:
https://parkplanning.nps.gov/documentsList.cfm?projectID=133318.

10. Approximately 30,000 cubic yards of soil have been excavated from the borrow location on the White House grounds and delivered to the temporary stockpile. Because the soil was highly compacted prior to excavation, the total volume of uncompacted soil delivered to East Potomac Park is approximately 37,000 cubic yards. The temporary stockpile has been graded and seeded with grass to stabilize it and prevent erosion.

11. On April 23, 2026, Jacobs collected 14 additional samples from the surface of the graded stockpile. These samples will provide additional data about the soil located at the surface of the stockpile, which is the part of the stockpile that people and ecological receptors are most likely to encounter. The NPS has not yet received the data associated with these samples.

12. Once NPS has received the data associated with these additional samples collected from the surface of the stockpile, it will prepare a report summarizing all the data collected and evaluating whether any further investigation is necessary. The final report will include a site-specific risk assessment evaluating risks to people and ecological receptors using

realistic exposure assumptions based on the current and reasonably anticipated future use of the site. The NPS plans to post the data associated with the additional samples, and the final report, online on the PEPC project page for this project.

13. Because the NPS does not yet have the data associated with the final samples, Jacobs is preparing an interim report that analyzes the data currently available. The interim report will also be available online on the PEPC project page for this project.

14. Based on the results of the NPS's monitoring and activities to date, as described above, this soil is suitable for beneficial reuse at a recreational site like East Potomac Park.

Pursuant to 28 U.S.C. § 1746, I hereby certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on April 30, 2026.

_____

Jennifer T. Nersesian