ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Michael Robertson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3835
Michael.Robertson@usdoj.gov

*Attorneys for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of the Interior, *et al.*, <br><br> Defendants. | No. 1:26-cv-00477 |

**SUPPLEMENTAL DECLARATION OF JESSICA BOWRON, COMPTROLLER OF THE NATIONAL PARK SERVICE, EXERCISING THE DELEGATED AUTHORITY OF THE DIRECTOR OF THE NATIONAL PARK SERVICE**

I, Jessica Bowron, declare as follows:

1. I am the Comptroller for the National Park Service ("NPS") and am exercising the delegated authority of the Director of the NPS pursuant to a January 20, 2025, delegation of that authority from the Acting Secretary of the Interior, and subsequent extensions of that authority by the Secretary of the Interior. I have been employed by NPS since 2007 and have served as NPS Comptroller since 2017.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. This declaration supplements and updates my March 6, 2026, declaration filed in this matter. As explained in my previous declaration, in my current position I oversee the management and operation of all units within the National Park System nationwide, as well as all NPS programs, NPS directorates, and NPS regional offices.

4. In my previous declaration I explained that I became aware of a conceptual proposal called the "Washington National Golf Project" and/or the "America 250 Golf Project" in September 2025. This idea contemplated that the President and the Secretary of the Interior, as the Ex-Officio Director of the National Park Foundation, would raise as much as $150 million in charitable contributions to renovate the Rock Creek, Langston, and East Potomac Park golf courses and facilities in collaboration with National Links Trust ("NLT") in celebration of America's 250th anniversary.  In late October 2025, I was informed by Department of the Interior ("DOI" or "Department") officials that negotiations with NLT regarding the proposed "Washington National Golf Project" and/or "America 250 golf project" were not progressing toward a formal agreement.

5. The management of the East Potomac Golf Course is unchanged from the situation described in my previous declaration. NLT, through its management company, Troon Golf, LLC, continues to operate all three NPS golf courses in the District of Columbia on a temporary "holdover" basis, while Department leadership considers future plans for the management of the three golf courses, including East Potomac Golf Course.

6. As explained in my previous declaration, I have been aware that Department officials were actively considering ideas to renovate the three NPS-owned golf courses in the District of

Columbia, including East Potomac Golf Course, but several interim steps have yet to occur before a formal decision can be made to go forward with any specific renovation and before the NPS authorizes any associated construction activities.

7. Pathways under consideration included NPS entering into a new long-term lease for one or more of the NPS golf courses in the District, or NPS funding and contracting for the work itself for one or more courses.

8. Recently, I received guidance from the Secretary that the NPS should pursue managing and executing a renovation of the East Potomac Golf Course itself under its own authority. Thus, the NPS would contract for the renovation and restoration of the East Potomac Golf Course under its authority.

9. As an initial step towards such renovation, the NPS would need to procure design services. Unless design services are donated to, and accepted by, the NPS pursuant to its donation acceptance authority, the NPS would need to procure such services consistent with the Federal Acquisition Regulations and any other applicable laws and regulations.

10. To initiate the procurement process, the NPS would issue a solicitation for a contract. After evaluation, the NPS would select a bid and enter into a contract that includes design services. If design services are donated to the NPS, the NPS would need to comply with the Federal Acquisition Regulations with respect to the solicitation, evaluation, and selection of a contractor prior to entering into a contract for construction services.

11. During the design process, the NPS would initiate the requisite compliance processes. This would include full compliance with the National Environmental Policy Act ("NEPA"), Section 106 National Historic Preservation Act ("NHPA"), Section 7 of the Endangered Species Act ("ESA"), the NPS Organic Act of 1916 ("Organic Act"), and any other

applicable laws and regulations. The design process would inform the appropriate pathways for such compliance. The steps for completing these processes are outlined in my previous declaration.

12. Depending on the outcome of the design process, and nature and scope of any of the renovations, the requisite compliance process could also include review and approval by the National Capital Planning Commission ("NCPC"), and the U.S. Commission on Fine Arts ("CFA"). The steps for completing these processes are outlined in my previous declaration.

13. Plans for renovating the East Potomac Golf Course remain in the conceptual stage. No contract solicitation has been issued related to the potential renovation of the East Potomac Golf Course. Though the NPS has received guidance regarding the pathway to pursue future renovation of the Golf Course, no formal decision has been made regarding the nature and scope of any renovations. The NPS would complete its compliance in accordance with all applicable laws and regulations prior to authorizing construction activities at the East Potomac Golf Course.

14. Prior to a proposed renovation of the East Potomac Golf Course, the NPS may take actions to address outstanding deferred maintenance and repair issues at the Golf Course, subject to available funding. Deferred maintenance and repair would not include major changes to the golf course, such as course redesign and renovation, but could include smaller projects to address deteriorating conditions and facilities. The NPS complies with all applicable laws and regulations with respect to all deferred maintenance and repair projects and will do so for any and all deferred maintenance and repair projects to be completed at the East Potomac Golf Course.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 30, 2026.

_____

Jessica Bowron