# DC Preservation League v DOI Administrative Record Index

| Document Number | Bates Numbers | Document Name | Document Description | Date Year | Month | Day | Author |
|---|---|---|---|---|---|---|---|
| 1 | 0001 | 001_Undated_DieselSpillLocation | Map of White House Grounds showing diesel spill location | -- | -- | -- | |
| 2 | 0002 | 002_20251010_Email_External_EAPO_Fill_Att | Map showing EPP Golf Course Disposal Area 1 Concept, attached to email at pages 1631-1632 | 2025 | 10 | 10 | NPS (Stachowicz) |
| 3 | 0003-0006 | 003_Undated_MDE_CleanImportedFillMaterialFactSheet | Facts about Clean Imported Fill Material | -- | -- | -- | |
| 4 | 0007-0186 | 004_20060000_NPS_Management_Policies | Management Policies: The Guide to Managing the National Park System | 2006 | -- | -- | National Park Service (NPS) |
| 5 | 0187-0214 | 005_20081114_NationwideProgrammaticAgreement | Programmatic Agreement Among the National Park Service, The Advisory Council on Historic Preservations, and the National Conference of State Historic Preservation Officers for Compliance with Section 106 of the National Historic Preservation Act | 2008 | 11 | 14 | NPS |
| 6 | 0215-0318 | 006_20150000_NPS_NEPA_Handbook | National Park Service NEPA Handbook | 2015 | -- | -- | NPS |
| 7 | 0319-0381 | 007_20150811_DewberryReport | Report for the Phased Rehabilitation Plan for Historic Washington Seawall Task Five - Initial Rehabilitation Plan | 2015 | 08 | 11 | Dewberry & Davis LLC |
| 8 | 0382-0703 | 008_20170700_CulturalLandscapeInventory | East Potomac Golf Course: National Mall & Memorial Parks East Potomac Park Cultural Landscapes Inventory | 2017 | 07 | -- | University of Pennsylvania |
| 9 | 0704-0797 | 009_20170800_MDE_DredgedMaterialGuidanceDocument | Innovative Reuse and Beneficial Use of Dredged Material Guidance Document | 2017 | 08 | -- | Maryland Department of the Environment, Department of Transportation, Maryland Port Authority |
| 10 | 0798-1097 | 010_20190600_CulturalLandscapeReport | Cultural Landscape Report: National Park Service Golf Courses in the District of Columbia, East Potomac Park, Langston, and Rock Creek: Treatment Guidelines | 2019 | 06 | -- | NPS |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | 1098-1143 | 011_20200930_NLT_Lease | Lease Between US Department of Interior National Park Service and National Links Trust, a District of Columbia nonprofit corporation For the Premises known as East Potomac Golf Course, Rock Creek Golf Course and Langston Golf Course | 2020 | 09 | 30 | NPS, National Links Trust |
| 12 | 1144-1152 | 012_20220300_MDE_FillMaterialAndSoilManagementFactSheet | Fill Material and Soil Management in Maryland: What You Need to Know | 2022 | 03 | -- | Maryland Department of the Environment |
| 13 | 1153-1157 | 013_20250400_NPS_NID_Guidance | Guidance for Non-Impairment Determinations and the NPS NEPA Process | 2025 | 04 | -- | NPS |
| 14 | 1158-1275 | 014_20250500_NPS_ProtocolForSelectionAndUseOfESVs | NPS Protocol for the Selection and Use of Ecological Screening Values for Non-Radiological Analytes | 2025 | 05 | -- | NPS |
| 15 | 1276-1301 | 015_20250630_DOI_NEPA_Handbook | 516 DM 1 – U.S. Department of the Interior Handbook of National Environmental Policy Act Implementing Procedures | 2025 | 06 | 30 | Department of the Interior (DOI) |
| 16 | 1302-1306 | 016_20250630_DOI_NEPA_Appendix1 | DOI Handbook of NEPA Procedures Appendix 1: Actions Normally Requiring an Environmental Assessment or Environmental Impact Statement | 2025 | 06 | 30 | DOI |
| 17 | 1307-1377 | 017_20250630_DOI_NEPA_Appendix2 | DOI Handbook of NEPA Procedures Appendix 2: Bureau Categorical Exclusions | 2025 | 06 | 30 | DOI |
| 18 | 1378-1399 | 018_20250630_DOI_NEPA_Appendix3 | DOI Handbook of NEPA Procedures Appendix 3: Implementation Guidance to Bureaus | 2025 | 06 | 30 | DOI |
| 19 | 1400-1616 | 019_20250925_JacobsEngineeringTechnicalSupportContract | Jacobs Engineering Technical Support Contract | 2025 | 09 | 25 | NPS |
| 20 | 1617-1628 | 020_20250925_JacobsEngineeringTechnicalSupportContract_Attachment1_SOW | Jacobs Engineering Technical Support Contract - Attachment 1 - Statement of Work | 2025 | 09 | 25 | NPS |
| 21 | 1629-1630 | 021_20250925_JacobsEngineeringTechnicalSupportContract_Attachment2_Clarifications | Jacobs Engineering Technical Support Contract - Attachment 2 - Clarifications | 2025 | 09 | 25 | NPS |
| 22 | 1631-1632 | 022_20251010_Email_External_EAPO_Fill | Email exchange: "EAPO Fill" | 2025 | 10 | 10 | NPS (Stachowicz), McMartin |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 23 | 1633-1638 | 023_20251013_Email_External_12thHoleDumpingArea | Email exchange: "12th hole dumping area" | 2025 | 10 | 13 | NPS (Stachowicz), Zurybida, McMartin |
| 24 | 1639-1643 | 024_20251015_Email_External_EAPO_FillAreaWithApproxTruckRouteIn | Email exchange: "EAPO Fill Area with approximate truck route in" | 2025 | 10 | 15 | NPS (Stachowicz), Zurybida |
| 25 | 1644-1645 | 025_20251016_Email_EAPO_DirtPileMeeting | Emails exchange: "EAPO Dirt Pile Meeting" | 2025 | 10 | 16 | NPS (Stachowicz) |
| 26 | 1646-1650 | 026_20251016_NHPA_Assessment | Assessment of Actions Having an Effect on Historic Properties | 2025 | 10 | 16 | NPS |
| 27 | 1651-1663 | 027_20251016_ESA_Determination | Endangered Species Act Determination, Record of project representative's no effect determination for 'East Potomac Soils' | 2025 | 10 | 16 | US Fish and Wildlife Service (USFWS) |
| 28 | 1664-1671 | 028_20251016_SpeciesList | List of threatened and endangered species that may occur in your proposed project location or may be affected by your proposed project | 2025 | 10 | 16 | USFWS |
| 29 | 1672-1674 | 029_20251016_CatEx_EWM_SoilFill_Number133318 | Categorical Exclusion (CE) Documentation Form for Project EWM-Soil/Fill, PEPC Project Number: 133318 | 2025 | 10 | 16 | NPS |
| 30 | 1675 | 030_20251012_Email_External_12thHoleDumpingArea_Att | Map showing EPP Golf Course irrigation locations, attached to email at pages 1633-1638 | 2025 | 10 | 12 | Zurybida |
| 31 | 1676 | 031_20251015_Email_External_EAPO_FillAreaWithApproxTruckRouteIn_Att | Map showing EPP Golf Course irrigation locations, attached to email at pages 1639-1643 | 2025 | 10 | 15 | Zurybida |