

NAMA 0001