

FIGURE 1 — EPP GOLF COURSE DISPOSAL AREA 1    **CONCEPT**

EPP GOLF COURSE SOUTHERNMOST PARKING LOT

OFT CONTOUR — EX GRADE. APPROX 91,000 SF

9FT CONTOUR. (9 FT ABOVE EX). APPROX 40,650 SF

14FT CONTOUR. (14 FT ABOVE EX). APPROX 22,170 SF

OHIO DRIVE

NAMA 0002