

# DOI Handbook of NEPA Procedures
# Appendix 1

# Actions Normally Requiring an Environmental Assessment or Environmental Impact Statement

U.S. Department of the Interior
June 2025

The following pages include a general list of classes of actions that normally require an Environmental Assessment (EA) or Environmental Impact Statement (EIS), by bureau, in the Department of the Interior (Department).[1] Non-substantive formatting, such as numbering, in this Appendix currently reflects bureau information in Department Manual chapters in effect as of publication (DM) NEPA and may change periodically without reissuance of this Handbook.

## Contents

Office of Insular Affairs .................................................................................................................. 2

Office of Native Hawaiian Relations ............................................................................................. 2

U.S. Fish and Wildlife Service ...................................................................................................... 2

U.S. Geological Survey .................................................................................................................. 3

Bureau of Indian Affairs ................................................................................................................ 3

Bureau of Land Management .......................................................................................................... 4

National Park Service ..................................................................................................................... 4

Office of Surface Mining Reclamation and Enforcement .............................................................. 4

Bureau of Reclamation ................................................................................................................... 5

Bureau of Ocean Energy Management ........................................................................................... 5

---

[1] Where no EA or EIS is identified for a bureau, no actions normally requiring that NEPA process has been identified.

NAMA 1302

## Office of Insular Affairs

*6.6 Actions Normally Requiring an EIS.*

A.  Proposal(s) to dredge and construct a new harbor in undisturbed waters.

*6.7 Actions Normally Requiring an EA.*

A.      Proposal(s) to build a landfill in an undisturbed area.

B.      A dredging project that would increase water depth to greater than previously dredged or natural depths.

## Office of Native Hawaiian Relations

*7.4 Actions Normally requiring an EA or EIS.*

A. The following actions require preparation of an EA:

Land exchanges requiring the Secretary's approval.

B. The following actions normally require the preparation of an EIS:

(1) Proposed water development projects which would inundate more than 1,000

acres of land, or store more than 30,000 acre-feet of water, or irrigate more than 5,000 acres of undeveloped land.

(2) Construction of a treatment, storage or disposal facility for hazardous waste or

toxic substances.

(3) Construction of a solid waste facility.

## U.S. Fish and Wildlife Service

*8.6 Actions Normally Requiring an EA.*

A. Proposals to establish most new refuges and fish hatcheries; and most additions and rehabilitations to existing installations.

B. Endangered Species Act Section 10(a)(1)(B) permitting actions whereby the Service Categorical Exclusion 8.5(C)(2) do not apply and reasonably foreseeable effects are insignificant.

2

*8.7 Major Actions Normally Requiring an EIS.*

The following Service proposals, when determined to be a major Federal action significantly affecting the quality of the human environment, will normally require the preparation of an EIS.

Major proposals establishing new refuge system units, fish hatcheries, or major additions to existing installations, which involve substantive conflicts over existing State and local land use or the remediation of major on-site sources of contamination.

## U.S. Geological Survey

*9.4 Actions Normally Requiring an EIS.*

Approval of construction of major new USGS research centers or test facilities normally will require the preparation of an EIS.

## Bureau of Indian Affairs

*10.4 Major Actions Normally Requiring an EIS.*

A. The following BIA actions normally require the preparation of an Environmental Impact Statement (EIS):
(1) Proposed mining contracts (for other than oil and gas), or the combination of a number of smaller contracts comprising a mining unit for:
(a) New mines of 640 acres or more, other than surface coal mines.
(b) New surface coal mines of 1,280 acres or more, or having an annual full production level of 5 million tons or more.
(2) Proposed water development projects which would, for example, inundate more than 1,000 acres, or store more than 30,000 acre-feet, or irrigate more than 5,000 acres of undeveloped land.
(3) Construction of a treatment, storage or disposal facility for hazardous waste or toxic substances.
(4) Construction of a solid waste facility for commercial purposes.

NAMA 1304

## Bureau of Land Management

***11.7    Actions Requiring an Environmental Assessment (EA).***
An amendment to a land use plan when a finding of no significant impact can be reached (43 CFR 1610.5-5).

***11.8 Major Actions Requiring an EIS.***

A new land use plan (43 CFR 1601.0-6) or revision of an existing land use plan (43 CFR 1610.5-6) or amendment of a land use plan when a finding of no significant impact cannot be reached (43 CFR 1610.5-5).

## National Park Service

***12.4 Actions Normally Requiring an EA.***

1.  In certain instances when bicycle use is authorized (36 CFR 4.30); and
2.  When authorizing gathering of plants or plant parts by federally recognized Indian tribes (36 CFR 2.6).

## Office of Surface Mining Reclamation and Enforcement

***13.4    Major Actions Normally Requiring an EIS.***

(1) Approval of the Abandoned Mine Lands Reclamation Program, (SMCRA, Title IV). Completed in March 1980.

(2) Promulgation of the permanent regulatory program for surface coal mining and reclamation operations (SMCRA, Title V). Completed in February 1979.

(3) Approval of a proposed mining and reclamation plan that includes any of the following:

(a) Mountaintop removal operations.

(b) Mining within high use recreation areas.

(c) Mining that will cause population increases that exceed the community's ability to absorb the growth.

(d) Mining that would require a major change in existing coal transportation facilities.

(4) Approval of a proposed mining and reclamation plan for a surface mining operation that meets the following:

(a) The environmental impacts of the proposed mining operation are not adequately

NAMA 1305

analyzed in an earlier environmental document covering the specific leases or mining activity; and

(b) The area to be mined is 1280 acres or more, or the annual full production level is 5 million tons or more; and

(c) Mining and reclamation operations will occur for 15 years or more.

# Bureau of Reclamation

**14.4 Major Actions Normally Requiring an EIS or Actions Normally Requiring and EA.**

None.

# Bureau of Ocean Energy Management and Bureau of Safety and Environmental Enforcement

**15.4 Major Actions Normally Requiring an EIS.**

(1) Approval of offshore oil and gas lease sales.

(2) Approval of an offshore oil and gas development and production plan in any area or region of the offshore, other than the central or western Gulf of America, when the plan is declared to be a major Federal action in accordance with section 25(e)(1) of the Outer Continental Shelf Lands Act Amendments of 1978.

(3) Approval of a construction and operations plan for the development of renewable energy on the Outer Continental Shelf from sources other than oil and gas.

(4) Approval of plans and permits in frontier areas or associated with implementation of new programs or technologies.

NAMA 1306