*Contaminated Sites Technical Support*                    *Environmental Cleanup and Compliance Branch*

Attachment 2: Clarifications

1. Do the MAS labor categories need to match those that were submitted with the original BPA proposal, or is there flexibility to use other MAS labor categories that still align with Key Personnel Qualifications established in the original BPA solicitation?
   a. The quote may include any labor categories in the MAS contract; use Form 1 to crosswalk the logical categories and refer to #8 in the Quote Preparation Instructions.

2. The SOW specifies that the contractor should assume that two-in person meetings will occur under Option Period 1 and Option Period 2. The RFQ Form 1 does not include lines for ODCs, should ODC travel costs be included with the quote? Is there a specific location that should be assumed where the meetings will occur?
   a. As noted in the Price paragraph of the Basis for Selection in the RFQ, "The cost of materials (as defined in FAR 16.601) will not contribute to the award decision."

3. Are the degree requirements ("Master's degree in biological sciences or toxicology") for the HHRA and ERA positions listed on Form #2 correct?  These degrees are not listed in the SOW Staffing Requirements sections 4.7 and 4.8.
   a. The requirements in the SOW govern; Form 2 is wrong.  Please delete the two rows from Form 2 before including it in the quote.

4. FAR clause 52.232-7 Payments under Time-and-Materials and Labor-Hour Contracts (NOV 2021) is added to the solicitation and order.

5. The anticipated levels of effort in the base period, Option Period 1, and Option Period 2 are revised so that there are more hours in the base period and fewer in the options, as shown in Form 1 (rev).  The level of engagement in SOW Section 3 is revised to:

   - Base Period lasts approximately 60 days.

        o Assigned two (2) documents to review and provide response.

        o Support one (1) Department of the Interior Office of Environmental Policy & Compliance Internal Controls Review (DOI OEPC ICR) audit, with site visit, at Wrangell-St. Elias National Park & Preserve.

        o Provide technical review of third-party Removal Action and associated execution of SAP, with site visit, at Cape Hatteras National Seashore.

        o Provide technical review and comment of third-party Draft EE/CA for George Rogers Clark National Historic Park.

NAMA 1629

*Contaminated Sites Technical Support*                    *Environmental Cleanup and Compliance Branch*

- o   Provide technical review of risk assessment comments and response related to Richmond National Battlefield Park.

- Option Period 1 will be 365 days.

    - o   Provide support on three (3) DOI OEPC ICR audits of NPS CHF funded projects per ECM requirements.

    - o   Prepare for and attend one (1) in-person meeting.

- Option Period 2 will be 365 days.

    - o   Provide support on three (3) DOI OEPC ICR audits of NPS CHF funded projects per ECM requirements.

    - o   Prepare for and attend one (1) in-person meeting.

- Optional period(s) under FAR clause 52.217-8 may occur immediately after any period; the duration will be established when exercised.

NAMA 1630