| | |
|---|---|
| **From:** | Stachowicz, Michael W |
| **To:** | Michael McCartin |
| **Cc:** | William Smith |
| **Subject:** | RE: [EXTERNAL] Re: EAPO Fill |
| **Date:** | Friday, October 10, 2025 3:05:00 PM |
| **Attachments:** | image001.png |

The shape can be changed.  This is just us working off of what you all worked out with Doff. The flat top runs along the cart path, that is the only reason it is flat.  You can change the shape as long as it is in the general area.  From the view of the DOI, this is extremely temporary and they will not be paying for moving any soil after an initial dropping it off.  Doff was very clear on this when I floated the idea of utilizing this in other areas of the golf course like 12.  I could make the case that the golf course may want to take some fill to other areas of the golf course, but that would be at NLT's expense I believe. That said, if there are areas that are accessible and you can present a plan for it, I can try to get it incorporated in the plan and see if I can get that delivered at the contractor's expense.

Note- we think there will be a lot of rock coming out of this dig (bedrock in places it at 3' depth).  We will want to stage this to be able to sort and use the material accordingly.  That is what worries me a bit about having random truck loads delivered to parts of the course, the inability to sort ahead of time.

The NPS is doing compliance on this so anything (within reason) the golf course does with this fill needs to be a part of that compliance plan.

Let me know if you want to jump on a call and discuss.  This project is moving fast so we need to get your ideas into the final plan by early next week.

Michael

---

**From:** Michael McCartin <michaelmccartin@gmail.com>
**Sent:** Friday, October 10, 2025 2:42 PM
**To:** Stachowicz, Michael W <Michael_Stachowicz@nps.gov>
**Cc:** William Smith <will@outpostclub.com>
**Subject:** [EXTERNAL] Re: EAPO Fill

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

NAMA 1631

Can we adjust as long as it's in the same footprint? Doesn't make sense to me to have a flat top. Would be good if we are allowed to do final grading - is that possible? Would be even better if we could first add the fill on hole 12 as discussed until we have enough to make an interesting feature over there (for the interim time between getting the fill and starting the golf course work at EP) and then add the rest in this location at the practice holes. Thoughts?

On Fri, Oct 10, 2025 at 11:50 AM Stachowicz, Michael W <Michael_Stachowicz@nps.gov> wrote:

> Here is what our folks came up with.  Obviously, this is only the starting point for what belongs on the golf course.



**Michael Stachowicz**

Associate Regional Director Administration and Business Services (A)
Chief of Commercial Services (A)
Project Manager Golf Course Lease
National Park Service | National Capital Region
1100 Ohio Drive SW | Washington, DC 20242

(202) 579-2049

NAMA 1632