| From: | Stachowicz, Michael W |
|---|---|
| To: | Timothy Zurybida; Mike McCartin |
| Subject: | Re: [EXTERNAL] Re: 12th hole dumping area |
| Date: | Monday, October 13, 2025 11:01:58 AM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |

Tim, we will be at EAPO with some other NPS folks at noon tomorrow.

Mike-I don't know if you want to to send anyone else.

Get Outlook for iOS

**From:** Timothy Zurybida <timothy.zurybida@playdcgolf.com>
**Sent:** Sunday, October 12, 2025 12:40 PM
**To:** Stachowicz, Michael W <Michael_Stachowicz@nps.gov>
**Subject:** Re: [EXTERNAL] Re: 12th hole dumping area

Guys,

The proposed area on 12 is fine. The red course was not going to work because one of the main lines of the irrigation system ran right underneath the proposed area. The attached photo is a rough indicator of where we have irrigation. The spot on 12 should work fine. We also have between 4/5/9 on red as a possibility.

Timothy Zurybida
Director of Agronomy
Troon/National Links Trust
(215) 740-6377
timothy.zurybida@playdcgolf.com

**From:** Stachowicz, Michael W <Michael_Stachowicz@nps.gov>
**Sent:** Sunday, October 12, 2025 12:28:21 PM
**To:** Timothy Zurybida <Timothy.zurybida@playdcgolf.com>
**Subject:** FW: [EXTERNAL] Re: 12th hole dumping area

Irrigation Impacts?

**From:** Stachowicz, Michael W
**Sent:** Sunday, October 12, 2025 12:10 PM
**To:** Michael McCartin <michaelmccartin@gmail.com>
**Subject:** RE: [EXTERNAL] Re: 12th hole dumping area

NAMA 1633



NAMA 1634



60,780.13 ft²

**From:** Michael McCartin <michaelmccartin@gmail.com>
**Sent:** Sunday, October 12, 2025 12:02 PM
**To:** Stachowicz, Michael W <Michael_Stachowicz@nps.gov>
**Subject:** [EXTERNAL] Re: 12th hole dumping area

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

NAMA 1635

Was thinking to concentrate the fill within the two red circles shown here. Don't know if going all the way down the right side of the hole to the green is viable because there are some drainage areas closer to the green on that side.

On Oct 12, 2025, at 9:53 AM, Stachowicz, Michael W <Michael_Stachowicz@nps.gov> wrote:

NAMA 1636



Sent from my iPhone

Mike- Is this what you are thinking?

<image001.png>

Mike/Tim those trees are all willows I think, any heartburn about removing them?

NAMA 1637

&lt;image002.png&gt;

NAMA 1638