| From: | Stachowicz, Michael W |
|---|---|
| **To:** | Timothy Zurybida; Nersesian, Jen T; Mendelson, Lisa |
| **Cc:** | Copenhaver, Dan; Rudley, Moss; Mike McCartin |
| **Subject:** | RE: [EXTERNAL] Re: EAPO Fill Area with approximate truck route in |
| **Date:** | Wednesday, October 15, 2025 8:54:00 AM |
| **Attachments:** | image001.png |
| | image003.png |
| | image004.png |
| | image002.png |

Thanks for the note, here it is adjusted:



NLT will be essential for field verification and in determining the actual limits of disturbance.

**From:** Timothy Zurybida <timothy.zurybida@playdcgolf.com>
**Sent:** Wednesday, October 15, 2025 8:45 AM
**To:** Stachowicz, Michael W <Michael_Stachowicz@nps.gov>; Nersesian, Jen T <Jen_Nersesian@nps.gov>; Mendelson, Lisa <Lisa_Mendelson-Ielmini@nps.gov>
**Cc:** Copenhaver, Dan <Daniel_Copenhaver@nps.gov>; Rudley, Moss <Moss_Rudley@nps.gov>; Mike McCartin <michaelmccartin@gmail.com>

NAMA 1639

**Subject:** [EXTERNAL] Re: EAPO Fill Area with approximate truck route in

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Guys,

We need to be a little careful of the NW corner of the proposed area. We have irrigation that runs along the western most half. I have attached a photo that gives a rough idea of where the line runs.

Best,

Timothy Zurybida
Director of Agronomy
Troon/National Links Trust
(215) 740-6377
timothy.zurybida@playdcgolf.com

**From:** Stachowicz, Michael W <Michael_Stachowicz@nps.gov>
**Sent:** Wednesday, October 15, 2025 8:09:27 AM
**To:** Nersesian, Jen T <Jen_Nersesian@nps.gov>; Mendelson, Lisa <Lisa_Mendelson-Ielmini@nps.gov>
**Cc:** Copenhaver, Dan <Daniel_Copenhaver@nps.gov>; Rudley, Moss <Moss_Rudley@nps.gov>; Mike McCartin <michaelmccartin@gmail.com>; Timothy Zurybida <Timothy.zurybida@playdcgolf.com>
**Subject:** EAPO Fill Area with approximate truck route in

Below is the area proposed and the truck route in off of Buckeye Drive.  I have also added a screenshot of irrigation infrastructure to be protected.  As I understand the steps to be done by Clark Construction:

- Remove section of fence
- Create Road through the use of filter fabric, CR6/Gravel, and Timber Mats
    - Consideration- pedestrians and cyclists
- Existing topsoil of the placement area to be piled to the sides for later use to cover the placed fill.
    - Topsoil depth determined in the field.
    - Hains Point base fill (from its construction) to remain in place.
    - 2 to 3 long piles of topsoil created along the edges of the work area.
- EWM Fill to be piled in the middle of the area.
    - It will be pushed up by bulldozer or excavator and will likely be quite high.
- CR6/Gravel Road Material to be removed
    - NLT can utilize this to repair EAPO's cart paths, create parking area for maintenance equipment (verify this and discuss logistics)

NAMA 1640

Remove filter fabric
- Replace Fence
- Remove Timber Mats

NPS will (after government reopens):
- HPTC Training will source the necessary equipment to:
  - Distribute the fill on site.
  - Shape fill to NLT's specifications
  - Evenly distribute topsoil over the fill.
    - Topsoil conditions may necessitate the use of a screener before placement
  - Prep area for seeding
    - Determine need for Rock Hound Landscape Rake, York Rake, Float
  - Seeding
    - NLT specified seed with NPS consultation
    - Depending on seed type, soil conditions, erosion control needs seeding operation done with Brillion type seeder or hydroseeder with wood fiber matrix mulch.
    - Seeding to occur before April 1 (dormant seeding would be allowed) but no later that May 1.
  - After care
    - Supplemental irrigation
      - This may prove to be difficult logistically (it is a large area with limited hose connections) so this would tilt us in the direction of hydroseed or covercrop.

NAMA 1641



104,820.64 ft²

NAMA 1642



Let me know what I missed and got wrong.

Michael



**Michael Stachowicz**

Associate Regional Director Administration and Business Services (A)
Chief of Commercial Services (A)
Project Manager Golf Course Lease
National Park Service | National Capital Region
1100 Ohio Drive SW | Washington, DC 20242

(202) 579-2049