| | |
|---|---|
| **From:** | Stachowicz, Michael W |
| **To:** | Mike McCartin; will@outpostclub.com; Timothy Zurybida; Tim Krebs |
| **Subject:** | FW: EAPO Dirt Pile Meeting |
| **Date:** | Thursday, October 16, 2025 7:01:00 PM |
| **Attachments:** | image001.png |

Gents-

Below you will see the butted notes from our on site meeting with Clark Construction about the disposal of fill from the East Wing Modernization project. It is not the final set of notes, I am waiting for a colleague to incorporate these into something else I will share and I am also waiting to get a plan from Clark as well.

Clark is planning on moving quickly on this and I we should expect to see a road and silt fence installation by Wednesday next week. There may be activity as early as tomorrow out there, which will more likely be silt fence installation. This is happening quickly and I don't really know when is happening when at this point.

I have highlighted in yellow items that are needed from the golf course.

Please let me know any questions or if I have not thought of anything.

Michael

**From:** Stachowicz, Michael W
**Sent:** Thursday, October 16, 2025 6:53 PM
**To:** Copenhaver, Dan <Daniel_Copenhaver@nps.gov>
**Subject:** EAPO Dirt Pile Meeting

Attendance: Beau and Cormac (Clark), Frank and Alfred (subs), Kevin, Jen, Mike, and Dan

Site Access:
- TourMobile- Use government vehicle parking area as the queue for the dump trucks
- 100 Trucks a day
- Steel Plates in Road to protect turning
- Build road over sidewalk
- Cut fence- gate not needed
- Cattle Grate- wash off area
- Golf Course to supply water hook up
- Lay down filter fabric and install gravel material for road
- Install steel plates over irrigation and drainage pipe

NAMA 1644

Stockpiling Material

- Super silt fence will be installed around work area
- Soil to be windrowed off to the edges of the site to be used to cover the fill when shaped into final form.
- Material will be sorted into soil, gravel, rock, and fill
- Clark will provide flaggers on the Buckeye Dr.
- Clark will provide crossing area to allow golfers, maintenance equipment, and golf carts from 5 green to 6 tee.
- Golf Course Staff will:
    - Mark irrigation lines Friday morning.
    - 9th tee will be moved up to limit for safety of equipment operators
    - Signs and rope will be installed directing golfers to the new tee location

End of the project-

- Gravel Road piled for use at the golf course
- Filter fabric removed
- Road prepped for sod and sodded
- Fence restored



## Michael Stachowicz

Associate Regional Director Administration and Business Services (A)
Chief of Commercial Services (A)
Project Manager Golf Course Lease
National Park Service | National Capital Region
1100 Ohio Drive SW | Washington, DC 20242

(202) 579-2049

NAMA 1645