

**National Park Service**
**U.S. Department of the Interior**

**National Capital Regional Office**
**Date: 10/16/2025**

# ASSESSMENT OF ACTIONS HAVING AN EFFECT ON HISTORIC PROPERTIES

## A. DESCRIPTION OF UNDERTAKING

**1. Park:** National Capital Regional Office

**2. Project Description:**

**Project Name:**  EWM-Soil/Fill
**Prepared by:**  Tammy Stidham      **Date Prepared:**  10/16/2025     **Telephone:**  202-619-7474
**PEPC Project Number:**  133318
**Locations:**

   **County, State:**  District of Columbia, DC

**Describe project:**

Excavation for the East Wing Modernization Project at the White House will yield approximately 30,000 cubic yards of soil. There is interest in using this soil at East Potomac Park where some level of infill is planned as part of improvements to be made by the Golf Course lessee.

**Area of potential effects (as defined in 36 CFR 800.16[d])**

East Potomac Park Golf Course - the area where the soil storage/ fill is being placed. Adjacent viewsheds and circulation routes affected by truck access, staging, or visual change. Any associated landscape features (paths, tree lines, seawalls, bridges, or roadways) that contribute to the East Potomac Park Historic District

**3. Has the area of potential effects been surveyed to identify historic properties?**

  **No**
 **Yes**

**4. Potentially Affected Resource(s):**

**Archeological Resources Present:** No

**Archeological Resources Notes:**   No archeological resources are known. Area is all fill (made-land).

**Historical Structures/Resources Present:** Yes

**Historical Structures/Resources Notes:**   1. East Potomac Park Historic District (NRIS #97001676) Listing: National Register of Historic Places, December 15 1997 Period of Significance: 1917-1945 Level of Significance: National

Significance: Major reclamation and landscape project by the U.S. Army Corps of Engineers using Potomac River dredge; a key example of early-20th-century park planning.

Contributing Features Within the APE: East Potomac Golf Course (18-, 9-, and miniature courses); 1930s WPA clubhouse and maintenance facilities; Ohio Drive SW and internal roads; seawalls and riprap shoreline; tree allees, lawns, and open spaces defining the designed landscape.

NAMA 1646

2. East Potomac Golf Course (Contributing Resource) Date: Established 1918; expanded 1920s-30s; current layout 1935-40.

Significance: Among the nations earliest public courses and first in the NPS system; embodies City Beautiful and Recreation Movement ideals; built on dredged fill and maintained as a designed landscape retaining its layout, circulation, grading, and vegetation integrity

Potential Effects: Fill placement may slightly alter contours, drainage, or vegetation, subtly affecting landscape character and spatial relationships. No adverse effect with mitigation.

3. Seawalls and Shoreline Structures (Contributing Resources) Date: 1917-1920 (U.S. Army Corps of Engineers)

Significance: Core component of the man-made island; exemplifies early 20th-century river engineering and defines the districts physical integrity and boundaries.

Potential Effects: No adverse effect.

4. Circulation System - Ohio Drive SW and Park Roads (Contributing Resources) Date: 1917-1930 alignment.

Significance: Formal approach and circulation pattern envisioned in the McMillan Plan; retains historic alignment, width, and relationship to the golf landscape and shoreline.

Potential Effects: Truck hauling may cause temporary vibration, compaction, or wear on historic surfaces; apply avoidance and monitoring to prevent adverse effects.

**Cultural Landscapes Present:** Yes

**Cultural Landscapes Notes:**   Within the golf course area, several landscape characteristics are recognized as contributing elements of the historic district, including:

Landform: The engineered island topography, including low terraces and mounded fairways;

Vegetation: Designed tree rows, shade tree groupings, and open turf expanses;

Spatial Organization: Relationships between fairways, greens, paths, and vistas toward the Potomac and Washington Channel;

Small-Scale Features: Benches, paths, and signage consistent with the historic park character.
Changes to grading or vegetation within these elements may affect the landscape integrity if not handled sensitively.

**Ethnographic Resources Present:** No

**5. The proposed action will: (check as many as apply)**

   No  Destroy, remove, or alter features/elements from a historic structure

   No  Replace historic features/elements in kind

   No  Add non-historic features/elements to a historic structure

   No  Alter or remove features/elements of a historic setting or environment (inc. terrain)

   No  Add non-historic features/elements (inc. visual, audible, or atmospheric) to a historic setting or cultural
        landscape

   No  Disturb, destroy, or make archeological resources inaccessible

   No  Disturb, destroy, or make ethnographic resources inaccessible>

<u>No</u> Potentially affect presently unidentified cultural resources

<u>No</u> Begin or contribute to deterioration of historic features, terrain, setting, landscape elements, or archeological or ethnographic resources

<u>No</u> Involve a real property transaction (exchange, sale, or lease of land or structures)

_____ Other (please specify): _____

**6. Supporting Study Data:**
**(Attach if feasible; if action is in a plan, EA or EIS, give name and project or page number.)**

**B. REVIEWS BY CULTURAL RESOURCE SPECIALISTS**

The park 106 coordinator requested review by the park's cultural resource specialist/advisors as indicated by check-off boxes or as follows:

**[ X ] 106 Advisor**
**Name:** Jason Theuer
**Date:** 10/16/2025
**Comments:** WHHO grounds are exempt from Section 106 Review. Placement of fill at East Potomac Golf Course is eligible for streamlined review since all historic property identification has been previously completed, the activity is generally consistent with routine grounds maintenance, the placement of fill will not significantly alter the design of the course (cultural landscape) and will result in No Adverse Effect to the historic property.

***Check if project does not involve ground disturbance* [    ]**
**Assessment of Effect:** ___No Potential to Cause Effect    ___No Historic Properties Affected    _X_ No Adverse Effect    ___Adverse Effect
**Recommendations for conditions or stipulations:**

**Doc Method:** Streamlined Review
**Activity:**
 5. Routine Grounds Maintenance

**No Reviews From**: Curator, Archeologist, Historical Architect, Historian, Other Advisor, Anthropologist, Historical Landscape Architect

**C. PARK SECTION 106 COORDINATOR'S REVIEW AND RECOMMENDATIONS**

**1. Assessment of Effect:**

_____    No Potential to Cause Effects

_____    No Historic Properties Affected

____X_____    No Adverse Effect

_____    Adverse Effect

**2. Documentation Method:**

**[    ] Standard 36 CFR Part 800 Consultation**
Further consultation under 36 CFR Part 800 is needed.

NAMA 1648

**[ X ] Streamlined Review Under the 2008 Servicewide Programmatic Agreement (PA)**
The above action meets all conditions for a streamlined review under section III of the 2008 Servicewide PA for Section 106 compliance.

**Applicable Activities:**

5. Routine Grounds Maintenance.

**[    ] Program Comment on Stewardship and Management of National Park Service Mission 66-Era Facilities (1945-1972)**
The above action meets all of the requirements of this Program Comment for Section 106 compliance and required documents have been uploaded.

**[    ] Undertaking Related to Park Specific or Another Agreement**
The proposed undertaking is covered for Section 106 purposes under another document such as a park, region or statewide agreement established in accord with 36 CFR 800.7 or 36 CFR 800.14.

**3. Consultation Information**

**SHPO Required:**
**SHPO Sent:**
**SHPO Received:**

**THPO Required:** No
**THPO Sent:**
**THPO Received:**

**SHPO/THPO Notes:**

    **Advisory Council Participating:** No
    **Advisory Council Notes:**
    **Additional Consulting Parties:** No

**4. Stipulations and Conditions:** Following are listed any stipulations or conditions necessary to ensure that the assessment of effect above is consistent with 36 CFR Part 800 criteria of effect or to avoid or reduce potential adverse effects.

**5. Mitigations/Treatment Measures:** Measures to prevent or minimize loss or impairment of historic/prehistoric properties: (Remember that setting, location, and use may be relevant.)

    No Assessment of Effect mitigations identified.

**6. Assessment of Effect Notes:**

**D. RECOMMENDED BY PARK SECTION 106 COORDINATOR:**

 **Compliance Specialist:**

**NHPA Specialist**  JASON THEUER  Digitally signed by JASON THEUER
Date: 2025.10.16 13:05:09 -04'00'
Jason Theuer                                                                                        **Date:**

**E. SUPERINTENDENT'S APPROVAL**

NAMA 1649

The proposed work conforms to the NPS *Management Policies* and *Cultural Resource Management Guideline*, and I have reviewed and approve the recommendations, stipulations, or conditions noted in Section C of this form.

**Superintendent:** _____  **Date:** _____
Signature

KEVIN GRIESS  Digitally signed by KEVIN GRIESS
Date: 2025.10.16 17:12:26 -04'00'

NAMA 1650