12:38 🏹                                    5G

Search here

Tee 3

Main Line 11 Blue

Main Line 13 Blue

Blue 12 Tee 5

Blue 12 Fairway 1

Blue 12 Fairway 2

Blue 12 Fairway 8

Blue 12 Fairway 11

Main Line 11 Blue

Blue 12 Fairway 13

Blue 12 Fairway 17

Blue 12 Green Middle Ri...

Ohio Dr SW

Blue 13 Tee

 Copy of East Potomac Irrigation

View map legend

NAMA 1675