8:41

5G

| Search here |

White 6 Tee 2

White

White 9 Tee 1

White 9 Tee 3

White 8 Gr

5 Green Back Left

White 8 Gr

Green Front Lef...

White Course 4 inch Mai...

White 5 Fairway 1

ch Mai...



Copy of East Potomac Irrigation

View map legend

NAMA 1676