

# THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION

## PLEDGE AGREEMENT



**The National Garden of American Heroes at West Potomac Park**



**The National Garden of American Heroes from the South**

THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION
WASHINGTON, D.C.
UNITED STATES OF AMERICA



**The National Garden of American Heroes and the Potomac River**



**East Potomac Park Reimagined**

**THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION**
**WASHINGTON, D.C.**
**UNITED STATES OF AMERICA**



**East Potomac Park with a Championship Golf Course**



**People Enjoying The National Garden of American Heroes**

**THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION**
**WASHINGTON, D.C.**
**UNITED STATES OF AMERICA**



**The Tidal Basin and the Monuments on the National Mall**



**The National Garden of American Heroes**

**THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION**
**WASHINGTON, D.C.**
**UNITED STATES OF AMERICA**



**An Aerial from Virginia**



**Looking Across the Garden to the Washington Monument**

THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION
WASHINGTON, D.C.
UNITED STATES OF AMERICA



**The National Mall**

THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION
WASHINGTON, D.C.
UNITED STATES OF AMERICA

# THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION

### PLEDGE AGREEMENT

## Mission & Purpose

The National Garden of American Heroes Foundation—established in 2026 in honor of the 250th anniversary of American independence—is a national nonprofit dedicated to the improvement, revitalization, and beautification of the National Mall and other public spaces around the Nation's capital. The Foundation's mission is to ensure that these historic landscapes stand as a powerful and enduring tribute to the ideals that shaped our Nation—freedom, patriotism, and American exceptionalism.

Through bold design, thoughtful restoration, and strategic partnerships, the Foundation advances projects that elevate the National Mall as both a civic gathering place and a national symbol. Its work focuses on enhancing public spaces, creating new experiences, and celebrating the legacy of America's founders and heroes in ways that are inspiring, timeless, and befitting the Nation's capital.

As the country approaches its 250th anniversary of its independence, The National Garden of American Heroes Foundation seeks to unite citizens, institutions, and leaders around a renewed vision for the National Mall—one that honors the past, strengthens national pride, and reaffirms America's promise of liberty for generations to come.

## Founding Projects

In 2026, The National Garden of American Heroes Foundation will launch two landmark initiatives that embody its mission to honor America's 250th anniversary through lasting national investment. The first is the development of The National Garden of American Heroes at West Potomac Park—a transformative project that will create a dignified, inspiring public space dedicated to the men and women who shaped the Nation's history. Through timeless design and thoughtful storytelling, the Garden will celebrate courage, innovation, and sacrifice while strengthening the National Mall as a living expression of freedom and patriotism.

At the same time, the Foundation will lead the comprehensive redevelopment and restoration of East Potomac Park Golf Course in the Nation's capital, reimagining it as a world-class public asset. This project will modernize facilities, improve environmental stewardship, and expand access for families, youth, and visitors from across the country. Together, these initiatives will elevate recreation and remembrance—restoring iconic landscapes and ensuring "the greatest game mankind has ever invented" forever thrives in America's capital city.

I/We, under the legal name of _____ (Donor), am/are pleased to offer a pledge of support the amount of $ _____ (Gift) for The National Garden of American Heroes Foundation.[1]

## Binding Agreement

This Gift pledge represents my/our binding commitment of payment to support the charitable purposes outlined herein. Any terms remaining upon my death shall transfer to my estate, subject to applicable laws.

## Contact Information

Name(s) _____

Address _____

City, State, Zip _____

Email _____ Phone _____

## Donor Representative (if applicable)

Name(s) _____

Role _____

Organization _____

Email _____ Phone _____

**For questions or additional details please contact:**

Meredith O'Rourke at 561-818-6064           or          Abby Mathis at 205-503-3226 or

Meredith@TheOroukeGrp.com                              Abby@TheOrourkeGrp.com

## Use of Gift

The gift will be used in support of The National Garden of American Heroes Foundation and its founding projects.

## Payment Schedule

---

[1] The Donor listed should be the actual intended donor, which may be, for example, an individual, a couple, a trust, a foundation, a donor advised fund, a retirement account, or a business entity. In some cases, a contribution by a third party, such as a private foundation or business entity, to satisfy a pledge made by an individual may result in adverse tax consequences for the actual donor or the individual who made the pledge. In other cases, a third party may be able to satisfy the pledge without adverse tax consequences. If a Donor wishes to have a third party satisfy its pledge, the Donor should consult with a tax advisor.

**THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION**
**WASHINGTON, D.C.**
**UNITED STATES OF AMERICA**

Donor will pay the pledge in full on or before (mm/dd/yyyy) _____. Please select whether Donor would like to receive an invoice prior to payment <u>Yes</u> or <u>No</u>.

## Recognition

The Donor is eligible for recognition associated with The National Garden of American Heroes Foundation. Recognition preferences:

> I/We wish to be recognized as below in donor lists of The National Garden of American Heroes Foundation.

> I/We prefer to be listed as "Anonymous" in all published lists.[2]

For recognition related to this agreement, the Donor will be recognized publicly as:

_____

Preferred Public Listing

## Tax Exempt Entity

The National Garden of American Heroes Foundation is seeking status as a 501(c)(3) tax-exempt, nonprofit organization, Tax ID# 41-4674063. If so approved, contributions will be tax-deductible to the extent allowed by law.

## Donor Signature

_____          _____
Name                              Date       Name                              Date

_____

---

[2] The National Garden of American Heroes Foundation will seek to retain the anonymity of anonymous contributors. The Foundation is required to disclose donors to the Internal Revenue Service and may be required to disclose donors to states under applicable state laws. Though it will use best efforts, the Foundation cannot guarantee that recipients of the name of donors will keep them anonymous even if they are required to do so by applicable law.

**THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION**
**WASHINGTON, D.C.**
**UNITED STATES OF AMERICA**

# CONTRIBUTION INSTRUCTIONS

**Questions should be directed to Meredith O'Rourke at meredith@TheOrourkeGrp.com and Abby Mathis at abby@TheOrourkeGrp.com.**

## Check or Money Order

**Please send check or money order to payable to:**

Chain Bridge Bank, N.A.

100 Cummings Center Suite 306-P

Beverly, Massachusetts 01915

**Note**: To ensure the account is properly credited, please include within the mailing the following: "The National Garden of American Heroes Foundation, account number ███████"

## ACH/Wire Transfer

**Please send notice of transfer with the following information:**

Donor or Company Name:_____

Financial Institutions Sending Wire:_____

Approximate Date of Transfer:_____    Amount:_____

**Wire Instructions:**

**Domestic Wire Instructions to Chain Bridge Bank, N.A.**

Chain Bridge Bank, N.A.

1445-A Laughlin Ave

McLean, Virginia 22101

ABA routing number: ███████

Account number: ███████

Beneficiary: The National Garden of American Heroes

**International Wire Instructions to Chain Bridge Bank, N.A.**

Intermediary Bank (Intermediary Agent):    Pacific Coast Bankers' Bank (PCBB)

1676 N. California Blvd, Suite 300,

Walnut Creek, California, United States 94596

SWIFT/BIC: ███████

ABA routing number: ███████

Beneficiary's Bank (Creditor Agent):    Chain Bridge Bank, N.A.

1445-A Laughlin Ave

McLean, Virginia, United States 22101

Beneficiary: The National Garden of American Heroes

U.S. ABA routing number: ███████

Beneficiary account number: ███████

**THE NATIONAL GARDEN OF AMERICAN HEROES FOUNDATION**
**WASHINGTON, D.C.**
**UNITED STATES OF AMERICA**