ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Michael Robertson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3835
Michael.Robertson@usdoj.gov

*Attorneys for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-00477 |

## DECLARATION OF DR. KEVIN GRIESS, SUPERINTENDENT OF NATIONAL MALL AND MEMORIAL PARKS

I, Kevin Griess, declare as follows:

1. I am the Superintendent of National Mall and Memorial Parks (NAMA) and have been in that position since November 2024. Prior to that time, I was employed by the U.S. Army as the Deputy Garrison Commander at Fort Bragg in North Carolina. In that role, I was a military City Manager, responsible for all municipal operations for a military city of 135,000.

1

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my current position I manage and oversee the management, preservation, and protection of over 1,000 acres of federal parkland in Washington, D.C., including the National Mall's iconic monuments and memorials and East Potomac Park. The East Potomac Golf Course is within East Potomac Park.

4. I report to the Regional Director of the National Capital Region, Jennifer Nersesian. My declaration supplements her March 3, 2026 and April 30, 2026 declarations, as well as the declarations by the Comptroller, Exercising the Authority of the Director of the National Park Service (NPS), Jessica Bowron, signed on March 3, 2026, and April 30, 2026.

5. On March 28, 2025, the President of the United States issued Executive Order 14252 Making the District of Columbia Safe and Beautiful. Among other things, Executive Order 14252 requires the Secretary of the Interior to develop and implement a program to beautify and make the District of the Columbia safe and prosperous. Executive Order 14252 is available online at https://www.presidency.ucsb.edu/documents/executive-order-14252-making-the-district-columbia-safe-and-beautiful.

6. On April 4, 2025, the Secretary of the Interior issued Secretarial Order 3428, Making the District of Columbia Safe and Beautiful, implementing Executive Order 14252, which requires the Assistant Secretary for Fish Wildlife and Parks to develop and implement a program to beautify and make the District of Columbia safe that includes "a coordinated beautification plan for Federal and local facilities, monuments, lands, parks, and roadways in and around the District of Columbia."  Secretary's Order 3428 is available online at

https://www.doi.gov/document-library/secretary-order/so-3428-making-district-columbia-safe-and-beautiful.

7. Consistent with Executive Order 14252 and Secretary's Order 3428, the NPS has undertaken restoration and beautification activities on NPS-managed lands in D.C., including lands within the National Mall and Memorial Parks, consistent with applicable laws and after completing appropriate environmental compliance documentation.

8. Prior to their termination for default on December 30, 2025, the National Links Trust (NLT) operated the East Potomac Golf Course under a lease with the NPS that was effective in October 2020 . Since that time they have continued to operate the East Potomac Golf Course on a temporary "holdover" basis, while Department leadership considers future plans for the management of the golf course. A true copy of the lease is attached to this Exhibit A.

9. Under Section 10 of the lease, Dkt. 26, NLT was responsible for repair and maintenance of the golf course and was required to submit a maintenance plan and a preservation maintenance plan for NPS approval. With no valid lease in place for the East Potomac Golf Course, responsibility for maintenance and repairs became my responsibility.

10. Exhibit D to the lease identifies "initial improvements" agreed to by the NPS and NLT. These improvements have not been completed to date.

11. East Potomac Park is heavily used annually for the Fourth of July celebrations in D.C. In light of the Presidential and Secretarial Orders to make D.C. Safe and Beautiful, on May 1, 2026, I asked NAMA's Chief of Maintenance to conduct a condition assessment for the East Potomac Golf Course as it could provide additional area for the public to use during the Semiquincentennial Celebration. While the NPS has an in-depth assessment for all

areas in East Potomac Park outside the golf course, NPS had not done an in-depth condition assessment for the golf course because, under the lease, maintenance and repair were the lessee's responsibility.

12. The condition assessment conducted on May 1, 2026, revealed that much of the required maintenance had not been done by NLT and that facilities at the golf course had deteriorated. NAMA's Chief of Maintenance found significantly concerning issues with the conditions of the facilities and grounds, some of which are critical safety issues needing immediate maintenance and repair. He recommended that I consider shutting down at least some areas to visitors. I had planned a follow-on assessment on Monday, May 4, 2026 with the Safety Manager and other members of my team.

13. The areas assessed on May 1, 2026 include the parking lot, the retaining wall, signage, the exterior of the Club House, the Interior of the Club House, the flower beds, light poles, cart paths, trash cans, the maintenance compound, the Driving Range Building, the Driving Range, the Golf Course Barn, a Starter Building, and trees in the Parking Lot.  Of these, only the trash cans were reported to be in fair condition. All others were reported to be in poor or critical condition.

14. In the interior of the Club House, which was reported to be in critical condition, NAMA's Chief of Maintenance found broken floor tiles, water stains inside of lights, walls in need of repainting and chipping paint, a broken out window with plywood in place, ceiling tiles in need of replacement, missing floor trim, missing light covers, torn carpet and missing trim (potential tripping hazard), dirty heat vents, and doors not sealing properly that need to be painted. He recommended the building be closed and that safety inspections be

4

conducted by the Fire Marshal and safety officer as well as multiple repairs due to potential

tripping hazards and potential hazardous breathing conditions for visitors and workers.

15. Below are photographs from the interior of the Golf Course Clubhouse taken on May 1, 2026:



Water staining inside light fixture.



Dirty vent.



Broken window covered in plywood.

16. Another example of a facility reported to be in critical condition is the Driving Range Building. On May 1, NAMA's Chief of Maintenance found missing gutters and downspouts, roof damage and shingles missing, spongy flooring on the 2nd level and rotten wood, paint missing and chipping off, visual water damage on the ceiling, hanging wires, leaking pipes, apparent rot of some of the structural beams, rotten plywood in the tee boxes, and visual rotten wood on the 2nd level. NAMA's Chief of Maintenance recommended obtaining a structural engineer to ensure that the building is safe for human occupation and to determine whether the building is salvageable or whether it is more cost effective to replace it.

17. Below are photographs from the interior of the Driving Range building taken on May 1, 2026:



Roof Damage.



Hanging wires.



Rotten/damaged wood.

18. These are just a few examples of the many issues reported by NAMA's Chief of Maintenance. Other examples include, parking areas in need of gravel, cracks and pot holes on golf cart paths, missing light covers on light poles, trees in the parking lot either appear

to be dead or have dead limbs that need to be trimmed, potential tripping hazards in flower beds, and weeds in need of treatment.

19. On May 4, 2026, the NPS is planning to undertake already planned fence cleaning and debris cleanup activities that do not require environmental compliance documentation.

20. Also on May 4, 2026, I have planned a follow-on assessment with my Safety Manager and additional members of my team to assess any further repair, maintenance and safety issues at the golf course.

21. The NPS's assessment of the scope of repair activities necessary for the golf course is still underway. I plan to prioritize maintenance by critical needs. No actions on the ground would be undertaken without completing appropriate environmental compliance.

22. At present, no tree removal is planned except for maintenance that would address dead or dying trees or tree limbs that pose a hazard to the public, or to invasive tree species that may be present on the golf course.

23. At present, the NPS is still evaluating the scope of repairs needed, including safety issues. The NPS is actively considering whether it will be necessary to close all or a portion of East Potomac Golf Course while making these repairs but has not yet made a final decision. A decision to close the course is within my authority under 36 CFR § 1.5 and, if exercised, will be appropriately documented.

24. This deferred maintenance is separate and apart from any renovation or redesign of East Potomac Golf Course, which is subject to further deliberation and several interim steps, and legal compliance must first be completed before any redesign can be approved and implemented.

9

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2026.


_____

Kevin Griess, PhD