**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

      *Plaintiffs*,

        *vs.*

UNITED STATES DEPARTMENT OF
THE INTERIOR, *et al.*,

      *Defendants*.

Case No. 1:26-cv-477

**PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENT**

Plaintiffs submit this notice to inform the Court of factual developments which became public late on Friday, May 8, and which bear on several issues relevant to this matter.

At 8:00 pm on Friday, May 8, Defendant Doug Burgum, Secretary of the Interior, posted a statement to his account on X (formerly Twitter). That statement, which is attached as Exhibit A, announces a joint project of Defendant National Park Service; the National Links Trust ("NLT"); Fazio Design (the golf course design firm of Tom Fazio); First Tee of Greater Washington, D.C.; Western Golf Association; and the Evans Scholars Foundation to "renovate and restore East Potomac Golf Links" and DC's other two municipal golf courses. As to East Potomac specifically, the statement announces that:

> The National Park Service will renovate East Potomac Golf Links and invest in necessary major infrastructure projects across East Potomac Park. Following this renovation, which will incorporate themes of the original Walter J. Travis design, East Potomac Golf Links will offer a top-tier 18-hole championship golf course capable of hosting pre-eminent tournament golf.

Exhibit A.

This announcement further confirms what Plaintiffs have alleged all along and has been shown by other intervening developments: Defendants "will" be converting East Potomac into "a

top-tier 18-hole championship golf course capable of hosting pre-eminent tournament golf," and doing so at the expense of numerous existing features of East Potomac Park, including the original Walter J. Travis course design except for "incorporat[ing its] themes" (whatever that phrase means).

NLT issued a separate statement on Friday evening, attached as Exhibit B, which, like Secretary Burgum's statement, confirms that NLT will be responsible for restoration work at the Rock Creek and Langston courses (DC's two other municipal courses) but not East Potomac.  In explaining their agreement with Defendants, NLT's statement explains that at Rock Creek, the National Links Trust "will restore nine holes of the historic William Flynn-designed regulation golf course."  Exhibit B.  That limited restoration and preservation of a course stands in stark contrast to the planned conversion of East Potomac to a championship course with the retention of a historic architect's "themes" that now looms at East Potomac.  This makes clear that the forthcoming work at East Potomac is, as Plaintiffs have alleged, a massive overhaul, not merely restoration and required maintenance.

Barring a change in Defendants' positions in response to these revelations, Plaintiffs will more fully address the implications of these developments in their forthcoming filings, and submit this notice only to ensure that the Court learns of them in a timely manner.  Counsel for Plaintiffs met and conferred with Defendants' counsel to discuss these developments and alerted Defendants' counsel to Plaintiffs' intent to file this notice.  It is Plaintiffs' understanding from that meet and confer that Defendants do not intend to change their litigation position in response to these developments.

Respectfully Submitted,

Abbe David Lowell [Bar No. 358651]
Jack Bolen*
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
adlowell@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen [Bar No. 435051]
Lindsay Zimliki [Bar No. 475890]
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Application for admission pending or
admission *pro hac vice* forthcoming

/s/ Mark B. Samburg
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*