# EXHIBIT A



## Investing in Washington, D.C., Public Golf

In support of President Trump's efforts to beautify and revitalize Washington, D.C., today the National Park Service, National Links Trust, Fazio Design, First Tee of Greater Washington, D.C., Western Golf Association, and the Evans Scholars Foundation announce a historic investment in the National Park Service golf facilities located in the Capital. Through this partnership, supported by private contributions, these organizations will renovate and restore East Potomac Golf Links, Langston Golf Course, and Rock Creek Park Golf into the country's premier public golf courses, while keeping them affordable and accessible for all.

The National Park Service will renovate East Potomac Golf Links and invest in necessary major infrastructure projects across East Potomac Park. Following this renovation, which will incorporate themes of the original Walter J. Travis design, East Potomac Golf Links will offer a top-tier 18-hole championship golf course capable of hosting pre-eminent tournament golf and offering players—of all abilities—an incredible experience in the heart of the Nation's Capital and the National Mall. The property will also offer other playing opportunities and world-class practice and short-game facilities, as well as other recreational spaces.

The National Park Service, National Links Trust, and First Tee of Greater Washington, D.C., will partner in redevelopment efforts at Langston Golf Course, with a keen focus on, and respect for, the property's rich and meaningful history. First Tee of Greater Washington, D.C., will develop a state-of-the-art learning facility, through which they will teach young people life skills and character development through the game of golf, combining coaching with lessons on integrity, confidence, and perseverance.

Additionally, the Washington Commanders, a central community member, are discussing a potential partnership at Langston Golf Course as the organization moves forward with its stadium project.

National Links Trust, in collaboration with the National Park Service, will immediately begin major renovations at Rock Creek Park Golf, after completion of all necessary compliance, creating a community asset for golfers and non-golfers alike. National Links Trust, with admiration for renowned architect William Flynn's original design, will develop a 9-hole regulation course, a 9-hole par 3 course, a putting course, first-class practice facilities, multi-purpose recreational trails, and more. National Links Trust will expand its Jack Vardaman Workforce Development Program to Rock Creek Park Golf, providing additional meaningful community opportunity.

This initiative will expand on an existing charitable partnership with Western Golf Association's Evans Scholars Foundation, whose mission is to provide full tuition and college scholarships to caddies with limited financial means. The mission will grow beyond what Western Golf Association's Evans Scholars Foundation and National Links Trust initiated five years ago at Langston Golf Course, which has already produced three Evans Scholars. The Evans Scholars Foundation Caddie Academy will open at East Potomac Park, and this academy will offer high school students from across the country who display outstanding academics, leadership, and character full-time summer caddie opportunities, with hopes of earning an Evans Scholarship.

Advisory boards appointed by Secretary Doug Burgum will oversee this historic revitalization of all three National Parks Service golf properties located in our Nation's Capital.