# EXHIBIT B

### Dear Friends of National Links Trust,

We are pleased that Washington, DC's municipal golf courses – East Potomac Golf Links, Langston Golf Course, and Rock Creek Park Golf – will now remain open, accessible, and affordable for the residents and communities that depend on them. National Links Trust will continue operating all three courses, and we are committed to building on the progress we have made over the past five years. We are grateful that our talented and dedicated employees can now look forward with certainty about the future.

This agreement clears the path for NLT to resume the transformative work we began five years ago. At Rock Creek Park Golf Course, we will restart construction of a new clubhouse, driving range, practice facilities and maintenance facility as part of a restoration project that will create a lasting community asset for golfers and non-golfers alike. We will restore nine holes of the historic William Flynn-designed regulation golf course, create a new nine-hole par three course and Himalayas putting green, and develop a restaurant, new pollinator meadows, and an ecological trail network. This project will also significantly expand our Jack Vardaman Workforce Development Program.

*Swipe for more...*

We are excited to deepen our partnership with First Tee and to work with the Commanders Foundation to expand workforce, mentorship, and scholarship programs at Langston Golf Course. Together, we share a commitment to making golf accessible to all and to delivering meaningful community benefits through these courses.

We have been long-term partners with the Western Golf Association/Evans Scholar Foundation through our caddie program at Langston. The Evans Scholars program is the nation's largest scholarship program for caddies, and we are looking forward to continuing helping them build their presence in DC. An Evans Scholarship changes the trajectory of not just the winner but their entire family. It has been an honor helping three young men and women win this grant over the last three years.

NLT is also encouraged that the Acting Director of the National Park Service, Jessica Bowron, has declared that NPS will follow the established compliance process that we went through at Rock Creek Park Golf for any large-scale work at East Potomac. With this agreement, East Potomac will continue to be accessible and affordable for those who use the course and facilities.

*Swipe for more...*

We thank President Trump for reaching an agreement that keeps Washington, DC's three public golf courses open, welcoming and affordable community gathering places for DC residents and all golfers. We look forward to continuing providing our expertise in operating and managing these beloved and historic courses and to making DC proud.

***Thank you for your continued support,***
***Mike McCartin & Will Smith***
*Co-Founders, National Links Trust*