**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DC PRESERVATION LEAGUE, *et al.*, | : | |
| *Plaintiffs*, | : | |
| *vs.* | : | Case No. 1:26-cv-477 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | : | |
| *Defendants*. | : | |

**PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENT**

Plaintiffs submit this notice to inform the Court of a factual development which became public this morning, and which bears on several issues relevant to this matter.

At 10:40 a.m. today, Thursday, May 14, Defendant Doug Burgum, Secretary of the Interior, posted an announcement to his account on X (formerly Twitter). That announcement, which is attached as Exhibit A, "unveil[s] the design for the East Potomac Golf Links renovation from Fazio Design" and commits that a renovated "East Potomac will offer . . . championship-quality golf." Exhibit A. The announcement includes a rendering of the course design, which appears to occupy the full footprint of all three existing courses at East Potomac Golf Course.

As with every other public development since Plaintiffs filed this case, this announcement further confirms that Defendants "will" be converting East Potomac into championship-style course at the expense of numerous existing features of East Potomac Park, including the original Walter J. Travis course design.

Barring a change in Defendants' positions in response to this announcement, Plaintiffs will more fully address the implications of this development in their forthcoming filings, and submit this notice only to ensure that the Court learns of it in a timely manner. Counsel for

1

Plaintiffs met and conferred with Defendants' counsel to discuss this development and alerted

Defendants' counsel to Plaintiffs' intent to file this notice.  It is Plaintiffs' understanding from

that meet and confer that Defendants do not intend to change their litigation position in response

to this development.


Dated: May 14, 2026                                    Respectfully Submitted,

Abbe David Lowell (Bar No. 358651)          */s/ Mark B. Samburg*
Caleb Hayes-Deats (Bar No. 1643213)         Will Bardwell (Bar No. 90006120)
Jack Bolen*                                 Mark B. Samburg (Bar No. 1018533)
Angela Reilly*                              Catherine M.A. Carroll (Bar No. 497890)
LOWELL & ASSOCIATES, PLLC                   Robin F. Thurston (Bar No. 7268942)
1250 H Street, N.W., Suite 250              DEMOCRACY FORWARD FOUNDATION
Washington, DC 20005                        P.O. Box 34553
T: (202) 964-6110                           Washington, D.C. 20043
F: (202) 964-6116                           (202) 448-9090
adlowell@lowellandassociates.com            wbardwell@democracyforward.org
chayes-deats@lowellandassociates.com        msamburg@democracyforward.org
jbolen@lowellandassociates.com              ccarroll@democracyforward.org
areilly@lowellandassociates.com             rthurston@democracyforward.org

Norman L. Eisen (Bar No. 435051)            *Counsel for Plaintiffs*
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org
*Application for admission pending, or
admitted *pro hac vice*

2