# EXHIBIT A

**Secretary Doug Burgum** ✓
@SecretaryBurgum

Excited to unveil the design for the East Potomac Golf Links renovation from Fazio Design.

Like iconic public courses of Bethpage Black & Torrey Pines, East Potomac will offer locals—of the National Capital Region— championship-quality golf at affordable, highly discounted rates.



10:40 AM · May 14, 2026 · **830.4K** Views