**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*, | |
| *Plaintiffs*, | |
| *vs.* | Case No. 1:26-cv-477 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | |
| *Defendants*. | |

**EXHIBIT INDEX ISO PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY**

Exhibit 1: Proposed Discovery Requests

Exhibit 2: Proposed Subpoenas