**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DC PRESERVATION LEAGUE, *et al.*, | : | |
| *Plaintiffs*, | : | |
| *vs.* | : | Case No. 1:26-cv-477 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | : | |
| *Defendants*. | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**
**FOR EXPEDITED DISCOVERY**

Having considered Plaintiffs' Motion for Expedited Discovery, the Motion is hereby

**GRANTED.**

It is **SO ORDERED.**

DATED this ___ day of ____, 2026.

_____
Hon. Ana C. Reyes
U.S. District Judge for the District of Columbia

1