**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| DC PRESERVATION LEAGUE, *et al.*, | : | |
| *Plaintiffs*, | : | |
| *vs.* | : | Case No. 1:26-cv-477 |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | : | |
| *Defendants*. | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE
MOTION TO DISMISS**

In the parties' joint proposed briefing schedule, ECF 36, the parties proposed that Plaintiffs respond to Defendants' pending Motion to Dismiss, ECF 34, no later than Thursday, May 21.  Due to unexpected personal circumstances and to overlapping deadlines in other litigation, Plaintiffs request a seven-day extension of that deadline (until May 28) and commensurate extension of the deadline for Defendants' reply.  Counsel for Plaintiffs have conferred with Counsel for Defendants, who do not oppose this motion.

For clarity, should the Court grant the motion, the remaining briefing deadlines in the case would be:

Motion to Dismiss

      May 28: Plaintiffs' Opposition to Defendants' Motion to Dismiss
      June 25: Defendants' Reply in Support of Motion to Dismiss

Motion for Extra-Record Discovery

      June 4: Defendants' Opposition to Motion for Extra-Record Discovery
      June 25: Plaintiffs' Reply in Support of Motion for Extra-Record Discovery

DATED: May 19, 2026                    Respectfully Submitted,

Abbe David Lowell (Bar No. 358651)          */s/Mark B. Samburg*
Caleb Hayes-Deats (Bar No. 1643213)         Will Bardwell (Bar No. 90006120)
Jack Bolen*                                 Mark B. Samburg (Bar No. 1018533)
Angela Reilly*                              Catherine M.A. Carroll (Bar No. 497890)
LOWELL & ASSOCIATES, PLLC                   Robin F. Thurston (Bar No. 7268942)
1250 H Street, N.W., Suite 250              DEMOCRACY FORWARD FOUNDATION
Washington, DC 20005                        P.O. Box 34553
T: (202) 964-6110                           Washington, D.C. 20043
F: (202) 964-6116                           (202) 448-9090
adlowell@lowellandassociates.com            wbardwell@democracyforward.org
chayes-deats@lowellandassociates.com        msamburg@democracyforward.org
jbolen@lowellandassociates.com              ccarroll@democracyforward.org
areilly@lowellandassociates.com             rthurston@democracyforward.org

Norman L. Eisen (Bar No. 435051)            *Counsel for Plaintiffs*
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org
*Application for admission pending, or
admitted *pro hac vice*