**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>      Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' SECOND NOTICE OF PUBLICATION OF TESTING RESULTS**

In accordance with the Declaration of Jennifer Nersesian, ¶¶ 11-14, Dkt. No. 38-1, Defendants hereby provide notice of the publication of additional testing results and analysis.

Following the Court's April 9, 2026, status conference, Defendants agreed to voluntarily provide testing results associated with Defendants' stockpiling of clean fill material at East Potomac Park from the East Wing Modernization Project. Testing results received as of April 30, 2026, and an Interim Sampling Report prepared by NPS's contractor, Jacobs Engineering Group, Inc. ("Jacobs"), were made publicly available on the National Park Service's Planning, Environment and Public Comment ("PEPC") webpage. At that time, results from testing performed on April 23, 2026, remained outstanding. *See id.* ¶ 11.

NPS has received the outstanding testing results and a Final Sampling Report from Jacobs, along with a data validation summary. On June 23, 2026, NPS posted these materials online on its PEPC webpage:

https://parkplanning.nps.gov/document.cfm?parkID=463&projectID=133318&documentID=152047.

In its Final Sampling Report, Jacobs found that "there is limited risk to human receptors from the stockpile and the stockpile surface soil based on the current and likely future use of the site." Final Sampling Report 1.  Based on the results to date, NPS continues to stand behind its assessment that the soil is suitable for beneficial reuse at a recreational site like East Potomac Park. *See* Nersesian Decl. ¶ 14.

Consistent with Ms. Nersesian's Declaration and with the recommendations found in Jacobs' Final Sampling Report, NPS intends to complete site-specific risk assessments evaluating risks to people and ecological receptors using realistic exposure assumptions.  *Id.* ¶ 12; Final Sampling Report 1.  NPS intends to post those risk assessment reports online on the PEPC project page for this project once completed.  Nersesian Decl. ¶ 12.

Respectfully submitted this 24th day of June 2026.

**ADAM R. F. GUSTAFSON**

Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Michael K. Robertson*

MICHAEL K. ROBERTSON
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

*Attorneys for Federal Defendants*