**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

     *Plaintiffs*,

        *vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

     *Defendants*.

Case No. 1:26-cv-477

------------------------------------------------------------------------------------------------------

**PLAINTIFFS' NOTICE OF FACTUAL DEVELOPMENTS
REGARDING TRUMP, BURGUM, AND FAZIO SITE VISIT
AND ENSUING TRUMP SOCIAL MEDIA POST**

The Plaintiffs hereby notify the Court of two critical factual developments in the above-styled matter.

On Sunday, June 28, 2026, news outlets reported on a site visit to East Potomac Golf Course by several people connected to the Washington National plan. Those individuals included President Trump, Defendant Burgum, Tom Fazio, and others. One of the attendees was photographed holding an autographed copy of blueprints for the Washington National plan.[1]

President Trump later confirmed the site visit in a post on the Truth Social platform. He also wrote that "[w]ork on the new Course, which will go quickly, will begin on September 1st."[2] President Trump confirmed that Fazio is the Washington National plan's designer, and that "[w]hen completed, this Course will have the ability to host Major Golf Tournaments,

---

[1] Rebecca Falconer, *Trump sets Sept. 1 start for D.C. golf course overhaul*, Axios (June 28, 2026), https://perma.cc/5MFH-NLGE.
[2] Donald J. Trump, Truth Social (June 28, 2026, 2:42 PM), https://perma.cc/E3HB-7AUL.

1

including The U.S. Open, The Ryder Cup, The PGA Championship, and other top PGA Tour events."[3]

*Accord* Compl. ¶¶ 9, 77, 83, 85-86, ECF No. 1.

RESPECTFULLY SUBMITTED this Twenty-Ninth day of June 2026.

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1643213)
Jack Bolen*
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
adlowell@lowellandassociates.com
chayes-deats@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Application for admission pending, or
admitted *pro hac vice*

*s/ Will Bardwell*
William B. Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

---

[3] *Id.*