# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) Case No. 1:26-cv-477-ACR |
| v. | ) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| THE INTERIOR, *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## [PROPOSED] ORDER GRANTING THE WALTER J. TRAVIS SOCIETY'S MOTION FOR LEAVE TO FILE A BRIEF AS AMICUS CURIAE

Upon consideration of the Walter J. Travis Society's Motion for Leave to File a Brief as *Amicus Curiae* in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, any response thereto, and the entire record, and good cause appearing, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the *amicus curiae* brief submitted with the Motion is deemed **FILED** as of the date of this Order.

**SO ORDERED.**

Dated: _____, 2026

_____
Hon. Ana C. Reyes
United States District Judge