**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE,<br><br>*et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR;<br><br>*et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-00477 |

**PLAINTIFFS' NOTICE OF INTENT**
**TO FILE AMENDED AND SUPPLEMENTAL COMPLAINT**

In accordance with the Court's minute order dated August 13, 2026, Plaintiffs hereby notify the Court that they intend to file an amended and supplemental Complaint, pursuant to Federal Rule of Civil Procedure 15(a) and (d). Plaintiffs and Defendants tentatively plan to meet and confer regarding a briefing schedule on Thursday, August 20.

Dated: August 18, 2026

RESPECTFULLY SUBMITTED,

Abbe David Lowell (Bar No. 358651)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116

/s/Will Bardwell
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553

ALowellpublicoutreach@lowelland
associates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay W. Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracaryforward.org
rthurston@democracyforard.org

*Counsel for Plaintiffs*