**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-477 |

## JOINT MOTION FOR EXTENSION OF TIME

On August 13, 2026, the Court ordered Plaintiffs to advise the Court whether they intended to amend their filings, and if so, further ordered the parties to meet and confer and submit a proposed briefing schedule for further proceedings by tomorrow, August 21, 2026. Aug. 13 Minute Order. On August 18, 2026, Plaintiffs filed a notice of their intent to file an amended and supplemental complaint. ECF 64.

Pursuant to the Court's minute order, counsel for the parties have since met and conferred on the topic of a proposed briefing schedule, but have not yet been able to agree on a proposal. The parties believe they would benefit from additional time to discuss potential proposals. In the interests of attempting to reach agreement on a joint proposal, the parties respectfully request a six-day extension of the deadline for joint submission of a briefing schedule until Thursday, August 27, 2026. In requesting additional time to confer, the parties acknowledge that Defendants in no way waive any argument opposing the allegations in the Complaint or the filing of an amended and supplemental complaint.

Dated: August 20, 2026

*/s/Mark B. Samburg*
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1643213)
Jack Bolen (Bar No. 90031046)
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

Respectfully Submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Michael K. Robertson*
MICHAEL K. ROBERTSON
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone 202-598-3835 || Fax 202-305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*