**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants*.

Case No. 1:26-cv-477

Response to Defendants' Notice of Supplemental Authority

On September 2, 2026, Defendants filed a Notice of Supplemental Authority alerting the Court to two recent stays issued by the Supreme Court. Both are inapposite to this case.

As the Supreme Court described, the plaintiff in *National Park Service v. National Trust for Historic Preservation in the United States*, No. 26A203, 2026 WL 2564318, 609 U.S. ___ (Aug. 31, 2026), sought to establish injury based on "mere offense, disagreement, or distaste" with planned construction. *Id.* at *2. In granting a stay of the district court's injunction, the Court concluded the government was likely to succeed in showing that the plaintiff could not establish standing on that theory. *Id.* at *2-6. But in so finding, the Court distinguished cases "where the plaintiff's injuries involved *more* than mere offense" and were thus adequate to establish standing. *Id.* at *2 (citing cases). Those included cases where the plaintiffs asserted environmental harms and injuries to their "recreational interests," *id.* (quoting *Summers v. Earth Island Inst.*, 555 U.S. 488, 494 (2009)), in addition to their aesthetic ones. Those are precisely the injuries Plaintiffs allege here. By destroying East Potomac Golf Course and replacing it with a championship course for professional tournaments, Defendants will preclude Plaintiffs from golfing and recreating at East Potomac "as they had in the past." *Id.*; *see* ECF 8-4 ¶¶ 14, 15, 19-

21; ECF 8-5 ¶ 18; ECF 8-6 ¶¶ 15, 21, 23, 25-26. Moreover, Plaintiffs do not merely believe that the dirt pile in the middle of East Potomac is ugly (though they do); they allege that it is dangerous, and they allege that both its presence and Defendants' implementation of the Washington National plan will "force[] [Plaintiffs] to abandon" their longstanding use and enjoyment of East Potomac Golf Course. *Id*.

*Trump v. California*, Nos. 26A124, 26A139, 2026 WL 2473573, 609 U.S. ___ (2026), has even less bearing here than *National Trust*. The *California* plaintiffs sued President Trump to challenge provisions of an Executive Order, *id.* at *1, which the Supreme Court characterized as "an internal directive from the President to his subordinates mandating that certain agencies pursue certain policies." *Id.* But Plaintiffs in this case have not sued the President and do not challenge any directive or statement he has issued. Rather, this suit challenges what the Defendant agencies have done: adopted and begun implementing a plan to destroy East Potomac Golf Course and dumped toxic debris on the golf course as part of that plan. While President Trump's various statements concerning East Potomac are highly relevant, they are relevant only insofar as they refute Defendants' continued denials that they have taken final agency action.

Dated: September 3, 2026

Respectfully Submitted,

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1643213)
Jack Bolen (Bar No. 90031046)
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Admitted *pro hac vice*

/s/Mark B. Samburg
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*