**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants*.

Case No. 1:26-cv-477

**NOTICE OF FACTUAL DEVELOPMENTS**
**REGARDING WORK AT EAST POTOMAC**

For the Court's awareness, news reports and witness observations indicate that Defendants have significantly accelerated construction-related activities in recent days on and adjacent to East Potomac Golf Course. As the attached declarations and news accounts cited herein describe, those activities include:

- cutting down more than 60 trees. Rick Maese, *Trees are coming down by the dozen as Trump's D.C. golf makeover nears*, Wash. Post (Aug. 28, 2026), https://perma.cc/S7CQ-4KAP;
- cutting down a cherry tree next to the Blue Course's 14th hole, Second Declaration of Dave Roberts ¶¶ 4-5;
- surveying activity, Andrew Leyden (@PenguinSix), X (Sept. 1, 2026, at 1:24 PM), https://perma.cc/EP2C-ME7T; and
- staging heavy equipment including an excavator and Bobcats adjacent to the golf course. Declaration of Kalli Krumpos ¶¶ 10, 12.

*See also* Emily Badger, *Trump's D.C. Makeover Projects are 'Only an Idea,' Until They're Much More*, N.Y. Times (Sep. 3, 2026, at 5:04 a.m.), https://perma.cc/47WG-KMKW (additional photos).

When Plaintiffs inquired about these activities, Defendants' counsel stated that this work constitutes "routine" maintenance and that "whether" "on-going maintenance and tree removal activities" "are consistent with a future redesign of the golf course remains to be seen as no decision has been reached and NPS is continuing to conduct the necessary compliance to reach a decision on any potential redesign."

RESPECTFULLY SUBMITTED this Third day of September 2026.

Dated: September 3, 2026

Respectfully Submitted,

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1643213)
Jack Bolen (Bar No. 90031046)
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*/s/Will Bardwell*
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD
FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*