**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants*.

Case No. 1:26-cv-477

**SECOND DECLARATION OF DAVE ROBERTS**

1. My name is Dave Roberts. I'm an adult resident of Washington, D.C., and I am a Plaintiff in this lawsuit. The statements made in this Declaration are based on my personal knowledge.

2. As I attested in my original Declaration, ECF 8-4, I frequently play golf at East Potomac Golf Course.

3. On Tuesday, August 18, while playing golf at East Potomac, I saw a group of people in green, ranger-style uniforms that appeared to be National Parks Service rangers with what appeared to be surveying equipment. It looked like they were performing a tree survey. I did not see them cut down any trees.

4. However, while I was playing golf that day with my son on the Blue Course, I saw a work crew cutting down the cherry tree that stood near the Blue Course's 14th green. The work crew members were wearing orange vests, and someone wearing a green, NPS-style ranger uniform stood off to the side, apparently supervising the work.

5. There were golfers in the 14th fairway, preparing to hit into the green while the cherry tree was being cut down. I saw someone in a ranger uniform tell the golfers to stop while the work crew cut down the tree.

6. The next time I visited East Potomac to play golf was Saturday, August 22. That day, I saw a lot of evidence of tree clearing. There were trees down along the fence line, although that was not the extent of the cutting.
7. I saw other tree stumps that day from recent tree-cutting. Many of those stumps weren't hollow and didn't show signs of rot.
8. Aside from the cherry tree, the trees whose stumps I saw were not in playing corridors or where you would expect someone to be playing. Even so, many of the stumps were within the golf course's footprint.
9. During my August 22 visit, I saw several tree stumps and limbs along the fence line separating the Blue/Red Course from Ohio Drive. Before being cut down, those trees weren't particularly tall. These were trees with 6-8 inch trunks, not large trees with 20-inch trunks.
10. I also noticed that other trees on the golf course had come down since my August 18 visit. Specifically, multiple trees had been cut down between the 12th green and the 13th tee.

11. 

12. I took the photograph in Paragraph No. 11 at the Blue Course on the morning of August 22, and it shows remains from the trees that had been cut near the 12th green. One of the tree's stumps is visible on the right side of the photograph. The photograph is a true and accurate representation of the scene it depicts.

13. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3rd 2026, in Washington, D.C.

/s/ *Dave Roberts*
Dave Roberts