**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-477 |

**DECLARATION OF KALLI KRUMPOS**

1. My name is Kalli Krumpos. I'm an adult resident of Washington, D.C. The statements made in this Declaration are based on my personal knowledge.

2. On September 2, 2026, I visited East Potomac Park from about 1:45 p.m. until around 2:30 p.m. I biked and walked on Ohio Drive, stopping occasionally to take photographs.

3. During this time, I observed many large trucks and some heavy machinery (including a large yellow backhoe and a small bulldozer) at the golf course.

4. I also saw several workers wearing green shirts with fluorescent yellow vests. Some of them were filling holes (diameters of which appeared to be between 6 and 12 inches) with dirt and tamping it down.

5. I spoke to two of the workers. I asked one of them how long they anticipated that their project would last, and he told me that it would be "about three weeks." He added that the workers were "almost done with one side," which I took to mean the east side of the island.

6. I also saw another couple of workers cutting dry straw and tamping it down over filled holes. I asked what they were doing, and they told me that they were filling fence post holes.

7. I also could see tree stumps on the golf course. I took photographs of them, although I did not enter the golf course.

8. 

9. I took the photograph in Paragraph No. 8 from the west side of the golf course during my visit. It shows a line of stumps within the golf course's footprint. This photograph shows a true and accurate representation of the scene that it depicts.

10. 


11. I took the photograph in Paragraph No. 10 during my visit on the east side of the island, along Ohio Drive, south of the golf course parking lot. This photograph shows a true and accurate representation of the scene that it depicts.

12. 

13. I took the photograph in Paragraph No. 12 during my visit at the golf course parking lot. It shows two pieces of heavy machinery. This photograph shows a true and accurate representation of the scene that it depicts.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 3, 2026, in Washington, D.C.

/s/ *Kalli Krumpos*
Kalli Krumpos