**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-477 |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's September 4, 2026 Minute Order, the parties submit the following proposed briefing schedule:

**September 18, 2026:** Plaintiffs will file a Rule 15 Motion and an Amended and/or Supplemental Complaint.

**October 9, 2026:** Defendants will file a combined Rule 15 opposition and a dispositive motion.

**October 30, 2026:** Plaintiffs will file a combined reply in support of their Rule 15 motion and an opposition to Defendants' dispositive motion.

**November 13, 2026:** Defendants will file a reply in support of their dispositive motion.

All parties reserve the right to seek to adjust this schedule or one or more of the deadlines identified above. Plaintiffs further reserve the right to file a motion for preliminary relief before completion of the above schedule if factual developments make it appropriate to do so.

Dated: September 14, 2026

Respectfully Submitted,

*/s/Mark B. Samburg*
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1643213)
Jack Bolen (Bar No. 90031046)
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Energy and Natural Resources Division
United States Department of Justice

*/s/ Michael K. Robertson*
MICHAEL K. ROBERTSON
Trial Attorney
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044
Phone 202-598-3835 || Fax 202-305-0506
michael.robertson@usdoj.gov

*Counsel for Defendants*