# EXHIBIT C

# National Park Service
# Cultural Landscapes Inventory



# East Potomac Golf Course
# National Mall & Memorial Parks - East Potomac Park

3) *Connect all Americans to their heritage resources in a manner that resonates with their lives, legacies, and dreams, and tells the stories that make up America's diverse national identity;*
4) *Integrate the values of heritage stewardship into major initiatives and issues such as renewable energy, climate change, community assistance and revitalization, and sustainability, while cultivating excellence in science and technical preservation as a foundation for resource protection, management, and rehabilitation; and*
5) *Attract, support, and retain a highly skilled and diverse workforce, and support the development of leadership and expertise within the National Park Service.*

Scope of the CLI

CLI data is gathered from existing secondary sources found in park libraries, archives and at NPS regional offices and centers, as well as through on-site reconnaissance. The baseline information describes the historical development and significance of the landscape, placing it in the context of the landscape's overall significance. Documentation and analysis of the existing landscape identifies character-defining characteristics and features, and allows for an evaluation of the landscape's overall integrity and an assessment of the landscape's overall condition. The CLI also provides an illustrative site plan that indicates major features within the inventory unit and generates spatial data for Geographic Information Systems (GIS). The CLI also identifies stabilization needs to prevent further deterioration of the landscape and provides data for the Facility Management Software System

## Inventory Unit Description:

HISTORICAL OVERVIEW
The East Potomac Park Golf Course cultural landscape was created from the swampy marshland of the reclaimed Potomac River flats in the late 19th century. The reclamation project sought to address the siltation of the river, unclogging the flow of the tidal river to enable commercial traffic on the waterway. Improvement efforts began in 1857 with the publication of a report by civil engineer Alfred Landon Rives, who proposed the replacement of the river's Long Bridge (where the 14th Street bridges are today) and the reclamation of the mud flats along the shoals of the Washington Channel (Chapell 1973: 8-9). By the late 1860s, sediment accumulation in the Potomac River was so severe that Congress appropriated $50,000 to improve the river between the Long Bridge and Georgetown; the first phase of the project was underway by 1871 (Chapell 1973: 17). By 1882, over 240,000 cubic yards of material had been dredged and dumped on the Potomac Flats, resulting in a new land mass above the water line. Subsequent plans and dredging campaigns conducted throughout the 1880s and 1890s would focus on transforming the new Potomac Flats landscape into useable terrain (Chapell 1973: 29-30).

The reclamation of the Potomac Flats coincided with a new movement to create greenspace in Washington, DC, and the 1902 publication of the McMillan Plan further bolstered the efforts to design a recreational infrastructure for the federal city. The final plan devoted an entire chapter to the newly-created Washington embankment and Potomac Park, which spanned 739 acres by this time (Moore 1902: 117, 164). The peninsula between the Washington Channel and the Potomac River offered a blank slate for recreational greenspace, and by 1911, reclamation was complete and the new East Potomac Park was transferred to the Office of Public Buildings and Grounds the following year.

Although the McMillan Plan did not specify which recreational uses should be incorporated into East Potomac Park, the idea of a golf course on the peninsula emerged in 1911 and was incorporated into park plans by 1914 (The Washington Sunday Star [TWSS], March 23, 1913: 5).

In 1917, park officials hired former U.S. amateur golf champion, and renowned golf course architect, Walter J. Travis to design a course for East Potomac Park. Inspired by the landscape's proximity to the Washington Channel and the Potomac River, Travis designed a traditional links-style course with a reversible progression of play. Construction of the initial 9-hole course began in the spring of 1917, and by June 1920 (after a halt for World War I), the first nine holes, referred to as the A-C Course, and two wings of their fieldhouse were complete (The Washington Post [TWP], April 21, 1917: 4; The Washington Evening Star [TWES], May 20, 1918: 21). The back nine, called the B-D Course and also designed by Travis, was completed by June 1923 (TWP, April 15, 1923: 57).

The course proved so popular that the concessionaire, S.G. Leoffler, hired golf course architect William Flynn to design another nine holes almost immediately. Flynn's course was also influenced by the links-style design of Travis' course, and was also reversible. Called the E-F Course, it opened to the public in May 1925 (TWP, May 21, 1925: 15). By 1931, the course also included the 9-hole G Course, a driving range, practice putting green, and 18-hole miniature golf course.

The East Potomac Park Golf Course continued to be popular throughout the 1930s and 1940s, praised as "one of the scenic beauty spots in the District" (TWES, May 8, 1932: 9). During this time, the course's concessionaire continued to make improvements to the course, renovating facilities and addressing periodic floods that swamped the peninsula. The Civilian Conservation Corps was also responsible for some planting projects in the landscape (TWES, February 4, 1939: A15). In 1941, the addition of tennis courts and ballfields at the tourist camp resulted in alterations to several holes in the G Course; that same year, the United States Army took over a portion of the F Course, replacing several holes with four anti-aircraft guns. Given these events, gasoline rationing, and new flooding, Leoffler eventually closed East Potomac Park Golf Course for the duration of the war (TWP, March 25, 1941: 28; TWES, December 16, 1941: A19; TWP, March 19, 1943: 14; TWES, June 15, 1943: A15).

In the years after the war, William Flynn designed the rehabilitation of the F Course and improvements to the 18-hole Travis-designed course (TWES, December 4, 1945: A14). In 1950, William F. Gordon Co. redesigned the G Course, and in 1956, Gordon and his son reworked Flynn's F Course (Fitzgerald 1956: K5). Despite these upgrades, the popularity of the course declined through the 1960s and 1970s, compounded by ongoing drainage issues from flooding (TWP, November 2, 1975: 29). After several years of deteriorating conditions, the National Park Service commissioned a survey of the course conditions in the 1970s and oversaw renovations to the fieldhouse wings beginning in 1978 (National Capital Region, National Park Service 1977: 28; McCoubrey 1977: D10; Bobeczcko and Robinson 1998: 76).

In 1983, Golf Course Specialists Inc. (GCS) took over the concessionaire contract for East Potomac Park Golf Course. Soon after, the National Park Service demolished the F Course to create new picnic grounds, but amidst public outcry, the course was soon rebuilt (TWP, August 15, 1984: C3). GCS

oversaw renovations to the course in the 1990s and 2000s, an improvement program estimated at $1.5 million that included the redesign and modernization of the 18-hole Blue Course and the 9-hole Red Couse ("Contract between the National Park Service and Golf Course Specialists Inc." 1989). By 1995, a new driving range structure was in place west of the fieldhouse wings.

Today, the East Potomac Park Golf Course is situated on the peninsula encompassed by the Potomac River and the Washington Channel. The cultural landscape is bordered by Hains Point to the south, Ohio Drive to the east and west, and Buckeye Drive to the north. It comprises three different, adjacent courses totaling 36 holes. The courses are supplemented with a driving range, four practice putting greens, a miniature golf course, and two fieldhouse wings.

SIGNIFICANCE SUMMARY

East Potomac Park Golf Course was listed on the National Register of Historic Places in 1973 (updated in 2001), as a contributing site to the East and West Potomac Parks Historic District. The National Register nomination identifies the district's period of significance as 1882-1997. The district is listed under National Register Criterion A for its significance in the areas of Architecture and Landscape Architecture. This cultural landscape inventory proposes that the East Potomac Park Golf Course cultural landscape is individually eligible under National Register Criterion A in the areas of Recreation and Ethnic (Black) Heritage, in recognition of the cultural landscape's role in the development of public recreational facilities in Washington, DC in the early 20th century, as well as its significance in the desegregation of federally-owned golf courses. This cultural landscape inventory proposes that the period of significance for the cultural landscape should be specified as 1917-1941. The proposed period of significance for this cultural landscape begins in 1917, with the construction of the Blue Course's original nine holes, and extends through 1941, by which time the three original courses, totaling 36 holes, and the associated miniature golf course were complete, and the course was desegregated.

ANALYSIS AND EVALUATION SUMMARY AND CONDITION

This cultural landscape inventory finds that East Potomac Park Golf Course cultural landscape retains integrity from its period of significance (1917-1941). The landscape retains most of the significant features associated with land use, topography, views and vistas, vegetation patterns, buildings and structures, spatial organization, and circulation from its period of significance. It does not retain any contributing small-scale features from its period of significance.

The landscape displays six of the seven aspects that determine integrity, as defined by the National Register of Historic Places (location, setting, design, materials, feeling, and association), through the retention of significant landscape characteristics and features. The location of the East Potomac Park Golf Course is unchanged since the period of significance. The course's setting, between the Potomac River and Washington Channel, within easy distance of downtown Washington, is likewise unchanged. The layouts of all three courses at East Potomac Park have been substantially altered since the end of the period of significance, but the overall landscape retains nearly all of the essential features present during that period that make it identifiable as a public golf course, designed during the early 20th century. Although many of the landscape's original materials have been replaced since 1941 (as is

typical of active recreational and golf landscapes), many of these were replaced in kind and some of the course's original plantings, as well as the structural materials of the course's fieldhouse wings, date to the period of significance. The integrity of all four of these aspects (location, setting, design and materials) as well as East Potomac's continued operation as a public golf course since its opening in 1920, contribute to the continued integrity of feeling and association.

**Site Plan**




*Project Boundary for East Potomac Park Golf Course Cultural Landscape Inventory. (2017 Google map image)*

## Property Level and CLI Numbers

**Inventory Unit Name:** East Potomac Golf Course

**CLI Identification Number:** 975994

**Parent Landscape:** 600105

## Park Information

**Park Name and Alpha Code:** National Mall & Memorial Parks - East Potomac Park - NAMA

**Park Organization Code:** 3494

**Subunit/District Name Alpha Code:** National Mall & Memorial Parks - East Potomac Park - NAMA

**Park Administrative Unit:** National Capital Parks-Central

# Concurrence Status

**Inventory Status:** Complete

**Completion Status Explanatory Narrative:**

This Cultural Landscape Inventory was completed by Shannon Garrison and Molly Lester, Research Associates, University of Pennsylvania. This cultural landscape inventory was researched and written as part of a project to document National Park Service-owned golf courses in Washington, DC. The work of Patti Kuhn Babin, NPS Cultural Resource Specialist, National Capital Region, was integral to the completion of the East Potomac Park Golf Course cultural landscape inventory. Her Historic Resource Study (HRS), "Links to the Past: A Historic Resource Study of National Park Service Golf Courses in Washington, DC," provided the basis for much of the historic information included in this cultural landscape inventory. In addition to the HRS, primary and secondary source material from within the National Park Service and local repositories were consulted and are listed in the bibliography. Additional assistance was provided by: Daniel Weldon, Cultural Resource Specialist, National Capital Region, National Park Service; Maureen Joseph, Regional Historical Landscape Architect, National Capital Region, National Park Service; Michael Commisso, Cultural Resources Program Manager, National Capital Region, National Park Service; Michael W. Stachowicz, Turf Management Specialist, National Mall and Memorial Parks, National Park Service; Catherine Dewey, Chief of Resource Management, National Mall and Memorial Parks, National Park Service; Randall Mason, Associate Professor and Chair, Historic Preservation, University of Pennsylvania; Michael Fichman, GIS Research Associate, University of Pennsylvania; Ty Richardson, Cultural Landscapes Intern, University of Pennsylvania; and Mikayla Raymond, Cultural Landscapes Intern, University of Pennsylvania.

**Concurrence Status:**

**Park Superintendent Concurrence:** Yes

**Park Superintendent Date of Concurrence:** 07/20/2017

**National Register Concurrence:** Eligible -- SHPO Consensus Determination

**National Register Concurrence Narrative:**

The Historic Preservation Officer for the District of Columbia concurred with the findings of the East Potomac Park Golf Course Cultural Landscape Inventory on INSERT DATE, in accordance with Section 110 of the National Historic Preservation Act. It should be noted that the Date of Eligibility Determination refers to this Section 110 Concurrence and not the date of National Register Eligibility, since that is not the purview of the Cultural Landscape Inventory.

**Concurrence Graphic Information:**

**Statement of Concurrence**
**East Potomac Park Golf Course Cultural Landscape Inventory**

The preparation of this CLI for East Potomac Park is part of the National Park Service's efforts to update cultural resource inventories, as required by Section 110 of the National Historic Preservation Act.

- The D.C. State Historic Preservation Officer (DC SHPO) concurs with the overall findings of the East Potomac Park Golf Course Cultural Landscape, including its proposed Period of Significance of 1917-1941 which reflects the Golf Course's growth from an initial nine-hole course, to its expansion and desegregation in 1941.
- However, the DC SHPO notes that East Potomac Park Golf Course is a contributing resource of the East and West Potomac Parks Historic District whose Period of Significance extends from 1882-1997. Therefore, the DC SHPO may consider both Periods of Significance when evaluating the effects of future undertakings on the Golf Course and the larger historic district.

[signature] 7/13/2017

David Maloney
DC State Historic Preservation Officer

Date

Memorandum:

To: Regional Landscape Architect, National Capital Region

From: Superintendent, National Mall and Memorial Parks

Subject: Statement of Concurrence, East Potomac Park Golf Course Cultural Landscape Inventory

I, Gay Vietzke, Superintendent of National Mall and Memorial Parks, concur with the findings of the East Potomac Park Golf Course Cultural Landscape Inventory for, including the following specific components:

MANAGEMENT CATEGORY: Must be Preserved and Maintained

CONDITION ASSESSMENT: Fair

**Good:** indicates the inventory unit shows no clear evidence of major negative disturbance and deterioration by natural and/or human forces. The inventory unit's cultural and natural values are as well preserved as can be expected under the given environmental conditions. No immediate corrective action is required to maintain its current condition.

**Fair:** indicates the inventory unit shows clear evidence of minor disturbances and deterioration by natural and/or human forces, and some degree of corrective action is needed within 3-5 years to prevent further harm to its cultural and/or natural values. If left to continue without the appropriate corrective action, the cumulative effect of the deterioration of many of the character defining elements will cause the inventory unit to degrade to a poor condition.

**Poor:** indicates the inventory unit shows clear evidence of major disturbance and rapid deterioration by natural and/or human forces. Immediate corrective action is required to protect and preserve the remaining historical and natural values.

The Cultural Landscapes Inventory for the East Potomac Park Golf Course is hereby approved and accepted.

Superintendent, National Mall and Memorial Parks — Date: July 20, 2017

*Superintendent Concurrence for the findings of the East Potomac Golf Course CLI. Original signature was received on July 20th, 2017.*