# EXHIBIT D

National Park Service
U.S. Department of the Interior

National Capital Region
Washington, DC







*Cultural Landscape Report*

# National Park Service Golf Courses in the District of Columbia East Potomac Park, Langston, and Rock Creek: Treatment Guidelines

June 2019

Resource Stewardship and Science
Division of Cultural Resources, National Capital Region

*CULTURAL LANDSCAPE REPORT*

# NATIONAL PARK SERVICE
# GOLF COURSES IN THE DISTRICT OF COLUMBIA
# EAST POTOMAC PARK, LANGSTON, AND ROCK CREEK:
# TREATMENT GUIDELINES







PROJECT SCOPE ❖ HISTORICAL OVERVIEW ❖ NATIONAL REGISTER STATUS ❖ ANALYSIS AND EVALUATION ❖ TREATMENT

***Prepared by:***

Maureen D. Joseph

Michael Commisso
H. Eliot Foulds
Michael W. Stachowicz
Daniel T. Weldon

U.S. Department of the Interior • National Park Service • National Capital Region • Resource Stewardship and Science • Washington, D.C.

2019

As the Nations's principal conservation agency, the Department of the Interior has responsibility for most of our nationally–owned public lands and natural resources. This includes fostering sound use of our land and water resources; protecting our fish, wildlife, and biological diversity; preserving the environmental and cultural values of our national parks and historical places; and providing for the enjoyment of life through outdoor recreation. The Department assesses our energy and mineral resources and works to ensure that their development is in the best interests of all our people by encouraging stewardship and citizen participation in their care. The Department also has a major responsibility for American Indian reservation communities and for people who live in island territories under U.S. administration.

U.S. Department of the Interior
National Park Service
Resource Stewardship and Science
Washington, D.C.

NPS Document Number: NCRO 800 151975

Publication Credits: Graphics from sources other than federal repositories may not be reproduced without the permission of the owners noted in the captions. Other information in this publication may be copied and used with the condition that full credit be given to the authors and publisher. Appropriate citations and bibliographic credits should be made for each use. Please cite this publication as: "Joseph, Maureen D., Michael Commisso, H. Eliot Foulds, Michael W. Stachowicz, and Daniel T. Weldon. *National Park Service Golf Courses in the District of Columbia East Potomac Park, Langston, and Rock Creek: Treatment Guidelines Cultural Landscape Report*. Washington, D.C.: National Park Service, U.S. Department of the Interior, 2019."

**Cover and Title Page:** (left to right) Looking towards the Washington Monument from East Potomac Park Golf Course, 2017 (NPS); Historic trees along Langston Golf Course fairway, 2017 (University of Pennsylvania); view of Rock Creek Golf Course along the front nine, 2018 (NPS).



# CHAPTER 1: INTRODUCTION

Section cover: *Travis, Walter. Playing Golf.* (Between 1909 and 1914) (Library of Congress–*LC–H261–1294 [P&P]*)

# INTRODUCTION

## MANAGEMENT SUMMARY

The purpose of this Cultural Landscape Report (CLR) is to provide treatment guidelines for the three National Park Service (NPS) golf courses under its management control in Washington, D.C.: East Potomac Park, Langston, and Rock Creek Golf Courses. This Cultural Landscape Report builds upon other documents that address the historic golf courses including the 2017 *Historic Resource Study* (HRS) and the three cultural landscape inventories (CLI) for *East Potomac Park Golf Course, Langston Golf Course,* and *Rock Creek Golf Course*.

CLRs are the primary guide for the treatment and use of historic landscapes. A CLR documents and evaluates the landscape characteristics, materials, and qualities that make a landscape eligible for the National Register. It analyzes the development and evolution of the landscape, including modifications, materials, geographical context, and use in all periods.

Typically a CLR contains treatment alternatives, however for this report, **treatment guidelines** are included instead, to provide responsible management direction for on–going maintenance and future modifications to the courses while preserving their historic character. While the NPS acknowledges that changes might be necessary to make repairs and/or to accommodate modern playing standards, these treatment guidelines have been developed to support modernization that is consistent with the original design intent for each course.

## PROJECT SCOPE AND PURPOSE OF THE CULTURAL LANDSCAPE REPORT

### ORGANIZATION

An internal NPS working group was selected to facilitate the development of a broad set of treatment guidelines, alternatives within a streamlined version of a Cultural Landscape Report (CLR) rather than specific treatment. In October 2018, the team met for a two–day workshop, with the primary objective of drafting general treatment guidelines for the golf courses and then preparing site specific treatment guidelines. The team visited the three courses, discussed the management issues, drafted overarching recommendations, and then prepared broad statements related to the past, present, and future conditions for each

course. Information from a two–day workshop was generated and a core working group then used the information to prepare this streamlined CLR.

This document follows the typical organization structure of a Cultural Landscape Report. The ***Introduction*** includes management summary, project scope and purpose, terminology, historical overview, National Register summary, and analysis and evaluation sections. The next chapter ***Treatment***, is the main focus of this report, which includes information about the treatment framework that sets the requirements according to applicable laws, executive orders, regulations, directives, policies, and standards; then a broad set of management issues and general recommendations are discussed; and lastly site specific recommended guidelines. The ***Appendices*** include relevant reference information from other sources that supports the recommended guidelines.

### METHODOLOGY

The team relied extensively on the research and analysis and evaluation prepared by Patricia Babin in *Links to the Past: A Historic Resource Study of National Park Service Golf Courses in the District of Columbia* (2017) and the three cultural landscape inventories prepared by the University of Pennsylvania in 2017 for *East Potomac Park Golf Course*, *Langston Golf Course*, and *Rock Creek Golf Course*.

### INDUSTRY GOLF COURSE MAINTENANCE STANDARDS

The team relied extensively on best management practices, prepared by golf specialists within the industry and at the federal, state, and local level, to provide direction for the development of the guidelines. The most relevant standards are referenced in the ***Treatment Framework*** section and ***Appendices*** of this CLR.

### EXPERTISE OF TEAM MEMBERS

The cultural landscape report team comprises NPS professionals from the three representative parks where the golf courses are located and from the National Capital and Northeast regional offices. The internal NPS working group is composed of key personnel in facility management, resource management, commercial services, planning, and design. The team members provided their perspective on the cultural and natural resources, facility management constraints and needs, administrative objectives, golf course operations, and the compliance process.

#### List of Working Group Participants

- National Capital Regional Office (NCRO)—Tom Gwaltney (GIS Mapping), Joel Gorder (NEPA Compliance), ***Maureen D. Joseph**** (Cultural Landscapes), James Pieper (Natural Resources), Chad Tinney (Commer-

cial Services), Joshua Torres (former Rock Creek Park Cultural Resources), ***Daniel T. Weldon***** (Cultural Landscapes)

- National Capital Parks East (NACE)—***Michael Commisso***** (Resource Management & Cultural Landscapes)
- National Mall and Memorial Parks (NAMA)—Catherine Dewey (Resource Management), Jeffery Gowen (Facility Management), ***Michael W. Stachowicz***** (Facility Management & Golf Course Operations)
- Rock Creek Park (ROCR)—Nick Bartolomeo (Resource Management), Donald Kirk (Facility Management)
- Northeast Regional Office (NERO)—***H. Eliot Foulds***** (Cultural Landscapes)

* *Serves as project lead and official POC for CLR*

** *Key working group participants*

## EXISTING MAPPING

The team relied on various mapping datasets, historic plans and photos, and recent inventory surveys to prepare the existing conditions maps and the historic period plans included in this report. They include recent Light Detection and Ranging (LIDAR) data for the District of Columbia, Cultural Landscape Inventory surveys, Commercial Services Computer–aided Design (CAD) survey dataset, NPS and Washington, D.C., Geographic Information Systems (GIS) datasets, and historic aerial photographs. The following are a specific list of sources that were used to prepare graphics:

### Existing Conditions Maps

- ESRI Hillshade and Topo
- NatureServe Hypsography (2010)
- University of Pennsylvania Cultural Landscape Inventory Surveys (2016)
- District of Columbia GIS Roads (2019)

### Historic Period Plans

- Library of Congress aerial photographs (1927, 1949)
- Library of Congress–Map of Rock Creek (1927)
- USGS Imagery (1957)
- CLI Surveys (2016)
- District of Columbia GIS Roads (2019)

## TERMINOLOGY

This document relies on terminology used by both the golfing community and the NPS Cultural Landscape Program in order to describe landscape features or aspects of the character of the three golf courses. Historic and current place

names are capitalized throughout the document and are informed by several different sources including plans, drawings, correspondence and official reports. More generic descriptors or terms are not capitalized or italicized in the document. The brief description of terms is not expansive, but a more in–depth reference is provided in ***Appendix I: Glossary*** on page 259.

**Golfing terms**

Each hole of a course is composed of three principal components: the *tee*, *green*, and *fairway*. The *tee*, or the *tee box*, is the starting point of play for the hole. From this location, players hit the ball down the *fairway*, or the expanse of grasses that connects the *tee* to the *green*. The *green* is the smooth grassy area at the end of the fairway that contains the hole or the target of play. Along the course of play, *hazards* exist in order to challenge players by creating obstacles between the tee and the green. Hazards can include vegetation, water, or a *bunker*—a depression or basin usually made of sand or turf. The holes of a course are defined by *turf* or grass specifically developed to serve as a playing surface. Scattered throughout the course are *site furnishings*, such as rain shelters, benches, and ball cleaners that enhance the player's experience.

**Administrative Names**

*East Potomac Park Golf Course* is a links–style golf course located in Southwest Washington, D.C. The overall course consists of three separate golf courses and is bound by Buckeye Drive SW, along its northern boundary and Ohio Drive SW, on the remaining sides. The course is located within *East Potomac Park*, or the portion of land associated with Hains Point south of the 14th Street Bridge. The origins of East Potomac Park can be traced to the reclamation efforts of the Army Corps of Engineers during the 1880s through the early 1900s. With the completion of the reclamation project, recreational facilities, including the golf course, were constructed in order to provide amenities to the citizens of Washington, D.C., in keeping with national civic trends. The first nine holes of the course opened in 1918, with the course further expanded in the subsequent decades. Around 1920, two *fieldhouse* wings were constructed to serve golf course operations. The naming convention at East Potomac Park—*fieldhouse* as opposed to *clubhouse*—is based on the original design documents.

The current *Blue Course* historically was known as the *B–D Course* and consists of eighteen holes that were designed by Walter Travis to be played in a reversible manner. His protégé, William Flynn, designed the *E–F Course*, or the current *White Course*, north of the fieldhouse in a similar reversible manner. In the 1930s, the *G Course*, or modern *Red Course*, was installed south of the fieldhouse in order to accommodate more golfers at the ever popular course. The *National*

*Mall and Memorial Parks*, or NAMA, is the overarching NPS administrative unit responsible for the management of the course.

The popularity of East Potomac Park Golf Course led to the construction of *Rock Creek Golf Course* in 1921. The eighteen–hole parkland–style course is located in Northwest Washington, D.C., and is bound by 16th Street to the east, Joyce and Military Roads to the south, and Rock Creek Park to the west and the north. The course was constructed on two former farm sites that overlooked Rock Creek. One of the existing farmhouses was converted for use as a *clubhouse*. The course first opened to the public in 1921 and was further expanded in 1927. The golf course is administered by *Rock Creek Park*, or ROCR, a unit of the NPS.

Similar to the East Potomac Park Golf Course, the origins of *Langston Golf Course* are tied to reclamation efforts in the District of Columbia and the conversion of the land to recreational use. Langston Golf Course is an eighteen–hole parkland–style course located in Northeast Washington, D.C., on the western bank of the Anacostia River. The course was originally constructed in 1939 to provided facilities for African American players within Washington, D.C., during the segregation era. A *clubhouse* was constructed at the course around 1952. The course is contained within *National Capital Parks–East*, or NACE, an administrative unit of the NPS.

Prior to the transfer of authority to the NPS in 1933, the *Office of Public Buildings and Grounds*, or OPBG, was responsible for the development, construction, alteration, operations, and maintenance of public buildings and ground within Washington, D.C., including East Potomac Park and Rock Creek Golf Courses. The OPBG was a division within the United States War Department.

**Cultural Landscape Terms**

Cultural landscape practitioners commonly use these terms to describe and classify landscape features.

A feature that is classified as a *contributing resource* is a character–defining resource that is essential to the understanding of the study area. A contributing resource helps convey the significance of a place—why that particular place matters.

Regarding the golf courses, the most prevalent landscape feature is *vegetation*. The term is used to encompass trees, vines, shrubs, grasses, and flowering plants. *Vegetation* can be intentionally planted, such is the case with certain turf varietals or trees, or can be naturally occurring. *Vegetation* can be considered *invasive* if it is not endemic to the region and is outcompeting native species.

*Circulation* references the route or routes used by pedestrians or vehicles to move through the cultural landscape and includes paths, sidewalks, roads, and trails.

*Buildings and Structures* are three–dimensional objects that provide shelter for human habitation or occupation and are composed of structural systems in order to remain erect. This landscape feature class can include both designed and engineered features. Clubhouses are the most obvious example included in this report. Deviating from the traditional definition of the term, this report has classified the individual golf courses as a structure, due to the complex set of systems necessary to create the feature.

Changes in elevation, whether soft and undulating, or dramatic and steep are included in the discussion of the term *topography*. At East Potomac Park, the topography is relatively flat with the highest point a few feet above sea level, whereas at Rock Creek Park, the topography has much more dramatic elevation changes.

The layout and organization of a cultural landscape is the *spatial arrangement* of a course.

A *view* or *vista* is a vantage from one location to another. A *view* can be planned or occur by happenstance. However, a *vista* is a planned and intentionally maintained architectural element that draws attention to a particular landscape feature. A maintained fairway corridor from the tee to the green is an example of a vista that has emerged because of the nature of golf course design.

## ANALYSIS AND EVALUATION SUMMARY

The following analysis and evaluation summaries are based on the research presented by Patricia Babin in the *Links to the Past: A Historic Resource Study of National Park Service Golf Courses in the District of Columbia* (Nov 2017), as well as the *East Potomac Park Golf Course Cultural Landscape Inventory* (2017), *Langston Golf Course Cultural Landscape Inventory* (2017), and the *Rock Creek Park Golf Course Cultural Landscape Inventory* (2017) by the University of Pennsylvania. For a more in–depth discussion of the particular landscape features of each golf course, the reader is encouraged to review the reference tables located at the end of each golf course's section.

Integrity is the ability of a property to convey its historic identity or the extent to which a property evokes its appearance during a particular historic period, specifically the period of significance. While the evaluation of integrity can be subjective, it must be grounded in an understanding of a property's physical features and how they are related to the cultural landscape's significance. The National Register program identifies seven aspects of integrity that include location, design, setting, materials, workmanship, feeling, and association. Retention of these qualities is essential for a property to convey its significance, however all seven qualities of integrity do not need to be present in order to convey a sense of time and place. The narratives that follow will review the integrity of each cultural landscape individually and discuss the integrity of the cultural landscapes in broad terms. For a more in–depth review of the integrity and contribution status of individual landscape features, the reader is encouraged to look at the previously completed Cultural Landscape Inventories (CLIs) referenced above.

### EAST POTOMAC PARK GOLF COURSE INTEGRITY

The following analysis and evaluation summaries are based on the research presented by Patricia Babin in the *Links to the Past: A Historic Resource Study of National Park Service Golf Courses in the District of Columbia* (Nov 2017), as well as the *East Potomac Park Golf Course CLI* (2017) by the University of Pennsylvania.

#### Location

Location refers to the place where the cultural landscape was constructed or where the historic event occurred. The East Potomac Park Golf Course occupies its historic location. However, the overall size of the course has been reduced since the period of significance due to the construction of other recreation facilities (tennis courts), a federal office space (NPS NCR Regional Office and the introduction of Buckeye Drive SW, along the northern edge). It should be noted

that the fieldhouse wings and the miniature golf course remain in their original locations.

*Evaluation*: The East Potomac Park Golf Course retains integrity of location.

**Design**

Design is the combination of elements that create the form, plan, space, structure, and style of a cultural landscape or a property. With regard to golf courses in general, modifications are an inherent part of their life cycle. As a result, this analysis will focus on the overall design of East Potomac Golf Course rather than focus on the design of the individual courses, following the example established in the CLI. This is to say that the individual designs of the courses have been modified in order to accommodate changing trends and tastes in the sport of golf. Hazards have shifted location or were removed entirely, the routing of courses has been modified, the placement of fairways and holes has shifted to accommodate the driving ranges, trees were introduced along the fairway corridors, and cart paths and social trails have developed and disappeared. However, the overall design and layout of East Potomac Park Golf Course corresponds to the overall form of the course from the period of significance and recalls the cultural landscape's history as a 20th century public, links–style golf course. It should be noted that the miniature golf course exists in the same design as was present during the period of significance. A review of the hole and fairway structures matches the plans and images of the course from the 1940s. However, the hazards associated with the holes have not survived to the present day. Essential landscape features to the discussion of design integrity at East Potomac Park Golf Course include but are not limited to: the presence of three golf courses with a total of thirty–six holes of play; the accommodation of three different player skills sets; open, relatively flat fairways largely open and lined by few trees; a centrally-located fieldhouse that serves as the beginning and ending point for play on all three courses; and the miniature golf course that was constructed in the 1930s.

*Evaluation*: The East Potomac Park Golf Course retains integrity of design.

**Setting**

Setting is the physical environment of a cultural landscape or historic property. During the period of significance, the East Potomac Park Golf Course was planned as a part of a larger recreational component of East Potomac Park. The development occurred on Hains Point, a reclaimed piece of land bounded by the Potomac River on the west and the Washington Channel on the east. The course's connection to the water remains evident today. As the location is south of the monumental core, views to the various monuments and memorials are

seen throughout the course. Additional Washington, D.C., landmarks, such as the United States Capitol, the Old Post Office Tower, and the National War College are visible in the cultural landscape, as they were during the period of significance.

*Evaluation*: The East Potomac Park Golf Course retains integrity of setting.

**Materials**

Materials are the physical elements of a particular period, including construction materials, paving, plants, and other landscape features. As is to be expected, many of the original vegetative materials from the period of significance have been replaced. Turf grasses associated with fairways, greens, and holes are routinely replaced each season. We know that during the period of significance that, with the support of Dr. Walter Harban, Dr. Russell Oakley, and Dr. Charles Piper, Walter Travis recommended experimenting with varieties of bent grass and greens for the course. In the subsequent decades, the materials were often replaced in–kind with examples still present today.

Beyond the discussion of grass varieties, other vegetative materials, specifically trees, have survived to the present day from the period of significance. Informed by historical research, some trees that were present on the Hains Point prior to the construction of the courses were incorporated into the design of fairways. Cherry trees that predated the golf course were integrated into Flynn's design of the White Course. In 1939, the CCC engaged in a paired planting effort of cedar trees along the fairways of the Blue Course, placing the paired trees a set distance from the greens. These pairs of trees exist today, however, they do not conform to the original design intent of the course.

In a discussion of the material integrity at East Potomac Park, one would be remiss to not mention the fieldhouse wings. The buildings were constructed with the unique Earley–process concrete, prescribed by architect Horace Peaslee Jr., and remain to the present day.

*Evaluation*: The East Potomac Park Golf Course retains integrity of materials.

**Workmanship**

Workmanship includes the physical evidence of the crafts of a particular period. With successive modifications to the overall course, integrity of workmanship has gradually eroded at East Potomac Park Golf Course. Travis's original design of the course included unique "humps and hollows" hazards and afforded players the option of reversible play. Remnants of these techniques remain visible in the cultural landscape today. The Blue and Red Courses were completely

reconstructed in 1950, causing the loss of design and workmanship integrity for these courses. However, it should be noted that the fieldhouse wings exhibit integrity of workmanship due to the retention and condition of the Earley–process concrete.

*Evaluation*: East Potomac Park Golf Course does not retain integrity of workmanship.

**Feeling**

Feeling is a property's expression of the aesthetic or historic sense of a particular period. During the period of significance, East Potomac Park Golf Course was a public links–style course enjoyed by the citizens of Washington, D.C. However, changes have occurred to the cultural landscape. The addition of trees to the links–style Blue Course has impacted the feeling of Travis's original design as the fairways no longer have open, unobstructed corridors. Further plantings, the addition of the driving range, and the introduction of Buckeye Drive SW in the northern portion of the property have affected the feeling of the Red and White Courses as well. As a result of these changes, the routing and overall composition of all the courses have changed in order to have three playable courses contained within a shrinking footprint. However, East Potomac Park Golf Course remains a public golf facility, consisting of three courses that accommodate three different skill sets. It remains an egalitarian institution within the city of Washington, D.C., as originally intended. Elements such as the historic fieldhouse wings help to recall the historic character of the cultural landscape from the period of significance.

*Evaluation*: East Potomac Park Golf Course retains integrity of feeling.

**Association**

Association is the direct link between an important historic event or person and a historic property. East Potomac Park Golf Course is associated with the public recreation movement in Washington, D.C., and specifically the development of public golf within the District. During the period of significance, three separate golf courses where constructed for players of varying skills sets to play the game. At the time of the publication of this report, the East Potomac Park Golf Course has operated almost continually for 100 years.

*Evaluation*: East Potomac Park Golf Course retains integrity of association.

**Table 2. Cultural Landscape Evaluation for East Potomac Park Golf Course.**

### LAND USE

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Continual use as a public golf course** | Contributing | The first nine holes of the East Potomac Golf Course were designed by Walter Travis with construction occurring after 1917, prior to the opening of the course in 1920. Subsequent modifications to the overall course occurred in 1923 with the expansion of the original nine holes to a full eighteen-hole course, the addition of a second course in 1925, and a third course in 1930. Modifications and redesigns were necessary to accommodate trends in golf and changes to the foot print of the course. Despite redesigns, East Potomac Park Golf Course has remained a public golf course in Washington, D.C., to the present day. The land use of the golf course retains integrity of location, design, feeling, association, setting, and materials. The continual land use of the feature is a character–defining feature of the course. | N/A | N/A | N/A |

** Character–defining feature

### TOPOGRAPHY

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Flat topography | Contributing | The topography of the golf course is relatively flat and engineered, as the course was constructed on top of a reclamation project. The change in topography of the course ranges from 1.5 feet above sea level at the lowest point to sixteen feet above sea level at the highest point. The topography of the golf course generally contains integrity of location, design, feeling, setting, association, and materials. The topography contributes to the overall character of the cultural landscape. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### SPATIAL ORGANIZATION

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Arrangement of the cultural landscape in relation to Washington Channel and Potomac River | Contributing | Hains Point, the site of the cultural landscape, is the result of a multi–decade reclamation effort of the Potomac River tidal flats by the Army Corps of Engineers. As a result, the island is bound by the Potomac River on the west and the Washington Channel on the east. The placement of the cultural landscape within this setting helped to inspire Walter Travis to design a links–style golf course. The arrangement of the cultural landscape retains integrity of location, design, feeling, setting, association, and materials. The arrangement contributes to the overall character of the cultural landscape. | N/A | N/A | N/A |
| Fieldhouse wings as anchor at eastern edge of cultural landscape** | Contributing | Designed by Peaslee, the fieldhouse wings have consistently served as the physical and visual anchor of the course since their construction. The wings serve as the starting and concluding points of play for all three courses. The buildings are located in the eastern edge of the cultural landscape. The fieldhouse wings retain integrity of location, design, feeling, association, setting, workmanship, and materials. These structures contribute to the overall character of the cultural landscape. | N/A | N/A | N/A |
| General layout and adjacency of multiple courses** | Contributing | While originally planned as a single reversible course, due to popularity, East Potomac Park Golf Course was soon expanded. By 1931, three different courses, appealing to different skill sets were present in the cultural landscape. In ensuing decades, modifications were made to the courses in order to accommodate a driving range, a reduced foot print, and the introduction of Buckeye Drive SW. Despite the changes to the design, three courses have remained. The layout of the course generally retains integrity of location, design, setting, feeling, association, and materials. The manifestation of this concept contributes to the overall character of East Potomac Park Golf Course cultural landscape. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### SPATIAL ORGANIZATION (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Blue Course spatial organization** | Contributing | The Blue Course, located south of the fieldhouse wings, consists of eighteen holes located on the southwest portion of the peninsula. The course is divided into two self contained nine-hole units that begin at the clubhouse, progress south prior to turning north, and conclude at the fieldhouse. The design for the course originated with Travis' original reversible concept. This design included "humps and hollows" bunkers or hazards, with no trees, recalling the links–style antecedents of the course. In subsequent decades, trees were added along the fairways, impacting the spatial organization of the course, but not diminishing its integrity. The spatial organization of the course generally retains integrity of location, design, setting, feeling, association, and materials. The spatial organization of the Blue Course contributes to the overall character of the East Potomac Park Golf Course cultural landscape. | N/A | N/A | N/A |
| White Course spatial organization | Non–contributing | The White Course is a nine-hole course constructed north of the fieldhouse wings. The spatial organization of the course post–dates the period of significance. Play of the course is generally aligned to the north and south with the direction of the holes alternating throughout the progression of play. The spatial organization does not retain integrity and is not a contributing resource of the golf course. | N/A | N/A | N/A |
| Red Course spatial organization | Non–contributing | The Red Course is located east of the Blue Course and consists of nine holes with three practice holes. Holes alternate between a north and south orientation. The spatial organization of the course does not retain integrity to the period of significance. The spatial organization for the course does not contribute to the overall character of the golf course. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**CIRCULATION**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Blue Course progression of play ** | Contributing | Play begins at Hole 1 and continues south to Hole 4. From Hole 4, the progression of play continues north to Hole 9. From Hole 9, the progression of play continues west to Hole 10, where play continues north to Hole 11. Play continues south through to Hole 14 prior to turning north and concluding at Hole 18. The circulation of the Blue Course reflects the proposal of Travis and retains integrity of location, design, materials, feeling, association, and setting. The progression of play of the course contributes to the overall character of the cultural landscape. | N/A | N/A | N/A |
| White Course progression of play | Non–contributing | Play begins at Hole 1 and continues west to Hole 2, which is oriented to the north. Hole 3 is located southeast of Hole 2. Hole 4 is oriented northwest, with Hole 5 and Hole 6 oriented to the east. Hole 7 is located perpendicular and south of Hole 6. Progression of play continues north to Hole 8 prior to redirecting south to Hole 9. The circulation of the White Course post–dates the period of significance and does not contribute to the character of the golf course. | N/A | N/A | N/A |
| Red Course progression of play | Non–contributing | The Red Course is located to the east of the Blue Course. The progression of play begins at Hole 1 and continues south through to Hole 4. From this point, play continues north of Hole 6 prior to turning south to Hole 7. Play progresses north to Hole 8 and Hole 9. Unlike the other courses, this course contains three practice holes. Practice Hole 1 is oriented to the south and is due north of Hole 8. Practice Holes 2 and 3 are oriented towards the north and are north of Practice Hole 1. The circulation of the Red Course post–dates the period of significance and therefore does not contribute to the character of the golf course. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

## CIRCULATION (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Social trails and sidewalks around fieldhouse wings, driving range, and practice putting greens | Non–contributing | Present since 1917, social trails have occurred due to a lack of formal planning of circulation systems (both for pedestrians and golf carts) in portions of the cultural landscape. These paths develop and disappear at varying frequencies. This condition has persisted to the present day. Attempts to address the matter occurred in the 1990s with the placement of sidewalks during the development of the new Driving Range. The social trails do not contribute to the character of the cultural landscape. | N/A | N/A | N/A |
| Main parking lot (north section) | Non–contributing | The parking lot is located north of the access drive in the eastern portion of the cultural landscape and has been enlarged since the period of significance. The feature retains integrity of location, association, and feeling, however, it is not a character–defining feature of the golf course. | Location | 98093 | N/A |
| Main parking lot (south section) | Non–contributing | The parking lot is located south of the access drive in the eastern portion of the cultural landscape. The feature has been expanded since the period of significance. The parking lot does not contribute to the character of the golf course. | Location | 98093 | N/A |
| Main access driveway from Ohio Drive SE | Non–contributing | The main access driveway is located on the eastern edge of cultural landscape boundary. Access is provided from Ohio Drive SW. A parking lot is located to the north and south of the drive. The existing drive was added with the most recent expansion of the parking lot. The feature does not contribute to the character of the golf course. | Location | 98093 | N/A |
| Secondary parking lot (north of west fieldhouse wing / U.S. Park Police District 1 Substation) and access driveway | Non–contributing | Installed in the cultural landscape between 1970 and 1983, the feature is paved with demarcated stalls and accessed via a paved entrance drive connecting from Ohio Drive. The parking lot is located north of the fieldhouse wings. The feature does not contribute to the character of the cultural landscape. | Location | 98093 | N/A |

**** Character–defining feature**

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**CIRCULATION (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Maintenance area parking lot, vehicular circulation, and access driveway | Non–contributing | Informally designed circulation feature that developed during the 1970s and 1980s. It is unpaved and unstriped and accessed via an unpaved driveway. The feature does not contribute to the character of the cultural landscape. | Location | 98093 | N/A |
| Social trails and cart paths throughout courses | Non–contributing | Social trails vary in width, materials, and length and are not formally designed. The features developed shortly after the opening of the course and are the result of the lack of planning. The features emerge and disappear over time. These do not contribute to the character of the cultural landscape. | Asset | N/A | 1567099 |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### BUILDINGS AND STRUCTURES

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Three separate golf courses at East Potomac Park, totaling 36 holes ** | Contributing | By 1930, East Potomac Park Golf Course consisted of three separate golf courses, one eighteen-hole course (Blue) and two nine–hole courses (White + Red) centered around the fieldhouse wings. While the design of the individual courses has changed to address current needs and trends, the overall design and concept of having three has remained consistent. The presence of three courses has integrity of location, feeling, setting, association, material, and design. This is a character–defining feature of the golf course. | N/A | N/A | N/A |
| Blue Course layout | Contributing | The Blue Course was originally designed by Walter J. Travis in 1917 as links–style course. The course featured ten holes, laid out in a reversible manner, with play progressing down (south) the peninsula and returning (north) to the fieldhouse wings. The course was characterized by undulating greens that merged into fairways with hazards, including sand traps in a form known as humps and hollows, strategically scattered about. In 1922, the back nine were constructed in a similar layout of play. The reversibility of the course afforded golfers variety with 36 different holes of play. In 1934, the reversibility of the course was ended with the selection of one route of play and consisted of two nine–hole units. Additional modifications occurred during the 1940s to improve the condition of the course and respond to playability concerns. The course was redesigned by William Flynn in the 1950s with the course retaining design integrity to this proposal. The course retains integrity of location, materials, feeling, setting, and association. The layout of the course contributes to the overall character of the cultural landscape. | Assets | N/A | 1566775–Fairways; 156695–Tees; 1566973–Greens; 1567101–Bunkers |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**BUILDINGS AND STRUCTURES (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| White Course layout | Contributing | Designed by William Flynn in 1925, the White Course consisted of nine holes in a reversible layout in the links–style, and integrated the historic Japanese cherry tree grove into the design. The design contained fewer hazards than the earlier Travis course and was located to the west and north of the fieldhouse. Play began at the fieldhouse, progressing in a clockwise manner, then ending at the fieldhouse. Construction of the Red Course in 1930 prompted the removal of the reversible play element. The course was then played in a counterclockwise manner, but still began and ended at the fieldhouse. The course was rehabilitated in 1944, then further rehabilitated in 1956 to accommodate the driving range designed by William F. Gordon. At this time the course remained nine holes, located north of the fieldhouse, with play beginning at the fieldhouse wing and progressing in a relative counterclockwise fashion prior to concluding at the fieldhouse. The course was eliminated in 1983 and reinstalled in 1984, generally following Gordon's plan due to political backlash. This is evident at holes 1, 2, 3, 4, and 5. Four holes, 6, 7, 8,and 9 were reinstalled at a location similar to the location of holes from the 1925 plan. The course retains integrity of location, association, feeling, and setting. The course contributes to the overall character of the golf course. | Assets | N/A | 1566775–Fairways; 156695–Tees; 1566973–Greens; 1567101–Bunkers |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

## BUILDINGS AND STRUCTURES

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Red Course layout | Contributing | Originally installed in 1930, the Red Course (historic G Course) was routed north and south of the fieldhouse wings and located on the eastern edge of the cultural landscape. Play originated at the fieldhouse, progressed south in a counterclockwise manner and concluded at the fieldhouse at Hole 4. Play continued north at Hole 5 in a counterclockwise direction, concluding at Hole 9 and the fieldhouse wings. The construction of the tourist camp removed the 5 northern holes and forced the splitting of one of the southern holes into two. At this time, the red course consisted of only five holes. The course was redesigned by William F. Gordon Co. in 1950, restoring the course to 9 holes. In the early 1990s GCSI rehabilitated the course by shortening some of the holes and installing three practice holes. Holes 5, 6, 7, 8, and 9 were redesigned and re-routed as a result. The course retains integrity of location, settings, association, and feeling. The course is a character–defining feature of the course. | Assets | N/A | 1566775–Fairways; 156695–Tees; 1566973–Greens; 1567101–Bunkers |
| East fieldhouse wing | Contributing | An "L" shaped Neoclassical structure designed by Horace Peaslee and built from concrete aggregate made popular in Washington, D.C., by John Earley. The wing consists of Corinthian columned portico attached to the side of the structure. Retains original integrity, to the original design, location, feeling, association, materials, workmanship, and settings, but functions contained within the building have changed. The building contributes to the character of the golf course. | Location | 88692 | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**BUILDINGS AND STRUCTURES (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| West fieldhouse wing/U.S. Park Police District 1 Substation** | Contributing | An "L" shaped Neoclassical structure designed by local architect Horace Peaslee and constructed in a concrete aggregate form made popular by John Earley. The wing consists of Corinthian column portico attached to the sides of the structures. A central portion was intended to connect the two buildings, however, this was never realized. The structures retains original design, location, materials, workmanship, association, setting, and feeling. However, the functions contained within the buildings have changed with the accommodation of U.S. Park Police in the west fieldhouse wing. The fieldhouse wing retains integrity of location, design, workmanship, feeling, materials, association, and setting. The structures are character–defining features and contribute to the overall character of the cultural landscape. | Location | 14262 | N/A |
| Miniature Golf Course** | Contributing | Originally installed in 1931 east of the fieldhouse wings. The course was rehabilitated in 1949, and the layout was retained, but the holes were reconstructed. The eighteen-hole course was designed to be played in a counterclockwise fashion. None of the hazard structures retain integrity from the period of significance, with the exception of the wishing well structure sans roof. Overall, the course has integrity of location, design, setting, feeling, association, and materials. The feature contributes to the overall character of the cultural landscape. | Location | 98094 | N/A |
| Miniature Golf Course Ticket Booth Shed | Non–contributing | Installed in 1949, the feature post–dates the period of significance. The current ticket booth has a larger footprint than the original ticket shed. The feature does not contribute to the character of the golf course. | Location | 98094 | N/A |
| Driving range | Non–contributing | A driving range was first installed at the course in 1927, relocated in 1936, and rehabilitated in 1944. However, the current iteration of the driving range was only installed in 1994 and consists of 100 stalls. The feature post–dates the period of significance. | Asset | N/A | 1566992 |

**** Character–defining feature**

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### BUILDINGS AND STRUCTURES (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Practice putting green 1 (east of east fieldhouse wing) | Contributing | Originally installed in 1927 south of the east fieldhouse wing. The practice putting green retains integrity of location, association, feeling, and setting. The green has been slightly modified but retains an overall footprint of 150 feet by fifty feet. The feature is considered contributing to the character of the cultural landscape. | Asset | N/A | 1567130 |
| Practice putting green 2 (adjacent to practice putting green 1, northeast of east fieldhouse wing) | Non–contributing | While practice greens were associated with the Red Course, the features post–date period of significance. The green was installed by 1993 and is located northeast of Practice Putting Green 1. | Asset | N/A | 1567130 |
| Practice putting green 3 (adjacent to driving range) | Non–contributing | Post–dates period of significance. Constructed in 1994–1995 after the Driving Range was reconstructed. | Asset | N/A | 1567130 |
| Rain shelters throughout cultural landscape | Non–contributing | Post–dates period of significance. A form of rain shelter has been recorded at the course since 1927, with variations of the design recorded in 1934, and 1951. Currently nine rain shelters, of recent construction, are located in the cultural landscape. | Location | 98093 | N/A |
| Portable toilets and screens throughout cultural landscape | Non–contributing | Post–dates period of significance. Two structures were recorded on the Blue Course. | Location | 98093 | N/A |
| Primary maintenance building | Non–contributing | Post–dates period of significance. One of three recently constructed structures, the other two are the metal maintenance shed and the wood fuel / oil shed, that does not contribute to the integrity of the course. | Location | 98093 | N/A |
| Metal maintenance shed | Non–contributing | Post–dates period of significance. One of three recently constructed structures that does not contribute to the integrity of the course. | Location | 98093 | N/A |
| Metal maintenance shed | Non–contributing | Post–dates period of significance. One of three recently constructed structures that does not contribute to the integrity of the course. | Location | 98093 | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### BUILDINGS AND STRUCTURES (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Golf cart storage building | Non–contributing | Post–dates period of significance. Owned by the current concessionaire and will be removed at the end of the current contract. | Location | 98093 | N/A |
| Registration hut | Non–contributing | Post–dates period of significance. Owned by the current concessionaire and will be removed at the end of the current contract. | Location | 98093 | N/A |
| Management trailer | Non–contributing | Post–dates period of significance. Owned by the current concessionaire and will be removed at the end of the current contract. | Location | 98093 | N/A |

** Character–defining feature

### SMALL SCALE FEATURES

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Concrete drinking fountain by White Course Hole 2 | Non–contributing | The feature post–dates the period of significance and was not recorded until 1993. | Location | 98093 | N/A |
| Perimeter chain–link fencing around cultural landscape | Non–contributing | The perimeter chain–link fence was Installed in 1964 to distinguish the boundaries of the course from Ohio Drive. It surrounds the cultural landscape study area in its entirety. The feature post–dates the period of significance, and consists of a diamond chain-link pattern held up with regularly spaced metal poles. The feature does not contribute to the character of the golf course. | Asset | N/A | N/A |
| Parking lot and entrance driveway chain–link fencing | Non–contributing | The chain–link fence was installed by 1964 to distinguish the boundary of the parking lot and the courses. The fence replaced a fence originally installed in 1941. The fence has been modified with the different iterations of the parking lot composition. The fence does not contribute to the character of the cultural landscape. | Location | 98093 | N/A |
| Parking lot light stands | Non–contributing | The parking lot light stands were installed after the period of significance and changed with the various iterations of the parking lots. The features do not contribute to the character of the cultural landscape. | Location | 98093 | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### SMALL SCALE FEATURES (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Barrier around practice putting greens and fieldhouse planting beds | Non–contributing | The barrier was originally installed in 1944 to distinguish the borders of the course and the fieldhouse wings. The barriers consist of a chain pattern held up with regularly spaced metal poles. The feature post–dates the period of significance. | N/A | N/A | N/A |
| Driving range fencing and netting | Non–contributing | The fence was installed in 1949 with the original driving range and post–dates the period of significance. The feature does not contribute to the overall character of the cultural landscape. | N/A | N/A | N/A |
| Driving range light stands | Non–contributing | In order to extend the playable hours of the course, light stands were installed after the construction of the Driving Range in 1993. The feature does not contribute to the overall character of the cultural landscape. | N/A | N/A | N/A |
| Chain–link fencing around west fieldhouse wing/U.S. Park Police District 1 Substation | Non–contributing | Research indicates that the fence was installed by 1979. A previous fence was installed in a similar location by the end of the period of significance. However, the existing feature post–dates the period of significance. | N/A | N/A | N/A |
| Chain–link fencing around miniature golf course | Non–contributing | The fence was installed in 1964. The chain–link fence replaced a picket fence that originally separated the miniature golf course from the parking lot. | N/A | N/A | N/A |
| Miniature golf light stands | Non–contributing | Within the fence of the miniature golf course, four modern light fixtures are located in the corners of the course. The fixtures consist of modern flood lights fixed atop metal poles. The light stands post–date the period of significance. | Location | 98093 | N/A |
| Chain–link fencing around maintenance area | Non–contributing | Research indicates that the fence was installed by 1979. A previous fence was installed in a similar location by the end of the period of significance. However, the existing feature post–dates the period of significance. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**SMALL SCALE FEATURES (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Segment of fence between Red Course Practice Hole 2 and Red Course Hole 9 | Non–contributing | Records indicate that the fence was installed by 1964. The fence replaced an earlier metal pipe and pole fence that was installed prior to 1934. The feature post–dates the period of significance. | Asset | N/A | 1566818 |
| Red Course fencing | Non–contributing | Records indicate that the fence was installed by 1964. The fence replaced an earlier metal pipe and pole fence that was installed prior to 1934. The feature post–dates the period of significance. | N/A | N/A | N/A |
| Water stations throughout the golf course | Non–contributing | Non–permanent feature that post–dates the period of significance. These features do not contribute to the character of the cultural landscape. | Location | 98093 | N/A |
| Timber steps and walls the golf course | Non–contributing | Installed in 1993 to demarcate planting beds in the cultural landscape. These features post–date the period of significance. | Location | 98093 | N/A |
| NPS wayfinding signage | Non–contributing, compatible | Non–permanent feature that post–dates the period of significance. Written records indicate that the signs were installed by 1964. It does not contribute to the character of the cultural landscape, but it is compatible with the intended purpose of the cultural landscape. | Location | 98093 | N/A |
| NPS regulatory signage | Non–contributing, compatible | Non–permanent feature that post–dates the period of significance. Written records indicate that the signs were installed by 1964. It does not contribute to the integrity of the cultural landscape, but it is compatible with the intended purpose of the cultural landscape. | Location | 98093 | N/A |
| Benches and picnic tables by fieldhouse | Non–contributing | Non–permanent feature that post–dates the period of significance. These features are owned by the current concessionaire and will be removed at the end of the contract. | Location | 98093 | N/A |
| Trash cans throughout cultural landscape | Non–contributing | Non–permanent features that post–date the period of significance. These do not contribute to the character of the cultural landscape. | Location | 98093 | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### VEGETATION

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Turf grass throughout course, including bent grass, bluegrass, and fine fescue, maintained as greens, fairways, tee boxes, and rough ** | Contributing | Working with Dr. Harbin, Travis experimented with turf grass varieties including bent grass, bluegrass, and fine fescue in the greens and fairways during the period of significance. These varieties have continued to be used in portions of the course to the present day. The vegetation retains integrity of location, feeling, association, feeling, and materials. The continual use of these grasses have maintained the character of the golf course intended by Travis and contribute to the cultural landscape. | Asset | N/A | 1587462 |
| Open links–style landscape, with few trees between fairways or lining greens ** | Contributing | Inspired by the early seaside golf courses of Great Britain, courses constructed in this style are largely open and free of trees, interspersed with natural swales, sand bunkers, roughs, and light. Travis's original plan included a variety of turf grasses. Beginning in the 1920s, trees were introduced to the edges of the course including American Holly (*Ilex opaca*), Austrian Pine (*Pinus nigra*), White Pine (*Pinus strobus*), Canadian Hemlock (*Tsuga canadesnsis*), Western Hemlock (*Tsuga heterophylla*), and Douglas Spruce (*Pseudotsuga menziesii*). This reflected a shift in golf course taste to a more park–land style setting. At East Potomac park, these trees were relegated to the edge of the course, rather than lining the fairways. The trees retain integrity of location, design, association, and feeling. This is a character–defining feature of the cultural landscape. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**VEGETATION (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Historic cherry tree grove on White Course ** | Contributing | The historic cherry tree grove is located north of the fieldhouse wings and were incorporated into the design of the White Course. This collection of cherry trees are the remnant survivors of the ill–fated 1910 gift of cherry trees to Washington, D.C., from Japan. The specimens were quarantined and studied at the USDA facility that predated the golf course. During the construction of the course in 1924, William Flynn designed the White Course around the trees. Successive iterations of the course have continued to maintain these trees. The cherry trees retain integrity of location, design, feeling, setting, association, materials, and workmanship. The cherry trees contribute to the overall character of the East Potomac Park Golf Course. | Asset | N/A | 1587462 |
| Historic trees bordering site boundaries along Ohio Drive | Contributing | The historic trees that border the site boundaries along Ohio Drive are a combination of planted and naturally occurring vegetation that dates to the period of significance. These specimens were documented in aerials between 1917 and 1941. Examples of wolf trees were noted in this portion of the cultural landscape. Wolf trees are characterized by open spreading canopies due to unencumbered or unrestricted growth period, which allows for more rounded forms. Species documented in this area of the course include willow, elms, oaks, and some examples of flowering cherry trees. This vegetation retains integrity of location, setting, design, association, feeling, materials, and workmanship. The vegetation is contributing to the overall character of the cultural landscape. | Asset | N/A | 1587462 |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**VEGETATION (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Turf grass throughout course, including Bermuda, Rye, and *Poa annua*, maintained as greens, fairways, tee boxes, and rough | Non–contributing, compatible | Planted by GCSI after acquiring the lease of the golf course in 1983 as a means to improve the playing condition of the course. The grass mixture does not contribute to the character of the cultural landscape, but is compatible. | Asset | N/A | 1587462 |
| Evergreen trees along fairways on all three courses | Non–contributing | Planted in 1939 by the CCC, the existing cedars were planted in pairs and placed 200 yards from the tee in the rough in order to provide a target for golfers aiming for the green. These trees were not a part of the original design intention of Travis with the Blue Course or a links–style golf course. While planted during the period of significance, it was determined that this modification is not the best representative example of CCC contributions nor does it contribute to the character of the golf course. | Asset | N/A | 1587462 |
| Pairs of cedars along Blue Course fairways | Non–contributing | Planted in 1939 by the CCC, the existing cedars were planted in pairs and placed 200 yards from the tee in the rough in order to provide a target for golfers aiming for the green. These trees were not a part of the original design intention of Travis with the Blue Course or a links–style golf course. While planted during the period of significance, it was determined that this modification is not the best representative example of CCC contributions nor does it contribute to the character of the golf course. | Asset | N/A | 1587462 |
| Flowering trees planted behind greens throughout all three courses | Non–contributing | Flowering trees, specifically cherry trees and crabapples, were planted during the 1950s, 1960s, and the 1970s along the Travis-era fairways and reflect a change and preferences of more parkland–style settings. As a result of this planting, the character of the links–style course has been impacted. Views and visual connections have also been impacted. The plantings post–date the period of significance. | Asset | N/A | 1587462 |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### VEGETATION (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Flowering trees planted around fieldhouse wings and driving range | Non–contributing | Following the acquisition of the lease by GCSI in 1983, flowering trees were planted around the fieldhouse wings and driving range. These plantings post–date the period of significance and do not contribute to the overall character of the cultural landscape. | Asset | N/A | 1587462 |

** Character–defining feature

### VIEWS AND VISTAS

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| General views to Washington Monument ** | Contributing | Design of courses were arranged in such a manner as to provide the players views towards Washington, D.C., monuments. Views occur at multiple locations, and remain today. However, the encroachment of vegetation has obscured the views, but does not negate the integrity of these features. | N/A | N/A | N/A |
| General views to Jefferson Memorial ** | Contributing | Design of courses were arranged in such a manner as to provide the players views towards Washington, D.C., monuments. Views occur at multiple locations, and remain today. However, the encroachment of vegetation has obscured the views, but does not negate the integrity of these features. | N/A | N/A | N/A |
| General views to United States Capitol ** | Contributing | Design of courses were arranged in such a manner as to provide the players views towards Washington, D.C., monuments. Views occur at multiple locations, and remain today. However, the encroachment of vegetation has obscured the views, but does not negate the integrity of these features. | N/A | N/A | N/A |
| General views to National Defense University ** | Contributing | Design of courses were arranged in such a manner as to provide the players views towards Washington, D.C., monuments. Views occur at multiple locations, and remain today. However, the encroachment of vegetation has obscured the views, but does not negate the integrity of these features. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### VIEWS AND VISTAS (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| General views to Washington Channel ** | Contributing | Design of courses were arranged in such a manner as to provide the players views towards Washington, D.C., monuments. Views occur at multiple locations, and remain today. However, the encroachment of vegetation has obscured the views, but does not negate the integrity of these features. | N/A | N/A | N/A |
| General views to Potomac River ** | Contributing | Design of courses were arranged in such a manner as to provide the players views towards Washington, D.C., monuments. Views occur at multiple locations, and remain today. However, the encroachment of vegetation has obscured the views, but does not negate the integrity of these features. | N/A | N/A | N/A |
| General views to east fieldhouse wing ** | Contributing | Design of the courses provides players views of internal orienting landmarks including the fieldhouse wings. However, the encroachment of vegetation has obscured views towards these features, but do not diminish integrity of design intent. | N/A | N/A | N/A |
| General views to west fieldhouse wing/U.S. Park Police District 1 Substation ** | Contributing | Design of the courses provides players views of internal orienting landmarks including the fieldhouse wings. However, the encroachment of vegetation has obscured views towards these features, but do not diminish integrity of design intent. | N/A | N/A | N/A |

** Character–defining feature

## SITE SPECIFIC GUIDELINES

## EAST POTOMAC PARK GOLF COURSE – NATIONAL MALL AND MEMORIAL PARKS (NAMA)

### GENERAL CONCEPT

The three historic link–style golf courses of East Potomac Park have challenged both beginner and expert golfers since 1917. These public facilities, accompanied by a driving range, miniature golf course, and a neoclassical fieldhouse, will be rehabilitated to preserve fundamental historic landscape characteristics. The rehabilitation will accommodate changes necessary to ensure that access to golf remains affordable, accessible, and an attractive and high quality recreational experience for residents and visitors of the nation's capital. Successful rehabilitation of this engineered and intensely used landscape will require reestablishing the designer's rich palette and strategic placement of hazards, including sand bunkers, mounds, specimen trees and undulating greens.
Gaps in the perimeter planting of flowering cherry trees, when found in close juxtaposition to greens and tee boxes, will recapture historic visual connections to the river, the channel, and to nearby urban landmarks.

The championship "Blue" course, originally designed by premier golf course architect, Walter Travis, and centrally located and organized around the clubhouse, requires the most focused and rigorous preservation attention. The non–historic driving range needs a redesign to reduce its adverse impacts and recover a greater extent of Travis's historic layout. Elsewhere, former boundaries defining the limits of golf operations will be expanded to the inside curb line of Ohio Drive and Buckeye Drive, supporting a seamless landscape experience for golfers as well as the motorists and pedestrians visiting Hains Point. Perimeter plantings of flowering cherry trees in this expanded zone of operations will remain in the care of the NPS, and will be maintained consistent with similar plantings around the Tidal Basin and the Potomac riverfront.

Making public golf facilities affordable and available to a densely-populated community exposes this landscape to unrelenting use. Providing an excellent recreational experience, both now and in the future, requires robust and vigilant maintenance. Every element of the proposed rehabilitation should carefully weigh individual and cumulative impacts to maintenance operations so that investments made in recovery of historic design elements may be successfully maintained, and conditions will compare favorably to nearby landscapes in the city's monumental core.

*Refer to East Potomac Park Golf Course Existing Conditions Map, Drawing 12.*




**Drawing 12.** East Potomac Park Golf Course existing conditions.

## BOUNDARY

### Define perimeter boundaries

*Issue:* The land assignment area's boundary is currently ill-defined with the golf course management group, and the golf course perimeter along the chain–link fence appears unkempt. The present fence serves as a physical division as well as visual barrier.

*Recommended Guidelines:* Define the Land Assignment Area to clearly articulate management responsibilities for the golf course and Hains Point landscape. The NPS recommends the boundary to be the inside curb line of Ohio Drive on the east and west, Buckeye Drive on the north and the maintenance access road on the south. During the initial development of the golf course, the boundary of the first course extended to Ohio Drive.

### Improve appearance of golf course edge

*Issue:* East Potomac Park Golf Course boundary is defined by a fence on all sides. Over the years, screen plantings and encroaching invasive vegetation filled in along the edge blocking the views to the surrounding East Potomac Park, Potomac River, and Washington Channel on three sides of the golf course (east, south, and west). A fence eventually separated the course from the adjoining park and from the roadway around Hains Point.

*Recommended Guidelines:* Reassess the need of retaining the chain–link fence that creates this barrier. Seek to provide a more seamless transition between the golf course landscape and the surrounding Hains Point landscape. If a barrier is still necessary, consider installing a more visually pleasing and wildlife friendly barrier to support wildlife management objectives.

*Issue:* The unmanaged vegetation along the fence encroaches and competes with the signature cherry tree groupings along Ohio Drive, making them less noticeable during the Cherry Blossom Festival.

*Recommended Guidelines:* To maintain consistent management of the historic cherry trees, the NPS tree crew will continue to maintain all cherry trees in the area along Ohio Drive. All other vegetation management within the land assignment area will be maintained by the golf course management group. (See Figure 33 and Figure 34)

## BUILDINGS AND STRUCTURES

For the purposes of this report, the East Potomac golf courses and their individual layouts, are treated as a structure. Overall guidance to maintain the



**Figure 33.** Edge condition of the East Potomac Park Golf Course, 2019. (NCR CLP).

design intent and function of East Potomac Park Golf Course, are provided below. The Blue, White and Red Courses are then listed separately and include direction for management of the individual courses based on their key landscape characteristics. The other buildings and structures include the driving range, miniature golf course, fieldhouse complex, and non–historic buildings.

### Golf Courses Overall

***Continue to support operating three separate golf courses at East Potomac Park Golf Course***

*Issue:* The 227–acre golf course currently supports one eighteen–hole course, two nine–hole courses, and four practice putting greens. Even though the size of the course has been reduced over the years, where the layout and location of courses have changed, the number of holes has remained constant since the 1940s and has catered to various skill levels.

*Recommended Guidelines:* Continue to provide three courses that support different skill levels, from beginner to advanced, to provide a diverse experience for the public. This was the intention when the courses were originally developed in the 1920s and 1930s. Also continue to maintain the same progression of play (see *Circulation* recommendations).

***Restrict the introduction of water hazards to the East Potomac Park Golf Course***

*Issue:* Water hazards are not a feature characteristic of links–style courses.

*Recommended Guidelines:* Limit the development of water hazards on the course and focus attention on reinstating as much of the original design as



**Figure 34.** Woody growth along the existing fence of East Potomac Park Golf Course, 2019. (NCR CLP)

possible. If stormwater infrastructure is necessary, strive to locate these outside the playable golf course areas and seek low impact development (LID) solutions that do not include ponding or standing water features.

## Blue Course

***Restore the Walter Travis 1923 links–style Blue Course***

***Issue:*** The general layout and progression of play/circulation for the eighteen–hole Blue Course is similar to Travis's design although it is missing his signature "humps and hollows" hazards and includes more trees than were originally intended.

***Recommended Guidelines:*** Restore the links–style Blue Course including the rolling terrain and sand traps, bunkers and "humps and hollows" hazards that Travis favored. The course remains in the same location as Travis's original 1923 links–style masterpiece and still includes an eighteen–hole course, composed of two nine–hole loops, in the links style of play. The challenging course continues to cater to the more advanced golfer, as it did when it was originally designed. By restoring the greens in accordance with the original design, Travis's shaped greens would "gradually merge into the neighboring fairway."[1] Non–contributing vegetation planted along the fairways should be removed to open views and reinforce the links–style character. (See ***Vegetation*** recommendations for more information)

Links–style design requires conditioning to provide smooth, fast, and firm playing surfaces. Maintenance practices such as irrigation, topdressing, rolling, and mowing all contribute to this type of playability. (See Figure 35)



**Figure 35.** Representative hole along the Blue Course, 2017. (NPS)

### White Course

***Maintain a nine–hole links–style White Course***

***Issue:*** When William Gordon redesigned the White Course in the 1950s, he changed the character significantly and did not follow the links–style principles of the Travis-inspired design by William Flynn.

***Recommended Guidelines:*** Maintain a nine–hole links–style course for intermediate golfers using elements from the original Flynn and/or Gordon design, providing a course with more open fairways and fewer hazards when compared to the Blue Course. Links–style design requires conditioning to provide smooth, fast, and firm playing surfaces. Maintenance practices such as irrigation, topdressing, rolling, and mowing all contribute to this type of playability.

Because of its location, White Course views to the Washington Channel, Potomac River, and Washington Monument can be enhanced by removing non–contributing vegetation planted along the fairways to open up these views and reinforce the links–style character. (See ***Views and Vista*** recommendations)

One unique feature retained by both Flynn and Gordon, is a grove of cherry trees next to the current ninth hole that were part of the original gift from Japan in 1910. These trees will need to be preserved through any changes to the course. (See ***Vegetation*** recommendations for further direction on management of cherry trees)

### Red Course

***Maintain a nine–hole links–style Red Course***

*Issue:* This nine–hole course has changed dramatically since it was originally designed in the 1950s. Due to changes to the length of the holes and the addition of three putting greens, the course is limited in area and does not follow any style. The current course is not historically significant as far as design or location, but is important as it provides beginning golfers a course in a similar style.

*Recommended Guidelines:* Maintain the Red Course as a nine–hole links–style executive/teaching course. This course is important to provide beginning golfers a similar style of play as the other two courses.

### Driving Range

***Maintain a driving range as part of the East Potomac Park Golf Course complex***

*Issue:* The existing driving range currently is located where parts of the Blue Course were located originally. Its current placement is not well integrated with the larger golf course complex. Although the two–level structure provides a great vantage point over the golf course and adjacent park land, the prominent views from the second level are not highlighted. The existing driving range lighting exceeds desired lighting levels and creates light pollution unacceptable for this park location.

*Recommended Guidelines:* Although the present driving range is not historic, maintaining this use is in support of the original design intent of the facility. Since 1927, East Potomac Park Golf Course has provided a driving range. Although the location has moved over the years, the driving range continues to be a very popular use for the facility. Since the driving range is currently occupying space where parts of the Blue Course were originally, the range may need to be modified to accommodate a restoration of the Blue Course. Scale the driving range to highlight views to the surrounding East Potomac Park without blocking prominent views from the golf courses. Select materials that are compatible with the architecture of the fieldhouse and remove non–compatible materials such as the artificial turf on the range floor. Upgrade the lighting to meet NPS Night Skies objectives to reduce light pollution. (See Figure 36 and Figure 37)

### Fieldhouse

***Preserve and maintain buildings that contribute to the historic district***

*Issue:* Historic buildings and structures that contribute to the historic significance of the East Potomac Park Golf Course should be preserved and maintained. They include the fieldhouse (east and west wings) and the miniature golf course. Over



**Figure 36.** Driving range structure facing north, 2017. (University of Pennsylvania)



**Figure 37.** View west from a stall over the existing driving range. (University of Pennsylvania)



**Figure 38.** East fieldhouse wing, 2017. (University of Pennsylvania)

the years, cumulative modifications to these structures have occurred, removing some of the original design features.

***Recommended Guidelines:*** A Historic Structures Report (HSR) for the East Potomac Park fieldhouse is currently under development and will provide documentation on the condition and treatment of the original building features. Built between 1917 and 1920, architect Horace Peaslee designed a monumental neoclassical–style fieldhouse built around a central courtyard, using local master craftsman John J. Earley's patented sculptural concrete aggregate for the exterior details of the buildings.

Over the years the fieldhouses have served various purposes. In the 1970s NPS remodeled the interiors to meet contemporary requirements. The east wing provided support for the golf course operations (snack bar and pro shop) while the west wing served as the location of the District One Substation for the U.S. Park Police. In 2019, the U.S. Park Police operations relocated to a new facility within East Potomac Park, leaving the west wing vacant for future use.

Future work should rely on the HSR scheduled for completion in 2019 to provide direction on appropriate ways for the public to use the buildings and for golf course operations. Critical preservation strategies should be developed to maintain the unique exterior concrete aggregate. Future work should also reinforce and improve the connections between the fieldhouses and the golf course operation functions. (See ***Circulation*** recommendations) (See Figure 38)

### Miniature Golf Course

***Preserve and maintain buildings that contribute to the historic district***

***Recommended Guidelines:*** Prepare a Historic Structures Report (HSR) for the miniature golf course to provide direction for its rehabilitation. The miniature golf course is one of the original facilities at East Potomac Park. Its design features have undergone relatively few changes over the years. Originally, the course included cutout miniatures of various Washington, D.C., landmarks, like the White House and the United States Capitol, as well as more standard features, such as a wishing well, bridge, water hazard, walls and bi–level playing surfaces. A ticket booth was added in 1949. Although the wooden cutouts are no longer used, the course is surprisingly well–preserved. The layout, shape of the holes and bi–level design with other hazards are retained from the original 1931 design. Also there are more mature trees within the fenced area, providing shade to the people enjoying the course.



**Figure 39. The Miniature Golf Course, 2019. (NCR CLP)**

Based on the direction provided by the HSR, rehabilitate the existing layout of the miniature golf course. Consider reproducing or reinterpreting the Washington, D.C., landmark cutouts or other lost features from the original design. Although the existing miniature golf course ticket booth building is not historic, it is recommended to maintain the function and use of this building to support the miniature golf course operations. (See Figure 39)

### Non–Historic Buildings

***Consolidate functions and reassess non–historic buildings***

***Issue:*** Other buildings (golf cart storage building, maintenance sheds and buildings, registration hut, trailer, and rain shelters) were constructed to support the golf course operations. Most are clustered near the fieldhouse (except for the rain shelters), but do not contribute to the historic significance of the golf course. The arrangement and proliferation of these buildings in the core developed area, creates a haphazard appearance and inconsistent architectural style.

***Recommended Guidelines:*** With the recent availability of the east wing of the fieldhouse, some of the functions that are now housed in the non–historic buildings may be consolidated and possibly relocated to the historic facilities. Remove any non–historic buildings that are no longer needed. Any new buildings or facilities should follow a consistent architecture style, be compatible with the fieldhouse, and consider the location, scale, as well as physical and visual connections with the rest of the East Potomac Park Golf Course. (See Figure 40 and Figure 41)

(*Please note that the swimming pool and pool house operations are managed and owned by D.C. Parks and Recreation and the two comfort stations along Ohio Drive are managed by the NPS. Guidelines for these structures are not included in this document.*)




**Figure 40.** Detail of the area surrounding the fieldhouse wings, 2019. (NCR CLP)



**Figure 41.** The current management trailer, 2017. (University of Pennsylvania)

## VEGETATION

### Restore links–style vegetation for the three courses

***Issue:*** The East Potomac Park Golf Course originally consisted of open, mostly treeless, fairways with the majority of trees relegated to the edges of the various courses. Successive decades of unchecked plantings by the NPS and concessionaire, changed the character of the links–style courses closer to that of a parkland–style course. The encroaching vegetation has altered strategy, impacted turf health, and obscured intended views within the course. The interior of the course has also accumulated storage areas for brush, logs, dirt, rocks, and other natural debris. This has promoted undesired vegetation, topographic changes, and loss of views.

***Recommended Guidelines:*** Restore the links style and historic vegetation (rough grasslands, thin trees between fairways, and sentinel deciduous trees). While minimizing trees growing between the fairways, preserve sentinel mature trees that enhance the setting and provide shade along the course, such as the large elm located near the fieldhouse.

Develop a Vegetation Management Plan for the property to establish removals, thinning, replacement and new plantings based on the management objective to preserve the links–style landscape. Remove debris storage on the courses and properly dispose or compost natural debris based on Best Management Practices. (See ***Summary of Links–Style Characteristics*** for more information.) (See Figure 42)

### Remove non–contributing and invasive vegetation

***Issue:*** Woody vegetation has filled in along perimeter of the golf course and along fairways. Some of the vegetation was planted to fill in the edges of the fairways and/or screen the golf course from the adjacent park property, without following any distinct golf course style. In other cases invasive vegetation, especially vines, have covered stands of trees and obscured views and may eventually kill the trees, if not managed.

***Recommended Guidelines:*** Remove invasive vegetation growing unchecked along the fence line and the planted non–contributing vegetation that occurred piecemeal without a cohesive design around the fieldhouse and along the property's fairways. Naturalized areas should complement the design, not affect playability, be free of invasive vegetation, and be part of a wildlife corridor program.









**Figure 42.** (top left) The historic view to the Potomac River is obscured by the growth of willows along the edge of the golf course perimeter, 2017 (NPS); (top right) cedars defining a green along the course. The presence of the vegetation is not in keeping with the original intention of Travis, 2017 (NPS); (above) the southern tip of the Blue Course, 2017 (NPS); an example of vegetation encroaching upon a green, 2017 (NPS).



**Figure 43.** Example of turf condition in the golf course, 2017. (NPS)

Incorporate the larger land assignment area in the management of invasive vegetation. This will improve the perimeter appearance. (See ***Boundary*** recommendations)

**Improve condition of turf grass for tees, greens and fairways**

***Issue:*** Golf greens, tees, and fairways receive heavy use and quality turf grass is needed to provide high quality playing conditions in a sustainable manner. The turf challenges on this property are due to traffic patterns, poor cart paths, poor drainage, tree root competition, poor irrigation system, and shade from trees.

***Recommended Guidelines:*** To improve condition of turf grass throughout the course, a new selection of grasses should be considered based on its use and location on the course. This may include warm season grasses, bentgrass, blue grass, tall fescue, and fine fescue. Rye grass and *Poa annua* should be avoided. Picking the best grass for each area will mean using the latest research from Virginia Tech, University of Maryland, the National Turfgrass Evaluation Program, and other land grant universities. Grasses should be chosen for their sustainable attributes, ability to complement and support the original architecture, and ability to provide firm ground conditions. (See Figure 43)

**Preserve the 1910 cherry tree planting**

***Issue:*** The cherry tree grove located on the White Course near the ninth hole, is a unique feature retained by both Flynn and Gordon when they designed this course. These trees most likely are the sole surviving specimens of the first donation of trees from Japan in 1910. They may also be the oldest cherry tree



**Figure 44.** The historic 1910 cherry tree planting, 2019. (NCR CLP)

specimens in Washington, D.C.. In spite of the lack of maintenance for this grove, they have thrived.

***Recommended Guidelines:*** Preserve and maintain the unique historic 1910 cherry tree planting on the White Course. To maintain consistent management of the cherry trees, the NPS tree crew will maintain the 1910 cherry tree grove on the White Course and will coordinate with the golf course management group for access to the trees. (See ***Buildings and Structures–White Course*** recommendations.) (See Figure 44)

**Maintain the Ohio Drive cherry tree plantings**

***Issue:*** The unmanaged vegetation along the fence encroaches and competes with the signature cherry tree groupings along Ohio Drive.

***Recommended Guidelines:*** To maintain consistent management of the cherry trees, the NPS tree crew will continue to maintain all cherry trees in the area along Ohio Drive. All other vegetation management within the land assignment area will be maintained by the golf course management group unless otherwise specified. (See ***Boundary*** recommendations)

These cherry trees are associated with First Lady, Lady Bird Johnson's Beautification Program launched in 1966.[2] They are highlighted as part of the annual Cherry Blossom Festival tour around Hains Point. (See Figure 45)



**Figure 45.** The Ohio Drive SW planting originally planned by Lady Bird Johnson as a part of the Beautification Program, 2019. (NCR CLP)

**Maintain the Ohio buckeye tree plantings**

*Issue:* With the expansion of the land assignment area to the inside curb line of Buckeye Drive, the allée of Ohio buckeye trees (*Aesculus glabra*) will require consistent management on both sides of the road.

*Recommended Guidelines:* To maintain consistent management of the Ohio buckeye trees, the NPS tree crew will continue to maintain all Ohio buckeye trees in the area along Buckeye Drive. All other vegetation management within the land assignment area, unless specified, will be maintained by the golf course management group. (See ***Boundary*** recommendations) (See Figure 46)

**Improve appearance of plantings around fieldhouse complex and miniature golf area**

*Issue:* There is not a cohesive planting plan for the fieldhouse and miniature golf areas. The entry area is not welcoming.

*Recommended Guidelines:* Develop a planting plan for the fieldhouse complex area, and incorporate existing shade trees around the wings and miniature golf area. The open grass area for the courtyard is maintained and managed by D.C. Parks and Recreation. As part of a renovation of the public swimming pool, a new planting plan was recently approved by NPS, improving the entry experience for the pool. Prepare this as part of a larger redesign for the parking lots and access drive to improve the entry experience and reinforce the connections between buildings. (See ***Circulation —Vehicular*** recommendations)



**Figure 46.** Buckeye Drive SW planting, 2019 (NCR CLP)

### CIRCULATION (PROGRESSION OF PLAY, GOLF COURSE PATHS, ACCESS DRIVEWAY, PARKING AREA)

Circulation at East Potomac Park Golf Course is defined by the spaces, features and material finishes which make up the systems of movement in the landscape, including the progression of play for each of the courses, golf course paths, and vehicular circulation (access driveway and parking areas).

#### Progression of Play

***Consider the progression of play***

*Issue:* The progression of play for the three courses has remained relatively consistent, where play begins and ends at the fieldhouse. The elimination of Travis's reversible course limits flexibility in restoring a unique aspect of his design.

*Recommended Guidelines:* Continue to maintain the direction of play to begin and end play at the fieldhouse, including the eighteen–hole Blue Course. The front and back nine holes should each finish at the fieldhouse—a key feature of a links design.

For the original layout of the Blue Course, the progression of play was reversible, an aspect that continued up until the 1940s. By having this type of routing, a defined, paved path was not necessary, as the players were walking the course. The operators also had more flexibility in changing the direction of play. Although this reversible approach was eliminated in favor of a one–way direction of play, the start and end of play was at the fieldhouse.

The reversible aspect of the original design is unique and significant as is the complexity of the original design. It should be assessed whether reversible play could be reinstated for one of the courses, following Walter Travis's principles. (See Figure 47)



**Figure 47.** View towards the fieldhouse and the Washington Monument from the Blue Course, 2017. (NPS)

### Golf Course Paths

***Define a path system network***

*Issue:* The majority of paths are ill–defined and are unpaved or gravel fragments that extend only a short distance between or through holes. Overtime, social trails or informal paths, formed between holes. The only attempt to develop a formalized system of walks around the fieldhouses was in the 1940s, when connections were established to the miniature golf course, parking lot, putting greens, and driving range. Even with the introduction of golf carts in the 1960s, there has been no effort to formalize or pave the network of social trails as cart paths for the three golf courses.

*Recommended Guidelines:* Define a path system that removes redundancy, takes into account conflicts between user groups (pedestrian, carts, and vehicles), provides maintenance vehicle access, and reduces impacts to the course layout. When the Blue Course was originally built, Walter Travis indicated that paths between greens and neighboring tees should be designed, but he emphasized that "care should be taken to avoid making them look like walks, but rather that they just happened that way naturally . . . vary the widths and general outlines so as to harmonized with the greens. Whatever you do, don't make them formal in appearance."[3] With this approach, it appears paths were not defined and social trails typically formed between holes.

The path system should also improve the physical connections between the fieldhouse, miniature golf, putting greens and driving range, using a consistent palette of materials. Using a rectilinear concrete sidewalk form, reinforces the



**Figure 48.** Example of the path system in East Potomac Park Golf Course, 2017. (NPS)

courtyard layout between the wings of the fieldhouse and to the swimming pool area (swimming pool facilities are managed by D.C. Parks and Recreation).

Promote the walkability of the White and Red Courses, where they support relatively flat and short nine–hole courses. (See Figure 48)

**Vehicular Circulation (access driveway, parking area)**

***Improve the vehicular entry experience***

***Issue:*** The parking lot and location of the main access drive is not very welcoming or respectful to the original layout for the parking area.

***Recommended Guidelines:*** Consider realigning the access driveway to be more centrally located, to reinforce the complex of buildings (fieldhouse wings, swimming pool and miniature golf), improve the entry experience, and remove redundant access drives to the west fieldhouse wing. When the Blue Course and fieldhouse were originally sited on the East Potomac Park peninsula, an access driveway and parking area were designed on the Washington Channel side connecting to the perimeter drive. The entrance drive was centered on the courtyard of the fieldhouse complex terminating in a roundabout between the wings and asymmetrically flanked by parking aisles.




**Figure 49.** Detail of the parking area. (NCR CLP)



**Figure 50.** Current condition of the parking lot, 2017. (University of Pennsylvania)



**Figure 51.** Example of an obscured view found within the golf course, 2017. (NPS)

Adding an allée of street trees along the main access driveway would complement this entry experience. Other strategies recommended include: re–evaluating the number of parking spaces needed to reduce amount of pavement; adding shade trees to lessen the heat island effect caused by the large paved area; and considering using porous pavement and other low impact development (LID) options for the parking lot and entry drive to reduce stormwater runoff. (See Figure 49 and Figure 50)

### VIEWS AND VISTAS

**Preserve views that contribute to the significance of the historic district**

***Issue:*** General views of the iconic buildings and the waterways are limited by tree growth. Tree plantings around the greens in the 1960s and 1970s hemmed in the views and restricted the vistas along the fairways. (See Figure 51)

***Recommended Guidelines:*** Reinforce the visual connections to the city and river by selectively removing vegetation to open views to the iconic buildings of Washington, D.C., and to the Potomac River and Washington Channel.

From the very beginning, views of iconic buildings of Washington, D.C., were recognized as a major design asset that was reinforced by Travis's initial links–style design of the Blue Course. Travis capitalized on the geography, relatively flat topography, and generally treeless areas to offer general views and vistas to the Washington Monument, the Jefferson Memorial, the U.S. Capitol building, National War College, and other landmarks of the city as well as the surrounding

Potomac River and Washington Channel. Because of its height, the Washington Monument was the most readily visible feature from the north–south oriented layout parallel to the river and channel. The layout of the courses also emphasize general views to the fieldhouse, where play began and ended. Trees eventually were planted along the fairways where they framed the views.

Consider locating maintenance facilities and other support functions, outside critical view corridors. As a last resort, use vegetation or other preferred method, to screen unsightly features that detract from the historic character of the course.

### SITE FURNISHINGS

***Issue:*** None of the site furnishings are original and are typically moveable and temporary. Because of this, there is a wide variety of site furnishings with no particular style.

***Recommended Guidelines:*** Develop a consistent site furnishing style compatible with the character of the golf course. The location and number of furnishings should not visually detract from the playing experience. (See Figure 52)



**Figure 52.** Example of the site furnishings at East Potomac Park, 2017. (NPS)