# EXHIBIT E

**National Park Service**
**U.S. Department of the Interior**

**National Capital Regional Office**
**Date: 10/16/2025**

# Categorical Exclusion Documentation Form (CE Form)

**Project:** EWM-Soil/Fill
**PEPC Project Number:** 133318
**Description of Action (Project Description):**

Excavation for the East Wing Modernization Project at the White House will yield approximately 30,000 cubic yards of soil. There is interest in using this soil at East Potomac Park where some level of infill is planned as part of improvements to be made by the Golf Course lessee. The proposed action involves **temporary storage and later reuse of clean fill** on **previously disturbed and maintained areas** of the East Potomac Golf Course. The site has been continuously graded, mowed, and used for recreation for more than a century.

**Project Locations:**

| **Location** | | | |
|---|---|---|---|
| **County:** | District of Columbia | **State:** | DC |

There are no required mitigations identified.

**CE Citation:** 12.5(C)(19) (formerly 3.3.C.16) Landscaping and landscape maintenance in previously disturbed or developed areas.

**CE Justification:**

The proposed action involves relocating and reusing approximately 30,000 cubic yards of clean fill generated from the White House East Wing Modernization Project to East Potomac Park Golf Course, a long-established and previously developed landscape. The material will be stored and subsequently incorporated into ongoing golf course improvements within areas that are already disturbed, graded, and maintained as part of the existing golf course operation.

This action is consistent with CE 12.5(C)(19), which covers 'landscaping and landscape maintenance in previously disturbed or developed areas.' The proposed use of soil for contour correction, drainage improvement, and turf establishment represents maintenance and minor modification of an existing managed landscape, not new construction or a change in land use. The following factors support this determination:

1. Previously Disturbed Setting: East Potomac Park was artificially constructed from dredged fill in the early 20th century and has been continuously used as a golf course, driving range, and recreational landscape for over a century. The proposed fill placement will occur within these previously developed and managed areas, not in undisturbed natural habitats.

2. Limited Scale and No Significant Environmental Effects: The activity involves no new structures, utilities, or permanent facilities, and no vegetation removal beyond temporary grass disturbance. The soil will be tested and verified as clean prior to placement, eliminating the risk of introducing contaminants.

3. Consistency with Ongoing Landscape Maintenance: The reuse of fill supports existing maintenance goals—improving turf stability, drainage, and surface contouring—analogous to ongoing landscaping and landform maintenance performed routinely by the golf course operator.

4. No Potential for Significant Impacts to Sensitive Resources:

- Cultural Resources: The project will occur within a contributing resource of the East Potomac Park Historic District, but within areas that have already been extensively modified. The activity is expected to result in no adverse effect under Section 106.

- Biological Resources: The site is mowed, landscaped, and non-habitat for listed species. Any incidental effects (e.g., noise, temporary disturbance) are negligible and can be addressed through informal ESA consultation.

- Floodplain Management: If fill is placed within the mapped floodplain, the NPS will need to complete a Statement of Findings under DO-77-2 to document compliance with EO 11988 and EO 13690.

- District Environmental Compliance: Coordination with DOEE will ensure compliance with D.C. stormwater and erosion control regulations.

5. No Extraordinary Circumstances (per 43 CFR 46.215): The action does not have the potential for significant adverse impacts on public health, safety, cultural, historic, or natural resources; does not introduce new environmental effects; and is consistent with prior uses and maintenance practices.

6. Temporary and Reversible Nature: The soil storage and reuse are temporary, limited in scope, and easily reversible, further reinforcing that the activity falls squarely within the scope of routine landscaping and maintenance actions contemplated by CE 12.5(C)(19).

**Decision: I find that the action fits within the categorical exclusion above. Therefore, I am categorically excluding the described project from further NEPA analysis. No extraordinary circumstances apply.**

**Signature**

**Superintendent:** Kevin J. Griess SUPERINTENDENT National Mall and Memorial Parks National Park Service **Date:** Oct 16, 2025

**Extraordinary Circumstances:**

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| **A.** Have significant impacts on public health or safety? | No | All safety precautions will be in place as activities are implemented. |
| **B.** Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands; floodplains; national monuments; migratory birds; and other ecologically significant or critical areas? | No | The project will occur within a contributing resource of the East Potomac Park Historic District, but within areas that have already been extensively modified. The activity is expected to result in no adverse effect under Section 106. The site is mowed, landscaped, and non-habitat for listed species. Any incidental effects (e.g., noise, temporary disturbance) are negligible and can be addressed through informal ESA consultation. |
| **C.** Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks? | No | No, The project does not have highly uncertain or potentially significant environmental effects or involve unique or unknown environmental risks. |
| **D.** Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? | No | This project is a one-time operational activity with no implications for future projects or broader management actions. It does not establish precedent, create commitment, or represent a decision in principle about future actions with potentially significant effects. |
| **E.** Have a direct relationship to other actions that implicate potentially significant environmental effects? | No | The project is an independent, site-specific maintenance action that has no direct relationship to other actions with potentially significant environmental effects. It does not contribute to cumulative impacts or broader interdependent projects. |
| **F.** Have significant impacts on properties listed, or eligible for listing, on the National Register of Historic Places as determined by the bureau? | No | The undertaking will not have significant impacts on properties listed in or eligible for listing on the National Register of Historic Places. Effects are minor, temporary, and mitigated through established avoidance and restoration measures. |
| **G.** Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species or have significant impacts on designated Critical Habitat for these species? | No | The project will have no measurable or significant impacts on any listed or proposed species or designated Critical Habitat. The action area is fully developed and managed as turf and recreation space, and no adverse habitat effects are expected. |
| **H.** Significantly limit access to and ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sacred sites? | No | The project will have no effect on Indian sacred sites or their use because no such sites are known or present within the project area, and no change in access or integrity will result. |
| **I.** Contribute to potentially significant effects resulting from the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or from other actions that promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act)? | No | The proposed action will not introduce, spread, or promote noxious weeds or non-native invasive species. All materials will be verified as clean, and disturbed areas will be promptly stabilized with appropriate vegetation |