# EXHIBIT F

# DOI Handbook of NEPA Procedures
# Appendix 2

## Bureau Categorical Exclusions

U.S. Department of the Interior
June 2025

The following pages include all the Department of the Interior (Department) Categorical Exclusions (CEs) established or adopted for the use of bureaus. An Asterisk (*) indicates that there is a requirement to document the applicability of the CE and review of extraordinary circumstances. Even if it is not required to document a categorical exclusion, the Responsible Official may document the use of a categorical exclusion at their discretion. Non-substantive formatting, such as numbering, in this Appendix currently reflects bureau information in Department Manual chapters in effect as of publication (DM) NEPA and may change periodically without reissuance of this Handbook.

### Contents

Office of Native Hawaiian Relations ........ 2
U.S. Fish and Wildlife Service (Service) ........ 2
U.S. Geological Survey (USGS) ........ 6
Bureau of Indian Affairs (BIA) ........ 7
Bureau of Land Management (BLM) ........ 18
National Park Service (NPS) ........ 48
Office of Surface Mining Reclamation and Enforcement (OSMRE) ........ 62
Bureau of Reclamation ........ 64
Bureau of Ocean Energy Management, Bureau of Safety and Environmental Enfocement ........ 69

(iii) Surface or underground installation or decommissioning of water or waste disposal system infrastructure;

(iv) Disposal of an administrative building; and

(v) Construction or reconstruction of communications infrastructure.

(4) *Tennessee Valley Authority, 18 CFR Part 1318, Subpart C, Appendix A, n. 34, as adopted in 90 FR 27655.

Reburial of human remains and funerary objects under the Native American Graves Protection and Repatriation Act that are inadvertently discovered or intentionally excavated on TVA land.

## National Park Service (NPS)

12.5 Categorical Exclusions. The following NPS actions are designated categorical exclusions unless the action qualifies as an exception under an extraordinary circumstance.

A. Actions Related to General Administration.

(1) *Changes or amendments to an approved action when such changes would cause no or only minimal environmental impact.

(2) Land and boundary surveys,

(3) *Minor boundary changes,

(4) *Reissuance/renewal of permits, rights-of-way or easements not involving new environmental impacts,

(5) *Conversion of existing permits to rights-of-way, when such conversions do not continue or initiate unsatisfactory environmental conditions,

(6) *Issuances, extensions, renewals, reissuances or minor modifications of concession contracts or permits not entailing new construction,

(7) *Commercial use licenses involving no construction,

(8) *Leasing of historic properties in accordance with 36 CFR Part 18 and NPS-38,

(9) Preparation and issuance of publications,

(10) *Modifications or revisions to existing regulations, or the promulgation of new regulations for NPS-administered areas, provided the modifications, revisions or new regulations do not:
  (a) Increase public use to the extent of compromising the nature and character of the area or causing physical damage to it,
  (b) Introduce noncompatible uses which might compromise the nature and characteristics of the area, or cause physical damage to it,
  (c) Conflict with adjacent ownerships or land uses, or
  (d) Cause a nuisance to adjacent owners or occupants.

(11) *At the direction of the NPS responsible official, actions where NPS has concurrence or coapproval with another bureau and the action is a categorical exclusion for that bureau.

B. Plans, Studies and Reports.

(1) *Changes or amendments to an approved plan, when such changes would cause no or only minimal environmental impact.

(2) *Cultural resources maintenance guides, collection management plans and historic furnishings reports.

(3) *Interpretive plans (interpretive prospectuses, audio-visual plans, museum exhibit plans, wayside exhibit plans).

(4) Plans, including priorities, justifications and strategies, for non-manipulative research, monitoring, inventorying and information gathering.

(5) Statements for management, outlines of planning requirements and task directives for plans and studies.

(6) Technical assistance to other Federal, State and local agencies or the general public.

(7) Routine reports required by law or regulation.

(8) Authorization, funding or approval for the preparation of Statewide Comprehensive Outdoor Recreation Plans.

(9) Adoption or approval of surveys, studies, reports, plans and similar documents which will result in recommendations or proposed actions which would cause no or only minimal environmental impact.

(10) Preparation of internal reports, plans, studies and other documents containing recommendations for action which NPS develops preliminary to the process of preparing a specific Service proposal or set of alternatives for decision.

(11) *Land protection plans which propose no significant change to existing land or visitor use.

(12) Documents which interpret existing mineral management regulations and policies, and do not recommend action.

C. Actions Related to Development.

(1) *Land acquisition within established park boundaries.

(2) *Land exchanges which will not lead to significant changes in the use of land.

(3) *Routine maintenance and repairs to non-historic structures, facilities, utilities, grounds and trails.

(4) *Routine maintenance and repairs to cultural resource sites, structures, utilities and grounds under an approved Historic Structures Preservation Guide or Cyclic Maintenance Guide; or if the action would not adversely affect the cultural resource.

(5) *Installation of signs, displays, kiosks, etc.

(6) *Installation of navigation aids.

(7) *Establishment of mass transit systems not involving construction, experimental testing of mass transit systems, and changes in operation of existing systems (e.g., routes and schedule changes).

(8) *Replacement in kind of minor structures and facilities with little or no change in location, capacity or appearance.

(9) *Repair, resurfacing, striping, installation of traffic control devices, repair/replacement of guardrails, etc., on existing roads.

(10) Sanitary facilities operation.

(11) *Installation of wells, comfort stations and pit toilets in areas of existing use and in developed areas.

(12) *Minor trail relocation, development of compatible trail networks on logging roads or other established routes, and trail maintenance and repair.

(13) *Upgrading or adding new overhead utility facilities to existing poles, or replacement poles which do not change existing pole line configurations.

(14) *Issuance of rights-of-way for overhead utility lines to an individual building or well from an existing line where installation will not result in significant visual intrusion and will involve no clearance of vegetation other than for placement of poles.

(15) *Issuance of rights-of-way for minor overhead utility lines not involving placement of poles or towers and not involving vegetation management or significant visual intrusion in an NPS-administered area.

(16) *Installation of underground utilities in previously disturbed areas having stable soils, or in an existing utility right-of-way.

(17) *Construction of minor structures, including small improved parking lots, in previously disturbed or developed areas.

(18) *Construction or rehabilitation in previously disturbed or developed areas, required to meet health or safety regulations, or to meet requirements for making facilities accessible to the handicapped.

(19) *Landscaping and landscape maintenance in previously disturbed or developed areas.

(20) *Construction of fencing enclosures or boundary fencing posing no effect on wildlife migrations.

D. Actions Related to Visitor Use.

(1) *Carrying capacity analysis.

(2) *Minor changes in amounts or types of visitor use for the purpose of ensuring visitor safety or resource protection in accordance with existing regulations.

(3) Changes in interpretive and environmental education programs.

(4) *Minor changes in programs and regulations pertaining to visitor activities.

(5) *Issuance of permits for demonstrations, gathering, ceremonies, concerts, arts and crafts shows, etc., entailing only short-term or readily mitigable environmental disturbance.

(6) *Designation of trail side camping zones with no or minimal improvements.

E. Actions Related to Resource Management and Protection.

(1) *Archeological surveys and permits involving only surface collection or small-scale test excavations.

(2) Day-to-day resource management and research activities.

(3) *Designation of environmental study areas and research natural areas.

(4) Stabilization by planting native plant species in disturbed areas.

(5) Issuance of individual hunting and/or fishing licenses in accordance with State and Federal regulations.

(6) *Restoration of noncontroversial native species into suitable habitats within their historic range and elimination of exotic species.

(7) *Removal of park resident individuals of non-threatened/endangered species which pose a danger to visitors, threaten park resources or become a nuisance in areas surrounding a park, when such removal is included in an approved resource management plan.

(8) *Removal of non-historic materials and structures in order to restore natural conditions.

(9) *Development of standards for, and identification, nomination, certification and determination of eligibility of properties for listing in the National Register of Historic Places and the National Historic Landmark and National Natural Landmark Programs.

F. <u>Actions Related to Grant Programs</u>.

(1) *Proposed actions essentially the same as those listed in paragraphs A-E above.

(2) *Grants for acquisition of areas which will continue in the same or lower density use with no additional disturbance to the natural setting.

(3) *Grants for replacement or renovation of facilities at their same location without altering the kind and amount of recreational, historical or cultural resources of the area; or the integrity of the existing setting.

(4) *Grants for construction of facilities on lands acquired under a previous NPS or other Federal grant provided that the development is in accord with plans submitted with the acquisition grant.

(5) *Grants for the construction of new facilities within an existing park or recreation area, provided that the facilities will not:

- (a) Conflict with adjacent ownerships or land use, or cause a nuisance to adjacent owners or occupants; e.g., extend use beyond daylight hours;
- (b) Introduce motorized recreation vehicles;
- (c) Introduce active recreation pursuits into a passive recreation area;
- (d) Increase public use or introduce noncompatible uses to the extent of compromising the nature and character of the property or causing physical

damage to it; or
(e) Add or alter access to the park from the surrounding area.

(6) *Grants for the restoration, rehabilitation, stabilization, preservation and reconstruction (or the authorization thereof) of properties listed on or eligible for listing on the National Register of Historic Places at their same location and provided that such actions:
(a) Will not alter the integrity of the property or its setting;
(b) Will not increase public use of the area to the extent of compromising the nature and character of the property; and
(c) Will not cause a nuisance to adjacent property owners or occupants.

G. Actions Related to Hazardous Fuels Reduction and Post-Fire Rehabilitation.

(1) *Post-fire rehabilitation activities not to exceed 4,200 acres (such as tree planting, fence replacement, habitat restoration, heritage site restoration, repair of roads and trails, and repair of damage to minor facilities such as campgrounds) to repair or improve lands unlikely to recover to a management approved condition from wildland fire damage, or to repair or replace minor facilities damaged by fire. Such activities must comply with the following:

(a) Shall be conducted consistent with bureau and Departmental procedures and applicable land and resource management plans;

(b) Shall not include the use of herbicides or pesticides or the construction of new permanent roads or other new permanent infrastructure; and

(c) Shall be completed within three years following a wildland fire.

(2) *(Not for use within the jurisdiction of the Ninth Circuit Court.) Hazardous fuels reduction activities using prescribed fire not to exceed 4,500 acres, and mechanical methods for crushing, piling, thinning, pruning, cutting, chipping, mulching, and mowing, not to exceed 1,000 acres. Such activities:

(a) Shall be limited to areas—

(i) In wildland-urban interface; and

(ii) Condition Classes 2 or 3 in Fire Regime Groups I, II, or III, outside the wildland-urban interface;

(b) Shall be identified through a collaborative framework as described in "A Collaborative Approach for Reducing Wildland Fire Risks to Communities and the Environment 10-Year Comprehensive Strategy Implementation Plan;"

(c) Shall be conducted consistent with bureau and Departmental procedures

and applicable land and resource management plans;

(d) Shall not be conducted in wilderness areas or impair the suitability of wilderness study areas for preservation as wilderness; and

(e) Shall not include the use of herbicides or pesticides or the construction of new permanent roads or other new permanent infrastructure; and may include the sale of vegetative material if the primary purpose of the activity is hazardous fuels reduction.

12.6 NPS Categorical Exclusions Adopted under NEPA Section 109.

When applying these CEs, NPS Responsible Officials will evaluate proposed actions covered by the CEs to determine whether any extraordinary circumstances listed at 43 CFR 46.215 are present and preclude reliance on the CE. The bracketed and strikethrough text reflect direction to NPS Responsible Officials regarding the text of adopted CEs to apply the CEs appropriately to NPS actions.

(1) Localized geotechnical and other investigation to provide information for preliminary design and for environmental analyses and permitting purposes, such as drilling test bores for soil sampling; archeological investigations for archeology resources assessment or similar survey; and wetland surveys. (90 FR 24644)

(2) Constructing, operating, and dismantling or closing of characterization and monitoring devices. Such activities include but are not limited to the following:
(a) Conducting geological, geophysical, geochemical, and engineering surveys and mapping, including the establishment of survey marks.
(b) Installing and operating field instruments, such as stream-gauging stations or flow-measuring devices, telemetry systems, geochemical monitoring tools, and geophysical exploration tools.
(c) Drilling wells for sampling or monitoring of groundwater, well logging, and installation of water-level recording devices in wells.
(d) Conducting aquifer response testing.
(e) Installing and operating ambient air monitoring equipment.
(f) Sampling and characterizing water, soil, rock, or contaminants.
(g) Sampling and characterizing water effluents, air emissions, or solid waste streams.
(h) Sampling flora or fauna.
(i) Conducting archeological, historic, and cultural resource identification and evaluation studies in compliance with 36 CFR part 800 and 43 CFR part 7.
(j) Gathering data and information and conducting studies that involve no physical change to the environment. Examples include topographic surveys, bird counts, wetland mapping, and other inventories. (90 FR 24644)

(3) *Grants of right-of-way wholly within the boundaries of other compatibly developed rights-of-way. [The right-of-way may expand beyond the boundaries of existing disturbance but must be within the existing right-of-way.] (90 FR 24644)

(4) *Approval of land management plans where implementation will only result in minor construction activities and resultant increased operation and maintenance activities. [NPS