# EXHIBIT H

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,

Plaintiff,

v.

NATIONAL PARK SERVICE, *et al.*,

Defendants.

Case No. 1:25-cv-04316-RJL

**DECLARATION OF JOSHUA FISHER, DIRECTOR FOR WHITE HOUSE MANAGEMENT AND ADMINISTRATION**

I, Joshua Fisher declare as follows:

1. I am an Assistant to the President, a Presidentially Commissioned Officer. In addition, I am the Director for White House Management and Administration ("M&A") and the Director of the Office of Administration ("OA").

2. I have personal knowledge of all the facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my position as Director of M&A, the President of the United States has delegated to me all authorities required to accomplish the mission of the White House and the White House Executive Residence. I am specifically responsible for certifying expenditures for the operation and maintenance of the Executive Residence at the White House ("EXR") on behalf of the President of the United States pursuant to 3 U.S.C. §§ 103 and 105(d). As the Director of OA, I am also the "head of the agency" for the Executive Office of the President ("EOP") solely for the purpose of carrying out the functions of a Chief Financial Officer as described in 31 U.S.C. § 902, which include, among other things,

overseeing all financial management activities relating to programs and operations of the EOP.

4. In addition, I am responsible for managing the East Wing Modernization Project ("the Project") on behalf of the President of the United States. In this role, I meet regularly with the President, federal officials within the EXR Chief Usher's Office, the United States Secret Service ("USSS"), the National Park Service ("NPS"), and other agencies, as well as contractors, architects, and engineers associated with the Project.

5. The Comprehensive Design Plan for the White House and President's Park (2000) identified the need for expanded event space to address growing visitor demand and provide a venue suitable for significant events. Successive administrations have recognized this need as an ongoing priority. To meet this need, EOP outlined three functional goals for any permanent event space: (1) immediate adjacency to the White House Executive Mansion; (2) a direct ceremonial procession from the East Room into the venue; and (3) enclosed second-story access from the Executive Mansion. Exhibit A, Comprehensive Design Plan for the White House and President's Park.

6. The President directed me to initiate a project to implement those and many other longstanding goals important to him and various other entities within the United States Government. Some of those additional goals included: (1) carrying out significant Secret Service upgrades to meet current protection requirements for the President and First Family; (2) creating a cohesive modern infrastructure for the White House to correct the network of fragmented, incompatible, and obsolete systems that remained after decades of incremental, uncoordinated projects that were never comprehensively integrated into a unified system; (3) reducing degradation of the Executive Mansion's historic structure

caused by hosting events larger and more frequently than it was structurally designed for; (4) enhancing the overall visitor experience of all guests to the White House and park grounds; (5) reducing costs and negative impacts to the White House grounds, including to the sod on the South Lawn, associated with the use of temporary structures to compensate for the lack of adequate event space; and (6) providing the First Lady and her staff with an office space that meets all modern life-safety requirements, such as ensuring there are two methods of egress from the building from each office space.

7. Given EXR's mission to directly support the President's management of the Executive Mansion and its substantial expertise in (1) preservation and maintenance of the White House structure and its historical contents; and (2) providing for the use of the White House for official ceremonial purposes as well as the private home of the President, the President determined that he would manage the Project through EXR. With its unique position within the White House complex, EXR is also best-positioned to coordinate with other agencies (such as the USSS and NPS) that have equities affected by the Project.

8. Accordingly, EXR is the entity responsible for developing contractual requirements, contracting for, and managing the Project at the direction of the President. To date, EXR is the signatory on all contracts associated with the Project.

9. Prior to executing on the President's directives, I met with EXR, USSS, NPS, and other government agencies to evaluate all options for implementing the President's goal of establishing a modernized East Wing facility. Each of the stakeholders identified various issues within the Executive Mansion and the East Wing that had been discovered over their many years of service to the White House. We then used this information to contact and work with various contractors, architects, historians, and engineers to assess those

issues and the various options for resolving them as part of the Project. The issues identified by these agencies included the need to: (1) provide a safe and secure facility for the President and world leaders to meet while minimizing impacts to the public, including reducing road and park closures associated with the use of temporary tent structures; (2) address the aging and structurally unstable East Wing colonnade roof along with insufficient foundation and underpinning support to execute required structural upgrades; (3) address ongoing substructure water infiltration that has caused progressive deterioration and corrosion of structural components; (4) update roof systems on the East Wing that had exceeded their service life, causing chronic water intrusion, substructure leaks, and accelerated deterioration of structural and historic elements; (5) eliminate mold contamination that resulted from persistent moisture; (6) update obsolete electrical infrastructure that was undersized and non-compliant with current code, which increased fire risks and the likelihood of operational failure; (7) replace aging, inefficient, and unreliable steam and mechanical systems that support the Executive Mansion and continuous critical missions; (8) come into compliance with Americans with Disability Act requirements as well as other life-safety requirements; and (9) remove toxic substances spread throughout the structure, including asbestos and lead based paint.

10. After careful consideration of the President's goals identified in Paragraph 6 and the issues identified in Paragraph 9, EXR determined that, based on a cost analysis, demolition of the existing East Wing structure and reconstruction of a new East Wing provided the lowest total cost of ownership and the most effective long-term risk reduction.

11. EXR also carefully considered the views of the White House complex throughout the design process. A primary goal of the Project has been to maintain the visual primacy of the Executive Mansion and to ensure that the East Wing remains minimally visible from public spaces. Based on existing geographical features on the White House grounds, EXR does not expect public views of the East Wing to significantly change. In particular:

    A. Views from the South fence of the White House lawn will not be significantly affected due to the "Jefferson mounds" – graded areas of the South lawn - and trees that frame the Executive Mansion and cover the West Wing and East Wing. It is possible that the uppermost point of the new south portico roof of the East Wing may be visible above the treetops.

    B. Views from the North fence of the primary north façade of the East Wing will be largely obscured by trees. In the winter months, with the deciduous trees having lost their foliage, portions of the north façade will be visible through the trees.

    C. The west views and principal north and south views from the White House will not be affected. The east views from the central White House Executive Mansion to the Treasury will be replaced by views of the western elevation of the new East Wing.

    D. Several stands of trees are located between the Decatur House and the White House complex. Given the locations of these trees and the distance between the Decatur House and the White House, my understanding is that the East Wing will not alter existing views of the White House complex from the Decatur House.

12. Donated funds received by NPS pursuant to NPS's gift authority are being transferred to the White House Repair and Restoration Account pursuant to the Economy Act, 31

U.S.C. § 1535 to fund this Project and supplement the Executive Mansion's annual allowance appropriated pursuant to 3 U.S.C. § 105(d).

13. My understanding is that the final design for the Project is still under development, and is the subject of ongoing discussions between the President, the architect, and the relevant contractors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 14, 2026.

Joshua Fisher