# EXHIBIT J

September 16, 2026

Mr. Will Bardwell, Senior Counsel
Democracy Forward Foundation
Washington, D.C. 20043

RE: Expert report of Dr. James J. Connors in *DC Preservation League, et al. v. Dept. of the Interior, et al.*, No. 1:26-cv-477, U.S. District Court for the District of Columbia

Dear Mr. Bardwell:

You have asked me to produce an independent expert report for the above-referenced case. This letter constitutes that report. It is based on (1) my review of the case-related materials that you supplied regarding environmental sampling and analyses, (2) my own research into the demolition and disposal sites involved, (3) applicable regulatory and practice standards, (4) observations made during a site visit that I performed on August 13, 2026, and (5) my professional experience and judgment. Accordingly, I have formulated the following five opinions in this case to a reasonable degree of scientific certainty.

- Opinion 1. The project's "baseline" samples collected on October 28, 2025, were not collected in accordance with the project work plan, accepted standards of practice, or applicable regulatory guidance. They are therefore not reliable indicators of background or pre-placement conditions at the disposal site.
- Opinion 2. Any conclusions that rely on the project's flawed "baseline" sample results, including the calculation of background threshold values, are unreliable.
- Opinion 3. Failure to sample the stockpiled soil during the first eight days of its delivery (October 20 to 27, 2025) is inconsistent with both the scientific method and the procedures required by the project's work plan.
- Opinion 4. Failure to sample the stockpiled soil during the first eight days of its delivery (October 20 to 27, 2025) creates a material data gap that could mask higher levels of contamination.

- Opinion 5. It is more likely than not that leaving the soil stockpile uncovered and exposed to the elements for months caused contaminant transport and exposure.

I explain these opinions and the scientific bases for each in the paragraphs that follow. I have included all documents and data that I relied upon to formulate my opinions as footnotes throughout this report. I have also attached my current curriculum vitae as Appendix A.

**QUALIFICATIONS TO OPINE**

I am certified as a Professional Hydrologist (P.H.) by the American Institute of Hydrology and licensed as a Professional Geoscientist or Geologist (P.G.) in Alabama, Georgia, Louisiana, Mississippi, New York, and Texas. I am an active member of the Geological Society of America, serving on several of that organization's national committees, a life member of the Sigma Gamma Epsilon Earth science honor society, a fellow member of the Geological Society of London, a member-at-large of the Sigma Xi international scientific research honor society, a member of the American Society of Civil Engineers, and a member of the International Association of Hydrogeologists. In addition, I currently serve on the Board of Directors of the American Institute of Hydrology.

I hold B.S. and M.S. degrees in Geology and a Ph.D. in Marine Sciences. My doctoral dissertation focused on groundwater contamination transport via the submarine groundwater discharge pathway.

I served on the undergraduate and graduate faculties of the University of South Alabama, a doctorate-granting research university, from 2003 through 2016. While there, I attained the academic rank of Associate Professor and taught courses and seminars in hydrology, contaminant hydrology and hydrogeology, geophysics, physical geology, historical geology, groundwater computer modeling, and field methods. I also served on the advisory board of the university's environmental toxicology graduate program and supervised the research of seven environmental toxicology graduate students. I also served on the thesis research committees of several other biology, civil engineering, environmental toxicology, and marine sciences graduate students.

In addition, I served the university in several permanent and interim academic leadership positions. These included Vice President for Research, Dean, Associate Dean, Department Chair, Director of International Education, and Faculty Senate President.

While in academia, I received several honors for my work. These included Humanitarian Service, Outstanding Service, and Teaching Excellence awards, two Faculty Member-of-the-Year awards, and three Mortar Board awards. In 2013, I was named one of the 50 Outstanding Faculty Members in the university's history by the National Alumni Association, Faculty Senate, and Student Government Association.

I have also spent more than 41 years in professional practice. This experience includes work on projects and cases involving environmental contamination investigations, sampling, and risk-based cleanups. My private-sector work has involved hundreds of environmental investigations and numerous contaminated sites (including disposal sites). I have characterized and sampled contamination in various media, including soils, sediment, biota, groundwater, air particulates/dust, stormwater runoff, surface water, and construction & demolition wastes. These investigations have targeted numerous contaminants, including inorganic contaminants such as asbestos, arsenic, lead, mercury, chromium, etc., and organic contaminants such as polycyclic aromatic hydrocarbons (PAHs), polychlorinated biphenyls (PCBs), pesticides, etc.

I have been retained as either a consulting or testifying expert in more than 100 legal disputes, both in the U.S. and abroad. I have testified under oath a total of 43 times. My complete testimony history is listed in my curriculum vitae. My testimony history over the last five years is listed below.

- 2026, trial testimony, Circuit Court for Garrett County, Maryland, Case C-11-CV-22-000077 (Patterson v. Adventure Sports Center, Inc., et al.);
- 2026, deposition testimony, Circuit Court for Garrett County, Maryland, Case C-11-CV-22-000077 (2 depositions, Patterson v. Adventure Sports Center, Inc., et al.);

- 2025, trial testimony, West Virginia Legislative Claims Commission, Case CC-24-0575 (Mills v. West Virginia DOT);
- 2025, hearing testimony, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case 2022-003244-CA-01 (CIGN, et al. v. Fluent Servicing, et al.);
- 2025, deposition testimony, District Court of Douglas County, Kansas, Case DG-2024-CV-000153 (Grant Township, et al. v. Douglas County Board of Commissioners);
- 2025, deposition testimony, 19th Judicial District Court, East Baton Rouge Parish, Louisiana, Case 733590 (Richie, et al. v. 1st Properties Inc., et al.);
- 2024, trial testimony, High Court of New Zealand, Hamilton Registry, Case CIV 2020-072-0076 (Atkinsons v. Waipa District Council);
- 2024, trial testimony, U.S. District Court, Northern District of Alabama, Case 2:18-CV-1693-RDP (Winther v. U.S. Steel, et al.);
- 2024, deposition testimony, Office of Administrative Hearings, Wake County, North Carolina, Case 24 HER 02152 (Bell, et al. v. North Carolina DEQ);
- 2024, deposition testimony, Circuit Court, Mobile County, Alabama, Case 02-CV-2022-901103.00 (Walter v. Adams Homes, et al.);
- 2024, deposition testimony, Circuit Court for Garrett County, Maryland, Case C-11-CV-22-000077 (Patterson v. WISP Resort, et al.);
- 2024, deposition testimony, U.S. District Court, District of SC, Charleston Division, Case Civ. No. 2:23-CV-02384 (Tyco v. AIU Ins. Co., et al.);
- 2024, deposition testimony, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case 2022-003244-CA-01 (CIGN, et al. v. Fluent Servicing, et al.);
- 2023, trial testimony, Circuit Court, Monroe County, Wisconsin, Case 2022-CX000004 (Wisconsin v. MDS Dairy, et al.);

- 2023, trial testimony, Circuit Court, Baldwin County, Alabama, Case CV-2020-900699 (Vaughn, et al. v. Smith, et al.);
- 2023, deposition testimony, Circuit Court, Monroe County, Wisconsin, Case 2022-CX000004 (Wisconsin v. MDS Dairy, et al.);
- 2023, deposition testimony, Circuit Court, Shelby County, Alabama, Case CV-2021-900353 (Welch v. Chelsea, et al.);
- 2023, deposition testimony, Chancery Court, Jackson County, Mississippi, Case 2019-2010 MAM (Guice v. Borries);
- 2022, trial testimony, Circuit Court, Mobile County, Alabama, Case 02-CV-2020-901477.00 (Carpenter v. Crown Pointe HOA, et al.);
- 2022, hearing testimony, Circuit Court, Shelby County, Alabama, Case CV-2021-900353 (Welch v. Chelsea, et al.);
- 2022, deposition testimony, U.S. Armed Services Board of Contract Appeals, Case 628162021 (HGL v. USACE);
- 2022, deposition testimony, U.S. District Court, Northern District of Alabama, Case 2:18-CV-1693-RDP (second deposition, Winther v. U.S. Steel, et al.);
- 2022, deposition testimony, Circuit Court, Baldwin County, Alabama, Case CV-2020-900699 (Vaughn, et al. v. Smith, et al.);
- 2021, trial testimony, Circuit Court, Mobile County, Alabama, Case 02-CV-2018-902210.00 (SWDA, et al. v. WMMBEC, Inc., et al.);
- 2021, deposition testimony, U.S. District Court, Northern District of Mississippi, Case 3:19cv213-NBB-RP (Seale v. MDOT, et al.);
- 2021, deposition testimony, Circuit Court, Mobile County, Alabama, Cases 02-CV-2018-902210.00 and 02-CV-2017-901263.00 (2 depositions, SWDA, et al. v. WMMBEC, Inc., et al.);
- 2021, deposition testimony, Circuit Court, Mobile County, Alabama, Case 02-CV-2020-901477.00 (depositions, Carpenter v. Crown Pointe HOA, et al.); and

- 2021, deposition testimony, 19th Judicial District Court, East Baton Rouge Parish, Louisiana, Case 684270 SEC. C (Raby v. Fakouri, et al.).

## COMPENSATION

I am being paid at a rate of $350/hour for my work on this case. My compensation does not depend on either the nature of my opinions or the outcome of the case.

## BACKGROUND INFORMATION

### The Demolition Site: White House East Wing

The White House East Wing has been demolished in order to build a new ballroom structure on the site. Over the previous two centuries, the East Wing area has been the location of several construction and demolition projects[1]. Key among these are:

- In 1805, President Jefferson built a one-story colonnade on the site that was used for storage, a smokehouse, and quarters/workspaces for domestic staff;
- In 1866, the Jefferson East Wing structure was demolished;
- In 1902, President Theodore Roosevelt started work on an East Wing covered driveway and guest entrance to the White House;
- In 1942. President Franklin Roosevelt expanded this structure, adding a second story, offices, an underground bomb shelter, and a family movie theater;
- In 1965, the Jacqueline Kennedy Garden was added adjacent to the East Wing; and
- In 1977, the Office of the First Lady was established in the East Wing by Rosalynn Carter.

As these dates indicate, many of these projects occurred before the enactment of modern environmental regulations[2]. Accordingly, and as noted in the project's October

---

1 The White House Historical Association (accessed 2026). East Wing Fact Sheet, https://www.whitehousehistory.org/press-room/press-backgrounders/east-wing-fact-sheet.

2 National Environmental Policy Act (NEPA) in 1970; Clean Air Act major amendments in 1970; Clean Water Act in 1972; Resource Conservation and Recovery Act (RCRA) in 1976; Comprehensive

24, 2025, work plan[3], the demolition site has the potential to produce hazardous historical building materials, including asbestos, arsenic, lead, and other harmful substances. Lead, for example, is a malleable metal and potent neurotoxin that has been used in construction since ancient times[4]. It is common in stone joints, piping, roofing materials, flashing, solder, and paint. As I will discuss in more detail below, lead was analyzed for and detected in the soil excavated and stockpiled as a part of this project[5].

Arsenic is a semi-metal, carcinogen, and potent poison that was also used in historical buildings. High levels of arsenic can be found in Victorian-era wallpapers[6]. The soil excavated in this case was also found to contain arsenic[7].

Copper is another metal that can be harmful at elevated exposure levels. It has also long been used in paints, roofing materials, flashing, gutters, downspouts, exterior cladding, and ornamental elements[8]. Copper was also detected in the East Wing soils,

---

Environmental Response, Compensation, and Liability Act (CERCLA) in 1980; Strict federal controls on asbestos and lead-based paint in the 1970s and 80s.

3 "The composition of the excavated soil is currently unknown, and the East Wing's historical construction raises concerns about potential hazardous materials." Jacobs Engineering Group (2025, October 24). Page 1, Section 3, Memorandum: Sampling of excavated soil from White House modernization project (Project No. D4040700; Document No. 251024121052_8ba952c0). Prepared for the National Park Service.

4 Simpson and Garvie-Lok (2025). Lead exposure in the Roman Empire: a review of the written, material, and bioarchaeological evidence. Journal of Roman Archaeology. 38(2):610-644, https://www.cambridge.org/core/journals/journal-of-roman-archaeology/article/lead-exposure-in-the-roman-empire-a-review-of-the-written-material-and-bioarchaeological-evidence/6E273032C65EDB9DAC9DBBD181A7B73A.

Hadingham (February 2008). Unlocking Mysteries of the Parthenon, Smithsonian Magazine, https://www.smithsonianmag.com/history/unlocking-mysteries-of-the-parthenon-16621015/.

5 Memorandum (2025, October 24). Sampling of excavated soil from White House modernization project (Project No. D4040700; Document No. 251024121052_8ba952c0). Prepared for the National Park Service; Final Sampling Report (2026, June 18). East Potomac soil storage project #140P2126Q0040. Prepared for the National Park Service.

6 Meharg (2003). The arsenic green. Nature, 423, 688. https://doi.org/10.1038/423688a; Hughes, et al. (2011). Arsenic exposure and toxicology: A historical perspective. Toxicological Sciences, 123(2), 305–332. https://pmc.ncbi.nlm.nih.gov/articles/PMC3179678/

7 Table 1, Final Sampling Report (2026, June 18). East Potomac soil storage project #140P2126Q0040. Prepared for the National Park Service.

8 Agency for Toxic Substances and Disease Registry (2024). Toxicological profile for copper. U.S. Department of Health and Human Services, Public Health Service,

as were a number of other metals that are commonly screened for and detected in historic building demolition debris [9]. These detected metals included antimony, chromium, mercury, selenium, thallium, and zinc[10].

Historic building demolition sites are also commonly found to contain dangerous organic chemicals, such as polycyclic aromatic hydrocarbons (PAHs). Some PAHs are carcinogenic, and several of these, including benzo(a)anthracene, benzo(a)pyrene, dibenzo(a,h)anthracene, and benzo(b)fluoranthene, were detected in the excavated East Wing soils[11].

In addition, the excavated East Wing soil samples were found to contain other semivolatile organic compounds and various volatile organic compounds, including polychlorinated biphenyls (PCBs), pesticides, herbicides, and total petroleum hydrocarbons (TPHs). All of these compounds have been associated with historical building demolitions at locations around the world.

**The Disposal Site: East Potomac Golf Links**

Demolition of the East Wing began on October 20, 2025. That same day, according to the sworn Declaration of Jennifer T. Nersesian, National Park Service (NPS) Regional

---

https://wwwn.cdc.gov/tsp/ToxProfiles/ToxProfiles.aspx?id=206&tid=37; Copper Development Association (n.d.). Copper in Architecture Design Handbook, https://copper.org/markets-and-applications/building-construction/elevating-architecture/copper-in-architecture-design-handbook/; National Gallery of Art (1993). Artists’ pigments: A handbook of their history and characteristics (Vol. 2), https://www.nga.gov/research/publications/artists-pigments-handbook-their-history-and-characteristics-volume-2; Sweetser (1978). Roofing for historic buildings (Preservation Brief 4). Technical Preservation Services, National Park Service, https://www.nps.gov/orgs/1739/preservation-briefs.htm.

9 Table 1, Final Sampling Report (2026, June 18). East Potomac soil storage project #140P2126Q0040. Prepared for the National Park Service.

10 Table 1, Final Sampling Report (2026, June 18). East Potomac soil storage project #140P2126Q0040. Prepared for the National Park Service.

11 Table 1, Final Sampling Report (2026, June 18). East Potomac soil storage project #140P2126Q0040. Prepared for the National Park Service.

Director[12], soil excavated during the project was hauled to a disposal site and "stockpiled". This site is located at the East Potomac Golf Links on the manmade Hains Point/East Potomac Park peninsula (hereafter "the disposal site"). Figure 1 shows the locations of the demolition site, disposal site, and other reference landmarks in the area.




*Figure 1. Reference map showing key locations around the soil stockpile "disposal site"[13].*

As depicted in Figure 2, the soil stockpile was placed in a roughly 1.5-acre triangular area between the 4th, 5th, and 9th holes on the facility's northernmost golf course. This site is located about 770 ft from the Potomac River and 950 ft from the Washington Channel (Figure 3). Before the soil stockpile arrived, this area sat at an elevation of only about 10 ft above mean sea level (ft-msl).

12 Para. 29, Nersesian, J. T. (2026, March 6). Declaration of Jennifer T. Nersesian, regional director for the National Park Service National Capital Region [Declaration]. DC Preservation League v. U.S. Department of the Interior, No. 1:26-cv-00477-ACR (D.D.C.) (Document 26-1).

13 U.S. Geological Survey (2023), Washington West, DC, 1:24000 scale topographical map, https://ngmdb.usgs.gov/topoview/viewer/#13/38.8979/-77.0513.




Figure 2. Aerial photos (Google Earth) showing disposal site "before and after" soil stockpile.




Figure 3. USGS topo map showing the low (10-ft msl) elevation of the soil stockpile area.

## *Flooding Issues at the Disposal Site*

The disposal site area has long been prone to flooding by both routine rain events and the Potomac River overtopping its seawall during high tides and storm surges. This is problematic, since rain events and flooding are known mechanisms by which soil contamination can remobilize and be transported.

Documented flooding events at the disposal site location have included the following:

- In March 1936, water crested about 18.5 ft at Key Bridge and much of the East Potomac Park was submerged;
- In October 1942, flooding closed the entire East Potomac course;

- In August 1955, rainfall caused the Potomac to crest its seawall and wash over the park;
- In June 1972, during Hurricane Agnes, a flood inundated the golf course;
- In October 1975, heavy rains resulted in ponding across the golf course for days;
- In November 1985, after Hurricane Juan, the Potomac crested several ft above flood stage and inundated the park;
- In January 1996, the golf course was closed after severe flooding;
- In January 1998, the park was closed after the Potomac flooded over its banks; and
- In September 2018, Hains Point was closed due to high water and potential flooding after heavy rains.

This flooding can be seen in historical Google Maps Street View photos. A random review of these (looking roughly west-southwest from Ohio Drive SW toward the current soil stockpile location) resulted in several images that appear to show standing water across the golf course in the area where the soil stockpile would eventually be placed (Figure 4).

The top image in Figure 4 is the soil stockpile as it appeared recently (during my site inspection on August 13, 2026). The site appeared dry. Rainfall measurements from Reagan National Airport (located about 1.5 miles away) had totaled 3.45 inches in August by the 13th (above average) and 3.58 inches in the previous month (July 2026), which is three-quarters of an inch below the average. No snowfall was recorded during those months. For perspective, using averages of 1991 to 2020 precipitation data[14], the wettest month at Reagan National is July with an average rainfall total of 4.33 inches. The driest month is February with an average total rainfall of 2.62 inches.

The middle image in Figure 4, taken from about the same location and perspective in August 2025 (about 2 months before the soil stockpile was emplaced), appears to show

---

[14] NOAA, U.S. Climate Normals 2020: U.S. Monthly Climate Normals (1991-2020), https://www.ncei.noaa.gov/access/metadata/landing-page/bin/iso?id=gov.noaa.ncdc%3AC01620.

standing water across the area near where the stockpile currently sits[15]. Rainfall measured at Reagan National Airport totaled only 0.2 inches (well below average) in August 2025 and 3.54 inches in the previous month (July 2025), which is also below average. No snowfall was recorded.

The bottom Figure 4 image, taken from Google Maps Street View at roughly the same location and perspective in May 2022 (about three and a half years before the soil stockpile was emplaced), appears to show standing water across the area. Reagan National rainfall totaled 6.36 inches in May 2022 (2.42 inches above average) and 3.82 inches in April 2022 (0.61 inches above average). Only a trace amount of snowfall was recorded on May 22, 2022.




*Figure 4. Top: Soil stockpile on August 18, 2026. Middle: Apparent standing water in soil stockpile area August 2025 (Google Maps Street View). Bottom: Apparent standing water in soil stockpile area May 2022 (Google Maps Street View). Red outlines show where soil stockpile would eventually be placed.*

---

[15] Google Maps Street View

As Figure 5 shows[16], up to 2 inches of daily rainfall occurred at Reagan National during the first 19 weeks that the soil stockpile was at the disposal site, with four other days receiving over 0.8 inches of rain. In addition, Figure 5 shows that several snowfall events occurred during this time period, including one (January 25, 2026) that was nearly 7 inches. Obviously, as snow melts, it also becomes runoff, and as previously stated, runoff is a common mechanism for soil contamination mobilization and transport.




*Figure 5. Daily rainfall (left) and snowfall totals (in inches) at Reagan Natl. Airport, about 1.5 miles from the soil stockpile area.*

As previously stated, flooding occurs in this area when the Potomac River overtops its seawall at high tides or during storm surges. The risk associated with this type of flooding can be seen on a local FEMA map (Figure 6), which shows that the soil stockpile is located in areas designated Zones "X" and "AE". Zone AE is considered to be a high flood risk area and Zone X is a moderate-to-low risk area.




*Figure 6. FEMA map showing the flood risk associated with the soil stockpile.*

---

16 NOAA Regional Climate Centers (accessed 2026). Applied Climate Information System (ACIS) / xmACIS2. Precipitation data for Washington Reagan National Airport (DCA), from https://xmacis.rcc-acis.org/.

Roughly the eastern half of the soil stockpile is in a Zone AE area. This is called a "Special Flood Hazard Area" (SFHA), which means the land there is subject to inundation by the 1%-annual-chance flood (i.e., the "100-year flood", which can theoretically happen multiple times in a single year). The western half of the soil stockpile is situated in a Zone X area, with a 0.2%-annual-chance ("500-year flood") flooding risk.

In a 2026 Golf.com article, golf course architect Tom Fazio, who was hired to rebuild the course, acknowledged the flooding/drainage problem as "a top priority" and said the East Wing soil stockpile "won't raise the land and keep it from flooding."[17] While the article goes on to state that, "Some savings will come by way of the more than 30,000 cubic yards of dirt from Trump's White House renovation project…" (i.e., the "soil stockpile"), Fazio says, "It's nothing," relative to what he thinks is needed. The article goes on to say, "Fazio said he intends to use the debris to build a couple of greens and a couple of bunkers, but 'it won't raise the land and keep it from flooding'."

Wind Conditions at the Site

Another common mechanism by which soil contaminants can be remobilized and transported is by wind energy. This is especially true for fine-grained particles (i.e., clay, silt, dust). Because many hazardous compounds tend to be particle-bound, wind can carry contamination from a source area (like the soil stockpile in this case) and cause contamination or exposure downwind, impacting soils, vegetation, or surface waters, and creating inhalation and ingestion exposure pathways.

Common wind conditions experienced during the time that the soil stockpile was being emplaced and open to the elements can be seen in the "wind rose" diagrams provided in Figure 7. These two diagrams show wind at Reagan National Airport, located about

[17] Golf.com, Bastable, A. (May 21, 2026). Inside President Trump's D.C. muni plan - from the guy who's building it", Getty Images "East Potomac sits on a manmade peninsula."

1.5 miles from the soil stockpile, in Q4 (Oct–Dec) and Q1 (Jan–Mar)[18]. Both show dominant winds from the northwest and secondary winds from the south. East and southeast winds are less common.

The Q4 winds (when the soil stockpiling began and the stockpile was uncovered) are slightly calmer and lighter (6.7% calm, 8.8 mph average) than those recorded in Q1 (5.0% calm, 9.9 mph average). The winds from the northwest to north-northwest are recorded at 20+ mph.




*Figure 7. Average wind direction, velocity, frequency, Reagan Natl. Airport, Q4 (Oct-Dec) & Q1 (Jan-Mar).*

Soils, Infiltration, and Groundwater at the Site

Figure 8 shows the two main native soil types that underlie the emplaced soil stockpile[19]. On the eastern side of this location, from the surface to a depth of about 62 inches, is the “Lindside loam”, a silt loam soil dominated by silt, with less sand and usually a small to moderate amount of clay. It displays a moderately high to high capacity for transmitting/infiltrating water, when saturated (on the order of 0.57 to 1.98

18 Iowa Environmental Mesonet (accessed 2026). Q4 and Q! wind data for Washington Reagan National Airport (DCA), https://mesonet.agron.iastate.edu/sites/windrose.phtml?station=DCA&network=VA_ASOS.

19 U.S. Department of Agriculture, Natural Resources Conservation Service (accessed 2026). Soil data for disposal site, https://websoilsurvey.nrcs.usda.gov/app/WebSoilSurvey.aspx.

inches per hour). At rainfall rates higher than this, runoff (and associated contaminant mobilization/transport) would be expected. At rainfall rates lower than this, stormwater (and associated contaminants) would tend to infiltrate into the subsurface. The USDA estimates that the depth to the water table is about 0 to 12 inches locally in this soil, making groundwater contamination by soluble contaminants in the soil stockpile likely.




*Figure 8. Native soil types mapped by the USDA under the soil stockpile (data from https://websoilsurvey.nrcs.usda.gov/app/WebSoilSurvey.aspx).*

On the western side of the soil stockpile, the underlying native soils are mapped as the "Melvin silt loam". This is also mapped by the USDA as a "silt loam" down to about 66 inches, with a "gravelly sandy clay loam" (a sandy, clayey loam with a substantial amount of gravel mixed in) layer below that. It also has a moderately high to high (0.2 to 1.98 inches per hour) capacity for transmitting/infiltrating water. It also is listed as having a relatively shallow (18 to 30 inches deep) water table, so that runoff and associated contaminant mobilization/transport would be expected during rainfalls greater than 0.2 to 1.98 inches per hour and infiltration of water and soluble contaminants down to the water table would be expected at rainfall rates below that.

Disposal Site Sampling

As mentioned above, a number of contaminants were detected in samples of the excavated soils. These were collected at the disposal site as the soils were delivered. The project's work plan[20] called for the sampling of the stockpiled soil and surrounding area in several ways. The work plan called for (1) baseline sampling of the native material at the stockpile site before placement of any excavated soil, (2) representative sampling of the delivered and stockpiled soil during active hauling/delivery operations, and (3) sampling of the haul road material.

As I stated earlier, according to the sworn Declaration of Jennifer T. Nersesian (March 6, 2026), site preparation and placement of temporary haul-road material began on October 18, 2025. The first loads of excavated soil were delivered and stockpiled on October 20, 2025.

The final sampling report[21] documents the following sampling activities:

- On October 28, 2025, eleven baseline samples were collected. One of these was collected near the haul road after it was constructed and the remaining ten were collected outside the perimeter berm of the stockpile area (Figure 9).
- Between October 28, 2025, and November 30, 2025, one sample of delivered material was collected on each day that deliveries occurred. Beginning December 1, 2025, the sampling frequency was adjusted to approximately one sample per 150 truckloads. A total of 30 samples of delivered material were collected through April 2, 2026.
- Two samples were collected from the haul road on October 28, 2025.

---

20 Memorandum (2025, October 24). Sampling of excavated soil from White House modernization project (Project No. D4040700; Document No. 251024121052_8ba952c0). Prepared for the National Park Service.

21 Final Sampling Report (2026, June 18). East Potomac soil storage project #140P2126Q0040. Prepared for the National Park Service.

- After final grading of the stockpile, 14 surface samples were collected on April 23, 2026.

All samples were analyzed for what the work plan called "Contaminants of Concern/Parameters"[22]. These included priority pollutant metals, semivolatile organic compounds (including PAHs), volatile organic compounds, PCBs, pesticides, herbicides, total petroleum hydrocarbons, and asbestos.




*Figure 9. Modified "Figure 1" from the project's Final Sampling Report showing "baseline" samples collected immediately adjacent to the soil pile and near the haul road on October 28, 2025. My notes (blue boxes) have been added.*

22 P. 1, Section 3, Memorandum (2025, October 24). Sampling of excavated soil from White House modernization project (Project No. D4040700; Document No. 251024121052_8ba952c0). Prepared for the National Park Service.

Connors Site Inspection: August 13, 2026

As stated above, I visited the disposal site on August 13, 2026. The pile seemed to be about 25 to 30 ft tall. As Figure 10 shows, the area around the soil stockpile appeared dry and the slopes of the soil stockpile appeared to be stable (not obviously eroding) and covered by a healthy layer of grass. Historical Google Earth images indicate that this grass cover has been in place since about mid-June 2026. A stable vegetation “cap” layer like this should diminish certain contaminant transport mechanisms such as erosion, runoff, and dust generation/transport. However, earlier news and social media photos show that the soil stockpile was left uncovered for several months[23], leaving the stockpile exposed to wind, snow/rainfall (and associated runoff/erosion), and infiltration.




*Figure 10. Photos of the soil stockpile taken during my site visit on August 13, 2026.*

[23] Photo from Golf Digest (credited to Steve Boyle) titled “Dirt and debris from the White House East Wing now sits on East Potomac Golf Course” from article by Joel Beall dated February 25, 2026. https://www.golfdigest.com/story/president-trump-national-links-trust-washington-dc-langston-east-potomac-rock-creek-2026.

Photo from an Associated Press article on WSLSTV, 10News (credited to AP Photo/Julia Demaree Nikhinson) titled “A pile of debris is seen in the background as Roman Sandoli, right, prepares to putt at the East Potomac Golf Course, Sunday, May 3, 2026, in Washington” from article by “White House East Wing debris dumped at nearby golf course has toxic metals, report says”,, https://www.wsls.com/news/politics/2026/05/05/white-house-east-wing-debris-dumped-at-nearby-golf-course-has-toxic-metals-a-report-says/.

## OPINIONS AND BASES THEREOF

To date, I have formulated the following five opinions in this case to a reasonable degree of scientific certainty.

- Opinion 1. The project's "baseline" samples collected on October 28, 2025, were not collected in accordance with the project work plan, accepted standards of practice, or applicable regulatory guidance. They are therefore not reliable indicators of background or pre-placement conditions at the disposal site.
- Opinion 2. Any conclusions that rely on the project's flawed "baseline" sample results, including the calculation of background threshold values, are unreliable.
- Opinion 3. Failure to sample the stockpiled soil during the first eight days of its delivery (October 20 to 27, 2025) is inconsistent with both the scientific method and the procedures required by the project's work plan.
- Opinion 4. Failure to sample the stockpiled soil during the first eight days of its delivery (October 20 to 27, 2025) creates a material data gap that could mask higher levels of contamination.
- Opinion 5. It is more likely than not that leaving the soil stockpile uncovered and exposed to the elements for months caused contaminant transport and exposure.

I explain these opinions and the scientific bases for each in the paragraphs that follow.

<u>Opinion 1. The project's "baseline" samples collected on October 28, 2025, were not collected in accordance with the project work plan, accepted standards of practice, or applicable regulatory guidance. They are therefore not reliable indicators of background or pre-placement conditions at the disposal site.</u>

I base this opinion on the following facts and reasoning:

1. The project's work plan and final sampling report make it clear that the disposal site baseline samples were collected to represent "local background conditions"[24]

[24] P. 1, Jacobs Engineering Group (2026, June 18). Final sampling report: East Potomac soil storage project (Project No. 140P2126Q0040). Prepared for National Park Service.

and that the collection of these samples was to "be completed before placement of excavation soils"[25]. The project's work plan and final sampling report use the terms "baseline" and "background" interchangeably.

2. True background samples for contamination site investigations and risk-based cleanups are collected in accordance with widely accepted standards of practice. These standards are established by the U.S. Environmental Protection Agency (EPA), Interstate Technology & Regulatory Council (ITRC), State environmental regulatory agencies (like the Maryland Department of the Environment or MDE), and other authoritative bodies. From these, it is clear that background samples are to be collected at times and in locations that establish site-specific unimpacted or pre-project concentrations of "contaminants of concern". Their purpose in a case like this one is to allow for a scientific comparison of pre-project concentrations to post-project concentrations. Any differences are used to determine whether and to what degree contamination was caused by the activities under investigation[26] (i.e., by the soils that were stockpiled at the disposal site).

---

25 P. 2, section 4.1, Jacobs Engineering Group (2025, October 24). Sampling of excavated soil from White House modernization project (Project No. D4040700; Document No. 251024121052_8ba952c0) [Technical memorandum]. Prepared for National Park Service.

26 EPA RAGS Vol. I, Part A, EPA/540/1-89/002, section 4.4, pp. 4-5 to 4-8; EPA, Role of Background in the CERCLA Cleanup Program, OSWER 9285.6-07P, p. 5; U.S. EPA (September 2002). Guidance for Comparing Background and Chemical Concentrations in Soil for CERCLA Sites (EPA 540-R-01-003 / OSWER 9285.7-41); EPA 540-R-01-003 / OSWER 9285.7-41, glossary p. vii, section 1.5 pp. 1–2, and section 2.3 pp. 2–3; ITRC, Soil Background and Risk Assessment (2021), section 2; CCME/FCSAP Module 5 glossary; RAGS section 4.4.1, p. 4-5; OSWER 9285.6-07P, p. 5; EPA 540-R-01-003, section 1.5 and glossary p. vii; Matschullat, Ottenstein, and Reimann, Environ. Geol. 39:990–1000 (2000); ISO 11074-1:1996; Salminen and Tarvainen, Appl. Geochem (1997); MDE (2026). Maryland's Voluntary Cleanup Program, (https://mde.maryland.gov/programs/land/marylandbrownfieldvcp/pages/vcp info.aspx); MDE (May 2022). Fill Material and Soil Management in Maryland, https://mde.maryland.gov/programs/land/MarylandBrownfieldVCP/SiteAssets/Pages/errp_factsheets/Soil_and_Fill_Material_Fact_Sheet_5.2022.pdf.

3. The background sampling procedures laid out in the project work plan are in agreement with these standards. It states plainly that the baseline sampling was to "be completed before placement of excavation soils"[27] in the soil stockpile.

4. But the final sampling report[28] states that the "baseline" samples were collected on October 28, 2025, while the sworn Declaration of Jennifer T. Nersesian, NPS Regional Director[29], states that the first loads of excavated soil had been delivered to the site eight days before (on October 20, 2025), thus making it impossible for the so-called "baseline" sampling to have been "completed before placement of excavation soils". As such, it is scientifically dubious to claim that these samples represent "local background conditions".

5. Accordingly, the timing of the collection of the project's "baseline" samples is inconsistent with the (1) aforementioned standards of practice, and (2) the project's own work plan requirements. As such, these samples cannot be relied upon to represent pre-placement background conditions/concentrations in the soil stockpile area.

Opinion 2. Any conclusions that rely on the project's flawed "baseline" sample results, including the calculation of background threshold values, are unreliable.

This opinion is based on the following reasoning:

1. As explained in Opinion 1, the samples labeled as "baseline" in the final sampling report are flawed in that they were collected eight days after soil stockpiling

---

27 P. 2, section 4.1, Jacobs Engineering Group (2025, October 24). Sampling of excavated soil from White House modernization project (Project No. D4040700; Document No. 251024121052_8ba952c0) [Technical memorandum]. Prepared for National Park Service.

28 P.1 and Table 1, Jacobs Engineering Group (2026, June 18). Final sampling report: East Potomac soil storage project (Project No. 140P2126Q0040). Prepared for National Park Service.

29 Para. 29, Nersesian, J. T. (2026, March 6). Declaration of Jennifer T. Nersesian, regional director for the National Park Service National Capital Region [Declaration]. DC Preservation League v. U.S. Department of the Interior, No. 1:26-cv-00477-ACR (D.D.C.) (Document 26-1).

operations began. As such, they are not reliable representations of pre-project or otherwise unimpacted conditions at the stockpile site.

2. The "background threshold values" (BTVs) that were derived in the final report from these flawed "baseline" samples cannot be used to statistically represent the upper end of pre-placement levels of the detected chemicals in the site's soil and cannot be used to assess whether post-placement concentrations were above or below actual background concentrations. Because a BTV is only as reliable as the data from which it is derived, the BTVs reported in the final sampling report are unreliable.

3. Similarly, the arsenic "limited risk" argument put forth in the final sampling report falls apart since it is also based on the flawed "baseline" sample results (and an unreliable BTV). An unreliable background value cannot be used to establish risk limits. Any such risk determinations are unreliable.

<u>Opinion 3. Failure to sample the stockpiled soil during the first eight days of its delivery (October 20 to 27, 2025) is inconsistent with both the scientific method and the procedures required by the project's work plan.</u>

I base this opinion on the following facts and reasoning:

1. The project work plan required collection of one sample per day of hauling operations from the delivered material and, if soil transport activities had already begun before mobilization, a catch-up protocol of collecting multiple samples on the initial sampling day "to align with the cumulative number of hauling days." The Nersesian Declaration (cited above) establishes that deliveries began on October 20, 2025 (eight days before any sampling occurred).

2. The scientific method requires that hypotheses (e.g., "the stockpiled soil caused no local increases in chemicals of concern levels at the site") be tested. This is done by collecting a complete, unbiased dataset using reliable methods. Not sampling the delivered soil from October 20 through October 27 is poor science,

producing an incomplete and biased (temporally skewed) dataset via an unreliable method.

3. As a result, the dataset obtained (and used to draw conclusions) in this case does not comply with either the project's work plan or the scientific method.

4. Any use of these unsampled soils (e.g., "to build a couple of greens and a couple of bunkers") without first sampling them and determining their environmental impact and human health risks would be unreasonable and is not advised.

Opinion 4. Failure to sample the stockpiled soil during the first eight days of its delivery (October 20 to 27, 2025) creates a material data gap that could mask higher levels of contamination.

I base this opinion on the following facts and reasoning:

1. The final sampling report shows the results of stockpile sampling, beginning October 28, 2025, in Table 1. A number of those results are plotted in time sequence graphs in Figures 11 and 12. Also shown on these graphs are trendlines for the data.

2. The trendlines in these data plots show pronounced concentration declines over time for the PAHs: benzo(b)fluoranthene, dibenzo(a,h)anthracene, acenaphthene, benzo(a)anthracene, benzo(a)pyrene, chrysene, fluoranthene, pyrene, sum HMW PAHs (high molecular weight PAHs), and total PAHs. The also show pronounced concentration declines over time for the metals: antimony, cadmium, chromium, copper, lead, mercury, selenium, thallium, and zinc.

3. Since no samples of delivered soil were collected from October 20 through October 27, and if these declining trends extend through the initial unsampled eight-day interval, the soil placed in the stockpile first (on the bottom) would have had higher concentrations of those contaminants than the soil sampled from October 28 onward.




*Figure 11. Time series plots for selected metals data from soil stockpile samples.*




*Figure 12. Time series plots for selected PAH data from soil stockpile samples.*

4. To be sure, that is a hypothesis, not a fact backed up by actual sampling results from the missing data period, but it is a hypothesis that is relevant to the technical issue being decided. Accordingly, it should be tested by sampling the basal soils in the soil stockpile.

<u>Opinion 5. It is more likely than not that leaving the soil stockpile uncovered and exposed to the elements for months caused contaminant transport and exposure.</u>

I base this opinion on the following facts and reasoning:

1. As stated above, there are numerous photos of the disposal site showing the soil stockpile uncovered and exposed to the elements over several months after deliveries began.

2. The wind roses in Figure 7 show that the area's prevailing winds support the likelihood of local contaminated dust transport. Figure 13 shows that this risk is greatest to the southeast and north of the soil stockpile. Leaving the soil stockpile uncovered and exposed to the local winds was environmentally poor judgment.




*Figure 13. Greatest local risk of dust/contaminant transport and exposure.*

3. Figure 5 shows that a number of rainfall events occurred while the soil stockpile was left uncovered at the disposal site. One of these was about 2 inches in a single day. We also know from Figure 5 that a 7-inch snowfall occurred on

January 25, 2026. Such events generate runoff (either directly or as snow melt) and runoff can mobilize sand and fine-grained sediments and transport contaminants. Leaving the soil stockpile uncovered and exposed to rain and snow (runoff) was also environmentally poor judgment.

4. Figure 8 shows that the native soils underlying the contaminated soil stockpile are quite capable of infiltrating contaminated stormwater down to shallow water tables (at rates up to 1.98 inches per hour) and Figure 5 shows that local rainfall fell within that range while the soil stockpile was uncovered and exposed. In my opinion, based on the local USDA soils maps, and to a reasonable degree of scientific certainty, this likely resulted in shallow groundwater contamination via infiltrating water and soluble contaminants. As such, leaving the soil stockpile uncovered and exposed was also environmentally poor judgment.

5. Finally, Figures 4 and 6 show that flooding is a perpetual risk at the disposal site. Such inundations could remobilize and transport the contamination detected in the soil stockpile samples – especially prior to stabilizing it with surface vegetation. Accordingly, leaving the soil stockpile in an exposed and non-stabilized condition was environmentally poor judgment (as was placing it in a flood-prone area to begin with).

**SUMMARY/CONCLUSION**

Data collected by the NPS consultant have shown that the “soil stockpile” is contaminated. But the NPS consultant has argued that the soil in the stockpile is no more contaminated than the surrounding area. That is a flawed opinion. It is unscientific and inconsistent with both accepted regulatory guidance and procedures laid out in the NPS consultant’s own work plan.

In fact, the data collected shows that not only is the soil stockpile contaminated, but the contamination levels in the delivered soil trended downward over time, supporting the hypothesis that the unsampled soil (delivered in the first eight days of the project) was even more contaminated than what came later. This hypothesis is scientific in that it is

testable (by sampling the basal level of the soil stockpile). I advise that this testing and any associated environmental/risk assessments be carried out prior to using this soil for any purpose, including “to build a couple of greens and a couple of bunkers”.

The fact that the soil stockpile was left open to the elements and known contaminant transport mechanisms (i.e., wind, rain runoff and infiltration, and potential flooding) and unmonitored for months almost certainly resulted in exposure. This was environmentally irresponsible, given that the collected samples detected contamination.

Thank you for your attention. Please contact me with any questions.

Sincerely,

James J. Connors, Ph.D., P.G., P.H.
September 16, 2026

## APPENDIX A

*Curriculum Vitae of*

**JAMES J. CONNORS, PH.D.**

---

### DEGREES

Ph.D., University of South Alabama, Marine Sciences, 2007 (Dissertation: Groundwater flow dynamics and associated inorganic nitrogen transport, Weeks Bay, Alabama)

M.S., University of Alabama, Geology, 1990 (Thesis: Structure of a part of the Birmingham Anticlinorium, Alabama)

B.S., University of South Alabama, Geology, 1983

### LICENSES/CERTIFICATIONS

Certified Professional Hydrologist (P.H.): American Institute of Hydrology (No. 23H05014)

Licensed Professional Geologist/Geoscientist (P.G.): Alabama (No. 1468), Georgia (No. PG002491), Louisiana (No. 80), Mississippi (No. 941), New York (No. 311), Texas (No. 4065)

Certified Stormwater, Erosion, and Sedimentation Control Inspector: Florida (No. 40130)

### OTHER PROFESSIONAL AFFILIATIONS

American Institute of Hydrology: Member, Treasurer, member of the Board of Directors,

American Society of Civil Engineers: Member (M-ASCE)

Geological Society of America: Life Member, Member of the Nominations Committee, past Member of the Fellowships and Membership Committee, past Member and past Chair of the Professional Development Committee

The Geological Society of London: Fellow (FGS)

The International Association of Hydrogeologists: Member

Sigma Gamma Epsilon National Honor Society for the Earth Sciences: Life Member

Sigma Xi Scientific Research Honor Society: Member, past Chapter President

### AWARDS/HONORS

Named one of the 50 Outstanding Faculty Members in the history of the University of South Alabama, 2013

Endowed Award for Humanitarian Service, University of South Alabama, 2013

Principal Emeritus of Eco-Systems, Inc., 2013

Outstanding Service Award, University of South Alabama College of Arts & Sciences, 2011

Mortar Board Top Prof Awards (three), University of South Alabama Chapter, 2011-12

President of the Faculty Senate, University of South Alabama, 2010-11

Faculty Member-of-the-Year Awards (two), University of South Alabama, 2009, 2010

Sigma Xi Scientific Research Honor Society, 2009

President of the Southwest Alabama Geological Society, 2007-09

Teaching Excellence Award, University of South Alabama College of Arts & Sciences, 2007

Most Outstanding Young Professional Award, Woodward-Clyde Consultants, 1992

Sigma Gamma Epsilon National Honor Society for the Earth Sciences, 1983

**PROFESSIONAL EMPLOYMENT HISTORY**

**Private-Sector Positions**

Principal Scientist, 2/13-present, James J. Connors & Associates, LLC, 2013-present

Principal Scientist and Instructor, Applied Hydrological Education & Consulting, Inc., Fairhope AL, 2016-present

Co-founder/Senior Principal Scientist, 2/93-2/13 (retired as Principal Emeritus), Eco-Systems, Inc., Jackson MS/Fairhope AL, 1993-2013

Exsorbet Industries, Inc., Little Rock AR/Jackson MS, 1995-99

President/Chief Executive Officer/Chairman of the Board of Directors, 2/97-2/99

Chief Operations Officer, 1/97-2/97

Interim President, Emergency Response/Industrial Services Subsidiary, 9/96-1/97

Senior Principal Hydrogeologist, 12/95-4/96

Woodward-Clyde Consultants, Jackson MS, 1989-93

Vice President, 8/91-5/93

Office Manager/Senior Project Scientist, 5/89-8/90

Geraghty & Miller, Inc., Tampa FL/Baton Rouge LA, 1986-89

Senior Scientist, Division Manager for Hydrocarbon Services, 5/88-5/89

Staff Scientist, 5/87-5/88

Scientist, 6/86-5/87

P.E. LaMoreaux & Associates, Inc., Tuscaloosa AL/Lakeland FL, 1985-86

Field Hydrogeologist and Computer Modeler, 7/85-6/86

**Academic Positions**

***Faculty/Research***

University of South Alabama, Mobile AL

Associate Professor, Department of Interdisciplinary Studies, 1/15-1/16

Assistant Professor, Department of Interdisciplinary Studies, 8/12-12/13

Assistant Professor, Department of Earth Sciences, 1/08-3/12

Instructor, Department of Earth Sciences, 1/05-1/08

Part-time Instructor, Department of Earth Sciences, 1/03-1/05

***Administrative***

University of South Alabama, Mobile AL

Dean, School of Continuing Education & Special Programs, Interim, 1/15-1/16

Special Assistant to the Vice President for Research & Economic Development, 12/13-1/15

Director of International Education, Interim, 2/13-11/13

Department Chair, Developmental Studies, Interim, 8/12-12/13

Associate Dean, School of Continuing Education & Special Programs, 8/12-12/13

Vice President for Research, Interim, 3/12-8/12

**SELECTED PROJECTS**

Expert witness for Plaintiffs in an Alabama case involving leachate-related soil, sediment, stormwater, and groundwater contamination immediately offsite of a large municipal solid waste landfill. Contaminants included PFAS, metals, VOCs, PAHs, nutrients, etc. Involved multiple site inspections and sampling events, drone reconnaissance, critique of work from four opposing experts, computer modeling, observation of Defendant's field work, preparation of expert and supplemental reports, two depositions, and trial testimony.

Expert witness for Defendants in a U.S. district court case involving extensive PFAS contamination caused by an AFFF product manufacturer and distributor. Work included a file review, research, preparation of an expert report and a rebuttal report, and a deposition.

Expert for Plaintiffs in a New Zealand High Court case involving municipal stormwater impacts on private residential property. Reviewed file, performed research, inspected site, collected onsite measurements, installed temporary piezometers, inspected and measured drainage area, documented sedimentation and eutrophication, reviewed opposing experts' reports, worked with opposing expert to define and produce a joint report on areas of agreement and disagreement, produced two other expert reports ("Will Say Statement", "Brief of Evidence"), assisted attorney with technical questions for cross examinations of opposing experts, and provided testimony at trial.

Expert witness for Defendant in a Mississippi U.S. District Court case involving alleged damage to a coastal estuary by stormwater-related erosion, sediment, and nutrient discharge from a large-scale municipal construction project. Reviewed file, literature, current and historical maps, rainfall and soil data, and opposing expert's reports. Conducted site inspections, prepared an expert report, produced affidavits challenging opposing expert, and gave a deposition.

Consulting expert for Plaintiffs in a South Carolina class-action lawsuit involving the use of an untested and unregistered disinfectant in the water-supply wells of a small town. Reviewed file, performed research, performed a site inspection, and advised attorneys.

Expert witness for Plaintiff in a Tennessee U.S. District Court subrogation claim involving a building fire allegedly caused by stormwater-related flooding. Reviewed file, inspected site, researched local rainfall/humidity/hydrology, and produced an expert report.

Expert for Defendants in a north Alabama court case involving alleged flooding of a retirement/residential complex by stormwater runoff from an adjacent construction site during a severe regional rainfall event. Reviewed file, inspected site, researched rainfall and local soils, reviewed opposing expert's statement.

Expert witness for Plaintiffs in a coastal Alabama case involving potential hydraulic and environmental impacts of a proposed construction of a large pier/boathouse on a bayou-fed bay along the Gulf Coast. Proposed project involved a large, dredged channel and vessel turnaround basin in an estuary designated an "Outstanding Alabama Water" body. Work involved a file review, scientific literature research, a site inspection, an expert report, a deposition, and trial testimony.

Expert witness for Defendants in an Indiana case involving the alleged connection between highway construction stormwater runoff and a fatal traffic accident. Reviewed file, local soil and topographical maps, accident-scene video and photos, historical aerial photos, and rainfall data. Conducted site inspection/infiltration tests and produced an expert report.

Expert witness for Defendants in a Texas case involving bank detachment/erosion/mass wasting along a Houston-area bayou as a result of Hurricane Harvey flooding. Reviewed file, external data, literature, and videos. Prepared an expert report.

Expert for Plaintiffs in a U.S. District Court class-action lawsuit against a major PFAS producer. Case involved PFAS contamination of groundwater, soil, sediment, river water, river sediment pore water, biota, stormwater, industrial wastewater, and a municipal drinking water supply. Reviewed file, researched regulatory databases, inspected site, produced an expert and supplemental reports, reviewed/critiqued opposing expert's reports.

Expert for Plaintiff in a Louisiana U.S. District Court case involving a large area of oil-saturated surface soil that appeared suddenly. Reviewed file and data on BTEX, metals, and PAH contamination. Performed research on public oil and gas records, local soils, and local hydrogeology. Inspected site and produced an expert report and affidavits.

Expert witness for Defendants in a Mississippi U.S. District Court case involving alleged soil contamination by metals and nutrients near a construction-demolition debris landfill. Reviewed file, inspected site, mapped local stormwater flow, produced an expert report, and gave a deposition.

Expert witness for Plaintiff in an Illinois U.S. District Court case that involved alleged trespass and defamation claims related to the existence of an inland watercourse. Reviewed file, performed research, and produced an expert report.

Expert witness for Defendants in a Wisconsin case involving alleged environmental contamination by nutrients discharged from a large "concentrated animal feeding operation" (CAFO) dairy. Reviewed file and literature, inspected site multiple times, and gave a deposition and trial testimony.

Consulting expert for Plaintiffs in an Alabama case involving onsite groundwater contamination at a large municipal solid waste landfill. Contaminants included PFAS, metals, VOCs, and nutrients. Inspected site and sampled wells several times, prepared multiple reports, assisted with settlement.

Expert for Plaintiffs in a Mississippi U.S. District Court case involving alleged sediment, PFAS, and nutrients (eutrophication) impacts in a private pond by stormwater runoff from an adjacent large furniture manufacturing plant. Reviewed file, performed site inspections and sediment sampling for PFAS, produced an expert report, and gave a deposition.

Expert witness for Plaintiffs in an American Arbitration Association case regarding the source and timing of groundwater and subsurface free-phase solvent contamination at an oil refinery located in West Virginia along the Ohio River. Reviewed file and data, inspected site, produced expert and rebuttal reports, performed computer modeling, met with regulatory agencies, and gave arbitration hearing testimony.

Expert witness for Defendants in a south Florida case involving alleged stormwater flooding of a commercial building complex near a business airport. Reviewed file, historical rainfall, wells and soil boring logs, local water-table elevation and soils, and historical air photos. Presented opinions and bases to attorney.

Consulting expert for Plaintiffs in a dispute involving alleged groundwater and surface-water contamination (metals and PFAS) flowing onto the property of a waste transfer station from an adjacent metal coating facility's pond. Case also involved alleged damage to a property-line dam that held back the pond. Inspected and sampled the site multiple times, produced reports, advised transfer station owners and their attorney.

Expert witness for Plaintiffs in an Alabama U.S. District Court case involving environmental contamination from a large 1970s release of petroleum tank-bottoms and associated chemicals into a coastal wetland at an asphalt plant. Work involved site inspections, sample collection, file review, and production of an expert report.

Expert witness for Defendants in a Mississippi U.S. District Court case involving alleged oil and brine contamination from a pipeline break. Reviewed file and data, produced an expert report, gave a deposition, and assisted with challenge of opposing expert's methods.

Expert for Plaintiff in an Alabama case involving alleged stormwater runoff and subsurface throughflow from a neighborhood to an adjacent, downhill property. Reviewed file, performed site inspections, observed soil borings, produced expert

and rebuttal reports, reviewed opposing expert reports, gave two depositions, developed demonstrative evidence, and testified at trial.

Expert witness for Plaintiffs in a Mississippi case involving historical BTEX and lead contamination in groundwater caused by a leaking gasoline pipeline. Reviewed file, produced an expert report, gave a deposition, and testified at trial.

Expert witness for Defendant in a Michigan defamation case involving claims of nutrient and disinfectant contamination from a raw sewage/chemical release into a river located on the Upper Peninsula. Reviewed file, researched historical maps, photos, rainfall, and wind data. Conducted a site inspection to observe local river hydrodynamics and check for indicators of nutrient enrichment. Produced an expert report.

Expert for Plaintiffs in a coastal Mississippi case involving trespass and flooding, erosion, and sedimentation impacts from stormwater runoff from a hotel/restaurant property onto an adjacent residential property. Reviewed file, inspected site, and produced an expert report.

Expert for U.S. government agency Appellee in an executive branch tribunal. Involved a contract dispute focused on local groundwater depths and asbestos-containing wastes at a disposal site on the shores of an Atlantic-coast military base in Florida. Investigation and remediation work was being performed in accordance with CERCLA standards. Reviewed file, inspected site and data, wrote expert and rebuttal reports, and gave a deposition.

Consulting expert for Plaintiff in an Alabama dispute involving downstream flooding allegedly caused by releases from an artificially-created pond. Inspected site, performed research, and advised attorney.

Expert witness for Plaintiffs in a coastal Alabama case involving stormwater-related flooding caused by runoff from one residential property onto an adjacent residential property. Work included a site inspection, file review, research, and preparation of an expert report.

Consulting expert for Defendants in a Louisiana U.S. District Court case involving potential hydrological causation of a Mississippi River collision between a moving tug/barges and an anchored vessel. Reviewed file, performed research, and produced a report on the potential hydrological causes of the accident.

Expert witness for Plaintiffs in a coastal Mississippi case involving trespass, wetlands degradation, flooding, erosion, and sedimentation/eutrophication impacts from stormwater runoff from one residential property impacting an adjacent property. Performed file review and research, conducted multiple site investigations, produced a report and supplemental report, and gave deposition.

Consulting expert for Defendants in a central Alabama case involving potential involvement of groundwater in the structural stability of a large retail building complex. Reviewed file, researched local hydrogeology, visited site, and advised attorney.

Consulting expert in a dispute involving the cause of flooding that occurred after a major inland rain event in central Alabama. Reviewed file, researched local soils and rainfall data, advised attorney.

Consulting expert advising Plaintiff attorney group on possible links between groundwater contamination and cancer cases in a rural area of Alabama. Reviewed file, performed site inspections and research, reviewed data, and advised attorneys.

Consulting expert for Plaintiff in a west Texas case involving alleged ecological damage to a commercial property allegedly caused by herbicide application on an adjacent commercial property. Reviewed file, performed research, inspected and sampled site, and advised attorneys.

Consulting expert for Defendants in a north Mississippi case involving alleged above-ground fuel storage tank regulatory violations that may have contributed to a severe fire-related personal injury. Reviewed file, performed research, and advised attorney.

Expert witness for Plaintiffs in a Louisiana case involving extensive flooding, erosion, sediment deposition, environmental damage, and water-quality degradation/eutrophication on a private property from a large high-school construction project. Reviewed file and historical aerial photographs, researched local hydrology and rainfall, and produced an expert report.

Consulting expert for Defendants in an Arkansas case involving timing of PCB releases at an industrial facility. Reviewed file, advised attorneys, assisted with opposing expert's deposition.

Consulting expert for Plaintiff in a Florida case involving potential drawdown in a groundwater-fed spring caused by a proposed municipal water-supply well field. Performed computer modeling of various hydrogeological scenarios.

Expert testimony before a regional fisheries commission on ecological population dynamics/damage in Chesapeake Bay. Led research team, prepared statement, and testified before commission.

Expert for Defendants in an Alabama case involving residential water damage allegedly caused by landscaping work. Reviewed file, conducted research, advised attorneys.

Expert witness for Plaintiffs in an Alabama case involving negative impacts and contamination/eutrophication on a private pond by stormwater runoff coming from the construction of an adjacent, uphill municipal sports complex. Reviewed file, inspected site, produced an expert report, and gave deposition and hearing testimony.

Expert witness for Defendants in a Mississippi settlement hearing that involved PCB contamination of soil/sediments in a privately-owned wetland. Reviewed data and details of proposed remedy, addressed the technical adequacy questions, and gave courtroom testimony.

Consulting expert for Defendants in a Louisiana case involving a collision between an anchored barge and a passing industrial vessel in a bayou. Reviewed file, researched and reported on possible hydrological causes, advised attorney.

Expert witness for Plaintiffs in a central Louisiana case involving trespass and land taking for alleged “natural” drainage purposes. Reviewed file, researched historical aerial photos and topographical maps, produced an expert report, and gave a deposition.

Expert witness for Plaintiffs in a Mississippi case involving environmental impacts/contamination associated with a crude oil and brine pipeline break on private property. Reviewed file, inspected and sampled site, produced an expert report, and gave a deposition.

Consulting expert for Defendant in an Alabama case involving alleged airborne particulate contamination from a steel manufacturing plant. Reviewed file and advised attorney.

Consulting expert for Plaintiffs in a central Alabama case involving groundwater contamination caused by a large gasoline pipeline explosion and fire. Inspected site, reviewed data and monitoring reports, collected samples for and split samples with opposing experts, advised attorneys, and provided technical assistance during settlement negotiations.

Expert witness for Defendants in a Mississippi case involving alleged sedimentation and eutrophication impacts on a private residential lake related to stormwater runoff from an upstream neighborhood development. Performed a file review and multiple site inspections. Collected and analyzed grain-size samples. Prepared an expert report and critiqued opposing expert’s report. Provided input to attorneys for opposing expert deposition.

Expert witness for Plaintiff in a south Alabama case involving residential flooding caused by groundwater springs. Reviewed file, performed research, gave deposition and trial testimony.

Expert for Defendants in a central Alabama case involving alleged flooding of a residential property by runoff from an uphill housing project. Reviewed file, conducted site inspection, reviewed aerial photos and rainfall data, formulated opinions, assisted with settlement.

Expert witness for Plaintiffs in an Alabama case involving impacts on offshore aquaculture (raised oyster beds) by sediments mobilized/transported from an island restoration project. Reviewed file, inspected site, researched conditions and hydrodynamics of site, prepared a report, and gave a deposition.

Consulting expert for Plaintiffs in an Alabama dispute involving flooding of a downstream residential area due to construction/alterations on adjoining, upstream properties. Reviewed file, researched area, inspected site, and advised attorney.

Consulting expert for Defendant in a central Alabama dispute involving alleged damage to and contamination in a private pond by an overturned and submerged commercial truck. Reviewed file, inspected site, and provided advice to attorneys.

Consulting expert for Plaintiffs in a dispute involving sinkholes that were forming in a south Alabama country club neighborhood. Inspected site, researched issue, advised attorney.

Expert witness for Defendants in a Mississippi U.S. District Court case involving the unintended creation of a wetland as a result of piped-in stormwater. Reviewed file, soils data, and aerial/site photos. Conducted site inspections and mapped local stormwater flow during a storm event. Prepared an expert report and assisted attorneys with opposing expert depositions.

Expert witness for Defendant in several related Mississippi cases involving alleged oilfield brine contamination. Files were reviewed, research performed, and expert reports produced.

Expert for Plaintiffs in an Alabama case involving sediment hydrodynamics on the shore of a coastal estuary/river. Conducted site inspections, collected samples for grain-size analysis, reviewed historical maps and aerial photos, participated in mediation.

Consulting expert investigating potential PCB-contamination in an inland lake in a mid-Atlantic state. Reviewed file and literature, visited and sampled site, advised attorneys.

Expert for Defendant in an Alabama case involving alleged stormwater-related flooding and sedimentation on a commercial property by an uphill junk yard ("u-pull-it") auto parts operation. Reviewed file, conducted site inspections and drone recon, formulated opinions, and gave a deposition.

Expert for Defendants in a federal court case involving potential hydrological causation of a river collision between two vessels. Reviewed file, performed research, and produced a report.

Expert witness for Defendant in a West Virginia lawsuit involving alleged stormwater runoff flooding due to power-line right-of-way maintenance work. Performed site inspection, assisted attorney with deposition questions, and produced expert report.

Consulting expert for Defendants in a south Louisiana case involving potential hydrological and sedimentological causes of a petroleum pipeline break near an offshore dredging location. The issue involved both civil and potential criminal liability. Reviewed file, performed research, and advised attorneys.

Expert witness for Plaintiffs in a coastal Alabama case involving repeated stormwater-related flooding in a private home. Reviewed file, researched hydrology and historical aerial photos and rainfall data, conducted site inspections, mapped stormwater flow, produced an expert report.

Consulting expert in permitting process on the potential hydrological impacts of a proposed rock quarry. Reviewed file and data, performed research and site inspections, and produced an expert report.

Expert witness for Plaintiffs in a case involving the potential hydrological impacts of a planned lithium mine and processing operation. Reviewed file, performed research,

produced opinions for an expert disclosure, sat for a deposition, and assisted attorneys with technical questions for opposing experts and settlement discussions.

Expert witness for Defendant in an Alabama case involving alleged downstream flooding of a home caused by discharges from a residential stormwater pond. Reviewed file and performed site inspection and research. Prepared an expert report.

Consulting expert for a Plaintiff's attorney group in potential Georgia litigation involving MTBE contamination. Reviewed file and literature, performed sampling, advised attorneys.

Consulting expert for Plaintiffs in a class-action lawsuit involving alleged dust/particulate contamination from a cement kiln/production operation. Reviewed file, collected samples, and produced a report.

Expert for Plaintiffs in a case challenging buffer-zone requirements around a proposed granite mining operation in Georgia. Performed site inspection, reviewed file and data, assisted attorney with deposition questions, produced expert report.

Expert for Plaintiffs in a federal court case involving impacts from stormwater runoff downstream of a 325-acre mixed-use development in central Alabama. Performed a file review, multiple site inspections, and independent research. Produced an expert report and supplemental reports. Gave two depositions and testified at trial.

Consulting expert for Plaintiffs in a case involving potential stormwater runoff issues posed by a proposed neighborhood development in south Mississippi. Reviewed file, inspected site, advised clients/attorney.

Consulting expert evaluating potential hydrological impacts of a proposed crystalline rock quarry application in Georgia. Reviewed file/data, performed research and two site inspections, and produced an expert report. Provided presentation materials for a hearing.

Expert witness for Plaintiffs in an Alabama case involving alleged flooding of a residential property by stormwater runoff from an adjacent neighborhood. Reviewed file, inspected site, performed research and calculations, formulated opinions, and sat for a deposition.

Expert witness for Plaintiffs in a West Virginia case involving flooding damage to land and a number of antique cars caused by an unmaintained roadside ditch. Read file, performed site inspection, performed calculations and demonstrative experiments, produced an expert report, critiqued opposing expert report, and testified at trial.

Expert witness for Plaintiffs in a Maryland case involving the connection between subsurface flooding of a residential property and an adjacent artificial reservoir and whitewater rafting course at a mountain resort. Performed a file review and independent research, performed two site inspections, prepared an expert report and affidavit, gave two depositions, and testified at trial.

Expert witness for Petitioner/Appellee in a north Kansas lawsuit involving Concentrated Animal Feeding Operation (CAFO) related discharges of nutrients into local streams

and a large reservoir. Reviewed file, performed research, inspected the sites and area involved, and produced an expert report.

Consulting expert for a state government in a case involving a planned Everglades facility. Advised attorneys and inspected site.

Expert witness for Plaintiff in a Texas case involving alleged flooding and erosion/sedimentation on one residential property caused by a drainage discharge outlet installed on an adjacent property. Reviewed file and performed research, inspected sites on two occasions, produced an expert report and a rebuttal report.

Consulting expert for Defendant in a case involving an acid release from a fracking tank. Reviewed data, conducted research, and advised attorney.

Expert for Plaintiffs in an east Oklahoma lawsuit involving alleged ongoing damages from a natural gas pipeline leak. Reviewed file, performed research, inspected site, sampled site, produced an expert report.

Consulting expert for Defendants in a case involving potential hydrological causation of a river collision between two vessels. Reviewed file, produced an expert report.

Expert for Plaintiffs in a Texas case involving drainage changes, flooding, erosion, and sedimentation associated with the construction of a pond in the Houston area. Reviewed file and performed research, inspected site, and produced an expert report.

Consulting expert for Plaintiffs in a Colorado case involving potential PFAS contamination associated with AFFF use during two separate fires at a large Denver apartment complex. Reviewed file and data, inspected site, sampled soil.

Expert for Defendant in a Kansas case involving adequacy/adherence to a Stormwater Pollution Prevention Plan (SWPPP) and connection to local erosion and sedimentation. Reviewed file, performed research, inspected site, and produced an expert report.

Consulting expert in a dispute involving flooding in central Florida allegedly caused by runoff from an adjacent neighborhood during Hurricane Milton. Reviewed file, researched local hydrology, inspected site, and produced an expert report.

Expert for Defendants in a lawsuit involving an airboat accident on an urban creek in Texas. Inspected site, reviewed file, performed research, and produced an expert report.

Expert witness for Plaintiffs in a central Arizona case involving arid-land flooding allegedly caused by a large neighborhood development. Ongoing.

Expert for Defendants in a Louisiana case involving alleged stormwater-related flooding near a gravel/sand mining operation. Ongoing.

Consulting expert for Plaintiffs in Alabama lawsuits involving PFASs released by a Subtitle D landfill. Ongoing.

Consulting expert in a New Mexico matter involving potential PFAS contamination associated with proposed Class 1 injection wells. Ongoing.

Testifying expert in UK-based arbitrations involving PFAS contamination. Ongoing.

Expert in Georgia and Mississippi cases involving contamination by chlorinated solvents. Ongoing.

Consulting expert for Defendant in a Michigan dispute involving alleged contamination caused by applications of poultry waste. Ongoing.

Expert witness for Defendants in multiple cases and regulatory actions involving alleged impacts associated with Class 2 injection wells. Ongoing.

Expert witness in an Alabama case involving erosion caused by urban stormwater discharge onto an undeveloped property. Ongoing.

Consulting expert for Defendants in a case involving an old unlined landfill on a Pacific island. Ongoing.

Consulting expert for a developer in a coastal Alabama dispute involving the wetland and environmental protection status of two parcels of land. Ongoing.

Expert witness for U.S. government in a CERCLA case. Ongoing.

Expert for Plaintiffs in a Kansas case involving environmental impacts from a proposed solar-energy facility. Ongoing.

Consulting expert for an Alabama Plaintiff in power line permit/siting dispute. Ongoing.

Expert for Defendant in a Louisiana lawsuit involving alleged subsurface erosion. Ongoing.

Expert for Plaintiffs in an Alabama lawsuit involving impacts to oyster farms caused by sediments from dredge spoil discharges. Ongoing.

Expert for Defendants in a central Alabama case involving erosion along a river bank. Ongoing.

Consulting expert in an Arkansas dispute with state regulators involving hydrocarbon contamination of an adjacent property by nearby ASTs. Ongoing.

Expert for Defendants/Plaintiffs in a case involving alleged contamination at a licensed, south Florida cannabis farm. Ongoing.

Expert witness in several lawsuits involving PFAS contamination due to the use of aqueous film forming foam (AFFF). Ongoing.

Hydrological consultant evaluating potential saltwater wedge hydrodynamics and impacts at the water-supply intake of a large chemical company facility on the Mississippi River. Reviewed internal documents and data, external data, models, and the scientific literature. Inspected the site and area/region. Produced report and advised company’s technical personnel and contractors.

Hydrogeological evaluation of the cause of flooding discovered in the crawlspace under part of a Houston, Texas home.

Geoscience consultant on the formation of a potential sinkhole at a southern Alabama residential property. Performed site inspection and research, advised clients, produced a report.

Hydrological consultant on a restoration and conservation project in a south Mississippi urban stream. Work included site inspections and field mapping, evaluation of erosion and sedimentation hydrodynamics, consultation with engineering firm to help select natural restoration alternatives, and public meeting participation.

Hydrogeological consultant in a south Alabama investigation of potential stormwater runoff and groundwater causation of foundation issues at a large apartment complex.

Hydrological evaluation of recharge rates and chemistry issues at a natural karst spring used for bottled water production in north Georgia. Work involved file/literature reviews, a site inspection with pumping tests, report preparation, and a presentation to a prospective buyer.

Property transfer-related environmental investigations for a major oil company. Involved hundreds of gasoline retail outlets in the Florida Panhandle and southern Alabama. Work involved phased site audits, file reviews, and targeted subsurface investigations.

Hydrological research and report preparation for an international alligator/crocodile farming corporation. Produced detailed maps of groundwater with suitable temperature, salinity, production, and depth for potential sites in Louisiana and Texas.

Senior oversight of a project that developed environmental/health & safety (EHS) standards for a major U.S. oil company working offshore in a Southeast Asian country. Project involved researching and negotiating standards, writing regulatory documents, arranging for official signing, training personnel, and onsite auditing.

Planned and managed site environmental audits for a large oilfield services company's locations in Mississippi and Louisiana. Worked with client to set goals and develop a standardized evaluation rubric, performed file reviews, site visits and sampling, produced reports.

Evaluated potential for contamination and other hydrological impacts at a solid-waste transfer station in Texas caused by an adjacent dam and stormwater pond at a metal processing facility. Reviewed file, performed research, inspected and sampled site, produced several reports.

Senior oversight on several site environmental/health & safety (EHS) audits at facilities operated by a U.S. government agency along the Gulf Coast.

Property-transfer environmental investigations for numerous sites in central Mississippi targeted for acquisition by a large gaming/casino company. Work involved regulatory and site investigations, as well as sampling/remediation where warranted.

Multi-phased contamination assessment/remedial action at an oil and gas field in southern Mississippi. Located abandoned waste drums using ground-penetrating radar data and borings, collected samples, and quantified releases.

Hydrological and geoscience consultant for a public board responsible for oversight of a city/county municipal Subtitle D solid waste landfill. Working with the board's director, business manager, and attorney to review operator's reports and proposals and interact with state regulatory agency on technical issues.

Consultant on a large project investigating health impacts of the Deepwater Horizon oil spill. Collected creel survey data from subsistence fishers and biota samples for analysis.

Pre-acquisition audit/investigation of a closed rice-processing and storage facility in Mississippi. The work included reviews of regulatory and onsite files, former employee interviews, visual evaluation of the property, and targeted sampling.

Hydrogeological evaluation and monitoring system design/installation at a Subtitle D landfill in southern Mississippi. Inspected site for seeps, surface water, etc.; reviewed and correlated numerous older soil borings; drilled and logged several soil borings; used new piezometers and downhole geophysics (radiation) and aquifer testing to fill gaps and test site conceptual model; reinterpreted site as a multi-aquifer hydrogeological system and designed a monitoring system.

Hydrological and contamination investigation and long-term monitoring of saltwater flow dynamics in an old, large oil producing area in the Big Black River watershed in Mississippi. Work involved field reconnaissance, flow/current evaluations at various water stages, review of LANDSAT images, assessment of brine impacts on surface waters and biota, and five years of quarterly monitoring of 25 miles of streams.

Evaluated groundwater monitoring system at a Mississippi landfill for Subtitle D compliance. Inspected site and file, researched site history/setting, reviewed sampling data/field parameters, reviewed monitoring well construction diagrams, logs, and locations. Installed additional well.

Contamination assessment to produce risk-based cleanup standards for a remedial design at an abandoned waste-oil disposal site. Work involved delineation of impacts at three waste-oil pits that were dug into central Mississippi limestone and exploration for others using surface geophysics, remote sensing, and soil borings. A site-specific hydrogeological conceptual model for contamination transport was prepared and tested.

Hydrological consulting on a project involving the impacts of acid and ammonia on local groundwater (due to infiltration and surface-water flow) and estuarine ecology (due to runoff and submarine discharge) at a coastal fertilizer plant. Also reviewed and critiqued site-specific computer modeling.

Site conceptual and computer modeling at a Mississippi Subtitle D solid waste landfill. Work involved site inspections, review of regional and site hydrology, correlation of existing hydrogeological data, facility history research, new soil cores and monitoring wells, aquifer testing, computer simulations, and the development and testing of a site conceptual model. The result was regulatory approval of a Subtitle D landfill with only a natural clay liner.

Groundwater computer modeling of drawdown, dewatering, and settlement under a Mississippi casino. Modeling confirmed engineering concept that the facility could be lowered by pumping a system of peripheral wells.

Contamination assessment and remediation well installation at a large RCRA facility located over highly-faulted/fractured bedrock in central Alabama. Leaking facility was an onsite waste landfill. Contaminants of concern were pesticides and related compounds that had been released into a complex, multi-layer subsurface environment that included surficial saprolite, deeper sandstone and carbonates, karst hydrology, and widespread faulting and fracturing.

Remedial investigations at military bases in Florida and Georgia. Work involved multi-phased field events which included soil-gas surveys, installation of soil borings and groundwater monitoring wells, groundwater/soil sampling, and surface geophysical surveys. Contaminants included DDT, nerve agents, and explosive compounds.

Performed pumping tests and real-time water-quality monitoring/modeling at a coastal military base to calculate pumping rates for wells used in a solvent plume pump-and-treat remediation system without causing saltwater intrusion issues for the biological treatment system.

Mercury investigations and remedial actions at more than 300 natural gas pipeline metering stations. Project included planning and implementing a series of rapid, coordinated, and cost-effective site characterization and remediation activities at sites located in several states.

Performed baseline hydrogeological evaluation at a National Estuarine Research Reserve property to evaluate the environmental impact of past agricultural land uses in the wetland.

Aquifer testing, large DoD contractor facility in Florida. Performed aquifer tests on monitoring wells and analyzed data to determine aquifer characteristics for environmental fate-and-transport work.

Municipal water-supply wellfield design, installation, and testing in central Florida. Target production zones were selected, test borings drilled and logged, and pumping tests performed.

Water-quality investigation at a beer production facility in central Florida. Project involved isolating, sanitizing, and drill-stem testing various zones in a deep water-supply well to determine the source and character of microbial contamination.

Regional water-supply assessment/development work to explore the potential for using brackish groundwater resources in coastal west-central Florida for low-pressure reverse-osmosis.

Contamination assessment/remedial action planning at an old rail yard. Delineated diesel fuel contamination at the surface and in the subsurface. Work involved the drilling/sampling, installation of temporary and permanent groundwater monitoring wells, reporting results.

Conducted a beach erosion study in coastal Alabama to test the effectiveness of a large-scale beach sediment nourishment project along the northern Gulf of Mexico. Set up multiple baseline transects in both nourished and natural beach areas, collected samples for grain-size analysis, produced report.

Remedial investigation of four fuel storage terminals in Mississippi, Alabama, and Florida. Involved assessment of soils and groundwater, installation of groundwater monitoring wells, groundwater sampling, onsite portable lab work, free-product fingerprinting, and remedial planning.

Research and fieldwork to support design of beneficial use project for dredge spoils in coastal Mississippi. Work included cores and grain-size samples in lagoon for a pilot-scale coastal erosion protection structure.

Contamination assessment/remediation at over 50 leaking underground storage tank sites in Florida, Alabama, Mississippi, Louisiana, Arkansas, and Texas. Work included installation of soil borings and monitoring wells, groundwater/soil sampling, free-product fingerprinting, remedial planning, and remediation system installation/operation and maintenance.

Reverse-osmosis water-supply well testing/replacement in central Florida. Evaluation and testing of a deep, large-scale withdrawal water well that was being used to supply drinking water to a municipality via a low-pressure reverse-osmosis plant.

Multi-facility chromate contamination investigation at several natural gas compressor stations in west Texas. Project included evaluation of hydrogeological conditions that would affect potential chromate fate and transport (redox geochemistry, flow gradients, hydraulic characteristics, etc.), implementation of a detailed assessment plan, aquifer testing, and horizontal drilling techniques.

Baseline aquifer study of a proposed large-scale phosphate mining operation in central Florida. Soil borings/test wells were drilled and tested. Data were used to plan post-mining reclamation.

Contamination assessment, monitoring, and in-situ/active risk-based remediation of sediment, soil, and groundwater at over 40 natural gas compressor stations from Mississippi to New York. Involved PCBs, solvents, and other contaminants.

Regional ambient groundwater-quality study in northeast Florida. Hundreds of water wells from various aquifers were sampled over several months for a broad list of parameters.

Remedial investigations at multiple wood-treatment sites in Mississippi. Work involved assessment of extent of impact in soil and groundwater in several areas at a large lumber treatment facility. Contaminants included dissolved and free-phase product. Included groundwater modeling and use of surface geophysics (EM).

Water-supply alternatives study in east-central Florida. Research to develop drinking water alternatives for an area that was experiencing saltwater intrusion.

Remedial construction oversight for the excavation and disposal of PCB- and petroleum-contaminated soils in central Alabama. Impacted area was then backfilled and restored.

## LITIGATION EXPERIENCE

### Trial/Hearing/Arbitration Testimony

2026

- Trial testimony, Circuit Court for Garrett County, Maryland, Case C-11-CV-22-000077 (Patterson v. Adventure Sports Center, Inc., et al.)

2025

- Trial testimony, West Virginia Legislative Claims Commission, Case CC-24-0575 (Mills v. West Virginia Department of Transportation)
- Hearing testimony, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case 2022-003244-CA-01 (CIGN, et al. v. Fluent Servicing, et al., plus counterclaim)

2024

- Trial testimony, U.S. District Court, Northern District of Alabama, Case 2:18-CV-1693-RDP (Winther v. U.S. Steel, et al.)
- Trial testimony, High Court of New Zealand, Hamilton Registry, Case CIV 2020-072-0076 (Atkinsons v. Waipa District Council)

2023

- Trial testimony, Circuit Court, Monroe County, Wisconsin, Case 2022-CX000004 (Wisconsin v. MDS Dairy, et al.)
- Trial testimony, Circuit Court, Baldwin County, Alabama, Case CV-2020-900699 (Vaughn, et al. v. Smith, et al.)

2022

- Trial testimony, Circuit Court, Mobile County, Alabama, Case 02-CV-2020-901477.00 (Carpenter v. Crown Pointe HOA, et al.)
- Hearing testimony, Circuit Court, Shelby County, Alabama, Case CV-2021-900353 (Welch v. Chelsea, et al.)

2021

- Trial testimony, Circuit Court, Mobile County, Alabama, Case 02-CV-2018-902210.00 (SWDA, et al. v. WMMBEC, Inc., et al.)

2015

- Arbitration testimony, ICDR/AAA Arbitration, Washington D.C., Case 50 20 1200 0450 (Ergon v. Shell)

2009

- Trial testimony, Circuit Court, Mobile County, Alabama, Case CV-08-901850 (Kendrick v. Roberts Bros.)

2003

- Trial testimony, Circuit Court, Marion County, Mississippi, (Jacobs, et al. v. Plantation Pipeline)

1992

- Hearing testimony, Circuit Court, Lowndes County, Mississippi, (Weathers, et al. v. Tennessee Gas)

**Depositions**

2026

- Circuit Court for Garrett County, Maryland, Case C-11-CV-22-000077 (second deposition, Patterson v. Adventure Sports Center, Inc., et al.)

2025

- District Court of Douglas County, Kansas, Case DG-2024-CV-000153 (Grant Township, et al. v. Douglas County Board of Commissioners)
- 19th Judicial District Court, East Baton Rouge Parish, Louisiana, Case 733590 (Richie, et al. v. 1st Properties Inc., et al.)

2024

- Office of Administrative Hearings, Wake County, North Carolina, Case 24 HER 02152 (Bell, et al. v. North Carolina Department of Environmental Quality)
- Circuit Court of Mobile County, Alabama, Case 02-CV-2022-901103.00 (Walter v. Adams Homes, et al.)
- Circuit Court for Garrett County, Maryland, Case C-11-CV-22-000077 (deposition, Patterson v. Adventure Sports Center, Inc., et al.)
- U.S. District Court, District of SC, Charleston Division, Case Civ. No. 2:23-CV-02384 (Tyco v. AIU Ins. Co., et al.)
- Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case 2022-003244-CA-01 (CIGN, et al. v. Fluent Servicing, et al., plus counterclaim)

2023

- Circuit Court of Monroe County, Wisconsin, Case 2022-CX000004 (Wisconsin v. MDS Dairy, et al.)
- Circuit Court of Shelby County, Alabama, Case CV-2021-900353 (Welch v. Chelsea, et al.)

- Chancery Court of Jackson County, Mississippi, Case 2019-2010 MAM (Guice v. Borries)

2022

- U.S. Armed Services Board of Contract Appeals, Case 628162021 (HGL v. USACE)
- U.S. District Court, Northern District of Alabama, Case 2:18-CV-1693-RDP (second deposition, Winther v. U.S. Steel, et al.)
- Circuit Court of Baldwin County, Alabama, Case CV-2020-900699 (Vaughn, et al. v. Smith, et al.)

2021

- U.S. District Court, Northern District of Mississippi, Case 3:19cv213-NBB-RP (Seale v. MDOT, et al.)
- Circuit Court of Mobile County, Alabama, Cases 02-CV-2018-902210.00 and 02-CV-2017-901263.00 (two depositions SWDA, et al. v. WMMBEC, Inc., et al.)
- Circuit Court of Mobile County, Alabama, Case 02-CV-2020-901477.00 (two depositions, Carpenter v. Crown Pointe HOA, et al.)
- 19th Judicial District Court, East Baton Rouge Parish, Louisiana, Case 684270 SEC. C (Raby v. Fakouri, et al.)

2019

- U.S. District Court, Northern District of Alabama, Case 2:18-CV-1693-RDP (Winther v. U.S. Steel, et al.)
- Circuit Court of Mobile County, Alabama, Case 02-CV-2016-901970.00 (Southern Pearl Oyster Farm, et al. v. 4H Construction, et al.)
- Circuit Court of Mobile County, Alabama, Case CV-2017-901296 (Handico v. Barry's U-Pull-It)

2018

- U.S. District Court, Southern District of Mississippi, Case 1:17CV130 LG-RHW (Gulf Restoration Network v. Oscar Renda)

2009

- Circuit Court of Mobile County, Alabama, Case CV-08-901850 (Kendrick v. Roberts Brothers)

2006

- Circuit Court of Lincoln County, Mississippi, Case CI2006-0064-LT (McCullough v. Denbury Onshore)

2003

- Circuit Court of Marion County, Mississippi (Jacobs, et al. v. Plantation Pipeline Company)

1999

- U.S. District Court, Southern District of Mississippi, Case 5:98CV63 (Pennzoil v. Ramsay, et al.)

1994

- U.S. District Court, Southern District of Mississippi, Case 1:94CV108BrR (Ritzer, et al. v. T.L. James Construction, et al.)

## TEACHING, PROFESSIONAL TRAINING, AND STUDENT MENTORING

**University-Level Courses and Seminars** (University of South Alabama)

- Hydrology (Graduate and undergraduate levels)
- Contaminant Hydrology and Hydrogeology (Graduate level)
- Contaminant Hydrogeology (Undergraduate level)
- Water-Supply Hydrogeology (Graduate and undergraduate levels)
- Geophysics (Undergraduate level)
- Groundwater Modeling (Graduate and undergraduate levels)
- Geology Field School (Undergraduate level)
- Earth History (Undergraduate level)
- Physical Geology (Undergraduate level)

**Student Researchers Mentored** (University of South Alabama)

***Graduate***

- Environmental Toxicology Graduate Students (thesis committee chair): 7
- Biology Graduate Students (thesis committee member): 2
- Civil Engineering Graduate Students (thesis committee member): 1
- Environmental Toxicology Graduate Students (thesis committee member): 6
- Marine Sciences Graduate Students (thesis committee member): 1

***Undergraduate***

- Undergraduate Honors Program Students (thesis committee chair): 1
- Interdisciplinary Studies Students Undergraduate Theses (thesis committee chair): 2
- University Committee on Undergraduate Research (UCUR) Students (mentor): 4
- Directed Research Undergraduate Students (advisor): 42

## PUBLISHED ABSTRACTS

Connors, J., 2023. PFAS contamination of stormwater from landfill leachate seeps. Geological Society of America Abstracts with Programs, 55, 6

Connors, J., 2023. Potential for age-dating landfill leachate releases using PFAS compounds. Geological Society of America Abstracts with Programs, 55, 6

Connors, J. L., and Connors, J., 2023. Computer modeling of groundwater contamination caused by landfill leachate seeps. Geological Society of America Abstracts with Programs, 55, 6

Connors, J., 2022. Using PFAS analyses to trace landfill leachate releases. Geological Society of America Abstracts with Programs, 54, 5

Connors, J., 2021. Utilization of aerial drones by an expert witness in hydrology- and environmental-related litigation. Geological Society of America Abstracts with Programs, 53, 2

Connors, J., Connors, J. L., Jackson, J. L., and Engle, R. A., 2017. Prediction of hydrocarbon surface seepage potential using infiltrometer data. Abstracts with Programs: American Geophysical Union Annual Meeting, New Orleans LA, 12/12/17

Connors, J., 2014. Subsurface occurrence, fate, and transport factors associated with arsenic in shallow groundwater at several rural locations in the southeastern U.S. Geological Society of America Abstracts with Programs, 46, 3, p. 11

Connors, J., 2012. Groundwater discharge and associated nitrogen transport in a northern Gulf Coast Estuary. Transactions: Gulf Coast Association of Geological Societies and the Gulf Coast Section of the Society of Economic Paleontologists and Mineralogists, 62, p. 691

Connors, J., 2012. Using easily accessible subsurface data to teach crucial geological skills. Transactions: Gulf Coast Association of Geological Societies and the Gulf Coast Section of the Society of Economic Paleontologists and Mineralogists, 62, p. 693

Connors, J., 2012. Interdisciplinary study of the headwaters of an impaired urban watershed. Geological Society of America Abstracts with Programs, 44, 7, p. 447

Connors, J., 2011. Use of readily available on-campus subsurface data to teach geological concepts and skills. Geological Society of America Abstracts with Programs, 43, 3, p. 41

Connors, J., 2010. Natural attenuation of dissolved chlorinated solvents along a flow path from an oxidized karstic aquifer to an anaerobic hyporheic discharge zone. Geological Society of America Abstracts with Programs, 42, 5, p. 591

Connors, M. A., and Connors, J., 2010. Involving high school international baccalaureate students in a long-term barrier island research project. Geological Society of America Abstracts with Programs. Vol. 42, No. 5, p. 446

McCullough, K., and Connors, J., 2010. Baseline data collection for a restoration design at a coastal river property. Geological Society of America Abstracts with Programs, 42, 5, p. 119

Warner, D., and Connors, J., 2010. Use of long-term monitoring datasets to characterize storm surge impacts on shallow groundwater. Geological Society of America Abstracts with Programs, 42, 1, p. 117

Hall, C., Crumpton, C., and Connors, J., 2010. Use of shallow sediment grain-size analysis data to aid in future land development and stormwater management practices. Geological Society of America Abstracts with Programs, 42, 1, p. 111

Connors, J., 2009. Storm-surge induced water-quality changes in an unconfined coastal aquifer system. Geological Society of America Abstracts with Programs, 41, 1, p. 18

Connors, J., 2008. Fate and transport of inorganic nitrogen along groundwater flow paths in a coastal aquifer system. Geological Society of America Abstracts with Programs, 40, 6. p. 56

Haywick, D. W., Yokel, L., Connors, J., and Capello, S., 2004. One part science, one part art, two parts local relevance; a South Alabama recipe for building a better Earth History lab manual. Geological Society of America Abstracts with Programs, 36, 2, p. 97

Connors, J., 2005. Design, installation, and utilization of an on-campus well field for multidisciplinary geological instruction. Geological Society of America Abstracts with Programs, 37, 2, p. 15

Bray, L., Allen, J., Pringle, M., and Connors, J., 2005. Beneficial use of dredged materials for erosion prevention and habitat restoration in coastal Mississippi, Geological Society of America Abstracts with Programs. 37, 2, p. 33

Connors, J., 2004. Multidisciplinary methodology to characterize submarine groundwater discharge, Weeks Bay, Alabama. Geological Society of America Abstracts with Programs, 36, 2, p. 47

## CONFERENCE SESSIONS CHAIRED

Connors, J., and Frisbee, M., 2023. Recent advances in hydrogeology. Geological Society of America Annual Meeting/GSA Connects 2023, Pittsburgh PA,10/18/23

Connors, J., Fernandez, E., Rogers, S., and Singh, K., 2021. UAS applications in the geosciences. Geological Society of America Southeastern Section Meeting, Online, 4/2/21

Beckingham, B., Callahan, T., Connors, J., DeVoe, R., and Vulava, V., 2019. Applications of hydrology and biogeochemistry to stormwater management. Geological Society of America Southeastern Section Meeting, Charleston SC, 3/28/19

## INVITED PRESENTATIONS

6PPD-quinone: An overview of a contaminant of emerging concern. 29th Annual Joint Engineering Societies Conference, Lafayette LA, 2/6/25

Hydrological evidence of water in the Solar System. Mobile Astronomical Society, Mobile AL, 8/15/24

PFAS in landfill leachate: Research and practice. 27th Annual Joint Engineering Societies Conference, Lafayette LA, 2/23/23

Hydrological uniformitarianism. Mobile Rock and Gem Society meeting, Mobile AL, 6/12/18

Lead contamination in our water supply. Gulf Region Health Outreach Program Emerging Scholars Health Sciences Academy Workshop, Mobile AL, 3/24/17

Emerging environmental contaminants: New threats, new approaches, new practices. Gulf Region Health Outreach Program Emerging Scholars Health Sciences Academy Workshop, Mobile AL, 3/21/16

The University of South Alabama Center for Environmental Resiliency: Developing multidisciplinary, research-based environmental solutions. Bays & Bayous 2014: The Building Blocks of Coastal Resilience, Mobile AL, 12/2/14

Private-sector geoscience research and project opportunities, Federal Small Business Innovative Research (SBIR) and Small Business Technology Transfer (STTR) grant programs. Meeting of the Southwest Alabama Geological Society, Mobile AL, 1/15/08

International education and research collaboration in the U.S. 2nd International Conference on Advances in Electrical Engineering, Dhaka Bangladesh, 12/19/13

Geological resources, reserves, and valuations along the northern Gulf Coast. Understanding the Financial Advantages of Land Conservation, Advanced Seminar on Conservation Easements, Mobile AL, 8/22/13

Bridging the gap between sponsored programs and principal investigators. Society of Research Administrators, Alabama Chapter Annual Meeting, Daphne AL, 8/23/13

Research into storm-surge remobilization of subsurface contamination. Fuzhou University Zhicheng College, Fuzhou China, 3/11/13

Quantifying environmental impacts of the Deepwater Horizon oil spill. Nurses & Environmental Health: Health Consequences of the Gulf Oil Spill Conference, Mobile AL, 11/19/10

Occurrence of oil and gas in the Gulf of Mexico (Keynote Speaker). NOAA Lessons from the Deep: Exploring the Gulf of Mexico's Deep-Sea Ecosystems, 10/11/10

Oil and gas in the Gulf of Mexico - A primer. Gulf of Mexico Alliance Governors' Action Plan II (All Hands) Meeting, Biloxi MS, 8/3/10

Designing effective construction sediment and erosion plans. Weeks Bay Reserve Nonpoint Source Pollution and Stormwater Workshop, Fairhope AL, 7/19/06

The geology of erosion. Soils, Stormwater, and Watershed Protection: Tools for Managing Erosion Workshop, Mobile AL, 12/7/06

Welcome to the Ice Age - Geological evidence for climate change over time. 1st Southeastern Coastal and Atmospheric Processes Symposium, Mobile AL, 3/31/07

Geological constraints on stormwater runoff in the Mobile Bay area. NOAA Community Leader Stormwater Training Workshop for Coastal Alabama, Mobile AL, 12/15/05

Nitrate fate and transport in groundwater, Weeks Bay, Alabama. Weeks Bay Reserve Research Symposium: 20-year Designation Anniversary, Fairhope AL, 4/22/05

Groundwater monitoring at RCRA Subtitle D landfills. 1993 Solid Waste Association of North America Mississippi Chapter Symposium, Biloxi MS, 4/8/93

Groundwater contamination assessment. Mississippi Environment 1990, Jackson MS, 3/22/90

## UNIVERSITY THESES

Connors, J., 2007. Groundwater flow dynamics and associated inorganic nitrogen transport, Weeks Bay, Alabama. Ph.D. Dissertation, University of South Alabama, Mobile, Alabama, 178 pp.

Connors, J., 1990. Structure of a part of the Birmingham Anticlinorium, Alabama. M.S. Thesis, University of Alabama, Tuscaloosa, Alabama, 70 pp.

## RECENT TRAINING/CONTINUING EDUCATION

2026

- Interstate Technology and Regulatory Council (ITRC) webinars:

  Understanding Vapor Intrusion - Introductory Concepts & Fundamentals

- American Institute of Hydrology webinars:

  From Forecast to Action: Flood Communication for Hydrologists

  National Weather Service Role in River Forecasting & Flood Warning Operations

  Stormwater Facility Sizing Using Continuous Simulation Modeling

  Analyses of Extreme Rainfall & Floods in the United States: Implications for National Disaster Preparedness Strategies

- Eurofins Environmental Testing webinars:

  Investigating the Co-Occurrence of Emerging Ultrashort-Chain and Legacy PFAS in Potable Water

  Making Sense of Microplastics: Nanoplastics, Threat Vectors, and Human Health

  Forensic and Unique Methods: The Missing Piece to the Most Puzzling of Cases

  PFAS Sample Collection, State of the Science (2026)

  Ultrashort-Chain PFAS: Emerging Concerns and Analytical Approaches

  Advancing Drinking Water Methods for Potable Reuse Monitoring

2025

- University of Illinois Urbana-Champaign courses:

  Introduction to Cannabis

Cannabis Growing

Cannabis Propagation

Cannabis Harvest & Curing

- Pace Analytical Services webinars:

  Biosolids Analysis for PFAS: Challenges, Considerations, and Options

  Mastering the Challenges of Sediment and Biota Analysis

- Interstate Technology and Regulatory Council (ITRC) webinars:

  Groundwater Modeling and Complexity of PFAS Modeling

  Overview of the Tire-Derived Chemicals 6PPD & 6PPD-quinone

  PFAS Beyond the Basics: Topics on PFAS Biosolids: Sources, Transport, and Management of PFAS Surface Releases

  Reuse of Solid Mining Waste

  PFAS Beyond the Basics: PFAS Treatment Technologies Microplastics

- Eurofins Environmental Testing webinars:

  PFAS Basics (2025)

  PFAS Sample Collection, State of the Science (2025)

  PFAS Navigating Analytical Method Options (2025)

- American Institute of Hydrology webinars:

  Advancing Flood Risk Tools and Methods in the USACE

  Informational Design Applied to Environmental Time-Series Analysis and Visualization

  Urban Runoff and the Role of Stormwater Control Measures

- 360training, Inc. training course:

  Stormwater Pollution Prevention

- StormwaterONE, Inc., certification:

  Qualified Preparer of Stormwater Pollution Prevention Plans (QPSWPPP) credential with courses:

  - 2022-2027 Federal Construction General Permit
  - Principles and Practices of Erosion Control
  - Principles and Practices of Sediment Control
  - Principles and Practices of Pollution Prevention
  - On-Site Construction Inspections and
  - Preparation of a Construction Stormwater Pollution Prevention Plan

2024

- Rice University course:

  Natural Attenuation of Groundwater Contaminants - New Paradigms, Technologies, Applications

- Polytechnic University of Milan course:

  Sustainable Urban Water Systems

- University of Western Australia course:

  Best Practice Farming for a Sustainable 2050

- American Institute of Hydrology webinars:

  A Critical Evaluation of Statistical, Conceptual, and Machine Learning Tools for Streamflow and Flood Forecasting

  Mapping Surface Water Dynamics with Cloud Computing and Open-Source Software

  Modernizing Probable Maximum Precipitation Estimation

- Interstate Technology and Regulatory Council (ITRC) webinars:

  PFAS Beyond the Basics - Sampling, Analysis, Surface Water, & Air Occurrence

  Pump and Treat Optimization

  Contaminants of Emerging Concern (CEC) Identification Framework

- Safety Unlimited, Inc., courses:

  ICS-700: Introduction to the National Incident Management System

  Flood Cleanup Awareness Training

- 360training, Inc., training/certification:

  HAZWOPER 40-Hour/Train-the-Trainer

- Pace Analytical Services webinars:

  Navigating the Complexities of Testing for PFAS in Plant and Animal Tissue

  Unlock PFAS Maximum Contaminant Levels (MCLs) Insights - What, When, How

- Eurofins Environmental Testing webinars:

  PFAS Update (2024)

  PFAS Basics (2024)

  PFAS Sample Collection - State of the Science (2024)

  PFAS Navigating Analytical Method Options

  Non-Stick Humans - A PFAS Story

  Ethical Perspectives in Wastewater Monitoring

Understanding Maryland Department of the Environment's (MDE's) Requirements for PFAS Sampling of Biosolids

From Contamination to Clarity - Finalizing the PFAS Drinking Water Regulation

New Developments in Fenceline Monitoring: EPA Method 325 & the Expanded HON Rule

2023

- Penn State University course:

  Dairy Production and Management

- U.S. Environmental Protection Agency webinars:

  Proposed PFAS National Primary Drinking Water Regulation (NPDWR)

- Eurofins Environmental Testing webinars:

  PFAS Update (2023)

  PFAS Basics (2023),

  PFAS Sample Collection - State of the Science (2023)

  PFAS in Source and Ambient Air

  PFAS Navigating Analytical Method Options

  PFAS in Products Advancing the Collection and Analysis of PFAS in Blood and Serum

  The 5th Unregulated Contaminant Monitoring Rule (UCMR 5)

- Pace Analytical Services webinar:

  Deep Dive into the 3rd Draft of Method 1633 for PFAS

- NOAA Office of Response and Restoration course:

  Science of Chemical Releases

- Safety Unlimited, Inc., course:

  ICS-100: Introduction to the Incident Command System

- Virginia Department of Environmental Quality courses:

  Stormwater Management - Managing Runoff

  Erosion and Sediment Controls for Construction Sites

  Erosion and Sediment Controls - Managing Erosion

  Stormwater BMPs - Wet Ponds

- U.S. Environmental Protection Agency training/certification:

  Construction General (stormwater) Permit Site Inspector

2022

- Eurofins Environmental Testing webinars:

  PFAS Update (2022)

  PFAS Basics (2022)

- Solid Waste Association of North America (SWANA) courses:

  Landfill Operations Basics

  Landfill Gas Basics

- Safety Unlimited, Inc., course:

  Asbestos Awareness/General Industry and Construction

- University of Alabama/UA SafeState training/certifications:

  Asbestos Inspector

  Asbestos Management Planner

2021

- Eurofins Environmental Testing webinars:

  PFAS update (2021)

  PFAS Basics (2021)

  PFAS Sample Collection - State of the Science (2021)

  PFAS in Source and Ambient Air (2021)

  PFAS Forensic Tools (2021)

  PFAS Navigating Analytical Method Options (2021)

- StormwaterONE, Inc., webinar:

  Urban Hydrology and Green Stormwater Infrastructure

- University of New Hampshire/UNH Stormwater Center

  Stormwater Management Certificate with courses:

  - Stormwater Site Design
  - Stormwater Hydrology
  - Stormwater Modeling
  - Stormwater Construction - Erosion and Sediment Controls
  - Treatment System Design/Post Construction Performance Estimates

2020

- Interstate Technology and Regulatory Council (ITRC) training:

  Emerging Contaminants - PFAS

2018

- Florida Department of Environmental Protection training/certification:
  Stormwater, Erosion, and Sedimentation Control Inspector
- Alabama Department of Environmental Management training/certification:
  Qualified Credentialed (stormwater) Inspector

**SERVICE ACTIVITIES**

**Professional**

- American Institute of Hydrology, Treasurer and Member of the Board of Directors, 2024-present
- Geological Society of America, member of the Nominations Committee (2026-present), past member of the Fellowships and Membership Committee, 2023-2026; past member and chair of the Professional Development Committee, 2020-23; John Mann Applied Hydrogeology Mentor at the 68th Meeting of the Geological Society of America Southeastern Section, 2019
- University of Alabama, Judge, Edward K. Aldag, Jr. Business Plan Competition, Alabama Entrepreneurship Institute, 2018
- University of Alabama Department of Geological Sciences Advisory Board Member, 2017-19
- Judge, Outstanding Student Paper Awards (Hydrology Section), American Geophysical Union Fall Meeting, 2017
- Sigma Xi Scientific Research Honor Society, Member, Chapter President (2011-13)
- Southwest Alabama Geological Society, Member, 2009-11 (past president, 2009-11)

**Community**

- Judge, Australian Conrad Spirit of Innovation Challenge, 2017-18
- Judge, U.S. Conrad Foundation Spirit of Innovation Challenge, 2016-17
- Member of the Board of Directors, Mobile (Alabama) Symphony Orchestra, 2014-16
- Member, Three Mile Creek Restoration Plan Advisory Board, 2013-14
- Member, Weeks Bay Foundation Habitat Restoration Advisory Board, 2010-11
- Advisor, Governor's Coastal Recovery Commission Higher Education Subcommittee (Alabama), 2010
- Advisor, NASA Develop Program Science, 2009-11
- Instructor, 21st Century Community Learning School Summer Science Camp, 2007

- Instructor, World Wildlife Fund Allianz Southeast Climate Camp, 2008
- Instructor, Cub Scouts Geology Belt Loop, 2007-15
- Member of the Board of Directors, Smart Coast, 2007-11 (Secretary, 2009-11)
- Director, Mobile (Alabama) Regional Science and Engineering Fair, 2005-14
- Member, Mobile Co. (Alabama) Public School Science Textbook Committee, 2005-06

**Academic (University of South Alabama)**

- Member, Council of Academic Deans, 2015-16
- Member, University Academic Success and Retention Committee, 2015-16
- Member and chair, Global Engagement Committee - Research Subcommittee, 2014-15
- Mentor, University Committee on Undergraduate Research, 2014-15
- Member and chair, Curriculum Development Committee, School of Continuing Education & Special Programs, 2012-13
- Member and chair, Grant Development/Research Committee, School of Continuing Education & Special Programs, 2012-13
- Member and chair, Strategic Planning Committee, School of Continuing Education & Special Programs, 2012-13
- Member, University of South Alabama National Alumni Association Board of Directors, 2011-16
- Faculty Advisor, Society of American Military Engineers Student Chapter, 2011-12
- Member, University Sustainability Committee, 2011-12
- Member, University Environmental and Safety Committee, 2010-13
- Member of the Environmental Toxicology Graduate Program Advisory Board, 2010-12
- Member, Southern Association of Colleges and Schools Commission on Colleges (SACSCOC) Reaccreditation Leadership Team, 2010-11
- Member, Commencement Speaker Advisory Committee, 2010-12
- Member, University Budget Council, 2010-12
- Member and chair, Council on International Education and Scholarship, 2013
- Member, University Athletics Council, 2010-11
- Member, University Committee on Electronic Learning, 2010-11
- Member, Advisory Committee on Diversity, 2009-12
- Member, Academic Affairs Policy Committee, 2009-12 (Chair, 2010-11)

- Member, University Long-range Planning Committee, 2009-12
- Faculty Advisor, Student Sustainability Council, 2008-12
- Member, Conflict of Commitment and Financial Interest Committee, 2008-12 (Chair, 2012)
- Member, Faculty Awards Committee, College of Arts and Sciences, 2008-10
- Member and chair, Field Trip Safety Committee, Department of Earth Sciences, 2006-10
- Member and chair of the Geology Program Assessment Committee, 2007-12
- Member, Scholarship Committee, College of Arts and Sciences, 2005-06
- Search Committees for:
  - Associate Dean, College of Education (Chair), 2013
  - Instructor, English as a Second Language (Chair), 2013
  - Director, International Education Programs (Chair), 2013
  - Associate Dean, College of Arts and Sciences, 2011
  - Assistant Dean, College of Arts and Sciences, 2011
  - Dean, School of Continuing Education, 2010
  - Dean, College of Arts and Sciences, 2009
  - Chair, Department of Earth Sciences, 2006

## SELECTED MEDIA APPEARANCES

### Print/Online

The Globe and Mail (Canada), “Federal officials took years to notify residents of toxic chemicals in their drinking water”, https://www.theglobeandmail.com/canada/article-transport-canada-took-years-to-notify-residents-of-forever-chemicals/, L. Jones and P. White

KPLC7, Lake Charles, LA, 8/29/2025, “Toxic substances found in Roseland after Smitty’s Supply plant explosion” (https://www.kplctv.com/2025/08/29/toxic-substances-found-roseland-waters-after-smittys-supply-plant-explosion/)

Time.com, “Why a grocery chain is pulling water bottled 25 miles from the East Palestine derailment”, S. Mansoor, 2/27/23

The Dothan Eagle, “SoZo encourages innovative disruptions at leadership meeting”, E. Davis, 9/9/15

Gulf Coast News Today, “South Alabama expanding Gulf Shores campus”, J. Mullen, 7/24/15

BARTA 24 Bangladesh, “International University of Business, Agriculture, and Technology (Bangladesh) and University of South Alabama educational agreements”, Z. Hossain, 12/18/13

Mobile Press-Register, “Water worries building in Baldwin County”, B. Raines, 10/23/11

Mobile Press-Register, “USA scientists to set up real-time air monitoring system”, R. Henderson, 7/3/10

Mobile Press-Register, 2/17/08, “Weeks Bay harmful blooms”, R. Dezember

**Television**

WVUE FOX8, New Orleans, LA, 8/29/2025, FOX8 Local First, “EPA testing finds zinc, barium, oil in Tangipahoa River after Smitty’s explosion” (https://www.fox8live.com/2025/09/15/new-epa-testing-finds-zinc-barium-oil-tangipahoa-river-after-smittys-explosion/)

WVUE FOX8, New Orleans, LA, 8/29/2025, FOX8 Local First, “Toxins found in Roseland rivers in the area” (https://www.fox8live.com/video/2025/08/29/toxins-found-roseland-rivers-area/)

WVUE FOX8, New Orleans, LA, 8/26/2025, FOX8 Local First, “Scientist: Environmental impacts from Roseland plant fire could last months or longer” (https://www.fox8live.com/2025/08/27/scientist-environmental-impacts-roseland-plant-fire-could-last-months-or-longer/)

WVUE FOX8, New Orleans, LA, 8/25/2025, FOX8 Local First, “OSHA investigating Roseland explosion” (https://www.fox8live.com/2025/08/25/osha-investigating-roseland-explosion/)

FOX Weather Channel, 9/25/23, FOX Weather Live, “Salt water threatens Louisiana drinking water supply amid Mississippi River drought” (https://www.foxweather.com/earth-space/salt-water-threatens-louisiana-drinking-water-supply)

NBC Connecticut, 11/12/22, “A Homeowner's Nightmare: Deserted Coventry Land Causing Problems for Neighbor” (https://www.nbcconnecticut.com/investigations/nbc-ct-responds/a-homeowners-nightmare-deserted-coventry-land-causing-problems-for-neighbor/2920645/)

WTVY News, 7/28/15, “East meets West, a report on the Huawei Corporation”, M. Hackett

ATN BANGLA (Bangladesh), 12/18/13, “International agreement between the Univ. of South Alabama and the International Univ. of Business, Agriculture, & Technology of Bangladesh”

Fox 10 News, 11/11/13, “Reality check: Cancer cluster study”

WKRG News 5, 4/30/10, live interview on the Deepwater Horizon oil spill

**Radio**

FM Talk 106.5 Morning Show, 9/14/11, interview on a Birmingham AL earthquake

FM Talk 106.5 Morning Show, 3/11/11, interview on the Great East Japan Earthquake

FM Talk 106.5 Morning Show, 2/21/11, interview on a Gulf Shores AL earthquake

FM Talk 106.5 Morning Show, 7/20/10, interview on methane from Deepwater Horizon oil spill

WHIL FM, 6/26/10, Alabama Public Radio, “Mobile Matters”, interview on the Deepwater Horizon oil spill

---

*end*