**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion for Leave to File an Amended and Supplemental Complaint (ECF 72). For the reasons stated therein and for good cause shown, the Court hereby **GRANTS** the Motion.

It is further **ORDERED** that the Proposed Amended and Supplemental Complaint accompanying the Motion (ECF 72-1) is hereby deemed filed.

SO ORDERED.

________________________
Hon. Ana C. Reyes
United States District Court Judge