**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**NOTICE OF APPEARANCE**

Federal Defendant, by and through undersigned counsel, hereby gives notice of the entry of appearance of counsel for Federal Defendant in the above-captioned matter. Please enter the appearance of Marissa Piropato, United States Department of Justice, as counsel for Federal Defendant. Ms. Piropato's contact information is as follows:

For Deliveries by U.S. Mail:

Marissa Piropato
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611

For Overnight or Hand Deliveries:

Marissa Piropato United States
Department of Justice
Environment & Natural Resources Division
Natural Resources Section

150 M. St. NE
Washington, D.C. 20002
Telephone: (202) 532-3182
Facsimile: (202) 305-0506
Email: Marissa.Piropato@usdoj.gov

DATED this 9th day of October, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON, D.C. Bar 1010952
Principal Deputy Assistant Attorney General
Environment and Natural Resources Division

BENJAMIN HAYES
Deputy Assistant Attorney General

/s/*Marissa Piropato*
Marissa Piropato (MA Bar No. 651630)
Deputy Chief
Natural Resources Section
Environment and Natural Resources Division
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 532-3182
Email: marissa.piropato@usdoj.gov

*Counsel for Defendants*