**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' NOTICE OF ACTIVITY**

This Court verbally requested Defendants to provide Plaintiffs and the Court with adequate notice should Defendants intend to conduct any imminent, significant construction or destructive activities of an irretrievable character at East Potomac Golf Course. *See* Tr. 11:16-13 (Sept. 3, 2026); Tr. 103:8-21 (July 2, 2026). On each occasion, Counsel for Defendants acknowledged the Court's instruction and confirmed that the Government would comply with the Court's request. *See* Tr. 5:24-6:2, 9:21-24 (Sept. 3, 2026); Tr. 103:12 (July 2, 2026). Accordingly, Defendants hereby provide notice of planned upcoming activity at East Potomac Park.

Defendants intend to conduct certain restoration activities at East Potomac Golf Course to implement recommendations in the National Park Service's 2019 Cultural Landscape Report. *See* https://www.govinfo.gov/content/pkg/GOVPUB-I29-PURL-gpo150554/pdf/GOVPUB-I29-PURL-gpo150554.pdf. Defendants anticipate that work will begin on Saturday, October 10

Counsel understands that compliance for this proposal has now been completed and Defendants' restoration activities would require tree removal and other maintenance activities as described in the attached declaration of Dr. Kevin Griess.

As explained in the attached declaration of Dr. Griess, the restoration activities are a separate agency decision, conducted pursuant to separate NEPA and NHPA compliance, than either the proposed rehabilitation or redesign of East Potomac Golf Course or the soil stockpiling decision that are at issue in this litigation. Even so, Defendants, to ensure compliance with the Court's direction, provide notice of this proposal and the contemplated restoration activities.

Respectfully submitted this 9th day of October 2026.

**ADAM R. F. GUSTAFSON**

Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Marissa Piropato*

MARISSA A. PIROPATO
Deputy Chief (MA Bar No. 651630)
MICHAEL K. ROBERTSON
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

*Attorneys for Federal Defendants*