ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Michael Robertson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3835
Michael.Robertson@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC Preservation League, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-00477 |

**DECLARATION OF DR. KEVIN GRIESS, SUPERINTENDENT OF NATIONAL MALL AND MEMORIAL PARKS, NATIONAL PARK SERVICE**

**I, Kevin Griess, Ph.D., declare as follows:**

1. I am the Superintendent of National Mall and Memorial Parks (NAMA), a unit of the National Park System, and have been in that position since December 2024. Prior to that time, I was employed by the U.S. Army as the Deputy Garrison Commander at Fort Bragg in North Carolina. In that role, I was a military City Manager, responsible for all municipal operations for a military city of 135,000.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my current position I manage and oversee the management, preservation, and protection of over 1,000 acres of federal parkland in Washington, D.C., including the National Mall's iconic monuments and memorials and East Potomac Park. The East Potomac Golf Course (Golf Course) is within East Potomac Park.

4. I report to the Regional Director of the National Capital Region (NCR), Jennifer Nersesian. My declaration supplements her March 3, 2026, and April 30, 2026, declarations, as well as the declarations by the Comptroller, Exercising the Authority of the Director of the National Park Service (NPS), Jessica Bowron, signed on March 3, 2026, and April 30, 2026.

5. Although the NPS has long identified the restoration of the historic vegetation in the Golf Course landscape as a management objective, implementation of that objective has been limited by available funding and workforce capacity.

6. The NCR has now received temporary workforce support consisting of approximately 20 to 50 trained personnel capable of performing labor-intensive grounds maintenance activities, including vegetation management, tree pruning, tree removal, and related landscape improvement work. The availability of this temporary workforce, and of additional budgetary resources, has enabled the NPS to address a substantial maintenance backlog that had accumulated over several years at NCR units, including at East Potomac Park. In light of the availability of these additional personnel resources and the temporary nature of that support, I directed staff to accelerate efforts to implement long-standing

treatment within East Potomac Park so that deferred maintenance and landscape restoration objectives could be advanced while sufficient workforce capacity is available.

7. As part of this effort to address deferred maintenance needs and implement treatment recommendations to restore the cultural landscape, the NPS is planning to carry out a tree management and cultural landscape rehabilitation project at the Golf Course. The purpose of this project is to implement certain vegetation treatment recommendations included in the NPS's June 2019 Cultural Landscape Report (2019 CLR), titled "National Park Service Golf Courses in the District of Columbia: East Potomac Park, Langston, and Rock Creek: Treatment Guidelines." *See* AR NAMA 0798-1097.

8. As explained in the 2019 CLR, East Potomac Golf Course designer Walter J. Travis "opted to design a traditional links-style course rather than a parkland-style course," showcasing a style that favored "a rough, grassy area of land along the coastline that includes sand dunes and few, if any, trees." AR NAMA 0830. The 2019 CLR notes, however, that "after Travis's initial planning effort, successive decades have led to the introduction of additional trees to the course, which have altered the feeling of the course, moving the character of the links-style courses closer to parkland-style courses," and that the "encroachment of vegetation has altered strategy and obscured intended views within the course." AR NAMA 0912.

9. The NPS's July 2017 Cultural Landscapes Inventory (2017 CLI) describes a similar deviation from the Golf Course's historic character. *See* AR NAMA 0382-0703. The 2017 CLI explains that "[t]he vegetation pattern of Travis' design was generally treeless—a characteristic feature of links-style courses—with cleared fairways and grassy turf," AR NAMA 0433, and that "[w]ide open vistas of grass and views toward the water, were the

desired effect at East Potomac," AR NAMA 0524-0525. Consistent with that design intent, the 2017 CLI identifies "a wide open, treeless landscape" as "[c]haracter-defining vegetation" at East Potomac Golf Course. AR NAMA 0527. The 2017 CLI also concludes that "[m]aturation of vegetation and additional planting since the period of significance, has resulted in the loss of view sheds and changed the feeling of playing the course, designed in the relatively treeless links style," and that "[t]hese developments are reversible." AR NAMA 0527.

10. The following diagram, taken from the 2017 CLI, illustrates the difference between the Golf Course's original, links-style design, and its more recent, heavily vegetated condition (AR NAMA 0590):




11. Similar diagrams are found in the 2019 CLR. *See* AR NAMA 0832, 1004.

12. Accordingly, the 2019 CLR recommends that the NPS "[r]estore the links style and historic vegetation (rough grasslands, thin trees between fairways, and sentinel deciduous trees)," and "minimiz[e] trees growing between the fairways." AR NAMA 1015. The 2019 CLR also recommends that the NPS "[d]evelop a Vegetation Management Plan for the [Golf Course] to establish removals, thinning, replacement and new plantings based on the management objective to preserve the links–style landscape." AR NAMA 1015.

13. Consistent with the 2019 CLR, the NPS prepared a tree management plan for the Golf Course. The objectives of this plan include restoring and maintaining the Golf Course's historic links-style character of open fairways, broad sightlines, rough grasslands, limited interior tree cover, and strategically retained specimen trees; preserving character-defining and historic vegetation; and removing or thinning non-contributing and invasive woody vegetation that encloses fairways and greens.

14. The tree management and cultural landscape rehabilitation project would implement the recommendations in the 2019 CLR and the tree management plan through selective tree and woody vegetation removal; preservation and management of historic and character-defining vegetation and compatible specimen trees; restoration and maintenance of significant views and the historically open spatial character of the Golf Course; and control of invasive and volunteer vegetation. The project would also include associated stump and root removal, and stabilization of disturbed areas. These treatments are intended to improve the condition and historic integrity of the cultural landscape while supporting its continued use as a public golf course.

15. The NPS will comply with all applicable laws and regulations in the implementation of this project, and has documented such compliance with the National Environmental Policy Act and with Section 106 of the National Historic Preservation Act.

16. I am aware that the NPS is also evaluating a potential project to redesign or renovate the Golf Course, and has initiated consultation under Section 106 of the National Historic Preservation Act in connection with that potential project. The planned tree management and cultural landscape rehabilitation project is not a renovation or redesign of the Golf Course, is not a part of any potential project to redesign or renovate the Golf Course, and would be carried out irrespective of any future renovation or redesign. It is intended to further the NPS's resource management objectives for the Golf Course consistent with its historic character and its existing design; to utilize available resources to complete long-deferred maintenance needs; and to implement the recommendations in the 2019 CLR. It does not include any modifications to individual golf holes or routing; grading or landform modifications such as mounding or berms; rehabilitation or modification of bunkers or greens; or other significant renovation work.

17. The project also does not include a complete closure of the golf course for any length of time. Any temporary closures of portions of the Golf Course will be limited to that which is necessary to ensure public safety in the immediate area of work being performed.

18. The NPS anticipates that work on the tree management and cultural landscape rehabilitation project will begin on Saturday, October 10. Initial work will focus on a heavily overgrown area—referred to as "Trash Island" by NPS employees—near the center of the Golf Course. Below are two pictures taken by my staff that accurately depict the current status of parts of Trash Island.





19. The following diagram shows the initial area of planned work, with the Trash Island trees planned for removal beginning on October 10 being labeled as "Zone A." In total, Zones A contains 169 trees planned for removal, and Zone B (the next zone to be addressed) contains 90 trees planned for removal.




20. In total, the NPS estimates that up to 529 trees that do not contribute to the historic landscape will be removed as part of this tree management and cultural landscape rehabilitation project. No healthy trees that are contributing features of the historical golf course (such as healthy, historic cherry trees) will be removed as part of this project.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 9, 2026.

SUPERINTENDENT
National Mall and Memorial Parks
National Park Service

2026.10.09
16:37:34
-04'00'

Kevin Griess, Ph.D.