**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:26-cv-477-ACR

**DEFENDANTS' COMBINED RESPONSE IN OPPOSITION TO PLAINTIFFS' RULE 15 MOTION AND MOTION FOR SUMMARY JUDGMENT**

On August 13, 2026, the Court entered a Minute Order stating that "Plaintiffs should consider whether to file an amended complaint" and if Plaintiffs so chose, that the parties were to "meet and confer and jointly file a proposed briefing schedule to govern further proceedings." Min. Order, Aug. 13, 2026. Five days later, Plaintiffs filed a Notice of Intent to File Amended and Supplemental Complaint. Dkt. No. 64.

Following additional proceedings, on September 14, 2026, the parties filed a Joint Proposed Briefing Schedule which would permit Plaintiffs to file a Motion for Leave to file an Amended and Supplemental Complaint pursuant to Federal Rule of Civil Procedure 15 and for Defendants to file the present combined opposition and dispositive motion. Dkt. No. 71; *see also* Min. Order, Sept. 21, 2026. On September 18, 2026, Plaintiffs filed their Rule 15 Motion for Leave.

Defendants respond and object to Plaintiffs Motion for Leave on two grounds. First, Defendants filed a Rule 12(b)(1) motion demonstrating that the Court lacked subject matter jurisdiction and that this case should be dismissed. Dkt. No. 34; *see* Rule 12(h)(3) ("If the court . . . lacks subject-matter jurisdiction, the court must dismiss the action."). Further proceedings without ruling on Defendants' motion were therefore unwarranted. Second, Plaintiffs' amended and supplemental pleading fails to correct the jurisdictional and merits deficiencies contained in their original complaint. *E.g.*, *Dayton v. Gilliland*, 242 F.2d 227 (D.C. Cir. 1957). Therefore, the Court should reconsider its motion denying Defendants' motion as moot and grant the motion with prejudice.

In the alternative, should the Court grant Plaintiffs' Rule 15 motion, Defendants hereby move for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. For the reasons stated in Defendants' accompanying Memorandum in Support, Plaintiffs lack standing, their claims fail on the merits, and Defendants are otherwise entitled to judgment as a matter of law.

Respectfully submitted this 9th of October 2026,

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

*/s/ Michael K. Robertson*

MICHAEL K. ROBERTSON
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

*Attorneys for Federal Defendants*