**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**[PROPOSED] ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Upon consideration, the Court finds and concludes, for the reasons stated in Defendants' Memorandum in Support of Defendants' Motion for Summary Judgment, that Defendants' Motion for Summary Judgment should be **GRANTED**.

As to Plaintiffs' Counts 1-6 challenging Defendants' proposal to rehabilitate East Potomac Golf Course:

____ Plaintiffs' lack standing and this Court lacks subject-matter jurisdiction;

____ Plaintiffs' claims fail to identify a final agency action;

____ Plaintiffs' claims are unripe;

____ Plaintiffs' claims otherwise fail on the merits.

As to Plaintiffs' Count 7-11 challenging Defendants' decision to temporarily stockpile soil at East Potomac Park:

____ Plaintiffs' lack standing and this Court lacks subject-matter jurisdiction;

____ Defendants' decision complied with NEPA;

____ Defendants' decision complied with the NHPA;

____ Defendants' decision complied with the NPS's Organic Act;

____ Defendants' decision complied with 54 U.S.C. § 100903;

____ Defendants' decision complied with the APA.

For the foregoing reasons, Defendants' Motion is **GRANTED** and the Court **ORDERS** the clerk to enter judgment in Defendants' favor.

Dated: ________________

______________________
The Honorable Ana C. Reyes
U.S. District Judge