ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Michael Robertson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3835
Michael.Robertson@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC Preservation League, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-00477 |

**SECOND SUPPLEMENTAL DECLARATION OF JESSICA BOWRON, COMPTROLLER OF THE NATIONAL PARK SERVICE, EXERCISING THE DELEGATED AUTHORITY OF THE DIRECTOR OF THE NATIONAL PARK SERVICE**

I, Jessica Bowron, declare as follows:

1. I am the Comptroller for the National Park Service ("NPS") and am exercising the delegated authority of the Director of the NPS pursuant to a January 20, 2025, delegation of that authority from the Acting Secretary of the Interior, and subsequent extensions of

that authority by the Secretary of the Interior. I have been employed by NPS since 2007 and have served as NPS Comptroller since 2017.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. This declaration supplements and updates my March 6, 2026, and April 30, 2026, declarations filed in this matter. As explained in my previous declarations, in my current position I oversee the management and operation of all units within the National Park System nationwide, as well as all NPS programs, NPS directorates, and NPS regional offices.

4. The management of the East Potomac Golf Course is unchanged from the situation described in my previous declarations. NLT, through its management company, Troon Golf, LLC, continues to operate all three NPS golf courses in the District of Columbia on a temporary "holdover" basis.

5. As explained in my previous declarations, I have been aware that Department officials are actively considering ideas to renovate the three NPS-owned golf courses in the District of Columbia, including East Potomac Golf Course, but several interim steps have yet to occur before a final decision can be made to go forward with any specific renovation at East Potomac Golf Course and before the NPS authorizes any associated construction activities.

6. Plans for renovating the East Potomac Golf Course remain in the conceptual stage. On July 17, 2026, the NPS sent a letter to the D.C. State Historic Preservation Office ("DC SHPO") initiating consultation under Section 106 of the National Historic Preservation Act. NPS has postponed initial consulting parties' meetings pending further internal coordination. In postponing these meetings, the NPS has explained that it has no intent to commence

significant rehabilitation work until all applicable compliance requirements have been satisfied. On August 19, 2026 the DC SHPO responded to the NPS's July 17, 2026 letter. True copies of the NPS's July 17, 2026 letter and the DC SHPO's August 19, 2026 letter are attached as Exhibits A and B, respectively.

7. On September 10, 2026, the NPS entered into a contract with a qualified firm to provide compliance support services for a proposed project to rehabilitate the East Potomac Golf Course. This contract does not include design or construction services. No final decision has been made regarding the nature and scope of any renovations. Prior to making such a decision and prior to authorizing construction activities at the East Potomac Golf Course, the NPS would complete all required compliance in accordance with all applicable laws and regulations.

8. Potential construction associated with the proposed project to rehabilitate the East Potomac Golf Course was identified as part of the NPS's Advance Acquisition Plan and posted to the government's Acquisition Gateway Website in September 2026. Federal agencies are generally required to develop an annual forecast of contracting opportunities and this forecast is then used by the government to communicate anticipated procurement needs to the small business community. The posting of the potential East Potomac Golf Course Rehabilitation Project to the Acquisition Gateway Website is not a contract solicitation or advertisement. The Acquisition Gateway Website explains that it is a tool that provides "a nationwide listing of upcoming federal contracting opportunities[,]" that "[a]ll projected procurements are subject to revision or cancellation[,]" and that the "forecast data is for planning only and is not a commitment to purchase." *See* Forecast Tool | Acquisition

Gateway. Contract solicitations are posted to a separate government website, SAM.gov. *See* Home | SAM.gov.

9. In my April 30, 2026, declaration, I explained that prior to a proposed renovation of the East Potomac Golf Course, the NPS may take actions to address outstanding deferred maintenance and repair issues at the Golf Course. The NPS has taken and continues to take some maintenance actions in or around the Golf Course since April 30, 2026, subject to available funding, including tree pruning; removal of dead, dying, hazardous or invasive trees; and removal of the fence surrounding the golf course, which was in poor condition. The NPS documented its compliance with all applicable laws and regulations for those actions and will continue to do so for any future maintenance actions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2026.

JESSICA BOWRON

Digitally signed by JESSICA BOWRON
Date: 2026.10.06 17:15:11 -04'00'

Jessica Bowron