United States Department of the Interior

NATIONAL PARK SERVICE
National Mall and Memorial Parks
1100 Ohio Drive SW
Washington, DC 20242

IN REPLY REFER TO:

July 17, 2026

Mr. David Maloney
District of Columbia State Historic Preservation Office
District of Columbia Office of Planning
899 North Capitol Street, NE, Suite 7100
Washington, DC 20002

Subject: Initiation of Section 106 Consultation – Rehabilitation of East Potomac Park Golf Course

Dear Mr. Maloney:

The National Park Service (NPS), National Mall and Memorial Parks, is initiating consultation with the District of Columbia Historic Preservation Office (DC HPO) pursuant to Section 106 of the National Historic Preservation Act (NHPA) (54 U.S.C. § 306108) and its implementing regulations at 36 CFR Part 800 regarding the rehabilitation of the East Potomac Park Golf Course in Washington, DC.

The NPS has determined the proposed rehabilitation would be an undertaking as defined in 36 CFR § 800.16(y), and that it has the potential to cause effects on historic properties. The NPS will coordinate the steps of the Section 106 process, as appropriate, with the overall planning schedule for the proposed undertaking and with any reviews required under relevant authorities. The NPS has determined, as part of its initial planning, that the DC HPO should be involved in the Section 106 process for this undertaking. Please note the NPS has determined this proposed undertaking could involve more than one state and has therefore invited the Virginia State Historic Preservation Officer (VA SHPO) to participate in this Section 106 process. You may agree with the VA SHPO to designate a lead state historic preservation officer under 36 CFR 800.3(c)(2).

**Project Area**

The project area is East Potomac Park, a historic reclaimed landscape situated on a peninsula between the Potomac River and the Washington Channel in Southwest Washington, DC. The proposed undertaking encompasses the East Potomac Park Golf Course and associated recreational facilities.

**Project Description**

This proposed project entails the rehabilitation of the East Potomac Park, to include a course redesign. The purpose of the proposed undertaking is to rehabilitate a rundown golf course and transform it into a world-class facility befitting of the Nation's Capital.

The NPS plans to coordinate Section 106 and National Environmental Policy Act (NEPA) processes per the implementing regulations (36 CFR § 800.8) of the NHPA. The NPS will also develop an Assessment of Effects Report for this project as a separate, but parallel, process with NEPA.

**Consultation and Next Steps**

A final course design, as well as detailed engineering information, grading plans, utility investigations, landscape plans, geotechnical analyses, construction sequencing, and environmental documentation have not yet been developed. However, this information is not required to define the Area of Potential Effects (APE) and identify historic properties that may be affected by this proposed undertaking. Therefore, we now request your proposed APE and listing of historic structures that may be impacted by this proposed undertaking. The NPS also requests your comments regarding public involvement in this Section 106 process. Please propose appropriate points for seeking public input and for notifying the public of proposed actions for this undertaking. Additionally, please identify any other individuals or organizations with a demonstrated interest in the undertaking who should be considered a consulting party.

The NPS also invites the DC HPO to participate in a virtual consulting party meeting on August 13, 2026, from 9:00 a.m. to 10:00 a.m. Eastern Time. Meeting information will be transmitted separately.

Finally, the NPS believes it is appropriate to expedite consultation and address multiple steps in in 36 CFR §§ 800.3 through 800.6 for this undertaking. Please provide your thoughts on expediting the consultation and please continue to consider such a plan throughout the upcoming Section 106 process.

We appreciate your continued partnership and look forward to working collaboratively with your office. If you have any questions or would like to discuss the project, please contact Tammy Stidham, Associate Regional Director – Lands and Planning, at 202-619-7474 or tammy_stidham@nps.gov.

Sincerely,

Kevin T. Griess 2026.07.17 17:52:04 -04'00'

Kevin Griess
Superintendent

List of Consulting Parties

- National Capital Planning Commission
- Commission of Fine Arts
- DC Historic Preservation Office
- Virginia Department of Historic Resources
- Fort McNair
- NPS George Washington Memorial Parkway
- National Links Trust
- First Tee – Greater Washington, DC
- Mid-Atlantic Golf Association

Tribes

- Absentee Shawnee Tribe of Indians of Oklahoma Nation
- Catawba Indian Nation
- Chickahominy Indian Tribe
- Chickahominy Tribe Eastern Division
- Delaware Nation
- Eastern Shawnee of Oklahoma
- Monacan Indian Nation
- Nansemond Indian Nation
- Pamunkey Indian Tribe
- Rappahannock Tribe
- Shawnee Tribe
- Upper Mattaponi Indian Tribe