District of Columbia Office of Planning

August 19, 2026

Mr. Kevin Griess, Superintendent
National Park Service
National Mall and Memorial Parks
1100 Ohio Drive, SW
Washington, DC 200242

RE: Initiation of Section 106 Consultation: Proposed Rehabilitation of the East Potomac Park Golf Course

Dear Mr. Griess:

The District of Columbia State Historic Preservation Officer (DC SHPO) has received your letter regarding the proposed rehabilitation of the East Potomac Park Golf Course and is writing to provide our initial comments regarding effects on historic properties in accordance with Section 106 of the National Historic Preservation Act and its implementing regulations, 36 CFR Part 800.

We understand that the National Park Service (NPS) proposes to rehabilitate the "rundown golf course" which was constructed between 1917 and 1934 and is listed in the National Register of Historic Places as a contributing element of the East and West Potomac Park Historic District.

No design concepts, renderings or plans were submitted for our review but we had hoped to gather information by participating in the consulting parties meeting scheduled for August 13, 2026, and rescheduled for August 20, 2026, so we could provide meaningful comments regarding the likely Area of Potential Effects (APE) and the historic properties that may be affected in this letter. Unfortunately, the NPS ultimately cancelled the consulting parties meeting, so we are only able to provide general comments at this time.

The APE should encompass the entirety of East Potomac Park and the areas to the north and across the Washington Channel and the Potomac and Anacostia Rivers from which the park is visible and from where other indirect effects (e.g. audible effects) will be perceptible. These areas should be expanded/refined based upon the height, massing and related characteristics of whatever is proposed. The National Historic Landmark Army War College at Fort McNair, located immediately across from East Potomac Park, should be included in the APE.

Since West Potomac Park is listed in the National Register as part of the same historic district as East Potomac Park, and as a part of the National Mall Historic District, the NPS should evaluate whether any aspects of the golf course project may have potential to affect the West Potomac Park and National Mall Historic Districts and include those districts in the APE accordingly.

Within East Potomac Park, and in addition to the historically significant golf course itself, the East Potomac Park Field House, which was designed by noted architect Whittier Peaslee in 1917, and the East Potomac Park Miniature Golf Course which was constructed in 1931 and is considered to be the longest continuously operating miniature golf course in the country, are among the historic properties we assume may be most directly affected by the proposed project. We strongly urge that adverse effects on these important resources be avoided.

Other properties with East Potomac Park such as the historic 1882-1890s seawalls, the 1913 U.S. Engineers' Storehouse at 900 Ohio Drive, the National Register-eligible Mission 66 NPS National Capital Region Building at 1100 Ohio Drive, and even the portions of Ohio Drive, SW that were constructed between 1912 and 1916 and contribute to the park's historic significance may be affected.

899 North Capitol Street, NE, Suite 7100, Washington, DC 20002 Phone: 202-442-7600, Fax: 202-442-7638

Please note that this is not a complete list of historic properties that may be affected by the project. The NPS should consult its own records to develop an exhaustive list of potentially affected park-related resources, including any properties that may require evaluation for National Register eligibility. We will provide additional comments on historic properties beyond park boundaries once a draft APE is submitted for our review.

Considering the numerous and substantial projects the NPS is simultaneously proposing in and around the National Mall and the probability that those projects will result in significant individual and cumulative adverse effects, the DC SHPO does not agree that it would be appropriate to address multiple steps in 36 CFR §§ 800.3 through 800.6 for this undertaking.

Moreover, we believe that all parties which typically participate as consulting parties for projects in and around the National Mall should be invited to participate in the review of this project, including those such as the DC Preservation League who have already written to express their interest, as well as every other party that was ultimately invited to participate in the review of the on-going monumental arch project. The NPS should also provide ample opportunities for the public to express their views.

If you should have any questions or comments regarding any of these matters, please contact me at andrew.lewis@dc.gov or 202-442-8841.

Sincerely,

C. Andrew Lewis
Senior Historic Preservation Specialist
District of Columbia State Historic Preservation Office

26-0776