Jacobs

Challenging today.
Reinventing tomorrow.

**Jacobs Engineering Group, Inc.**
1100 North Glebe Road
Suite 500
Arlington, VA 22201
United States

T +1.571.218.1000
F +1.571.218.1600
www.jacobs.com

June 18, 2026

Attn: Jennifer Phillippe
National Park Service

**Subject: Final Sampling Report**
**East Potomac Soil Storage Project #140P2126Q0040**

Dear Ms. Phillippe:

Jacobs Engineering Group, Inc. (Jacobs) has prepared a *Final Sampling Report* for excavated soil being stored at East Potomac Park. The project has produced more than 30,000 cubic yards of excavated soil. The excavated soil received was transported to the East Potomac Golf Links located at 972 Ohio Drive SW, Washington, D.C., for stockpiling within a 2.25-acre area.

The primary objectives of this *Final Sampling Report* include:

- An evaluation of preexisting soil conditions (based on baseline soil samples from preexisting surface soil near the haul road and at the stockpile site)
- Characterization of excavated soil (based on representative samples from the stockpile material, including the stockpile surface)

Based on the preliminary evaluations described within, there is limited risk to human receptors from the stockpile and the stockpile surface soil based on the current and likely future use of the site. However, completion of a more detailed human health risk assessment will provide a more refined risk evaluation of the constituents of potential concern, while additional ecological risk assessment is warranted to refine the evaluation of risks to ecological receptors potentially exposed to site soils.

# Field Activities

Soil sampling activities were comprised of collecting baseline, stockpile, and haul road samples.

## Baseline Soil Sampling

A total of 11 baseline soil samples were collected from the preexisting surface soil in the areas near the haul road and outside the perimeter berm of the soil stockpile at East Potomac Park. One baseline sample was collected to represent preexisting conditions near the haul road, after it was constructed, and 10 soil samples were collected in an undisturbed area outside the perimeter berm of the 2.25-acre stockpile area. The baseline samples were collected to represent local background conditions. Each sample location was recorded using a Global Positioning System unit. Figure 1 shows baseline soil sample locations. Samples were placed in appropriate containers, labeled, preserved, and transported to the laboratory following analytical method and chain-of-custody requirements.

### Stockpile Soil Sampling

Representative samples of the excavated material were collected during active delivery operations and at the conclusion of grading activities at the stockpile.

Between October 28, 2025, and November 30, 2025, Jacobs collected one sample every day that deliveries were made to East Potomac Park. Samples were collected from the delivered material prior to being incorporated into the soil stockpile. Because the daily import volumes were less than originally anticipated, on December 1, 2025, the rate of sampling was changed to one sample for approximately every 150 truckloads of excavated soil, to meet the targeted number of samples for the project (see paragraph below for more information on how the targeted number of samples was determined).

The estimated volume of soil removed from the excavation area is 30,000 cubic yards. Based on the number of truckloads delivered to the stockpile, approximately 37,000 cubic yards of soil have been delivered to the stockpile. This volume is consistent with an excavated volume of 30,000 cubic yards, because soil is compressed in situ, and expands when excavated and transported. The Maryland Voluntary Cleanup Program (VCP) (Maryland Department of the Environment 2026) recommends 12 samples for the first 5,000 cubic yards plus 1 sample for each additional 1,000 cubic yards of material. For 37,000 cubic yards of soil, this formula provides a total of 44 samples, which is the total number of stockpile samples collected from the East Potomac stockpile site.

Jacobs collected a total of 30 samples of excavated soil from the delivered material between October 28, 2025, and April 2, 2026. After final grading of the stockpile was completed (by others), Jacobs collected 14 samples from the stockpile surface on April 23, 2026. Soil descriptions were documented for each sample collected, and the samples were placed in appropriate containers, labeled, preserved, and transported to the laboratory following analytical method and chain-of-custody requirements.

### Haul Road Sampling

The haul road, approximately 0.25 mile (1,320 feet) in length, was constructed of commercially sourced, coarse-grained construction materials, not excavated soil. Since the haul road material was substantially different from the stockpile, two additional soil samples were collected along the road alignment. One sample was collected near the road entrance and the second in the middle section of the haul road for spatial representativeness. Samples were containerized, labeled, preserved, and transported to the laboratory under analytical method and chain-of-custody procedures.

## Soil Sample Analysis

As directed by the National Park Service (NPS), a comprehensive analytical program was implemented based on Maryland VCP Guidance and Maryland Soil Reuse Guidance (Maryland Department of the Environment 2022). Soil samples were shipped to Eurofins Lancaster Laboratories Environmental (ELLE) in Lancaster, Pennsylvania, for the following constituents:

- Volatile organic compounds (U.S. Environmental Protection Agency [EPA] Method 8260) (2006)
- Semivolatile organic compounds, including polynuclear aromatic hydrocarbons (EPA Method 8270) (2014)
- Polychlorinated biphenyls (PCBs) (EPA Method 8082A) (2007a)
- Pesticides (EPA Method 8081B) (2007b)

- Total petroleum hydrocarbons (Gasoline/Diesel ranges, EPA Method 8015D) (1996a)
- Priority pollutant metals (EPA Method 6010B/7471B) (1996b)
- Herbicides (EPA Method 8321B) (2025)

ELLE shipped samples to Eurofins CEI Labs Inc. in Cary, North Carolina, for the following constituent:

- Asbestos (EPA Method 600/R-93/116) (1993)

## Soil Sample Results

A level 2A data evaluation was completed for this dataset with data qualifiers applied to the sample results based on the quality assurance/quality control exceedances detailed in the Data Quality Evaluation. Tables 1 through 5 provide the qualified data.

Asbestos was reported as not detected in all analyzed samples collected between October 28, 2025, and April 23, 2026.

Concentrations of the various constituents in the soil samples collected from the haul road and the stockpile were compared to three types of benchmark values:

- Site-specific background threshold values, representing concentrations of the same constituents in the baseline samples (details regarding how these background threshold values were calculated can be found in the following section);
- NPS ecological screening values for non-radiological analytes; and,
- EPA human health screening levels (also known as regional screening levels).

The final analytical results are presented as described below:

- **Table 1** provides validated data for all baseline, haul road, and stockpile samples collected from October 28, 2025, through April 23, 2026, with detected concentrations in bold font.
- **Table 2** compares haul road samples collected on October 28, 2025, to background threshold values and ecological screening levels, with detected concentrations in bold font and screening level exceedances highlighted.
- **Table 3** compares haul road samples collected on October 28, 2025, to background threshold values and human health screening levels, with detected concentrations in bold font and screening level exceedances highlighted.
- **Table 4** compares stockpile samples collected from October 28, 2025, through April 23, 2026, to background threshold values and ecological screening levels, with detected concentrations in bold font and screening level exceedances highlighted.
- **Table 5** compares stockpile samples collected from October 28, 2025, through April 23, 2026, to background threshold values and human health screening levels, with detected concentrations in bold font and screening level exceedances highlighted.

Note that in Tables 1 through 5, stockpile samples collected during stockpile construction are designated as NPS-SP-01 through NPS-SP-30, while the stockpile surface samples collected after grading are designated as NPS-SP-31-042326 through NPS-SP-44-042326.

## Background Evaluation

Background threshold values were generated using the eleven baseline samples, which are representative of background conditions (that is, not impacted by hauling and stockpiling activities). A background threshold value was calculated for each constituent by analyzing test results from the 11 baseline samples using EPA ProUCL software (2022) to obtain the 95% Upper Tolerance Limit with 95% confidence (95/95 UTL). Table 6 provides these data. Data used to calculate the background threshold values include all reported data from the baseline area (including duplicates); however, additional refinement of this dataset may be completed during a streamlined risk assessment. Therefore, the preliminary background threshold values presented here are for discussion purposes and are not final background values. Attachment 1 provides supporting information for the derivation of the background threshold values.

In addition to calculating a background threshold value for each constituent for which at least one sample exceeded at least one human health or ecological-based screening value (Table 6), two maximum detection concentrations were calculated for each constituent that exceeded human health screening values (Table 7), representing the highest concentration observed for that constituent in the stockpile (the two haul road samples were included with the thirty stockpile samples) and the stockpile surface (the fourteen samples collected after grading).

For each constituent exceeding human health screening values, the background threshold value was also compared against the two maximum detected concentrations (stockpile and stockpile surface). The following constituents were identified for which at least one maximum detected concentration exceeded the background threshold value:

- The maximum detected concentration of arsenic in the stockpile samples was 13 milligrams/kilogram (mg/kg), which exceeds the background threshold value of 10 mg/kg.
- The maximum detected concentrations of all PAHs, in all sets of samples, exceeded the respective background threshold values, except for the maximum detected concentration of benzo(a)anthracene in the stockpile surface samples.

Note that the background threshold values only represent pre-existing surface soil conditions at the golf course and are not risk-based screening levels. The following sections include a preliminary evaluation of the potential for risk to human and ecological receptors.

## Exposure Point Concentration Derivation

Exposure point concentrations are a conservative estimate of the mean concentration of a constituent in a given exposure area and are used to represent the concentrations of the constituent that a receptor may be exposed to across a site. Preliminary exposure point concentrations (EPCs) were determined using EPA ProUCL software (2022) and represent the 95% Upper Confidence Limits of the Mean (95 UCL). EPCs were derived for each constituent for which at least one sample exceeded at least one human health or ecological-based screening value (Tables 1 through 5). Separate EPCs were derived for two separate exposure areas, the stockpile and stockpile surface. A separate EPC for the haul road was not calculated due to the limited number of samples collected and so the haul road samples were included in the stockpile dataset. Thus, the stockpile dataset includes the thirty samples collected from the excavated soil deliveries during stockpile construction and the two haul road samples. The stockpile surface dataset includes the fourteen samples collected from the stockpile surface after grading. Data used for EPC derivation includes all reported data from the exposure areas (including duplicate samples); however, additional refinement of this dataset may be completed during a streamlined risk assessment. Therefore,

the preliminary EPCs presented here are for discussion purposes and are not final EPC values. Attachment 2 provides supporting information for the derivation of EPCs.

## Preliminary Human Health Risk-based Evaluation

An initial evaluation of potential risks to human health from exposure to stockpile and stockpile surface soil was performed by comparing the maximum detected concentrations for each area to EPA residential soil screening levels. For purposes of this comparison, the two haul road samples were combined with the stockpile exposure area because of the limited number of haul road samples. Use of the residential soil screening level is a conservative approach given the current land use as a golf course.

Constituents with maximum detected concentrations greater than the residential soil screening level in either the stockpile (which includes haul road samples) or the stockpile surface exposure areas were identified as the constituents of potential concern (Table 7). These constituents were:

- Metals:
  - Arsenic: maximum detected concentration of 13 mg/kg exceeded the residential soil screening level of 0.0317 mg/kg
  - Lead: maximum detected concentration of 400 mg/kg exceeded the residential soil screening level of 200 mg/kg
- PAHs:
  - Benzo(a)anthracene: maximum detected concentration of 2,000 mg/kg exceeded the residential soil screening level of 1,100 mg/kg
  - Benzo(a)pyrene: maximum detected concentration of 1,400 mg/kg exceeded the residential soil screening level of 110 mg/kg
  - Benzo(b)fluoranthene: maximum detected concentration of 2,000 mg/kg exceeded the residential soil screening level of 1,100 mg/kg
  - Dibenzo(a,h)anthracene: maximum detected concentration of 210 mg/kg exceeded the residential soil screening level of 110 mg/kg

While only the four PAHs listed above exceeded the residential soil screening level, all seven PAHs were identified collectively as a constituent of potential concern, based on the standard risk assessment approach for addressing the cumulative risk for PAHs.

After these constituents of potential concern (arsenic, lead, and PAHs) were identified by comparing their maximum detected concentrations to the residential soil screening level, a secondary evaluation of potential risks to human health was performed by comparing the EPC for each exposure area (stockpile and stockpile surface) to the screening level for exposure of industrial workers to soil. Use of the industrial worker soil screening level is also a conservative approach for the current land use as a golf course, because it assumes a full-time worker is at the site for 250 days per year for a duration of 25 years. The magnitude of exposure for the most likely receptors—maintenance and other workers and golfers—will be much lower. Nonetheless, this approach is less conservative than the initial approach of comparing maximum detected concentrations to the residential soil screening level. In addition, constituents initially identified as constituents of potential concern based on exceedances of conservative risk-based screening values are often eliminated in the later stages of a risk assessment if they are below background concentrations (see prior section for more information).

Applying this methodology, only one constituent of potential concern had an EPC that exceeds the industrial worker soil screening level: the EPC for arsenic in both the stockpile (4.9 mg/kg) and stockpile surface (6.2 mg/kg) exposure areas exceeded the industrial worker soil screening level (0.141 mg/kg). However, the background threshold value for arsenic (10 mg/kg), which represents the existing surface soil of the golf course prior to stockpile construction, also exceeds the industrial worker soil screening level, and is higher than both the stockpile and stockpile surface EPCs for arsenic.

Based on this preliminary evaluation, there is limited risk to human receptors associated with the constituents of potential concern in the stockpile and the stockpile surface soil based on the current and likely future use of the site. Completion of a more detailed human health risk assessment will provide a more refined risk evaluation of the constituents of potential concern.

## Preliminary Ecological Risk-based Evaluation

An initial evaluation of risks to ecological receptors from exposure to haul road, stockpile, and stockpile surface soil was performed by comparing the soil sample analytical results to risk-based ecological screening values available from *NPS Protocol for the Selection and Use of Ecological Screening Values for Non-Radiological Analytes* (NPS 2025). The NPS guidance provides risk-based soil thresholds specific to terrestrial plants, soil invertebrates, mammals, and birds. Additionally, the NPS guidance provides ecological screening values with differing levels of conservatism, applicable to different stages in a risk assessment, such as a screening-level risk assessment and baseline-level risk assessment.

For this initial screening, conservative assumptions were applied to limit the likelihood of unacceptable risks from a constituent missed or prematurely screened out. Therefore, maximum detected concentrations from the baseline, stockpile (including haul road), and stockpile surface exposure areas were compared to lowest available ecological screening value for each constituent. If maximum detected concentrations are less than the minimum ecological screening value, risks to all receptors (plants, invertebrates, and wildlife) are de minimis for that constituent. However, if the maximum detected concentrations exceed the minimum ecological screening value, unacceptable risks cannot be ruled out and additional ecological risk assessment refinement is warranted. Ecological screening values were also available for total PCBs and low- and high-molecular weight PAHs (LMW and HMW PAHS, respectively), and these sums were calculated using the sum of individual PCB Aroclors and sum of individual PAHs; nondetects were replaced with the detection limit for summing purposes.

The preliminary ecological risk-based evaluation identified the following constituents to be retained as constituents of potential ecological concern (Table 8). Each of these constituents had maximum detected concentrations exceeding the minimum ecological screening value in either the stockpile or stockpile surface exposure areas. Elimination of constituents of potential ecological concern based on background concentrations is generally done in later stages of a risk assessment, and maximum detected concentrations in the baseline samples were not used to refine the list of constituents of potential environmental concern retained. The constituents of potential ecological concern identified were:

- Metals: antimony, arsenic, cadmium, chromium, copper, lead, mercury, nickel, selenium, thallium, and zinc
- Pesticides/herbicides: 4,4'-dichlorodiphenyltrichloroethylene (DDE), 4,4'-dichlorodiphenyltrichloroethane (DDT), alpha-chlordane, and heptachlor
- PAHs: acenaphthene, benzo(a)anthracene, benzo(a)pyrene, benzo(b)fluoranthene, chrysene, fluoranthene, pyrene, and sum HMW PAHs

Based on this preliminary evaluation, additional ecological risk assessment is warranted to refine risks to receptors potentially exposed to site soils.

# References

Maryland Department of the Environment. 2022. *Fill Material and Soil Management in Maryland What You Need to Know*. Land and Materials Administration. Revised May.

Maryland Department of the Environment. 2026. *Maryland's Voluntary Cleanup Program.* https://mde.maryland.gov/programs/land/marylandbrownfieldvcp/pages/vcp_info.aspx.

National Park Service. 2025. *NPS Protocol for the Selection and Use of Ecological Screening Values for Non-Radiological Analytes*. Revision 4. July.

U.S. Environmental Protection Agency (EPA). 1993. *Test Method for the Determination of Asbestos in Bulk Building Materials.* EPA/600/R-93/116. July.

U.S. Environmental Protection Agency (EPA). 1996. Method 6010B Inductively Coupled Plasma-Atomic Emission Spectrometry. Revision 2. December.

U.S. Environmental Protection Agency (EPA). 2003. *Method 8015B Nonhalogenated Organics using GC/FID.* Revision 4. June.

U.S. Environmental Protection Agency (EPA). 2006. *Method 8260D (SW-846): Volatile Organic Compounds by Gas Chromatography/Mass Spectrometry (GC/MS)*. Revision 3. Washington, DC.

U.S. Environmental Protection Agency (EPA). 2007a. *Method 8082A Polychlorinated Biphenyls (PCBs) by Gas Chromatography.* Revision 1. February.

U.S. Environmental Protection Agency (EPA). 2007b. *Method 8081B Organochlorine Pesticides by Gas Chromatography*. Revision 2. February.

U.S. Environmental Protection Agency (EPA). 2014. *Method 8270D, Semivolatile Organic Compounds by Gas Chromatography/Mass Spectrometry*. Revision 5. July.

U.S. Environmental Protection Agency (EPA). 2022. *Statistical Software ProUCL 5.2 for Environmental Applications for Data Sets with and without Nondetect Observations*. ProUCL version 5.2.00. June 14. https://www.epa.gov/land-research/proucl-software.

U.S. Environmental Protection Agency (EPA). 2024. *Regional Screening Levels - Generic Tables.* https://www.epa.gov/risk/regional-screening-levels-rsls-generic-tables.

U.S. Environmental Protection Agency (EPA). 2025. *SW-846 Test Method 8321B: Solvent-Extractable Nonvolatile Compounds by High-Performance Liquid Chromatography/Thermospray/Mass Spectrometry (HPLC/TS/MS) or Ultraviolet (UV) Detection*. October 23. https://www.epa.gov/hw-sw846/sw-846-test-method-8321b-solvent-extractable-nonvolatile-compounds-high-performance-liquid.

If you have any questions, please contact Rick McCormick, Project Manager at [redacted].

Sincerely,

**Jacobs**
Rick McCormick, P.E
Project Manager

**Attachments**

Attachment 1 – Background Threshold Value ProUCL Outputs
Attachment 2 – Exposure Point Concentration ProUCL Outputs

**Tables**

Tables 1 through 5 Soil Sample Results
Table 6 Preliminary BTV and EPCs
Table 7 Human Health Risk-Based Results
Table 8 Ecological Risk-Based Results

**Figure**

Figure 1 EAPO Baseline Samples