# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br>*Plaintiffs*,<br>*vs.*<br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>*Defendants*. | Case No. 1:26-cv-477 |

## SECOND DECLARATION OF REBECCA MILLER

1. I am Rebecca Miller.

2. I am an adult resident of Washington, D.C., and I submit this Declaration in support of the Plaintiffs' Second Motion for Preliminary Injunction. The statements made in this Declaration are based on my personal knowledge.

3. I am the Executive Director of the DC Preservation League. I have served in this role since 2005. Because of that role, I am familiar both with the operations of the DC Preservation League and with our membership.

4. The DC Preservation League is a Section 501(c)(3) nonprofit organization dedicated to preserving the historic and cultural resources of the District of Columbia. DC Preservation League is Washington, D.C.'s only citywide nonprofit organization dedicated to protecting, enhancing, and preserving

the city's historic and built environment. We have three employees and over 100 active volunteers.

5. DC Preservation League's mission is to advocate for the protection, enhancement, and celebration of Washington's built environment and to educate the public about the District's architectural and cultural heritage, including through participating in public project review processes and developing and offering public tours (including self-led, webinars, and in-person tours).

6. As part of that education effort, DC Preservation League hosts a free historic sites app and website, which provide education about Washington's historic sites. The app offers 60 self-guided tours, some of which are thematic. East Potomac Park East Potomac Golf Course is part of our recreation-themed tour, and the app provides information about historic East Potomac Park.

7. If Defendants complete their plan to destroy or significantly alter East Potomac Park, it will lose its designation criteria as a contributing site for East and West Potomac Park District's listing on the National Register of Historic Places. While East Potomac Park and East Potomac Golf Course are significant in their own rights, they're also significant features of the Park District. If they were to lose their forms, the land would no longer be a piece of historic, significant landscape architecture. Destroying or

significantly altering East Potomac Park and East Potomac Golf Course would compromise the historic district as a whole.

8. Any time there's a loss of historic fabric in Washington, it degrades the city as a whole. It also makes our work more difficult. If East Potomac Park and East Potomac Golf Course were significantly altered, we would have to change our app and website to remove the listings.

9. DC Preservation League hosts no less than three on-site programs each month, and each month's programs have themes. For example, two years ago we did a golf theme and put on a putting program at Langston Golf Course. We plan to hold an event at East Potomac Park in 2027 to celebrate its 130-year anniversary. Destroying or significantly altering East Potomac Golf Course would force us to abandon that plan, whether because of construction or the land's loss of historic character.

10. These programs are open both to DC Preservation League's members and to the public at large. Sometimes, attending the programs is free. Sometimes, we charge a nominal fee. At all our events, we accept donations and typically bring in something between $100 and $1,000 per event. DC Preservation League generates about $15,000-$20,000 per year at these events. We plan to accept donations and solicit memberships at the East Potomac event.

11. Based on past experience, it is highly likely that both members and non-members will attend the East Potomac program.

12. Commonly, non-members attending our programs sign up to become members. Non-members sometimes also become members to take advantage of member pricing for a specific event or to be able to attend a specific member-only event.

13. If we are unable to host the East Potomac event, we will lose that chance to accept donations and to recruit new members.

14. DC Preservation League also participates frequently in the comment process for reviews of undertakings under Section 106 of the National Historic Preservation Act.

15. The way it works is that the agency that is considering the undertaking will notify consulting parties. DC Preservation League is notified on just about every agency project in D.C. as a consulting party. We usually participate in about one Section 106 review per month. Most reviews end in a memorandum of understanding or programmatic agreement, which includes a negotiated plan to mitigate adverse effects to the historic property.

16. DC Preservation League would have been a consulting party on any NHPA Section 106 review for an undertaking at East Potomac Golf Course. We typically participate in all Section 106 reviews affecting major projects in Washington. For instance, over the past several years, DC Preservation League participated in Section 106 reviews at Navy Yard,

Saint Elizabeth, the Armed Forces Retirement Home, and all the Section 106 reviews at the National Mall.

17. Our comments during a Section 106 review typically advocate for public access to sites, and for retention of the historic character that has already been documented about the site. If a Section 106 review were conducted for changes to East Potomac, DC Preservation League would offer feedback on the preservation of East Potomac Golf Course's historic character and public access.

18. Redesigning East Potomac Park and East Potomac Golf Course would injure DC Preservation League in several ways. First, it would require us to update our app and website in order to remove East Potomac Park and East Potomac Golf Course. Second, it would preclude us from holding our 2027 event at East Potomac Golf Course and cancel the event outright. Third, by implementing this plan without performing a Section 106 review, the government prevents DC Preservation League from participating in the comment process to advocate for preserving East Potomac Park and East Potomac Golf Courses in their current forms.

19. DC Preservation League is a membership association with about 1,000 members, including individuals and business members.

20. Several of DC Preservation League's members often visit East Potomac Park to go walking. They enjoy walking there, and they have plan to continue doing so. Walking at East Potomac Park, including along or near

the golf course, is particularly well suited for our membership, because many of our members are elderly, and East Potomac is relatively flat. That makes East Potomac's landscape particularly important to our members. Among those members is Marie Drissel, who is a D.C. resident. For decades, Ms. Drissel has walked around Ohio Drive two or three times per week (although, in the past year, she has done so less frequently but continues to walk there regularly). She plans to continue visiting East Potomac Park for exercise and recreation, and to enjoy its beauty. She has left instructions for her family and friends to hold a special ceremony at East Potomac Park after her death. Another DCPL member, Rhonda Sincavage, visits East Potomac Park a few times each month. She has used East Potomac Park for decades to run, bike, walk her dog, picnic, and play pickleball. Ms. Sincavage plans to continue using East Potomac Park for these activities. If East Potomac is destroyed, there is no suitable replacement in Washington for her to continue these activities. Still another DCPL member, Lauren Hassel, has been visiting East Potomac at least monthly for more than 30 years. Ms. Hassel is a runner and uses the park because of its out-and-back loop and because the area has little traffic from cars. While running, she enjoys the park's views, including watching seasonal changes that she finds unique to East Potomac.

21. Several of DC Preservation League's members regularly play golf at East Potomac Golf Course and plan to continue doing so. A number of those

members specifically enjoy East Potomac Golf Course's history, architecture, landscape, and recreational opportunity while playing golf at East Potomac Golf Course. One of those members is Joseph Taylor, who lives in D.C. and has been playing golf at East Potomac since 2017. Currently, he plays golf there four or five times per season. He plans to continue playing golf there. If East Potomac is destroyed, he will not be able to play any of the three courses, and he will lose access to practice facilities (e.g., the practice putting green and the driving range) to improve as a player. Matt Martone, another DCPL member, has played golf and biked at East Potomac twice per month for 15 years. He plans to continue doing so. Mr. Martone doesn't own a car, so East Potomac's proximity is crucial for him.

22. I also am a member of DC Preservation League, and I enjoy going to East Potomac Park with my son. I helped teach him to ride his bike at East Potomac Park, and I plan to take him bicycling there again. I enjoy taking him to East Potomac Park because it is flat and easy to teach a kid how to ride a bike. I also enjoy looking at the Japanese cherry trees and the landscape as a whole at East Potomac Park and East Potomac Golf Course, and I plan to continue visiting East Potomac Park to look at them.

23. I declare under 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on October 11, 2026, in Washington, D.C.

Rebecca Miller
Executive Director
DC Preservation League
1328 Florida Ave. NW
Washington, D.C. 20009