AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DC Preservation League, et al., *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-477-ACR |
| U.S. Department of the Interior, et al., *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

U.S. Department of the Interior and all other defendants .

Date: 10/12/2026

/s/ Adam R.F. Gustafson
*Attorney's signature*

ADAM R.F. GUSTAFSON, D.C. Bar No. 1010952
*Printed name and bar number*

ENERGY AND NATURAL RESOURCES DIVISION
U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530
*Address*

ADAM.GUSTAFSON@USDOJ.GOV
*E-mail address*

(202) 718-0703
*Telephone number*

*FAX number*