**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

*vs.*

DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants.*

Case No. 1:26-cv-477

## DECLARATION OF WILL BARDWELL

1. I am Will Bardwell, counsel for the Plaintiffs in the above-styled matter. The statements made in this Declaration are based on my personal knowledge.

2. At approximately 6 p.m. Eastern Time on Friday, October 9, 2026, I learned that Defendants had filed notice (at 4:55 p.m.) of their intent to begin a tree-clearing operation at East Potomac Golf Course the following day.

3. After discussing the development with co-counsel, I e-mailed counsel for the Defendants at 8:45 p.m. Eastern Time to request to meet and confer. Defense counsel responded shortly thereafter and said that "tomorrow morning" t (i.e., Saturday morning) they would "propose . . . some times to talk during the weekend." Defense counsel responded again at 9:55 a.m.

on Saturday, October 10 to offer their availability between 2-4 p.m. Eastern Time on Sunday, October 11. The parties subsequently agreed to meet at 3:30 p.m. Eastern Time.

4. At 1:53 p.m. Eastern Time, on Sunday, October 11, Defense counsel sent an e-mail advising Plaintiffs that "NPS's tree management project in East Potomac Park moved faster than anticipated on October 10, 2026" and that "NPS cut approximately 529 trees" on Saturday. The operation would move to the rest of the golf course shortly thereafter, Defense counsel said.

5. The meet and confer occurred as scheduled at 3:30 p.m. Eastern Time. During that discussion, Defense counsel represented that their initial account of the number of trees in "Zone A" had underestimated the actual total by more than 200 trees, and that their Saturday activities had actually resulted in approximately 439 trees being cut down in "Zone A." The 90 trees accounted in "Zone B" had proven accurate. Therefore, between the two tranches, a total of 529 trees had been cut down.

6. A true and correct copy of the e-mail correspondence between Plaintiffs' counsel and Defense counsel is attached hereto as Exhibit A. The timestamps therein reflect Central Time, not Eastern Time.

7. I declare under 28 U.S.C. § 1746 and under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2026, in Madison, Mississippi.

/s/ *Will Bardwell*

Will Bardwell
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043