# EXHIBIT A

DEMOCRACY FORWARD

**Will Bardwell <wbardwell@democracyforward.org>**

# RE: [EXTERNAL] East Potomac tree clearing

1 message

**Piropato, Marissa (ENRD)** <Marissa.Piropato@usdoj.gov> Sun, Oct 11, 2026 at 2:20 PM
To: Will Bardwell <wbardwell@democracyforward.org>
Cc: Mark Samburg <msamburg@democracyforward.org>, Catherine Carroll <ccarroll@democracyforward.org>, Caleb Hayes-Deats <CHayes-Deats@lowellandassociates.com>, Abbe David Lowell <adlowell@lowellandassociates.com>, Angela Reilly <areilly@lowellandassociates.com>, Jack Bolen <jbolen@lowellandassociates.com>, Lindsay Zimliki <lindsay@democracydefenders.org>, Norman Eisen <norman.eisen@gmail.com>, "Robertson, Michael (ENRD)" <Michael.Robertson@usdoj.gov>, "Coleman, Judith (ENRD)" <Judith.Coleman@usdoj.gov>

Will,

The attached Determination of NEPA Adequacy explains the reason why NPS undercounted the number of trees to be cut. Both of the attached documents are publicly available.

-Marissa

---

**From:** Piropato, Marissa (ENRD)
**Sent:** Sunday, October 11, 2026 1:54 PM
**To:** 'Will Bardwell' <wbardwell@democracyforward.org>
**Cc:** Mark Samburg <msamburg@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Caleb Hayes-Deats <CHayes-Deats@lowellandassociates.com>; Abbe David Lowell <adlowell@lowellandassociates.com>; Angela Reilly <areilly@lowellandassociates.com>; Jack Bolen <jbolen@lowellandassociates.com>; Lindsay Zimliki <lindsay@democracydefenders.org>; Norman Eisen <norman.eisen@gmail.com>; Robertson, Michael (ENRD) <Michael.Robertson@usdoj.gov>; Coleman, Judith (ENRD) <Judith.Coleman@usdoj.gov>
**Subject:** RE: [EXTERNAL] East Potomac tree clearing

Will,

NPS' tree management project in East Potomac Park moved faster than anticipated on October 10, 2026, and it is close to completing Zones A and B in the attached map. NPS cut approximately 529 trees yesterday in Zones A and B. The Zone A area had not been properly maintained, and it had very dense vegetation. Due to the density of the vegetation in that area, NPS undercounted the number of small-diameter, immature trees, generally ranging from 3 to 5 inches in diameter at breast height (DBH) that were in Zone A and intended for removal.

NPS anticipates continuing tree management efforts tomorrow and will start in Zone C. NPS will then move to other trees identified on the attached map that are proposed for removal.

-Marissa

---

Marissa A. Piropato | Deputy Chief

Environment & Natural Resources Division | U.S. Department of Justice

marissa.piropato@usdoj.gov | tel: 202.305.0470 | fax: 202.305-0506

mail: P.O. Box 7611 | Washington, D.C. 20044-7611

overnight delivery: 150 M St. NE, Room 3.212, Washington, D.C. 20002

---

**From:** Will Bardwell <wbardwell@democracyforward.org>
**Sent:** Saturday, October 10, 2026 11:34 AM
**To:** Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov>
**Cc:** Mark Samburg <msamburg@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Caleb Hayes-Deats <CHayes-Deats@lowellandassociates.com>; Abbe David Lowell <adlowell@lowellandassociates.com>; Angela Reilly <areilly@lowellandassociates.com>; Jack Bolen <jbolen@lowellandassociates.com>; Lindsay Zimliki <lindsay@democracydefenders.org>; Norman Eisen <norman.eisen@gmail.com>; Robertson, Michael (ENRD) <Michael.Robertson@usdoj.gov>; Coleman, Judith (ENRD) <Judith.Coleman@usdoj.gov>
**Subject:** Re: [EXTERNAL] East Potomac tree clearing

Marissa, in the meantime: are you able to confirm that the trees being cut down right now at East Potomac are limited to the two "tranches" designated in Dr. Griess's declaration? I'm attaching a screenshot of the areas he marked. Will any

trees be cut outside these areas before Friday, October 16? If so, when will trees outside these two tranches begin getting




cut?

On Sat, Oct 10, 2026 at 9:53 AM Will Bardwell <wbardwell@democracyforward.org> wrote:

> Thanks, Marissa. If that is y'all's first availability, then let's talk tomorrow at 4 p.m. ET. Do you have a preferred video conferencing platform? If not, I can send around a Google Meet invite. Thanks again.
>
> On Sat, Oct 10, 2026 at 8:55 AM Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov> wrote:
>
>> Hi Bill,
>>
>> We are available from 2 to 4 pm tomorrow (10/11). Does that work for you and your team?
>>
>> Best,
>>
>> Marissa
>>
>> ---
>>
>> Marissa A. Piropato | Deputy Chief

Environment & Natural Resources Division | U.S. Department of Justice

marissa.piropato@usdoj.gov | tel: 202.305.0470 | fax: 202.305-0506

mail: P.O. Box 7611 | Washington, D.C. 20044-7611

overnight delivery: 150 M St. NE, Room 3.212, Washington, D.C. 20002

---

**From:** Will Bardwell <wbardwell@democracyforward.org>
**Sent:** Friday, October 9, 2026 9:53 PM
**To:** Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov>
**Cc:** Mark Samburg <msamburg@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Caleb Hayes-Deats <CHayes-Deats@lowellandassociates.com>; Abbe David Lowell <adlowell@lowellandassociates.com>; Angela Reilly <areilly@lowellandassociates.com>; Jack Bolen <jbolen@lowellandassociates.com>; Lindsay Zimliki <lindsay@democracydefenders.org>; Norman Eisen <norman.eisen@gmail.com>
**Subject:** Re: [EXTERNAL] East Potomac tree clearing

Thanks for getting back to us so quickly, Marissa. We'll stand by until we hear your team's availability. Have a good evening.

On Fri, Oct 9, 2026 at 8:14 PM Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov> wrote:

> Will,
>
> I can talk this weekend. I will propose tomorrow morning some times to talk during the weekend. I have reached out to a colleague who may be able to join.
>
> Thanks,
> Marissa
>
> ---
>
> **From:** Will Bardwell <wbardwell@democracyforward.org>
> **Sent:** Friday, October 9, 2026 8:45 PM
> **To:** Piropato, Marissa (ENRD) <Marissa.Piropato@usdoj.gov>
> **Cc:** Mark Samburg <msamburg@democracyforward.org>; Catherine Carroll <ccarroll@democracyforward.org>; Caleb Hayes-Deats <CHayes-Deats@lowellandassociates.com>; Abbe David Lowell <adlowell@lowellandassociates.com>; Angela Reilly <areilly@lowellandassociates.com>; Jack Bolen <jbolen@lowellandassociates.com>; Lindsay Zimliki <lindsay@democracydefenders.org>; Norman Eisen <norman.eisen@gmail.com>
> **Subject:** [EXTERNAL] East Potomac tree clearing
>
> Ms. Piropato,

I'm writing with regard to *DC Preservation League v. Department of the Interior*, No. 1:26-cv-477 in D.D.C. Plaintiffs are in receipt of Defendants' notice that they will begin cutting down 529 trees on Saturday.

We would like to speak with you, preferably this weekend, to meet and confer on this subject before deciding whether it's something on which we need to seek relief. What is your availability?

Thanks very much.

--

| | |
|---|---|
| **Will Bardwell** (BARD-well)<br>**Senior Counsel**<br>**Democracy Forward**<br>*he/him* (why I share my pronouns) | **Email:** wbardwell@democracyforward.org<br>**Website:** democracyforward.org |

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

--

| | |
|---|---|
| **Will Bardwell** (BARD-well)<br>**Senior Counsel**<br>**Democracy Forward**<br>*he/him* (why I share my pronouns) | **Email:** wbardwell@democracyforward.org<br>**Website:** democracyforward.org |

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

--

**Will Bardwell** (BARD-well)
**Senior Counsel**
**Democracy Forward**
*he/him* (why I share my pronouns)

**Email:** wbardwell@democracyforward.org
**Website:** democracyforward.org

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

Charity Navigator
FOUR-STAR

--

**Will Bardwell** (BARD-well)
**Senior Counsel**
**Democracy Forward**
*he/him* (why I share my pronouns)

**Email:** wbardwell@democracyforward.org
**Website:** democracyforward.org

**When we fight, democracy wins**.

Democracy Forward's team works across multiple time zones so my working hours may not be the same as yours. Please feel free to read, act on, and respond to my messages at a time that works for you.

*NOTICE: This communication and any attachments may contain privileged or other confidential information and is intended only for use by the individual or entity named above. If you have received this communication in error, please immediately advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.*

Charity Navigator
FOUR-STAR

**2 attachments**

**DNA EPP.pdf**
507K

**EPP CE Form.pdf**
1124K