**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE,

DAVE ROBERTS,

and

ALEX DICKSON,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR;

DOUG BURGUM, in his official capacity as Secretary of the Interior;

NATIONAL PARK SERVICE;

and

JESSICA BOWRON, in her official capacity as "Comptroller Exercising the Delegated Authority of the Director" of the National Park Service,

*Defendants*.

Case No. 1:26-cv-477-ACR

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR A PRELIINARY INJUNCTION OR, ALTERNATIVELY, FOR A STAY UNDER SECTION 705 OF THE ADMINISTRATIVE PROCEDURE ACT

Upon consideration, the Court finds and concludes, for the reasons stated in Plaintiffs' Memorandum in Support of the Motion for a Preliminary Injunction or, Alternatively, for a Stay Under Section 705 of the Administrative Procedure Act, that Plaintiffs' motion should be GRANTED.

Accordingly, the Court hereby preliminarily enjoins Defendants from any further tree felling at East Potomac Golf Course. The Court further orders Defendants to provide the Court and Plaintiffs no less than three business days' written advance notice before any irreparable modification to any permanent forms or features of East Potomac Golf Course.

SO ORDERED.

DATED: ________________

________________________________________
Hon. Ana C. Reyes
United States District Judge