**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-477-ACR |

**DEFENDANTS' NOTICE OF ACTIVITY**

Defendants write to notify the Court and Plaintiffs that the National Park Service intends to undertake certain activities on East Potomac Park that do not fall within the scope of the Court's temporary restraining order. The National Park Service intends to undertake activities to secure and remove heavy equipment remaining on-site from previous tree-cutting activities; clearing away and processing already felled trees; and other similar activities. These activities do not involve felling any trees or taking any action that irreparably alters any permanent form or feature on East Potomac Park. Although these planned activities do not implicate the Court's temporary restraining order, Defendants are providing this notice out of an abundance of caution. These activities are planned to commence at 8 a.m. on Friday, October 16.

Respectfully submitted this 14th day of October 2026.

**ADAM R.F. GUSTAFSON**

Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

*Marissa Piropato*

MARISSA A. PIROPATO
Deputy Chief (MA Bar No. 651630)

MICHAEL K. ROBERTSON
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

*Attorneys for Federal Defendants*