**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DC PRESERVATION LEAGUE, *et al.*,**

Plaintiffs,

v.

**UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,**

Defendants.

Civil Action No. 1:26-cv-00477 (ACR)

The Hon. Ana C. Reyes

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* HAINS POINT RUNNERS AND CHERRY BLOSSOM, INC. IN SUPPORT OF PLAINTIFFS**

Pursuant to Local Civil Rule 7(o), nine individual recreational runners and Cherry Blossom, Inc., through undersigned counsel, respectfully move the Court for leave to file the accompanying brief as *amici curiae* in support of Plaintiffs. The proposed brief and a proposed order accompany this motion.

Consistent with Local Civil Rule 7(m), counsel for *amici* conferred with counsel for both parties regarding this motion. Plaintiffs consent to this filing; Defendants take no position.[1] In support of their filing, *amici* state as follows.

Individual *amici* are residents of the District of Columbia, Maryland, and Virginia who have extensive experience using East Potomac Park for running (training and road racing), walking, cycling, race organization, race volunteering, athletic rehabilitation, and other forms of

[1] This motion is filed in a timely manner and is accompanied by a proposed brief that complies with Local Civil Rule 7(o).

outdoor recreation. Cherry Blossom, Inc. is a District of Columbia nonprofit corporation that organizes and stages the annual Credit Union Cherry Blossom Ten Mile Run, one of the largest annual athletic events conducted on National Park Service ("NPS") lands in the Washington, D.C., metropolitan area, of which the threatened Hains Point perimeter roadway—bordered by hundreds of mature cherry trees—is a critical component.

Courts have "'broad discretion' in determining whether to permit a party to participate in a lawsuit as *amicus curiae*." *N. Mariana Islands v. United States*, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (citation omitted). This Court permits the filing of an *amicus* brief where it "present[s] ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs," *Mashpee Wampanoag Tribe v. Bernhardt*, 2020 WL 2615523, at *1 (D.D.C. May 22, 2020) (citations omitted), such as by providing "unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide," *Jin v. Ministry of State Sec.*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008) (citation omitted). Proposed *amici* submit that they satisfy these standards.

At issue in this case is a plan that threatens to drastically transform East Potomac Park, including the elimination of its perimeter roadway—widely known as "Hains Point"—and thereby extinguish the Park's longstanding use by the public for outdoor recreation of all kinds. *Amici* submit this proposed brief to inform the Court of the unique recreational role the Hains Point perimeter roadway has long served for runners and other recreational users of East Potomac Park, and of the substantial effects the proposed elimination or impairment of the roadway would have on a longstanding public recreational resource. *Amici* also seek to assist the Court in evaluating whether NPS adequately considered the recreational uses that Congress directed it to preserve in managing these public parklands.

*Amici* acknowledge that Plaintiffs' Motion for Preliminary Injunction already reflects East Potomac Park's value to a variety of recreational users, including golfers, walkers, bicyclists, and observers and admirers of the Park's landscape and cherry trees. *See* Mem. Supp. Mot. for Prelim. Inj. or Stay 13–14, Dkt. No. 81-1. *Amici* do not seek to duplicate or contradict that showing. Rather, *amici* provide additional factual context demonstrating the breadth, intensity, and significance of those recreational uses, particularly those associated with the Hains Point perimeter roadway and the broader recreational landscape of East Potomac Park, which may not otherwise be before the Court. Specifically, the brief provides information concerning:

- The historic and ongoing public use of the Hains Point perimeter roadway that the challenged golf course redevelopment plan threatens to demolish or render inaccessible to the public;
- Defendant NPS's longstanding recognition and protection of the very uses of the perimeter roadway that are now threatened;
- Relevant statutory, administrative, historical, and public-trust considerations that bear directly on the NPS's obligations with respect to longstanding public recreational uses of the Park and that affect any attempt to extinguish use of the perimeter roadway; and
- The practical effects of the challenged action on the broad class of Park users not represented directly by the Parties.

These perspectives may "help the court" evaluate the public consequences of the issues presented and support the preliminary injunctive relief Plaintiffs seek here. *Jin*, 557 F. Supp. 2d at 137 (citation omitted).

For the reasons stated above and as set forth in the proposed brief, *amici* respectfully request that the Court grant leave to file the accompanying brief as *amici curiae* in support of Plaintiffs.

Respectfully submitted,

*/s/ Alan Pemberton*

Alan Pemberton (D.C. Bar No. 367108)
Rachel Bercovitz (D.C. Bar No. 1780904)
Basundhara Mukherjee (D.C. Bar No. 90025431)*
**Application for admission to the Bar of this Court pending*
Covington & Burling LLP
850 Tenth St. NW
Washington, D.C. 20001
Phone: (202) 662-6000
apemberton@cov.com
rbercovitz@cov.com
bmukherjee@cov.com

*Counsel for* Amici Curiae *Hains Point Runners and Cherry Blossom, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, an electronic copy of the foregoing was filed with the Clerk of Court for the United States District Court for the District of Columbia using the Court's CM/ECF system and was served electronically by the Notice of Docket Activity upon registered CM/ECF participants.

Respectfully submitted,

*/s/ Alan Pemberton*
Alan Pemberton (D.C. Bar No. 367108)
Covington & Burling LLP
850 Tenth St. NW
Washington, D.C. 20001
Phone: (202) 662-6000
apemberton@cov.com

*Counsel for* Amici Curiae *Hains Point Runners and Cherry Blossom, Inc.*