# APPENDIX A

## 2026 Credit Union Cherry Blossom Official Media Guide, page 14, 2026 Course Map

