**APPENDIX B**

**2026 Credit Union Cherry Blossom Official Media Guide, page 76 Evolution of the 10**

# EVOLUTION OF THE 10 MILE COURSE



1994 Course Map.

In 1970s the event started and finished near the golf course in East Potomac Park and ran clockwise around Hains Point before crossing over the Inlet Bridge and looping the Tidal Basin twice, running clockwise. Runners then returned back around Hains Point to the finish line at the same location as the start. The growing field soon made the out-and-back portions on Hains Point as well as the two loops around the Tidal Basin too tight, so the course was moved onto Ohio Dr. in West Potomac Park.

Frequent construction during the 1980s and 1990s meant the course was frequently modified, but the start and finish remained in West Potomac Park.

The first crossing of Memorial Bridge took place in 1993 and in 1998 the course included an out-and-back section up into Rock Creek Parkway. The staging area made the dramatic move out of West Potomac Park onto the Washington Monument Grounds in 1998, setting up a string of years with the same course through the 2017 event.

The long-needed rehabilitation of Memorial Bridge began to be a regular topic of discussion by 2014, which prompted officials to certify a new course—which was used in 2019—for the non-Memorial Bridge version with the staging area remaining on the Washington Monument Grounds. After two years of construction, Memorial Bridge became runnable once again, just in time for the 2021 race.