# APPENDIX C

**July 29, 2026 Email to Prospective Cherry Blossom Race Participants**




## Looking Ahead to 2027

**Dear Prospective Credit Union Cherry Blossom Race Participants,**

Planning continues for the 2027 Credit Union Cherry Blossom races on April 3-4, 2027. We are writing to let you know about a couple of changes to race registration and to make you aware of some course challenges for the upcoming race.

We look forward to seeing you race weekend!

***5K Registration to be by Lottery***

Because the 5K registration process closed in just four days for the 2026 race, the Credit Union Cherry Blossom 5K will now become part of the lottery.

***Change in Lottery Registration Dates***

Registration for the 2027 Race Lottery will run from December 14, 2026 - January 5, 2027. Lotteries for the 5K, 10 Mile, and Double Blossom events will be run simultaneously.

***Become a 2027 Race Ambassador***

Applications for our 2027 Social Media Race Ambassador Program open on Wednesday, August 5. If you love sharing your training journey with the running community, keep an eye on our social media pages next week for all the details on how to apply!

***Potential Course Challenges for 2027***

Finally, we want you to know that planned construction of an arch on Memorial Circle on the Virginia side of Memorial Bridge and proposed renovations to the golf course in East Potomac Park could significantly affect the Credit Union Cherry Blossom 10 Mile course. Memorial Bridge and Memorial Circle are among the race's most memorable sections, offering runners sweeping views of both the Potomac and their fellow race participants, and construction of the Arch and its presence could mean that we lose access to the roadway there. In addition, early renderings of the golf course plans suggest that Ohio Drive, the perimeter road around Hains Point and a three-mile cherry tree laden section of the course that runners have enjoyed for decades, could be permanently eliminated.

We are following the situations closely, and we invite you to join us in making your voice heard:

- Send a message to your representative in Congress. Click House.gov – Find Your Representative. Enter your home address or ZIP code to find your member of the House of Representatives.
- Send a message to your Senators. Click U.S. Senate – Contact Your Senators. Select your state to see both of your senators and their contact information.
- Submit comments concerning the proposed Arch by clicking here by July 30, 2026.
- Submit a message to the National Park Service concerning the proposed golf course renovations by clicking here.

***Credit Union Cherry Blossom Staff***

---



---