# APPENDIX D -- National Park Service Pre-approved Race-Course Maps










