# APPENDIX E

## Illustrative List of Other Recent Running Races Using the Hains Point Perimeter Roadway

This table identifies recent or scheduled road races, other than the Marine Corps Marathon and the Credit Union Cherry Blossom Ten Mile Run, for which published organizer or registration materials identify Hains Point as the venue or depict use of the Hains Point perimeter roadway. “Date not located” means that the available source established course use but did not provide a date for a recent edition.

| Race | Distance | Organizer | Race date | Evidence of Hains Point roadway use |
|---|---|---|---|---|
| Winter Hains Point 5K | 5K | Bishop’s Events | January 4, 2026 | Organizer states that the Hains Point 5K route is on the paved roadway around Hains Point; the 5K is one out-and-back. |
| Winter Hains Point 10K | 10K | Bishop’s Events | January 4, 2026 | Organizer states that the Hains Point 10K route is on the paved roadway around Hains Point; the 10K is two out-and-backs. |
| Al Lewis 5-Miler | 5 miles | DC Road Runners | January 11, 2026 | Organizer describes a flat, fast out-and-back route around Hains Point in Southwest Washington. |
| Al Lewis 10-Miler | 10 miles | DC Road Runners | January 11, 2026 | Organizer describes a flat, fast out-and-back route around Hains Point; the published description identifies a double out-and-back on Ohio Drive. |
| Dash Around the Point 5K | 5K | Bishop’s Events | February 22, 2026 | Race listing identifies Hains Point as the venue; Bishop’s states that its 5K course uses the paved roadway around Hains Point. |
| Dash Around the Point 10K | 10K | Bishop’s Events | February 22, 2026 | Race listing identifies Hains Point as the venue; Bishop’s states that its 10K course uses the paved roadway around Hains Point. |
| DC Half 5K | 5K | Pacers Running | September 19, 2026 | The event publishes a 5K course map for its West Potomac Park race weekend. The mapped route uses the East Potomac Park/Hains Point perimeter roadway. |
| DC Half Marathon | Half marathon | Pacers Running | September 20, 2026 | The event publishes a half-marathon course map for its West Potomac Park race weekend. The mapped route uses the East Potomac Park/Hains Point perimeter roadway. |
| Cranberry Crawl 5-Miler | 5 miles | Bishop’s Events | November 21, 2026 | Bishop’s Hains Point venue records identify the Cranberry Crawl as using the Hains Point course. |
| Cranberry Crawl 10-Miler | 10 miles | Bishop’s Events | November 21, 2026 | Bishop’s Hains Point venue records identify the Cranberry Crawl as using the Hains Point course. |
| In Their Shoes 5K | 5K | Bishop’s Events | Date not located | Bishop’s Hains Point venue records identify In Their Shoes as using the Hains Point 5K course. |
| Thanksgiving Stuffing Stomp 10K | 10K | Bishop’s Events | Date not located | Bishop’s Hains Point venue records identify the Thanksgiving Stuffing Stomp as using the Hains Point 10K course. |

Sources: Bishop’s Events, Hains Point venue page, https://bishopsevents.com/hains-point-2/; Bishop’s Events, 2026 Winter Hains Point 5K & 10K, https://bishopsevents.com/event/2026-winter-hains-point-5k-10k/; Race Roster, 2026 Dash Around the Point 5K & 10K, https://raceroster.com/events/2026/115252/dash-around-the-point-5k-and-10k; DC Road Runners, Al Lewis 10 and 5-Miler, https://dcroadrunners.org/event/al-lewis-10-and-5-miler/; RunSignup, DC Half Races and course-map page, https://runsignup.com/Race/DC/Washington/DCHalf and https://runsignup.com/Race/DCHalf/Page/NewPage_1. Accessed September 2, 2026.