**APPENDIX F**

**2026 Credit Union Cherry Blossom Official Media Guide, pages 36 and 37, Elite Records**

# OPEN & AGE GROUP RECORDS

Over the years, numerous 10-mile records have been set at the Credit Union Cherry Blossom 10 Mile Run – a total of 10 World records and 10 American records. None has lasted as long as the 46:13 time Greg Meyer ran in 1983. Back then it was an American and World Record. In 2023, race organizers saw the American Record get broken by Hillary Bor with a time of 46:11.

Prior to the 2014 race, which served as both the USA Men's and Women's 10 Mile Championships, Meyer said: "While it's an honor to hold an American Record, it's time someone else owned it! My gosh, it's older than most of the Americans competing! I can't wait to see someone break it!"

When Stanley Kebenei crossed the finish line in 2019 in 46:00, Meyer and race organizers thought the men's American record had finally fallen. Unfortunately, post-race analysis revealed that the turn-around point in West Potomac Park had been misplaced, resulting in a course-as-run that was 240 feet short of the full 10 miles, thus negating Kebenei's apparent American record. The women's winner, Kenyan Rosemary Wanjiru, was also a victim of the short course, which kept her time of 50:42 from being recognized as the fastest all-comers time in a women's only race.

Despite the shortened route taken by the runners, race organizers paid Kebenei $10,000 for posting a time faster than Meyer's American record of 46:13. Race organizers also paid $1,000 and $750 respectively to the first two men and women who ran faster than 46:00 and 52:00 minutes: race winners Jemal Yimer (45:36) and Rosemary Wanjiru (50:42), and second place finishers Josphat Tanui (45:38) and Gotytom Gebreslase (50:47). There was no bonus offered for a U.S. all-comers record.

Take a look at the progression of various 10-mile records that have been set at Cherry Blossom since the inaugural race in 1973.

| Elite Men 10-Mile Records | | | | |
|---|---|---|---|---|
| Year | Name | World Record | American Record | Event Record |
| 1973 | Sam Bair | | | 51:22 |
| 1974 | Jack Mahurin | | | 50:50 |
| 1976 | Carl Hatfield | | | 49:09 |
| 1978 | Bill Rodgers | | | 48:57 |
| 1979 | Bill Rodgers | | | 48:00 |
| 1980 | Bill Rodgers | | | 47:09 |
| 1983 | Greg Meyer | 46:13 | 46:13 | 46:13 |
| 1994 | William Sigei | | | 46:01 |
| 1995 | Ismael Kirui | 45:38 | | 45:38 |
| 2011 | Lelisa Desisa | | | 45:36 |
| 2012 | Allan Kiprono | | | 45:15 |
| 2022 | Nicholas Kosimbei | | | 45:15 |
| 2023 | Hillary Bor | | 46:11 | |
| 2024 | Hillary Bor | | 45:56 | |
| 2025 | Alex Maier | | 45:15 | |

**APPENDIX D**

**Cherry Blossom 2026 Media Guide, pages 36 and 37,**
**Elite Men 10-Mile Records and Elite Women 10-Mile Records**

# OPEN & AGE GROUP RECORDS

| Elite Women 10-Mile Records | | | | | | |
|---|---|---|---|---|---|---|
| Year | Name | World Record (Mixed Race) | World Record (Single Sex*) | American Record (Mixed Race) | American Record (Single Sex*) | Event Record |
| 1973 | Kathrine Switzer | | | | | 71:19 |
| 1974 | Carol Fridley | | | | | 62:41 |
| 1975 | Julie Shea | | | | | 59:55 |
| 1976 | Julie Shea | 57:04 | | 57:04 | | 57:04 |
| 1977 | Julie Shea | 56:08 | | 56:08 | | 56:08 |
| 1979 | Aileen O'Connor | | | 56:02 | | 56:02 |
| 1980 | Anne Sullivan | | | 55:34 | | 55:34 |
| 1983 | Eleanor Simonsick | | | | | 54:46 |
| 1985 | Lisa Weidenbach | | | | | 53:30 |
| 1986 | Rosa Mota | 53:09 | | | | 53:09 |
| 1987 | Lisa Martin | 52:23 | | | | 52:23 |
| 1989 | Lisa Weidenbach | | | 52:34 | | |
| 1991 | Jill Hunter | | | | | 51:57 |
| 1995 | Rose Cheruiyot | 51:39 | | | | 51:39 |
| 1998 | Colleen De Reuck | 51:16 | | | | 51:16 |
| 2006 | Lydia Grogoryeva | | 52:11 | | | 52:11 |
| 2006 | Turena Johnson | | | | 55:42 | |
| 2007 | Teyba Erkesso | | 51:44 | | | 51:44 |
| 2009 | Sally Meyerhof | | | | 54:38 | |
| 2013 | Janet Bawcom | | | | 53:28 | |
| 2014 | Janet Bawcom | | | | 52:12 | |
| 2025 | Taylor Roe | | 49:53 | | 49:53 | |

*In 2006, record keeping standards were changed to recognize the difference between women running with men in a mixed race, and women running in an all-women's race. Cherry Blossom race organizers implemented a 10-minute advanced start for women that year, and all subsequent women's World and American records have been set under this format.

While countless age group records have been set at the Credit Union Cherry Blossom 10 Mile Run over the years, the tables below list current age group event records for men and women.