# APPENDIX G

**NPS, East Potomac Park Traffic Safety Improvements Final Concept Presentation (Nov. 2022)**

National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

## East Potomac Park
## Traffic Safety Improvements

**Final Concept Presentation**

November 2022



# Overview

- Project Background
  - Issues
  - Project Objectives
- Public Comments
- Final Concepts
- Other Improvements



# Project Background

- **National Mall and Memorial Parks** administers more than 1,000 acres of park land within the District of Columbia, including **East Potomac Park**.
- East Potomac Park provides nearly 330 acres of recreation opportunities.
- **Hains Point** is located at the southern tip of East Potomac Park and includes popular picnic and playground areas.



# Project Background

- Visitors access Hains Point via a 2.5-mile one-way loop of Ohio Drive.
- Ohio Drive must accommodate several types of visitors who access the park using different transportation modes:
  - **Motor Vehicle**
    - Picnickers
    - School groups
    - Anglers
    - NPS maintenance crews
  - **Bicycle**
    - Fitness or sport riders
    - Leisure riders
  - **On Foot**
    - Runners and walkers
    - Birdwatchers
    - Organized races

# Issues

- Many pedestrians walk on Ohio Drive because portions of the seawall and path are closed. Closed path sections are structurally unsound and will not reopen for the next several years.
- Traffic safety challenges exist on Ohio Drive.
  - There is **no separation of vehicles from bicyclists and pedestrians**.
  - Two lanes of traffic in one direction **encourage speeding** above the 15 MPH speed limit.
  - Front-in angled on-street parking **limits driver awareness** of other road users.
- Although East Potomac Park has a low number of reported crashes, two pedestrian fatalities occurred in a 2021 incident, and the potential for conflict between the many users remains high.

# Project Objectives

The National Park Service partnered with the U.S. Department of Transportation and the District Department of Transportation to develop conceptual designs for safety improvements on Ohio Drive throughout East Potomac Park.

- **Improve traffic safety** for all visitors to East Potomac Park.
- **Maintain vehicle access** and parking for visitors at Hains Point.
- **Minimize impacts** to park resources.

National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Project Area: Ohio Drive SW in East Potomac Park

- The project starts at the jitney dock near the entrance of the one-way loop to Hains Point.
- The project area continues from the end of the loop at Buckeye Drive to Inlet Bridge, at the intersection with East Basin Drive.
- Total project length: 3 miles



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Public Comments on Conceptual Designs

- On April 19, 2022, the National Park Service presented conceptual designs for safety improvements across the project area in a virtual public meeting.
- Following the meeting, the public could submit feedback on the project in a 30-day comment period.
  - The National Park Service **received over 400 correspondences** during the comment period, totaling **nearly 1,000 comments**.
  - Comments received were passionate and often contradictory across correspondences, highlighting different users and activities in East Potomac Park.

1A




1B




1C



# Public Comment Takeaways: General Support

- **Most comments (290) were generally supportive** of the project or at least one concept.
- Many comments suggested modifications to the initial concepts:
  - Accommodate individual and groups of sport/fitness cyclists without conflicting with other roads users.
  - Provide space for visitors to walk/ride side-by-side and travel in opposing directions.
  - Connect with the broader bicycle and pedestrian network.
- 87 comments were generally not supportive of the project or any of the concepts.



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Public Comment Takeaways: Barriers and Traffic Calming

- 106 comments were in favor of the use of **physical vertical barriers.**
- 28 comments were against the idea of physical barriers.
- 20 comments recommended the installation other traffic calming measures (e.g., speed bumps).



**National Mall and Memorial Parks**
**Washington, DC**

**East Potomac Park Traffic Safety Improvements**

# Modifying Hains Point Design Based on Public Feedback

- Based on public feedback, the National Park Service selected a modified version of Concept "1B" for installation on Ohio Drive at Hains Point.
- In the modified design, the one-way bike and walk lanes are replaced with a bi-directional shared-use path.

**1B (Original)**




**1B (Modified Based on Public Feedback)**



# Final Hains Point Design Principles

- **Private vehicle access and parking are maintained.**
  - One of two existing motor vehicle travel lanes is removed.
  - Travel lane width is reduced to 9 feet to encourage slower vehicle speeds.
  - All bus traffic, including motorcoach (tour bus) and school bus traffic, is prohibited at Hains Point.
- **Bicyclists and pedestrians are separated from drivers.**
  - There is a painted buffer between the vehicle travel lane and the shared-use path. This design will allow for the **future installation of vertical barriers** (e.g., curbs or flex posts) if deemed necessary.
  - Experienced cyclists may elect to use the vehicle travel lane. The vehicle travel lane will be marked with vehicle/bicycle shared lane symbols (or “sharrows”) on the pavement.

National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Final Concept: Hains Point Entrance

- Shared-use path extended to existing sidewalk network and jitney dock
- Colored pavement narrows lanes and slows vehicle traffic



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Final Concept: Typical Section

- 9-foot travel lane
- 3-foot buffer
- 8-foot shared-use path



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Final Concept: Parking Lot Entrance

- Flexible posts at crosswalk denote space for bicyclists and pedestrians
- Corner extension with colored pavement slows vehicle traffic



# Final Concept: Angle Parking Area

- Angled parking on Ohio Drive is replaced with parallel parking
- Shared-use path is protected behind parked cars



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Final Concept: Parking Lot Exit

- Flexible posts at crosswalk denote space for bicyclists and pedestrians
- Corner extension with colored pavement slows vehicle traffic
- Stop sign and stop bar relocated



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Final Concept: Hains Point Exit

- Shared bicycle/ pedestrian space connects pedestrians to existing sidewalk network



**National Mall and Memorial Parks**
**Washington, DC**

**East Potomac Park Traffic Safety Improvements**

# Other Improvements: Long Bridge Bicycle Lanes

- No parking zone removed on Ohio Drive from 14th Street Bridge to Long Bridge
- 6-foot-wide bike lanes are added



Source: Google Maps

Existing Conditions




Final Concept



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Other Improvements: Inlet Bridge 3-Way Stop

- Stop signs added for traffic on Ohio Drive at East Basin Drive
- Left turn pocket added for eastbound bicyclists on Ohio Drive to George Mason Memorial, with connections to:
  - 15th Street Cycle Track
  - Mount Vernon Trail



Source: Google Maps

Proposed



National Mall and Memorial Parks
Washington, DC

East Potomac Park Traffic Safety Improvements

# Thank you!

Additional project documents available at:
parkplanning.nps.gov/HainsPointTraffic