**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-477-ACR |

**[PROPOSED] ORDER DENYING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of the parties' written submissions, it is hereby ORDERED:

1. Plaintiffs' Motion for Preliminary Injunction is DENIED.
2. The Temporary Restraining Order is VACATED.
3. This case is DISMISSED WITH PREJDUICE for lack of subject-matter jurisdiction.

**SO ORDERED** this ____ day of ___________, 2026

________________________________

HON. ANA REYES

United States District Judge