**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants*.

Civil Action No. 1:26-cv-477

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for all Federal Defendants.

DATED: October 16, 2026

Respectfully submitted,

*/s/ Stanley E. Woodward, Jr.*
STANLEY E. WOODWARD, JR.
(DC Bar No. 997320)
Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
stanley.woodward@usdoj.gov
202.514.9500

*Counsel for Federal Defendants*

**CERTIFICATE OF SERVICE**

On October 16, 2026, the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

*/s/ Stanley E. Woodward, Jr.*