**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>*Defendants*. | Civil Action No. 1:26-cv-477 |

## [PROPOSED] ORDER

Defendants' Motion to Disqualify Judge Ana C. Reyes and to Authorize Release of Hearing Audio is **GRANTED**. It is hereby **ORDERED** that the above-captioned matter be assigned to the next available United States District Judge; **ORDERED** that any existing prohibition on the publication, distribution, or transmittal of audio recordings of judicial proceedings shall not apply to the audio recording of the October 12, 2026 hearing on Plaintiffs' Motion for a Temporary Restraining Order; **ORDERED** that the audio recording of the October 12, 2026 hearing on Plaintiffs' Motion for a Temporary Restraining Order in the above-captioned matter be posted on this Court's website.

______________________________________
UNITED STATES DISTRICT JUDGE

DATE: ______________, 2026