**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-477 |

**PLAINTIFFS' NOTICE OF CORRECTIONS REGARDING PLAINTIFFS' POSITIONS ON DEFENDANTS' MOTION**

Plaintiffs submit this notice to correct Defendants' misstatement of Plaintiffs' positions on the relief sought in Defendants' Motion to Disqualify Judge and Release Audio (ECF 86).

At 6:50 pm on October 16, 2026, Defendants' counsel contacted Plaintiffs' counsel seeking, *inter alia*, Plaintiffs' position on forthcoming motions: (1) to "Disqualify/recuse and reassign the case to a new district court judge;" and (2) to "Post audio of October 12 TRO hearing on court website and lift prohibition on dissemination of same." Defendants' counsel requested Plaintiffs' positions by 7:30 pm, forty minutes later.

Plaintiffs' counsel replied at 7:28 pm, writing: "Please report our positions as follows:"

- On disqualification/recusal: "Plaintiffs oppose; we are aware of no basis for disqualification or recusal, and Defendants have not identified any such basis in this correspondence."
- On relief related to audio: "Plaintiffs take no position. Motions to depart from Standing Order 24-31 and Local Rule 83.1 should be left to the Court's discretion, and Plaintiffs do not believe that the views of the parties should be a factor in a decision whether to depart from those authorities."

Defendants' counsel confirmed receipt of Plaintiffs' positions at 7:30 pm. At 8:33 pm, 65 minutes after Plaintiffs provided their positions, Defendants filed their motion, and described Plaintiffs' position, in its entirety, as "Plaintiffs oppose this motion." That is an incomplete statement of the position Plaintiffs provided on the motion to recuse, and a wholly incorrect statement of the position Plaintiffs provided on the motion regarding the October 12 audio.

By October 16 Minute Order, the Court has directed Plaintiffs to respond to the motion by 2 pm on October 18. Plaintiffs will respond timely.

Dated: October 16, 2026

Respectfully Submitted,

_/s/ Mark B. Samburg_
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1643213)
Jack Bolen*
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
adlowell@lowellandassociates.com
chayes-deats@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org
*Application for admission pending, or admitted *pro hac vice*