# UNITED STATES DISTRICT COURT

for the

District of Columbia

DC Preservation League, et al.
*Plaintiff*
v.
Department of Interior, et al.
*Defendant*

Case No. 1:26-cv-00477

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Department of Interior, Doug Burgum, National Park Service, Jessica Bowron .

Date: 10/18/2026

/s/ Robert N. Stander
*Attorney's signature*

Robert N. Stander (DC Bar 1028454)
*Printed name and bar number*

950 Pennsylvania Ave NW, Washington, DC 20530
*Address*

robert.stander@usdoj.gov
*E-mail address*

(202) 717-7067
*Telephone number*

*FAX number*