**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE,

DAVE ROBERTS,

and

ALEX DICKSON,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR;

DOUG BURGUM, in his official capacity as Secretary of the Interior;

NATIONAL PARK SERVICE;

and

JESSICA BOWRON, in her official capacity as "Comptroller Exercising the Delegated Authority of the Director" of the National Park Service,

*Defendants*.

Case No. 1:26-cv-477-ACR

**NOTICE OF FACTUAL DEVELOPMENT**
**REGARDING RELEASE OF GOLF COURSE DESIGN**

As the Court noted in its Minute Order on October 18, 2026 timestamped 1:55 p.m., President Trump "announce[d]" earlier today on social media what he called "a plan to build a World Class Championship Golf Course on the site of the current East Potomac Golf Links, . . . able to hold World Class Tournaments such as the U.S. Open, the PGA Championship, the Ryder Cup, and the Presidents Cup." This comes almost one year to the day since Defendants began dumping contaminated "fill" material at East Potomac Golf Course.

The new plan, President Trump said, was "developed" "in conjunction with famed Golf Course Architect, Tom Fazio." "Restoration work will begin on November 15th, when the old Course will be closed to play," he wrote. "The new Course will be opened in approximately 15 months. The United States Golf Association, PGA of America, and the PGA Tour have already been notified that they will soon have one of the Best and Most Spectacular Golf Courses anywhere in the World to put on their list of great places to play, and hold Major Events."

The announcement includes a rendering which appears to show the new course occupying the full footprint of East Potomac Park south of Buckeye Drive. The rendering appears to be the same as the document which was recently photographed on the Resolute Desk in the Oval Office. *See* "Trump Shares Plan to Overhaul East Potomac Golf Course Amid Court Fight Over Land," Washington Post (Oct. 18, 2026), available at https://www.washingtonpost.com/sports/2026/10/18/trump-share-plan-overhaul-east-potomac-golf-links/ (last viewed Oct. 18, 2026 at 11:52 a.m. Eastern Time).

In a follow-up post, the President continued: "Doug Burgum, and the United States Department of the Interior, is very excited about the new Development of a Great Golf Course at the site of the old East Potomac Golf Links. We would like to thank Tom Fazio for his initial conceptual design and ideas, coupled with those of others from within the Golf World and the

Department of the Interior. Any variance or changes will be made, depending on site conditions, by the Experts in Parks and Recreation, whose experience and knowledge in Seawalls, Landscaping, and Design are second to none."

Plaintiffs submit this Notice in order to put both the golf course image and the second post in the record.

President Trump's posts are attached hereto as Exhibits A and B.

Dated: October 18, 2026

RESPECTFULLY SUBMITTED,

/s/Will Bardwell

Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1653213)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
Chayes-Deats@lowellandassociates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org