# EXHIBIT A

10:15

TRUTH.

## Truth Details

535 replies



**Donald J. Trump**

@realDonaldTrump

I am pleased to announce that the Department of the Interior, under the auspices of Secretary Doug Burgum, and in conjunction with famed Golf Course Architect, Tom Fazio, has developed a plan to build a World Class Championship Golf Course on the site of the current East Potomac Golf Links, located in Washington, D.C. When completed, it will be open to the Public while, at the same time, designed to the Highest Level of Golf and able to hold World Class Tournaments such as the U.S. Open, the PGA Championship, the Ryder Cup, and the Presidents Cup. This Course will create many Jobs, and have a tremendously positive Economic Development impact on Washington, D.C., and the surrounding area. Millions of Dollars will inure to the Capital area. The current Course is old, broken, dilapidated, and of no further use or effect. It is in very

truthsocial.com

10:15

**TRUTH.**

## Truth Details

535 replies

Development impact on Washington, D.C., and the surrounding area. Millions of Dollars will inure to the Capital area. The current Course is old, broken, dilapidated, and of no further use or effect. It is in very poor condition, with falling, dangerous, and disease infested trees and, importantly, a collapsing and hazardous seawall. When the East Potomac Course was originally built, it was famous for no trees, with views of Washington, D.C., for all to see, but now, it is completely overgrown, dysfunctional, and unsafe. Restoration work will begin on the Fazio Design on November 15th, when the old Course will be closed to play. The new Course will be opened in approximately 15 months. The United States Golf Association, PGA of America, and the PGA Tour have already been notified that they will soon have one of the Best and Most Spectacular Golf Courses anywhere in the World to put on their list of great places to play, and hold Major Events. Thank you for your attention to this matter! President DONALD J. TRUMP

truthsocial.com

10:16

TRUTH.

Truth Details

537 replies

great places to play, and hold Major Events. Thank you for your attention to this matter! President DONALD J. TRUMP




1.16k ReTruths 4.49k Likes 10/18/26, 9:09 AM

truthsocial.com