# EXHIBIT B

TRUTH.

# Truth Details

95 replies



**Donald J. Trump**

@realDonaldTrump

Doug Burgum, and the United States Department of the Interior, is very excited about the new Development of a Great Golf Course at the site of the old East Potomac Golf Links. We would like to thank Tom Fazio for his initial conceptual design and ideas, coupled with those of others from within the Golf World and the Department of the Interior. Any variance or changes will be made, depending on site conditions, by the Experts in Parks and Recreation, whose experience and knowledge in Seawalls, Landscaping, and Design are second to none. President DONALD J. TRUMP

**255** ReTruths **955** Likes 10/18/26, 10:02 AM