AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DC Preservation League, et al.<br>*Plaintiff*<br>v.<br>Department of Interior, et al.<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00477-ACR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Department of Interior; Doug Burgum; National Park Service; Jessica Bowron; .

Date: 10/18/2026

s/ Benjamin Hayes
*Attorney's signature*

Benjamin Hayes (DC Bar No. 1030143)
*Printed name and bar number*

950 Pennsylvania Avenue
Washington, DC 20530
*Address*

Benjamin.Hayes@usdoj.gov
*E-mail address*

(202) 598-5553
*Telephone number*

*FAX number*