AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DC PRESERVATION LEAGUE, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-477 |
| DEPARTMENT OF THE INTERIOR, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants .

Date: 10/18/2026

/s/ Andrew J. Block
*Attorney's signature*

Andrew Block (90002845)
*Printed name and bar number*

950 Pennsylvania Ave. NW
Washington D.C. 20530
*Address*

andrew.block@usdoj.gov
*E-mail address*

(202) 372-7565
*Telephone number*

*FAX number*