# EXHIBIT A

TRUTH.

## Truth Details

545 replies



**Donald J. Trump**
@realDonaldTrump

The United States Department of Interior wants to take a terrible and very unsafe golf course, and make it into a great, safe, and prestigious golf course. They have an absolute right to do so. It's as simple as that! The judge on the case is a crazed lunatic whose courthouse tapes will reveal, may be insane? The tapes have been blocked from usage by the judge. The random golfer bringing the ridiculous lawsuit has ZERO STANDING! The experts at "Interior" are allowed to do this First Class renovation "as of right." They do not need an approval. Work is scheduled to begin IMMEDIATELY! The finished product will be World Class, and bring income and great prestige back to D.C. Thank you for your attention to this matter! President DJT

**1.39k** ReTruths **5.22k** Likes

Oct 19, 2026, 5:08 AM