**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br>*Plaintiffs*,<br>*vs.*<br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>*Defendants*. | Case No. 1:26-cv-477-ACR |

**EXHIBIT INDEX ISO PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED AND SUPPLEMENTAL COMPLAINT**

Exhibit A: Proposed Amended and Supplemental Complaint

Exhibit B: Complaint Redline

**Plaintiff's Amended and Supplemental Complaint for Declaratory and Injunctive Relief:**

Exhibit A: East and West Potomac Parks HD

Exhibit B: 1982 Draft Development Concept Plan/Environmental Assessment

Exhibit C: 2017 Cultural Landscapes Inventory

Exhibit D: 2019 Cultural Landscape Report

Exhibit E: Categorical Exclusion Documentation Form

Exhibit F: DOI Handbook of NEPA Procedures Appendix 2

Exhibit G: Assessment of Actions Having an Effect on Historic Properties

Exhibit H: Declaration of Joshua Fisher

Exhibit I: Expert Report of Brenda Foos

Exhibit J: Expert Report of Dr. Jim Connors

Exhibit K: Jacobs Data Validation Summary