**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DC PRESERVATION LEAGUE, *et al.*,**

*Plaintiffs*,

v.

**UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,**

*Defendants*.

Civil Action No. 1:26-cv-00477 (ACR)

The Hon. Ana C. Reyes

**[PROPOSED] ORDER**

Upon consideration of the Motion for Leave to File Brief of *Amici Curiae* Washington Area Bicyclist Association in Support of Plaintiffs; any response thereto; and for the reasons set forth in the Motion, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the *amicus curiae* brief submitted with the Motion is deemed **FILED** as of the date of this Order.

**SO ORDERED.**

Dated: ________, 2026

__________________
Hon. Ana C. Reyes
United States District Judge