**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>*Plaintiffs*,<br><br>*vs.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-477 |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Plaintiffs respectfully request a thirty-day extension of time, until November 30, 2026, to file their opposition to Defendants' Motion for Summary Judgment (ECF 75). Plaintiffs' counsel contacted Defendants' counsel this morning to ascertain Defendants' position on the motion, but did not receive a reply.

In its September 21, 2026 minute order, the Court ordered Defendants to file any dispositive motion in response to Plaintiffs' Amended and Supplemental complaint by October 9, ordered Plaintiffs to file their opposition to that motion by October 30, and ordered Defendants to file any reply in support of that motion by November 13.

Thereafter, on October 9, Defendants filed a Notice of Activity (ECF 74) alerting Plaintiffs and the Court to the tree removal operations which occurred on October 10. Fifty-nine minutes later, Defendants filed their Motion for Summary Judgment (ECF 75). Defendants' Notice of Activity set off an intense period of activity in the case, including multiple days of hearings and extensive briefing, culminating in the Court's entry of a preliminary injunction last night, October 26 (ECF 103).

In light of the time that Plaintiffs' counsel have had to devote to the emergency litigation prompted by Defendants' Notice, the potential need to devote further substantial time to appellate proceedings on the preliminary injunction, the forthcoming status conference the Court ordered by October 27 minute order, and the ordinary press of counsels' other substantial workloads, good cause exists for Plaintiffs' requested extension.[1] Should the Court grant this motion, Plaintiffs would not oppose a commensurate extension to the deadline for Defendants' reply.

For the Court's awareness, Plaintiffs note that while some factual issues raised in Defendants' motion for summary judgment have been developed during preliminary injunction proceedings, other factual issues in the motion may raise disputed questions of fact that might necessitate proceedings under Rule 56(d) to seek further factual information from Defendants that would be "essential to justify" Plaintiffs' opposition. Plaintiffs therefore anticipate that their response to Defendants' motion for summary judgment might seek further fact development through Rule 56(d). *See* Fed. R. Civ. P. 56(d)(1) (Court may resolve 56(d) motion by "defer[ring] considering the motion or deny[ing] it"); 56(d)(2) ("allow[ing] time to obtain affidavits or declarations or to take discovery"); 56(d)(3) ("issu[ing] any other appropriate order.").

---

[1] Plaintiffs also note the reasonable possibility that, during the contemplated 30-day extension period, Plaintiffs' counsel will have to once again devote significant time and energy to emergency litigation to prevent further destruction of East Potomac Golf Course. *See* Donald J. Trump, Truth Social (Oct. 26, 2026 11:37 PM), https://truthsocial.com/@realDonaldTrump/posts/117510783769373145 ("We are closing the East Potomac Golf Course Site as scheduled on November 15th in order to renovate and rebuild."). Notwithstanding this requested extension, Plaintiffs reserve the right to seek further emergency relief as necessary.

Dated: October 27, 2026

Respectfully Submitted,

/s/Mark B. Samburg
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1643213)
Jack Bolen (Bar No. 90031046)
Angela Reilly*
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
alowellpublicoutreach@lowellandassociates.com
chayes-deats@lowellandassociates.com
jbolen@lowellandassociates.com
areilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
Tel: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*