**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:26-cv-477-ACR

**DEFENDANTS' POSITION STATEMENT ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME (DKT. NO. 104).**

Defendants the United States Department of the Interior ("DOI"), *et al.*, hereby respectfully respond to the Defendant's motion for extension of time to file a Response/Reply to the Defendant's Motion for Judgment (Dkt. 104) and the Court's minute order of October 28, 2026, to state its position by 5:00 PM today.

Defendants do not oppose the request for extension of time.

Respectfully submitted this 28th day of October 2026.

*/s/ Andrew J. Block*

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW J. BLOCK**
Senior Counsel
Office of the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NE

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA PIROPATO**
Deputy Chief, Natural Resources Section

Washington D.C., 20530

Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002

*Attorneys for Federal Defendants*