**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' NOTICE**

Defendants provide the following notice, as required by the Court's preliminary injunction entered on October 26, 2026 (ECF No. 101). The Court's order requires Defendants to provide both prompt notice, yet also an extensive amount of information that is difficult to fully determine at the onset of any action—for instance, "each individual, by name and title, who will be involved in carrying [] out" the given action, as well as a full assessment of the "action's imp[act] on the Park." *Id.* at 2. The below notice supplies all available information under the seven distinct informational requirements contained in the Court's order. *Id.*

On Friday, October 30, 2026, the National Park Service will submit to the National Capital Planning Commission ("NCPC") for review a rendering designed by Tom Fazio for a World Class, championship-level golf course that is capable of hosting major events—such as the U.S. Open, the PGA Championship, the Ryder Cup, and the President's Cup. *See* Exhibit A to Notice. The Fazio plan will be submitted to the NCPC for consideration at its December 3, 2026, meeting.

Thereafter, on November 15, 2026, the National Park Service will close East Potomac Park south of Buckeye Drive, including the Golf Course, consistent with the President's directive.

On October 28, 2026, Defendant, the National Park Service, entered into a new lease agreement with National Links Trust—the company currently responsible for operating the East Potomac Golf Course—under which National Links Trust will cease operating the East Potomac Golf Course as of close of business on or before November 15, 2026, but will continue to operate Rock Creek and Langston golf courses. Declaration of Jessica Bowron ¶¶4-6 ("Bowron Decl.") The closure would include the East Potomac Golf Course because there will be no company to operate that course. Bowron Decl. ¶¶4-6. In addition, East Potomac Park will be closed south of Buckeye Drive as a result of the deteriorated sea wall that is currently crumbling into the Potomac River and is a safety hazard in a state of significant disrepair. Bowron Decl. ¶¶7-18. This action is necessary regardless of the ultimate design of the golf course, given the significant safety hazards at East Potomac Park. *See* Bowron Decl. ¶¶7-17. Accordingly, while this planned activity is consistent with the Fazio plan for the golf course that will be submitted to the NCPC on Friday, October 30, 2026, it must occur in all events. With respect to the ongoing planning process to renovate the East Potomac Golf Course itself, Defendants will follow all relevant procedural requirements in finalizing and implementing the Fazio plan.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted this 28th day of October 2026.

**STANLEY E. WOODWARD, JR.**
*/s/ Stanley E. Woodward, Jr.*
Associate Attorney General
(DC Bar No. 997320)

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

**ROBERT STANDER**
Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202)-305-9609
Email: Michael.Robertson@usdoj.gov

*Attorneys for Federal Defendants*