# EXHIBIT A
# TO NOTICE


DR
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
EAST POTOMAC
GOLF LINKS
SEAL OF THE PRESIDENT OF THE UNITED STATES
U.S. DEPARTMENT OF THE INTERIOR
MARCH 3, 1849