ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

Michael Robertson
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3835
Michael.Robertson@usdoj.gov

*Attorneys for the United States*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC Preservation League, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-00477 |

**THIRD SUPPLEMENTAL DECLARATION OF JESSICA BOWRON, COMPTROLLER OF THE NATIONAL PARK SERVICE,**
**EXERCISING THE DELEGATED AUTHORITY OF THE DIRECTOR OF THE NATIONAL PARK SERVICE**

I, Jessica Bowron, declare as follows:

1. I am the Comptroller for the National Park Service ("NPS") and am exercising the delegated authority of the Director of the NPS pursuant to a January 20, 2025, delegation of that authority from the Acting Secretary of the Interior, and subsequent extensions of

that authority by the Secretary of the Interior. I have been employed by NPS since 2007 and have served as NPS Comptroller since 2017.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. This declaration supplements and updates my March 6, 2026, April 30, 2026, and October 6, 2026, declarations filed in this matter. As explained in my previous declarations, in my current position I oversee the management and operation of all units within the National Park System nationwide, as well as all NPS programs, NPS directorates, and NPS regional offices.

4. As explained in my previous declarations, on December 30, 2025, the Department of the Interior ("Department") terminated National Links Trust's ("NLT") lease for all three NPS administered golf courses in the District of Columbia: East Potomac Golf Course, Rock Creek Golf Course and Langston Golf Course. Since that time, NLT, through its management company, Troon Golf, LLC, had continued to operate all three NPS golf courses in the District of Columbia on a temporary "holdover" basis.

5. Since the termination, the Department and NLT have engaged in discussions regarding a path forward for rehabilitation and management of the courses. It is my understanding that these discussions involved NLT managing and renovating the Rock Creek Golf Course and Langston Golf Course under a new lease, with the NPS retaining responsibility for renovating the East Potomac Golf Course.

6. On October 28, 2026, after conclusion of negotiations with NLT, the NPS entered into a new lease with NLT ("Lease"). Under that agreement, NLT was granted a long-term lease covering Langston and Rock Creek Golf Courses and requiring that those two courses be

rehabilitated within a set timeframe. My understanding is that NLT has decided to immediately focus on the rehabilitation of Rock Creek Golf Course, as it is a shovel ready project, to be commenced within 90 days. Further, as it will no longer operate in a holdover status, NLT will cease operations at East Potomac Golf Course on or before November 15, 2026.

7. Over the past several years, NPS has sought to address the deteriorating condition of the East Potomac Seawall. A 2023 Cultural Landscape Inventory ("2023 CLI") assessed the failing condition of the seawall. A copy of the 2023 CLI is attached as Exhibit A. The CLI explained that "the deterioration of the seawall has also impacted circulation features (the perimeter promenade), hindered recreational activities (strolling, sightseeing, fishing) along the shoreline, and has led to a decline in vegetation and the erosion of soils." 2023 CLI at 13.

8. As explained in the 2023 CLI, the East Potomac seawalls were constructed in the 1890s by the U.S. Army Corps of Engineers as part of the land reclamation project that created East and West Potomac Parks. 2023 CLI at 52. Concrete walkways and railings were constructed along the East Potomac Park shoreline from 1930 to 1931. *Id.* at 56.

9. In the years since their construction, the East Potomac seawalls have significantly settled and been compromised, leading to overtopping of the seawalls twice daily during normal tidal conditions (roughly every 11 hours), with more extreme overtopping occurring multiple times each year. Due to poor drainage the water does not timely recede with the tide. Larger areas are overtopped after extreme weather events, threatening historic resources and park infrastructure. Large sections of the sidewalk adjacent to the seawall are underwater twice daily.

10. The below photograph taken by NPS staff depicts typical flooding along the Potomac River on May 7, 2021.



11. The below photograph taken by NPS staff on September 15, 2026 depicts typical, twice daily, flooding along the Washington Channel adjacent to the Buckeye Drive intersection.



12. The photograph below, taken by NPS staff from the I-395 Bridge on September 15, 2026 depicts typical twice daily flooding, along the Washington Channel.



13. The mortar between the blocks of stone masonry of the seawall has significantly eroded over time, and water seeps through these open joints during the normal ebb and flow of the river. When water returns through the open joints, it carries fill material back to the river. Over time, this has led to a significant loss of material and a collapse of the integrity of the seawall and adjacent sidewalk and causing large voids in the sidewalk and adjacent grass area.

14. Over several years, NPS has noted the failing of the seawall and its increasingly hazardous condition. A 2011 Phased Rehabilitation Plan for East Potomac Park, West Potomac Park and the Tidal Basin is attached as Exhibit B. An August 27, 2019, Project Scoping Assessment Report for the East Potomac Park Seawall is attached as Exhibit C. On July 29, 2026, NPS performed a condition assessment that documented more than 80

additional holes and depressions posing significant hazards to park visitors and identifies areas that were fenced for visitor safety.. The July 29, 2026, East Potomac Park Seawall Promenade Condition Survey is attached as Exhibit D.

15. On August 25, 2026, the NPS conducted another site visit to the East Potomac seawall. The photograph below, taken by NPS staff on August 25, 2026, depicts hazardous conditions caused by the settling and erosion of soils.



16. The photographs below further depicts the hazardous effects of large-scale erosion, wherein pieces of the sidewalk have fallen into the river, as well as debris from the frequent overtopping.





17. Additionally, the flooding is causing significant damage to the trees along the seawall. The 2023 CLI specifically explained that "the trees between the seawall and Ohio Drive SW along the Potomac River and at Hains Point, are in decline due to decreased soil health and structure caused by erosion associated with tidal flooding." 2023 CLI at 98.

18. Based on these facts, and subject to all requisite compliance and documentation, I plan to close East Potomac Park south of Buckeye Drive, including East Potomac Golf Course, effective November 15, 2026.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 28, 2026.

JESSICA BOWRON

Digitally signed by JESSICA BOWRON
Date: 2026.10.28 19:53:13 -04'00'

Jessica Bowron