# EXHIBIT A

# National Park Service
# Cultural Landscapes Inventory
# 2023



*East Potomac Golf Club East Potomac Park, Washington, DC, aerial view from above Hains Point looking north toward the Mall (s.n. 1935).*

**East Potomac Park**

**National Mall & Memorial Parks**

## Table of Contents

Introduction ........ 6

Cultural Landscapes in the Cultural Resources Inventory System: ........ 6

General Information ........ 8

Cultural Landscape Inventory Name ........ 8

Cultural Landscape Inventory Number ........ 8

Parent Cultural Landscape Inventory Name ........ 8

Parent Cultural Landscape Inventory Number ........ 8

Park Name ........ 8

Park Alpha Code ........ 8

Park Org Code ........ 8

Property Level ........ 8

Landscape/Component Landscape Description ........ 8

Landscape Hierarchy Description ........ 14

Landscape Type ........ 14

Site Plan ........ 15

Other Names ........ 18

Concurrence Information ........ 19

Park Superintendent Concurrence ........ 19

Park Superintendent Concurrence Date ........ 19

HPO Concurrence ........ 20

HPO Concurrence Date ........ 20

Completion Status Explanatory Narrative ........ 21

Geographic Information ........ 22

Area (Acres) ........ 22

Land Tract Number(s) ........ 22

Boundary Description ........ 22

Latitude/Longitude ........ 22

Regional Landscape Contexts and Narratives ........ 23

Location Map Graphic Information ........ 29

State and County ........ 29

Management Information ........ 30

Management Category ........ 30

Management Category Date ........ 30

Management Category Explanatory Narrative ........ 30

Management Agreements ........ 30

Legal Interests ........ 30

Adjacent Lands Information ........ 31

........ 32

Uses Information ........ 32

Functions and Uses ........ 32

Public Access ........ 34

Associated Ethnographic Groups ........ 35

National Register Information ........ 37

Documentation Status ........ 37

Documentation Narrative Description ........ 37

Concurrence Eligibility ........ 40

National Register Significance Level ........ 40

National Register Significance - Contributing/Individual ........ 40

National Register Classification ........ 40

Statement of Significance ........ 40

National Register Significance Criteria ........ 47

National Register Criteria Considerations ........ 47

National Register Periods of Significance (with Historic Context Themes) ........ 47

National Register Areas of Significance ... 48
National Historic Landmark ... 49
World Heritage Site ... 49
National Natural Landscape ... 49
NRIS Information (with Other Certifications) ... 49
State Register Documentation ... 49
Chronology & Physical History ... 50
Chronology ... 50
Physical History ... 62
Analysis & Evaluation ... 95
Analysis and Evaluation Summary ... 95
Landscape Characteristics and Features ... 105
Natural Systems and Features ... 105
Spatial Organization ... 108
Land Use ... 116
Topography ... 131
Vegetation ... 137
Circulation ... 162
Buildings and Structures ... 185
Views and Vistas ... 220
Small-Scale Features ... 235
Archeological Sites ... 247
Condition Assessment ... 249
Condition ... 249
Condition Date ... 249
Narrative ... 249
Impacts ... 249

Treatment ..... 255

Stabilization Measures ..... 255

Approved Treatments ..... 256

Bibliography and Supplemental Information ..... 258

Bibliography ..... 258

Supplemental Information ..... 266

# Introduction

## Cultural Landscapes in the Cultural Resources Inventory System:

### The Cultural Landscape Inventory (CLI)

The Cultural Landscape Inventory (CLI) is a comprehensive inventory of all cultural landscapes in the National Park System. Landscapes that are listed, or eligible for listing, on the National Register of Historic Places, or are otherwise managed as cultural resources and in which the National Park Service has, or plans to acquire, legal interest are included in the inventory. The CLI identifies and documents each landscape's location, size, physical development, landscape characteristics, character-defining features, and condition. Cultural landscapes have approved CLIs when concurrence with the findings is obtained from the park superintendent and all required data fields are entered into the Cultural Resources Information System (CRIS-CL) database. In addition, for landscapes not currently listed on the National Register and/or without adequate documentation, concurrence is required from the State Historic Preservation Officer, Tribal Historic Preservation Officer, or the Keeper of the National Register.

### Scope of the CLI

The information contained within the CLI is compiled from primary and secondary sources and through on-site surveys of the landscape. The level of investigation is dependent upon scoping the need for information. The baseline information collected provides a comprehensive look at the historical development and significance of the landscape. Documentation and analysis of the existing landscape identifies character-defining characteristics and features and allows for an evaluation of the landscape's integrity and an assessment of the landscape's condition. The CLI also includes historic maps, drawings, and images; photographs of existing conditions; and a site plan that indicates major features. The CLI documents the existing condition of park landscape resources and identifies impacts, threats, and measures to stabilize condition. This information can be used to develop strategies for improved stewardship. Unlike a Cultural Landscape Report (CLR), the CLI does not provide management recommendations or treatment guidelines for the cultural landscape, but it may identify stabilization measures.

### The Cultural Resources Information System (CRIS)

CRIS is the National Park Service's database of cultural resources on its lands, consisting of archeological sites, historic structures, ethnographic resources, and cultural landscapes. Cultural Resources Inventory System (CRIS) replaces three legacy inventory systems: ASMIS (archeology), CLI (cultural landscapes), and LCS (historic structures); and it reinstates the former ERI (ethnographic resources). This Cultural Landscape Inventory document reflects the information in a corresponding CRIS Cultural Landscape record.

### Statutory and Regulatory Foundation

The legislative, regulatory, and policy directives for conducting and maintaining the CLI within CRIS are:

- National Historic Preservation Act (NHPA) of 1966 (16 USC 470h-2(a)(1)) Sec. 110
- Executive Order 13287: Preserve America, 2003. Sec. 3 (a and c)
- Secretary of the Interior's Standards and Guidelines for Federal Agency Historic Preservation Programs
- Pursuant to the National Historic Preservation Act, 1998. Std. 2
- Cultural Resource Management Guideline, 1997, Release No. 5, page 22; issued pursuant to Director's Order #28 (DO-28)

The NHPA requires the identification, evaluation, and nomination of historic properties to the National Register of Historic Places and the maintenance and expansion of an inventory of cultural resources. DO-28 requires a cyclic assessment of the current condition of cultural landscapes based on an assessment interval, with a default of six years.

### Use

Beyond fulfilling legal and policy requirements, park staff can use the Cultural Landscape Inventory in the following ways:

- To learn about park cultural landscapes (all staff)
- To inform management decisions (park managers)
- To inform project planning and development (park managers, facility managers, project managers, compliance specialists)
- To monitor the condition of the cultural landscape and take measures to protect its significance and integrity (cultural resource managers, facility managers)
- To recognize the stabilization and treatment needs of landscape features and plan work within cultural landscapes to address the needs (facility managers, cultural resource managers)
- To understand the cultural value of natural systems in a cultural landscape (natural resource managers)
- To create programming and educational materials based on site history (interpretation and education specialists)
- To recognize impacts within cultural landscapes and enforce protection measures (visitor and resources protection staff)

# General Information

| | |
|---|---|
| ***Cultural Landscape Inventory Name*** | ***East Potomac Park*** |
| ***Cultural Landscape Inventory Number*** | ***600105*** |
| ***Parent Cultural Landscape Inventory Name*** | ***East Potomac Park*** |
| ***Parent Cultural Landscape Inventory Number*** | ***600105*** |
| ***Park Name*** | ***National Mall & Memorial Parks*** |
| ***Park Alpha Code*** | ***NAMA*** |
| ***Park Org Code*** | ***3494*** |
| ***Property Level*** | ***Cultural Landscape*** |

***Landscape/Component Landscape Description***

East Potomac Park, known also as Reservation 333 and consisting of approximately 329 acres, comprises much of the constructed island that extends southerly into the Potomac River from the southeast side of the Tidal Basin to the Potomac's confluence with the Anacostia River (Fig 1). The island is the intervening constructed landmass that separates the Potomac River from the Washington Channel, a navigable watercourse that provided access to wharves south of the Capitol in the nineteenth century. Some documents refer to the landmass as a peninsula; however, it is, in fact, a landform surrounded by water (Potomac River, Washington Channel, and the Tidal Basin) and is connected to the mainland by two principal structures, namely the Tidal Basin Inlet Bridge and the Tidal Basin Outlet Bridge, as well as several highway and rail bridges.

The East Potomac Park landform is the result of numerous land reclamation projects overseen by the US Army Corps of Engineers between the 1870s and 1912. The mechanical deposition of solids dredged from the Potomac River—completed to improve navigability of the Potomac River and its channels and to improve sanitation in the area—are complemented by miles of stacked-stone seawalls that resulted in the formation of some 730 acres of land that would become East and West Potomac Parks.

With the passage of Senate Bill 3307 on March 3, 1897, the "entire area known as the Potomac Flats, and now being reclaimed, together with the tidal reservoirs be, and the same are hereby, made and declared a public park, under the name of the Potomac Park, and to be forever held and used as a park for the recreation and pleasure of the people" (Senate Bill 3307 1897). In 1909, the section of Potomac Park west of the railroad embankment that traversed the reclaimed

landform was transferred from the jurisdiction of the US Army Corps of Engineers to the Office of Public Buildings and Grounds, eventually becoming known as West Potomac Park and the Tidal Basin. On August 24, 1912, the constructed landform east of the embankment was transferred to the Office of Public Buildings and Grounds for development. This area would become East Potomac Park (Fig 2). For over one hundred years, the area that is now East Potomac Park has evolved into a maintained and carefully managed setting for recreation.

SIGNIFICANCE SUMMARY

East Potomac Park was listed in the National Register of Historic Places on November 30, 1973 (revised November 11, 2001) as part of the East and West Potomac Parks Historic District. The (revised) National Register nomination form establishes the years 1882 to 1997 as the period of significance for the Historic District. East Potomac Park, like its counterpart to the west, is a contributing feature of the L'Enfant Plan of the City of Washington, DC National Register listing, which was prepared in 1994.

East Potomac Park is a human-made island sculpted from river silt that was dredged from the Potomac River and deposited over a period of almost three decades during the course of several projects overseen by the US Army Corps of Engineers. Originally part of the larger Potomac Parks, East Potomac Park was formally established as a public park in 1897 when Congress authorized the land "to be forever held and used as a park for the recreation and pleasure of the people" (NPS 2001, 3). More than a decade before the process of reclamation was considered complete, the Senate Park Commission (McMillan Commission) recognized in 1902 the potential of the burgeoning landscape. The Commission acknowledged that its river-bottom scenery, shaded by trees yet open to breezes, would provide the perfect contrast and complement to the formal and elaborate landscape that was being developed nearby as the National Mall. Inherent in the McMillan Commission's recommendations was the continuation of the 1791 L'Enfant Plan, which promoted artistically designed public green spaces near the buildings that housed the executive and legislative branches of federal government. The landscape creation of East Potomac Park was officially completed and transferred to the Office of Public Buildings and Grounds for development in 1912, the same year that hundreds of flowering cherry trees donated to the

District of Columbia by the Mayor of the City of Tokyo were planted in both East and West Potomac Parks. Four years later, an ambitious development plan proposed an eclectic mix of active and passive recreational assets that would be unparalleled in the District of Columbia (Fig 3–Fig 5). Towards the end of the 1960s, in response to the growing purview of the NPS National Capital Region (NCR), a Modernist headquarters and landscape was constructed in the park as part of the NPS Mission 66 initiative.

The buildings in East Potomac Park reflect the administrative functions and recreational uses that have existed in the park for over a century. Several buildings of note, significant for their architecture, were constructed during the period of significance, including the US Engineers' Storehouse, the East Potomac Park Field House, and the NPS NCR and USPP Headquarters buildings.

The US Engineers' Storehouse, located near the head of the Washington Channel, was built in East Potomac Park in 1913. The Mediterranean Revival style building was designed by the architectural firm of Wood, Dunn and Deming and serves as one of the final commissions of this firm. The building, along with others that no longer exist, served the US Army Corps of Engineers until the mid-1930s, and was an important initiation point for their early land reclamation efforts (NPS 2001, 62–63).

The East Potomac Park Field House north and south wings were designed in 1917 by Horace Whittier Peaslee, Architect for the Office of Public Buildings and Grounds. The central portion of the Field House, which would connect the two L-shaped wings, was not built. Stone carver and artist John Joseph Earley developed the patented decorative exposed aggregate concrete finish employed at the Field House.

The NCR Headquarters and the USPP Headquarters Buildings were both designed by William M. Haussmann, Chief of the National Capital Office of Design and Construction. Designed and built between 1962 and 1969 as part of the Mission 66 initiative, the complex embodies the "Park Service Modern" design principles. The L-shaped building uses a structural steel frame and

aluminum window frames and entrance canopies, Vermont marble, Indiana limestone, and beige brick facings. The building complex integrates indoor and outdoor spaces in the Modernist manner through the use of stone paving in the lobby and the entrance aprons and the north terrace features a landscaped pool with fountains.

East Potomac Park is also significant for its landscape architecture. A decade before reclamation of the land that would become East Potomac Park was complete, the design and use of the park's landscape was the subject of attention of one of the nation's preeminent landscape architects, namely Frederick Law Olmsted, Jr. His interest and involvement in the park's design started with his role on the Senate Park Commission (1901–1902) and continued with his activities on the Commission of Fine Arts (CFA) (1910–1918), which oversees design projects within Washington, DC.

Upon completion of the reclamation of land and transfer to the Office of Public Buildings and Grounds in 1912, attentions turned to improving and developing the site as a public park. The perimeter road was installed, fine grading was accomplished, and drainage was improved. Hence, in 1916, a comprehensive plan for the development of East Potomac Park was submitted by the Secretary of War to the House of Representatives. The plan, presented by Chief of Engineers Colonel William W. Harts, was developed in cooperation with the CFA and prepared "with great care" by "an experienced landscape designer well versed in the handling and treatment of similar large projects elsewhere" (Harts 1916, 12). The landscape architect was James G. Langdon, a landscape architect who worked for Frederick Olmsted, Jr. and was subsequently hired as the Commission of Fine Art's first draftsman (Levee 2013, 42). Harts' report, after describing current trends in public recreation facilities in city planning, detailed a general outline of features including a massive stadium, baseball diamonds, wading and swimming pools and a playground in a grove of trees, bathhouses, a boathouse and harbor, a field house, a canal that traversed the island, tennis courts, a golf course, bridle paths, and "eight miles of artificial walks with shelters and seats commanding the best views [that] will lead to the main attractions of the park and to the many natural vistas and landscapes" (Harts 1916,15).

The East Potomac Park cultural landscape is also significant for its recreational facilities. Serving as both a playground for the residents of the District of Columbia and as a draw for visitors to the Nation's Capital, the park has provided a wealth of opportunities for active and passive recreation. The road that encircles the park—now known as Ohio Drive SW—was formerly known as the "Speedway" as it was used during a period when Americans were discovering the joys of recreational driving (Scott 1987, 5; NPS 2001, 47). Also called the "Breezeway," the road facilitated the movement of people into and around the park during the summer months as residents flocked to the island for the breezes that came off the river (NPS 2001, 47). The perimeter walk served as a feature for passive recreation as people visited the park for strolling, sightseeing, watching the Presidents Cup Regatta and aerial stunts, and for fishing. In terms of active recreation, the East Potomac Park Golf Course was established in 1917 and expanded to three separate courses by the 1940s. Tennis courts and a municipal pool were installed in the 1930s thanks to initiatives by the Civilian Conservation Corps (CCC) and the Works Progress Administration, respectively. The automobile tourist camp present in the north part of the park from 1923 to 1962 also served as a major recreational feature that facilitated visitation to the Nation's Capital.

East Potomac Park is significant for ethnic heritage because of its role in the Civil Rights movement. In 1921, African Americans won the right to play golf at East Potomac Park for half a day each week. In 1941, three African American golfers, in an act of civil disobedience, attempted to play on the East Potomac Park Golf Course. Because the course was federally operated, these activities prompted Secretary of the Interior Harold Ickes to prohibit racial segregation at all recreational facilities managed by the NPS.

The proposed period of significance for this cultural landscape begins in 1882 with the official Congressional authorization and initial appropriation of funds for reclamation of the Potomac Flats. The proposed period of significance ends in 1969 with the substantial completion of the NCR and USPP Headquarters and its associated campus. The East Potomac Park CLI is significant under Criterion A in the areas of City Planning, Community Planning, Engineering,

Entertainment/Recreation, and Ethnic Heritage, and under Criterion C in the areas of Architecture, Landscape Architecture, and Transportation.

ANALYSIS AND EVALUATION SUMMARY AND CONDITION

This cultural landscape inventory determines that East Potomac Park retains integrity from its period of significance (1882–1969). Many of the park's features associated with land use, topography, vegetation, spatial organization, circulation, views and vistas, and buildings and structures from the period of significance are retained.

Of the seven aspects defined by the National Register of Historic Places, East Potomac Park demonstrates integrity in location, setting, design, materials, feeling, association, and workmanship. The location of East Potomac Park—stretching between the Potomac River and the Washington Channel and lying to the east of the railroad embankment and West Potomac Park—has not changed since the period of significance. Likewise, the park's setting within this riverine environment on the periphery of the Washington, DC historic core has not been substantially altered. The designed features of the park, although somewhat altered over time, are generally intact. These include the 227-acre, centrally located East Potomac Golf Course, numerous active recreation fields to the north, the layout and materials of circulation systems, the park's patterns of vegetation, its historic buildings, and the Mission 66 era NCR and USPP Headquarters. The materials associated with the period of significance—again, some of which have been altered or need maintenance and/or repair—are generally present. East Potomac Park retains the feeling and association developed during the period of significance.

The East Potomac Park parent cultural landscape has been determined to be in Fair condition. This determination is attributed, primarily, because the seawall that retains the constructed island is in a deteriorated condition. Although the poor condition of that feature is not, in itself, a determining factor in the overall condition of the park, the deterioration of the seawall has also impacted circulation features (the perimeter promenade), hindered recreational activities (strolling, sightseeing, fishing) along the shoreline, and has led to a decline in vegetation and the erosion of soils.

### *Landscape Hierarchy Description*

East Potomac Park is the parent cultural landscape to two component / child cultural landscapes. The component landscapes are the East Potomac Golf Course (975994) and the NCR Headquarters Campus (976125). A CLI was completed for the East Potomac Golf Course in 2017; however, a CLI for the NCR Headquarters Campus had not been completed at the time of this inventory.




*Fig 1. Diagram depicting two component cultural landscapes in East Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

### *Landscape Type*

Historic Designed Landscape

### *Site Plan*




*Fig 2. Site Plan depicting major features in the East Potomac Park cultural landscape (SmithGroup, RHI, and Gray & Pape 2022).*




*Fig 3. Enlarged partial site plan (1 of 3) of north part of East Potomac Park depicting locations and status of contributing and noncontributing resources (SmithGroup, RHI, and Gray & Pape 2022).*




*Fig 4. Enlarged partial site plan (2 of 3) of central part of East Potomac Park depicting locations and status of contributing and noncontributing resources (SmithGroup, RHI, and Gray & Pape 2022).*




*Fig 5. Enlarged partial site plan (3 of 3) of south part of East Potomac Park depicting locations and status of contributing and noncontributing resources (SmithGroup, RHI, and Gray & Pape 2022).*

### *Other Names*

| Name | Type |
| --- | --- |
| Reservation 333 | Both Current and Historic |
| Potomac Flats | Historic |
| Harbor Flats | Historic |
| Potomac Park[s] | Historic |
| Hains Point | Both Current and Historic |
| East Potomac Park | Both Current and Historic |

# Concurrence Information

***Park Superintendent Concurrence***

United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:
1.B. (NCR-RESS)

September 16, 2023

Memorandum:

To: Cultural Landscapes Inventory Coordinator, National Capital Region

From: Superintendent, National Mall and Memorial Parks

Subject: Statement of Concurrence, East Potomac Park

I, Jeffrey Reinbold, Superintendent of National Mall and Memorial Parks, concur with the findings of the East Potomac Park Cultural Landscapes Inventory, including the following specific components:

| | |
|---|---|
| PERIOD OF SIGNIFICANCE: | The East Potomac Park cultural landscape retains integrity to the following period of significance: 1882-1969 |
| INTEGRITY: | The landscape displays the seven aspects of integrity (location, setting, design, materials, workmanship, feeling, and association) as defined by the National Register of Historic Places |
| MANAGEMENT CATEGORY: | Must be Preserved and Maintained |
| CONDITION ASSESSMENT: | Fair |

The Cultural Landscapes Inventory for East Potomac Park is hereby approved and accepted.

JEFFREY REINBOLD Digitally signed by JEFFREY REINBOLD Date: 2023.09.16 09:47:26 -04'00'

Superintendent, National Mall and Memorial Parks

9/16/23

Date

INTERIOR REGION 1 • NORTH ATLANTIC-APPALACHIAN
CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, KENTUCKY, MAINE, MARYLAND, MASSACHUSETTS, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, PENNSYLVANIA, RHODE ISLAND, VERMONT, VIRGINIA, WEST VIRGINIA

***Park Superintendent Concurrence Date***

09/16/2023

***HPO Concurrence***

**Statement of Concurrence**
**East Potomac Park Cultural Landscapes Inventory**

The preparation of this Cultural Landscapes Inventory for East Potomac Park is part of the National Park Service's efforts to update cultural resource inventories, as required by Section 110 (a) (1) of the National Historic Preservation Act.

- The D.C. Historic Preservation Office (DC HPO) concurs with the findings of the East Potomac Park Cultural Landscapes Inventory. The D.C. HPO further concurs that the cultural landscape resources of East Potomac Park, as enumerated, retain integrity to the site's period of significance (1882-1969) and contribute to its historic character.

David Maloney
District of Columbia Historic Preservation Officer

8/7/2023
Date

Please email signed PDF copy to Cortney Gjesfjeld, National Capital Region Cultural Landscapes Inventory Coordinator at cortney_c_gjesfjeld@nps.gov.

***HPO Concurrence Date***

8/07/2023

***Completion Status Explanatory Narrative***

This Cultural Landscape Inventory for East Potomac Park was written by Matthew Traucht, Alexander Bailor, and Rachel Schneider of Rhodeside & Harwell, Inc. and by Katie Watts, Kerry González, Carrie Albee, and Christopher Polglase of Gray & Pape, Inc. Editorial contributions were provided by James Shepherd and Merrill St. Leger Demian of the SmithGroup and by Mary Zimmerman of Rhodeside & Harwell, Inc. The graphics for this Cultural Landscape Inventory were prepared by Yuran Shen of the SmithGroup. The overall study was directed by Mr. Shepherd and Susan Pommerer of the SmithGroup. The fieldwork was conducted by Mr. Traucht, Mr. Bailor, and Josh Penn of Rhodeside & Harwell, Inc. and by Seth VanDam of Gray & Pape, Inc. Research and fieldwork for this Cultural Landscape Inventory started in 2021 and extended through the COVID-19 Pandemic. Due to restrictions in travel (both in the field and to local repositories) and the closure of federal research repositories, all of the research was limited to site visits and to digital resources available online or provided by the NPS. Consequently, this Cultural Landscape Inventory reflects what could be deduced from records available to the research team under conditions through January 2022.

Access to NPS documents, guidance, and editorial comments were provided by: Cortney Cain Gjesfjeld, Cultural Landscapes Inventory Coordinator, National Capital Region, NPS; Catherine Dewey, Former Chief, Resource Management and Acting Chief, Professional Services, National Mall and Memorial Parks; Caridad de la Vega, Cultural Resources Program Manager, National Mall and Memorial Parks, NPS; and Julie McGilvray, Preservation Services Program Manager and Regional Historical Landscape Architect, National Capital Region, NPS. Geospatial data collection and mapping assistance was provided by Madeline Laub, Cultural Resource Data Manager, National Capital Region, NPS.

This CLI will be considered “Complete” once it has received park and District of Columbia Historic Preservation Office concurrence.

# Geographic Information

***Area (Acres)***

328.99

***Land Tract Number(s)***

Reservation 333-001

***Boundary Description***

The cultural landscape boundary of East Potomac Park comprises the entirety of the constructed island that extends southeasterly into the Potomac River from the railroad embankment. The railroad embankment carries railroad tracks westerly to the Potomac Railroad Bridge (Long Bridge) that traverses the Potomac River from Washington, DC, to Virginia and easterly to a bridge that carries the railroad across the Washington Channel. The railroad embankment, which falls within East Potomac Park, serves as the dividing line between East and West Potomac Parks. The constructed island divides the Virginia (main) channel of the Potomac River from the Washington Channel.

***Latitude/Longitude***

| Geometry | Latitude | Longitude | GeoDatum | Elevation (Meters) | Position Source | Position Accuracy |
|---|---|---|---|---|---|---|
| *Point 1*<br>*Most Westerly* | 38.8769481 | -77.03643720 | 1983 NAD | | GIS | 1 m |
| *Point 2*<br>*Most Northerly* | 38.8822677 | -77.03253644 | 1983 NAD | | GIS | 1 m |
| *Point 3* | 38.8807011 | -77.03164910 | 1983 NAD | | GIS | 1 m |
| *Point 4* | 38.8764679 | -77.02605098 | 1983 NAD | | GIS | 1 m |

| | | | | | | |
|---|---|---|---|---|---|---|
| *Point 5* | 38.8737126 | -77.02389856 | 1983 NAD | | GIS | 1 m |
| *Point 6 Most Easterly* | 38.8689904 | -77.02217646 | 1983 NAD | | GIS | 1 m |
| *Point 7 Most Southernly* | 38.8567776 | -77.02204743 | 1983 NAD | | GIS | 1 m |
| *Point 8* | 38.8712332 | -77.03065630 | 1983 NAD | | GIS | 1 m |

### *Regional Landscape Contexts and Narratives*

*Physiographic*

East Potomac Park falls along the transition zone from the Piedmont province to the Coastal plain province. The Piedmont province consists of crystalline metamorphic rocks that weather at the surface to a reddish-colored sticky clay. The Coastal plain province comprises poorly consolidated gravel, sand, silt, clay, and marl deposited by the Atlantic Ocean (US Geological Survey 1999). The CLI boundary falls almost entirely within former marshland, which was reclaimed by filling with material dredged from the Potomac River. Hence, the lands within the park are overwhelmingly "made land." However, during a period during the last ice age and into the period after the ice age, the terraces along the Potomac River were exposed by a lower sea level, allowing occupation by Native American inhabitants of the region.

East Potomac Park occupies constructed land, consisting of dredge from the Potomac River mechanically deposited between 1882 and 1915. The US Department of Agriculture classifies the soil within the CLI boundary as primarily loamy soils consisting of Melvin silt loam (36 percent of the overall soil composition, generally situated around the perimeter of the golf course) and Lindside loam (25 percent of the island's cover, concentrated mainly along the central axis of the island in the golf course). Udorthent soil is present at the outer edges of the island. Approximately nine percent of the island is classified as urban land with impervious surfaces

(Soil Survey Staff 2019). East Potomac Park is in the USDA plant hardiness zone 7b (5 to 10 °F/-15 to -12.2 °C).

The morphological aspects of the East Potomac Park landform are a character-defining feature of the cultural landscape. In plan, the island has a triangular shape, narrowing from its widest dimension at the northern part of the park to a rounded point at its southern end (Fig 26). The eastern shoreline of the island bends to follow the alignment of the Washington Channel, and the Southwest Waterfront beyond, while the western side of the island is much straighter, responding to the character of the Potomac River. The profile of the eastern side of the constructed island was developed in the 1880s with the specification that the newly built landform would lie at sufficient distance from the opposite side of the Washington Channel to ensure navigability. Thus, the eastern side was constructed at a 900-foot offset from the opposite side of the channel. Similarly, as shown in Figure 9, the western side of the island was formed in relation to the navigable Virginia Channel in the Potomac River. The shape of the island comes to a rounded point at the confluence of the Washington Channel and the Potomac and Anacostia Rivers, which establishes a unique promontory to view these waterbodies and local landmarks.

*Cultural*

East Potomac Park is in Washington, DC, on an island of made land bounded by the Potomac River on the west and the Washington Channel on the east. To the north, the Potomac Railroad Bridge (the Long Bridge) serves as the dividing line between East and West Potomac Parks (Fig 6). Land reclamation efforts that commenced in the 1880s resulted in the construction of some 395 contiguous acres of new land. Although some of that reclaimed land is now part of West Potomac Park, much of it (approximately 329 acres) comprises East Potomac Park. Prior to the land reclamation, much of the area was tidal marshes and riverine terraces. The Potomac Flats, though they would have been perceived as unusable during the nineteenth century, likely had been a terrestrial floodplain and terrace for millennia during and after the last ice age (Kreisa et al. 2019). With lower water levels during that earlier period, these floodplains and terraces would have provided a natural environment for some of North America's early inhabitants.

According to Dent (1995, 132–133), during the Paleoindian Period, areas along the Potomac River would have provided the much-needed resources to support the early inhabitants of the region. These early settlements, specifically in the Chesapeake Bay region, were typically situated where a diversity of resources was available and consisted of larger settlements or were smaller, more specialized camps that focused on specific tasks (Dent 1995, 137–138).

By the Contact period and likely prior to, East Potomac Park was entirely submerged. The nearby shorelines of the Potomac River and its tributary, Tiber Creek, were inhabited by Native American settlements, making the shallow waterway, now East Potomac Park, a prime area for fishing and exploitation of other natural resources like waterfowl and marshland plants.

By the nineteenth century, small communities of freed blacks also worked the deeper waters of the Potomac much like commercial fishermen, but the area was otherwise minimally utilized. A transformation of this landscape was initiated in the decades after the Civil War, and continues today. In 1880, US Civil Engineer S. T. Abert specified that dredged material would be deposited in one of two locations: The "Potomac Flats" (West Potomac Park) was identified as "any locality below the city… sufficiently removed from the channel and otherwise suitable for dumping, which the bidder might be able to find" (Abert 1882) while "Harbor Flats" (East Potomac Park) was the area south of the railroad bridge between the main channel of the Potomac River and the Washington Channel (Chapell 1973, 22).

On August 2, 1882, Congress initiated the reclamation of these shallow waters, to be undertaken in three stages that commenced with 135 acres in what would become West Potomac Park, 277 acres in the vicinity of the Tidal Basin and, lastly, some 329 acres in what would become East Potomac Park (Chapell 1973, 33).

The development of Potomac Park was the focus of an entire chapter of the comprehensive and forward-looking document titled "The Improvement of the Park System of the District of Columbia" (commonly called The McMillan Plan or the McMillan Report) published in 1902. Addressing the reclaimed land along the Potomac River, a process that was still underway and

far from complete, the Senate Park Commission referenced the formal appearance of the shoreline, "emphasized by rows of poplar and willow trees, planted to bind the earth together" (Moore 1902, 118).

Embankments in East Potomac Park, constructed from dredge material extracted from the Washington Channel, were installed in 1910-1911, raising the overall grade of the park to fourteen feet above mean low tide in the center of the island and eleven feet above low tide at the seawall (Chapell 1973, 93). With the completion of that work, Lieutenant Colonel W. C. Langfitt, head of the Engineer Office, declared that reclamation of the area that would become East Potomac Park was substantially complete. On August 24, 1912, Langfitt transferred the land to the Office of Public Buildings and Grounds for development.

In 1912, near the head of the Washington Channel and south of the railroad embankment, the US Engineers' Storehouse was constructed in 1913. Positioned on two acres, this landscape was modified with the planting of trees and grass in 1913. While the majority of the park, primarily the southern section, was reserved for recreational facilities and uses, the northern end was organized for the use of administrative facilities including a wharf to be used by the Army Corps of Engineers.

By 1916, Colonel William W. Harts, Officer-in-Charge of the OPBG, presented a more formal and detailed development plan for East Potomac Park to Congress. The plan, drawn by landscape architect James G. Langdon under the guidance of the CFA and Frederick Law Olmsted, Jr., refined and built upon the study developed ten years previous by Colonel Theo. A Bingham. Numerous ballfields were planned for the northern part of the park just south of the railroad embankment. The central hundred acres of the park were reserved for golf courses (an eighteen-hole and a nine-hole course) with a field house designed by Horace Whittier Peaslee in 1917.

Improvements for the golf course began in 1917 but were stalled due to World War I. Because of the US involvement in the war effort, construction of the first nine holes was not finalized until

1920. Between 1918 and 1920, additional buildings were added to the park with two wings of the Field House (East Potomac Park Field House) being constructed to accommodate golfers.

During the war a total of forty-one buildings were constructed to house troops on the park's west side (sometimes referred to as the Virginia Channel), with an additional fifty-seven buildings erected on the Washington Channel side to house clerks assigned to the War Department. While many of these buildings were demolished by 1921 a few were kept and used for storage by the War Department and the General Supply Committee of the Treasury Department.

By 1927, the former six-acre tourist camp at the northern end of East Potomac Park grew to cover approximately sixty acres and included numerous sites for tent camping, twenty cabins and cottages, a laundry, bathhouses, a community building, and a playground. This would become the site for the NCR and USPP Headquarters Buildings in 1962, with the Modernist, Mission 66 administrative campus completed by 1969.

In the 1930s additional construction included a miniature golf course (the first built by NPS on federal land), and a swimming pool near the Field House. Other recreational facilities were added to East Potomac Park in the mid-twentieth century including tennis courts, a tennis bubble, comfort stations, and other small-scale features like benches and informational signs along the perimeter walks topping the seawalls. The Teahouse, built at Hains Point in 1925 and operated continuously for various functions throughout much of the twentieth century, was demolished in 1987 after a large flood in 1985 left it in disrepair.

During the 1990s, two buildings were constructed on the park, the East Potomac Driving Range building and the Administrative Building at the tennis facility. Since that time, the landscape has remained relatively unaltered with the exception of the construction of the USPP Central District Station which began in 2017 (completed in 2020) and the demolition of the East Potomac Park swimming pool in 2018.

*Political*

Washington, DC, formally the District of Columbia, is the capital city of the United States and was founded on July 9, 1790. With the passage of the District of Columbia Organic Act of 1801, the territory was organized under the control of the federal government. In 2020, Washington, DC had a population of 689,545 (US Census 2020). The entirety of the CLI boundary is federally controlled and managed by the NPS.

### Location Map Graphic Information




*Fig 6. Location map showing East Potomac Park in relationship to West Potomac Park and the Washington, DC monumental core (SmithGroup, RHI, and Gray & Pape 2022).*

### State and County

*State (Required)*

District of Columbia

*County (Required)*

Washington

# Management Information

***Management Category***

Must be Preserved and Maintained

***Management Category Date***

09/16/2023

***Management Category Explanatory Narrative***

Preservation of the cultural landscape inventory unit was specifically legislated. East Potomac Park was designated (as part of the larger Potomac Parks, as it was then known) by the 54th Congress on March 3, 1897, to be a "park for the recreation and pleasure of the people" (NPS 2001, 3).

***Management Agreements***

| Management Agreement | Other Management Agreement | Management Agreement Expiration Date | Management Agreement Explanatory Narrative |
|---|---|---|---|
| Concession Contract/Permit | N/A | 2070 | National Links Trust and NPS signed a fifty-year lease on October 5, 2020 to operate the East Potomac Park Golf Course. |
| Concession Contract/Permit | N/A | Unknown | East Potomac Tennis Center is operated by Guest Services, Inc., a Concessionaire under contract with the U.S. Government and administered by the NPS. |

***Legal Interests***

| Legal Interest Type | Fee Simple Reservation Expiration Date | Other Organization/Agency | Legal Interest Narrative |
|---|---|---|---|
| Fee Simple | | | NPS has full legal interest in the inventory property unit. |

***Adjacent Lands Information***

Yes – Adjacent lands do contribute.

*Narrative*

Adjacent lands are lands located outside of the boundaries of the park.

As an island, the Washington Channel on its east side and the Potomac River along the park's west side (sometimes referred to as the Virginia Channel) contribute to the historic character of East Potomac Park. While these water bodies are not managed by the NPS, they are significant to the cultural landscape as part of its physical and visual setting. Also, because fishing is a major recreational activity at East Potomac Park, the water quality of the Potomac River and the Washington Channel is of critical importance to the cultural landscape.

In 1935, in accordance with the River and Harbors Committee Document No. 22, 74th Congress, the operations and maintenance of the Potomac River navigation channels was to be overseen by the US Army Corps of Engineers. The dimensions of the channels, which include the Washington Channel and the Virginia Channel, were to be maintained at 200 feet wide and twenty feet deep. According to documentation uncovered during research for this CLI, the last time the US Army Corps of Engineers dredged the Washington Harbor was in 1985, with some 25,000 cubic yards of material removed. In 2021, Congress approved a measure to de-authorize the width of the channel from 200 feet wide to one hundred feet wide to accommodate future business development (US Army Corps of Engineers 2017).

In the northeast portion of East Potomac Park, the Dwight D. Eisenhower Southwest Freeway / I-395 and the Francis Case Memorial Bridge that carries the freeway over the Washington Channel are both contributing adjacent lands, dating to the period of 1959 to 1962.

The Potomac Railroad Bridge (the Long Bridge) and the railroad embankment serve as the boundary between East and West Potomac Parks (Fig 7). The bridge was constructed in 1901 by the US Army Corps of Engineers and completed in 1904. The two-track steel truss bridge with

stone abutments was originally built as a full truss (NPS 2001, 46). Later a series of steel plate girders replaced the trusses in all but the central span. It is still used to carry rail traffic over the Potomac River today. In addition to CSX Transportation freight trains, the bridge is also used by Amtrak and the Virginia Railway Express (VRE). Because the bridge is only two tracks, substantial delays occur on a regular basis. Routine maintenance and repairs have occurred over time, but because the two tracks are so close together, maintenance requires both tracks to be closed during the repairs (NPS 2001, 46).



*Fig 7. Photo looking northwest along Ohio Drive SW depicting Potomac Railroad Bridge as it crosses the Potomac River and enters East Potomac Park (Matthew Traucht 2021).*

# Uses Information

***Functions and Uses***

| Major Category | Category | Use/Function | Historic Use | Current Use | Primary Use |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Government | Government Office | Government Office - Other | Yes | Yes | No |
| Government | Government Office | Maintenance Facility | Yes | Yes | No |
| Government | Government Office | Comfort Station | Yes | Yes | No |
| Recreation/Culture | Sports Facility | Tennis Court | Yes | Yes | No |
| Recreation/Culture | Outdoor Recreation | Sports/Athletic Field | Yes | Yes | No |
| Recreation/Culture | Outdoor Recreation | Campground/Picnic Area | Yes | Yes | No |
| Recreation/Culture | Outdoor Recreation | Golf Course | Yes | Yes | No |
| Recreation/Culture | Outdoor Recreation | Playground | Yes | Yes | No |
| Agriculture/ Subsistence | Agriculture/ Subsistence | | Yes | Yes | No |
| Defense | Defense - Other | | Yes | No | No |
| Landscape | Leisure – Passive (Park) | | Yes | Yes | Yes |
| Landscape | Functional Landscape | Vehicular Circulation | Yes | Yes | No |
| Landscape | Functional Landscape | Pedestrian Circulation | Yes | Yes | No |
| Landscape | Scenic Landscape | Views | Yes | Yes | No |
| Landscape | Scenic Landscape | Vistas | Yes | Yes | No |

| | | | | | |
|---|---|---|---|---|---|
| Landscape | Scientific Landscape | Test Garden | Yes | No | No |
| Transportation | Rail-Related | RR Bridge | Yes | Yes | No |
| Transportation | Water-Related | Boat Launching Area | Yes | Yes | No |
| Transportation | Road-Related | Automobile | Yes | Yes | No |
| Transportation | Road-Related | NPS Class I Principal Road | Yes | Yes | No |
| Transportation | Road-Related | Parking Area | Yes | Yes | No |
| Transportation | Pedestrian-Related | Horse/Bridle Trail | Yes | No | No |

***Public Access***

Unrestricted

*Public Access Narrative*

East Potomac Park is open to the public 365 days per year. Ohio Drive SW, which encircles the island, is often closed from dusk to dawn from a point on the east side of the island just south of the East Potomac Park Golf Course access road to the intersection of Ohio Drive SW and Buckeye Drive SW on the west side of the park. Ohio Drive SW is sometimes closed during inclement weather when flooding is possible or has occurred. Certain events, such as the annual Cherry Blossom Festival may also cause intermittent closing of the road. The East Potomac Tennis Center and the East Potomac Park Golf Course operate on posted schedules, which vary depending on the season and day of the week. These facilities are closed during certain holidays. East Potomac Park is accessed via vehicle using Ohio Drive SW from both sides of the island, or by accessing

the park from the I-395 exits. Pedestrians and bicyclists can access the park via Ohio Drive SW on both sides of the island or from the pedestrian walks that enter the park from the I-395 northbound side. The Wharf Jitney provides seasonal access from the District Wharf on the opposite side of the Washington Channel to the East Potomac Park Day Dock.

***Associated Ethnographic Groups***

*Ethnographic Study Status*

Yes – Unrestricted Information

*Ethnographic Narrative*

Subsistence fishing has been documented as a cultural tradition in East and West Potomac Parks. Both African American and Piscataway fishermen and fisherwomen have used river resources in the Washington, DC, area for centuries, and have long-standing, continuous relationships with the Potomac and Anacostia Rivers and their tributaries (Fiske et al. 2020, 320–322). In 2020, an Ethnographic Resources Study entitled “Subsistence Fishing on the Potomac and Anacostia Rivers” was prepared under a cooperative agreement between the University of Maryland, Department of Anthropology, and the NPS, NCR, Cultural Anthropology Program in conjunction with the Chesapeake Watershed Cooperative Ecosystem Studies Unit. The study identified Hains Point (though was likely referring to East Potomac Park generally rather than the Hains Point part of the park specifically) as the “crown jewel of fishing sites for local fishermen” (Fiske et al. 2020, 320). Through data collected from twenty-seven individuals interviewed in East and West Potomac Parks, the report details the significance of the park for African Americans, documenting oral histories that touched on both the importance of the site for fishing and fond memories of families going to the park in the 1950s because it was not segregated. Of the twenty-seven interviews conducted, 85 percent of the fishers were male, the average age was 48 years old, and the surveyed demographic was 70 percent African American and 15 percent Asian. Subsistence fishing not only provides a source of food for the fishermen, fisherwomen, and their family, friends, and extended network, it also continues a tradition that spans many generations and can serve as a family bonding activity (Fiske et al. 2020, 320–322).

In addition to the previously mentioned ethnographic study, East Potomac Park is also associated with African American history and culture with respect to civil rights in the 1940s and 1950s. In 1941, African American golfers, under scrutiny and threat to personal well-being, played on the East Potomac Park Golf Course. This led to the Secretary of the Interior issuing an order that stated that all golf courses in Washington, DC, were open to any player regardless of race.

Ethnographic Groups

| Ethnographic Group | Type |
|---|---|
| African American | Both Current and Historic |

# National Register Information

***Documentation Status***

Entered – Inadequately Documented

***Documentation Narrative Description***

**National Register Explanatory Narrative**

East Potomac Park is part of the East and West Potomac Parks Historic District, which was listed in the National Register of Historic Places on November 30, 1973. The documentation associated with that nomination comprised 723.86 acres of parkland and twenty-two features, including five contributing sites, three contributing buildings, three contributing structures, nine contributing objects, and two noncontributing buildings. The nomination applied a period of significance of 1897 to present (1973) and selected the following areas of significance: Architecture, Landscape Architecture, Sculpture, and Transportation.

The NCR Office of the NPS commissioned an updated nomination in 1996 to accommodate updated documentation standards, to evaluate major national memorials and monuments less than 50 years of age, and to provide documentation of historic landscapes in the National Register historic district (East and West Potomac Parks Historic District NRHP 2001, 20). The boundaries of the historic district were not changed in the revised nomination, however, the nomination noted 730 acres of land (versus the 723.86 noted in the 1973 nomination). The revised nomination assigned to the historic district a period of significance of 1882 to 1997, which would have been "present" at the time of the documentation. The revised nomination expanded the scope to document fifty-one resources, including four contributing buildings, twelve contributing sites, eleven contributing structures, ten contributing objects, seven noncontributing buildings, four noncontributing sites, and three noncontributing objects. Of these, most are in West Potomac Park. The documented features that fall within the boundaries of East Potomac Park include the Japanese Cherry Trees (contributing site), Ohio Drive SW (contributing structure), the US Engineers' Storehouse (contributing building), the East Potomac Park Golf Course (contributing site), the East Potomac Park Field House (contributing building), the East Potomac Park Miniature Golf Course (contributing site), the East Potomac Park Swimming Pool (contributing

structure), the NPS NCR Headquarters Building and the USPP Headquarters Building (noncontributing buildings), the Tourmobile Headquarters (noncontributing building, now known as the Buckeye Building), the National Capital Parks-Central Maintenance Yard (noncontributing building, now known as the East Potomac Park Maintenance Facility), the East Potomac Park Driving Range Building (noncontributing building), the East Potomac Park Bathhouse (noncontributing building), the East Potomac Park Tennis Facility (noncontributing site), a Plaque Honoring the Placement of Cherry Trees on Hains Point 1966–68 (noncontributing object, not located during fieldwork for this CLI), and minor Recreational Facilities (noncontributing site) including a picnic shelter and playground near Hains Point and the elliptical comfort stations (of which there are three in East Potomac Park). Additionally, the revised nomination listed two contributing structures—the Potomac Railroad Bridge and the Stone Seawalls—as "Linkage Resources" that fall within the boundaries of East Potomac Park. The revised nomination selected the following areas of significance: Architecture, Art, Engineering, Entertainment/Recreation, Landscape Architecture, Other—City Planning, Other—Commemoration, Politics/Government, Social History, and Transportation. The revised nomination was accepted on September 18, 2001. The contributing East Potomac Park Swimming Pool was demolished in 2018 to make way for an updated swimming pool; however, at the time of this writing, a new pool has not been constructed.

As noted above, the period of significance for the East and West Potomac Parks Historic District, as updated in 2001, is 1882–1997. Contributing resources enumerated in West Potomac Park date from 1832–1833 (Lockkeeper's House) through 1994–1997 (Franklin D. Roosevelt Memorial), and for East Potomac Park, 1882–1890s (Stone Seawalls) to 1966–1968 (Japanese Cherry Trees). A number of resources in East Potomac Park constructed after 1968 are discussed in the nomination and ascribed a noncontributing status on the grounds that they did not possess the exceptional importance required to be eligible under Criteria Consideration G. This suggests that, while not expressly stated in the nomination, the extension of the historic district period of significance to 1997 reflects the resources in West Potomac Park. Similarly, the updated nomination cites National Register Criteria Considerations B (a building or structure removed from its original location), F (a property primarily commemorative in intent), and G (property achieving

significance within the last 50 years), all of which applied to resources in West Potomac Park and not East Potomac Park.

Both East and West Potomac Parks are listed as contributing features in the L'Enfant Plan of the City of Washington, DC, National Register nomination, which was accepted into the National Register of Historic Places on April 24, 1997, and comprises some 3,565 acres. That nomination assigns a period of significance of 1790 to 1942, with 1791–92 and 1901–02 provided as significant dates (the development of the L'Enfant plan and the McMillan Report, respectively). The end date of the period of significance (1942) was selected because the onset of World War II ushered in numerous deviations from both plans, with former open space areas being occupied by temporary buildings to support the war efforts and the initiation of rapid construction in the city to accommodate population growth and automobile use.

In 2020, a nomination form for the NPS NCR and USPP Headquarters in East Potomac Park was prepared. The nomination, still in draft form, identifies the site as comprising 14.76 acres and lists the boundaries as Ohio Drive SW on the south, Buckeye Drive SW on the east, the headquarters entrance drive on the north, and the west boundary of the parking lot extension on the west. The period of significance for that nomination is listed as 1962 to 1964 and 1969, with areas of significance being listed as Criterion A for Community Planning (park planning) and Criterion C for Architecture and Landscape Architecture. Additionally, the registration form states that the complex (the NPS NCR Headquarters, the USPP Headquarters, and the 14.76-acre site) satisfies Criterion A and Criterion C as applied to Administration Buildings outlined in the National Register Multiple Property Documentation Form "Mission 66-Era Visitor Centers, Administration Buildings, and Public Use Areas in the National Capital Region of the National Park Service," prepared for the NPS, NCR in 2020.

Based upon these previous efforts and work undertaken for this parent CLI, which has focused solely on East Potomac Park, a National Register statement of significance specific to East Potomac Park—a historically and geographically-defined area within the larger East and West Potomac Parks Historic District—has been developed and is presented below.

***Concurrence Eligibility***

Eligible—SHPO Consensus Determination

*Date*

8/07/2023

*Narrative*

The District of Columbia Historic Preservation Officer concurred with the findings of the East Potomac Park CLI on August 7, 2023.

***National Register Significance Level***

National

State

Local

***National Register Significance - Contributing/Individual***

Contributing

***National Register Classification***

District

***Statement of Significance***

East Potomac Park, a spatially and functionally distinct area within the National Register-listed East and West Potomac Parks Historic District, possesses historical significance on a national, state, and local level under Criterion A in the areas of City Planning, Community Planning, Engineering, Entertainment/Recreation, and Ethnic Heritage, and under Criterion C in the areas of Architecture, Landscape Architecture, and Transportation. The period of significance for East Potomac Park is 1882, the year that Congress authorized reclamation of the tidal flats, to 1969, the year in which the NPS NCR and USPP Headquarters campus reached substantial completion.

**National Register Criterion A** – *Associated with events that have made a significant contribution to the broad patterns of our history.*

*Area of Significance: City Planning*

The plan for the Federal City, designed by Pierre (Peter) Charles L'Enfant in 1791 and the only American example of baroque city planning, envisioned public ceremonial open spaces centered around the functions of government and proposed grand avenues oriented in radial compositions to connect—visually, spatially, and functionally—significant structures and monuments. In 1901, the Senate Park Commission (renamed the McMillan Commission in 1902) was formed to direct the future growth of the District of Columbia. Its members—made up of architects, a landscape architect, and a sculptor, who were all influential in the City Beautiful movement—sought to develop a plan for Washington, DC, that expanded upon L'Enfant's vision for a city as a work of civic art. The McMillan Report was among the first implementations of the City Beautiful movement in the US and sought to restore the vision for the Federal City set forth by the L'Enfant Plan. Although the McMillan Report was not fully implemented, the guidance provided for what would become East Potomac Park influenced its development for the next several decades, culminating in the general plan that is still largely intact today. East Potomac Park, developed with respect to the recommendations made by the McMillan Commission and promoted by the CFA, expresses the tenets of the City Beautiful movement, which prioritized Beaux-Arts and neoclassical design to manifest hierarchy, order, and monumentality in urban planning. At East Potomac Park, spatial organization, vegetation, land use, views and vistas, and circulation systems come together in a choreographed expression that combines American democratic ideals and comprehensive city planning philosophies.

*Area of Significance: Community Planning*

The area of Community Planning is illustrated in the planning, design, and construction of the NPS, NCR and USPP Headquarters campus. Comprising almost fifteen acres in the northern part of East Potomac Park, the Headquarters campus was designed and constructed as part of the NPS Mission 66 initiative. The resources managed by National Capital Parks, as it was then known, were facing intensified pressure as visitation to the nearly 800 units managed by NPS in

the area had doubled between 1940 and 1955. The diversity of these resources also grew during this time, as some natural resources were added to the mostly architectural (commemorative and interpretive) inventory, adding to the administrative burden. Mission 66 was launched in 1956 as a ten-year program to address the deterioration of NPS assets and to develop resources to accommodate increased public demand. Constructed between 1962 and 1969, the Modernist Headquarters campus housed administrative operations, the USPP, and the National Capital Office of Design and Construction. It was the largest Mission 66 project completed in the NCR, and reflected the growing purview and presence of the NPS in the Washington, DC, area.

*Area of Significance: Engineering*

Although various efforts took place prior to that time, the 1882 congressional allocation of funds for the reclamation of the Potomac Flats formally initiated a focused thirty-year effort of the US Army Corps of Engineers to reclaim and stabilize the shoals. The reclamation, originally intended to facilitate navigation of the Potomac River and improve sanitation in the District of Columbia, produced the 730 acres of new land that would become East and West Potomac Parks in the first decade of the twentieth century. To stabilize and protect the land, an approximately four-mile length of stacked stone seawalls were constructed along the perimeter of East Potomac Park in the 1880s and 1890s to contain the silty mud that was dredged from the river and deposited atop the shoals. A combination of dry-stacked masonry units and riprap, the seawalls reflect the technology of the time and broader efforts of the US Army Corps of Engineers during the late nineteenth century to enhance major waterways across the Eastern US for public benefit. Dredging operations along the Potomac River continued into the 1930s under the direction of the US Army Corps of Engineers, which in 1913 built the US Engineers' Storehouse in East Potomac Park to facilitate this oversight. The technology associated with dredging evolved during this period, moving from less efficient sequences involving clamshell diggers, barges, and tramways to more efficient hydraulic dredging methods that deposited material uniformly without the need to build temporary infrastructure. Between 1919 and 1931, the Corps of Engineers also constructed a ten-foot-wide concrete walk and pipe railing atop the East Potomac Park seawalls, transforming them from a utilitarian feature into a public amenity.

*Area of Significance: Entertainment/Recreation*

Since its founding, East Potomac Park has been planned, designed, built, and operated as a public recreational space for residents and visitors alike. The Preliminary Plan for Public Recreation Grounds at East Potomac Park, laid out by landscape architect James G. Langdon and presented to Congress in 1916, included numerous amenities for both active and passive recreational pursuits. Although the ambitious plan was not fully implemented, much of the framework it established has served to guide the park's development as a place for recreation. By 1920, East Potomac Park offered respite from the city in the form of recreational driving, golfing, horseback riding, playing sports such as tennis and baseball, picnicking, and sightseeing. The East Potomac Park Golf Course, first built in 1917, has evolved over the years but has remained one of the primary recreational features of the park. The East Potomac Miniature Golf Course, opened in 1931, was the first miniature golf course constructed by the NPS on federal land. Continuously operated since it first opened, it is among the oldest of such courses in the nation and is the only outdoor miniature golf course in the District of Columbia.

Like many public lands in the National Capital during World War I, East Potomac Park was the site of temporary worker housing administered by the War Department. These buildings continued to be used for a time after the War as part of the East Potomac Park Tourist Camp once the park returned to primarily recreational use. In the 1920s, the larger nationwide trend of automobile-based tourism was manifesting in the establishment of tourist camps at desirable locations around the country. Its proximity to the National Mall and downtown Washington, DC, made East Potomac Park an ideal location, and a tourist camp was constructed at the north end of the park, adjacent to the former war housing. The tourist camp grew from its original six acres in 1921 to more than sixty acres by the time it was removed in 1963 to make way for new construction. The camp, which included stores, bathhouses, and other amenities, provided a place for passive recreation and facilitated visitation of the Nation's Capital during a period when automobile tourism was rapidly evolving.

In 1935, funds from the Works Progress Administration were used to build a swimming pool adjacent the East Potomac Park Field House (built in 1917). The pool was operated by the District of Columbia Department of Parks and Recreation (demolished in 2018). In 1938, the CCC constructed a large complex of tennis courts in the northern part of the park. Although these were removed in the late 1950s, new courts were built near that location by 1960 and the East Potomac Park Tennis Facility bubble was added in 1974. In addition to facilities for programmed activities such as those just mentioned, East Potomac Park has been in continual use for passive recreational functions such as strolling, bird watching, picnicking, viewing local landmarks, and attending the annual Cherry Blossom Festival. The public recreational use of the park is particularly significant as population density—and with it, construction density, cost of living, and development pressure—in the area has increased. East Potomac Park remains a valuable respite and point of public access to open waterfront land and its broad vistas of the Nation's Capital, Arlington, and the Potomac River.

*Area of Significance: Ethnic Heritage*

During the first half of the twentieth century, parks and other public recreational facilities in the US were generally segregated if not completely inaccessible to non-whites. In federally owned parks, the NPS deferred to local law and custom in determining whether to provide segregated facilities. Because East Potomac Park was in Washington, DC, geographically and historically straddling the traditional South and a more socially progressive North, and the functional and symbolic seat of the federal government, the posture of the federal government at East Potomac Park was less clear-cut. It is known that the East Potomac Park Golf Course was open to African Americans on Tuesday afternoons from at least 1921 to 1924, when a course for African Americans was opened near the Lincoln Memorial. Although a modest accommodation, it was a small step towards desegregation made more powerful because of the high visibility and wide utilization of the park. When Harold L. Ickes (1874–1952) was appointed as the 32nd US Secretary of the Interior, a position he served in until 1946, he was an outspoken ally and advocate for African American civil rights who encouraged during his tenure a shift away from segregation in the National Parks Systems. After the Lincoln Memorial golf course was removed in 1939, the Langston Golf Course on the Anacostia River was opened for African Americans. However, in

1941 in response to protests, Ickes issued an order stating that all federally owned golf courses in Washington, DC—including the course at East Potomac Park—were open to any player, regardless of race. Although it would not be legally codified until 1954 when the Supreme Court ruled that segregation of the District of Columbia's schools and recreation facilities was not legal, the order issued by Ickes set forth the policy that the NPS would adhere to in Washington, DC, and at other federally owned golf courses.

**National Register Criterion C**–*Embody the distinctive characteristics of a type, period, or method of construction, or that represent the work of a master, or that possess high artistic values, or that represent a significant and distinguishable entity whose components may lack individual distinction.*

*Area of Significance: Architecture*

Several significant buildings are located within East Potomac Park. These buildings contribute to the East and West Potomac Park Historic District and illustrate significance under Criterion C. The US Engineers' Storehouse was built in 1913 to house reclamation offices relocated from West Potomac Park. The building—one of the final commissions of the noted design firm Wood, Donn and Deming and erected in the Mediterranean Renaissance Revival style— served the US Army Corps of Engineers until the mid-1930s. Since that time, the US Engineers' Storehouse has been used by the NPS for various administrative functions. The East Potomac Field House north and south wings were designed in 1917 by Horace Whittier Peaslee, Architect for the Office of Public Buildings and Grounds, whose work may be found throughout the Nation's Capital. As the central portion of Peaslee's Field House design was never executed, the wings are more often cited as examples of the work of stonemason and master craftsman John Joseph Earley. Early is best known for his creative use of color and exposed aggregate in architectural concrete, and for the "Earley Process," which became the basis for modern concrete panel construction. Earley worked throughout the region including at Meridian Hill Park, the Franciscan Monastery of the Holy Land, Dulles Airport, and the White House. Additionally, The NPS, NCR and USPP Headquarters buildings were both designed by William M. Haussmann, Chief of the National Capital Office of Design and Construction. Designed and built between 1962 and 1969 as part of the NPS Mission 66 initiative, the campus embodies the "Park Service Modern" design principles

espoused during the period and a decided departure from the traditional revival styles seen in earlier construction.

*Area of Significance: Landscape Architecture*

East Potomac Park contains landscape features designed by several master landscape architects and as such they contribute to the East and West Potomac Park Historic District, illustrating significance under Criterion C. A decade before reclamation of the land that would become East Potomac Park was complete, the design and use of the park's landscape was the subject of attention of one of the nation's preeminent landscape architects, Frederick Law Olmsted, Jr. His interest and involvement in the park's design started with his role in the Senate Park Commission (1901-1902) and continued with his activities on the CFA (1910–1918). Upon completion of the reclamation of land and transfer to the Office of Public Buildings and Grounds in 1912, attentions turned to improving and developing the site as a public park. In 1916, a comprehensive plan for the development of East Potomac Park was submitted to Congress. The plan was developed under the guidance of the CFA and prepared by James G. Langdon, a landscape architect who worked for Frederick Olmsted, Jr. and was subsequently hired as the Commission's first draftsman. The East Potomac Park Golf Course was first designed in 1917 by noted golf course architect Walter J. Travis and expanded in 1925 according to the design of architect William Flynn. Although the golf course has been modified over the years, most notably in the 1940s when Flynn recommended improvements to the Travis design and in the 1950s with modifications to parts of Flynn's original design, it still reflects the early vision of Travis and Flynn. The landscape at the NCR and USPP Headquarters campus, designed in 1964 by the NCR landscape architects C. Robert "Bob" Belden, David Turello, and LeRoy "Lee" Skillman and installed in 1966–67, complements the Modernist architectural aesthetic consistent with Mission 66 planning principals. Through the integration of site and buildings and the use of asymmetry, the designers of the NCR and USPP Headquarters were responding to—and helping to popularize—Modernist trends in landscape architecture in the region.

*Area of Significance: Transportation*

The perimeter road (named Ohio Drive SW in 1950) that encircles the island was built between 1912 and 1916, representing the first improvements in East Potomac Park. The road extended along the Washington Channel side of the island to Hains Point and then back along the Potomac River side of East Potomac Park where it entered West Potomac Park and continued along the river. Although the materials of the road have been altered over the years to accommodate increased visitation and to address modern roadway principles, the alignment of Ohio Drive SW has not changed since it was first laid out. As one of the earliest improvements in the park, the road was designed and constructed to facilitate access to recreational features.

***National Register Significance Criteria***

Criterion A: Event

Criterion C: Design/Construction

***National Register Criteria Considerations***

N/A

***National Register Periods of Significance (with Historic Context Themes)***

| Start Year/Era and End Year/Era | Historic Context Theme | Subtheme | Facet |
|---|---|---|---|
| 1882 CE–1969 CE | Creating Social Institutions and Movements | Recreation | General Recreation |
| 1882 CE–1969 CE | Expanding Science and Technology | Technology (Engineering and Invention) | Transportation |
| 1882 CE–1969 CE | Transforming the Environment | Historic Preservation | The Federal Government Enters the Movement, 1884–1949: The National Park Service and the New Deal |

| | | | |
|---|---|---|---|
| 1882 CE–1969 CE | Developing the American Economy | Transportation by Land and Air | Planned Roads, Highways and Freeways |
| 182 CE–1969 CE | Creating Social Institutions and Movements | Social and Humanitarian Movements | Civil Rights Movement |
| 1882CE–1969 CE | Expressing Cultural Values | Architecture | Period Revivals; NPS Mission 66 |
| 1882 CE–1969 CE | Expressing Cultural Values | Landscape Architecture | The City Beautiful Movement |

***National Register Areas of Significance***

| Category | Subcategory (only for Archeology and Ethnic Heritage) | Narrative |
|---|---|---|
| Architecture | | |
| Community Planning and Development | | |
| Engineering | | |
| Entertainment/Recreation | | |
| Ethnic Heritage | Black | |
| Landscape Architecture | | |
| Transportation | | |

### *National Historic Landmark*

No

### *World Heritage Site*

No

### *National Natural Landscape*

No

### *NRIS Information (with Other Certifications)*

*NRIS Name*

1) East and West Potomac Parks Historic District
2) L'Enfant Plan of Washington, DC

*NRIS ID*

1) 73000217
2) 97000332

*Primary Certification Date*

1) 11/30/1973
2) 3/12/1997

*Other Certification*

1) 9/18/01 (for revised nomination for East and West Potomac Parks Historic District)

### *State Register Documentation*

*Identification Number*

N/A

*Name*

East and West Potomac Parks Historic District

*Listed Date*

November 30, 1973

# Chronology & Physical History

***Chronology***

| Start Year | Start Era | End Year | End Era | Major Event | Major Event Description |
|---|---|---|---|---|---|
| 3000 | BCE | 1200 | BCE | Inhabited | The region around the District of Columbia was first inhabited by humans. |
| 1300 | CE | 1300 | CE | Inhabited | The Piscataway Indians settled in and around the greater Washington, DC, region. |
| 1608 | CE | 1608 | CE | Explored | Captain John Smith was the first European to navigate and map the Chesapeake Bay and many of its tributaries, including the Potomac River and its Eastern Branch (Anacostia River). |
| 1624 | CE | 1627 | CE | Platted | Captain John Smith published “The Generall Historie of Virginia, New-England, and the Summer Isles,” which chronicled his navigations and mapping of the Potomac River and its Eastern Branch (Anacostia River). |
| 1650 | CE | 1700 | CE | Settled | European settlers arrived in the area, clearing the forests for cultivation of food crops and tobacco. |
| 1790 | CE | 1790 | CE | Land Transfer | The Residence Act of 1790 was signed into law on July 16, 1790, establishing a permanent seat of the federal government at a site on the Potomac River. Jurisdiction over the reservations was given to three city commissioners appointed by President Washington. |
| 1791 | CE | 1791 | CE | Planned | Major Pierre (Peter) Charles L’Enfant was appointed by President George Washington to develop a plan for the nascent Federal City. |
| 1792 | CE | 1792 | CE | Planned | Surveyors Andrew and Benjamin Ellicott revised the L’Enfant plan based on their surveys. |
| 1802 | CE | 1802 | CE | Land Transfer | Responsibility for the city reservations was transferred from the city commissioners to the Superintendent of Public Buildings. |
| 1808 | CE | 1809 | CE | Built | Congress approved the construction of a bridge across the Potomac River (near the current location of the 14th Street Bridge). Construction started in 1808 and it opened on May 1, 1809. The bridge was |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | built on thirty-nine earthen piers in the river and was named the "Long Bridge." This bridge exacerbated the silting of the Potomac River, particularly on the existing shoals between the Washington and Virginia Channels of the river (the location of the current East Potomac Park). |
| 1815 | CE | 1815 | CE | Built | Tiber Creek, formerly known as Goose Creek, a tributary of the Potomac River, was converted into the Washington City Canal. |
| 1816 | CE | 1816 | CE | Established | The Superintendent of Public Buildings was replaced by the Commissioner of Public Buildings. |
| 1831 | CE | 1831 | CE | Damaged | Flooding destroyed part of the Potomac Railroad Bridge (Long Bridge). |
| 1835 | CE | 1835 | CE | Built | The Potomac Railroad Bridge (Long Bridge) re-opened with a new long earthen causeway across the shoals between the two channels. The causeway further exacerbated the growth of shoals in the Potomac River. |
| 1840 | CE | 1867 | CE | Damaged | Repeated floods destroyed the Potomac Railroad Bridge (Long Bridge) in 1840, 1856, 1860, 1863, 1866, and 1867. Each time, the bridge was repaired. |
| 1849 | CE | 1849 | CE | Established | The Department of the Interior was established on March 3, 1849, and oversight of the Commissioner of Public Buildings was transferred from the authority of the President to the Department of the Interior. |
| 1857 | CE | 1857 | CE | Planned | Improvement efforts began in 1857 with the publication of a report by civil engineer Alfred Landon Rives, who proposed the replacement of the Long Bridge (where the 14th Street bridges are today) and the reclamation of the mud flats along the shoals of the Washington Channel. |
| 1867 | CE | 1867 | CE | Land Transfer | The city reservations were transferred from the Department of the Interior to the Office of Public Buildings and Grounds (OPBG), newly formed under the US Army Corps of Engineers. |
| 1870 | CE | 1870 | CE | Engineered | Congress appropriated funds for improvements to the Potomac River and Major Nathaniel Michler of the US Army Corps of Engineers commenced dredging operations to clear the channels. |

| | | | | | |
|---|---|---|---|---|---|
| 1870 | CE | 1912 | CE | Built | Over a period of approximately 30 years, the Potomac River Channels were repeatedly dredged to counteract the natural silting of the channels. Much of the dredged material was dumped on the "Potomac Flats" (now West Potomac Park) and "Harbor Flats" (now East Potomac Park). |
| 1871 | CE | 1871 | CE | Land Transfer | Through an act of Congress, the Pennsylvania Railroad took control of the Potomac Railroad Bridge (Long Bridge). The railroad was required to maintain the bridge and make it available for both free public use and for railroad traffic. |
| 1882 | CE | 1882 | CE | Excavated | Reclamation of the Potomac Flats and excavation of the Tidal Basin was authorized by Congress on August 2, 1882. |
| 1882 | CE | 1890 | CE | Built | The stone seawalls in East Potomac Park were constructed from 1882 into the 1890s by the US Army Corps of Engineers as part of the land reclamation project that created the parks. |
| 1897 | CE | 1897 | CE | Established | On March 3, 1897, the United States Congress passed Senate Bill 3307 which established that the entire area formerly known as the Potomac Flats were to be made and declared a public park. |
| 1888 | CE | 1889 | CE | Built | The Tidal Reservoir Bridge was constructed by the US Army Corps of Engineers between 1888 and 1889. This bridge connected the Potomac Parks to Washington, DC. |
| 1901 | CE | 1904 | CE | Built | A new Potomac Railroad Bridge (Long Bridge) carrying only rail traffic was completed. |
| 1901 | CE | 1901 | CE | Planned | Colonel Theodore Alfred Bingham, Officer in Charge of Public Buildings and Grounds (1897–1903) presented his annual report to Congress, which included a detailed plan for the design of the Potomac Parks drawn by Fred D. Owen, Assistant Engineer. In what would become East Potomac Park, athletic fields and polo grounds were depicted, as was the perimeter road, which would be laid out much as it was drawn. |
| 1901 | CE | 1902 | CE | Planned | "The Report of the Senate Park Commission, The Improvement of the Park System of the District of Columbia" (McMillan Report) was released. The document reimagined the monumental core and |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Mall system of Washington, DC, through broad axial relationships between key monuments and civic buildings. The Plan also dictated the location of major monuments within West Potomac Park including the future Lincoln Memorial, a memorial to anchor the southern end of the Mall (the future Thomas Jefferson Memorial), and the future Reflecting Pool. Specific recreational facilities were not postulated for East Potomac Park. |
| 1903 | CE | 1903 | CE | Land Transfer | The unimproved area between the Potomac Railroad Bridge (Long Bridge), Tidal Basin, and Potomac River was transferred to the Office of Public Buildings and Grounds. This area was planned to become a propagation garden for the Potomac Parks and later became a rose garden. This garden existed until the construction of the 14th Street Bridge Complex in the late 1940s. |
| 1906 | CE | 1906 | CE | Built | A new bridge known as the “Highway Bridge” was completed on December 15th. With its approach located in West Potomac Park, this bridge carried vehicular, pedestrian, and streetcar traffic. |
| 1907 | CE | 1907 | CE | Demolished | The old Potomac Railroad Bridge (Long Bridge) was demolished leaving only the 1904 Potomac Railroad Bridge (Long Bridge) and the 1906 Highway Bridge across the Potomac in the vicinity of the Potomac Parks. |
| 1910 | CE | 1910 | CE | Established | An act of Congress established the Commission of Fine Arts. |
| 1911 | CE | 1911 | CE | Planned | A committee was formed by the Board of Trade to promote the establishment of a golf course in East Potomac Park. |
| 1912 | CE | 1912 | CE | Established | On August 24, responsibility of East Potomac Park was transferred to the Office of Public Buildings and Grounds for development of the park. The United States Engineer’s Office retained the two-acre yard, wharf, and buildings just south of the railroad embankment on the Washington Channel. |
| 1912 | CE | 1916 | CE | Built | The road around the perimeter of East Potomac Park was constructed. It was variously referred to as Riverside Drive, the “Speedway,” and the “Breezeway.” |

| | | | | | |
|---|---|---|---|---|---|
| 1912 | CE | 1912 | CE | Planted | Cherry trees (donated by the Mayor of Tokyo) were planted in West Potomac Park and East Potomac Park. |
| 1913 | CE | 1913 | CE | Planned | Colonel Spencer Cosby, Commissioner of Public Buildings and Grounds, recommended that a public golf course be built in East Potomac Park on land being used as experimental grounds for the US Department of Agriculture. |
| 1913 | CE | 1913 | CE | Built | The US Engineer's Storehouse was built in 1913, designed in the Mediterranean Revival style by Wood, Donn and Deming. |
| 1914 | CE | 1914 | CE | Established | East Potomac Park was transferred to the Chief of Engineers, United States Army, as part of the park system of the District of Columbia. |
| 1916 | CE | 1916 | CE | Established | Passage of the Organic Act of 1916 created the NPS in the Department of the Interior. |
| 1916 | CE | 1916 | CE | Planned | Colonel William W. Harts, Officer in Charge of the Office of Public Buildings and Grounds, presented a detailed plan for East Potomac Park, which formed the basis for much of the subsequent development of the park. The plan was developed by landscape architect James G. Langdon under the supervision of the CFA. |
| 1917 | CE | 1919 | CE | Built | Construction of the eighteen-hole golf course, designed by Walter Travis, took place, with the clearing of willow trees and volunteer vegetation to accommodate fairways. |
| 1917 | CE | 1920 | CE | Built | Two wings of the Field House at the golf course were built using the "Earley Process," developed by John Joseph Earley, with the intention of connecting them later with a center wing. Ultimately, the center wing was never added. |
| 1918 | CE | 1922 | CE | Built | Temporary buildings were constructed in East Potomac Park to support military operations during World War I. Forty-one frame barracks were constructed in 1918 near the railroad embankment on the Potomac River side to house detachments of Regular Army Troops. Moreover, fifty-seven barracks were constructed on the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Washington Channel side to house enlisted clerks serving the War Department. |
| 1920 | CE | 1920 | CE | Built | The first nine holes of the East Potomac Park Golf Course, referred to as the A and B courses, opened to the public on July 8, 1920. |
| 1921 | CE | 1963 | CE | Established | An automobile tourist camp opened south of the railroad embankment on the Virginia Channel side of East Potomac Park. The camp originated on a six-acre plot using former military barracks but had grown to sixty acres within five years of opening. At some point, it was formerly named the East Potomac Park Tourist Camp. |
| 1921 | CE | 1983 | CE | Established | Park Amusement Company (later, the S. G. Leoffler Operating Company) operated the management concession for the East Potomac Golf Course. |
| 1921 | CE | 1921 | CE | Established | African American golfers were granted access to the East Potomac Golf Course and permitted to play on Tuesdays from 3:00 p.m. to closing. |
| 1922 | CE | 1924 | CE | Built | A park pavilion, known as the “Teahouse” was built near the southern tip of Hains Point. The building functioned as a refreshment concession until 1962. |
| 1922 | CE | 1923 | CE | Built | Courses C and D of the East Potomac Park Golf Course were constructed and opened to the public. |
| 1924 | CE | 1924 | CE | Established | The National Capital Park Commission was created by Congress on June 6, 1924. |
| 1925 | CE | 1932 | CE | Land Transfer | The Office of Public Buildings and Grounds and the Office of the State, War and Navy Building were consolidated as the Office of Public Buildings and Public Parks of the National Capital. |
| 1925 | CE | 1925 | CE | Built | Courses E and F, designed by William Flynn and comprising nine holes to the west of the Field House, opened for play on May 23, 1925. |
| 1926 | CE | 1927 | CE | Built | Headquarters and a recreation building with restrooms, a first aid station, and offices were constructed at the tourist camp. |

| | | | | | |
|---|---|---|---|---|---|
| 1926 | CE | 1926 | CE | Land Transfer | The National Capital Park Commission was reorganized as the National Capital Park and Planning Commission, a body formally charged with implementing the McMillan Report's park projects. |
| 1926 | CE | 1981 | CE | Built | Between 1926 and 1981, except for 1941–1945, temporary facilities were erected annually at East Potomac Park for reviewing stands for the President's Cup Regatta, which took place in the Potomac River. Throughout the years, the stands were located in various places between the perimeter road and the seawall. |
| 1930 | CE | 1931 | CE | Built | Course G, the final course at East Potomac Golf Course, was constructed. |
| 1930 | CE | 1930 | CE | Established | The Shipstead-Luce Act (P.L. 71–231 & 76–248) directed the CFA to review and approve designs of private construction projects in areas of federal interest within the National Capital. The area covered by the act includes the Potomac Parks. |
| 1930 | CE | 1930 | CE | Built | A ten-foot-wide reinforced concrete walk with iron pipe railing was constructed along the Washington Channel side of the park from the US Engineer Wharf to Hains Point. |
| 1931 | CE | 1931 | CE | Built | A concrete walk and pipe railing was constructed along the Virginia Channel side of the park from Hains Point to the Tidal Reservoir Inlet Bridge in West Potomac Park. |
| 1931 | CE | 1932 | CE | Built | Two cabins, boiler facilities, and a restroom with bath and toilet facilities were constructed at the tourist camp. |
| 1931 | CE | 1931 | CE | Built | East Potomac Park Miniature Golf Course opened on May 9. The miniature golf course, built and managed by Severine G. Leoffler, Sr., featured reconstructions of local landmarks including the White House, Mount Vernon, and the US Capitol, and was the first miniature course built by NPS on Federal land. |
| 1933 | CE | 1934 | CE | Established | On June 10, 1933, the Office of Public Buildings and Public Parks of the National Capital was reorganized as the Office of National Parks, Buildings and Reservations under the Department |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | of the Interior. On March 2, 1934, it was further reorganized under the NPS and coined the National Capital Parks. |
| 1935 | CE | 1936 | CE | Built | Works Progress Administration funds were used to construct a swimming pool at the north end of the golf course near the Field House. When it opened, it was segregated, permitting only white swimmers to use the facilities. |
| 1936 | CE | 1936 | CE | Rehabilitated | Following a major flood that inundated much of the island, the Works Progress Administration (WPA) repaired damage to Riverside Drive. Unspecified improvements in the Washington Channel, also completed by the WPA, were made at this time. |
| 1938 | CE | 1942 | CE | Built | The Civilian Conservation Corps (CCC) built tennis courts and enclosed them with a chain link fence. They were located under what is now the Dwight D. Eisenhower SW Freeway, northwest of where the tennis courts are located today. |
| 1941 | CE | 1941 | CE | Built | Anti-aircraft guns were installed on a portion of the East Potomac Park Golf Course. |
| 1945 | CE | 1960 | CE | Built | In the period after World War II, the area to the north of the Field House was used as a landing strip for model airplanes. |
| 1949 | CE | 1949 | CE | Built | By 1949, parking lots were in place in East Potomac Park near the Field House and Swimming Pool, according to historic aerials. |
| 1949 | CE | 1949 | CE | Damaged | The Teahouse was partially damaged by fire. |
| 1950 | CE | 1950 | CE | Established | The perimeter road, formerly known as Riverside Drive, was renamed Ohio Drive SW. |
| 1951 | CE | 1963 | CE | Demolished | According to historic aerials, the CCC-built tennis courts were demolished between 1959 and 1966 to make way for construction of the Dwight D. Eisenhower Southwest Freeway. |
| 1952 | CE | 1952 | CE | Established | The National Capital Planning Act of 1952 restructured the National Capital Park and Planning Commission as a federal agency, referred to as the National Capital Planning Commission. |

| | | | | | |
|---|---|---|---|---|---|
| 1954 | CE | 1954 | CE | Built | Circa 1954, a Mission 66 "Type B" comfort station was constructed at Hains Point (EPP Restroom #2). |
| 1955 | CE | 1955 | CE | Built | The East Potomac Park Maintenance Facility was built circa 1955. The one-story buildings that form a U-shape are of a utilitarian design and concrete-block construction. |
| 1958 | CE | 1967 | CE | Rehabilitated | From circa 1958 to circa 1967, the East Potomac Park seawall wall was repaired and rehabilitated. |
| 1959 | CE | 1962 | CE | Built | Construction of the Washington Channel Bridge to connect the proposed Southwest Freeway with the twin bridges crossing the Potomac significantly impacted part of the northeast part of East Potomac Park and created a new vehicular connection into the park. The bridge was renamed for Senator Francis Case of South Dakota and dedicated on April 20, 1966. |
| 1960 | CE | 1960 | CE | Built | New outdoor tennis courts were built in East Potomac Park by circa 1960, southwest of the original CCC tennis courts location. |
| 1961 | CE | 1961 | CE | Established | The National Capital Parks was renamed Region VI, transforming the administration of the area's growing system from a singular "park" to a "region." |
| 1962 | CE | 1967 | CE | Established | The former "Teahouse" was repurposed to serve as an NPS visitor center. |
| 1962 | CE | 1962 | CE | Established | NPS Director Conrad L. Wirth approved geographical designations of the regions and Region VI was renamed the National Capital Region (NCR). |
| 1962 | CE | 1963 | CE | Demolished | The tourist camp was demolished. The camp was relocated to Prince William Forest Park near Quantico, Virginia. Its removal made space for the construction of the NPS National Capital Region and US Park Police (USPP) Headquarters Buildings. |
| 1962 | CE | 1969 | CE | Built | The NCR and USPP Headquarters Buildings, designed by architect and chief of the National Capital office of the NPS Branch of Design and Construction (NCDC) William M. Haussmann, were constructed by Victor R. Beauchamp |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Associates, Inc. on the site of the former tourist camp. The landscape, which drew heavily from modernist design philosophies, was developed by C. Robert "Bob" Beldon, David Turello, and LeRoy "Lee" Skillman, landscape architects for the NCR. |
| 1966 | CE | 1968 | CE | Planted | In April 1966, First Lady Claudia Alta "Lady Bird" Johnson planted a commemorative cherry tree on Hains Point, initiating the planting of 1,800 cherry trees lining both sides of Ohio Drive SW in East Potomac Park. A plaque was also placed on a stone and wood bench along Ohio Drive SW to commemorate the occasion. Neither the plaque nor bench were located during current fieldwork, so it is not clear if they are still extant. |
| 1967 | CE | 1967 | CE | Built | Playground equipment was installed at Hains Point and dedicated by First Lady Johnson. The equipment, comprising sixteen units, was the first of sixteen sets to be installed in Washington, DC, as a gift from Mrs. Gustavo Díaz Ordaz, First Lady of the United Mexican States. The playground equipment has been updated multiple times since its original installation. |
| 1969 | CE | 1972 | CE | Built | As part of Lady Bird Johnson's beautification program, donated funds were used to construct a water feature in the Potomac River off Hains Point. The jets, built into a circular ring, shot water some 150 feet into the air. In circa 1972, the fountain was removed citing maintenance issues and concerns about the water quality that was sprayed from it. |
| 1969 | CE | 1985 | CE | Established | The former Teahouse served as the Ecological Services Laboratory for the NPS National Capital Region. |
| 1971 | CE | 1980 | CE | Memorialized | Moored in the Washington Channel at the dock adjacent the Field House, the decommissioned Lightship Chesapeake (launched 1929) served as an outdoor environmental classroom operated by the NPS. In 1980, it was transferred to Baltimore. |
| 1974 | CE | 1974 | CE | Built | The East Potomac Park Tennis Facility, which included a tennis bubble, was constructed near the circa 1960 tennis courts. |
| 1978 | CE | 1978 | CE | Built | The District of Columbia Department of Parks and Recreation built the bathhouse at the East Potomac |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Park Swimming Pool with funds from the Land and Water Conservation Fund (LWCF). |
| 1979 | CE | 1979 | CE | Built | The Tourmobile Headquarters Building was constructed at 1000 Ohio Drive SW in 1979 by Jack Bays Construction Company. It is known today as the Buckeye Building and used by the Circulator bus operator and the NPS Interpretation & Education and Partnerships-Volunteer divisions. |
| 1980 | CE | 1980 | CE | Built | Circa 1980, the parking lot north of the US Engineers' Storehouse was installed. |
| 1980 | CE | 1980 | CE | Built | "The Awakening" sculpture, created by J. Seward Johnson, Jr., was installed at Hains Point. |
| 1981 | CE | 1981 | CE | Rehabilitated | The District of Columbia Department of Parks and Recreation made repairs to the East Potomac Park Swimming Pool with funds from the LWCF. |
| 1982 | CE | 1982 | CE | Established | The Development Concept Plan for East Potomac Park was approved by the National Capital Planning Commission. |
| 1983 | CE | 1983 | CE | Established | Golf Course Specialists, Inc., assumed operation of the management concession of East Potomac Park Golf Course. |
| 1985 | CE | 1988 | CE | Built | Three NPS comfort stations (1, 3, 4) were built on Hains Point between 1985 and 1988. The elliptical comfort stations are known by NPS staff as "Benjis," as they were designed by NPS architect Benjamin Biderman. |
| 1986 | CE | 1986 | CE | Established | The Commemorative Works Act (P.L. 99-652) was enacted to guide the creation of new memorials in Washington, DC. The Act was intended to protect the vision and integrity of both the L'Enfant plan and the McMillan Report. |
| 1986 | CE | 1986 | CE | Built | The National Capital Parks Resource Management Trailer was installed north of the US Engineers' Storehouse. |
| 1987 | CE | 1987 | CE | Demolished | The park pavilion known as the "Teahouse" was demolished. |
| 1988 | CE | 1994 | CE | Built | Between 1988 and 1994, three parking lots were constructed on the east side of East Potomac Park. |

| | | | | | |
|---|---|---|---|---|---|
| 1994 | CE | 1994 | CE | Demolished | The East Potomac Park Day Dock (built in the 1970s) was demolished in 1994. |
| 1994 | CE | 1995 | CE | Built | The Administrative Building at the tennis facility (1974 tennis bubble and circa-1960 tennis courts) was completed in 1995. |
| 1995 | CE | 1995 | CE | Built | The East Potomac Park Driving Range Building was designed by architectural firm Oehrlein & Associates Architects and completed in 1995. The two-story frame building has one hundred practice stalls for golfers. |
| 2003 | CE | 2003 | CE | Established | An amendment was passed to the Commemorative Works Act which created three distinct spaces within the Washington, DC, area that respectively dictate the future siting of commemorative spaces. East Potomac Park was designated as an "Area II" space. |
| 2006 | CE | 2006 | CE | Built | Existing Hains Point Playground equipment and surfacing was replaced in-kind. |
| 2008 | CE | 2008 | CE | Removed | "The Awakening" sculpture, created by J. Seward Johnson, Jr., installed at Hains Point was relocated to National Harbor. |
| 2009 | CE | 2009 | CE | Established | The Monumental Core Framework Plan was developed by the National Capital Planning Commission and the US CFA. A multi-modal transit system was proposed including greater Circulator bus service, new Metro stops, water-taxis, rental bikes, and greater pedestrian paths to create accessibility for all to the National Mall and East Potomac Park. |
| 2015 | CE | 2016 | CE | Planned | The NPS received approval from the CFA (2015) and the National Capital Planning Commission (2016) to construct a new facility for the USPP District One police station and to renovate the NCR Headquarters and USPP Headquarters. |
| 2017 | CE | 2017 | CE | Built | A new East Potomac Park Day Dock was approved by NCPC in 2017 and built shortly thereafter at the same location as the 1970s dock, near the entrance to the golf course. |
| 2017 | CE | 2020 | CE | Built | USPP Central District Station was built on a portion of the parking lot near the NCR |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Headquarters and USPP Headquarters. This relocated the USPP out of the Field House and into a purpose-built facility, leaving the north wing of the Field House empty. |
| 2018 | CE | 2023 | CE | Rehabilitated | Rehabilitation of the National Capital Area Headquarters and USPP Headquarters was completed. |
| 2018 | CE | 2018 | CE | Demolished | The East Potomac Park Swimming Pool was demolished. |
| 2020 | CE | 2020 | CE | Established | National Links Trust assumed operation of the management concession of East Potomac Golf Course. |

### *Physical History*

The following section provides information on the physical development and evolution of the site, organized by time periods.

#### PRE-CONTACT

Prior to the creation of the 395-acre landmass that resulted from placing dredge fill onto the Potomac Flats (approximately 329 acres eventually becoming East Potomac Park with the remainder lying in West Potomac Park), much of the area that would become East Potomac Park was tidal marshes and riverine terraces. The Potomac Flats, though they would have been perceived as unusable during the nineteenth century, likely had been a terrestrial floodplain and terrace for millennia during and after the last ice age (Kreisa et al. 2019). With lower water levels during that period, these floodplains and terraces would have provided a natural environment for some of North America's early inhabitants.

The Paleoindian Period (13,000–9000 BCE) is the earliest well understood era of Native American occupation of the eastern United States. According to Dent (1995, 132–133), during the Paleoindian Period areas along the Potomac River would have provided the much-needed resources to support the early inhabitants of the regions. These early settlements, specifically in the Chesapeake Bay region, were typically situated where a higher diversity of resources was

available and either consisted of larger settlements or were smaller, more specialized camps that focused on specific tasks (Dent 1995, 137–138). Archaeologically speaking, these types of sites are typically characterized by the recovery of fluted, lanceolate-shaped projectile points (Dent 1995, 124). The potential Pre-Contact occupation of the East Potomac Park likely extended until the Middle Archaic Period (6500–3000 BC), a warm humid period that resulted in a gradual rise in sea level and development of swamps. Until this time, the East Potomac Park area may have remained a floodplain terrace and continually occupied by the Paleoindian and Archaic peoples. While these terraces are now buried, in 2018 geotechnical cores were taken of some of these terraces. The analysis indicated that the former landforms that once might have been occupied by Native Americans were disturbed by channel movement and erosion, thus limiting the potential for archaeological deposits of the former marshlands (Kreisa et al. 2019).

**PRE-1870**

By the Contact period and likely prior to it, the East Potomac Park landmass was entirely submerged, however, the nearby shorelines of the Potomac River and its tributary, Tiber Creek, previously known as Goose Creek, were inhabited by Native American settlements, the shallow waters being a prime area for fishing and exploitation of natural resources like duck or duck potatoes (an edible tuber found in wetlands). Early in the infancy of the Federal City, Pierre "Peter" Charles L'Enfant planned to use Tiber Creek for commercial purposes. He then planned to widen the tributary to be used as a canal. Easy access to fresh fish and waterfowl prior to the passage of the Lacey Act in 1900, continued during the Colonial and Antebellum periods and provided another source of revenue and food for nearby plantations. Enslaved individuals on George Washington's plantation for example, harvested shad and herring as another source of income for the property (Fiske et al. 2020, 320). Additionally, small communities of freed blacks also worked the deeper waters of the Potomac much like commercial fishermen. This trend continued through the Civil War and into the Reconstruction period when the area was filled with dredge from the Potomac. In terms of archaeological potential for this period there is a low to moderate probability for finding resources associated with these activities, such as submerged fishing vessels.

The Potomac River, at the time of European settlement of the area, was a natural watercourse that drained approximately 15,000 acres across four states. The waters, in times of heavy rain events, carried with them quantities of alluvial material such as silt, sand, gravel, and organic debris. Above the fall line at Great Falls (approximately fourteen miles upstream from East Potomac Park), the river was characterized as a fast moving, narrow stream with a rock and gravel bottom that was, in places, more than eighty feet below the surface. As the river passed through Mather Gorge just downstream of Great Falls, it transitioned to a wide, slow moving tidal watercourse. From Easby's Point, just north of what would become West Potomac Park, to its mouth at the Chesapeake Bay 150 miles downstream, the river was characterized as having a shallow, muddy bottom and comprised numerous shoals, channels, and wetlands. Silt and sediment carried by the fast-moving Potomac upstream of Easby's Point would slowly settle to the bottom as the river widened, amassing into shoals (or flats). Siltation was further intensified in the Potomac just south of Georgetown at the mouth of Tiber Creek, a then idyllic tributary that drained the newly cultivated land of Prince George's and Montgomery Counties, portions of which would become the Federal City. As European settlement and agricultural activities upstream led to the clearing of forests, more and more sediment and debris entered the river, which in turn intensified the shoaling below the fall line.

As settlement of Georgetown and Alexandria occurred in the early to mid-1700s, wharves were built along the marshy margins of the Potomac and Anacostia Rivers (then known as the Eastern Branch). The Potomac was, at that time, navigated via three main channels: The Washington Channel ran along the north shore of the Potomac, stretching from the Anacostia River several miles toward Tiber Creek; the Virginia Channel (Sometimes called the "Little River") extended from Alexandria to Georgetown along the western bank of the Potomac; and the Georgetown Channel extended from the Georgetown harbor across the north edge of Mason's Island (known later as Analostan Island, today's Columbia Island) where it merged with the Virginia Channel. By the early 1800s however, siltation below Mason's Island caused the closing of the Virginia Channel above the island, resulting in the eventual abandonment of that part of the shipping route. At about the same time, siltation from Tiber Creek—intensified by the clearing of land in the creek's watershed—resulted in the closing-off of the upper reach of the Washington Channel

transforming it into a dead-end waterway, which continued to provide access to the wharves from the downstream side (Fig 8).




*Fig 8. "Chart of the head of navigation of the Potomac River shewing [sic] the route of the Alexandria Canal" (Stone et al. 1838).*

**RECLAMATION OF THE POTOMAC AND HARBOR FLATS, 1870–1912**

East Potomac Park, known also as Reservation 333 and consisting of approximately 329 acres, comprises much of the constructed island that extends southerly into the Potomac River from the southeast side of the Tidal Basin to the Potomac's confluence with the Anacostia River. The island is the intervening landmass that separates the Potomac River from the Washington Channel, a navigable watercourse that provided access to wharves south of the Capitol in the nineteenth century. The landform, initially, was the result of accumulated, morphologically dynamic sediment in the river deposited through natural processes, exacerbated by human activities in the region during the eighteenth and nineteenth century. Debris, silt, and waste entered the river from various sources and, compounded by decreased water flow caused by the construction of

the Long Bridge in 1808–1809, accumulated into what would become known collectively as the "Potomac Flats." By the 1870s, accretion of sewer solids and river-borne silt had produced mud flats that were repeatedly submerged and exposed with the daily tides, contributing to an increasingly miasmatic environment, drawing the attention of the federal government.

The dredging of the various channels of the Potomac River was a continual process in the late nineteenth century, required for navigation of the river and for removing offensive waste. At that time, dredge material was deposited haphazardly in any available location that did not interfere with navigation. In 1870, Congress appropriated funds to improve the Potomac River, which was delegated to the Army Corps of Engineers. As a site for depositing the dredge material was needed, Major Nathaniel Michler recommended that the "Potomac Flats" be used for this purpose. His suggestion went unheeded, and, for the next decade, numerous operations were undertaken along the river to improve its navigability and reduce sedimentation. In 1880, US Civil Engineer S. T. Abert specified that dredged material would be deposited in one of two locations: The "Potomac Flats" (West Potomac Park) was identified as "any locality below the city… sufficiently removed from the channel and otherwise suitable for dumping, which the bidder might be able to find" while "Harbor Flats" (East Potomac Park) was the area south of the railroad bridge between the main channel of the Potomac River and the Washington Channel (Chapell 1973, 22).

By December 1881, contractors to the Corps of Engineers National Dredging commenced operations of dredging the Washington Channel. The material would be placed on Harbor Flats in a manner that, when settled, would leave a channel width of no less than 900 feet (Fig 9). Starting at the northern (upper) limit of the channel, National Dredging utilized clamshell dredge machines, scows, and a "tramway" (railroad) to move the wet material from the channel to the flats. Within six months, some 240,111 cubic yards of dredge had been deposited, forming an ovoid landmass 700 feet wide and 1,200 feet long (Chapell 1973, 26).

On August 2, 1882, Congress initiated the reclamation of these shoals, to be undertaken in three stages that commenced with 135 acres in what would become West Potomac Park, 277 acres in

the vicinity of the Tidal Basin and, lastly, some 329 acres in what would become East Potomac Park. Abert was reassigned and Major Peter Conover Hains was assigned to oversee the reclamation project. Hains' plans divided the flats into three sections; Section I was defined as Easby's Point to the sewer ditch connecting with the old Washington City Canal, Section II beginning at the canal and extending to the Long Bridge (both Section I and II are now West Potomac Park), and Section III the reclaimed land east of Long Bridge to the confluence of the channels (now East Potomac Park) (Chapell 1973, 33).

By November 1882, Hains selected P. Sanford Ross of New Jersey from nine bids submitted for the project. Again, dredgers loaded material into scows that were then dumped into railcars that then dumped atop the flats and spread mechanically with machines and by pumps. On the landform south of Long Bridge, a single track extended the full length of the shoals and material was dumped to either side of the tracks.




*Fig 9. Map showing reclamation of Potomac River estuary at Washington D.C. to form harbor and the Potomac parks (s.n. 1880).*

Appropriations, contracts, and dredging operations continued apace in all three of the sections. By August 1884, a contract with Frank C. Somers of Philadelphia was signed for the creation of

an embankment to contain the deposited materials on the land formation adjacent the Washington Channel. The work was completed by June the following year and, to stabilize the embankment, rough quarry stone was laid by the Potomac Red Sandstone Company (Chapell 1973, 41). That same year, Major Hains improved upon Abert's plan by raising the proposed finish grade of the landmass. Recognizing that settling of the deposited dredge and drainage of the new land were becoming an issue, Hains recommended that the center of the Section III landform be raised to twelve feet above low tide and that the land would slope gradually to the edge, which would be finished at six feet above the low tide level. At the end of 1890, the Alabama Dredging and Jetty Company was awarded a contract to dredge some 500,000 cubic yards of material from the Washington Channel and deposit it to a depth of twelve feet on the southern part of Section III.

In 1889, a disastrous flood damaged the section of the Long Bridge that crossed the Washington Channel. The Long Bridge was, at that time, a combination wagon road and railroad bridge operated by the Baltimore and Potomac Railroad. The bridge was strengthened, and the US Senate opened an investigation to determine the feasibility of separating the wagon road bridge from the railroad. Colonel Hains recommended, in 1890, that the bridge be raised to a height that would permit vehicles to pass underneath and that the railroad and wagon road bridges be separated. Recognizing that, due to the reclamation of the flats, the bridge no longer required long expanses, the Baltimore and Potomac Railroad proposed an extension of the causeway (Fig 10). The project was approved by the Secretary of War in 1891 and construction of the new bridge over the Washington Channel was nearly complete by the following summer. As building commenced at the abutment for the bridge approach from the reclaimed land, rapid subsidence was noted: the new land sunk eighteen inches and the abutment shifted some four feet, which forced the Baltimore and Potomac Railroad to revise their construction plans and to remove much of the new earth that had been deposited for the approaches (Chapell 1973, 80). As engineers sought to find a solution to the problem, the Panic of 1893 resulted in an economic depression that would last several years and greatly curtail investment in railroad projects across the country.




*Fig 10. Potomac River at Washington, DC, map showing progress of work (Haines 1890).*

In 1891, Colonel Hains was transferred from his post in Washington and replaced, eventually, by Major Charles F.L.B. Davis (Chapell 1973, 55). Davis assumed direction of, among other things, construction of the seawall that would be built to confine the dredged material (Fig 11). By the end of the year, some of the Section III seawall along the Washington Channel was completed, the work being done by W.H. Mohler (Chapell 1973, 56). Davis, concerned with erosion of fill through the non-mortared cracks between the rocks of the seawall, specified that gravel be dumped behind the seawall prior to backfilling. When gravel could not be found, oyster shells were used. In November 1892, construction of the seawall on the Virginia side of Section III commenced and, by February 1894, the entire seawall around Section III was built.




*Fig 11. Potomac River at Washington, D.C., plan showing how reclaimed area may be utilized (Washington Board of Trade 1894). The map was presented by the Washington Board of Trade, noted that 621 acres had been reclaimed, and provided sections illustrating depth of dredged channels in relation to profile of new land.*

Major Davis, in July 1893, assessed that the project had advanced significantly enough that development of the park should commence. His report to Congress, however, was not heeded and funds were not appropriated. Major Davis was reassigned in 1896 and Major Charles. J. Allen was assigned to replace him. Among his first tasks was to oversee the dismantling and resetting of a 5,000-foot-long section of seawall along the Washington Channel as it did not conform to standards that had been under development. The work was completed in 1897. On March 3, 1897, with the passage of Senate Bill 3307, the "entire area known as the Potomac Flats, and now being reclaimed, together with the tidal reservoirs be, and the same are hereby, made and declared a public park, under the name of the Potomac Park, and to be forever held and used as a park for the recreation and pleasure of the people." A year later, a Federal Act passed on July 1, 1898, declared that all parks in the District of Columbia would be under the jurisdiction of the Chief Engineer, United States Army (NPS 2003).

During the period of reclamation, the reclaimed land was known collectively as Potomac Park. In 1901, Colonel Theodore Alfred Bingham, Officer in Charge of Public Buildings and Grounds (1897–1903), presented to Congress a "Study for the Embellishment and Use of Potomac Park." For land lying to the east of the railroad embankment, the plan depicted an athletic field lying

immediately adjacent the embankment and showed a road, lined on both sides with trees, extending along the full perimeter of the island (Fig 12). The proposed athletic fields were connected to courts designated for tennis and fields for football on the west side of the embankment via a centrally located underpass below the railroad tracks. At the southern end of the park, a perimeter path would provide access to the tip of the island. The central portion of the island was shown as having lily ponds, Japanese gardens, a nursery, a depot, and additional recreation fields, all accessed by an internal system of roads and paths.




*Fig 12. Study for the Embellishment and Use of Potomac Park (Bingham and Owen 1900).*

The development of Potomac Park was the focus of an entire chapter of the comprehensive and forward-looking document titled "The Improvement of the Park System of the District of Columbia" (McMillan Report) published in 1902. Addressing the reclaimed land along the Potomac River, a process that was still underway and far from complete, the Senate Park Commission referenced the formal appearance of the shoreline, "emphasized by rows of poplar and willow trees, planted to bind the earth together" (Moore, 1902, 118). From this, the character of Potomac Park was to be established as outlined by the Commission, which promoted the scenery of natural river embankments with "great, open meadows, fringed by trees along the water side and diversified by occasional outstanding masses and single trees serving to focus the

meadow area into a series of connected compositions without completely obscuring its extent" (Moore 1902, 119). The Commission recommended that the principal drive be laid out beneath tall trees that would provide shade while allowing breezes to be enjoyed and suggested that a continuous line of foliage should be planted along the Washington Channel (a recommendation that was not, apparently, heeded) (Fig 13). Overall, the Commission asserted that:

> …such an extremely simple and absolutely informal landscape for Potomac Park is due to its position next to the strongly formal and elaborate scheme of the central group, to which it would serve as a very happy foil and contrast. (Moore, 1902, 118)



*Fig 13. Senate Park Commission rendering of the plan from a point 4,000 feet above Arlington (Hoppin 1902).*

Although the McMillan Report was never fully implemented, the development plan for Potomac Park was strongly influenced by the framework established by it. Immediate planning and development of Potomac Park continued to be directed by the Chief Engineer, United States Army. In the years that followed the publication of the McMillan Report, former members of the Senate Park Commission endeavored, without pay, to engender support for their recommendations and to influence decisions being made about the design of public space in the District of Columbia's monumental core. Former members Frederick Law Olmsted, Jr., Daniel Burnham, and Charles McKim were joined by congressional librarian Bernard Green to form the Washington Consultative Board.

In 1901, Congress passed an act that led to the construction of a new bridge to replace the dilapidated Long Bridge and a Board of Officers of the Corps of Engineers was convened to select a site and oversee the development of plans and specifications. In August of 1903, the Pennsylvania Steel Company was awarded the contract to construct a new bridge for rail and vehicular traffic that would be built parallel with—but almost 1,200 feet upstream of—the older span. The abutment foundations in Potomac Park were prepared by summer 1904 and, by the end of the year, filling of the approach embankments was complete, and erection of the piers and superstructure was well underway. As work continued into the next year, the macadam pavement on the Potomac Park approach and drainage systems were installed. Construction of the approach bridge spanning the Washington Channel progressed between November 1905 and June of 1907, with work done by the Penn Bridge Company. The historic Long Bridge was closed and demolished in the fall of 1907 (Chapell 1973, 83–88). The new railroad embankment would become, informally, the dividing line between what would become a few years later East Potomac Park and West Potomac Park.

In 1908, Eliza Scidmore, author and trustee of National Geographic, and David Fairchild, US Department of Agriculture Office of Foreign Plant Introduction of the Bureau of Plant Industry, discussed the notion of using Japanese flowering cherry trees in the beautification of the newly constructed Speedway in what is today West Potomac Park. Scidmore—who had already been promoting the cherry tree to the Office of Public Buildings and Grounds—sent a letter to First Lady Helen Herron Taft, who was herself an enthusiast of Japanese culture and had been working with landscape gardener George H. Brown under Colonel Spencer Cosby, Commissioner of Public Buildings and Grounds on the improvement of Potomac Park. In the meantime, Scidmore contacted acquaintances Dr. Jokichi Takamine, a Japanese chemist, and Kokichi Mizuno, Japan's consul general, who suggested that another 2,000 trees might be donated in the name of the City of Tokyo. In August 1909, the Japanese Embassy advised the Department of State that the City of Tokyo would donate the trees, which arrived in Seattle, Washington, in December that same year and arrived in Washington, DC, a month later via temperature-controlled railcars. Upon receipt and transfer to the Department of Agriculture's

Garden Storehouse at the Washington Monument Grounds, however, agricultural inspectors, including David Fairchild, found the trees to be in unusable condition. In addition to being large trees with severely pruned roots, the shipment was infested with insects such as wood-boring lepidopterus larvae, Chinese Diaspis, and San Jose scale (Jefferson and Fusonie 1977, 10). The trees were ordered burned by Colonel Cosby who wrote to Mayor Ozaki of the City of Tokyo, including copies of the Department of Agriculture's report. According to the Historic American Landscape Survey (Pliska 2008), records indicate that 24 of the infested trees were taken to be grown and monitored by entomologists. Although the location of this monitoring was not documented, evidence suggests that they were planted in what would become East Potomac Park, which was, at that time, still undeveloped, in an area to the north of the present-day Field House used by the US Department of Agriculture as an experimental plot.

Work on the various reclamation projects associated with Potomac Park continued, overseen, mostly, by Colonel Spencer Cosby. On April 24, 1909, Colonel Cosby declared that Sections I and II (West Potomac Park and the Tidal Basin, respectively, or all the land west of the railroad embankment) were substantially complete and were transferred to the Office of Public Buildings and Grounds. Between 1909 and 1911, segments of the seawall enclosing Section III were rebuilt or repaired. In 1909, a two-acre portion of East Potomac Park lying near the head of the Washington Channel was selected to serve as the new headquarters for the US Engineer Office, which had formerly been located upstream, near Easby's Point. A wharf was constructed, and buildings were relocated from the Easby's Point location and ready for use by August 1909. The yard and dock area were improved with grass lawns and trees the following spring (Chapell records this on page 93 as "…planted in the spring of 1919…" but references a report by Capt. Warren T. Hannum published on July 20, 1910, and it is assumed that the 1919 date is a typo).

Embankments in East Potomac Park, constructed by the Atlantic, Gulf and Pacific Company from dredge material extracted from the Washington Channel, were installed in 1910–1911, raising the overall grade of the park to fourteen feet above mean low tide in the center of the island and eleven feet above low tide at the seawall (Chapell 1973, 93). With the completion of that work, Lieutenant Colonel W. C. Langfitt, head of the Engineer Office, declared that reclamation of

Section III was substantially complete. On August 24, 1912, Langfitt transferred the land to the Office of Public Buildings and Grounds for development.

In 1912, a shipment of 3,020 flowering cherry trees from Tokyo were sent to Washington and passed the inspections. Between 1913 and 1920, these trees were planted in both East and West Potomac Parks. More than half of the trees (1,800) were the Yoshino variety with eleven other varieties making up the remainder. In the research of the CLI, no documentation has been found to indicate the numbers, varieties, or exact locations of these plantings within East Potomac Park.

Between 1912 and 1916, development of East Potomac Park was advancing first with the staged construction of the perimeter road followed by grading, the seeding of lawns, and the planting of shrubs and trees. In 1913, a wild growth of scrub willow and a cultivated field were cleared and, the following year, 203 cherry trees and some 46,500 shrubs were planted in propagation beds (Chapell 1973, 113). In 1914, funding was provided by Congress for the planting of 203 Japanese cherry trees in East Potomac Park. These trees were planted along the roadway. Two years later, additional flowering cherry trees were planted in the park (Scott 1987, 5).

**THE DEVELOPMENT OF EAST POTOMAC PARK, 1912–1925**

The first improvements to East Potomac Park were concentrated on laying out the vehicular circulation system for the island. Constructed between 1912 and 1916, the siting of the road around the perimeter of the island established a spatial organization and division of space that located an active transportation zone along the border of the island with the central portion of the island reserved for development of recreational facilities.

By 1916, Colonel William W. Harts, Officer-in-Charge of the OPBG, presented a more formal and detailed development plan for East Potomac Park to Congress. The plan, drawn by landscape architect James G. Langdon under the guidance of the CFA and Frederick Law Olmsted, Jr., refined and built upon the study developed ten years previous by Colonel Bingham. Numerous ballfields were planned for the northern part of the park just south of the railroad embankment (Fig 14). The central hundred acres of the park were reserved for golf courses (an eighteen-hole

and a nine-hole course) with a field house, designed a year later by Horace Whittier Peaslee in 1917 (Fig 15). The previously mentioned US Engineer wharf and Engineers' Storehouse would remain on the western side of the island at the head of the Washington Channel.




*Fig 14. Development Plan for Public Recreation Grounds at East Potomac Park (Langdon 1916).*

Efforts to improve East Potomac Park continued apace, with some eighty-eight acres of scrub willow and other volunteer vegetation plowed under for development. The strip of land between the Washington Channel and the perimeter road was graded, improved with topsoil, and planted with perennials. In the spring of 1917, the Boy Scouts planted a "war garden" at an undocumented location in East Potomac Park. The three-acre parcel at the southern end of the island, named Hains Point in 1917, was graded and seeded in 1917–1918. At this time, development efforts were halted due to the onset of World War I and all cleared land in East Potomac Park was to be used by the Boy Scouts for vegetable gardening (Chapell 1973, 116). During the war a total of forty-one buildings were constructed to house troops on the Virginia Channel side of the park with an additional fifty-seven buildings erected on the Washington Channel side to house clerks assigned to the War Department. While many of these buildings

were demolished by 1921 a few were kept and used for storage by the War Department and the General Supply Committee of the Treasury Department.

Improvements for the golf course began in 1917 but were stalled due to World War I and construction of the first nine holes was not finalized until 1920. Between 1918 and 1920, two wings of a field house (East Potomac Park Field House) were constructed to accommodate golfers. The field house was designed by Horace W. Peaslee of the OPBG as a single structure with three components: the two L-shaped wings of the field house would serve as changing rooms with lockers for men and women while a central portion would link the two wings. The central portion was never built. The building was treated with an architectural concrete finish with exposed aggregate developed and patented by local artist and architect John Joseph Earley. Peaslee and Earley would collaborate later on the design for Meridian Hill Park in Washington, DC, completed in 1936, and employed a similar exposed aggregate concrete. The field house was constructed of a combination of precast elements and architectural concrete applied in the field. Peaslee's Neoclassical design for the field house included large porticos that featured precast Corinthian columns, capitals, cornice, and balustrade.




*Fig 15. 1917 plan for the "Potomac Park Field House." Title of sheet reads "Designed in the Office of Public Buildings & Grounds under the direction of Col. Wm. W. Harts, USA, by Horace W. Peaslee, Architect" (eTIC 805/126926).*

Adjacent the Field House, a landing was built for a ferry operated by the US Army, which traveled between East Potomac Park and a government wharf on the opposite side of the Washington Channel. The ferry, named "Bartholdi," operated at East Potomac Park between 1919 and 1921 (Chapell 1973, 117). To accommodate small boats from the US Naval Air Station at Anacostia, a wharf on the Washington Channel side at Hains Point was constructed in 1918.

In 1919 and 1920, Hains Point was again the focus of improvements. In addition to grading and seeding, the road was extended and a concrete walk with a pipe railing was built along the perimeter of the island at the point. Toilets and drinking fountains were installed. In 1920, the local chapter of the Girl Scouts began to operate a refreshment stand concession at Hains Point. Between 1923 and 1924, a new building and comfort station, known as the Teahouse (sometimes documented as the "Tea House"), was built to serve refreshments to the growing population of motorists that were beginning to access East Potomac Park (Fig 16). The structure was built by

the Office of Public Buildings and Grounds with funds appropriated by Congress. The Girl Scouts used this building through 1925, when it was transferred to the Welfare and Recreation Association of Public Buildings and Grounds, the predecessor of Government Services Incorporated, now known as Guest Services Incorporated (NPS 2001, 79).




*Fig 16. 1926 View of Girl Scout teahouse, East Potomac Park, Washington, District of Columbia, DC (HABS 1933). Looking north showing the manicured lawn, orthogonal walks, and foundation plantings near the building.*

Just south of the railroad embankment on the western side of the island where the former barracks were demolished, a six-acre tourist camp was built in 1921. One of the World War I barracks was preserved and rehabilitated as a toilet and bathhouse facility for the camp. A division of space was created to keep the golf course and tourist camp separate by the planting of a hedge line between the two activity areas (Fig 17). The War Department buildings on the Washington Channel side of the island were retained and continued to be used by the Federal government (Chapell 1973, 118). Research conducted for this CLI did not reveal when these buildings were removed but a review of historic images shows that they were present in 1935 and removed by 1949 (Nationwide Environmental Title Research, LLC [NETR] 1949). By 1923, an

equestrian recreational ground, including a horse stable, was established near the tourist camp and some 109 poplar trees were planted to screen the railroad embankment (Chapell 1973, 119). At some point in time, the camp became known as the East Potomac Park Tourist Camp, although documentation has not been found to determine when this name was formalized.



*Fig 17. Auto Tourist Camp (s.n. 1923). Image shows tent camping area with buildings beyond. Note the railroad embankment and Washington Monument in the distance.*

**EAST POTOMAC PARK AND THE PUBLIC BUILDINGS AND PUBLIC PARKS OF THE NATIONAL CAPITAL, 1925–1933**

In 1925, the Office of Public Buildings and Grounds and the office of the Superintendent of the State, War and Navy Building were consolidated into an organization called the Office of Public Buildings and Public Parks of the National Capital (NPS 2003). This move demonstrated the need for comprehensive planning, care, and development of Washington, DC's parks and recreational spaces. A year later, the National Capital Park Commission (authorized by Congress in 1924) was renamed the National Capital Park and Planning Commission (NCPC). Enabled by Congress, the

NCPC was responsible for the coordinated development of Washington, DC, and the associated areas in Maryland and Virginia. The Office of Public Buildings and Public Parks of the National Capital and the NCPC both studied the L'Enfant Plan and the McMillan Report in the development of the regional park system.

Beginning in 1926, hydroplane races were held on the Potomac River in yearly events known as the President's Cup Regatta. Temporary spectator viewing areas were erected annually along the western seawall of East Potomac Park and at Hains Point, as well as on the Virginia side of the Potomac River in the area between Washington National Airport and the 14th Street Bridges (Fig 18). In 1934, the President's Cup Regatta Association was incorporated and was "likened to the Cherry Blossom Festival, the Halloween Parade, and the Fourth of July celebration by the Greater National Capital Committee of the Washington Board of Trade" (Chapman, ed. 1934, 93). Although the races, held usually in September, were halted during World War I, they resumed in 1946. The event attracted thousands of spectators, including President Harry S. Truman, who attended the races in 1946, 1947, 1949, and 1951 (Dimond n.d.).



*Fig 18. Regatta. President's Cup. Washington Region (Horydczak 1934). Note the viewing stands along the western shoreline of East Potomac Park.*

By 1927, the former six-acre tourist camp located in East Potomac Park had grown to encompass approximately sixty acres and included numerous sites for tent camping, twenty cabins and cottages, a laundry, bathhouses, a community building, and a playground. Although this area was never planned to be a permanent campground, the network of roads and buildings ensured that this location would serve as a camping area for the foreseeable future (NPS 2001, 96–97). The rectilinear site, conforming to the northwest-southeast trajectory of the perimeter road, abutted the railroad embankment to its north and was divided into blocks by several orthogonal roads, which were accessed via a main roadway that paralleled the railroad.

In 1930, a nine-hole course was added to the existing links and was located on the eastern side of the existing golf course. The new section extended along the east side of the tourist camp with four holes to the south of the Field House and five to the north. In 1931, a miniature golf course was built to the north of the Field House. Lit for nighttime entertainment, the miniature golf

course included stone features, bi-level holes, and miniature reproductions of local landmarks including the White House, Mount Vernon, and the US Capitol Building (NPS 2017, 54).

**EAST POTOMAC PARK AND THE NATIONAL PARK SERVICE, 1933–2021**

In 1933, the Office of Public Buildings and Public Parks of the National Capital was reorganized by Executive Order to become part of the newly created National Parks, Buildings and Reservations, Department of the Interior. Although still united, the Buildings Division and the Parks Division were separated (NPS 2003). A year later, the name was changed to National Park Service (NPS) and the Parks Division became known as National Capital Parks (NCP). The NCP would be responsible for the design of park resources, the maintenance and protection of park property and visitors, administration and operation of recreational facilities, and coordination with NCPC on the planning and development of Washington, DC's parks and parkways (NPS 2003).

In 1933, the CCC was established as part of the Emergency Works Program and began working on projects in Washington, DC, that same year, under the supervision of the Regional Park Service office in Richmond, Virginia. In 1939, the supervisory organization was revised so that the National Capital Parks could directly oversee the work of the CCC in the National Capital area. Between 1938 and 1942 workers from the CCC installed tennis courts and ballfields to the east of the tourist camp (Davidson et al. n.d.). The tennis courts followed the alignment of the railroad embankment rather than the existing grid pattern that was defined by the island's perimeter road. Workers for the CCC also laid drainage tile in the East Potomac Park Golf Course, improved greens and tees, and planted 36 cedar trees in pairs 200 feet from the tees to mark a well-hit shot (NPS 2017, 56) (Fig 19).



*Fig 19. East Potomac Golf Club East Potomac Park, Washington, DC, aerial view from above Hains Point looking north toward the Mall (s.n. 1935). Note locations of tourist camp near the top of the image and the Teahouse at Hains Point near the bottom of the image.*

By 1936, a swimming pool was built just to the west of the Field House. It was one of six pools approved by Congress in 1929 and the largest of the swimming pools in the District of Columbia, costing $131,440 to construct (NPS 2019a, 23) (Fig 20 and Fig 21). This new construction required a slight modification to one of the golf courses and transformed the spatial organization of the setting around the Field House. The Olympic-sized pool (164 feet x 65 feet) was built with Public Works Administration funds and was located on a flat parcel of land west of the two Field House wings (NPS 2001, 52–53). Both wings were renovated to accommodate dressing rooms for pool users. The area between the two wings, which would be used for sunbathing, was planted with turfgrass, and shaded by six American sycamore trees, distributed equally on its north and south sides.



*Fig 20. Washington, DC, Sunday swimmers at the municipal swimming pool (Collins 1942a).*

At around the same time that the swimming pool was constructed, the parking lot to the east of the Field House wings was expanded. Prior to this period, a parking lot and access drive were located between the Field House and the perimeter road, at a grade slightly lower than the Field House. The entrance drive, flanked on either side by parallel parking areas and shaded by a regular rhythm of elms terminated at a roundabout located at the west end of the entrance drive. When it was expanded to the south, most likely in anticipation of increased visitation due to the construction of the pool, its parking capacity was doubled (NPS 2017, 91).



*Fig 21. 1934 Proposed Revised Layout (Swim Pool) plan showing proposed plantings in the courtyard between the Field House wings and in the parking lot (NPS 2019a).*

In 1941, the US Army installed four anti-aircraft guns in the northeast part of the course, which obliterated the section of the golf course to the north of the Field House (NPS 2017, 61). During this same period, five temporary structures to house war workers were built on a 4.4-acre plot in East Potomac Park (Chapell 1973, 145). At the close of the war, the land was returned to the NPS and the War Department agreed to pay $37,000 for the rehabilitation of the golf course. Much of the course was rebuilt in 1945, although the area to the immediate north of the Field House would be used as a model airplane landing field until 1956 when the F course was redesigned (NPS 2017, 62).

In 1949, the Teahouse was partially damaged by fire, and, after rebuilding, it was renamed the Hains Point Inn in 1950. Between 1952 and 1959, it was operated by several different concessioners, and it was renamed the Cherry Blossom Inn. From 1962 to 1967, the Teahouse operated as an NPS visitor center.

Around 1954, a Mission 66 "Type B" comfort station was built in the southern portion of East Potomac Park north of the Teahouse. The building comprised a comfort station and a picnic shelter (Quinn Evans Architects 2019, 31–39).

Although a plan to remove the automobile tourist camp from East Potomac Park was initiated by the National Capital Parks, the CFA, and the District of Columbia Recreation Board in 1941, the entering of the US into World War II halted any discussions as attentions were redirected (Chapell 1973, 145). By 1949, an east-west trending road had been installed at the base of the railroad alignment in East Potomac Park, connecting Ohio Drive SW on both sides of the island. This road also provided access to and from the Highway Bridge approach in West Potomac Park via an underpass through the railroad embankment. A grid of roads provided for internal circulation within the tourist camp, which was divided into units that included cottages, larger buildings for common uses built around courtyards, tent camping sites, and, at the southern end of the camp, a trailer court with sufficient space for fifty-six units. A large maintenance yard had also been constructed during this period, lying to the south of the CCC tennis courts and to the east of the tourist camp. Based on an aerial photograph from 1955, it was partially constructed as two L-shaped wings forming a central courtyard (Fig 22). Presumably, construction continued shortly after this photograph was taken to enclose the entirety of the courtyard, creating the configuration that is present today and is visible in aerial images from 1963 (NETR 1963). Meanwhile, debates about the appropriateness of the camp in East Potomac Park continued until, in 1962, the camp was relocated to Prince William Forest Park some twenty-five miles south of Washington, DC (NPS 2001, 78).



*Fig 22. 1955 aerial image showing the Potomac Park Tourist Camp, CCC-built tennis courts, and the partially built maintenance yard. (AE0070D, Whetzel Aerial photograph collection, DC History Center).*

The seawall at East Potomac Park was repaired during this period, specifically in 1958 and then again in 1966. This landscape feature established the bounding framework for the park's development. In 1959, construction began on the Washington Channel Bridge to connect the proposed Southwest Freeway with the twin bridges. This bridge crossed the Potomac and destroyed part of the northeast part of East Potomac Park but created a new connection into the park, accessible by cars. The bridge was renamed for Senator Francis Case of South Dakota and dedicated on April 20, 1966. During this same period, the elevated, eight-lane Southwest Freeway (I-395) was constructed adjacent the railroad alignment, creating a more substantial physical and visual separation between East and West Potomac Parks. The building of the highway, its abutments, and its approaches resulted in the demolition of the CCC-built tennis courts between

1959 and 1966. New tennis courts were constructed at this same time where Ohio Drive SW and Buckeye Drive SW meet on the east side of the island.

The planning for construction of the NCR and USPP Headquarters buildings commenced in 1960. Although the headquarters, known at the time as the Park Operations Building, had previously been proposed for the area between the Washington Monument and the Thomas Jefferson Memorial, William M. Haussmann, chief of the National Capital office of the NPS Branch of Design and Construction, showed a plan to the CFA in 1960 that sited the headquarters on a four-acre parcel in the northwest quadrant of the golf course. The CFA members indicated that the proposed site was not appropriate as it would destroy a portion of recreational land and it was suggested then that the headquarters be moved to the north, adjacent the existing maintenance yard. In 1961, Haussmann and National Capital Park superintendent Robert C. Horne met with the CFA to review plans for a single L-shaped building that would accommodate NCP administrative offices in one wing and USPP offices in the other. Based upon discussions held during that meeting and that came thereafter, the NPS revised the design to break the massing into smaller components. By the time the CFA reviewed the plans again a month later, the two uses had been distributed to two buildings, connected by a covered walkway: the NCR Headquarters would be located in the longer of the two, which was sited in an open area of the site with views to the Potomac River, while the USPP would be housed in a smaller building located at a right angle to the longer one. Authorization to construct the headquarters was given in 1962 and demolition of the East Potomac Park Tourist Camp began that same year. Construction of buildings occurred in 1963–1964 with work done by Victor R. Beauchamp Associates. The parking lots and pedestrian circulation system were built by J.O. & C.M. Stuart, Inc., and finished by the end of 1964 (NPS 2020, 34–35).

From 1963 to 1966, the National Fisheries Center and Aquarium was proposed to be built in East Potomac Park, with sites at the northern end of the park near Ohio Drive SW and Buckeye Drive SW and at Hains Point considered. A bridge was proposed to cross the Washington Channel from the Tenth Street Mall to the facility. The facility, designed by Kevin Roche John Dinkeloo and Associates in collaboration with the Office of Charles Eames, was approved for construction,

with all working drawings—structural, mechanical, hydraulic, etc.—and other systems completed, and funds were appropriated by Congress, when President Nixon put a freeze on Federal spending. Neither the bridge nor these recreational features in East Potomac Park were built.

In 1967 a new playground, dedicated by Lady Bird Johnson, was installed at Hains Point. The equipment, comprising sixteen units, was the first of sixteen sets to be installed in Washington, DC, as a gift from Mrs. Gustavo Díaz Ordaz, First Lady of the United Mexican States. The playground equipment has been updated multiple times since then, most recently in 2006. In 1969, a water jet fountain feature was constructed in a non-navigable channel of the Potomac River approximately 200 feet off Hains Point. A gift of the Society for a More Beautiful National Capital, the floating fountain consisted of a thirty-three-foot diameter circular ring with a central jet that projected water 150 feet into the air (Fig 23). Smaller jets encircled the base of the central column of water and the entire fountain was illuminated at night with blue and yellow lights (NPS 1969). The fountain, which was not active during periods of high wind due to the then-poor water quality of the Potomac River, was permanently turned off in 1972 for “fear of cholera and other aerosol-borne diseases” (Bandler 1989, 14).



*Fig 23. Undated, unattributed photo circa 1969 of Hains Point water fountain feature (NPS n.d.).*

At around this time, a plaque was placed on a stone and wood bench along Ohio Drive SW on the western side of Hains Point, commemorating the planting of 1,800 flowering cherry trees and other trees at Hains Point in 1966–68 to honor President and Mrs. Lyndon B. Johnson (NPS 2001, 48). The plaque was not located during field investigations for this CLI.

In 1974, the East Potomac Park Tennis Facility was built, which included a covered tennis bubble to accompany the circa-1960 outdoor tennis courts. In 1978, the District of Columbia Department of Parks and Recreation built the bathhouse at the East Potomac Park Swimming Pool with funds from the Land and Water Conservation Fund (LWCF). Around the same time, the pool deck was modified, and the lighted pool bottom was replaced with a solid base (NPS 2001, 53).
The last time the President's Cup Regatta was held at East Potomac Park was in 1981. Reasons cited included dwindling attendance in recent years, unrecoverable costs to the NPS (labor, sound systems, grandstands), and the NPS's recognition that closing East Potomac Park and

charging admission denied access to an estimated 10,000–15,000 visitors a day (US Congress 1982, 902).

By 1980 a cast-aluminum sculpture called "The Awakening" was installed at Hains Point using a temporary permit. The sculpture of a bearded giant emerging from the earth was created by J. Seward Johnson, Jr. "The Awakening," reaching fifteen-feet-high and seventy-feet across, was the property of the Sculpture Foundation, a group dedicated to promoting public art (Fig 24). In 1986, Congress passed a law that required any public art, apart from commemorative art, on NPS property to be temporary in nature (Abruzzese 2007). In 2008, the sculpture was relocated to the nearby National Harbor.



*Fig 24. 1985 Aerial view of flooding on Hains Point (Library of Congress 1985). Image shows most of the island inundated by flood waters. The Teahouse and "The Awakening" are visible just above the flood waters.*

In 1985, a massive flood inundated East Potomac Park, which was the result of storm surges in the Potomac River caused by Hurricane Juan. The US Geological Survey reported that the

Potomac River reached the third-highest water level ever reported (Hirsley 1985). The Teahouse, which had housed the Ecological Services Laboratory of the National Capital Parks since 1969, was badly damaged by the flooding and was demolished in 1987.

Three Elliptical Comfort Stations were built between 1985 and 1988 in East Potomac Park. The building is of a type designed by NPS architect Benjamin Biderman (hence the nickname "Benji" for the comfort station) used first in the mid-1970s as part of bicentennial improvements to West Potomac Park (NPS 2008, 93–94).

During the 1990s two buildings were constructed in the park, the East Potomac Driving Range building and the Administrative Building at the tennis facility. Since that time, the landscape has remained relatively unaltered. Recent changes to the landscape include the aforementioned relocation of "The Awakening" statue in 2008 outside of East Potomac Park, the construction of a new USPP Central District Station that began in 2017 and was completed in 2020, and the demolition of the East Potomac Park swimming pool in 2018. Designs for a new pool and pool house were submitted to the NCPC and the CFA in 2015. The project included the modernization of the pool, the addition of a deeper diving area and diving boards, and improved new pool facilities and landscaping all within the footprint of the existing pool, Bathhouse, and entry courtyard. The proposed new pool house would provide locker rooms with showers, family changing rooms, offices, retail and food service functions, and provide spectator seating for viewing aquatic events (NCPC 2015). The future of the swimming pool and Bathhouse which was built in 1978 remain uncertain, as groundwater intrusion has thus far prevented construction of a new pool and pool house, and the current Bathhouse remains vacant (Fig 25).

Beginning in 2018, the rehabilitation of the NCR and USPP Headquarters buildings was largely completed by 2023. Temporary trailers were installed onsite during construction. New mechanical systems were added, new ramps and a new elevator in Wing D (new NAMA offices) were added to provide greater accessibility, and character-defining light fixtures and window glazing were refurbished or replaced as needed. The interior floor plan was also opened back up per the original design by Haussmann (Beyer Blinder Belle 2015, 9–12).



*Fig 25. Photo looking east toward the East Potomac Park Swimming Pool under demolition in 2021, note East Potomac Park Bathhouse in the distance on the right and the north wing of the Field House on the left (Matthew Traucht 2021).*

# Analysis & Evaluation

***Analysis and Evaluation Summary***

The following section provides an inventory of the landscape characteristics and features of the East Potomac Park parent cultural landscape and provides analysis and evaluation of the integrity of those characteristics and features. Each landscape characteristic consists of one or more features, and these features are evaluated as either *contributing* or *noncontributing* to the cultural landscape's integrity. If a feature exhibits integrity and was present during the landscape's period of significance (1882–1969), it is considered contributing. Noncontributing features are those that postdate the period of significance. These are evaluated as *compatible* if they do not compromise the integrity of the historic character of the landscape and as *incompatible* if they diminish the integrity of the landscape. Certain features may be categorized as *undetermined* if further research is needed to determine whether their date of construction falls within the period of significance. When the construction date of a feature is unknown or if it was constructed outside of the period of significance, yet it is treated as a significant feature of the cultural landscape, it is documented as *managed as a cultural resource*.

The East Potomac Park cultural landscape exhibits the following contributing landscape characteristics: natural systems and features, spatial organization, land use, topography, vegetation, circulation, buildings and structures, views and vistas, and small-scale features. These landscape characteristics were documented during field survey and through archival research to determine their relationship to the period of significance. These characteristics and features were then evaluated to determine their status as contributing or noncontributing resources with respect to the integrity of the cultural landscape as it relates to the National Register of Historic Places criteria.

**Natural Systems and Features Summary:** The major natural systems and features that contribute to the East Potomac Park historic character are hydrology and geology. As a landform constructed from material dredged from the adjacent watercourses, the existence of East Potomac Park is a direct result of the manipulation of natural systems and features. Although the Potomac River and the Washington Channel are outside of the cultural landscape boundary, it was the

improvement of these waterways for commerce that led to the reclamation of the tidal shoals and the construction of the landmass that became East Potomac Park. Dredge material extracted from these waterways was deposited atop naturally occurring silt and sediment that had accumulated in this location. Seawalls were constructed to retain the dredged material however, over the course of the last 100 years, inundation from tidal surges and storm events has damaged the seawall and contributed to soil erosion and declining plant health. The creation of the island was, in the beginning, incidental to hydrological and geological forces as the natural shoals were determined to be a convenient place to deposit dredged material. East Potomac Park exhibits the character of a constructed landform situated between the Potomac River and the Washington Channel. The cultural landscape retains integrity of natural systems and features.

**Spatial Organization Summary:** East Potomac Park is organized spatially by the morphological characteristics of the landform and by the various functions and uses within the landscape. The island is characterized as a relatively flat, landform that is widest at the northern part and tapers gradually as it extends southward towards the confluence of the Washington Channel, the Potomac River, and the Anacostia River at Hains Point. The spatial organization of the East Potomac Park landscape adheres to some of the design elements included in the 1916 Development Plan, which was created by Colonel William W. Harts, Officer-in-Charge of the Office of Public Buildings and Grounds and drawn by landscape architect James G. Langdon under the guidance of the CFA. Among these are the siting of the golf course in the central area of the park, the locating of the circulation systems on the perimeter of the island, and the use of the southern part of the island for more passive uses such as picnicking. Administrative use of the northern part of the park was established with the 1909 construction of the US Engineer wharf, which was further intensified four years later with the building of the Engineers' Storehouse. Since the 1960s, the spatial organization of the park has tended toward locating administrative features in the northern part of the park and reserving the southern part for recreation. Although the park was designated by Congress to be used for recreation, the building of administrative features in the northern part of the park was recommended by the CFA and occurred within the period of significance. Patterns of vegetation, especially the cherry trees that flank both sides of Ohio Drive SW and the groupings of trees associated with the East Potomac

Golf Course, contribute to the spatial organization of the landscape. The spatial organization of the cultural landscape retains a high degree of integrity.

**Land Use Summary:** East Potomac Park was originally designed for recreational purposes, and still maintains that purpose today, in addition to administrative and circulation land uses. The majority of East Potomac Park is made land, reclaimed from tidal flats along the Potomac River with a large-scale reclamation project that began in the 1880s. From 1962 to 1969 the NPS NCR and USPP Headquarters buildings were built in the "Park Service Modern" architectural style. Their construction demolished the East Potomac Park Tourist Camp (1963) and further concentrated the administrative functions to the northern half of East Potomac Park. Overall, the administrative, circulation, and recreational functions that were established in East Potomac Park during the period of significance have continued to this day. Although construction of the NCR and USPP Headquarters buildings, the East Potomac Park Maintenance Facility, and the approaches to I-395 all occurred during the period of significance, these have taken the place of recreational facilities, which supported the original purpose designated by Congress that the land would serve as a public park. Thus, land use has a medium degree of integrity to the historic character of the East Potomac Park cultural landscape.

**Topography Summary:** The predominant topographic character of East Potomac Park is the island's lack of relief. As a relatively flat landform, the park's relationship to its surroundings is readily apparent, views are unobstructed, and the park's sense of space is easily observed. The dredged material deposited on the natural shoals was accumulated and graded per the specifications developed by the Corps of Engineers and in place by 1910. The flat topography was moderately modified by the designers of the golf course, however the mounded bunkers, sand traps, and combination hazards were designed during the period of significance and contributed to the character of the overall golf course. In the century that has passed since the reclamation of the landform was completed, subsidence of the poorly consolidated materials has resulted in localized topographic inconsistencies, to some extent contributing to the deterioration of park resources such as the seawall, the pedestrian promenade, and some vegetation. Overall, the East Potomac Park cultural landscape retains integrity of topography to the period of significance.

**Vegetation Summary:** The character-defining vegetation of East Potomac Park comprises, for the most part, naturalistic and formal groupings of trees in specific areas of the park. Shrubs and perennial plantings are largely absent from the plant palette, and much of the ground plane is planted with turf grass that is mown. Mature willow oaks, black pines, river birch, and the occasional weeping willow serve as the perimeter plantings around much of the island. At Hains Point, the plant palette consists of mature bald cypress trees planted along the perimeter and groves of oaks and elms in the Hains Point Picnic Grounds. As it encircles the island, Ohio Drive SW is flanked on both sides by linear rows of flowering cherry trees. Many of the trees mentioned above date to the 1966–1967 planting period, although some of the mature trees along the park's shoreline are visible in aerial photographs from 1949 and 1963. Planting plans for those trees were not found during the research of this CLI. A single row of mature pin oaks in the median of Ohio Drive SW between the railroad embankment and the access road to the golf course is present. Although planting plans for these trees were not found in the research for this CLI, the trees are visible in aerial photographs from 1949 and later. Descriptions of the vegetation at the East Potomac Park Golf Course can be found in the inventory for that component cultural landscape. At the NCR Headquarters Campus, the planting palette comprises formal arrangements of trees—mostly hornbeams and lindens—in the areas immediately surrounding the NCR and USPP buildings, with more naturalistic plantings of trees and shrubs at the periphery of the campus. The formal groupings, and some of the naturalistic ones, were planted between 1963 and 1969, with some additional trees and shrubs planted at the border of the campus immediately after the end of the period of significance. Willow oaks in the islands of the parking areas to the north of the NCR and USPP buildings were planted in 1963, but some of these have been lost and replaced with zelkova. Although memorial trees are present in the campus, the planting of these occurred after the end of the period of significance. Much of the plant material at East Potomac Park has reached maturity. Some vegetation, especially the trees between the seawall and Ohio Drive SW along the Potomac River and at Hains Point, are in decline due to decreased soil health and structure caused by erosion associated with tidal flooding. Overall, the vegetation of the East Potomac Park cultural landscape retains compromised integrity from the period of significance.

**Circulation Summary:** In East Potomac Park, circulation is inseparably tied to other landscape characteristics and features such as spatial organization, views and vistas, and land use. The paved roadway, Ohio Drive SW, and the pedestrian promenade along the perimeter of the island, are predominant, organizing elements of the landscape, providing access to, and serving as, the park's recreational features. Significant views of local landmarks are achieved from these perimeter circulation features and much of the park's vegetation—consisting of allées of flowering cherry trees—are aligned to Ohio Drive SW. The park's other roadway, Buckeye Drive SW, has served since the late-1950s as an important vehicular access point to and from major highways and bridges between the District of Columbia and Virginia. Since the construction of Buckeye Drive SW, which bisects the park, the NPS has used the area to the north of the road for administrative, transportation, and recreational land uses, while the area of the park to the south of the road has remained primarily recreational in use. Internally, a straightforward system of pedestrian circulation routes provides access to East Potomac Park's primary recreational features such as the picnic grounds and playground at Hains Point or the softball fields and tennis courts in the north part of the park. The pedestrian circulation system within the East Potomac Park Golf Course is separate from that of the larger East Potomac Park cultural landscape and is related to the "progression of play" of the individual courses. The NCR Headquarters Campus also incorporates its own vehicular and pedestrian circulation systems, as these areas are less for public use. The circulation system of East Potomac Park, comprising recreational roads, parking areas, and pedestrian walks, retains a high level of integrity to the period of significance.

**Buildings and Structures Summary:** With the exception of the US Engineers' Storehouse and the Stone Seawalls, the majority of the buildings and structures in East Potomac Park post-date the creation of the landform that contains the park. These buildings and structures reflect the use of East Potomac Park for recreation and government/administrative functions for over a century. Several structures and buildings of note were constructed during the period of significance for the East Potomac Park CLI, including the East Potomac Park Field House and Golf Course as well as the NPS NCR and USPP Headquarters buildings. Although some buildings and structures

have been lost over the years, like the Teahouse, overall, the buildings and structures retain a high degree of integrity, especially on the exterior.

**Views and Vistas Summary:** Although East Potomac Park has few specific, deliberately contrived vistas, the linear, relatively open, and topographically flat character of the park as it stretches southerly into the river that surrounds it provides continuous, high-quality views that are unique to the park. A high degree of orientation is available to the visitor, who is afforded numerous views from the park to significant landmarks in Washington, DC, and Virginia. Although certain vistas toward the Washington Channel were documented in a planting plan from the 1966–1967 period, the focal points of these views were not labeled. The east side of the park provides expansive views of the Washington Channel, the Southwest Waterfront, of Fort McNair, and of the Anacostia River. The west side of the park provides views of the Washington Masonic National Memorial, Washington National Airport, the Pentagon, and the Potomac Railroad Bridge, in addition to views of the Potomac River. Looking south from Hains Point, one appreciates the vastness of the Potomac and the rolling landscape beyond, as well as the Woodrow Wilson Memorial Bridge in the distance. Looking north from Hains Point, the Lincoln Memorial and the Thomas Jefferson Memorial can be seen, framed by the edge of the East Potomac Park landmass. The Washington Monument is visible from numerous locations throughout the park, and the dome of the Thomas Jefferson Memorial can be appreciated from several vantage points as well. A view from the East Potomac Park Field House to the US Capitol Building that was extant in the 1940s is no longer available due to development on the opposite side of the Washington Channel. These views and vistas were all present during the period of significance for the East Potomac Park cultural landscape, although some, such as the Southwest Waterfront, have evolved through the years. Overall, the park retains a high degree of integrity of views and vistas.

**Small-Scale Features Summary:** There are a variety of small-scale features found within East Potomac Park such as single lamp standards as well as site furnishings such as benches, drinking fountains, trash cans, and interpretive signage. Routine maintenance and replacement or repair of these small-scale features has likely occurred in the post-historic period. Many of these are less

than fifty years of age and do not contribute to the East Potomac Park CLI. For those small-scale features that do contribute or are managed as a cultural resource, the pipe rail along the perimeter walk and the Washington Globe #16 lamp posts, a moderately high level of integrity is retained.

**INTEGRITY**

This cultural landscape inventory unit has a high degree of integrity, exhibiting all seven aspects of historic integrity as defined by the National Register of Historic Places. The design concepts for the Potomac Parks were initially developed by 1901 with drawings presented to Congress by Colonel Theodore Alfred Bingham, Officer in Charge of Public Buildings and Grounds (1897–1903). A year later, a general scheme for the development of the park was presented in "The Report of the Senate Park Commission. The Improvement of the Park System of the District of Columbia," a comprehensive planning document that guided the development of the park system of Washington, DC. In addition to prescribing that the park should be of a naturalistic design that referenced scenic river bottoms and "great, open meadows fringed by trees," the report eloquently summarized the significance of the park thus: "Not the least advantage of such an extremely simple and absolutely informal landscape for Potomac Park is due to its position next to the strongly formal and elaborate scheme of the [National Mall], to which it would serve as a very happy foil and contrast." (Moore 1902, 118)

**Location:** *Location refers to the place where a historic property was constructed or where a historic event occurred*. East Potomac Park occupies the site where it was originally constructed, and its boundaries remain the same as during the period of significance. The cultural landscape retains a high degree of integrity of location.

**Design:** *Design is the combination of elements that create the form, plan, space, structure, and style of a property.* The design of East Potomac Park comprises spatial organization, vegetation, circulation systems, buildings and structures, land use, and small-scale features. The general layout of the park, with its centrally located golf course, clustered administrative and recreational areas,

perimeter road, and plantings remain largely intact since the period of significance. East Potomac Park therefore retains a high degree of design integrity.

**Setting:** *Setting is the physical environment of a historic property or cultural landscape.* As a constructed island, East Potomac Park is surrounded by water and is visually and physically separated from the mainland to the north by the linear railroad embankment. While the land use on the opposite side of the Washington Channel has evolved over the years, its wharves and commercial character are still present today. At present, more hospitality and multifamily residential units are currently being planned and constructed in the locale. Planned expansion of the Potomac Railroad Bridge and corridor will alter, somewhat, some of East Potomac Park's features but, since the railroad predated the design of the park, this construction should be seen as compatible with the park's overall setting. Within the park, noise pollution associated with the Washington National Airport across the Potomac and with the Dwight D. Eisenhower SW Freeway / I-395 traversing the northern part of the island can be quite loud at times, however, this is not to an extent that it diminishes the overall integrity of the setting. East Potomac Park retains a high degree of integrity in setting.

**Materials:** *Materials are the physical elements that were combined during a particular period of time in an identifiable pattern or configuration.* The most common materials at East Potomac Park consist of vegetation (trees and ground cover), concrete walks and drives, and the stacked stone seawalls. Vegetation—both within and outside of the two component landscapes—remains consistent with the planting plans developed during the period of significance. Maturation of much of the plant material, combined with decreased soil productivity and structure caused by erosion associated with tidal flooding, has led to an overall decline of integrity of the vegetation. Likewise, inundation associated with tidal activity has resulted in the degradation of large sections of the stacked stone bulkhead that encloses the island. In some cases, the bulkhead has been so severely compromised that the perimeter walk that runs atop it has become hazardous and is fenced-off. Therefore, the stacked stone seawalls and the perimeter concrete walk has a low degree of integrity.

The US Engineers' Storehouse features a concrete foundation topped by a wood frame structural system with brick walls clad in pebble-dash stucco and a low hipped roof sheathed in red terracotta tile. This Mediterranean Revival style building still has these materials largely intact. The East Potomac Park Field House has two one-story, L-shaped concrete buildings with flat metal roofs and full basements. The Field House was constructed using the "Earley Process," a method of creating decorative exposed aggregate concrete. The technique was patented in 1921 by concrete sculptor John Joseph Earley. The Field House is constructed of a combination of pre-cast and field-applied concrete and these materials remain largely intact.. The NCR and USPP Headquarters Buildings were built as part of the Mission 66 NPS program with a distinctive modernist design by NPS staff and built by Victor R. Beauchamp Associates, Inc. The two-story buildings have concrete foundations topped by blond brick walls with regular fenestration and a flat metal roof. The headquarters buildings are currently undergoing rehabilitation, but if materials need to be replaced, they have been replaced in-kind. Despite maintenance and interior modifications over time, the integrity of the exterior materials remains high for many of the contributing buildings in East Potomac Park.

**Workmanship:** *Workmanship refers to the physical evidence of the crafts of a particular culture during any given historic period.* Workmanship at East Potomac Park is demonstrated primarily through the exposed aggregate concrete finishing at the Field House and in the masonry of the stacked stone bulkhead that surrounds the island. Due to degradation of the bulkhead that has resulted from years of tidal activity, the degree of integrity of workmanship of the bulkhead is low, however, carefully planned rehabilitation efforts could restore the integrity of workmanship. The Engineers' Storehouse features brick walls clad in pebble-dash stucco in a Mediterranean Revival style. The East Potomac Park Field House was constructed using the "Earley Process," a method of creating decorative exposed aggregate concrete. The technique was patented in 1921 by concrete sculptor John Joseph Earley. The NCR and USPP Headquarters Buildings were built as part of the Mission 66 NPS program with a distinctive modernist design near the culmination of Mission 66, designed to modernize the NPS and provide a centralized administrative space in East Potomac Park. Despite maintenance and repairs over time, the integrity of the workmanship remains moderate to high for many of the contributing buildings in East Potomac Park.

**Feeling:** *Feeling is a property's expression of the aesthetic or historic sense of a particular period.* East Potomac Park was authorized by Congress and designed to be a recreational park. With its centrally located golf course, clustered tennis facilities in the north, a playground located at Hains Point, and the use of Ohio Drive SW for running and bicycling, active recreation has continued to be one of the primary functions of the park. Passive recreational activities such as sightseeing, bird watching, strolling, and fishing are also commonly pursued at East Potomac Park. The insertion of the NPS NCR and USPP Headquarters at the end of the period of significance was designed, in keeping with the Mission 66 tenants of locating administrative facilities away from sensitive resources, maintained the feeling of the park. The siting of the East Potomac Park Maintenance Facility and Tourmobile Headquarters (now known as the Buckeye Building) in the 1960s and 1970s proximal to the NPS NCR and USPP Headquarters perpetuated the administrative land use of this part of the park. Overall, the East Potomac Park cultural landscape retains a high level of integrity with respect to feeling.

**Association:** *Association is the direct link between an important historic event or person and a historic property.* The association of East Potomac Park with recreational functions that attract residents of the District of Columbia and visitors to the nation's capital that was present during the period of significance remains largely intact today. The removal of the East Potomac Park Tourist Camp in the 1960s and the insertion of the NPS NCR and USPP Headquarters altered the association of the northern part of the park, however since this occurred during the period of significance, the overall association of the East Potomac Park cultural landscape retains a high degree of integrity.

**Summary:** With respect to the seven aspects of integrity detailed by the National Register of Historic Places, this cultural landscape inventory finds that East Potomac Park exhibits a high degree of integrity of location, design, setting, feeling, and association. Due to the decline and degradation of some resources, the cultural landscape exhibits diminished integrity of materials and workmanship. Overall, the integrity of East Potomac Park is moderate.

### ***Landscape Characteristics and Features***

This section presents an analysis of landscape characteristics of East Potomac Park and their associated features and corresponding Cultural Resources Inventory System—Historic Structures names and numbers, if applicable. It also includes an evaluation of whether the feature contributes to the property's National Register eligibility for the period of significance (1882–1969), contributes to the property's historic character, or if it is noncontributing, undetermined, or managed as a cultural resource. If a feature is noncontributing, it is evaluated as *compatible* (visually congruent with the historic character of the landscape) or *incompatible (*visually incongruent with the historic character of the landscape).

*Landscape Characteristic Narratives and Features*

The following section provides an inventory of the landscape characteristics and features associated with East Potomac Park. The inventory is based on field survey conducted during the spring and summer of 2021 and on available archival documentation. The following landscape characteristics and features narratives are written to describe the applicable qualities of the overall parent landscape and then further subdivided, where a further breakdown is needed, to discuss the qualities of the park's two component landscapes, the East Potomac Park Golf Course and the NCR and USPP Headquarters. The East Potomac Park Swimming Pool (now demolished) and Bathhouse building are managed by the District of Columbia Department of Parks and Recreation although they are located on NPS property. There is an executed DC/NPS MOA that allows DC to operate, maintain, and improve the pool and pool facilities. Since the pool has recently been demolished, it is discussed in the physical history. The East Potomac Park Bathhouse is still extant, and is discussed within the Buildings and Structures descriptions.

### ***Natural Systems and Features***

Natural systems and features are the natural aspects that have influenced the development and physical form of the landscape, and can include geology, geomorphology, hydrology, ecology, climate, and native vegetation.

**Historic Condition:**

Prior to the engineering efforts that resulted in the construction of the island that would become East Potomac Park, natural shoals in the Potomac River were already present in this area, exacerbated by human activities. Known as the "Potomac Flats," the muddy shoals were visible during low tide. In terms of geomorphology, shoals are natural banks of sedimentary material deposited where river currents slow, allowing the materials to collect into linear ridges. Siltation of the river, exacerbated by human activities upstream including the dumping of sewage and construction debris into the river from Tiber Creek, led to the deposition of more material in these shoals, which hindered the navigability of the Washington and Virginia Channels of the Potomac River in this area. Morphologically dynamic features composed of a poorly consolidated mix of silt, sand, gravel, sewage, and construction debris, the shoals were constantly evolving in size and shape, especially influenced by currents and weather events that would sometimes scour the shoals and at other times deposit more material. By the 1860s, saltwater grasses were present in the flats, which were described in 1870 by Major Nathaniel Michler of the Corps of Engineers. "At low water the soil is entirely uncovered, and it has become so firm as to support the weight of a man. This development, unless affected by high freshets [floods] or other strong natural causes, will continue more rapidly from year to year; the vegetable matter becoming more firmly rooted, will materially aid in checking any floating matter, and cause the material to be deposited in the river" (Chapell 1973, 15). At low tide, the higher ridges of the shoals were exposed, surrounded by lower deposits covered by one to three feet of water (Chapell 1973, 20). The reclamation of these naturally occurring shoals was necessary to both improve navigation of the Potomac's channels and to improve public health as these flats were seen as breeding grounds for disease and were often the source of foul odors.

Through the reclamation of these flats, the natural hydrologic systems of the tidal river were forever manipulated. The dredging of the river channels and the reclamation of the shoals altered the area's physical characteristics, including the patterns of currents and waves, the natural transport of sediment, and the dynamic topography and morphology of the shoals. Continuous dredging of the Virginia and Washington Channels affected the hydrology of the Potomac River. The construction of the stone and mortar bulkhead walls that would contain the reclaimed

landform established a hardened edge around the island, which further altered the natural systems of silt deposition in the tidal river.

**Post-Historic and Existing Conditions:**

The landmass that is East Potomac Park, being made of poorly consolidated materials dredged from the adjacent waterways, has slowly been subsiding as the material compacts and as inundation has occurred. Some estimates put the subsidence in East Potomac Park at the rate of one foot every ten to twelve years (Hodge 1982). A hydrology study conducted in the 1950s stated that the landmass has sunk three and a half feet since reclamation was completed in 1915 (NCPC and US CFA 2009, 54).

In addition to subsidence, East Potomac Park is particularly vulnerable to two types of flooding: riverine flooding can occur when storms upstream produce raised water levels; tidal flooding is associated with coastal storms that produce surges from the Chesapeake Bay, which produce higher than normal levels in the Potomac and Anacostia Rivers. Sea level rise associated with climate change and increases of impermeable surfaces also contributes to inundation of the park. In both cases, inundation of the island results in degradation of, and damage to, the park's resources. Standing water that results from flooding also leads to degradation of resources, most notably stressing trees, and eroding soils. Storm surges, which produce turbulent waters, batter and damage the seawalls. The promenade along the East Potomac Park seawall lies, today, at only about one foot above average high tide and is covered by flood waters more than thirty times per year. In the 1950s, river waters topped the seawall only six times per year, on average (Environmental Protection Agency 2016). These types of flooding have caused the erosion of soils and the exposing of vegetative root structures, which have resulted in declining health and physical structure of trees and plant material. The erosion caused by flooding, combined with wave activity against the bulkhead, have resulted in the dislodging and removal of large stones and mortar material of the perimeter seawall and the paved promenade. Inundation associated with flooding is intensified by compacted soils and improper drainage, especially as the reclaimed soils have subsided in the century that has passed since the island was created. Almost 80 percent of the park lies within the one-hundred-year floodplain. The landmass was originally

set at three feet above the flood of 1877, which crested at 14.05 feet. That flood level was surpassed in 1936 when the Potomac River crested at 17.30 feet and again in 1942 when it crested at 17.72 feet. Inundation has been accelerated by the failure of drainage piping and swales. Exacerbating the problem, the relative rate of sea level rise along the tidal Potomac River is measured at 3.5 millimeters per year, which, in one hundred years, is 1.09 feet. Projections developed by the National Oceanic and Atmospheric Administration (NOAA) using baseline data from 2012 indicate that local sea level in Washington, DC, may rise another 1.2 feet by 2050 and 4.0 feet by 2100.

The Potomac River, comprising both the Virginia and the Washington Channels, is the only natural feature associated with East Potomac Park, but is not considered a contributing resource because it falls outside of the cultural landscape boundaries. The Potomac River and the Washington Channel are contributing adjacent lands to the cultural landscape. Although natural shoaling, intensified by human activities, produced the original landform that would eventually become the park, the island's hardened edge prevents this condition from occurring today.

***Spatial Organization***

Spatial organization is the three-dimensional organization of physical forms and visual associations in a landscape, including the articulation of ground, vertical, and overhead planes that define and create spaces.

**Historic Condition:**

The physical morphology—the size and shape—of the constructed landform that is East Potomac Park was established by the US Army Corps of Engineers as the island was created between 1882 and 1912 through the mechanical deposition of dredge material onto the shoals known as Harbor Flats. The eventual size and shape of the landform was largely dictated by the requirements outlined by the Corps of Engineers regarding the navigable width of the channels: dredged material would be deposited on Harbor Flats such that, when settled, it would leave a channel width of no less than 900 feet from the wharves lining the Washington Channel and, on the opposite side, a width of no greater than 2,500 feet from the previously mentioned wharves. Thus, the eastern edge of the island would lie at a set and consistent line parallel to the wharves

on the eastern side of the Washington Channel, assuming a slightly arcing form from the head of the channel to the confluence with the Anacostia. On the western side, the edge of the island was straighter than the eastern side as it paralleled the Virginia Channel of the Potomac River.

Dredge material was deposited atop, and spread out from, the then-existing, formerly dynamic morphology of the shoals. Embankments were then built, forming the initial edge of the island. At East Potomac Park, the dredge would be deposited along the island's central spine to a height of twelve feet above the low tide levels. The finished grade would then slope gradually to the edges of the island, which were specified to be six feet above low tide. The seawall at East Potomac Park was constructed between 1891 and 1894 and, although it would require minor repairs and rebuilding (notably in 1896–97, in 1904, again in the period between 1909 and 1911, and in 1958), it established the bounding framework for the park's development.

Between 1904 and 1906, the new Long Bridge, its abutments, and its embankment were constructed to carry rail traffic across the Potomac River. Another bridge was built to carry the railroad across the Washington Channel. Although Potomac Park—comprising today's East Potomac Park and West Potomac Park—was reclaimed as a single unit in three separate sections, the construction of the railroad permanently bisected the two parks. Taking the form of a steep, linear embankment, the rail corridor acted as a spatially organizing feature in the landscape: its morphology established the northernmost boundary of East Potomac Park while visually and physically separating East Potomac Park from West Potomac Park. Between 1912 and 1916, the road encircling the perimeter of the island (today Ohio Drive SW) was constructed. The siting and alignment of this road defined the vehicular circulation system for the park and acted to further reinforce the park's overall spatial organization: the perimeter of the island would accommodate vehicular circulation while the central part of the island would be reserved for recreation. The 1916 Development Plan served as a foundational document for the spatial organization of East Potomac Park. Developed by Colonel William W. Harts, Officer–in-Charge of the Office of Public Buildings and Grounds and drawn by landscape architect James G. Langdon under the guidance of the CFA and Frederick Law Olmsted, Jr., the plan sited numerous ballfields in the northern part of the park, depicted the perimeter road (already built

by the time the plan was drawn) as the primary driving route, reserved the central part of the park for golf (anchored by a field house sited approximately where one would be built in 1917), and reserved the southern segment of the island for picnic grounds amidst groves of trees. The subsequent improvement of East Potomac Park followed, somewhat, the recommendations made in the Development Plan in terms of spatial organization. The installation and incremental expansion of the East Potomac Park Golf Course between 1918 and the 1940s was implemented, generally, as shown in the plan; the construction of the Teahouse, built between 1922 and 1924 created a destination at the island's southern point; and the construction of the pedestrian promenade on the island's edge, built in 1930–1931, further defined the edge of the island as an area for passive recreation.

By 1920, the nine-hole A-B Course—which was designed for reversible play—was built to the immediate south of the Field House, extending to Hole 5, and then doubling back to the northwest to end at Hole 9 near the south wing of the Field House. By 1923, the nine-hole C-D course was completed to the west of the A-B Course, with the progression of play tending to the south and then reversing back towards the Field House. These two courses could be played together as an eighteen-hole course, which came to be known as the Blue Course. By 1925, the nine-hole E-F Course (also known as the White Course) was constructed to the north and east of the Field House, which altered the overall spatial organization of the East Potomac Park Golf Course but retained the central anchor of the Field House where play on both the Blue and White Course began and ended. In 1927, putting greens were added to the immediate south of the Field House and a driving range was inserted to the southeast. By 1931, with the construction of the miniature golf course to the immediate north of the Field House and the construction of the nine-hole G Course (not designed for reversible play) replacing the driving range to the southeast of the structure, the spatial organization of the overall course was well defined, even as the design of the G Course (Red Course) resulted in some reconfiguration of the E-F Course, which was extended to the north along the eastern boundary of the East Potomac Park Tourist Camp. A new driving range was inserted to the west of the Field House in 1934, which extended the east-west axis of the golf course, and the Red, White, and Blue Courses were redesigned as one-directional only, each to be played separately from the others. In 1936, a swimming pool was built to the

west of the Field House, resulting in minor changes to the G Course and further anchoring the overall spatial organization of the East Potomac Park Golf Course around the Field House. Although minor renovations to the golf course occurred in the 1950s and 1960s, the overall spatial organization of the East Potomac Park Golf Course remained largely unaltered.

Between 1921 and 1963, the East Potomac Park Tourist Camp grew from its original six acres to encompass some sixty acres in the northwestern part of the park. When the camp was relocated to make way for the NPS NCR and USPP Headquarters campus, its buildings and infrastructure were demolished. The camp had grown to encompass much of the land that extended from the railroad embankment to the alignment of Buckeye Drive SW, which was constructed during the same period that the tourist camp was being removed. In 1961, when an early design for the NCR and USPP HQ buildings was shown to the CFA, the edifice was a single L-shaped building. Members of the Commission suggested that massing should be "restudied as a group of buildings connected by covered walks or corridors" (Draft NCR-USPP HQ NRHP 2020, 32). The designers heeded the request, and the final spatial organization of the NCR and USPP HQ campus located the two buildings at right angles from one another: The NCR building was aligned to the northwest-southeast trending Ohio Drive SW and set back one hundred feet from the north curb of Buckeye Drive SW; the USPP building was oriented on an axis aligned with Buckeye Drive SW and was set back 300 feet from that roadway and 150 feet from Ohio Drive SW. This setback, landscaped with a loose, naturalistic configuration of canopy trees and turf panels, was necessary to preserve the visual and spatial conditions of the larger East Potomac Park. The low-profile and horizontal composition of the building elevations contributed to the overall spatial organization of the campus.

Internally, the spatial organization of the NCR Headquarters Campus was organized around the NCR and the USPP buildings. Formally designed grids of trees of a single species near the buildings served as a counterbalance to the informality present at the rest of the campus and to the larger East Potomac Park landscape. An asymmetrical composition was employed in the layout of the landscaped areas close to the buildings, avoiding the adherence to any axis or orientation previously established. A rectangular paved area with a pool and fountains adjacent

the west face of the NCR building related to the layout of the buildings. The use of stone paving at the buildings' entrances—both inside and outside—served to convey a spatial continuity between interior and exterior spaces. Parking lots were installed to the north and to the west of the buildings in an L-shaped configuration, obscuring them from the park's recreational features to the south. Parking stalls in the two lots related to the overall geometry of the campus, with planted medians serving to further reinforce this geometry. The addition of the Cafeteria and Training Wing in 1969, located to the east of the NCR building, did not substantially alter the overall spatial organization of the site.

Some of the most major permanent changes to the spatial organization of the East Potomac Park cultural landscape were related to the construction of roads in the northern part of the park. Built between 1959 and 1963, Buckeye Drive SW traversed the island from east to west and established a new north limit of the East Potomac Golf Course (NPS 2017, 62). It also served to bisect the island from north to south, with more administrative and transportation-related facilities being located to the north of the road and the recreational facilities remaining to the south of its alignment. Although tennis courts were built in the northern part of the park in about 1960 and the softball fields were established shortly thereafter near the railroad embankment, the NCR Headquarters Campus, the East Potomac Park Maintenance Facility, and the US Engineers' Storehouse dominated this part of the park. The spatial organization of this area evolved from one associated with the recreational areas of the golf course and the East Potomac Park Tourist Camp to one defined by the grid of roads and associated recreational features that that were aligned to that grid.

During this same period, the elevated, eight-lane Southwest Freeway (I-395) was constructed adjacent the railroad alignment, creating a more robust physical and visual separation between East and West Potomac Parks than had existed heretofore. The freeway, which crossed West Potomac Park on the west side of the island and East Potomac Park on the east side of the island, would span the Washington Channel via a bridge that opened in 1962. From the Southwest Freeway, exit and entrance ramps were constructed in the segment of East Potomac Park that lay between the railroad embankment and Buckeye Drive SW. These ramps included a cloverleaf exit

ramp that doubled back to Ohio Drive SW at the northeast part of the park, and another exit and entrance ramp that connected to Buckeye Drive SW via an unnamed road to the east of the East Potomac Park Tourist Camp. This unnamed road would itself come to further define the spatial organization of this area of the park, separating the NCR Headquarters Campus to the west from the maintenance facilities and tennis center to the east.

**Post-Historic and Existing Conditions:**

The overall spatial organization of East Potomac Park remains much as it was during the period of significance. The morphological characteristics of a human-made landform situated between the Virginia and the Washington Channels of the Potomac River remains the primary characteristic of the park's spatial organization. The vehicular and pedestrian circulation features remain at the perimeter of the island and contributes to the historic spatial organization of East Potomac Park. The golf course, which continues to occupy the central part of the park, also contributes to the spatial organization of East Potomac Park. Since the end of the period of significance, additional administrative and recreational facilities have been added to the area north of Buckeye Drive SW. These include the tennis bubble built in 1974, the tennis center administrative building constructed in 1995, and the National Mall and Memorial Parks temporary modular offices constructed adjacent the US Engineers' Storehouse in 2011. Additionally, a boneyard established in the 1970s for materials and maintenance equipment in the area between the railroad embankment and the NCR Headquarters Campus has grown to include structures, buildings, and parking lots. Although none of these are contributing resources, they are, in form and layout, not incompatible with the historic spatial organization of the northern part of the park. Another boneyard is located to the south of the golf course. It was expanded slightly and enclosed with a wood paling fence in 2022.

The spatial organization of the East Potomac Park Golf Course component landscape has been documented in the East Potomac Park Cultural Landscape Inventory. Although its boundaries have been altered through the years, the golf course has always occupied the central portion of the island. The spatial organization of the individual courses, and of the overall golf course, remained largely unaltered until 1983 when the nine-hole F Course was removed to create a

picnic area to the north of the Field House. The revision was met with public disapproval and the F Course was restored by the end of 1984. The Blue Course was renovated in the 1990s and, in 1994, a new driving range was built in the location of the former driving range, preserving the east-west axis with the Field House. The thirty-six-hole East Potomac Park Golf Course consists of three distinct courses that are organized spatially much as they were during the period of significance. The eighteen-hole Blue Course is located south of the Field House in the southwestern area of the island; the nine-hole White Course is located north of the east-west axis established by the Field House and the driving range; the nine-hole Red Course, which includes an additional three practice holes, is located to the south of the Field House along the Washington Channel side of the island. The two wings of the Field House remain the visual and functional central anchor of the course, with the south wing serving as the beginning and end of play for all three of the individual courses.

The spatial organizational strategies of limiting the administrative uses of the park to the northern section and reserving the southern section for recreational activities has been in place since the mid-1950s when the East Potomac Park Maintenance Facility was built, although the precedent for this was established in 1909 with the building of the US Engineer wharf and later reinforced with the construction of the Engineers' Storehouse. Similarly, the locating of the active recreational facilities in the central area of the park and the siting of circulation features on the perimeter of the park is a contributing spatial organizational strategy established early in the development of the park and is retained in the present. The layout of Ohio Drive SW at the perimeter of the island, with two drive-in parking lots on the Washington Channel side of the island, help to reinforce the spatial organization of the park. The importance of the island's shoreline in terms of spatial organization is further reinforced by the linear arrangement of trees, the concrete walk and railing, and the abrupt edge of the seawall. The contributing and noncontributing features of the East Potomac Park Golf Course are documented in the component CLI for that cultural landscape. The arrangement and orientations of buildings in the NCR Headquarters Campus are contributing to the character of the East Potomac Park parent cultural landscape and are elucidated in the table below.

Since the end of the period of significance, few permanent changes to the spatial organization of the NCR Headquarters Campus have occurred. The most notable of these is the construction in 2019 of the noncontributing USPP Central District Station, which required the removal of approximately one half of the east end of the north parking lot. Between 2018 and 2023, temporary buildings were erected, and pedestrian circulation features were installed to accommodate workers while the NCR and USPP Headquarters buildings were renovated.



*Fig 26. Photo looking northwest at the edge of the island along the Potomac River. Note the subtle bend in the shoreline of the island (Matthew Traucht 2021).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Northern part of park used primarily for administrative functions with southern area of park dedicated to recreational purposes | Contributing | N/A | N/A | N/A | N/A | N/A |
| Pronounced shoreline of the island made prominent by the seawalls, the concrete walk, and the linear plantings of trees | Contributing | N/A | N/A | N/A | N/A | N/A |
| Golf course occupying the central portion of the island | Contributing | N/A | N/A | N/A | N/A | N/A |
| Orientation and relationship of the NCR Headquarters Campus buildings in the landscape and of the parking lots in relation to these buildings | Contributing | N/A | N/A | N/A | N/A | N/A |
| Setback of the NCR Headquarters Campus relative to the surrounding landscape | Contributing | N/A | N/A | N/A | N/A | N/A |
| Formalized organization of trees near the NCR Headquarters Campus buildings with informal arrangements at the periphery of the site | Contributing | N/A | N/A | N/A | N/A | N/A |

***Land Use***

Land uses are the principal activities in a landscape that form, shape, and organize the landscape as a result of human interaction.

**Historic Condition:**

Prior to the Period of Significance

The region had been inhabited by humans for thousands of years prior to the settlement of the shores of the Potomac and Anacostia Rivers. Between 1300 and 1450 CE, the first members of the Conoy (also called Piscataway) tribe arrived on the inner coastal plain and settled along the Potomac River.

The reclamation of the tidal shoals that eventually resulted in the landform that became East Potomac Park was initially done as a convenient dumping ground for dredged materials extracted from the navigable channels of the Potomac River. East Potomac Park was originally designed for active recreational purposes, and still maintains that purpose today. The majority of East Potomac Park is made land, reclaimed from tidal flats along the Potomac River with a large-scale reclamation project that began in the 1880s.

Period of Significance (1882–1969**)**

Just south of the railroad embankment near the head of the Washington Channel, the US Engineers' Storehouse was built in 1913. The building was set on a two-acre plot, which was landscaped with trees and seeded with grass the following year. A wharf had been previously constructed near the Storehouse for use by the Army Corps of Engineers in 1909. According to historic photos, several buildings were also moved to this site prior to the construction of the US Engineers' Storehouse. This initiated a strategy of siting administrative facilities towards the northern part of the park, reserving the remainder of the island for recreational facilities and uses.

Physical development of East Potomac Park's landscape improvements began in 1912 with the start of construction on the roadway that would encircle the park. That effort, which was not complete until 1916, defined the overall circulation system for the park and established the perimeter of the island as an active transportation zone, designating the central portion of the island for development of active recreational uses.

A detailed development plan for East Potomac Park was presented to Congress in 1916 by Colonel William W. Harts, Officer–in-Charge of the OPBG. Drawn by landscape architect James G. Langdon under the guidance of the CFA and Frederick Law Olmsted, Jr., that plan refined and built upon the study developed ten years previous by Bingham. Although some of the more elaborate features associated with the 1916 plan—such as a stadium that could accommodate 40,000 people, a boat harbor, and a navigable canal that would traverse the island to connect the Washington Channel to the Potomac River—were not implemented, the plan became the foundation for improvements in East Potomac Park and prescribed the basic delineations of land use within the landscape. The US Engineer wharf and Engineers' Storehouse was to be retained on the eastern side of the island at the head of the Washington Channel.

Improvements for the golf course were begun in 1917, although construction of the first nine holes was not finalized until 1920. The two wings of the Field House were built in 1917 in the location shown on the 1916 Development Plan for East Potomac Park, establishing the central anchor of the golf course. In 1918, a wharf on the Washington Channel side at Hains Point (so-named a year previous) was constructed to accommodate small boats from the US Naval Air Station at Anacostia. In 1920, the local chapter of the Girl Scouts began to operate a concession at Hains Point. Between 1922 and 1924, a building, which came to be known as the Teahouse, was constructed to serve refreshments to the growing population of motorists that were beginning to access East Potomac Park.

During World War I, the northern section of East Potomac Park came to be used for military housing. On the Virginia Channel side of the park, forty-one buildings were erected in 1918 on a fifteen-acre plot just south of the railroad embankment to house troops assigned to protecting the nation's capital. On the Washington Channel side, another fifty-seven buildings were erected to house clerks assigned to the War Department. Many of the military buildings were demolished in 1921, although a few remained and were used for storage.

Following World War I, most of the barracks on the Virginia Channel were demolished and, in 1921, the six-acre East Potomac Park Tourist Camp was built where they formerly were located.

One of the barracks was retained and converted to serve as a toilet and bathhouse facility for the camp. To the east of the tourist camp, the golf course stretched almost to the railroad embankment and a hedge was planted to separate the golf course from the tourist camp. By 1923, a horse stable and equestrian recreational ground was established near the tourist camp. By 1927, the East Potomac Park Tourist Camp had grown to encompass some sixty acres and comprised numerous sites for tent camping, twenty cabins and cottages, a laundry, bathhouses, a community building, and a playground. Although intended to be a temporary use of the site, the road network and buildings had solidified the use of this area for the foreseeable future (NPS 2001, 96–97). The rectilinear site, conforming to the northwest-southeast trajectory of the perimeter road, abutted the railroad embankment to its north and was divided into blocks by several orthogonal roads, which were accessed via a main roadway that paralleled the railroad.

In 1930, a nine-hole course was added to the existing links, expanding active recreation. It was located on the eastern side of the golf course, with four holes to the south of the Field House and five to the north of it, extending along the east side of the East Potomac Park Tourist Camp. In 1936, a swimming pool was built just to the west of the two wings of the Field House, which resulted in a slight modification to one of the golf courses and transformed the spatial organization of the setting around the Field House.

Between 1938 and 1942, tennis courts and ballfields were built to the northeast of the tourist camp, constructed by workers from the CCC (Davidson et al. n.d., 95–96). The tennis courts were aligned to the trajectory of the railroad embankment rather than the grid established by the island's perimeter road and manifested within the East Potomac Park Tourist Camp. These first tennis courts in East Potomac Park would be demolished for construction of the highway between 1959 and 1966.

The construction of the Mission 66 "Type B" comfort station in the southern portion of East Potomac Park near Hains Point provided additional amenities for those using the park. The comfort station included a picnic shelter.

New tennis courts were built around 1960 to the southwest of the original CCC courts' location (NETR 1963). The tennis bubble was built in 1974, and a Tennis Administrative Building was added in 1994–1995 (NPS 2001, 53).

From 1962 to 1969 the NPS NCR and USPP Headquarters buildings were built in the "Park Service Modern" architectural style. Their construction demolished the East Potomac Park Tourist Camp (1963) and further concentrated the administrative functions to the northern half of East Potomac Park. The two buildings were designed by NPS architect William M. Haussmann and were constructed by Victor R. Beauchamp Associates, Inc. The NCR and USPP Headquarters Buildings, designed by architect and chief of the National Capital office of the NPS Branch of Design and Construction (NCDC) William M. Haussmann, were constructed by Victor R. Beauchamp Associates, Inc. on the site of the former tourist camp. The landscape, which drew heavily from modernist design philosophies, was developed by C. Robert "Bob" Beldon, David Turello, and LeRoy "Lee" Skillman, landscape architects for the NCR (NPS 2001, 49).

First Lady Claudia Alta "Lady Bird" Johnson planted a commemorative cherry tree in April 1966, launching the planting of 1,800 cherry trees lining both sides of Ohio Drive SW in East Potomac Park. A plaque was also placed on a stone and wood bench along Ohio Drive SW to commemorate the occasion. The First Lady also gave money to install playground equipment in 1967 and a water feature with a fountain off Hains Point (removed around 1975) as part of her larger beautification program.

**Post-Historic and Existing Conditions (1970 to present):**

The administrative, circulation, and passive and active recreation functions of East Potomac Park continued in the post-historic period and to this day (Fig 27–Fig 32). East Potomac Park is managed by the NPS National Mall and Memorial Parks (NAMA).

The DC Department of Recreation built a bathhouse in 1978 with funds from the Land and Water Conservation Fund (LWCF) to accompany the historic 1930s swimming pool. Around the same time, the pool deck was modified, and the lighted pool bottom was replaced with a solid base

(NPS 2001, 53). As of 2018, the pool is now demolished. This continued the active recreational nature of this area of the park and made the pool more user friendly (NPS 2001, 53).

The Buckeye Building (formerly called the Tourmobile Headquarters) located at 750 Buckeye Drive SW was built in 1979 by the Jack Bays Construction Company. The building includes offices, a bus garage, and a maintenance shop (NPS 2001, 49). Today, the building is used by the Circulator Bus operator, which has a contract with the NPS to provide transportation to the memorials throughout the park. A portion of the building is also currently used to house the Interpretation & Education and Partnerships-Volunteer programs.

Three Elliptical Comfort Stations were built between 1985 and 1988 in East Potomac Park. The Elliptical Comfort Stations are one-story buildings with a slight elliptical shape and a flat roof. The building is of a type designed by NPS architect Benjamin Biderman (hence the nickname "Benji" for the comfort station) used first in the mid-1970s as part of bicentennial improvements to West Potomac Park (NPS 2008, 93–94).

In 1987, the Teahouse was demolished after a large flood on Hains Point in 1985 had left it in disrepair. Flooding concerns continue today in East Potomac Park and were part of the design plans for the new USPP Central District Station that was completed in 2020 (NPS 2021).

Two additional structures were added to the active recreation function of the park with a Driving Range Building located near the Field House and a Tennis Administrative Building near the bubble and outdoor courts, both completed in 1995 (NPS 2001, 52–53).

A NAMA boneyard was identified on plans for the new USPP Central District Station in 2015 and in recent aerials but has likely existed for much longer. NPS has several boneyards and one other located in East Potomac Park, on the southern end. Boneyards provide debris and other materials storage for NPS and are of a utilitarian nature (Beyer Blinder Belle 2015, 8). The second boneyard, the Hains Point Debris Storage / Boneyard has traditionally served as a retention area for vegetation debris and accumulated trash from the National Mall. It was recently rehabilitated.

The damaged fence that surrounded the site had been inundated with overgrowth and was beyond the point of repair. The gate was no longer operational and made it nearly impossible to secure the site from unwanted dumping. This project repaired the failing surface and replaced the critical fencing infrastructure along the perimeter of the Hains Point Debris Storage / Boneyard. The grade and subgrade were replaced with crush and run (pulverized stone and stone dust) material and recycled asphalt. The surface was regraded and "crowned" to ensure proper drainage. Two new 8-foot gates and an 8-foot chain link fence were installed to secure the perimeter of the site. Project work included removing all debris and accumulated trash, rebuilding the surface, and installing operational gates and fencing. The project has now been completed (de la Vega, personal communication 2022). Because boneyards are utilitarian in nature and usually less than fifty years of age, they are seen as noncontributing to the East Potomac Park CLI.

The East Potomac Park Day Dock was built between 1972 and 1979 adjacent to the Washington Channel, in the vicinity of the entrance to the East Potomac Park Golf Course. It was removed in 1994. In 2017, a new day dock was approved by NCPC and constructed shortly thereafter (NCPC 2017).

The CCC-built East Potomac Park Pool from 1936 was demolished in 2018, but plans for a new pool remain uncertain, as there was significant groundwater intrusion (Diller 2020).

Beginning in 2018, the rehabilitation of the NCR and USPP Headquarters buildings continued into 2023. Temporary trailers were installed onsite during construction. New mechanical systems were added, new ramps and a new elevator in Wing D (new NAMA offices) were added to provide greater accessibility, and character-defining light fixtures and window glazing were refurbished or replaced as needed. The interior floor plan was also opened back up per the original design by Haussmann (Beyer Blinder Belle 2015, 9–12). A new USPP Central District Station at 1200 Ohio Drive SW was completed in 2020.

Administrative land use functions are primarily located in the part of the park north of Buckeye Drive SW. These include the NAMA headquarters and the US Engineers' Storehouse near the Washington Channel, the National Capital Region Headquarters campus (NCR and USPP buildings and the USPP District One Station), the boneyard, and the East Potomac Park Maintenance Facility. Although the NCR and USPP Headquarters buildings were sited in this area in 1963 to avoid impacting the recreational and aesthetic qualities of other parts of East Potomac Park, these, combined with the East Potomac Park Maintenance Facility built a few years earlier, has excluded this part of the park for recreational activities and facilities. Additionally, the temporary modular offices installed near the US Engineers' Storehouse has intensified the administrative use of this part of the park, which has reduced the opportunities for recreational facilities and has compromised the visual integrity of the Storehouse and of this area. Another boneyard is located in the southern part of the park and was improved with new surfacing and screened by a fence in 2022. This land use is inconsistent with the strategy of keeping administrative uses in the northern part of the park. Located between the golf course and the Hains Point Picnic Ground near the Mission 66 "Type B" comfort station, it detracts from the recreational use and enjoyment of the park and is incompatible with the setting.

In addition to administrative uses of the northern part of the park, exit and entrance ramps to I-395 were constructed in the late 1950s and early 1960s. Although these transportation-related features were consolidated in the northern part of the park, they resulted in the demolition of the CCC-built tennis courts and created a physical and visual barrier, isolating the northeastern part of the park from the rest of it. Softball courts were built in the cloverleaf of the I-395 southbound exit, which restored some recreational functions to that part of the park, yet these feel somewhat removed from the larger park due to the surrounding I-395 cloverleaf and because of the Francis Case Memorial Bridge and its abutments.

The construction of Ohio Drive SW between 1912 and 1916 initiated the use of the perimeter of the park for the combined functions of transportation and recreation. The road provided access to the park's recreational features and accommodated recreational driving that was evolving during the early part of the park's history. In 1930-1931, the pedestrian promenade was built at the

shoreline, further intensifying the use of the perimeter of the park for passive recreation and for pedestrian circulation. Today, the pedestrian promenade is still used for passive recreational activities including strolling, sightseeing, and fishing. Due to deterioration of the seawall, some sections of the walk have been closed from public use. Ohio Drive SW remains today the primary vehicular circulation feature in the park. It is used by recreational motorists and by people walking, jogging, and bicycling. Thus, Ohio Drive SW serves the dual purpose of being a circulation route and facilitating active and passive recreational pursuits.

Overall, the administrative, circulation, and active and passive recreation functions that were established in East Potomac Park during the period of significance have continued to this day. Although some landscape characteristics features have been lost and others have been added, the overarching land uses maintain their integrity.




*Fig 27. Diagram illustrating major land use categories and locations (SmithGroup, RHI, and Gray & Pape 2022).*



*Fig 28. Photo looking southwest of picnic area near the south end of East Potomac Park (Matthew Traucht 2021).*



*Fig 29. Photo of East Potomac Park Golf Course looking south (Matthew Traucht 2021).*



*Fig 30. Photo looking south of practice putting green and Blue Course in the East Potomac Park Golf Course (Matthew Traucht 2021).*



*Fig 31. Photo looking northeast of East Potomac Park Miniature Golf Course (Matthew Traucht 2021).*



*Fig 32. Photo looking north of East Potomac Park Tennis Bubble and Tennis Courts (Matthew Traucht 2021).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Active Recreation | Contributing | N/A | N/A | N/A | N/A | N/A |
| Passive Recreation | Contributing | N/A | N/A | N/A | N/A | N/A |
| Administrative | Contributing | N/A | N/A | N/A | N/A | N/A |
| Circulation | Contributing | N/A | N/A | N/A | N/A | N/A |

***Topography***

Topography is the three-dimensional configuration of the landscape surface characterized by features (such as slope and articulation) and orientation (such as elevation and solar aspect).

**Historic Condition:**

The earliest specifications for the reclamation of the Harbor Flats were proposed in 1878 by S. T. Abert, US Civil Engineer, to be six feet above mean low tide with a surrounding embankment that would be eighteen feet above low tide. In 1881, a specially appointed board of engineers (the Gillmore Board) was assigned to study the improvement of the Potomac River. Their report, issued in 1882, recommended that the flats should be filled to an elevation three feet above the flood line of 1877 (Chapell 1973, 30). In 1884, recognizing that the strategy recommended in 1881 did not account for the exudation of seepage (from the muddy dredged material) in the immediate term or for the drainage of rainwater in the long term, Major Peter Conover Hains proposed that the final grading be adjusted. In the revised plan, the center of the park would be built to an elevation of twelve feet above mean low tide and would slope consistently to the seawall, which would be set at six feet above low tide.

Between 1903 and 1904, the Pennsylvania Steel Company constructed a linear earthen embankment laterally across the northern part of the island to meet the new Potomac Railroad Bridge (Long Bridge), which was being constructed at that time. At approximately thirteen feet above the surrounding grade, the embankment became the dividing line between East and West Potomac Parks. Due to its height and steepness of slope, this topographic change established a visual and physical separation between the two parks.

As the depositing of dredge on the island neared its end in late 1911, the finished grade along the centerline of the landform was fourteen feet above mean low tide and sloped, gradually, to the rim at eleven feet above low tide (Chapell 1973, 93). The flat topography of the park became one of its defining features, which, combined with the selective organization of vegetation, facilitated views of surrounding landmarks. In 1930–1931, the grade along the Potomac River side of the island was raised through the mechanical deposition of 75,000 cubic yards of clay fill (Chapell

1973, 129). Through the research for the CLI, no documentation was found to indicate that any major grading activities were undertaken following this event.

Since the completion of the land reclamation efforts, most manipulation of the park's topography has been located primarily at the East Potomac Park Golf Course. Even there though, the flatness of the landscape has been a character defining feature. Mounded bunkers throughout the course were generally built to a height of approximately six feet while sand traps were sunken from the surrounding grade to a depth of about four feet (NPS 2017, 79). Nuances of the topographic character of the golf course can be found in the CLI for that component landscape. The flatness of the East Potomac Park Golf Course was a character defining feature as it accentuated the vistas and views of the park's surrounding landmarks.

Prior to the construction of the NCR and USPP Headquarters buildings, the relatively level ground had been the setting for the automobile tourist camp, which extended from the railroad embankment in the north to the alignment of Buckeye Drive SW (installed between 1959 and 1963). Aside from minor grading that may have been done to support the construction of the buildings, no documentation was found during the research of this CLI to indicate that major grading was performed. Indeed, the fourteen-acre site comprised only the buildings, two parking areas, pedestrian walks and convening spaces, and lawn areas planted with trees and shrubs. Any grading that was done, would have been for stormwater management purposes. The design itself featured no remarkable topographic features; only a few steps were required to access the buildings from the walks.

Throughout the period of significance, the topography at East Potomac Park was not manipulated through design or intervention, and the park remained a relatively flat landscape with limited topographic relief.

**Post-Historic and Existing Conditions:**

Since the period of significance, no major grading activities have occurred at East Potomac Park. Overall, the park retains the relatively flat, human-made topography that was established with the completion of the reclamation of the landform (Fig 33).

The island, comprising poorly consolidated dredged materials deposited over a century ago, has experienced major subsidence in many locations. This is most notable at the peripheral areas of the park but can also be found in some of the interior spaces as well. Because the island has no real drainage features, water from storms and flooding from the adjacent water bodies sheet flows across the landscape, draining across the seawalls back into the Potomac River and the Washington Channel. Several areas inboard of the seawall and its pedestrian walk illustrate minor topographic changes due to erosion.

The topography at the East Potomac Park Golf Course remains much as it was during the period of significance. Although minor topographic changes have occurred with routine redesign of the various courses, bunkers, and sand traps, overall, the golf course retains its relatively flat topographic character (Fig 34).

No major topographic changes to the NCR Headquarters component landscape have occurred since the end of the period of significance. At the USPP Headquarters north entrance, an accessible ramp was added at some undocumented time. In 2016–2017, a segment of the parking area in the northeast part of the site was removed to make way for the construction of the USPP District One Station. Fill was brought in to raise the area a few feet above that of the parking lot that it replaced, likely to reduce the probability of flooding during major storm events.



*Fig 33. Photo from Hains Point looking north depicting the characteristically flat terrain of East Potomac Park (Matthew Traucht 2021).*



*Fig 34. Photo looking west of the level topographic character of the East Potomac Park and an example of a mounded bunker (Matthew Traucht 2021).*

Overall, the appreciably level terrain of East Potomac Park is a character-defining feature. Throughout the cultural landscape, and notably in the golf course, the flatness of the land is considered for the purposes of this CLI to be a contributing resource. Additionally, the railroad embankment, which rises sharply from the adjacent terrain to a height of about fifteen feet, serves as a physical, visual, and administrative dividing line between East Potomac Park and its counterpart to the west (Fig 35 and Fig 36). The embankment, predating the establishment of the park, is a major topographic feature at the edge of the park, but because it is not owned or managed by NPS, it is not considered a contributing feature.



*Fig 35. Photo depicting the railroad embankment at the northern edge of East Potomac Park (Matthew Traucht 2022).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Flat, human-made topography | Contributing | N/A | N/A | N/A | N/A | N/A |




*Fig 36. Diagram illustrating topography of East Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

***Vegetation***

Vegetation at East Potomac Park includes deciduous and evergreen trees, shrubs, vines, groundcovers, and herbaceous plants and plant communities, whether indigenous or introduced in the landscape.

**Historic Condition:**

> In 1882, operations were started for the development of the Washington Harbor, resulting in the formation of Potomac Park… After the fill comprising the park had dried out, the heavy undergrowth afforded cover for small game. Around the turn of the century, men in hunting togs, with gun and dog, were a familiar sight as they sought their quarry in the thickets of the reclaimed area. (Duryee 1952, 38)

With the reclamation of the “flats” located along the Potomac River, begun in 1882, the native vegetation of reeds, wild oats, and shrubs typical of marshland began to be replaced through natural and cultural practices.

The Senate Park Commission was established in 1901 and issued its report, “The Improvement of the Park System of the District of Columbia” (McMillan Report) a year later. Addressing the reclaimed land along the Potomac River, a process that was still underway and far from complete, the Senate Park Commission referenced the formal appearance of the shoreline, “emphasized by rows of poplar and willow trees, planted to bind the earth together” (Moore 1902, 118). From this, the character of Potomac Park was to be established as outlined by the Commission to be one suggestive of river bottom scenery and meadows, with trees along the waterfront and occasional groves and specimen trees used to create attractive compositions (Fig 37). The Commission recommended “tall-stemmed” canopy trees that would provide shade while allowing breezes to pass through and, along the Washington Channel, they called for a “continuous mass of foliage” (Moore 1902, 117–119). Although the McMillan Report was never fully implemented, the development plan for Potomac Park was strongly influenced by the framework established by it. Immediate planning and development of the park was done by the Corps of Engineers.



*Fig 37. Aerial view, Hains Point and Tidal Basin, with Bureau of Printing and Engraving in foreground, Washington, D.C. (Harris & Ewing 1916–1919).*

In 1916, Colonel William W. Harts, Officer-in-Charge of the Office of Public Buildings and Grounds, prepared a detailed plan for East Potomac Park to be developed as recreational grounds. Harts' plan, developed by landscape architect James G. Langdon under the supervisions of the CFA, noted "the soil, of which is composed of the richest alluvium, promising excellent planting possibilities for landscape adornment… In parts of the island volunteer trees have already grown to considerable heights; many of these trees can well be preserved and incorporated into the final development" (East Potomac Park Development Plan 1916, 11–12). The illustrated plan depicted a regular rhythm of trees planted in linear groupings along the river's edge, with similarly sized areas left unplanted in between the groves. Although the central area of the plan was shown as a golf course with very few trees—those that were shown occur in groupings of vegetation—a much more forested area was depicted towards the southern area of the island (Fig 38). The same year that this plan was presented, some 88 acres of the park to the

south of the present location of the Field House were cleared of scrub willow and plowed for cultivation by the Boy Scouts to use as a "war garden" for corn. The land between the Washington Channel and the road was graded, topsoil was installed, and seeding and planting was completed.




*Fig 38. East Potomac Park, Wash., D.C. (Bain News Service 1920). Photo looking east, note groves of trees in the golf course and along the perimeter contrasted with the absence of vegetation at Hains Point.*

In 1917, the three-acre triangular area at the southern point of the island—named Hains Point by Colonel Harts that same year—was graded and seeded. In June 1918, the Secretary of War directed the halting of the improvements and authorized all cleared land to be turned over to the Boy Scouts for truck farming. In 1919, 8.4 acres near Hains Point were cleared, graded, and seeded to be used as a picnic area, followed a year later with the grading and seeding of another 4.4 acres at the island's southern tip. In 1921, sixty acres of the park were allocated to the District of Columbia Department of Agriculture, which was subdivided into 824 vegetable gardens. In

1923, 109 twelve-foot-tall poplars were planted along the railroad embankment to screen the railroad from the tourist camp. As visible in an aerial photograph from circa 1920 (see Fig 38), trees at the southern end of the golf course and along the perimeter of the island were well established by this time. Planting plans or documentation about these trees, and about general landscape improvements between the 1920s and 1960s, were not discovered in the research for this CLI. In the northern part of the park, aerial photographs from 1949 and 1957 (NETR 1949 and 1957) show a rhythm of trees in the median and along the west side of Ohio Drive SW between the railroad embankment and the access road to the golf course. The trees are shown as existing in a 1961 plan for the reconstruction of the road in this area (eTIC 805/82039).

The planting plans for the golf course were developed by renowned golf course architect Walter Travis when he developed his plans for the course. His design, inspired by links-style courses in Scotland, preferred a mostly treeless landscape, which permitted open views to the Potomac River and Washington Channel beyond. He did, however, incorporate some existing trees into his design, including a line of trees that served to separate the front nine and back nine, as well as some others at the perimeter of the course. In 1917, nine golf greens were installed and areas for fairways were cleared and graded, although development of the golf course stalled during World War I. At the close of the war, fairways were laid out, sand pits and hazards were built, and another green was installed at the golf course. In 1921, the CFA approved a planting plan for the golf course that included a quantity of mixed evergreens, however it is unknown if any of this was installed. When William Flynn designed the E-F Course in 1925, he adhered to the links-style course that Travis had preferred. His plans indicated no trees, though the grove of cherry trees planted in 1910 from the original shipment from Tokyo were incorporated into the course. Between 1927 and 1941, a number of trees grew along the perimeter of the course, but it is not documented if these were intentionally planted or if they grew naturally. During this same period, trees were planted near the Field House and in the Blue Course, including thirty-six cedars that were installed in pairs by the CCC to mark a certain distance from tees. Aerial imagery from 1951 indicates that the course was still sparsely vegetated, although linear arrangements of trees are visible in some areas of the courses and several distinct groves of trees were planted in regular intervals at the perimeter of the golf course (NPS 2017).

Between 1966 and 1968, some 1,800 American-grown cherries and other ornamental trees were planted in East Potomac Park contemporaneous with road work and seawall reconstruction on the Washington Channel side of the park (Fig 39). These trees, mostly Yoshino cherry (*Prunus yeodensis*) with some weeping cherry trees (*Prunus subhirtella*), were installed in single rows, one on each side of Ohio Drive SW, and in the Hains Point area as part of the Johnson Administration's Beautification initiatives. Funding for the Hains Point cherry tree plantings was provided by an anonymous donor (Department of the Interior and Related Agencies Appropriation 1968, 1239). Along the west side of the island, three distinct areas marked as "Reserved for President's Cup Boat Areas" were left unplanted. Two of these were located on the river side of Ohio Drive SW and one was located on the golf course side of it. Along the Washington Channel, several distinct areas were left unplanted and marked as "vista" on the planting plans. These were located between the access drive to the golf course and Hains Point, providing visual access to the Southwest Waterfront and the National Defense University at Ft. McNair opposite the Washington Channel and of unreferenced points at the south end of the East Potomac Park Golf Course.

Additional trees planted under the same contract (1966–1968) included Austrian and Japanese black pine (*Pinus nigra*; *P. thunbergia*), bald cypress (*Taxodium distichum*), black locust (*Robinia pseudoacacia*), red and white oak (*Quercus alba*; *Q. borealis*), and weeping willow (*Salix babylonica*), though these all numbered far fewer than cherries. The non-cherry trees were planted in groups of three to five, with some having been planted singly as specimens. The trees planted in 1966 were installed along the Virginia Channel side from the railroad bridge to the southern limit of the golf course and, on the Washington Channel side, from the railroad embankment to the golf course access road. The remaining area around the eastern and southern perimeter of the park was planted the following year as reconstruction of the seawall and road was completed. In 1967, an anonymous donation provided for the purchase of some seventy white pines to be planted at Hains Point.




*Fig 39. Plan for 1966-67 tree planting at East Potomac Park depicting landscape improvements and the area of seawall rehabilitation (eTIC 805/84558-A).*

In 1964, working drawings for the NCR Headquarters Campus were developed by NPS landscape architects C. Robert "Bob" Belden, David Turello, and LeRoy "Lee" Skillman (Fig 40). The plan called for a formal and gridded arrangement of trees close to the buildings contrasted with an informal and naturalistic layout of trees at the peripheries of the site. The formal arrangements comprised European hornbeam (*Carpinus betulus*) and littleleaf lindens (*Tilia cordata*). The hornbeams that were spaced tightly in an inverted L-shape at the terrace to the east of the NCR building adjacent the pool and fountains were to be pollarded as were the hornbeams at the southeast of that building. Hornbeams to the north of the NCR building and to the northwest of the USPP building were not pollarded. A grid of littleleaf lindens provided a transition from the grid of hornbeams at the fountain terrace to the parking lot where linear rows of oaks (*Quercus phellos*; *Q. bicolor*) were planted in the parking lot islands. The planted islands in the north parking lot received three trees per island while the smaller islands in the east parking lot would receive one tree each. At the building entrances, specimen Tanyosho pines (*Pinus densiflora*) were specified, with their unique, exfoliating orange-red bark and dense, umbrella-like

canopy providing dramatic effects. At the periphery of the site, white oak (*Quercus alba*) and white pine (*Pinus strobus*) were added to the existing structure of mature vegetation preserved from the tourist camp.




*Fig 40. 1964 Planting Plan for the NPS NCR USPP Headquarters campus (National Park Service, National Capital Region 1964a).*

In 1966–1967, weeping Higan cherries (*Prunus x subhirtella 'Pendula'*) were planted at the southwest corner of Buckeye Drive SW and Ohio Drive SW opposite the southwest corner of the NCR Headquarters Campus lawn, and Yoshino cherry trees (*Prunus x yedoensis*) were planted along Ohio Drive SW (NPS 2020, 37). A European beech (*Fagus sylvatica*) planted in 1967 as a memorial tree presented by retirees was replaced with a red maple (*Acer rubrum*) in 1969.

**Post-Historic and Existing Conditions**:

Since the end of the period of significance, the planting of new trees has not been substantial. At the NCR Headquarters Campus, new and replacement trees were specified for the areas to the

east and south of the Cafeteria and Training Wing, which was completed in 1969. These included shade trees such as red maple, willow oak, littleleaf linden, tulip poplar; flowering trees including white fringetree, crabapple, sweetbay magnolia; and shrubs (NPS 2020, 39). Additional memorial trees were planted in the southeast lawn between 1979 and 1998. Between 1978 and 1980, the north parking lot was expanded to the west, with willow oaks (*Quercus phellos*) planted in the islands. At this same time, a trash compactor was constructed and screened with plantings.

In 1970, a planting plan was developed for the area surrounding the US Engineers' Storehouse, which was in use at the time by the NCR. (The planting plan, included as a pdf in the Darwina Neal files provided to the research team by the NPS, is not signed and it is unknown if it was implemented). The plan indicated that sixteen Yoshino cherry trees would be planted in the area around the new parking lot and another twelve planted to the south of the Storehouse. Eight Weeping Higan cherry trees were specified, planted in groups of two or three. Black pines were specified at the north end of the site, presumably to screen the railroad embankment. Five swamp Spanish oaks were specified at this time in the Ohio Drive SW median adjacent the Storehouse. Documentation about the planting of trees along Buckeye Drive SW was not discovered during the research for this CLI. Based upon aerial photographs, the trees on both sides of the road were planted in the late 1970s and are readily visible in a photograph from 1980 (NETR 1980). Along the north side of the road, red horsechestnut (*Aesculus x carnea*) are present today and, lining the south side of the road, yellow buckeye (*Aesculus flava*) are present.

In 1983, seventy Yoshino cherry trees, eighteen swamp white oaks, nine bald cypresses, and several weeping willows, zelkovas, and red oaks were planted along both sides of Ohio Drive SW between the railroad embankment and the main access drive to the East Potomac Park Golf Course. The plan (eTIC 805/80064-A) includes only a single sheet however a second sheet is mentioned, as well as a note about sweet bay magnolia to be planted as a test near the Teahouse. Further research is required to determine if trees other than those mentioned were planted.

In 1983, four sweetbay magnolia trees were planted in the lawn area to the southwest of the USPP Headquarters in the NCR Headquarters component cultural landscape. The trees were planted to

commemorate forty years of service by Russell E. Dickenson, NCR director from 1970 to 1973 and director of the NPS from 1980 to 1985. In 1985, a "Hispanic Heritage Tree" willow oak was planted during Hispanic Heritage Week in the southwest lawn area.

In 1994, NPS landscape architect Darwina Neal developed a planting plan for the East Potomac Park Tennis Facility (eTIC 805/80657). Focused mainly in the area lying between the inflatable tennis bubble and the tennis courts, the plan specified five willow oaks (*Quercus phellos*), four scarlet oaks (*Quercus coccinea*), fourteen hollies (*Ilex 'Nellie R. Stevens'*), eleven crape myrtles (*Lagerstromia x 'Muskogee'*; *L. x 'Natchez'*), and groundcover to the already existing landscape. It is assumed that the plan was implemented, as several hollies and crape myrtles are present as shown in the 1994 plan, although only two willow oaks and one scarlet oak remain.

In the area surrounding the US Engineers' Storehouse, screening vegetation was planted in 2011 at the same time that temporary modular offices were built. The project included the removal of a mature cottonwood that was in decline, replaced by a pecan tree, and the planting of fifteen dragon lady hollies to screen the modular office from Ohio Drive SW and fifteen cherry laurels on the office's north end to soften its appearance from the parking lot (NCPC 2010).

Between 2017 and 2019, the eastern half of the NCR Headquarters Campus north parking lot was demolished to make way for the new USPP D1 station, resulting in the removal of the planted islands there.

East Potomac Park Golf Course Vegetation

At the East Potomac Park Golf Course, historic vegetation has matured since the end of the period of significance. In the 1970s, flowering cherries and crabapples were planted as borders to the individual courses. In 1979, accompanying the insertion of a new parking lot to serve the police and maintenance areas to the north of the Field House, a number of trees were planted to screen this area from Ohio Drive SW. These included maples (*Acer rubrum 'October Glory'*), Washington hawthorn (*Crataegus phaenopyrum*), Chinese Burford holly (*Ilex cornuta bufordi*),

Japanese flowering crabapple (*Malus floribunda*), willow oak (*Quercus phellos*), and pines (*Pinus nigra*; *P. thunbergia*) among others.

Some evidence exists that supports the claim that several of the cherry trees from the original 1910 shipment of trees from Tokyo may have been planted in East Potomac Park (Fig 44). The trees, numbering between 15 and 20, are planted approximately 50-feet apart in legible rows in the East Potomac Park Golf Course between the intersection of Ohio Drive SW/Buckeye Drive SW and the Field House. The alignment and spacing of the trees indicate intentional planting that exceeds the usual intervals found in nurseries but may indicate that they were sited as part of a quarantine study (Fig 45 and Fig 46). Additionally, the amount and type of decay present on all the trees is consistent with pest infestation, which further supports the argument that these trees are from the 1910 shipment (Pliska 2008). These Yoshino cherry trees are significant because they may be the last surviving specimens of the gift from the City of Tokyo and because they are more than twice the average age of this species of trees.

Dominant species within the East Potomac Park Golf Course component cultural landscape comprise pine, willow, elm, oak, and cherry. Large willow oaks are present along the western edge of the Blue Course and a row of willows are present bordering the eastern limit of the White Course. The East Potomac Park Golf Course CLI (2017) provides further documentation about the contributing vegetation and is summarized in the table at the end of this section.

National Capital Region Headquarters Campus Vegetation

Although the research team conducted a field survey of the NCR Headquarters campus, assessments of the existing vegetation was challenged due to renovation of the NCR and USPP Headquarters buildings, which was ongoing during the entirety of the documentation period for this CLI. Complete assessments of the existing vegetation were hindered by the presence of equipment, temporary buildings and walks, fences and screens, and other objects and activities. What follows is a brief overview of the vegetation as surveyed for this CLI.

Vegetation at the NCR Headquarters Campus consists primarily of mature trees surrounding the building in formal groupings, informal arrangements further away from the buildings, and oaks planted in the parking lot islands. Visual and physical obstructions associated with the renovation of the NCR and USPP buildings prevented a thorough assessment of vegetation during the research of this CLI. The obliteration of the western extent of the north parking lot for the building of the USPP District One Station led to the removal of some of the contributing oaks that formerly occupied the central islands. The pollarded European hornbeams that were planted northwest of the USPP headquarters are mostly all gone, with only a few remaining. The contributing grid of pollarded European hornbeams originally planted to the east of the NCR headquarters was removed with the construction of the Cafeteria and Training Wing in 1969. The contributing grid of lindens to the north of the main entrance plaza to the NCR headquarters has matured, though some having been removed. The contributing pollarded European hornbeams planted at the main entrance plaza to the NCR headquarters is intact and legible (Fig 47). Some shrub plantings (Japanese holly) still exist along the eastern face of the NCR Headquarters. The contributing Tanyosho pines at the entrance plaza to the USPP Headquarters and the east entrance to the NCR Headquarters are still present, although the pines depicted in planting plans to the west of the NCR Headquarters west entrance were not seen: a mature river birch was present and appeared to be healthy (Fig 48). The contributing crape myrtles installed near the connecting, covered walk between the two buildings are still present, though overgrown. Further out from the buildings at the perimeter of the NCR Headquarters Campus, the contributing informal arrangement of trees, supplemented by plantings in the 1970s and 1980s, has matured and is in good condition (Fig 49). Overall, the original formal planting plan at the NCR Headquarters Campus has a medium degree of integrity (Fig 50). The informal plantings at the periphery of the campus have a higher degree of integrity.

Ohio Drive SW Flowering Cherry Trees (Contributing)

The flowering cherry trees remain one of the most dominant character-defining features of the East Potomac Park cultural landscape, especially as they bloom in early spring. The most prevalent species of flowering cherry tree in East Potomac Park is the Yoshino cherry (*Prunus x yedoensis*), which are planted on both sides of Ohio Drive SW (Fig 41). The Kwanzan cherry

(*Prunus serrulate 'Kwanzan'*) is also heavily represented in East Potomac Park, planted mostly on the eastern side of Ohio Drive SW on the Virginia Channel side of the island. This species blooms later than the Yoshino cherry. A single specimen of the Okame cherry tree (*Prunus x okame*), which is the earliest cherry to blossom in the spring, is planted on the Washington Channel side of Ohio Drive SW just south of the US Engineers' Storehouse. This tree is often used as an indicator tree that anticipates the start of the annual Cherry Blossom Festival. In areas of East Potomac Park that are particularly prone to flooding, the Takesimensis cherry (*Prunus takesimensis*) has been planted as it is more tolerant of wet soils than the other species of cherries used in the Potomac Parks. These can be found on both sides of Ohio Drive SW on either side of the island, mostly in the southern third of the park. Notably though, they are absent from the Hains Point area of the park, which tends to flood and is planted with bald cypress (*Taxodium distichum*). The flowering cherry trees lining both sides of Ohio Drive SW throughout East Potomac Park are character-defining features and, with most of them dating to the period of significance, these are documented as contributing resources to the cultural landscape. These trees, especially those that lie between the road and the seawall, are particularly vulnerable to impacts associated with tidal and stormwater inundation, soil erosion and compaction, the decline in soil fertility, and salt water.




*Fig 41. Photo looking south of Yoshino cherry trees lining Ohio Drive SW adjacent the Washington Channel (Matthew Traucht 2021).*

Ohio Drive SW Oaks (Contributing)

Thirty-six mature pin oaks are present in the median of Ohio Drive SW between the railroad embankment and the access drive to the East Potomac Park Golf Course. These are planted approximately fifty-feet-on-center. Along the western side of Ohio Drive SW, several mature red oaks and white oaks are also present. Although no documentation was found in the research of this CLI that indicates when these oaks were planted, trees matching the existing layout are visible in aerial photographs from 1949 and are depicted in plans from 1961. Due to their age and presence in historic images, these trees are considered contributing resources.

Hains Point Bald Cypress and Pines (Contributing)

At the perimeter of Hains Point, several trees dating to the 1966–1967 planting plan are still present. These consist of, primarily, bald cypress and a few Japanese black pines (Fig 42). As the only vegetation on the perimeter of Hains Point, these trees are character-defining and are considered contributing resources to the cultural landscape.

Hains Point Picnic Grounds Vegetation (Contributing)

A number of mature trees in the Hains Point Picnic Area, consisting primarily of oaks, were planted prior to or during the 1966–1967 period, are also character-defining. To the north of the parking lot, the mature trees comprise mostly willow oak with some American elm, pin oak, cottonwood, and yellow buckeye. To the south of the parking lot, the mature trees include willow oak, cottonwood, white oak, sweetbay magnolia, and elms. The on-street parking areas on the east and west sides of this area are lined with Yoshino cherry trees. The trees at Hains Point are especially vulnerable to decline and poor health due to the decline in soil fertility, soil erosion and compaction, tidal and stormwater inundation, and salt water (Fig 43). Planted prior to or during the 1966–67 period, the mature trees in the Hains Point Picnic Area are contributing resources to the East Potomac Park cultural landscape.

Buckeye Drive SW Trees (Noncontributing)

The trees lining both sides of Buckeye Drive SW were planted after the period of significance and are considered noncontributing resources to the East Potomac Park cultural landscape. Planted in a regular rhythm of approximately forty-feet-on-center, the single row of trees along the north side of Buckeye Drive SW are red horsechestnut (*Aesculus X carnea*) and those along the south side are yellow buckeye (*Aesculus flava*).



*Fig 42. Photo looking southeast of bald cypress and white oak on the Washington Channel side of Hains Point. These trees date to the 1966-67 planting plan (Matthew Traucht 2021).*



*Fig 43. Photo looking north depicting soil erosion on Potomac River side of the park, which has exposed tree roots leading to decline and poor health of mature, contributing vegetation (Matthew Traucht 2021).*



*Fig 44. Photo looking west depicting Yoshino cherry trees in East Potomac Park Golf Course. The stand shown may date to the 1910 shipment of trees gifted to the U.S. by the City of Tokyo (Matthew Traucht 2021).*



*Fig 45. Photo looking northwest depicting sparse plantings, which are a character defining feature of the East Potomac Park Golf Course. Trees in the distance likely date to the 1940s and 1950s (Matthew Traucht 2021).*



*Fig 46. Photo looking southerly depicting cedars planted in a row in the East Potomac Park Golf Course. These date to the 1930s and were planted by the Civilian Conservation Corps (Matthew Traucht 2021).*



*Fig 47. Photo looking south depicting the grid of pollarded European hornbeams at the fountain terrace (renovation of NCR and USPP Headquarters underway) (Matthew Traucht 2021).*



*Fig 48. Photo looking east depicting Tanyosho pine at the entrance to the USPP building (Matthew Traucht 2021).*



*Fig 49. Photo looking south depicting mature willow oaks and red maples in the lawn to the southeast of the NCR building (Matthew Traucht 2021).*




*Fig 50. Diagram of vegetation depicting overall vegetated character of East Potomac Park and locations of flowering cherry trees. Vegetation in the East Potomac Park Golf Course has not been included in the diagram (SmithGroup, RHI, and Gray & Pape 2022).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Flowering cherry trees on both sides of Ohio Drive SW | Contributing | N/A | N/A | Asset | 1513184 | Yes |
| Hains Point bald cypress trees and pines | Contributing | N/A | N/A | Asset | 1568709 | Yes |
| Hains Point Picnic Ground vegetation | Contributing | N/A | N/A | Asset | 1568709 | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Oaks in the median and along the west side of Ohio Drive SW between the railroad embankment and the golf course access road | Contributing | N/A | N/A | Asset | 1513184 | Yes |
| 1910 flowering cherry trees on White Course | Contributing | N/A | N/A | Asset | 510571 | Yes |
| Formal grids of lindens and hornbeams at NCR Headquarters Campus | Contributing | N/A | N/A | Asset | 1513369 | Yes |
| Tanyosho pines at entrances of USPP and NCR buildings | Contributing | N/A | N/A | Asset | 1513369 | Yes |
| Mature oaks in the planted islands of the parking areas at NCR Headquarters Campus | Contributing | N/A | N/A | Asset | 1513369 | Yes |
| Weeping cherry trees at southwest corner of Ohio Drive SW and Buckeye Drive SW | Contributing | N/A | N/A | Asset | 1513184 | Yes |
| Red horsechestnut and yellow buckeyes lining Buckeye Drive SW | Noncontributing | N/A | N/A | Asset | 1513184 | Yes |
| Trees at I-395 cloverleaf to Ohio Drive SW | Noncontributing | N/A | N/A | Asset | 1513184 | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memorial trees in the south lawn areas of the NCR Headquarters Campus | Noncontributing | N/A | N/A | Asset | 1513369 | Yes |
| Screening vegetation along Ohio Drive SW at the NAMA headquarters and US Engineers' Storehouse | Noncontributing | N/A | N/A | Asset | 1513176 | Yes |

### *Circulation*

Circulation refers to the spaces, features, and applied material finishes that constitute systems of movement in a landscape.

**Historic Condition:**

*Vehicular Circulation and Parking*

The road that encircles East Potomac Park was built incrementally between 1912 and 1916; the commencement of its construction in 1912 marked the first permanent improvements to the nascent park. The perimeter road was formally called Riverside Drive until 1950 when it was renamed Ohio Drive SW. For a certain period during the early years, it was also known as the "Speedway," a name that was previously assigned to a dirt road on the grounds of the Washington Monument (NPS 2001, 47). The East Potomac Park perimeter road was also known as the "Breezeway" due to the cool breezes coming off the Potomac River, which attracted families to East Potomac Park (NPS 2001, 47). The macadam road on the Washington Channel side of the island from the railroad embankment to the southern point was completed first, with the road on the western side being completed in 1916. Brick gutters were installed along both sides of the roadway and metal catch basins were built into the gutters (US Army Corps of Engineers 1917). The main access road from the perimeter road to the East Potomac Park Golf Course was aligned to the centerline of the two wings of the Field House. It was a linear drive aisle from the perimeter road to the east side of the Field House wings where it terminated in a roundabout. At the southern end of the island, two arcing connecting roadways were built,

creating shortcuts between the eastern and western alignments of the perimeter road: the southernmost connector provided access to the Teahouse and picnic areas while the one to the north of that was a gravel road for service related to the golf course. The perimeter road continued from East Potomac Park to West Potomac Park along the Potomac River, making the transition between the two parks as it passed beneath the Potomac Railroad Bridge.

Although the perimeter road was originally constructed as a single lane roadway, the section of it on the Washington Channel side of the island between the railroad embankment and the East Potomac Park Golf Course access road was expanded to two lanes, most likely to accommodate increased traffic to the golf course. Although the exact date of this modification is not documented, the double lane configuration was depicted in a 1932 plan of the park (eTIC 805/82018).

As the East Potomac Park Tourist Camp became established in the northwestern segment of the park its internal vehicular circulation system evolved. Although the sequencing of this is not well documented, aerial images of the park (NETR 1949, 1951, 1964) indicate that a grid of roads aligned to the axis of the perimeter road was well established by 1949, creating several blocks within the tourist camp. Additionally, an east-west alignment at the base of the railroad embankment is visible, providing a connection from the Washington Channel side of the island to the Potomac River side. An aerial photograph from 1955 shows a road traveling underneath the railroad embankment via an underpass and accessing the then-newly constructed approach to the 14th Street Bridge from East Potomac Park.

In the late 1950s, the east-west Buckeye Drive SW was constructed in the northern part of the park. The road, measuring about a third of a mile in length, created a shortcut across the island and was built, most likely, in anticipation of the construction of the NPS NCR and USPP Headquarters and the East Potomac Park Maintenance Facility, and to provide an access point to and from the proposed Southwest Freeway. Just shy of the eastern terminus of Buckeye Drive SW, a parking lot was constructed on the north side of the road alignment. With access roads on both ends of the parking lot, it was constructed to serve the new tennis courts that were installed

at this time. Between 1959 and 1963, the elevated Southwest Freeway (today, I-395) was constructed to traverse the northern part of East Potomac Park and an access road from it to Buckeye Drive SW was inserted between the NCR Headquarters Campus and the East Potomac Park Maintenance Facility. With the construction of that access road and the freeway, the former underpass from the 14th Street Bridge to the automobile tourist camp was no longer needed. The east-west road at the base of the railroad embankment was also removed at this time. The tourist camp was demolished in 1963–1964, with no trace of it incorporated into the layout of the NCR Headquarters Campus. By 1963, an exit from the Southwest Freeway southbound lanes was inserted into the northernmost part of East Potomac Park. The cloverleaf-style exit ramp returned 180 degrees to parallel the railroad embankment easterly to a T intersection with Ohio Drive SW, just north of the US Engineers' Storehouse. This exit ramp provided an important link from the new Southwest Freeway to the District of Columbia's historic core and National Mall.

Between 1961 and 1967, Ohio Drive SW was rehabilitated, with the section from the railroad embankment to the golf course access road being completed first. The alignment of the road was not altered at this time. The drawings for this work (eTIC 805/82039) indicate that curbs and gutters were removed and reconstructed, some areas of the median were revised, and catch basins were rebuilt. Sidewalks along Ohio Drive SW were not indicated as existing or being constructed. In 1966–1967, rehabilitation of Ohio Drive SW extended from the golf course access road to Hains Point and back northward along the Potomac River to the southern extent of the golf course (eTIC 805/130767). At Hains Point, the southernmost loop of the road was removed, which eliminated almost 800 linear feet of the original road alignment at the southern end of the park, but ultimately did little to transform the overall experience of Ohio Drive SW. The loop just to the south of the Teahouse was retained and became the southernmost extent of Ohio Drive SW. Documentation about the reason for the removal of the road was not discovered in the research of this CLI.

On-street parallel parking stalls were designated in regular intervals on the waterside of the roadway as it traversed the island. Two pull-off parking areas existed between the perimeter road and the seawall on the Washington Channel side of the island. At the East Potomac Park

Golf Course, two aisles of parking were located to the north of the drive aisle and several more were situated to the south of it. Between 1927 and 1937, the parking lot to the south was enlarged, which may have been related to the construction of the swimming pool to the west of the Field House. The parking lot remained in this location throughout the period of significance, although minor modifications to the layout of the lot occurred.

Parking at the NCR Headquarters Campus was accommodated by two interconnected lots. Along the north side of the campus, a rectilinear parking lot with seven drive aisles was accessed from Ohio Drive SW on the west side of the island. To the east, a perpendicular lot with five drive aisles was accessed from the north parking lot and from the unnamed road that extended from Buckeye Drive SW to the Southwest Freeway exit and entrance ramps. In both lots, islands, planted with turfgrass and trees, separated the drive aisles. Concrete curbs at the drive aisles and islands consisted of an exposed aggregate concrete to match the walks.

*Pedestrian Circulation*

Between 1912 and 1916 as the initial improvements to the park were underway, a bridle path was marked out, although it is not clear how much of this was ultimately constructed. A 2,000-foot-long section of cinder path was constructed in 1913 (US Army Corps of Engineers 1913).

At the East Potomac Park Golf Course, progression of play (the pedestrian route that golfers use when advancing from one hole to the next in sequence) varied depending on the course that was being played. Generally, the progression of play for all courses commenced and terminated near the two wings of the Field House. Throughout the period of significance, as the courses were incrementally redesigned and renovated, the progression of play within each of the courses was altered to suit the course. The East Potomac Park Golf Course CLI provides a detailed description of the progression of play and alterations that occurred during the period of significance.

Although the historic period plans for the golf course did not delineate formal paths between holes, it does appear that trails may have been maintained to facilitate this type of circulation and to avoid damage to the greens. A 1918 letter from golf course designer Walter Travis to

Superintendent Francis F. Gillen requested that "care should be taken to avoid making them look like walks, but rather that they just happened that way naturally… vary the widths and general outlines so as to harmonize with the greens. Whatever you do, don't make them formal in appearance" (NPS 2017, 94).

In 1930, a linear concrete walk atop the seawall, bordered on the river's edge by a pipe-rail, was constructed along the Washington Channel side of the park. In 1931, the section of promenade stretching from Hains Point to the Tidal Basin Inlet Bridge (located in West Potomac Park) was built (Chapell 1973, 129). The walks were constructed of ten-foot-wide reinforced slabs laid across the top of the seawall. The pipe rail was constructed of four-inch-diameter iron piping divided into three equal tiers with a total height of forty inches. This pedestrian promenade extended along the edge of the island, providing access to Hains Point. Aside from the perimeter walk, several meandering paths near Hains Point provided pedestrian circulation to the picnic areas while an arcing walk, in addition to an orthogonal north-south walk, provided access to the Teahouse. In around 1954, a Mission 66 "Type B" comfort station was built to the north of the Teahouse. Although documentation about the pedestrian circulation system to the comfort station has not been found in the research for this CLI, it is likely that a walk (or walks) would have been built to provide access to it.

In the northern part of the park, a linear path from the road that paralleled the railroad embankment provided access to the tennis courts, which were present from 1938 to 1960. A concrete walk flanked that road on its southern side. Based upon what can be discerned from aerial photographs, the tourist camp did not have an internal pedestrian circulation system. When Buckeye Drive SW was built in 1959, a sidewalk was installed along its northern side but not on its southern side. With the construction of the elevated Southwest Freeway and the Francis Case Memorial Bridge between 1959 and 1962, a pedestrian walk was inserted along its southern face. This paved walk provided a pedestrian connection between Ohio Drive SW and the Southwest Waterfront on the opposite side of the Washington Channel via a multi-use path that uses the Francis Case Memorial Bridge.

The pedestrian circulation system within the NCR Headquarters Campus was designed as an interconnected, orthogonal network of walks that accessed the different buildings and parking areas (Fig 51). At the USPP Headquarters, a rectilinear paved plaza provided a transition between the parking lots to the north and the concrete steps (five risers) that accessed the building. Circulation between the USPP Headquarters and the NCR Headquarters was accommodated via a linear walkway sheltered by a wood canopy. To the east of the NCR Headquarters building, an arrival plaza consisting of a rectilinear forecourt paved with lightly exposed aggregate concrete served as a convening space and welcoming entry to the building. Within this forecourt, a rectilinear pool served as a focal point and a grid of trees provided shade and softened the overarchingly hardscaped area, with brick pavers used at the transition from the concrete walks to the soil panels. Beyond this forecourt, the main entry to the NCR Headquarters building was an obtuse plaza on the oblique to the geometry of the L-shaped building. A similar plaza provided access to a secondary entry point opposite the main entry, on the west side of the building. Both entry plazas were paved with flagstone pavers, cut in rectilinear forms, which extended from the outside into the lobby of the building where the material transitioned to bluestone, creating a connection between interior and exterior spaces. Concrete steps (two risers at the east entry and three at the west) topped with flagstone pavers served to transition from the surrounding grade to the slightly elevated thresholds. The pedestrian circulation system of the NCR Headquarters Campus was connected to the larger East Potomac Park circulation system via a linear concrete walk that extended from the covered walkway between the two buildings southerly along the west side of the NCR Headquarters building to the east-west walk along the north side of Buckeye Drive SW.




*Fig 51. Diagram of existing vehicular and pedestrian circulation systems (SmithGroup, RHI, and Gray & Pape 2022).*

**Post-Historic and Existing Conditions:**

*Vehicular Circulation and Parking*

Since the end of the period of significance (1969), few significant changes to the vehicular circulation system of East Potomac Park have occurred. Between 1970 and 1983, a small parking lot north of the East Potomac Park Miniature Golf Course was built, likely in conjunction with the establishment in 1979 of the USPP substation in the north wing of the Field House. In 1974, a small public parking lot was constructed for the East Potomac Park Tennis Facility. In 1980, a parking lot was installed to the north of the US Engineers' Storehouse. Accessed from Ohio Drive SW, it is a rectilinear lot circulating around a vegetated central island. The parking lot for the East Potomac Park Golf Course was enlarged to the south in 2001 and, a year later, the access road from Ohio Drive SW was relocated southward to align with the center of the parking area. At this

time, the roundabout was removed and a new access road from Ohio Drive SW to the smaller parking area was inserted to the north of the larger main parking lot. The access drive extended beyond the lot to provide access to the golf course maintenance area to the northwest of the north wing of the Field House. At the NCR Headquarters Campus, the north lot was expanded slightly to the west in 1978 but the overall geometry of the lot as it was originally installed was retained. With the construction of the USPP District One Station, completed in 2019, the eastern half of the north parking lot was demolished. The building and its landscape occupy the southern and western portions of that repurposed space. Drive aisles accessing a new parking lot located to the north of the substation were added on the northwest and southeast part of the substation campus, resulting in minor changes to the overall vehicular circulation of the NCR Headquarters Campus.

The present-day vehicular circulation system in East Potomac Park includes Ohio Drive SW, Buckeye Drive SW, an access road that accommodates vehicular traffic exiting and entering the elevated northbound I-395 / Dwight D. Eisenhower SW Freeway that crosses the park at the northern end of the island, and an exit ramp from the southbound I-395 / Dwight D. Eisenhower SW Freeway, which intersects with Ohio Drive SW on the Washington Channel side of the island just south of the railroad embankment. Minor vehicular routes provide access to administrative and maintenance facilities at the northern end of the park. An access road facilitates public entry to the East Potomac Park Golf Course from Ohio Drive SW and, to the north of that, another minor roadway provides access to the East Potomac Park driving range for service vehicles (Fig 52). At the southern end of the park, an arcing spur from the Washington Channel side to the Potomac River side of the island provides access to a bus and automobile parking area at Hains Point.



*Fig 52. Photo looking north depicting Ohio Drive SW, with on-street parking stalls on the Washington Channel side of the island (Matthew Traucht 2021).*

*Vehicular Circulation and Parking*

Ohio Drive SW (Contributing)

Ohio Drive SW is a continuous 3.5-mile-long asphalt roadway that circulates around the perimeter of the park. Ohio Drive SW originates outside of the East Potomac Park boundary just to the east of the Tidal Basin where it is connected via a T-intersection with Maine Avenue SW. Ohio Drive SW enters East Potomac Park on the island's eastern side after passing beneath the Potomac Railroad alignment, which serves as the park's boundary with West Potomac Park. From the railroad alignment to the access road to the East Potomac Park Golf Course (0.60 miles), Ohio Drive SW is a two-way route divided by a thirty-five-foot-wide median, which is planted with turf and a single line of mature trees. The northbound (outbound) lane is on the east, closest to the island's shoreline while the southbound (inbound) lane is inset, closer to the park's

interior. For the remainder of its length along the Washington Channel, around Hains Point, and back northward along the Potomac River, Ohio Drive SW is a twenty-foot-wide, two-lane, one-way roadway (circulating clockwise) that extends along the periphery of the island. After it intersects with Buckeye Drive SW on the Potomac River side of the island, Ohio Drive SW is a two-way, two-lane roadway that continues 0.20 miles to the East Potomac Park boundary at the Potomac Railroad Bridge (also known as the Long Bridge) where it continues into West Potomac Park. Ohio Drive SW is lined on both sides with concrete curbs and gutters. Built between 1912 and 1916, Ohio Drive SW retains its original alignment and contributes to the historic character of the cultural landscape.

Ohio Drive SW On-Street Parking Areas (Contributing)
Public parking is provided along the length of Ohio Drive SW in parallel parking spaces along the road alignment and in two off-street lots between the road and the Washington Channel. Along the 0.60-mile-long stretch of Ohio Drive SW on the Washington Channel side of the island between the Potomac Railroad Bridge and the entrance to the golf course, on-street parallel parking spaces line the outsides of both the inbound and outbound roads. Along the length of Ohio Drive SW from the golf course entrance to Buckeye Drive SW on the Potomac River side, the road has been widened in numerous places to allow for parallel parking along the street. Varying in length, these on-street parking areas are aggregated at regular intervals on the outside of the drive aisle, with ten instances of this on the Washington Channel side of the park and ten along the Potomac River side. It is not known when these parking areas were installed, but they do occur on plans from 1966–1967 (eTIC 805/84558) so they fall within the period of significance and are considered contributing circulation features to the cultural landscape. On-street angled parking, also installed in 1966–1967, is provided in two sections on the inside of Ohio Drive SW at Hains Point, one on the Washington Channel side and another on the Potomac River side. Angled parking is provided on the southern of the two shortcuts that traverse Hains Point near the picnic area, playground, and comfort station. These were constructed as part of the rehabilitation of Ohio Drive SW done in 1966–1967 and are considered contributing features to the cultural landscape.

Ohio Drive SW Off-Street Parking Lots (Contributing)

Along the Washington Channel side of Ohio Drive SW, two off-street, angled parking lots are accessed via short entrance and exit spurs (Fig 53). These were installed as part of the Ohio Drive SW rehabilitation project in 1966–1967, which falls within the period of significance, and they are considered contributing features.



*Fig 53. Photo looking south depicting off-street parking area on Ohio Drive SW, Washington Channel side of the island (Matthew Traucht 2021).*

National Capital Region Headquarters Campus North and West Parking Lots (Contributing)

Between 1978 and 1980, the southern half of the parking lot to the north of the NCR and USPP Headquarters buildings was expanded to the west, which added six rows of parking (Kuhn et al 2020, 39). Between 2017 and 2018, the eastern half of the northern parking lot was demolished for the construction of the USPP Central District Station. The alignment of the access road, which extended east from Ohio Drive SW to the unnamed road and provided for internal vehicular circulation between the north parking lot and the west parking lot, was retained (Fig 54). The

integrity of the north parking lot is diminished due to it being extended to the west and being truncated to the east. These parking lots and the access road between them are contributing vehicular circulation features to the East Potomac Park cultural landscape.

Buckeye Drive SW (Contributing)

The 0.33-mile-long, 24-foot-wide east-west Buckeye Drive SW is paved with asphalt and has concrete curbs and gutters. Constructed in the late 1950s, Buckeye Drive SW provides a shortcut across the northern part of the park, connecting the two segments of Ohio Drive SW. It also provides vehicular access to the NCR and USPP Headquarters buildings, to the East Potomac Park Maintenance Facility, and to the unnamed road that facilitates vehicular circulation to and from I-395 northbound. Buckeye Drive SW is a contributing vehicular circulation feature to the East Potomac Park cultural landscape.

Unnamed Access Road (Contributing)

Midway along the length of Buckeye Drive SW, an unnamed north-south road provides access to the Southwest Freeway/I-395 exit and entrance ramps. It also provides access to the East Potomac Park Maintenance Facility and to the NCR Headquarters Campus. Because it was installed at around the same time as Buckeye Drive SW and provides crucial access to administrative facilities, this road is a contributing resource.

Tennis Court Parking Lot at Buckeye Drive SW (Contributing)

Approximately 150 feet west of Ohio Drive (on the Washington Channel side of the island), the tennis court parking lot built at the same time as Buckeye Drive SW is still extant, essentially unaltered from its original configuration. The rectilinear lot is accessed from Buckeye Drive SW via arcing drives at either end of it. The lot measures approximately 50 feet by 230 feet and allows for front-in parking along its long axis on both sides of the lot. It is paved with asphalt and has concrete curbs and gutters.

US Park Police Central District Station Parking Lot (Noncontributing)

When the USPP Central District Station was built between 2017 and 2019, a new parking lot for that facility was constructed to the north of the building. It is accessed via the unnamed road that extends from Buckeye Drive SW to the 1-395 ramps. The parking lot is noncontributing to the East Potomac Park cultural landscape.

Ohio Drive SW Parking Areas (Noncontributing)
At the northern part of the park, a small off-street public parking lot is present at the East Potomac Park Tennis Facility. This was likely constructed in 1974 and is a noncontributing feature of the cultural landscape. There is a small parking lot for employees and visitors at the National Mall and National Parks Headquarters on the Washington Channel side of the island just south of the railroad bridge. From Ohio Drive SW on the west side of the island, access is provided to the parking lots at the NCR Headquarters Campus that serve employees and visitors to that complex.



*Fig 54. Photo looking northeast depicting the North Parking Lot at the National Capital Region Headquarters Campus (Matthew Traucht 2021).*

*Pedestrian Circulation*

The pedestrian circulation system in East Potomac Park can be viewed as two separate typologies: the continuous perimeter promenade along the seawall and, more internally, a non-contiguous internal system of walks associated with individual areas of the park. These internal pedestrian circulation routes are located at the East Potomac Park Golf Course, the NCR Headquarters Campus, and at the picnic area and playground at Hains Point. Additionally, numerous minor social trails from parking areas to the perimeter walk can be found.

East Potomac Park Golf Course Pedestrian Circulation

At the East Potomac Park Golf Course, the progression of play has been altered several times since the end of the period of significance. The progression of play of the reversible eighteen-hole Blue Course (former B and D Courses) begins and ends at the Field House, although the

pedestrian circulation is altered from the historic condition, most notably in the back nine. At the nine-hole White Course (former F Course), the progression of play begins to the south of the driving range and ends at the northwest corner of the Field House. The progression of play for the nine-hole Red Course (former G Course) begins at the practice putting greens and ends at the Field House. The White Course and the Red Course have been substantially altered since the period of significance and the progressions of play for both courses have also been revised since that time. More detail of these changes can be found in the East Potomac Park Golf Course CLI.

Various social trails can still be found within the courses, varying in width, paving material, and extent. These are more pronounced and more contiguous in the Blue Course than they are in the Red and White Courses, where they tend to be more fragmented. The social trails, used by golfers on foot and in carts, are paved with gravel, are not edged, and are not signed.

At the Field House, paths and sidewalks were largely absent during the period of significance for the golf course (1917–1941) but have since been added. Between 1940 and 1970, axial walks provided for pedestrian circulation between the parking lot, the Field House, and the swimming pool. Arcing pathways were added to the orthogonal circulation system in the 1980s. These connect the two Field House wings with the putting greens and the larger circulation network of the golf course.

Pedestrian Promenade along Seawall (Contributing)

At approximately 3.5 miles in length, the ten-foot-wide promenade (sometimes referred to as the Hains Point Loop) traces the perimeter of the island. The perimeter walk consists of unreinforced concrete slabs set atop the bulkhead, with a pipe rail preventing falls from the walk into the adjacent waters (Fig 55). Due to deterioration and damage of the bulkhead that has resulted in buckling of the concrete pavement, the perimeter walk is unusable in several locations along its length. The promenade is a contributing resource to the East Potomac Park cultural landscape.

Pedestrian Walks from I-395 (Contributing)

Descending from the elevated Francis Case Memorial Bridge, a paved, shared-use path provides pedestrian and bicycle connectivity into East Potomac Park from the Southwest Waterfront, which lies on the opposite side of the Washington Channel (Fig 58). The walk, which originates in Benjamin Banneker Park, flanks the northbound lanes of the Dwight D. Eisenhower SW Freeway from where it provides access to East Potomac Park in two locations: Via a switchback from the freeway, a ramp descends adjacent the East Potomac Park Tennis Facility to Ohio Drive SW on the Washington Channel side of the park. The walkway along the freeway also extends from the previously mentioned switchback to flank the access ramp that provides vehicular connectivity to the northbound lanes of the freeway from Buckeye Drive SW within the park. These walks were installed as part of the construction of the Southwest Freeway and provide an important pedestrian connection to the Southwest Waterfront. They are, therefore, contributing resources to the East Potomac Park cultural landscape.

Tennis Court Pedestrian Circulation (Contributing)
Within the East Potomac Park Tennis Facility, a nine-foot-wide concrete walk extends between the tennis courts from Ohio Drive SW to the parking lot on Buckeye Drive SW. The walk was installed at the same time as the tennis courts and is a contributing resource to East Potomac Park.

Buckeye Drive SW North Sidewalk (Contributing)
Buckeye Drive SW is flanked on the north side by a four-foot-wide concrete walk, which is offset from the roadway by an approximately ten-foot-wide planted verge (Fig 59). It provides access to the tennis courts, the NCR Headquarters Campus, and the I-395 northbound walk that extends to the Southwest Waterfront. The walk along the north side of the road alignment was installed with the construction of the road and is a contributing resource.

National Capital Region Headquarters Campus Pedestrian Circulation (Contributing)
At the time of the writing of this CLI, the NCR and USPP Headquarters buildings were under renovation. Due to construction activities and equipment, as well as the presence of temporary walks and modular offices, it was difficult to determine the condition of the pedestrian

circulation system within the campus. The following is an overview of pedestrian circulation conditions when surveyed in 2021. The rectilinear paved plaza at the USPP Headquarters has been altered at some point with the insertion of a wheelchair-accessible ramp. The concrete steps leading to the USPP Headquarters are a different color than the plaza but match the ramp, which indicates that the extant steps probably replaced the original ones and were done at the same time as the ramp. To the east of the NCR Headquarters, the arrival plaza and oblique plaza are still present, however much of the paving materials was absent. A wheelchair-accessible ramp had been added to accommodate the grade change between these two paved areas. The brick pavers at the hornbeam grid are largely still present. The concrete walk that extended between the USPP and the NCR Headquarters buildings from Buckeye Drive SW is still present, as was the covered walkway between the two buildings. The pedestrian circulation system of the NCR Headquarters Campus is a contributing resource to the East Potomac Park cultural landscape.

Buckeye Drive SW South Sidewalk (Noncontributing, compatible)

Buckeye Drive SW is flanked on the south side by a four-foot-wide concrete walk, which is offset from the roadway by an approximately ten-foot-wide planted verge. Based upon a review of aerial photographs taken between 1963 and 1988, no walk was present along the south side of Buckeye Drive SW, however a new walk is visible in aerial photographs from 1994 (NETR 1963, 1988, and 1994). This sidewalk is a noncontributing, compatible resource.



*Fig 55. Photo looking southeast depicting perimeter walk on Potomac River side of East Potomac Park (Matthew Traucht 2021).*

Ohio Drive SW sidewalks (Undetermined)

On the Washington Channel side of the park between the railroad bridge and the entrance to the East Potomac Park Golf Course, sidewalks flank both sides of Ohio Drive SW. While it is likely that bridle paths or walks may have been present along the roadway during the period of significance, no documentation has been found in the research of this CLI that substantiates their existence. As-built planting plans from 1966–1967 (eTIC 805/84558), which show Ohio Drive SW and the adjacent conditions, indicate that neither bridle paths nor walks were present along this section at that time (Fig 56). Sheet 9 of 9 from that set shows that concrete walks entered East Potomac Park from the west on both sides of Ohio Drive SW but terminated just east of the railroad embankment. However, lines that appear to be new concrete walks are somewhat visible in aerial photographs from 1964 (NETR 1964). Thus, the status of these concrete walks is considered undetermined until future research can confirm a date of construction.

Today, five-foot-wide concrete walks are present along the outside curb of both the inbound and outbound lanes. Along the inbound lane, walk originates beneath the 14th Street bridge complex and terminates at a crosswalk adjacent the East Potomac Park Golf Course parking lot. On the outbound side, the walk extends from the previously mentioned crosswalk, underneath the Potomac Railroad and Southwest Freeway bridges, and continues along Ohio Drive SW where it is connected to the citywide pedestrian circulation system (Fig 57). For the remainder of Ohio Drive SW in East Potomac Park, no flanking sidewalks are present.




*Fig 56. Detail from sheet 9 of 9, As-Built "Tree Planting" from 1966-1967 (eTIC 805/84558). Red boxes (added by the author) show the existing concrete walks from the west terminating just beyond the railroad embankment in East Potomac Park. A note in the smaller box (south of Ohio Drive) reads "sidewalk ends" and one in the larger box indicates "conc. walk."*



*Fig 57. Photo looking northwest showing Ohio Drive SW from beneath the Francis Case Memorial Bridge, note planted median and sidewalk, Potomac Railroad Bridge in distance (Matthew Traucht 2021).*



*Fig 58. Photo looking southwest depicting pedestrian/bicycle circulation to Francis Case Memorial Bridge from East Potomac Park at Ohio Drive SW on the Washington Channel side of the park (Matthew Traucht 2022).*

Pedestrian Walk to Mission 66 "Type B" Comfort Station (Managed as a Cultural Resource)

Accessed from Ohio Drive SW at the southern end of the park, the walks from the parking area to the Teahouse were removed when that structure was demolished in 1987. A linear walk from the parking lot on Hains Point extends northward through the East Potomac Park Playground and picnic area to the Mission 66 "Type B" comfort station. Although it seems likely that this walk was installed when the comfort station was constructed, no documentation of that exists. For the purposes of this CLI, its status is documented as Managed as a Cultural Resource. In the opposite direction, two minor, noncontributing walks from opposite ends of the parking area merge and continue a short distance before terminating in a grassy area of the Hains Point Picnic Area.



*Fig 59. Photo looking southwest depicting Buckeye Drive SW looking west. The walk on the right side of the photo is a contributing circulation feature; the walk on the left side is a noncontributing, compatible circulation feature (Matthew Traucht 2021).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Ohio Drive SW | Contributing | N/A | N/A | Location | 19175 | Yes |
| Buckeye Drive SW | Contributing | N/A | N/A | Location | 19163 | Yes |
| Unnamed road from Buckeye Drive SW to exit and entrance ramps from | Contributing | N/A | N/A | Location | 19164 | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Southwest Freeway / I-395 northbound | | | | | | |
| Ohio Drive SW on-street parking stalls | Contributing | N/A | N/A | N/A | N/A | N/A |
| Ohio Drive SW off-street parking lots along Washington Channel (North and South) | Contributing | N/A | N/A | N/A | N/A | N/A |
| Tennis court parking lot at Buckeye Drive SW | Contributing | N/A | N/A | Location | 49929 | Yes |
| NCR Headquarters Campus north and west parking lots | Contributing | N/A | N/A | Location | 49931 | Yes |
| Pedestrian promenade along seawall | Contributing | N/A | N/A | Asset | 1343324 | Yes |
| Sidewalk on north side of Buckeye Drive SW | Contributing | N/A | N/A | Asset | 1120211 | Yes |
| Pedestrian walks to/from I-395 | Contributing | N/A | N/A | Asset | 11220211 | Yes |
| Pedestrian walks at tennis courts | Contributing | N/A | N/A | Asset | 1343323 | Yes |
| NCR Headquarters pedestrian circulation | Contributing | N/A | N/A | Asset | 21820 | Yes |
| Pedestrian walk from Hains Point parking area to Mission 66 "Type B" comfort station | Managed as a Cultural Resource | N/A | N/A | Asset | 17082 | Yes |
| Sidewalks along both sides of Ohio Drive SW between railroad embankment and East Potomac Park Golf Course access road | Undetermined | N/A | N/A | Asset | 1120211 | Yes |
| Sidewalk on south side of Buckeye Drive SW | Noncontributing, compatible | N/A | N/A | Asset | 1120211 | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Main access drive to East Potomac Park Golf Course from Ohio Drive SW | Noncontributing | N/A | N/A | N/A | N/A | N/A |
| Exit ramp from Southwest Freeway / I-395 to Ohio Drive SW | Noncontributing | N/A | N/A | Location | 19189 | Yes |
| Tennis Center Parking Lot | Noncontributing | N/A | N/A | Location | 49866 | Yes |
| Parking lot at National Mall and Memorial Parks Headquarters | Noncontributing | N/A | N/A | Location | 49865 | Yes |
| East Potomac Park Golf Course Main Parking lot (north section) | Noncontributing | N/A | N/A | Location | 49868 | Yes |
| Parking lot at USPP Central District Station | Noncontributing | N/A | N/A | Location | 49931 | Yes |
| East Potomac Park Golf Course Main Parking lot (south section) | Noncontributing | N/A | N/A | Location | 49868 | Yes |
| East Potomac Park Golf Course maintenance area access driveway and parking lot | Noncontributing | N/A | N/A | Location | 49868 | Yes |
| Pedestrian walks from Ohio Drive SW to Elliptical Comfort Stations | Noncontributing | N/A | N/A | Asset | 1120211 | Yes |

***Buildings and Structures***

Buildings are elements constructed primarily for sheltering any form of human activity in a landscape, while structures are elements constructed for functional purposes other than sheltering human activity.

With the exception of the US Engineers’ Storehouse and the Stone Seawalls, the majority of the buildings and structures in East Potomac Park post-date the creation of the landform that contains the park. These buildings and structures reflect the use of East Potomac Park for

government/administrative functions and recreation for over a century. Several structures and buildings of note were constructed during the period of significance for the East Potomac Park CLI, which extends until 1969, including the East Potomac Park Field House and Golf Course and the NPS NCR and USPP Headquarters buildings. The following section is organized by feature and includes information associated with historic condition as well as post-historic and existing conditions and analysis.

***US Engineers' Storehouse (Contributing)***

**Historic Condition:**

The US Engineers' Storehouse located at 900 Ohio Drive SW, just east of the Potomac River Bridge embankment was built in 1913 (Fig 60). Designed by architectural firm Wood, Donn and Deming, the two-story, six-bay rectangular building represents elements of a Mediterranean Revival style. The concrete foundation is topped by a wood frame structural system with brick walls clad in pebble-dash stucco and a low hipped roof sheathed in red terracotta tile. The building served as the administrative center for much of the land reclamation efforts for the parks and may also be the final commission of Wood, Donn and Deming (NPS 2001, 48–49). Through the years, it was modified slightly to accommodate other purposes: Between 1936 and 1940, it was a base for branches of the Girl Scouts and Boy Scouts; from 1940 to 1955 it functioned as a bicycle rental concession; from 1955 to 1965 the building was used by the NPS as a studio for model building; since 1965 (with the exception of 1976 when it was used as offices for the Tourmobile concession), the building has been used as an office by National Mall and Memorial Parks (NAMA) (NPS 2001, 62–63).

**Post-Historic and Existing Conditions:**

The exterior of the building retains integrity. The US Engineers' Storehouse is known for its Mediterranean Revival architectural style and is significant under Criterion C as one of the last commissions of the architectural firm Wood, Donn and Deming. It is also significant under Criterion A for its significance in engineering, as it served as the basis for much of the land reclamation efforts for the East and West Potomac Parks. It is a contributing building to the

NRHP-listed East and West Potomac Parks Historic District and the East Potomac Park CLI (NPS 2001, 48–49).



*Fig 60. Photo looking west across Washington Channel depicting U.S. Engineers' Storehouse (Matthew Traucht 2021).*

***Temporary Modular Office Trailers at US Engineers' Storehouse (Noncontributing)***

**Post-Historic and Existing Conditions:**

The US Engineers' Storehouse located at 900 Ohio Drive SW, just east of the Potomac River Bridge embankment, has several temporary modular office trailers surrounding it (Fig 61). According to a drawing on file in eTIC (805/80642), one trailer was installed in 1986, replacing an existing trailer, and is located to the northwest of and perpendicular to the Engineers' Storehouse, on the other side of the parking lot. Between 1986 and 2010, another trailer was added. In 2010, a proposal was put forward to the NCPC to add one additional office trailer to the two that already existed, as the office space was at capacity in the other two trailers. Landscaping was placed

around all three of the trailers to help screen them from view on Ohio Drive SW. The third office trailer is 128 feet by 32 feet, one-story tall, clad in vertical brown siding topped by a gable roof sheathed in asphalt shingles. All of these modular buildings were designed to be temporary but have remained for at least a decade (and in the case of the one from 1986, several decades). As they are not of outstanding architectural merit and are less than fifty years of age, they are noncontributing to the East Potomac Park CLI (NCPC 2010).



*Fig 61. Photo looking northeast depicting modular office trailers to the north of the US Engineers' Storehouse(Matthew Traucht 2022).*

***Stone Seawalls (Contributing)***

**Historic Condition:**

The stone seawalls in East Potomac Park were constructed from 1882 into the 1890s by the US Army Corps of Engineers as part of the land reclamation project that created the parks. The seawalls act as a retaining wall system to prevent the earth fill from eroding back into the

Potomac River (Fig 62 and Fig 63). The land reclamation process started generally from west to east, so it is likely that the East Potomac Park seawalls were completed after those in West Potomac Park. The ten-foot-wide, four-mile-long walk along the perimeter of East Potomac Park was begun in 1919 and completed in 1931 (NPS 2001, 46–47).

**Post-Historic and Existing Conditions:**

Portions of the seawall have been repaired over the years, but their alignment remains largely intact. The pipe rail along the seawall is discussed in the small-scale features section. There are areas where chain link fence has been added to the pipe rail along the seawall (likely to prevent falls), especially along the designated openings and in places where the perimeter walk is unstable. The seawall is capped by a concrete sidewalk and iron pipe railing that was completed in 1931. Due to deterioration and damage to the bulkhead that has resulted in buckling of the concrete pavement, the perimeter walk is unusable in several locations along its length. This has somewhat diminished its integrity of materials, design, and workmanship, but overall, the other aspects of integrity remain high. The Stone Seawalls are significant under Criterion A in the area of engineering as it was an important part of the US Army Corps of Engineers' land reclamation efforts. The Stone Seawalls are a contributing structure to the NRHP-listed East and West Potomac Parks Historic District and the East Potomac Park CLI, as they retain moderately high levels of integrity (NPS 2001, 46–47).



*Fig 62. Photo looking southerly depicting seawall on Washington Channel side of island (Matthew Traucht 2021).*



*Fig 63. Photo looking southerly depicting damage to seawall on the Potomac River side of island (Matthew Traucht 2021).*

***Mission 66 "Type B" Comfort Station (Contributing)***

**Historic Condition:**

Around 1954, a Mission 66 Comfort Station was added to Hains Point. It was the "Type B" Comfort Station, which predates the official start of the Mission 66 program and differs in plan from those built in the 1960s. The "Type B" Comfort Station features men's and women's restrooms and an attached picnic shelter. The design of the "Type B" Comfort Station has more traditional design elements including a red brick exterior and gable roof. There are also some elements of the Modern style seen in later comfort stations, including the use of stone accents walls and wood screens (Quinn Evans Architects 2019, 31–39).

**Post-Historic and Existing Conditions:**

Today the Mission 66 "Type B" Comfort Station is known as Comfort Station #2 in East Potomac Park (Fig 64 and Fig 65). The stone fireplace of the East Potomac Park picnic shelter has been enclosed and is no longer functional, somewhat diminishing the integrity of the original design. All types of the Mission 66 comfort stations are described in detail in the 2019 Design and Maintenance Guidelines prepared for the NPS by Quinn Evans Architects (Quinn Evans Architects 2019, 31–39). The Mission 66 "Type B" Comfort Station in East Potomac Park is significant as a building within the park that was part of what would soon become the Mission 66 building campaign in the NCR and overall, it retains a high level of integrity. It was not described in the East and West Potomac Parks Historic District nomination, but it is contributing to the East Potomac Park CLI.




*Fig 64. Photo looking northwest depicting circa-1954 Mission 66 Comfort Station "Type B" (Matthew Traucht 2021).*



*Fig 65. Photo looking south depicting filled fireplace in Mission 66 Comfort Station "Type B" (Matthew Traucht 2021).*

***Elliptical Comfort Stations (Noncontributing)***

**Post-Historic and Existing Conditions:**

Three Elliptical Comfort Stations are located in East Potomac Park and were built between 1985 and 1988 (known as Comfort Stations # 1, 3, and 4 in East Potomac Park). The Elliptical Comfort Stations are one-story buildings with a slight elliptical shape and a flat roof (Fig 66). The structures are built of steel posts between which are panels of exposed aggregate concrete siding. They feature clerestory windows below the roofline. The building is of a type designed by NPS architect Benjamin Biderman (hence the nickname "Benji" for the comfort station) used first in the mid-1970s as part of bicentennial improvements to West Potomac Park (NPS 2008, 93–94; NPS History eLibrary 1976). The East Potomac Park Elliptical Comfort Stations were not inventoried in the East and West Potomac Parks Historic District nomination. The Elliptical Comfort Stations are outside of the period of significance for East Potomac Park CLI, and were also not constructed

as part of the initial "Benji" construction in West Potomac Park for the bicentennial celebrations, therefore, are not significant under Criterion A. The Elliptical Comfort Stations are noncontributing buildings to the East Potomac Park CLI.




*Fig 66. Photo looking northeast depicting Elliptical Comfort Station (NPS Restroom #4) on west side of East Potomac Park (Matthew Traucht 2021).*

***East Potomac Park Day Dock (Noncontributing)***
**Post-Historic and Existing Conditions:**

In 2017, construction of the East Potomac Park Day Dock was approved by the NCPC (Fig 67). (The original East Potomac Park Day Dock was built between 1972 and 1979 adjacent to the Washington Channel (in the vicinity of the entrance to the East Potomac Park Golf Course), but was removed in 1994.) The day dock is a recreational pier installed by the Wharf developer but attached to NPS shoreline and connected to the Wharf by a seasonal water shuttle or jitney. The floating dock provides a free public launching site for non-motorized, hand carried boats, such as canoes, kayaks, and stand-up paddle boats. The dock only operates during the day and is closed

after dark. The East Potomac Park Day Dock consists of a concrete floating dock supported by steel pipe piles with an aluminum gangway and timber landing platform (NCPC 2017). The dock post-dates the period of significance for East Potomac Park CLI, is made of common materials in a common form, is not yet fifty years of age, and is therefore a noncontributing structure.



*Fig 67. Photo looking southeast depicting East Potomac Park Day Dock (Matthew Traucht 2021).*

***East Potomac Park Golf Course (Contributing)***

**Historic Condition:**

The East Potomac Park Golf Course covers 210 of the island's 329 acres and officially opened in July 1920 with nine holes (referred to as the A and B courses). Nine additional holes were added in 1923 (the C and D courses). In 1925 Courses E and F, designed by William S. Flynn were added to the west of the Field House. Course G, the final course, was built from 1930 to 1931.The first practice putting green was installed in 1925 and the first practice driving range was completed in 1934. During World War II (in 1941), anti-aircraft guns were installed on the northeast part of the

East Potomac Park Golf Course, which obliterated sections of the F and G courses to the north of the Field House (NPS 2017, 61). Several golf course designers were involved, including Dr. Walter S. Harban, Walter J. Travis, Robert White, and William S. Flynn. The golf course currently has thirty-six holes and two putting greens (Fig 68). It is the oldest extant recreational feature in either West Potomac Park or East Potomac Park and it was included in the 1916 Development Plan for East Potomac Park (NPS 2001, 50).

**Post-Historic and Existing Conditions:**

Since its initial design and construction, there have been a few reconfigurations of the golf course, including the removal and reinstallation of nine holes in the early 1980s. Golf Course Specialists, Inc., assumed operation of the management concession of East Potomac Park Golf Course in 1983. In 2020, the National Links Trust assumed operation of the management concession of East Potomac Golf Course. Continued use of the land for golf makes the East Potomac Park Golf Course significant under Criterion A- Entertainment/Recreation. It is the oldest extant recreational feature in both East and West Potomac Parks, and it is also one of the only recreational features from the 1916 Development Plan for East Potomac Park that was actually realized. The East Potomac Park Golf Course is a contributing site to the NRHP-listed East and West Potomac Parks Historic District and the East Potomac Park CLI (NPS 2001, 50).



*Fig 68. Photo looking west depicting East Potomac Park Golf Course Putting Green with elevated driving range in the distance (Matthew Traucht 2021).*

***East Potomac Park Field House (Contributing)***

**Historic Condition:**

The East Potomac Park Field House was designed by architect Horace Whittier Peaslee in 1917 as a three-part Neoclassical building (Fig 69). Only two of the three wings were built, with the center portion never realized. The one-story, L-shaped concrete buildings have flat metal roofs and full basements. The buildings originally served as the men's and women's locker and changing rooms for the golf course. The buildings have long porticoes supported by columns. The Field House was constructed using the "Earley Process," a method of creating decorative exposed aggregate concrete. The technique was patented in 1921 by concrete sculptor John Joseph Earley. The Field House is constructed of a combination of pre-cast and field-applied concrete (NPS 2001, 51; NPS 2017, 4; NPS 2019b, 191–193).

**Post-Historic and Existing Conditions:**

Renovations to the Field House were undertaken in 1978 by NPS; the interiors of the wings have been altered to serve as a golf shop, offices, a food concession, and the former District One Sub-station for the USPP (the USPP have since moved to a new station next to the NCR campus). The north wing of the Field House is currently empty, while the south wing serves as a clubhouse for the golf course. The East Potomac Park Field House is significant under Criterion A-Entertainment/Recreation, as it was the first feature of the 1916 East Potomac Park development plan to be built and was continuously used for recreation for most of the twentieth century. The Field House is also significant under Criterion C for its architecture, a collaboration between architect Horace W. Peaslee and concrete artist John Joseph Earley. The East Potomac Park Field House is a contributing building to the NRHP-listed East and West Potomac Parks Historic District and the East Potomac Park CLI (NPS 2001, 51; NPS 2017, 4; NPS 2019b, 191–193).



*Fig 69. Photo looking northeast depicting Field House (south elevation of south wing) (Matthew Traucht 2021).*

*East Potomac Park Miniature Golf Course (Contributing)*

**Historic Condition:**

The East Potomac Park Miniature Golf Course is located east of the Field House (Fig 70 and Fig 71). It was the first miniature golf course to be constructed by NPS on Federal land (in 1931) and has been in continual operation ever since. The miniature golf course was renovated in the 1960s. Inside the miniature golf course is the ball house, which serves as both the ticket booth and snack bar. The building was constructed in 1949 and replaced an earlier and similar building on the site (NPS 2001, 51–52).

**Post-Historic and Existing Conditions:**

Further improvements were made to the miniature golf course in 1983 by concessionaire, Golf Course Specialists, Inc., and the mini golf course still operates today. The East Potomac Park Miniature Golf Course is significant under Criterion A- Entertainment/Recreation as it is an early recreational feature of the park, a game that was very popular in America in the 1930s, in addition to being the only miniature golf course in Washington, DC. It is a contributing structure to the NRHP-listed East and West Potomac Parks Historic District and the East Potomac Park CLI (NPS 2001, 51–52).



*Fig 70. Photo looking west depicting East Potomac Park Miniature Golf Course (Matthew Traucht 2021).*



*Fig 71. Photo looking north depicting East Potomac Park Miniature Golf Course with Elliptical Comfort Station in background (Matthew Traucht 2021).*

***East Potomac Park Bathhouse (Noncontributing)***

**Post-Historic and Existing Conditions:**

The East Potomac Park Bathhouse was built in 1978 by the DC Department of Recreation to accompany the East Potomac Park Pool (now demolished). There is an executed DC/NPS Memorandum of Agreement (MOA) that allows DC to operate, maintain, and improve the pool and bathhouse facilities. The bathhouse is a one-and-a-half story building with concrete foundation, brick walls, and an asymmetrical cross-gabled roof sheathed in cedar shingles. The East Potomac Bathhouse was a noncontributing building to the NRHP-listed East and West Potomac Parks Historic District, as it had not yet reached fifty years of age (NPS 2001, 53). It is still less than fifty years of age and is not of outstanding architectural merit, made of common materials in a common form. Its future remains uncertain since the pool that it accompanied has been demolished and a new pool house was planned as part of the 2015 design of the new pool

(NCPC 2015). The East Potomac Park Bathhouse is a noncontributing building to the East Potomac Park CLI.

***East Potomac Park Driving Range Building (Noncontributing)***

**Post-Historic and Existing Conditions:**

The East Potomac Park Driving Range Building was designed by architectural firm Oehrlein & Associates Architects and completed in 1995 (Fig 72). The two-story frame building has one hundred practice stalls for golfers. The driving range is covered by artificial turf. The East Potomac Park Driving Range Building was a noncontributing building to the NRHP-listed East and West Potomac Parks Historic District, as it had not yet reached fifty years of age. It is still less than fifty years of age and although it was designed by an architectural firm, it is not of outstanding architectural merit; therefore, it is a noncontributing building to the East Potomac Park CLI (NPS 2001, 52).



*Fig 72. Photo looking southwest depicting East Potomac Park Driving Range Structure (Matthew Traucht 2021).*

***NPS National Capital Region Headquarters (Contributing)***

**Historic Condition:**

The NPS NCR Headquarters Building is located at 1100 Ohio Drive SW and was constructed from 1962 to 1963 as part of the Mission 66 campaign (Fig 73). The Modernist building was designed by NPS staff (William M. Haussmann) and built by Victor R. Beauchamp Associates, Inc., as a regional interpretation and manifestation of the Mission 66 program. The three-story building has a two-story wing. A concrete foundation is topped by beige brick walls with regular fenestration and a flat metal roof. In 1969 a Cafeteria and Training wing was added to the building by L. J. Robinson, Inc. The building is also connected to the USPP Headquarters Building (described below). The two headquarters buildings share an entrance lobby that features a slate patio and a pool with aquatic plants, which is also described below (NPS 2001, 49).

**Post-Historic and Existing Conditions:**

The headquarters buildings have had few changes made since their initial construction. Vestibules and ramps to make the building more accessible have been added over time, but overall, the buildings retain a high level of integrity. Beginning in 2018 and continuing in 2023, the Headquarters buildings were rehabilitated in conjunction with the construction of the new USPP Central District Station in the parking lot. Temporary trailers were installed onsite during construction. New mechanical systems were added, new ramps and a new elevator in Wing D (new NAMA offices) were added to provide greater accessibility, and character-defining light fixtures and window glazing were refurbished or replaced as needed. The interior floor plan was also opened back up per the original design by Haussmann (Beyer Blinder Belle 2015, 9–12). All of these rehabilitation efforts will only help to increase the integrity of design, workmanship, and materials. The NPS NCR Headquarters Building was a noncontributing building to the NRHP-listed East and West Potomac Parks Historic District, as it had not yet reached fifty years of age (NPS 2001, 49). The building has now reached fifty years of age and it is a good example of the administrative buildings in East Potomac Park and of the regional manifestation of the Mission 66 campaign. According to the draft National Capital Region and United States Park Police (NCR-USPP) Headquarters National Register nomination, the NPS NCR Headquarters Building is eligible under Criterion A at the state and local levels in the area of community planning (park planning) and under Criterion C at the state and local levels in the areas of architecture and landscape architecture; therefore, it is also a contributing building to the East Potomac Park CLI (NPS 2020, 23–25).



*Fig 73. Photo looking north from Buckeye Drive SW depicting NPS National Capital Region Headquarters Building (Matthew Traucht 2021).*

***US Park Police Headquarters (Contributing)***

**Historic Condition:**

The USPP Headquarters Building is located at 1100 Ohio Drive SW and was constructed from 1962 to 1963 as part of the Mission 66 campaign (Fig 74). The Modernist building was designed by NPS staff and built by Victor R. Beauchamp Associates, Inc. at the same time as the NPS NCR Headquarters Building, as a regional interpretation and manifestation of the Mission 66 program. The two-story building has a concrete foundation that is topped by blond brick walls with regular fenestration and a flat metal roof. The two headquarters buildings share an entrance lobby that features a slate patio and a pool with aquatic plants (NPS 2001, 49).

**Post-Historic and Existing Conditions:**

The headquarters buildings have had few changes made since their initial construction. Vestibules and ramps to make the building more accessible have been added over time, but overall, the buildings retain a high level of integrity. Beginning in 2018 and continuing in 2023, the Headquarters buildings were rehabilitated in conjunction with the construction of the new USPP Central District Station in the parking lot. Temporary trailers were installed onsite during construction. New mechanical systems were added, new ramps and a new elevator in Wing D (new NAMA offices) were added to provide greater accessibility, and character-defining light fixtures and window glazing were refurbished or replaced as needed. The interior floor plan was also opened back up per the original design by Haussmann (Beyer Blinder Belle 2015, 9–12). All of these rehabilitation efforts will only help to increase the integrity of design, workmanship, and materials. The USPP Headquarters Building was a noncontributing building to the NRHP-listed East and West Potomac Parks Historic District, as it had not yet reached fifty years of age (NPS 2001, 49). In 2015 and 2016, the CFA and NCPC approved exterior modifications to improve access to the headquarters building. The building has now reached fifty years of age and it is a good example of the administrative buildings in East Potomac Park and of the regional manifestation of the Mission 66 campaign. According to the draft National Capital Region and United States Park Police (NCR-USPP) Headquarters National Register nomination, the NPS NCR Headquarters Building is eligible under Criterion A at the state and local levels in the area of community planning (park planning) and under Criterion C at the state and local levels in the areas of architecture and landscape architecture; therefore, it is also a contributing building to the East Potomac Park CLI (NPS 2020, 23–25).



*Fig 74. Photo looking south depicting entrance terrace at the United States Park Police Headquarters Building. Note noncontributing accessible ramp (Matthew Traucht 2021).*

***National Capital Region and USPP Headquarters Building Entrance Lobby Pool and Fountains (Contributing)***

**Historic Condition:**

The NPS NCR and USPP headquarters buildings share an entrance lobby that features a slate patio and a pool with fountains and aquatic plants (Fig 75). The rectangular pool includes four square metal fountains and large conical concrete planters were grouped in clusters around the pool. The pool is surrounded by a brick edge and aggregate concrete walkways. This pool was part of the original design of the buildings and part of the Mission 66 building campaign in the DC area (NPS 2020, 37).

**Post-Historic and Existing Conditions:**

The pool and fountains are still in-situ today and have now reached fifty years of age. Concrete benches with wood slats currently stand on the south and west sides of the pool. Since they are not shown on early plans or photographs of the pool terrace, it appears they were added after the initial construction period (NPS 2020, 39). According to the draft NCR-USPP National Register nomination, the NPS NCR and USPP Headquarters Buildings are eligible under Criterion A at the state and local levels in the area of community planning (park planning) and under Criterion C at the state and local levels in the areas of architecture and landscape architecture (NPS 2020, 23–25). The pool and fountains are a good example of Mission 66 administrative landscape architecture features and "Park Service Modern" design, retain significant integrity, and are contributing structures in the East Potomac Park CLI.



*Fig 75. Photo looking southeast of the landscaped pool and fountain at the NCR Headquarters. The buildings and pool were under renovation at the time of the field survey (Matthew Traucht 2021).*

***East Potomac Park Maintenance Facility (Noncontributing, pending further research and analysis)***

**Historic Condition:**

The East Potomac Park Maintenance Facility was built around 1955 and is of a utilitarian design (Fig 76 and Fig 77). While the maintenance yard was previously recorded in the East and West Potomac Parks Historic District nomination as the "National Capital Parks-Central Maintenance Yard" built in the late 1970s, historic aerials and a bird's eye view photograph from 1955 from the DC History Center's Whetzel Aerial photograph collection suggest the yard was completed a few years before Buckeye Drive SW (completed in the late 1950s) and several years before the NCR and USPP Headquarters buildings (DC History Center 2022; NPS 2001, 49; NETR 1963, 1964, 1979; Robinson & Associates 2008). The East Potomac Park Maintenance Facility is made up of a series of one-story, concrete-block buildings topped by gabled roofs sheathed in asphalt shingles. The long L-shaped buildings almost form a complete U-shape, except for an opening at the northwest corner. In the center of the two L-shaped buildings is a two-story concrete-block building and three large metal carport-style structures with solar panels on the roofs.

**Post-Historic and Existing Conditions:**

It is likely that these buildings have been modified over the years as maintenance needs and equipment have changed (for example, the addition of the solar panels to the carport shed roofs). This has somewhat diminished the integrity of the maintenance yard. The East Potomac Park Maintenance Facility was called the "National Capital Parks-Central Maintenance Yard" in the NRHP-listed East and West Potomac Parks Historic District, and was a noncontributing building as it had not yet reached fifty years of age, according to their assigned construction date (NPS 2001, 49). While it is more than fifty years of age now, it is not of outstanding architectural merit or directly related to the administrative or recreational uses for which East Potomac Park is significant. Based on current research, there is no evidence that it was specifically built as part of the Mission 66 building campaign, despite being during that approximate time period. Maintenance yards are described in the NPS Mission 66 Era Resources Multiple Property Documentation Form (MPD), and while the East Potomac Park Maintenance Facility does possess some of the architectural characteristics outlined in the MPD, such as concrete block construction

and horizontality, it does not retain all of them (NPS 2015, 71–72). The East Potomac Park Maintenance Facility is a noncontributing building (pending further research and analysis) to the East Potomac Park CLI due to these reasons.




*Fig 76. Photo looking north from Buckeye Drive SW depicting East Potomac Park Maintenance Facility (Matthew Traucht 2021).*



*Fig 77. Photo looking east from Southwest Freeway entrance ramp depicting East Potomac Park Maintenance Facility (Matthew Traucht 2021).*

***East Potomac Park Tennis Courts (Contributing)***

**Historic Condition:**

There has been a historic precedent for tennis in East Potomac Park since the 1930s, but the original CCC-constructed courts had to be demolished during highway construction, sometime between 1959 and 1966. The tennis courts were added to the current location in the late 1950s or early 1960s, in place by 1963 (NETR 1951, 1963, 1964) (Fig 78). The three additional hard courts that are off at an angle by themselves, located southwest of the bubble, were added between 1964 and 1979 (NETR 1964, 1979).

**Post-Historic and Existing Conditions:**

Today there are nine outdoor hard courts, ten outdoor clay courts, and five indoor hard courts inside the bubble (described below). It is likely that material replacements (resurfacing, etc.) have

occurred many times since then, but the footprint of the tennis courts remains largely the same (NETR 1963, 1964). The East Potomac Park Tennis Courts are contributing to the East Potomac Park CLI.



*Fig 78. Photo looking west depicting East Potomac Park tennis courts with tennis bubble in background (Matthew Traucht 2021).*

***East Potomac Park Tennis Facility (Noncontributing)***

**Post-Historic and Existing Conditions:**

The East Potomac Park Tennis Facility was built in 1974 and consists of a covered tennis bubble. There are five indoor hard courts inside the bubble. The tennis bubble originally was a blue color, but in 1982 it was changed to an off-white, more translucent color. The East Potomac Park Tennis Facility was a noncontributing site to the NRHP-listed East and West Potomac Parks Historic District, as it had not yet reached fifty years of age. The East Potomac Park Tennis Facility is still less than fifty years of age, is made up of common materials in a common form for tennis

facilities, and is not of outstanding architectural merit; therefore, it is a noncontributing structure to the East Potomac Park CLI (NPS 2001, 53).

***East Potomac Park Tennis Administrative Building (Noncontributing)***

**Post-Historic and Existing Conditions:**

An Administrative Building was built for the East Potomac Park tennis facility from 1994 to 1995 (Fig 79). The East and West Potomac Parks Historic District nomination assigned the building the name of "Administrative Building" and a construction year of 1995, but historic aerials show a building in place in 1994; it may have been under construction in 1994 (NPS 2001, 53; NETR 1994). It should also be noted that the building is called "locker room" on a planting plan for the East Potomac Park Tennis Facility from 1994 (eTIC 805/80657). It is possible that the building has both administrative functions and serves as a locker room, that its uses have changed over time, or that it was mistakenly named in the East and West Potomac Parks Historic District nomination. The one-story building is of concrete-block construction with a flat roof and parapet wall with metal coping. The concrete blocks project slightly outward to give the illusion of coursing. The building has fixed, metal windows and a fully glazed, metal, single-leaf door. The East Potomac Park Tennis Facility (which included the Administrative Building) was a noncontributing site to the NRHP-listed East and West Potomac Parks Historic District, as it had not yet reached fifty years of age. It is still less than fifty years of age and is not of outstanding architectural merit, built with common materials and a common form; therefore, it is a noncontributing building to the East Potomac Park CLI (NPS 2001, 53).




*Fig 79. Photo looking northwest depicting East Potomac Park Tennis Administrative Building (Matthew Traucht 2021).*

***East Potomac Park Playground (Noncontributing)***

**Historic Condition:**

Playground equipment was installed at Hains Point and dedicated by First Lady Johnson in 1967, a gift from Mrs. Gustavo Díaz Ordaz, First Lady of the United Mexican States. It has been replaced several times since then.

**Post-Historic and Existing Conditions:**

Existing Hains Point playground equipment and surfacing was replaced in-kind in 2006 (Fig 80). Today there are several prefabricated/off-the-shelf playground equipment pieces in a mulched area contained by wooden landscape timbers. Although the recreational feature was present during the period of significance, the current East Potomac Park Playground is outside of the period of significance for East Potomac Park, is less than fifty years of age, and is made of

prefabricated materials in a common form; therefore, it is noncontributing to the East Potomac Park CLI.



*Fig 80. Photo looking southwest depicting off-the-shelf playground equipment near Hains Point, installed in 2006 (Matthew Traucht 2021).*

***Buckeye Building (Noncontributing)***

**Post-Historic and Existing Conditions:**

The Buckeye Building, formerly known as the Tourmobile Headquarters Building, is located at 750 Buckeye Drive SW (Fig 81). Built in 1979 by the Jack Bays Construction Company, the building includes offices, a bus garage, and a maintenance shop. The one-story building has a concrete foundation and steel walls and roof. Today the building is called the Transit Facility and is used by the Circulator, which has a contract with NAMA to provide transportation to the memorials throughout the park. A portion of the building is also currently used to house the Interpretation & Education and the Partnerships-Volunteer divisions. The Buckeye Building (formerly Tourmobile Headquarters) was a noncontributing building to the NRHP-listed East

and West Potomac Parks Historic District. It is still less than fifty years of age and is not of outstanding architectural merit, built of common materials in a common form; therefore, it is a noncontributing building to the East Potomac Park CLI (NPS 2001, 49).



*Fig 81. Photo looking west from Buckeye Drive SW depicting the Buckeye Building, formerly the Tourmobile Headquarters, which houses the Interpretation & Education and Partnerships-Volunteer divisions (Matthew Traucht 2021).*

***US Park Police Central District Station (Noncontributing)***

**Post-Historic and Existing Conditions:**

A new USPP Central District Station at 1200 Ohio Drive SW was approved by the CFA in 2015 and the NCPC in 2016. Construction began in 2017. The building is located on a portion of the parking lot near the NCR and USPP Headquarters Buildings. The new 13,000 square-foot, one-story building was completed in 2020 (Fig 82). This relocates the USPP out of the East Potomac Park Field House and into a purpose-built facility. The materials chosen for the new building were designed for safety, durability, and compatibility with the historic NCR headquarters buildings. The exterior is of cast in place concrete with a flat membrane roof with parapet. A

steel-clad niche is featured at the public entrance to the building. The building design considered flooding concerns . Textured ground-faced block is featured on the gym side and lower portions of the west façade (Beyer Blinder Belle 2015, 18). The USPP Central District Station post-dates the period of significance for the park and has not yet reached fifty years of age; it is, therefore, a noncontributing building to the East Potomac Park CLI.



*Fig 82. Photo looking northeast depicting United States Park Police Central District Station (Matthew Traucht 2021).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| US Engineer's Storehouse | Contributing | U.S. Engineer's Storehouse - Res 333 | 011932 | Location | 14232 | Yes |
| Stone Seawalls | Contributing | Stone Seawalls-East Potomac Park | 624425 | Location | 94974 | Yes |
| Mission 66 "Type B" Comfort Station | Contributing | N/A | N/A | Location | 43179 | Yes |
| East Potomac Park Golf Course | Contributing | N/A | N/A | Location | 98093 | Yes |
| East Potomac Park Field Houses | Contributing | East Potomac Golf Course-Clubhouse-Res. 333;<br>East Potomac Park – Police Substation-Res. 333 | 046854;<br>046860 | Location;<br>Location | 88692;<br>14262 | Yes<br>Yes |
| East Potomac Park Miniature Golf Course | Contributing | East Potomac Park Miniature Golf Course | 626927 | Location | 98094 | Yes |
| NPS NCR Headquarters Building | Contributing | N/A | N/A | Location | 257608 | Yes |
| USPP Headquarters Building | Contributing | N/A | N/A | Location | 257608 | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| NCR and USPP Headquarters Building Entrance Lobby Pool and Fountains | Contributing | N/A | N/A | Asset | 58792 | Yes |
| East Potomac Park Tennis Courts | Contributing | N/A | N/A | Location | 98095 | Yes |
| East Potomac Park Maintenance Facility | Noncontributing | N/A | N/A | Location | 40928; 40929; 40933 | Yes |
| East Potomac Park Day Dock | Noncontributing | N/A | N/A | N/A | N/A | N/A |
| East Potomac Park Bathhouse | Noncontributing | N/A | N/A | N/A | N/A | N/A |
| Elliptical Comfort Stations (Restrooms # 1, 3, and 4) | Noncontributing-Compatible | N/A | N/A | Location | 43178; 43180; 43181 | Yes |
| East Potomac Park Driving Range Building | Noncontributing | N/A | N/A | Location | 88697 | Yes |
| East Potomac Park Tennis Facility (Bubble) | Noncontributing | N/A | N/A | Location | 88698 | Yes |
| East Potomac Park Tennis Administrative Building | Noncontributing | N/A | N/A | Location | 93061 | Yes |
| East Potomac Park Playground | Noncontributing | N/A | N/A | Asset | 30401 | Yes |
| Buckeye Building (formerly Tourmobile Headquarters Building) | Noncontributing | N/A | N/A | Location | 14269 | Yes |
| USPP Central District Station | Noncontributing-Compatible | N/A | N/A | N/A | N/A | N/A |
| Temporary Modular Office Trailers at US Engineers' Storehouse | Noncontributing-Incompatible | N/A | N/A | Location | 234435; 14230 | Yes |

### *Views and Vistas*

A view is the expansive and/or panoramic prospect of a broad range of vision that may be naturally occurring or deliberately contrived. A vista is a controlled prospect of a discrete, linear range of vision, which is deliberately contrived.

**Historic Condition:**

Although the development Plan for East Potomac Park, presented in 1916, did not call out specific vistas that would be available from the park, it did expound upon the plethora of views that would be available from the island. In describing the park's proposed features, the plan claimed that "Eight miles of artificial walks with shelters and seats commanding the best views will lead to the main attractions of the park and the many natural vistas and landscapes" (Harts 1916, 15). In describing the plan for the proposed Field House, the plan specified that from

> …this commanding situation its verandas will afford views of great beauty. To the rear and across the channel is the busy water front [*sic*] with its boulevard and modern keys [quays], and further back the white dome of the Capitol and the masses of the large Government buildings. In the front, one looks out on the broad expanse of the Potomac, with the beautiful hills and fields of Virginia surmounting the opposite shores. (Harts 1916, 15)

Notably, mention of the Washington Monument was not included among those landmarks of interest that would have been visually accessible from the park.

In preparation for the initial development of the golf course in 1917, willows and other plants that had taken root in the reclaimed soils of East Potomac Park were removed to open views to the surroundings from the park's interior. The earliest plans for the East Potomac Park Golf Course offered exceptional views of surrounding landmarks, including the Washington Monument, the US Capitol Building, and the waterfront opposite the Washington Channel. These views were enhanced through a combination of selective siting of vegetation and through the controlled design of topographic features, which were kept low to avoid impeding views. The links-style design, which features a relatively flat landscape with sparse vegetation, is one that relies on the surroundings for visual interest. This style, employed by Travis in the design of the original A-B Course towards the north part of the island and extended to the south part of the

island with the 1921–1923 construction of the C-D Course, capitalized on views of nearby features and distant landmarks. Internally, views of the Field House that anchored the two courses would provide orientation for the golfers. The layout of the E-F Course, constructed between 1924–1925, and modifications to the other courses in the 1930s, maintained the general openness of the overall golf course. The maturation of vegetation both within the golf course and at the periphery of the island would have slowly obscured certain views of hyper-local landmarks, but the general views of the surroundings would have been retained throughout the period of significance.

Throughout East Potomac Park, views of many significant local landmarks evolved as the surroundings changed during the period of significance. In 1923, trees were planted along the railroad embankment to screen views of it from the automobile tourist camp. New construction outside of the park would create novel views that did not exist previously but would also obscure landmarks that had been available in the park's early years. The maturation of vegetation would also disrupt or eliminate important views. The Thomas Jefferson Memorial dome, completed in 1943, was visible from several areas of the park, including from the US Engineers' Storehouse and from just west of the East Potomac Park Golf Course Field House (Fig 83). Views of the Capitol, however, would be lost in the 1950s through the 1970s as urban renewal projects leveled homes in Southwest DC for the construction of high-rise apartment buildings and highways. The 555-foot-tall Washington Monument would have been a predominant view from most places within East Potomac Park, although the Francis Case Memorial Bridge, constructed at the close of the 1950s, would permanently mar the view of it from Ohio Drive SW on the east side of the park.



*Fig 83. Washington, D.C. Line of prospective swimmers, awaiting their turn at the municipal swimming pool on Sunday (Collins 1942b). Note the Capital Building in the background.*

Between 1966 and 1968, a planting project added more than 2,000 trees to the East Potomac Park landscape (Fig 84). These efforts were largely concentrated on the planting of 1,800 cherry trees that would line the perimeter road but also included plantings of other trees on Hains Point. The as-built planting plans for this period (eTIC 805/84558) called out several distinct areas as “vista” and omitted the planting of trees in these areas (Refer to Figure 35 in this CLI for the cover sheet, which includes signatures and “as-built” note). The areas were all located on the Washington Channel side of the island between the access driveway to the golf course and Hains Point. Although the focal points of the vistas are not indicated, these would have provided distinct viewing areas by which to see the southern area of the Southwest Waterfront, the entire west side of the National Defense University at Ft. McNair, and Greenleaf Point at the southern tip of the peninsula. Notably, some of the cherry trees donated to the District of Columbia by the City of

Tokyo in 1912 had been planted at the southern tip of Fort McNair. These would be visible, and quite striking, from these defined vistas along East Potomac Park's eastern edge. The planting plan also indicated views to the west to unreferenced points, likely within the golf course.



*Fig 84. Sheet 7of 9 from 1966-67 tree planting at East Potomac Park with vistas indicated in red (eTIC805/84558). The cover sheet to the plan set indicates that the drawings are an "as built" set, thus increasing the reliance that vistas were installed as depicted.*

No documentation about any designed vistas within the NPS NCR Headquarters Campus was found in researching for this Cultural Landscape Inventory. The two main buildings of the campus—the NCR Headquarters and the USPP Headquarters—were sited at right angles to one another yet were not connected to one another, except by a low covered walkway. This small separation between the two buildings provided a striking vista of the Washington Monument from the intersection of Ohio Drive SW and Buckeye Drive SW (Fig 85). Similarly, the north entrance to the NCR Headquarters, located at the intersection of the east-west wing of the building with the north-south wing of the building, is situated on a direct axis with the Washington Monument. Although these vistas may have occurred incidentally, further research

may reveal that these views of the Washington Monument may have been intentionally contrived vistas. Additional views of the East Potomac Park Golf Course to the south and of the Potomac River to the west would have existed from the campus.



*Fig 85. View of the Washington Monument between the National Capital Region Headquarters (right) and the U.S. Park Police Headquarters (left) (NPS 1964b).*

**Post-Historic and Existing Conditions:**

The promenade lining the perimeter of the park permits uninterrupted views of the Potomac River and the Washington Channel. To the east, local landmarks including the National Defense University at Ft. McNair and St. Elizabeth's Hospital (both of which are National Historic Landmarks), Joint Base Anacostia-Bolling, the Titanic Memorial, and the Southwest Waterfront are visible across the Washington Channel. From Hains Point, views of the George Washington Masonic National Memorial in Alexandria, Virginia (a National Historic Landmark) and the Woodrow Wilson Memorial Bridge in the distance are available. From the west side of the island, views of the Potomac River and Washington National Airport command attention.

Views of the Long Bridge, the Air Force Memorial, and the Pentagon are accessed from the northwest section of the park (Fig 86 and Fig 87). The maintenance of the treeless areas along the Washington Channel providing vistas of the opposite shore has continued to present day. The view of the Washington Monument from the north entrance to the NCR Headquarters building across the pool and fountains remains unimpeded (Fig 88 and Fig 89). The maturation of trees has blocked some of the views of the surrounding East Potomac Park and of the Potomac River, but the vista of the Washington Monument, partly due to its height, remains unobstructed. Although the maturation of vegetation both within the East Potomac Park Golf Course and along the periphery of the island has undoubtedly obscured views of certain landmarks from some vantagepoints, these views remain generally available to visitors to the golf course. These include views to the Washington Monument, the Jefferson Monument dome, the Washington Channel, the Potomac River, and the National Defense University at Fort McNair (Fig 90–Fig 93).



*Fig 86. Photo looking north depicting the view of the Long Bridge from the pedestrian promenade on the west side of the park (Alexander Bailor 2021).*



*Fig 87. Photo depicting the view of cherry trees at the National War College (Fort McNair) across the Washington Channel from the east side of East Potomac Park near Hains Point (Matthew Traucht 2021).*



*Fig 88. Photo depicting the view of the Washington Monument beyond the Francis Case Memorial Bridge (Matthew Traucht 2021).*



*Fig 89. Photo depicting the view of the Washington Monument along the axis of the north entrance to the National Capital Region Headquarters (note, renovation of pool and buildings ongoing at time of site survey) (Matthew Traucht 2021).*



*Fig 90. Photo depicting the view of the George Washington Masonic National Memorial and the Washington National Airport (Matthew Traucht 2022).*



*Fig 91. Photo depicting the view of the Woodrow Wilson Memorial Bridge from Hains Point (Matthew Traucht 2022).*



*Fig 92. Photo looking northwest depicting the view of the Lincoln Memorial and the Thomas Jefferson Memorial from Hains Point (Matthew Traucht 2022).*




*Fig 93. Diagram of views and vistas in East Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Views to the east of the Southwest Waterfront and the Washington Channel | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views to the east of the National Defense University at Fort McNair and of the Anacostia River | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views of the Washington Monument | Contributing | N/A | N/A | N/A | N/A | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| View to the east from Ohio Drive SW of the Titanic Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views to the south from Hains Point of the Potomac River and the Woodrow Wilson Memorial Bridge | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views to the west of the Ronald Reagan National Airport, the Potomac River, and the George Washington Masonic National Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views to the northwest of the Potomac River, the Lincoln Memorial, the Pentagon, and the Potomac Railroad Bridge | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views to the north of the Thomas Jefferson Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |

### *Small-Scale Features*

Small-scale features are elements that provide detail and diversity for both functional needs and aesthetic concerns in the landscape.

There are a variety of small-scale features found within East Potomac Park, such as single lamp standards as well as site furnishings such as benches, drinking fountains, trash cans, and interpretive signage. Routine maintenance and replacement or repair of these small-scale features has likely occurred in the post-historic period.

***Lampposts (Managed as a Cultural Resource)***

**Historic Condition:**

The majority of lampposts in East Potomac Park are what have been identified in the NCPC Streetscapes Manual as Washington Globe #16, with metal halide lamp (Fig 94). These are typically used on park roads and local streets (NCPC 2013). It is possible that some of these were installed during the period of significance for the East Potomac Park CLI.

**Post-Historic and Existing Conditions:**

The Washington Globe #16 is still one of the preferred lamp posts in Washington, DC, so repair or replacement of damaged lampposts in East Potomac Park would occur in-kind. It is possible that some of the lampposts in East Potomac Park were installed after the period of significance for the park. Because it is difficult to discern which Washington Globe #16 lampposts are original and which are new additions or replacements, they are managed as a cultural resource for the East Potomac Park CLI.



*Fig 94. Photo depicting typical light standard (Washington Globe #16) in East Potomac Park (Matthew Traucht 2022).*

***Drinking Fountains (Noncontributing)***

**Post-Historic and Existing Conditions:**

Throughout East Potomac Park there are brown, metal, freeze-resistant, wheelchair-accessible drinking fountains known as hi-low fountains (Fig 95). These were installed after the period of significance for the East Potomac Park CLI. They match other drinking fountains in the National Mall. The drinking fountains are noncontributing small-scale features of the East Potomac Park CLI as they are utilitarian in nature and less than fifty years of age.



*Fig 95. Photo depicting typical drinking fountain in East Potomac Park (Matthew Traucht 2022).*

***Trash Cans (Noncontributing)***

**Post-Historic and Existing Conditions:**

Two types of trash cans were observed in East Potomac Park. A few round wire mesh trash cans were observed, with a plastic liner inside. However, the majority of trash cans, especially along Ohio Drive SW are square, brown, metal trashcans with an angled top, known as bearsaver trash cans (Fig 96). The trash cans are noncontributing small-scale features of the East Potomac Park CLI as they are utilitarian in nature and less than fifty years of age.




*Fig 96. Photo depicting a typical trash receptacle in East Potomac Park (Matthew Traucht 2022).*

***Pipe Rail along Perimeter Walk (Contributing)***

**Historic Condition:**

In 1930, a linear concrete walk atop the seawall, bordered on the river's edge by a pipe-rail, was constructed along the Washington Channel side of the park. The pipe rail was constructed of four-inch-diameter iron piping divided into three equal tiers with a total height of forty inches. This pedestrian promenade extended along the edge of the island, providing access to Hains Point. There are occasionally openings in the pipe railing. These may be related to the Presidents Cup Regatta or other instances where boats needed to access the island.

**Post-Historic and Existing Conditions:**

The perimeter walk consists of concrete slabs set atop the bulkhead, with a pipe rail preventing falls from the walk into the adjacent waters. Due to deterioration and damage of the bulkhead that has resulted in buckling of the concrete pavement, the perimeter walk is unusable in several

locations along its length. The pipe rail remains mostly intact, but there are areas where chain link fence has been installed (likely to prevent falls), especially along the designated openings and in places where the perimeter walk is unstable (Fig 97). Despite some issues with integrity of materials and workmanship, as an early feature of East Potomac Park, the pipe rail along the perimeter walk is a contributing small-scale feature of the East Potomac Park CLI.



*Fig 97. Photo depicting pipe railing in East Potomac Park. Occasional openings occur along the length of the railing at irregular intervals (Matthew Traucht 2021).*

*Signage (Noncontributing)*

**Post-Historic and Existing Conditions:**

There is both interpretive and wayfinding signage throughout East Potomac Park (Fig 98 and Fig 99). Many are the standard NPS brown wayside signs with the NPS logo. There are also vertical dark grey rectangular signs known as pylons with wayfinding information on all four sides with

white text. The wayfinding pylons consist of an aluminum frame skinned with porcelain enamel panels atop a granite block base. There are also small, silver-colored interpretive signs that describe various plant species in East Potomac Park (Matson Knapp 2009). The signage is a noncontributing small-scale feature of the East Potomac Park CLI as they are utilitarian in nature and less than fifty years of age.




*Fig 98. Photo of an example of interpretive signage within the park (Matthew Traucht 2021).*



*Fig 99. Photo of a wayside within the park (Matthew Traucht 2022).*

***East Potomac Park Golf Course Chain-Link Fence (Noncontributing)***

**Post-Historic and Existing Conditions:**

A metal chain-link fence surrounds the entire East Potomac Park Golf Course. According to the Golf Courses in the District of Columbia Cultural Landscape Report, over the course of several years, plantings to screen the golf course and invasive vegetations have grown up over this fence, obstructing views to the rest of the park, the Potomac River, and the Washington Channel. The report recommended removing the overgrown vegetation at a minimum, and ultimately removing the fence entirely (NPS 2019, 187). The fence is still in place around the golf course today. As the fence is less than fifty years of age, of a utilitarian nature and common materials, and for the integrity issues described above, it is a noncontributing small-scale feature of the East Potomac Park CLI.

*Standard NPS Benches (Managed as a Cultural Resource)*

**Post-Historic and Existing Conditions:**

Although no documentation was found during the research of this CLI about the date of construction and installation of benches, there are three main types found within the park. The standard NPS bench, which is located at regular intervals along the perimeter of the park oriented towards the water, is a steel and wood bench with backs but no arms (Fig 100). The other benches are described below. Many of the standard NPS benches in East Potomac Park are damaged or deteriorating and in need of repair.

*Concrete and Wood Benches (Undetermined)*

**Post-Historic and Existing Conditions:**

Another bench type has also been used in two distinct places and may date to a shared period of installation: Along the south side of the tennis courts and in the paved terrace of the NCR and USPP Headquarters, a bench comprising exposed aggregate concrete legs and supports with wood slats can be found. There is a slight difference in design; the benches along the tennis court have curved tops to the exposed aggregate concrete legs, whereas the benches at the NCR and USPP Headquarters have flat, or squared off tops for the legs (Fig 101 and Fig 102). The site plan for the NCR and USPP Headquarters does not call out benches specifically but, given that the tennis courts and the NCR and USPP Headquarters were built approximately during the same period (some tennis courts were in place around 1960, but the tennis bubble was installed in 1974; 1963–1964 for the NCR and USPP Headquarters), there is the possibility that these benches were all installed using a similar design during the same decade from 1964 to 1974. Further research is needed to confirm if any of these benches were part of the original construction. As a result, the concrete and wood benches are an undetermined feature of the East Potomac Park CLI.

*Benches by Tennis Facility (Noncontributing)*

**Post-Historic and Existing Conditions:**

There are also two additional bench types that are located at the East Potomac Park Tennis Facility. A contemporary brown metal and faux wood bench is located near one set of outdoor tennis courts. The bench has a folding function on the back portion that allows it to serve as a

bench or small table. There are also green plastic benches with slats located by the Tennis Administrative Building. Both of these bench styles are likely off-the-shelf, prefabricated benches of recent purchase. These benches are noncontributing small-scale features of the East Potomac Park CLI as they are utilitarian in nature and are less than fifty years of age.



*Fig 100. Photo looking south along the Washington Channel depicting the standard wood and steel bench along the perimeter walk (Matthew Traucht 2021).*



*Fig 101. Photo looking southwest depicting concrete and wood benches at the tennis courts (Matthew Traucht 2021).*



*Fig 102. Photo of concrete and wood benches at the NCR Headquarters (Matthew Traucht 2021).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Pipe Rail along Perimeter Walk | Contributing | N/A | N/A | Asset | 114505; 114506 | Yes |
| Lampposts (Washington Globe #16) | Managed as a Cultural Resource | N/A | N/A | Asset | 1594220 | Yes |
| Standard NPS Benches | Managed as a Cultural Resource | N/A | N/A | Asset | 1624554 | Yes |
| Concrete and Wood Benches by NCR and USPP HQ and Tennis Facility | Undetermined | N/A | N/A | Location | 14240 | No |

| | | | | | | |
|---|---|---|---|---|---|---|
| Benches by Tennis Facility | Noncontributing | N/A | N/A | Asset | 1343355 | No |
| Trash Cans | Noncontributing | N/A | N/A | Asset | 1636979; 1576671 | Yes |
| Signage (interpretive and wayfinding) | Noncontributing | N/A | N/A | Asset | 1602854; 1565527; 1670872 | Yes |
| Drinking Fountains | Noncontributing | N/A | N/A | Asset | 1532118 | Yes |
| East Potomac Park Golf Course Chain-Link Fence | Noncontributing | N/A | N/A | Asset | 1567081 | Yes |

***Archeological Sites***

Archeological sites are the locations of ruins, traces, or deposited artifacts in the landscape and are evidenced by the presence of either surface or subsurface features.

*Site 51SW029 (Undetermined)*

**Historic Condition:**

According to the Washington, DC Historic Preservation Office (DC HPO), one unnamed archeological site (51SW029) is recorded within the boundaries of East Potomac Park. It is thought to be related to a historic period camping ground area located near the NPS Headquarters buildings. No further information was provided by the DC HPO, but based on the purported location of the site, it is possible that it is connected to the East Potomac Park Tourist Camp that has been described elsewhere in this document.

**Post-Historic and Existing Conditions:**

Site 51SW029 was not evaluated for the NRHP and further details about what the site contains are not available; it has not been field verified. Further research is needed. For these reasons, Archaeological Site 51SW029 is an undetermined feature of the East Potomac Park CLI.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Site 51SW029 | Undetermined | N/A | N/A | N/A | N/A | N/A |

# Condition Assessment

***Condition***

Fair

***Condition Date***

09/16/2023

***Narrative***

A condition assessment of Fair indicates the inventory unit shows clear evidence of minor disturbances and deterioration by natural and/or human forces, and some degree of corrective action is needed within 3–5 years to prevent further harm to its cultural and/or natural values. If left to continue without the appropriate corrective action, the cumulative effect of the deterioration of many of the character defining elements will cause the inventory unit to degrade to poor condition. The seawall shows clear evidence of major disturbance and rapid deterioration by natural and/or human forces. Immediate corrective action is required to protect and preserve the remaining historical and natural values. Because the pedestrian promenade was constructed atop the seawall, it has also been compromised in several locations around the island. This diminishes the recreational experience of the park and limits the use of the promenade for strolling, sight-seeing, and fishing. Erosion of soils between the seawall and Ohio Drive SW has also occurred, which is related to inundation from the river caused by sea level rise associated with climate change, exacerbated by the deteriorated condition of the seawall.

## Impacts

| Type | Impact Type – Other | Internal Source | External Source | Narrative | Date Identified |
|---|---|---|---|---|---|
| Inundation/Flooding | | Yes | Yes | Stormwater from impervious surfaces – both hardscape and compacted soils – has caused a decline in plant health and has | June 2021 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | led to some soil subsidence, especially near Hains Point. Flooding from storm events causes Ohio Drive SW to be closed intermittently. | |
| Inundation/Sea Level Rise | | No | Yes | Inundation from sea level rise has resulted in the failure of certain sections of the seawall, the destruction of portions of the pedestrian walk on the park's perimeter, and declining plant health related to erosion that results from inundation associated with sea level rise. | June 2021 |
| Inundation/Storm Surge | | No | Yes | Inundation from storm surges has resulted in damage to the seawall and the concrete walk atop it. In 1985, this type of inundation led to the ruination of the Teahouse. More recently, storm surges have left Ohio | June 2021 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | Drive SW unpassable. | |
| Structural Deterioration | | Yes | Yes | Deterioration of the seawall has occurred, and is continuing to occur, in several places along the entire perimeter of the island. The impacts are associated with years of being battered by waves (external impact) combined with inundation from flood waters (internal impact) that result from improper drainage and soil compaction. The combined effect of wave action and subsidence has led to the loss of mortar and stones that make up the bulkhead. Shifting of the bulkhead has resulted in the buckling of the concrete sidewalk that caps it. In many places along the rim of the island, the sidewalk is dangerous and impassable due | June 2021 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | to the structural deterioration of it and the bulkhead beneath it. | |
| Deferred Maintenance | | No | Yes | Numerous benches found in East Potomac Park exhibit deterioration due to deferred maintenance. Some are in a state of disrepair that prevents their safe use and should be replaced or repaired. The poor condition of the seawall and the perimeter walk, although associated with inundation, is also related to deferred maintenance. | June 2021 |
| Erosion | | | Yes | Erosion is evident in many areas, especially along the Potomac River side of the park where exposed roots has led to poor health of many mature trees. | June 2021 |
| Soil Compaction | | | Yes | Soil compaction is evident in certain areas, | June 2021 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | leading to ponding of water associated with impermeable conditions. Plant health is impacted by compacted soils. | |
| Vegetation/Invasive Plants | | | Yes | Invasive plants were noted in several locations, especially at the fence that encloses the golf course and along the railroad embankment. These include honeysuckle (*Lonicera spp*), paper mulberry (*Broussonetia papyrifera*), Oriental bittersweet (*Celastrus orbiculatus*), and Asiatic tearthumb vines (*Polygonum perfoliatum*). The invasive plants obscure views and compete with desired plants for nutrients. | June 2021 |
| Visitation | | | Yes | Social trails between parking areas along Ohio Drive SW and the seawall have led to soil | June 2021 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | compaction and loss of vegetation. | |

# Treatment

***Stabilization Measures***

*Narrative*

Specific stabilization measures are recommended for East Potomac Park to protect the contributing resources and the overall integrity of the cultural landscape. Regarding circulation features, it is recommended to stabilize deteriorated and damaged portions of the seawall/bulkhead as well as the pedestrian promenade (perimeter walk and pipe railing) atop the seawall/bulkhead both for the safety of pedestrians and the integrity of these two contributing resources.

The following stabilization methods are recommended for vegetation: Stabilize extant vegetation in the verge between the seawall/bulkhead and Ohio Drive SW and restore healthy soils where tree roots are exposed; Aerate soil around trees with girdling roots to alleviate soil compaction; Bring soil in subsided areas to level with surroundings to avoid ponding water; Replace aging and dead cherry trees with compatible trees to ensure legibility of planting plans and perform routine pruning on damaged limbs to promote tree health; and, remove invasive vegetation where it occurs, especially near contributing cherry trees and at the fence that encloses the golf course (NPS 2017, 153). Social trails, which contribute to soil compaction and diminished health of vegetation, should be removed. Overall, a revision of maintenance practices is recommended to better protect vegetation and other park resources.

It was observed that some benches are damaged, and a stabilization measure would be either to repair these benches, remove them from the area, and/or replace in-kind. Overall, routine maintenance is needed on contributing resources in order to maintain their individual integrity and the integrity of the East Potomac Park CLI. Now that the North Field House is empty with the departure of the USPP, make plans to either re-use and maintain this space, or consider mothballing it if it will remain vacant. Stabilization of the East Potomac Park Pool is recommended in coordination with the DC Department of Recreation. The groundwater intrusion has stopped work on the construction of a new pool, but the site as it currently stands is an eyesore that detracts from the integrity of the cultural landscape.

***Approved Treatments***

*Type*

Rehabilitation

*Document*

Cultural Landscape Report

*Narrative*

In 2019, a cultural landscape report was completed on the three NPS golf courses in the District of Columbia: East Potomac Park, Langston, and Rock Creek. This documentation included treatment and rehabilitation recommendations for all three golf courses. For East Potomac Park Golf Course specifically, the report had recommendations for vegetation management, boundaries, circulation, views and vistas, historic and non-historic buildings, and site furnishings. The vegetation recommendations for the East Potomac Park golf course from the report include: restore the links style course and accompanying vegetation; remove noncontributing and invasive vegetation; improve the condition of the turf grass for tees, greens, and fairways; preserve the 1910 cherry tree planting; maintain the Ohio Drive cherry tree plantings and the Buckeye Drive buckeye tree plantings; and, improve the appearance of plantings around the Field House and Miniature Golf Course. The report recommended defining the land assignment area because the current boundaries of the golf course are not well defined. It also recommended improving the appearance of the golf course edge by removing the chain-link fence and overgrown vegetation. While the progression of play on the golf course was recommended to be retained, vehicular circulation had some suggested revisions to make parking and access more visitor friendly and respectful of the original golf course layout. Regarding views and vistas, the report recommended that those views that are significant must be preserved by selectively removing obscuring vegetation. It was recommended that historic buildings and structures, such as the Field House and Miniature Golf Course, be preserved and maintained since they are contributing resources. The report recommended that functions should be consolidated in non-historic buildings and a reassessment should be made about the arrangement and proliferation of non-historic buildings throughout the golf course. It was

recommended that a consistent site furnishing style be adopted for the East Potomac Park Golf Course as there is currently a wide variety of these. The overall goal is to provide an excellent recreational experience for those playing golf at East Potomac Park Golf Course (NPS 2019, 184–206).

# Bibliography and Supplemental Information

***Bibliography***


| Citation Author | Citation Title | Year | Publisher |
|---|---|---|---|
| Abert, S. T. | Annual Report of the Chief of Engineers, United States Army, to the Secretary of War, for the Year 1882. In Three Parts. | 1882 | Government Printing Office, Washington, DC |
| Abruzzese, Sarah | "After 27 Years, a Popular Sculpture Moves From a National Park Into Private Hands" | 2007 | The New York Times |
| Bain News Service | Potomac Park, Wash., D.C. | 1920 | Library of Congress Prints and Photographs Division. |
| Bandler, Beverly | Healing A River, The Potomac: 1940-1970. | 1989 | Interstate Commission on the Potomac River Basin |
| Beyer Blinder Belle | NCRO, SUPP, & NAMA Headquarters Renovation with United States Park Police New United States Park Police District One Station | 2015 | National Capital Planning Commission, Washington, DC |
| Bingham, Theodore and F.D. Owen | Study for the establishment and use of Potomac Park: Washington D.C. | 1900 | Library of Congress Prints and Photographs Division |
| Chapell, Gordon | East Potomac Park | 1973 | National Park Service, Washington, DC |
| Chapman, Charles F. editor | Motorboating | 1934 | International Magazine Company, Inc. |
| Collins, Marjory | Washington, D.C. Sunday swimmers at the municipal swimming pool | 1942a | Library of Congress Prints and Photographs Division. |

| | | | |
|---|---|---|---|
| Collins, Marjory | Washington, D.C. Line of prospective swimmers, awaiting their turn at the municipal swimming pool on Sunday | 1942b | Library of Congress Prints and Photographs Division. |
| Davidson, Lisa Pfueller and James A. Jacobs | Historic American Buildings Survey (HABS): Civilian Conservation Corps Activities in the National Capital Region of the National Park Service (HABS No. DC-858) | n.d. (fieldwork conducted 2002–2004) | National Park Service, Washington, DC |
| Dent, Jr., Richard J. | Chesapeake Prehistory: Old Traditions, New Directions | 1995 | Plenum, New York |
| DC History Center | Historic Photograph AE 0070D, Whetzel Aerial photograph collection. | 1955 | Washington, DC |
| Department of the Interior and Related Agencies Appropriation | Department of the Interior and Related Agencies Appropriation for 1968: Hearings Before a Subcommittee on Appropriations House of Representatives Nineteenth Congress First Session | 1968 | US Government Printing Office |
| Dimond, James L. and Loretta-Marie Dimond | President's Cup: The Truman Years | n.d. | http://hydroplanehistory.com/other/the_presidents_cup_the_truman_years.html |
| Diller, Nathan | "The East Potomac Pool Project Faces Yet More Delays, An Uncertain Future" | 2020 | DCist.com/WAMU 88.5 (American University Radio) |
| Duryee, Sacket L. | A Historical Summary of the Work of the Corps of Engineers in Washington, D.C. and Vicinity, 1852-1952 | 1952 | The Washington Engineer District |
| Environmental Protection Agency | What Climate Change Means for the District of Columbia – EPA 430-F-16-064 | 2016 | Environmental Protection Agency Washington, DC |
| Federal Railroad Administration, District Department of Transportation, Virginia Department of Rail and Public Transportation | Long Bridge Project: Combined Final Environmental Impact Statement / Record of Division and Final Section 4(f) Evaluation | 2020 | Federal Railroad Administration, Washington, DC |

| | | | |
|---|---|---|---|
| Federal Railroad Administration, District Department of Transportation, Virginia Department of Rail and Public Transportation | Appendix B: Section 106 Programmatic Agreement | 2020 | Federal Railroad Administration, Washington, DC |
| Fiske, Shirley J., Don Callaway, and University of Maryland | Ethnographic Resource Study: Subsistence Fishing on the Potomac and Anacostia Rivers | 2020 | University of Maryland |
| Haines, Peter C. | Potomac River at Washington, D.C., map showing progress of work | 1890 | Library of Congress Prints and Photographs Division. |
| Harris & Ewing | Aerial view, Hains Point and Tidal Basin, with Bureau of Printing and Engraving in foreground, Washington, D.C. | 1916–1919 | Library of Congress Prints and Photographs Division. |
| Harts, William W. | Development of East Potomac Park: Letter from the Secretary of War Ad Interim Transmitting a Report of the Officer in Charge of Public Buildings and Grounds, Presenting a Comprehensive Plan for the Development of East Potomac Park as a Public Recreation Ground | 1916 | |
| Hirsley, Michael | Flood Leaves 42 Dead in 4 States | 1985 | Chicago Tribune |
| Hodge, Paul | Park Service to Determine Future of Historic Hains Point | 1982 | The Washington Post, Washington, DC |
| Hoppin, Francis L.V | Senate Park Commission rendering of the plan from a point 4,000 feet above Arlington. | 1902 | CFA |
| Horydczak, Theodor | Regatta. President's Cup. Washington Region | 1934 | Library of Congress |
| Jefferson, Roland M. and Alan E. Fusonie | The Japanese Flowering Cherry Trees of Washington, DC: A living Symbol of Friendship | 1977 | Agricultural Research Service, US Department of Agriculture |

| | | | |
|---|---|---|---|
| Kelly, Claire Lise | John Joseph Earley, pioneer of decorative and architectural concrete | 2016 | The Third Place, A Montgomery Planning Department Blog, Montgomery County, Maryland |
| Kreisa, Paul P., Jacqueline M. McDowell, Emily L. Swain, and Nancy L. LiPira | Phase IA/IB Archaeological Assessment and Survey for the DC Water River Tunnel Project | 2019 | Stantec Consulting Services, Inc. Laurel, Maryland |
| Langdon, James G. | Development Plan for Public Recreation Grounds at East Potomac Park | 1916 | National Association for Olmsted Parks |
| Levee, Arleyn A. | *"An Enduring Legacy: Frederick Law Olmsted Jr. in the Nation's Capital"*, Civic Art, A Centennial History of the US Commission of Fine Arts; Thomas Luebke, editor | 2013 | US Commission on Fine Arts, Washington, DC |
| Library of Congress | Aerial view of flooding on Hains Point. HABS DC, WASH, 430—25 | 1985 | Library of Congress Prints and Photographs Division Washington, D.C. |
| Little, Barbara J., and Katie Crawford-Lackey | National Capital Area Archeological Overview and Survey Plan | 1995 | National Park Service, Washington, DC |
| Moore, Charles; Clerk of the Senate Committee on the District of Columbia, editor. | The Improvement of the Park System of the District of Columbia. I.-Report of the Senate Committee on the District of Columbia. II.-Report of the Park Commission. | 1902 | Government Printing Office, Washington, DC |
| National Capital Planning Commission | National Mall and Memorial Parks Headquarters Temporary Modular Office Trailer: Staff Recommendation. File No. 7145. | 2010 | National Capital Planning Commission, Washington, DC |
| National Capital Planning Commission | Streetscape Manual: Interagency Initiative for National Mall Road Improvement Program | 2013 (first version was in 1992, updated in 2005 and 2013) | National Capital Planning Commission, Washington, DC |

| | | | |
|---|---|---|---|
| National Capital Planning Commission | Delegated Action of the Executive Director Re: Swimming Pool and Pool House, East Potomac Park. File No. 7686. | 2015 | National Capital Planning Commission, Washington, DC |
| National Capital Planning Commission | Delegated Action of the Executive Director Re: Day Dock along the Washington Channel within East Potomac Park (NCPC File #7865) | 2017 | National Capital Planning Commission, Washington, DC |
| National Capital Planning Commission | Monumental Core Streetscape Project: Lighting Policy and Framework Information Presentation | 2019 | National Capital Planning Commission, Washington, DC |
| National Capital Planning Commission and US Commission of Fine Arts | The Monumental Core Framework Plan: Connection New Destinations with the National Mall | 2009 | National Capital Planning Commission. US Commission of Fine Arts, Washington, DC |
| National Park Service | Planting Plan for the NPS NCR USPP Headquarters campus | 1964a | National Park Service, National Capital Region |
| National Park Service | View of the Washington Monument between the National Capital Region Headquarters (right) and the U.S. Park Police Headquarters (left) in 1964. | 1964b | National Park Service, National Capital Region |
| National Park Service | News Release April 10, 1969 “Hours of Operation are Expanded for Hains Point Water Fountain” | 1969 | National Park Service, National Capital Region |
| National Park Service | National Register of Historic Places Inventory- Nomination Form- East and West Potomac Parks | 1973 | National Park Service, Washington, DC |
| National Park Service | National Register of Historic Places Inventory- Nomination Form- East and West Potomac Parks (update) | 2001 | United States Department of the Interior National Park Service, Washington, DC |
| National Park Service | Parks of the National Capital, Chapter I: 1867-1933 and Chapter II: 1933-1951 | 2003 | National Park Service, Washington, DC |

| | | | |
|---|---|---|---|
| National Park Service | Washington, DC Timeline and Historic Plans: Illustrating the Evolution of the "Monumental Core" of the Nation's Capital | 2007 | National Park Service, Washington, DC |
| National Park Service | National Register of Historic Places Multiple Property Documentation Form: National Park Service Mission 66 Era Resources | 2015 | National Park Service, Washington, DC |
| National Park Service | Project #7703 National Capital Region Campus Renovation Project and Park Police District 1 Substation | 2016 | National Park Service, Washington, DC |
| National Park Service | National Park Service, Cultural Landscapes Inventory, 2017, East Potomac Golf Course, National Mall & Memorial Parks- East Potomac Park | 2017 | National Park Service, Washington, DC |
| National Park Service | East Potomac Park Field House Historic Structure Report – Final Submission | 2019a | National Park Service, Washington, DC |
| National Park Service | Cultural Landscape Report National Park Service Golf Courses in the District of Columbia East Potomac Park, Langston, and Rock Creek: Treatment Guidelines | 2019b | National Park Service, Washington, DC |
| National Park Service | National Register of Historic Places Registration Form (Draft) National Park Service, National Capital Region and U.S. Park Police Headquarters | 2020 | National Park Service, Washington, DC |
| National Park Service | "Girl Scout Teahouse on Hains Point" | 2021 | National Park Service, Washington, DC |
| National Park Service | Darwina Neal Files | n.d. | National Park Service, Washington, DC |
| National Park Service History eLibrary | An Elliptical Comfort Station Design, Index B-3293 | 1976 | National Park Service, Washington, DC |
| NETR | Historic Aerials of Washington, DC | Various years | Nationwide Environmental Title Research, LLC (NETR) |

| | | | |
|---|---|---|---|
| Officer in Charge of Public Buildings and Grounds | Development of East Potomac Park. Letter from The Secretary of War Ad Interim | 1916 | Government Printing Office, Washington, DC |
| Pliska, Jonathan | Historic American Landscapes Survey 1920 Japanese Flowering Cherry Trees (1910 Prunus x yedonensis). HALS No. DC-8 | 2008 | American Landscapes Survey, National Park Service, US Department of the Interior, Washington, DC |
| Quinn Evans Architects | Design and Maintenance Guidelines: Mission 66 Comfort Stations, National Capital Region | 2019 | National Park Service, Washington, DC |
| Repanshek, Kurt | How The National Park Service Grappled With Segregation During The 20th Century | 2019 | National Parks Traveler |
| Robinson & Associates | National Park Service National Capital Region Administrative History, 1952-2005. Final Report | 2008 | National Park Service, Washington, DC |
| Scott, Gary | Girl Scout Teahouse HABS No. DC-549 | 1987 | National Park Service, Washington, DC |
| Scott, Pamela | Capital Engineers. The US Army Corps of Engineers in the Development of Washington, D. C. 1790-2004 | 2011 | Office of History Headquarters, US Army Corps of Engineers, Washington, DC |
| Senate Bill 3307 | Bill declaring Potomac Flat a public park | 1897 | United States. Superintendent of Documents |
| s.n. | Map showing reclamation of Potomac River estuary at Washington D.C. to form harbor and the Potomac parks | 1880 | Library of Congress Prints and Photographs Division |
| s.n. | Auto Tourist Camp | 1923 | Library of Congress Prints and Photographs Division |

| | | | |
|---|---|---|---|
| s.n. | East Potomac Golf Club East Potomac Park, Washington, D.C., aerial view from above Hains Point looking north toward the Mall | 1935 | Library of Congress Prints and Photographs Division. |
| Matson Knapp, Pat | "National Mall Signage and Wayfinding" | 2009 | Society for Experiential Graphic Design, No. 28 |
| Soil Survey Staff | Natural Resources Conservation Service, United States Department of Agriculture. Web Soil Survey | 2019 | United States Department of Agriculture |
| Stone, William James, James Kearney, Wm Turnbull, Wilson M. C Fairfax, Maskell C Ewing, and Alexandria Canal Company | Chart of the head of navigation of the Potomac River shewing the route of the Alexandria Canal: made in pursuance of a resolution of the Alex'a Canal Company | 1838 | Library of Congress, Washington DC |
| The Collaborative, Inc., National Park Service | National Register of Historic Places Multiple Property Documentation Form, National Park Service Mission 66 Era Resources | 2015 | National Park Service, Washington, DC |
| United States Army Corps of Engineers | Report of the Chief of Engineers U.S. Army | 1913 | United States Army Corps of Engineers, Washington, DC |
| United States Army Corps of Engineers | Report of the Chief of Engineers U.S. Army | 1917 | United States Army Corps of Engineers, Washington, DC |
| United States Army Corps of Engineers | Washington Harbor Fact Sheet | 2017 | United States Army Corps of Engineers, Washington, DC |
| US Census | QuickFacts District of Columbia | 2020 | https://www.census.gov/quickfacts/DC |
| US Congress | Department of the Interior and Related Agencies Appropriations for 1983: Hearings Before a Subcommittee of the Committee on Appropriations, House of Representatives, Ninety-seventh Congress, Second Session. United States | 1982 | U.S. Government Printing Office |

| | | | |
|---|---|---|---|
| US Geological Survey | Washington's Geologic Setting | 1999 | https://pubs.usgs.gov/gip/stones/setting.html |
| Washington Board of Trade | Potomac River at Washington D.C., plan showing how reclaimed area may be utilized | 1894 | Library of Congress Prints and Photographs Division |

***Supplemental Information***

| Supplemental Information Title | Supplemental Information Narrative |
|---|---|
| eTIC 805/130767 East Potomac Park Cherry Tree Planting Plan | A series of plans illustrating plants from the 1966–1967 period as well as work associated with concurrent road and seawall improvements. |
| eTIC 805/130114 Topographic Survey 2005 | A survey of topography in the northern part of the park. |
| eTIC 805/126926 Potomac Park Field House 1917 | Design development drawings of the Field House. |
| eTIC 805/80657 Tennis Facility Planting Plan 1994 | A planting plan from 1994 for the East Potomac Park Tennis Facility, which labels the Administrative Building "locker room." |
| eTIC 805/125250 Proposed SW Freeway 1952 | Drawings showing the alignment of the proposed SW Freeway. |
| eTIC 805/84561 Cafeteria And Training Facility 1966 | Planting plan for the installation of new plants at the NCR Headquarters. |
| eTIC 805_84558_A As-Built Tree Planting EPP 1966 | Planting plan showing the planting of cherry trees in 1966–67 and indicating the area of seawall and roadway reconstruction. |
| eTIC 805/ 82039 Reconstruct Access Road To Golf Course And Parking Area - Railroad Bridge To Golf Club Area 1961 | Plans showing the reconstruction of Ohio Drive SW in 1961. |
| eTIC 805/81017 Field House WD- Working Drawing or Construction Drawing 1917 | Working drawing set for the East Potomac Field House. |
| eTIC (805/80642) Installation of New Trailer 1986 | A site plan from 1986 of the US Engineers' Storehouse location before the installation of a new temporary modular trailer. |




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Component Landscapes**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

East Potomac Park - Parent Landscape

1 East Potomac Park Golf Course - Component Landscape

2 NPS National Capital Region and US Park Police Headquarters Campus - Component Landscape (Boundary drawn from 2020 Draft NRHP Registration Form for NCR and USPP Headquarters)




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Site Plan**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

East Potomac Park

Note:
Vegetation within the East Potomac Park Golf Course is not depicted. See East Potomac Park Golf Course CLI for information about vegetation in this area.




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Enlarged Partial Site Plan 1**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

East Potomac Park

(C) Contributing Resources

(NC) Noncontributing Resources

Key Map:






# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Enlarged Partial Site Plan 2**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
East Potomac Park
(C) Contributing Resources
(NC) Noncontributing Resources

Key Map:






# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Enlarged Partial Site Plan 3**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

East Potomac Park

(C) Contributing Resources

(NC) Noncontributing Resources

Key Map:






# Cultural Landscape Inventory

## National Mall and Memorial Parks
## West Potomac Park and East Potomac Park

## Location Map

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
- West Potomac Park
- East Potomac Park

Note:
Projection: NAD 1983 UTM Zone 18N




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Land Use**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
- East Potomac Park
- Active Recreation
- Passive Recreation
- Administrative
- Circulation

Notes:
1. Diagram is intended to show major land use patterns in the cultural landscape. Some overlap of functions does exist.
2. Circulation refers to the recreational use of roads for both transportation and recreational functions.




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Topography**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
East Potomac Park
Contour Lines
6' Elevation at 0.6 meter (2 feet) Contour Intervals

Notes:
1. Projection: NAD 1983 UTM Zone 18N
2. Contour intervals are 0.6 meters (2 feet)




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Vegetation**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
- East Potomac Park
- Cherry Trees
- All Other Trees
- (C) Contributing Resources
- (NC) Noncontributing Resources

Notes:
1. Due to scale, individual trees are not labeled. A complete list of trees and their locations has been provided as part of the project's GIS mapping component.
2. Vegetation within the East Potomac Park Golf Course is not depicted. Refer to East Potomac Park Golf Course CLI for more information.




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Roads and Sidewalks**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
- East Potomac Park
- Roads and Parking Lots
- Sidewalks
- (C) Contributing Resources
- (NC) Noncontributing Resources
- (U) Undetermined Resources
- (CR) Managed as a Cultural Resource

Notes:
1. Projection: NAD 1983 UTM Zone 18N
2. See East Potomac Park Golf Course CLI for information about pedestrian circulation within that component cultural landscape.




# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Vistas**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
- East Potomac Park
- Defined Vista (C)
- Views (C)

Notes:
1. Defined vistas are associated with those vistas identified on the 1966-67 as-built planting plans. Because those plans did not specify the focal point of the vistas, no focal point is assigned in this diagram.
2. From numerous locations along the East Potomac Park perimeter, dramatic views of the seawall and of the Potomac River and Washington Channel are available. These are not indicated on the plan.
3. See East Potomac Park Golf Course CLI for information about views and vistas from within that component cultural landscape.