# **EXHIBIT D**

# EAST POTOMAC PARK SEAWALL PROMENADE CONDITION SURVEY JULY 29, 2026




AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C1 | OVERALL KEY PLAN SEAWALL PROMENADE | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 1 OF 19 |
| DATE: 07/30/2026 | | | |







LEGEND:

| | |
|---|---|
| EX. BARRICADE | |
| EX. FENCE W/ BARRICADES | |
| AREA UNDERWATER UNABLE TO SURVEY | |
| AREA OF CONCERN HOLE / DEPRESSION | |
| AREA OF CONCERN COLLAPSED CONCRETE SECTION | |

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

# AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C2 | SEAWALL PROMENADE CONDITION SURVEY | —— |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK<br>NATIONAL MALL & MEMORIAL PARKS<br>WASHINGTON, DC | PMIS/PKG NO. |
| DATE: 07/30/2026 | | | SHEET 2 OF 19 |

MATCHLINE SEE SHEET C2



MATCHLINE SEE SHEET C4

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

20 0 20 40
SCALE OF FEET

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C3 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK<br>NATIONAL MALL & MEMORIAL PARKS<br>WASHINGTON, DC | SHEET 3 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C3



MATCHLINE SEE SHEET C5

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

20 0 20 40
SCALE OF FEET

# AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C4 | SEAWALL PROMENADE CONDITION SURVEY | |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | PMIS/PKG NO. |
| DATE: 07/30/2026 | | | SHEET 4 OF 19 |




20 0 20 40
SCALE OF FEET

LEGEND:

EX. BARRICADE
EX. FENCE W/ BARRICADES
AREA OF CONCERN HOLE / DEPRESSION
AREA OF CONCERN COLLAPSED CONCRETE SECTION

NOTES:
1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C5 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 5 OF 19 |
| DATE: 07/30/2026 | | | |







LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:
1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

# AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C6 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 6 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C6



MATCHLINE SEE SHEET C8

20 0 20 40
SCALE OF FEET

LEGEND:

| | |
|---|---|
| EX. BARRICADE | (magenta line) |
| EX. FENCE W/ BARRICADES | (green line) |
| AREA OF CONCERN HOLE / DEPRESSION | (red square) |
| AREA OF CONCERN COLLAPSED CONCRETE SECTION | (red circle) |

NOTES:
1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

# AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C7 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 7 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C7



MATCHLINE SEE SHEET C9

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

20 0 20 40
SCALE OF FEET

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C8 | SEAWALL PROMENADE CONDITION SURVEY | ——— |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | PMIS/PKG NO. |
| DATE: 07/30/2026 | | | SHEET 8 OF 19 |

MATCHLINE SEE SHEET C8



MATCHLINE SEE SHEET C10

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

20 0 20 40
SCALE OF FEET

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C9 | SEAWALL PROMENADE CONDITION SURVEY | |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | PMIS/PKG NO. |
| DATE: 07/30/2026 | | | SHEET 9 OF 19 |




LEGEND:

- EX. BARRICADE
- EX. FENCE W/ BARRICADES
- AREA OF CONCERN HOLE / DEPRESSION
- AREA OF CONCERN COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

# AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C10 | SEAWALL PROMENADE CONDITION SURVEY | —— |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | PMIS/PKG NO. |
| DATE: 07/30/2026 | | | SHEET 10 OF 19 |

MATCHLINE SEE SHEET C10



MATCHLINE SEE SHEET C12

20 0 20 40
SCALE OF FEET

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C11 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 11 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C11



MATCHLINE SEE SHEET C13

20 0 20 40
SCALE OF FEET

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:
1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

# AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C12 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 12 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C12



MATCHLINE SEE SHEET C14

20 0 20 40
SCALE OF FEET

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:
1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C13 | SEAWALL PROMENADE CONDITION SURVEY | ——— |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK | PMIS/PKG NO. |
| DATE: 07/30/2026 | | NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 13 OF 19 |

MATCHLINE SEE SHEET C13



MATCHLINE SEE SHEET C15

20 0 20 40
SCALE OF FEET

LEGEND:

| | |
|---|---|
| EX. BARRICADE | (magenta line) |
| EX. FENCE W/ BARRICADES | (green line) |
| AREA OF CONCERN HOLE / DEPRESSION | (red square) |
| AREA OF CONCERN COLLAPSED CONCRETE SECTION | (red circle) |

NOTES:
1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C14 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 14 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C14



MATCHLINE SEE SHEET C16

20 0 20 40
SCALE OF FEET

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C15 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK<br>NATIONAL MALL & MEMORIAL PARKS<br>WASHINGTON, DC | SHEET 15 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C15



MATCHLINE SEE SHEET C17

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

20 0 20 40
SCALE OF FEET

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C16 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK<br>NATIONAL MALL & MEMORIAL PARKS<br>WASHINGTON, DC | SHEET 16 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C16



MATCHLINE SEE SHEET C18

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

20 0 20 40
SCALE OF FEET

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C17 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 17 OF 19 |
| DATE: 07/30/2026 | | | |

MATCHLINE SEE SHEET C17



20 0 20 40
SCALE OF FEET

LEGEND:

EX. BARRICADE

EX. FENCE W/ BARRICADES

AREA OF CONCERN
HOLE / DEPRESSION

AREA OF CONCERN
COLLAPSED CONCRETE SECTION

NOTES:

1. HOLES / DEPRESSIONS LOCATED WITHIN THE EXISTING BARRICADED OR FENCED AREAS WERE NOT LOCATED AS PART OF THIS SURVEY
2. ALL HOLES LOCATED WITHIN THE CONCRETE SEAWALL PROMENADE OUTSIDE THE EXISTING BARRICADED/FENCED AREAS WERE DOCUMENTED. IN THE ADJACENT OPEN GRASS AREAS, ONLY DEPRESSIONS APPROXIMATELY 8 INCHES DEEP OR GREATER WERE DOCUMENTED.

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C18 | SEAWALL PROMENADE CONDITION SURVEY | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK<br>NATIONAL MALL & MEMORIAL PARKS<br>WASHINGTON, DC | SHEET 18 OF 19 |
| DATE: 07/30/2026 | | | |



TIDE COVERING SEAWALL PROMENADE



LARGE SECTION FAILURE



DEEP VOIDS



DEEP DEPRESSION IN GRASS AREA



LARGE DEPRESSIONS ON BACK OF SEAWALL PROMENADE



LARGE DEEP VOID WITH THIN CONCRETE



TIDE COVERING SEAWALL PROMENADE & LARGE DEPRESSION OUTSIDE BARRICADE FENCE



LARGE DEEP VOID WITH THIN CONCRETE

AGENCY USE ONLY

| DESIGNED: NCR FDC | SHEET NO. | TITLE OF SHEET | DRAWING NO. |
|---|---|---|---|
| C.A.D.D NCR FDC | C19 | SEAWALL PROMENADE EXAMPLE PHOTOS | PMIS/PKG NO. |
| TECH. REVIEW: NCR FDC | | EAST POTOMAC PARK NATIONAL MALL & MEMORIAL PARKS WASHINGTON, DC | SHEET 19 OF 19 |
| DATE: 07/30/2026 | | | |