**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE,

DAVE ROBERTS,

and

ALEX DICKSON,

*Plaintiffs*,

*vs*.

UNITED STATES DEPARTMENT OF THE INTERIOR;

DOUG BURGUM, in his official capacity as Secretary of the Interior;

NATIONAL PARK SERVICE;

and

JESSICA BOWRON, in her official capacity as "Comptroller Exercising the Delegated Authority of the Director" of the National Park Service,

*Defendants*.

Case No. 1:26-cv-477-ACR

**NOTICE OF FACTUAL DEVELOPMENT
REGARDING ANOTHER SOCIAL MEDIA POST
BY THE PRESIDENT OF THE UNITED STATES**

On this day, in a social media post timestamped 6:08 a.m. Eastern Time, President Trump announced that work at East Potomac Golf Course "is scheduled to begin IMMEDIATELY!" (all caps and exclamation point in original). The post reads, in full:

> The United States Department of Interior [*sic*] wants to take a terrible and very unsafe golf course, and make it into a great, safe, and prestigious golf course. They have an absolute right to do so. It's as simple as that! The judge on the case is a crazed lunatic whose courthouse tapes will reveal, may be insane? The tapes have been blocked from usage by the judge. The random golfer bringing the ridiculous lawsuit has ZERO STANDING! The experts at "Interior" are allowed to do this First Class renovation "as of right." They do not need an approval. Work is scheduled to begin IMMEDIATELY! The finished product will be World Class, and bring income and great prestige back to D.C. Thank you for your attention to this matter! President DJT

A screenshot of the post is attached hereto as Exhibit A. It is timestamped 5:08 a.m. because the undersigned is in the Central Time Zone.

Dated: October 19, 2026

RESPECTFULLY SUBMITTED,

/s/Will Bardwell
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1653213)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
Chayes-Deats@lowellandassociates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org