# EXHIBIT A

TRUTH.

## Truth Details

1304 replies

**Donald J. Trump**
@realDonaldTrump

East Potomac Golf Course is highly dangerous, dilapidated, and absolutely disgusting. Below are new photos of the deplorable conditions of the driving range building, including excrement in the stairwell. The gaping holes in the driving range's "protective" netting are highly hazardous. Golf balls soar through the holes at high speed and hit unexpecting Golfers—including a White House staffer who was, sadly, hit violently in the chest. The driving range building itself is falling apart, and its structural stability is terrible. It should be closed immediately for safety reasons! The exposed nails and disintegrating wood also endanger young Golfers — Not a good situation! The people of Washington, D.C., (and the Nation!) deserve so much better, like a beautiful, safe, affordable, accessible, sanitary, and CLEAN driving range! No one will be more thrilled by our plans to renovate the Course and Driving Range than the Local Golfers who have played there for years, and have begged to have their Home Course brought into pristine condition. The driving range should provide Golfers with stunning views of the Washington Monument, not of a barren, debris-ridden wasteland. The driving range should NOT be a threat to life and limb. The current condition of the golf course is a National Disgrace, but we will make it a WORLD CLASS PUBLIC Golf Course that is AFFORDABLE for locals — Just like the Great and Historic Public Courses of Torrey Pines and Bethpage Black, only better, for the good of our now Beautiful Again Washington, D.C. After we are done, the East Potomac Course will be a place of immeasurable Pride for the City, all of the Golf Enthusiasts who live here, a Course worthy of and befitting our Nation's Capital. We will hold the judge, Ana C. Reyes, fully responsible for anybody who is hurt, or killed, on this very dangerous, dilapidated, and unsightly Golf Course. GOD BLESS AMERICA! President DONALD J. TRUMP







**Donald J. Trump**

@realDonaldTrump · 10h









**2.22k** ReTruths **7.39k** Likes Oct 28, 2026, 9:43 PM

TRUTH.

# Truth Details

235 replies

**Donald J. Trump**
@realDonaldTrump



**1.31k** ReTruths **5.5k** Likes Oct 28, 2026, 9:42 PM