**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE,

DAVE ROBERTS,

and

ALEX DICKSON,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR;

DOUG BURGUM, in his official capacity as Secretary of the Interior;

NATIONAL PARK SERVICE;

and

JESSICA BOWRON, in her official capacity as "Comptroller Exercising the Delegated Authority of the Director" of the National Park Service,

*Defendants*.

Case No. 1:26-cv-477-ACR

**AMENDED NOTICE OF FACTUAL DEVELOPMENT**
**REGARDING LATEST SOCIAL MEDIA POST**

This Amended Notice supersedes the Notice filed earlier today as ECF 113.

Plaintiffs hereby notify the Court, and ask that the Court take judicial notice, of President Trump's most recent social media post concerning East Potomac Golf Course. At 10:43 p.m. Eastern Time on Wednesday, October 28, President Trump posted the following text along with several photos appearing to depict East Potomac Park's seawall:

> East Potomac Golf Course is highly dangerous, dilapidated, and absolutely disgusting. Below are new photos of the deplorable conditions of the driving range building, including excrement in the stairwell. The gaping holes in the driving range's "protective" netting are highly hazardous. Golf balls soar through the holes at high speed and hit unexpecting Golfers—including a White House staffer who was, sadly, hit violently in the chest. The driving range building itself is falling apart, and its structural stability is terrible. It should be closed immediately for safety reasons! The exposed nails and disintegrating wood also endanger young Golfers — Not a good situation! The people of Washington, D.C., (and the Nation!) deserve so much better, like a beautiful, safe, affordable, accessible, sanitary, and CLEAN driving range! No one will be more thrilled by our plans to renovate the Course and Driving Range than the Local Golfers who have played there for years, and have begged to have their Home Course brought into pristine condition. The driving range should provide Golfers with stunning views of the Washington Monument, not of a barren, debris-ridden wasteland. The driving range should NOT be a threat to life and limb. The current condition of the golf course is a National Disgrace, but we will make it a WORLD CLASS PUBLIC Golf Course that is AFFORDABLE for locals — Just like the Great and Historic Public Courses of Torrey Pines and Bethpage Black, only better, for the good of our now Beautiful Again Washington, D.C. After we are done, the East Potomac Course will be a place of immeasurable Pride for the City, all of the Golf Enthusiasts who live here, a Course worthy of and befitting our Nation's Capital. We will hold the judge, Ana C. Reyes, fully responsible for anybody who is hurt, or killed, on this very dangerous, dilapidated, and unsightly Golf Course. GOD BLESS AMERICA! President DONALD J. TRUMP

The posts are attached hereto as Exhibit A. The screenshots are timestamped 9:43 p.m. and 9:42 p.m., respectively, because the undersigned is in the Central Time Zone.

Further, although the Court already has taken judicial notice thereof, for completeness of the record, Plaintiffs also attach hereto as Exhibit B President Trump's October 26 post concerning East Potomac Park.

Dated: October 29, 2026

RESPECTFULLY SUBMITTED,

/s/Will Bardwell
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1653213)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
Chayes-Deats@lowellandassociates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
Norman@democracydefenders.org
Lindsay@democracydefenders.org

*Counsel for Plaintiffs*