**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, et al.,<br>*Plaintiffs*,<br>*v.*<br>DEPARTMENT OF THE INTERIOR, *et al.*,<br>*Defendants*. | Case No. 1:26-cv-477-ACR |

## PLAINTIFFS' MOTION FOR ORDER COMPELLING IMMEDIATE PRODUCTION OF OCTOBER 30, 2026 NATIONAL CAPITAL PLANNING COMMISSION FILINGS

Plaintiffs respectfully request that this Court issue an order compelling Defendants to immediately produce the filings made before the National Capital Planning Commission ("NCPC") on October 30, 2026. Plaintiffs cannot respond to the NCPC Proposal, as ordered by the Court before November 5, without access to the filings.

Plaintiffs' counsel has conferred with counsel for Defendants, who declined to provide the NCPC Proposal. In response to Plaintiffs' counsel's request, counsel for Defendants stated that they "understand that materials submitted to the NCPC will be made public ahead of the meeting in the normal course," and asked for the "basis" for "requesting or receiving the submission ahead of it becoming generally available to the public." Plaintiffs' counsel then made clear that, in order to comply with this Court's October 30, 2026, minute order, Plaintiffs must file a response to the NCPC Proposal by November 5, and that not knowing when it would get the filing was not acceptable. In a subsequent call, counsel for Defendants represented that the filings are usually provided in the normal course (up to 10–14 days), and then said it might be publicly available on November 3. Counsel for Defendants was not sure of the timeline but

stated that they had no authority to provide it sooner. When asked whether Defendants' counsel was available to join a call with the Court to resolve the issue, counsel stated that they were not authorized to do that either, but that Plaintiffs could file a motion for this relief. Plaintiffs' counsel then wrote to associate attorney general Stanley Woodward making the same request, and as of the time of this filing, has not received a response.

Despite being unable to identify any reason why they cannot produce these necessary filings before public disclosure, Defendants have not produced the NCPC filings to Plaintiffs. Their refusal to do so, and refusal to confer with the Court, have caused an unfortunate waste of judicial and counsel resources and time. However, Plaintiffs cannot begin on a response until these documents are produced. Consequently, Plaintiffs respectfully request an order compelling Defendants to produce the October 30, 2026, NCPC filings, or to provide a response to this Court detailing why they cannot do so, by 10:00 AM on October 31, 2026.

Dated: October 30, 2026

RESPECTFULLY SUBMITTED,

Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)

/s/Abbe David Lowell
Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1653213)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
Chayes-Deats@lowellandassociates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org

*Counsel for Plaintiffs*