**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, et al.,<br>*Plaintiffs*,<br>*v.*<br>DEPARTMENT OF THE INTERIOR, et al.,<br>*Defendants*. | Case No. 1:26-cv-477-ACR |

**[PROPOSED] ORDER COMPELLING IMMEDIATE PRODUCTION OF OCTOBER 30, 2026 NATIONAL CAPITAL PLANNING COMMISSION FILINGS**

Upon consideration of Plaintiffs' Motion for Order Compelling Immediate Production of October 30, 2026 National Capital Planning Commission, the Court hereby:

**GRANTS** Plaintiffs' Motion;

The Court **ORDERS** that Defendants immediately produce the filings made at the National Capital Planning Commission on October 30, 2026, or provide a response to this Court detailing why they cannot do so, by 10:00 AM on October 31, 2026.

**SO ORDERED**.

Date: ______________________

______________________
ANA C. REYES
United States District Judge