**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' NOTICE OF REDACTED NOTIFICATION**

On October 26, 2026, the Court entered an Order granting Plaintiffs' Motion for Preliminary Injunction. Dkt. No. 101. The Court ordered, among other things, that Defendant the U.S. Department of the Interior ("DOI"), "notify, on or before October 30, 2026, any entity not before the Court but with responsibilities on the Course, including Fazio Designs, Tom Fazio, and Gavin Fazio of this Order" and ordered Defendants to "promptly file with the Court a copy of that notification." *Id.* at 2. Consistent with the Court's Order and pursuant to Section 7.k. of the Court's Standing Order, Dkt. No. 10, Defendants hereby submit redacted copies of Defendants' notifications on the public docket in conjunction with Defendants' Motion for Leave to File Under Seal filed contemporaneously herewith.

Respectfully submitted this 30th of October 2026.

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

BENJAMIN HAYES
Deputy Assistant Attorney General
ROBERT STANDER
Deputy Assistant Attorney General

*/s/ Michael K. Robertson*
MARISSA A. PIROPATO
Deputy Chief (MA Bar No. 651630)
MICHAEL K. ROBERTSON
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*