**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** RE: DC Preservation League v. Department of the Interior
**Date:** Friday, October 30, 2026 4:48:00 PM
**Attachments:** Dkt. 101_Order Granting Preliminary Injunction_DCPL v. DOI.pdf

---

Dear Messrs. Fazio,

As ordered by the Court, I am providing you notice and a copy of the preliminary injunction entered by the Court in the referenced case. We will redact your email information before filing with the Court. We were unable to find any additional emails for individuals associated with Fazio Designs. If there are any additional individuals who should be noticed pursuant to the terms of the Court Order, can you please forward this information to them? Please advise if you have counsel to whom we can direct future communications.

Best regards,

[redacted] | **Assistant Solicitor for National Parks**
Department of the Interior | Office of the Solicitor
Division of Parks & Wildlife | Branch of National Parks
[redacted]

**This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies. Thank you.**

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** DC Preservation League v. Department of the Interior
**Date:** Friday, October 30, 2026 11:34:00 AM
**Attachments:** Dkt. 101_Order Granting Preliminary Injunction_DCPL v. DOI.pdf

---

Dear National Links Trust,

As ordered by the Court, I am providing you notice and a copy of the preliminary injunction order entered by the Court in the referenced case.

Best,

[redacted] | **Assistant Solicitor for National Parks**
Department of the Interior | Office of the Solicitor
Division of Parks & Wildlife | Branch of National Parks
[redacted]

**This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies. Thank you.**

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** DC Preservation League v. Department of the Interior
**Date:** Friday, October 30, 2026 11:33:00 AM
**Attachments:** Dkt. 101 Order Granting Preliminary Injunction DCPL v. DOI.pdf

---

Dear Troon Golf,

As ordered by the Court, I am providing you notice and a copy of the preliminary injunction order entered by the Court in the referenced case.

Best regards,

[redacted] | **Assistant Solicitor for National Parks**
Department of the Interior | Office of the Solicitor
Division of Parks & Wildlife | Branch of National Parks
[redacted]

**This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies. Thank you.**

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** DC Preservation League v. Department of the Interior
**Date:** Friday, October 30, 2026 11:31:00 AM
**Attachments:** Dkt. 101 Order Granting Preliminary Injunction DCPL v. DOI.pdf

---

Dear [redacted],

As ordered by the Court, I am providing you notice and a copy of the preliminary injunction entered by the court in the referenced case.

Best regards,

[redacted] | **Assistant Solicitor for National Parks**
Department of the Interior | Office of the Solicitor
Division of Parks & Wildlife | Branch of National Parks
[redacted]

**This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies. Thank you.**

**From:** [redacted]
**To:** [redacted]
**Cc:** [redacted]
**Subject:** DC Preservation League v. Department of the Interior
**Date:** Friday, October 30, 2026 11:31:00 AM
**Attachments:** Dkt. 101 Order Granting Preliminary Injunction DCPL v. DOI.pdf

---

[redacted],

As ordered by the Court, I am providing you notice and a copy of the preliminary injunction entered by the court in the referenced case.

Best regards,

[redacted] | **Assistant Solicitor for National Parks**
Department of the Interior | Office of the Solicitor
Division of Parks & Wildlife | Branch of National Parks
[redacted]

**This e-mail (including attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this e-mail or its contents is strictly prohibited. If you receive this e-mail in error, please notify the sender immediately and destroy all copies. Thank you.**