**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' RESPONSE TO MOTION TO COMPEL IMMEDIATE PRODUCTION OF OCTOBER 30, 2026 NATIONAL CAPITAL PLANNING COMMISSION FILINGS**

On October 30, 2026 at 8:03 p.m., Federal Defendants transmitted via email to Plaintiffs' counsel a copy of the October 2026 National Capital Planning Commission ("NCPC") submission related to the East Potomac Golf Course. Plaintiffs' motion seeking to compel production of the NCPC filing is therefore moot. *See Fund For Animals v. Williams*, 311 F. Supp. 2d 1, 5 (D.D.C. 2004), *aff'd sub nom. Fund For Animals, Inc. v. Hogan*, 428 F.3d 1059 (D.C. Cir. 2005). Defendants therefore request that this Court deny Plaintiffs' motion seeking to compel production of a document that they now have.

Respectfully submitted this 31st of October 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**BENJAMIN HAYES**
Deputy Assistant Attorney General

*/s/ Marissa Piropato*
**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*