**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

On October 30, 2026, the Court, by Minute Order, ordered Defendants to file "the names of all individuals who have participated in preparing the submission identified at Docket 111-1 to the National Capit[a]l Planning Commission (NCPC Proposal)." *See* Minute Order, Oct. 30, 2026. The Court directed the Government to file its notice by 10:00 am on November 2. *Id.* The Government immediately began conducting an inquiry to identify the individuals requested and has continued that inquiry through the weekend. Additional time, however, is requested to accurately identify those individuals for the Court.

Accordingly, Defendants respectfully request that the Court extend its deadline until at least 5:00 pm ET, on November 2, 2026. Defendants have contacted opposing counsel for their position on the Motion, but due to the urgency of Defendants' Motion, Defendants have not yet received a response.

Respectfully submitted this 1st of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**ROBERT STANDER**
Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*