**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:26-cv-477-ACR

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**

On October 30, 2026, the Court, by Minute Order, ordered "the parties to meet and confer and to file a proposed preservation order on or before November 2, 2026." *See* Minute Order, Oct. 30, 2026. On October 31, 2026, the parties met and conferred in person to discuss, among other things, the Court's Minute Order, including the need for a short extension.

The Government respectfully requests an additional one week until November 9, 2026, to file a proposed preservation order with the Court. The additional time is requested to enable the Government to consult with its records experts and accurately present the proposed preservation order before the Court.

Defendants conferred with opposing counsel and Plaintiffs consent to the filing of the present Motion.

Respectfully submitted this 2nd of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**ROBERT STANDER**
Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*