# EXHIBIT 1

## CONCEPT PROPOSAL FOR

# EAST POTOMAC GOLF LINKS

Submitted for review by the National Capital Planning Commission



# TABLE OF CONTENTS


**INTRODUCTION** 3

- Introduction 4
- The Vision 5
- A President on the Public Links 7
- Project Area 8

**BACKGROUND** 9

- Creating East Potomac Park 10
- A Century of Public Recreation 11
- Historic Significance and Cultural Landscape 12

**CURRENT CONDITION OF THE COURSE** 13

- The Park and Course Today 14
- 2026 Condition and Safety Assessments 16
- Existing Conditions: Golf Facilities 19
- Existing Conditions: Hains Point 25
- Seawall Condition 27

**FUTURE VISION FOR THE COURSE** 30

- What the Record Calls For 31
- Historic Photos 32
- Concept Plan and Project Elements 34
- Replacing Displaced Recreation Nearby 37
- New Seawall and Resilience 38
- Benchmarks and Economic Benefits 40

**HISTORY OF DESIGN CHANGES** 45

- Design Changes, 1917–Today 46
- Views of the Water and Monuments 48
- NPS Guidance and Calls for Redesign 51

**REGULATORY AND COMPLIANCE REQUIREMENTS** 53

**SUMMARY: THE CASE FOR ACTION** 55



# INTRODUCTION

# INTRODUCTION

The Department of the Interior is submitting a proposed concept plan for the comprehensive redevelopment of the East Potomac Golf Course and portions of the surrounding East Potomac Park landscape for review and comment by the National Capital Planning Commission (NCPC) for concept review.

The proposal includes a comprehensive renovation of the existing golf course, reconfiguration of the driving range and practice facilities, grading and landscape improvements, and changes to existing recreational amenities and landscape features at Hains Point and along the perimeter roadway.

The goal is to turn a dilapidated, unsafe course into a safe, world-class, affordable championship golf course, open to the public and on par with Torrey Pines, Bethpage Black, and Houston's Memorial Park.

The concept is being presented to NCPC to obtain feedback on the proposed site planning approach, its relationship to the historic landscape, and the potential implications for public recreation, waterfront access, and the overall character of East Potomac Park.



# THE VISION: FROM DILAPIDATED TO WORLD-CLASS

**The current East Potomac course is dilapidated and unsafe.** We are making it a safe, world-class, affordable championship golf course, open to the public.

## In the President's words (Truth Social): the course today

*"dilapidated, worn out, and very dangerous and outdated"*

**June 28, 2026**

*"the greens are virtually unplayable, and the Course is in very poor general condition"*

**June 28, 2026**

*"In its current form, the Course is extremely dangerous to play"*

**October 26, 2026**

*"a constant barrage of people being hit with wayward shots"*

**October 26, 2026**

*"East Potomac Golf Course is highly dangerous, dilapidated, and absolutely disgusting."*

**October 28, 2026**

*"The current condition of the golf course is a National Disgrace"*

**October 28, 2026**

*"The driving range should NOT be a threat to life and limb."*

**October 28, 2026**

# THE VISION: A WORLD-CLASS CHAMPIONSHIP COURSE

## In the President's words (Truth Social): the new course

*"we will build one of the Greatest Golf Courses anywhere in the World"*

**June 28, 2026**

*"this Course will have the ability to host Major Golf Tournaments, including The U.S. Open"*

**June 28, 2026**

*"a plan to build a World Class Championship Golf Course"*

**October 18, 2026**

*"open to the Public while, at the same time, designed to the Highest Level of Golf"*

**October 18, 2026**

*"turn Trash Island into an Island of Beauty and Success!"*

**October 19, 2026**

*"one of the Most Wonderful and Spectacular Golf Courses anywhere in the World"*

**October 19, 2026**

**The plan:** a championship course concept by Fazio Design, designed to host the U.S. Open and priced for local golfers.

# A PRESIDENT ON THE PUBLIC LINKS

**Golfer Harding Pays His Quarter**




President Harding, the other day was eager for a game of golf, but it was too late to motor to any of the suburban clubs around Washington. He was reminded that for 25 cents he could play on the near municipal links, and the idea appealed to him. He is seen here paying his ground fee to the keeper of the public course.

**Plays Early Game of Golf**

*Harding Unwearied by N. Y. Trip; Receive D. A. R. Today.*

By EVELYN C. HUNT.

Despite his strenuous trip to New York Tuesday, President Harding arose before 7 o'clock yesterday morning and by 8 o'clock was enjoying a foursome on the Potomac Park golf course with the Undersecretary of State, Henry P. Fletcher, as a partner. Their opponents were Senator Frelinghuysen, of New Jersey, and Senator Hale, of Maine.

This afternoon at 3:30 o'clock the President and Mrs. Harding will receive the delegates to the D. A. R. convention.

The President has accepted an invitation to deliver an address in New York City on May 23, at the celebration of the 125th anniversary of the founding of the New York Commercial, one of the oldest newspapers in the country.

Mrs. Harding received several women informally yesterday afternoon, among them Mrs. Stephen Elkins and her guest, Mrs. James Robert McKee, daughter of the late former President, Benjamin Harrison, and Mrs. Bates-Batcheller, of Boston.

**HARDING AT GOLF ON PUBLIC LINKS**

*Plays in Potomac Park As Hundreds on Speedway Watch Game.*

President Harding paid a quarter to play golf on the Municipal Links yesterday. Senator Hale was his opponent. The President and Senator were their own caddies, the quarter charge going to the city for the upkeep of the links.

Government clerks, whose salaries don't permit of membership in the numerous fashionable golf clubs around Washington, were out on the course by the hundreds, but courteously moved off the fairway when the President yelled "fore."

No more than two holes had been played before the President and Senator Hale had a "gallery" that would have done credit to a championship match. Hundreds of automobiles, moving along the speedway, stopped and their occupants became interested spectators of the Presidential game. Darkness closed the contest before nine holes could be completed.

Press coverage of President Harding's rounds at East Potomac, 1921

## April 1921

President Warren G. Harding arrived unannounced at the field house, paid the 25-cent fee, and played the public links.

He reportedly returned as often as four times a week, sharing the course with government clerks whose salaries didn't permit membership in Washington's fashionable clubs.

*A course for everyone: the same public links have served presidents and government clerks alike.*

# PROJECT AREA

The project area consists of a portion of East Potomac Park (Reservation 333) outlined in red. This area includes the East Potomac Golf Course, the area beyond the course that includes the road, and the facilities at Hains Point.





# BACKGROUND

# CREATING EAST POTOMAC PARK

## Park Establishment

- About 329 acres of federal parkland (Reservation 333) between the Potomac River and the Washington Channel, from the Tidal Basin to Hains Point
- A constructed island, built by Army Corps of Engineers dredging that began in the 1880s and held in place by seawalls
- **1897:** Congress designates Potomac Park for public recreation and enjoyment
- **1911–12:** reclamation completed; park transferred to the Office of Public Buildings and Grounds

## Planning and Landscape Design

- **1902:** the McMillan Plan makes the reclaimed waterfront part of Washington's park system
- Planned as open space with tree-lined drives and waterfront promenades
- **1916:** the Langdon plan, guided by the Commission of Fine Arts and Frederick Law Olmsted Jr., lays out golf, athletic fields, tennis, swimming, and a field house
- Active recreation in the interior; roads and walks along the water

# A CENTURY OF PUBLIC RECREATION

## Recreational Development

- **Golf:** construction began in 1917; the first nine holes opened in 1920, and the facility grew to three courses
- **Field House:** built 1918–1920 to a design by architect Horace Whittier Peaslee
- **1920s–1930s:** a swimming pool and a miniature golf course, the first built by the National Park Service on federal land
- **Ohio Drive SW:** the historic Speedway, for scenic driving along the water
- **Seawall promenades:** walking, sightseeing, and fishing
- **Hains Point:** waterfront recreation and views; a teahouse served visitors from 1925 until 1987

# HISTORIC SIGNIFICANCE AND CULTURAL LANDSCAPE

## Historic designation covers the park's overall landscape, not every aging facility on the course

- **Listed:** in the National Register in 1973 as part of the East and West Potomac Parks Historic District (nomination updated 2001)
- **What is significant:** the island landform, perimeter roadway and waterfront, open space and views, and the course's role in desegregating NPS recreation in the early 1940s
- **Much is not historic:** the driving range and its 1994–95 building, the 1998 practice course, the Red Course (reworked 2001–02), and decades of later tree plantings
- **Much has already changed:** Travis's layout has been cut back, rerouted, and partly rebuilt many times since the 1920s
- **Much is failing:** 2026 assessments rate 69 of 110 deficiencies Critical or Urgent, and the seawall shows "major disturbance and rapid deterioration"
- **The opportunity:** renovation can replace what is failing while keeping the island setting, the waterfront, and the views

# CURRENT CONDITION OF THE COURSE



# THE PARK AND COURSE TODAY

**What is here.** The peninsula holds the 18-hole Blue Course, the 9-hole Red and White Courses, a driving range, the Field House, mini golf, and Hains Point’s lawns and picnic areas, ringed by Ohio Drive and the seawall promenade.

**A failing shoreline.** Tidal water overtops the settled seawall twice a day almost all the way around the island; sections of the promenade are collapsed and closed, and storms intermittently close Ohio Drive.

**Unsafe buildings.** 2026 NPS assessments rate the clubhouse interior, driving range building, and range Critical, and found 63 Critical or Urgent fire and life safety hazards, 48 of them in the clubhouse.

**Worn-out grounds.** Potholed parking and cart paths, a leaning retaining wall, faded signs, dead trees over parking, standing water, and failing turf.

**A neglected Hains Point.** Invasive vegetation has built up from deferred maintenance, benches are in disrepair, soils are subsiding, and erosion is exposing tree roots along the Potomac.

**Lost views.** Decades of unplanned planting have blocked many of the course’s historic views of the river, channel, and monuments.



# A COURSE AT THE END OF ITS SERVICE LIFE

East Potomac is one of the most-played public courses in the nation's capital, yet it has fallen into disrepair and is unsafe: its playing surfaces, buildings, and the seawall that holds the island in place have reached the end of their service lives. Piecemeal repair will not reverse the decline.

**An outmoded course.** The Blue Course has not been substantially changed since William Flynn's 1944–45 revisions; the full redesign required by the 1989 concession contract was never carried out.

**Failing facilities.** 2026 NPS assessments rate the driving range building, driving range, and clubhouse interior Critical, and flag 69 of 110 deficiencies as Critical or Urgent, including 63 fire and life safety hazards.

**A failing shoreline.** The seawall is "severely deteriorated in all areas and has failed in some," closing promenade segments and flooding the park interior.

**A rare opportunity.** A comprehensive renovation can deliver a world-class, affordable public golf destination that is safe, resilient, and built to host championship events.

**~88,000**

rounds of golf played each year (2014–2016)

*2017 Golf Course CLI*

**69 of 110**

facility deficiencies rated Critical or Urgent

*2026 NPS Condition Assessment*

**$31.1M**

20-year renewal and deferred maintenance need for East Potomac golf assets

*2017 NPS Condition Assessment*

**20,700 ft**

of seawall around the island to be replaced with stamped concrete, at $304.5M

*NPS seawall proposal, 2026*

# 2026 CONDITION ASSESSMENT: GOLF FACILITIES AND ASSETS

**15 FACILITIES AND ASSETS ASSESSED** | **4 CRITICAL** | **10 POOR** | **1 FAIR**

| FACILITY OR ASSET | RATING | KEY DEFICIENCIES |
|---|---|---|
| Clubhouse interior | CRITICAL | Broken floor and ceiling tiles, water intrusion at light fixtures, boarded-up window, trip hazards |
| Driving range building | CRITICAL | Rotten beams and tee-box plywood, spongy upper floor, roof damage, exposed wiring, leaks |
| Driving range | CRITICAL | Turf loss, standing water from failed drainage, damaged ball netting, trash buildup |
| Parking lot trees | CRITICAL | Dead trees and hanging limbs over visitor parking |
| Clubhouse exterior | POOR | Cracked walls and foundation, worn steps; may be Critical pending structural review |
| Retaining wall at putting green | POOR | Leaning wall at risk of partial or complete failure |
| Golf course parking lot | POOR | Potholes, cracking, faded striping, missing light pole |
| Paved cart paths | POOR | Potholes and cracking throughout |
| Light poles | POOR | Missing light covers and deteriorated paint |
| Wayfinding signage | POOR | Signs badly faded and hard to read |
| Flower beds | POOR | Trip hazards, missing mulch, weeds, and overgrown shrubs |
| Maintenance compound | POOR | Clutter and debris, broken irrigation lid, open dumpsters, damaged fencing |
| Golf cart barn | POOR | Missing gutters and shingles; collision damage at an entrance |
| Starter building | POOR | Rotten wood and fascia, damaged doors, no gutters |
| Trash cans | FAIR | Aged and not rodent-resistant |

# 2026 SAFETY ASSESSMENT

**11 SAFETY HAZARDS IDENTIFIED** | **2 CRITICAL** | **9 POOR**

| LOCATION | RATING | HAZARD |
|---|---|---|
| **Golf school (DC Academy) trailer** | **CRITICAL** | Door marked EXIT opens onto a drop with no exterior stairs |
| **Clubhouse basement storage room** | **CRITICAL** | Wet floor from a clogged drain; slip-and-fall hazard |
| **Clubhouse entrance** | **POOR** | Uneven walking surface at the pro shop and dining entrance |
| **Clubhouse basement storage** | **POOR** | Cluttered storage and stored food creating pest harborage |
| **Driving range upper deck** | **POOR** | Bowing, broken deck surface creating trip hazards |
| **Driving range upper deck** | **POOR** | Broken railing panel; fall risk |
| **Driving range stairwell** | **POOR** | Standing water from a leak at the bottom of the stairs |
| **Driving range** | **POOR** | Five-gallon paint buckets stored at the foot of the stairs |
| **Golf cart storage pavilion** | **POOR** | Potholes and uneven walking surfaces around the building |
| **Golf cart pavilion** | **POOR** | Cracked and broken exterior materials |
| **Security camera** | **POOR** | Camera hanging from a pipe by its wires |

# 2026 FIRE AND LIFE SAFETY ASSESSMENT

**84 FIRE AND LIFE SAFETY DEFICIENCIES** | **52 CRITICAL** | **11 URGENT** | **4 POOR** | **17 FAIR**

| LOCATION | CRITICAL | URGENT | POOR | FAIR | KEY HAZARDS |
|---|---|---|---|---|---|
| **Clubhouse: basement** | 11 | 3 | | 1 | Blocked exits and extinguisher, blocked panel, unsecured gas cylinders, flammables |
| **Clubhouse: exterior** | 8 | | 4 | 4 | Exposed wiring, open junction boxes, propane stored at an exit, blocked balcony exit |
| **Clubhouse: kitchen** | 7 | 3 | | 1 | No carbon monoxide detector, blocked egress door, slide lock on exit |
| **Clubhouse: electrical room** | 6 | | | 1 | Storage against electrical panels, open panels, exposed wiring |
| **Clubhouse: sprinkler room** | 4 | | | 2 | Storage in sprinkler room, missing extinguisher, corroded outlet box |
| **Clubhouse: entry and dining** | 3 | 1 | | 4 | Propane heater indoors, failed emergency lighting, exposed wire at exit |
| **Clubhouse: pro shop** | 1 | 1 | | 2 | Emergency exit blocked by merchandise; batteries charging on combustibles |
| **Driving range** | 7 | 1 | | 1 | Generator and combustibles under stairs, missing extinguisher, nests by heater |
| **Golf school trailer / GM office** | 2 | 1 | | | Exit door with no stairs, blocked panel, failed emergency lighting |
| **Maintenance building** | 2 | | | 1 | Light hanging from junction box; 55-gallon chemical drums without containment |
| **Golf cart storage pavilion** | 1 | 1 | | | Blocked electrical panel; unsecured gas cylinder |
| **Total** | **52** | **11** | **4** | **17** | **67 of 84 deficiencies are in the historic clubhouse (Field House)** |

# EXISTING CONDITIONS: DRIVING RANGE


Driving range building with boarded-up openings


Hitting stalls: peeling mats, exposed conduit


Failed roof shingles, debris and animal droppings


Rotting railing on the upper deck


Safety netting torn loose along the range

# EXISTING CONDITIONS: GOLF SUPPORT FACILITIES


Golf Course Storage Facility


East Potomac Park Field House


Golf Course Storage Facility


East Potomac Golf Course Maintenance Facility


Instructional Building


Starter Shed and Beer Garden

# EXISTING CONDITIONS: FIELD HOUSE (CLUBHOUSE)



East Potomac Park Field House



East Potomac Park Field House

# EXISTING CONDITIONS: GOLF COURSE









# EXISTING CONDITIONS: MINI GOLF COURSE













# EXISTING CONDITIONS: COMFORT STATIONS AND RAIN SHELTERS



Comfort station



Rain shelter

# EXISTING CONDITIONS: HAINS POINT FACILITIES


East Potomac Park Playground


Hains Point Picnic Area


Hains Point Picnic Area


Hains Point Parking Area

# EXISTING CONDITIONS: HAINS POINT









# THE SEAWALL: A FAILING FOUNDATION

## 2011 Dewberry rehabilitation plan

Voids 6–27 inches deep beneath the promenade; 46% of 412 surveyed topside segments rated deficient (yellow or red); railing posts broken free of the walk.

## 2019 Seawall Scoping Assessment

"The entirety of the perimeter walkway at East Potomac Park is a safety hazard… uneven, unsupported, damaged, collapsed or underwater." The seawall's current state poses "an existential threat": the park "will eventually become East Potomac Shoal."

## 2023 Cultural Landscapes Inventory

The seawall shows "major disturbance and rapid deterioration… Immediate corrective action is required." Storm flooding intermittently closes Ohio Drive SW.

## 2026 NPS seawall proposal

Settlement has led to tidal flooding twice a day almost all the way around the island, plus storm flooding, erosion, and local collapses. NPS proposes a new seawall around the full 20,700-ft perimeter.



Collapsed promenade slab with exposed reinforcing steel, October 2026

**Water infiltrating the failed wall raises the water table,** leaving standing water across the golf course and park interior.

# SEAWALL CONDITION: STRUCTURAL FAILURE


Walkway slab cantilevered over a washout


Buckled, displaced walkway slabs behind fencing


Collapse hole beside the railing foundation


Heaved, broken promenade behind failed fencing


Collapsed seawall section fenced off at the Potomac



Promenade closed due to unsafe conditions

# SEAWALL CONDITION: FLOOD EVENTS



Promenade submerged as the river pours past the closure



Potomac overtopping the seawall onto the lawn



Bench and walkway under water facing The Wharf



Washington Channel promenade flooded end to end



Floodwater at the doorstep of an NPS building



River water flowing through a void beneath the cap


FUTURE VISION
FOR THE COURSE

# WHAT THE RECORD CALLS FOR

## NPS studies point to four changes the concept delivers: two structural design changes, then two vegetation actions

| STRUCTURAL DESIGN CHANGES | WHAT THE DOCUMENTS SAY | SOURCE |
|---|---|---|
| **Redesign the driving range** | 2026 assessments rate the driving range and its building Critical | 2026 NPS Condition Assessment |
| **Renew the playing surfaces** | Poor drainage, an inadequate irrigation system, and worn turf undermine playing conditions | 2019 CLR Treatment Guidelines |

| VEGETATION ACTIONS | WHAT THE DOCUMENTS SAY | SOURCE |
|---|---|---|
| **Reopen views to the water** | Selectively thin vegetation to reconnect the course to the Potomac River, Washington Channel, and monuments | 2019 CLR; 2017 CLI |
| **Thin trees that block the views** | Trees and screen plantings added over decades have hemmed in vistas and blocked water views | 2017 CLI; 2019 CLR |

# HISTORIC PHOTOS: AN OPEN COURSE ON THE WATER

## Aerial photographs show a course laid out in the open, edged by the river and the channel



1922: an open course across the island, the Washington Monument on the horizon



1927: fairways and greens in the open, with trees mostly at the edges



1935: open fairways from end to end, the Monument beyond

*From the air, the early course was open from end to end, with trees mostly along the edges and water on every side.*

# HISTORIC PHOTOS: VIEWS TO THE WATER AND MONUMENTS

## From the ground and the air, the water and the monuments were part of the experience



1920s: the open course between the Potomac River and the Washington Channel



1930s: across the Washington Channel to the open course and the Monument



1910: open lawn with the Washington Monument in view

*Open lawns and fairways kept the river, the channel, and the Washington Monument in view across the park.*

# A WORLD-CLASS PUBLIC COURSE

1

## A storied public links

Walter J. Travis laid out the links-style Blue Course (1917–1923), and President Harding played here from 1921.

Its 1941 desegregation opened all federally owned golf courses to African American golfers.

2

## A course built to evolve

The courses have been reversed, lengthened (1940) and partly rebuilt (Flynn, 1945); no comprehensive redesign of the Blue Course has followed since.

Precedent: Rock Creek's 1926 expansion from 9 to 18 holes doubled annual play, from 47,031 rounds (1923) to 94,416 (1927).

3

## Built for championships

The concept was developed by Fazio Design to the highest standards of championship golf.

It is designed to host events such as the U.S. Open, PGA Championship, and Ryder Cup, while staying open and affordable for the public.

**The goal:** East Potomac Golf Links on par with America's best public courses, including Torrey Pines, Bethpage Black, and Houston's Memorial Park, while staying safe and affordable for local golfers.

# THE CONCEPT PLAN

The proposed East Potomac Golf Course Concept Plan illustrates a comprehensive approach to improving the golf course and associated recreational facilities within the historic landscape of East Potomac Park. The concept includes renovation of the Hains Point features and structures, with the reconfiguration of golf holes, fairways, greens, tees, bunkers, and practice facilities, together with improvements to drainage, irrigation, vegetation, and golf course circulation.

The purpose is a safe, championship-caliber public course and practice facility that is affordable and accessible, and more resilient to flooding.



# PRINCIPAL PROJECT ELEMENTS

## A comprehensive golf renovation; other recreation moves to nearby parkland

**Golf course:** new 18-hole championship layout with reconfigured fairways, greens, tees, and bunkers

**Driving range and practice:** renovated range, practice greens, bunkers, and short-game areas

**Hains Point:** the southern tip becomes part of the golf course, in place of the existing lawn and picnic areas

**Landscape and vegetation:** selective thinning to fit the new course and reopen views to the water

**Course boundary:** the golf course extends to the seawall around the peninsula

**Grading:** regrading for new fairways, greens, bunkers, water features, and drainage

**Water and stormwater:** new water features and drainage infrastructure

**Irrigation and utilities:** upgraded irrigation, drainage, and utility systems

**Golf circulation:** renovated cart paths and golf access from park roads

**Displaced recreation:** biking, walking, fishing, and picnicking accommodated nearby, such as at West Potomac Park and the Tidal Basin

# REPLACING DISPLACED RECREATION NEARBY

**The Department of the Interior is identifying, and will undertake, new recreational opportunities** to address activities affected at East Potomac Park, located as close to the park as is feasible and reasonable.

## Recreation affected by the project

Biking, walking, and fishing along the perimeter promenade and Ohio Drive

Open lawn, picnic areas, and related amenities at Hains Point

Picnic areas and pedestrian facilities along Ohio and Buckeye Drives

**Where they will go:** new biking, walking, and fishing opportunities will be accommodated nearby, such as at West Potomac Park and the Tidal Basin.

1. **Inventory:** Confirm each activity and amenity the project affects
2. **Identify sites:** Locate replacements as close as feasible, such as West Potomac Park and the Tidal Basin
3. **Consult:** Coordinate with NCPC, the Commission of Fine Arts, the District, and the public through the Section 106 and NEPA processes
4. **Deliver:** Develop the new opportunities alongside the golf course project

# NPS PROPOSAL: A NEW SEAWALL FOR EAST POTOMAC PARK

**Full perimeter:** about 20,700 ft of new seawall on the historic alignment, so shoreline safety closures can be lifted

**Wall types:** 19,000 ft of stamped concrete, plus 1,700 ft of stacked-stone Z-panel in the area seen from West Potomac Park

**Higher protection:** raised an average of 2.3 ft on the Potomac, 2.6 ft at Hains Point, and 1.6 ft on the Washington Channel

**Proven design:** similar to the wall just completed at the Tidal Basin and West Potomac Park, with about a 100-year service life

**Cost-effective:** the same durability as an all-stone wall at about $56M less, and the shortest construction schedule

**$304.5M**

total cost, including design, project management, and contingency

**2.5 – 3.5 years**

from funding to completion



Example of a stamped concrete seawall, C&O Canal

# BUILDING RESILIENCE INTO THE CONCEPT

## The challenge

At a 6-ft flood, about one-third of the park's golf fairways, trees, roads, and drainage inlets are inundated; at 7 ft, about half

A high water table leaves standing water that cannot drain, building silt and mosquito habitat

Field House basements flood and are sandbagged; storms intermittently close Ohio Drive SW

Driving range turf is failing under standing water

## How the concept responds

**Regrading:** can lift new fairways, greens, and tees above chronic standing water

**Water features and stormwater:** store and convey runoff, and can supply irrigation

**New irrigation and drainage:** addresses long-standing irrigation and drainage shortfalls

**A higher seawall:** The new seawall raises the wall an average of 2.3 ft on the Potomac, 2.6 ft at Hains Point, and 1.6 ft on the Washington Channel

# BENCHMARK: TORREY PINES, SAN DIEGO

**City of San Diego municipal golf, 36 holes on the Pacific bluffs**

**Major championships:** U.S. Open in 2008 and 2021

**Annual PGA Tour stop:** the Farmers Insurance Open is played on the South and North Courses each winter

**Reinvestment:** South Course rebuilt by Rees Jones (2001); North Course renovated by Tom Weiskopf (2016)

**Locals first:** a $25-a-year City resident card unlocks resident rates

**$90 vs. $322**

South Course weekend round: City resident vs. non-resident (2026)

**$142M**

San Diego economic impact of the 2008 U.S. Open; 273,000 fans, 64% from out of town

# BENCHMARK: BETHPAGE BLACK, LONG ISLAND

## New York State Parks course, “The People’s Country Club”

**Major championships:** U.S. Open in 2002 and 2009; PGA Championship in 2019

**2025 Ryder Cup:** the largest staging in the event’s history, drawing 244,858 fans over the week

**Booked ahead:** 2028 KPMG Women’s PGA Championship and 2033 PGA Championship

**Locals first:** New York residents pay about half the non-resident rate

**$80 vs. $160**

Weekend round: New York resident vs. non-resident (2025)

**$200M+**

projected statewide impact of the 2025 Ryder Cup; a projected $160M and 1,000 jobs on Long Island

# BENCHMARK: MEMORIAL PARK, HOUSTON

## City of Houston course, rebuilt with private funding

**The rebuild:** Tom Doak redesign with Brooks Koepka, reopened in 2019; fewer bunkers, better greens, and new drainage

**Funded privately:** about $34M course and facilities project led by the Astros Golf Foundation; the first phase (course, range, irrigation) cost $18.5M

**PGA Tour venue:** home of the Houston Open since 2020, while still hosting about 60,000 public rounds a year, per architect Tom Doak

**Locals first:** a resident card keeps Houstonians' rates low

**$38 vs. $140**

Weekend round: Houston resident vs. non-resident (2026)

**Since 2020**

annual PGA Tour week in Houston, raising money for local charities

# LOCALS PAY LESS AT AMERICA'S GREAT PUBLIC COURSES




**Two-tier pricing is standard.** Each benchmark charges visitors 2 to 4 times the local rate.

**Visitors fund the upkeep.** Premium out-of-town fees support championship conditions while locals keep affordable access.

**Residency is verified.** San Diego and Houston issue resident cards; New York requires proof of state residency.

**For East Potomac:** a similar structure could keep local rates low. The definition of "local" and how it fits NPS concession and fee policy would need review.

# CHAMPIONSHIP PUBLIC GOLF DRIVES ECONOMIC GROWTH

**TORREY PINES, SAN DIEGO**

## $142M

economic impact of the 2008 U.S. Open at Torrey Pines

*As reported by NBC San Diego, 2021*

**TORREY PINES, SAN DIEGO**

## ~$25M

economic boost of one Farmers Insurance Open week at Torrey Pines (2013 study); about 28,000 hotel room-nights (Century Club)

*KPBS, 2015*

**BETHPAGE BLACK, LONG ISLAND**

## $200M+

projected statewide impact of the 2025 Ryder Cup at Bethpage Black

*Gov. Hochul, 2025*

**BETHPAGE BLACK, LONG ISLAND**

## 1,000

Long Island jobs projected from the 2025 Ryder Cup at Bethpage Black, plus $160M of local economic activity

*LIA Research Institute pre-event estimate, 2025*

**Beyond tournament weeks:** each benchmark stays a working public course year-round. Memorial Park hosts about 60,000 rounds a year alongside a PGA Tour event, and Torrey Pines’ tournament week adds tens of millions of TV viewers’ exposure for San Diego.

**For Washington:** a championship-ready East Potomac could draw tournament visitors, hotel stays, and national broadcasts to the District.

# HISTORY OF DESIGN CHANGES



# DESIGN CHANGES: THE ORIGINAL LINKS, 1917–1945

**THE ORIGINAL LINKS: TRAVIS AND FLYNN**

**1917**
Walter J. Travis designs a reversible links layout

**1920**
First nine holes open

**1923**
Back nine completes Travis's 18 (today's Blue Course)

**1925**
Flynn adds the nine-hole E-F Course

**1927**
First driving range installed

**1931**
G Course completed

**CUTBACKS, FLOODS, AND REBUILDS**

**1934**
**One-way play: A Course and C and E greens removed; many Travis bunkers likely lost**

**1936–37**
Driving range moved for a swimming pool

**1939**
Greens rebuilt; cedars planted in the roughs

**1940**
Blue Course lengthened to 6,486 yards

**1941**
Holes lost to tennis, ballfields, and anti-aircraft guns

**1944–45**
**Flynn rebuilds greens and tees; evidence suggests four new holes and a reversed back nine**

*Within 25 years, Travis's original reversible layout had been cut back, rerouted, and partly rebuilt.*

# DESIGN CHANGES: PIECEMEAL REDESIGNS, 1945–TODAY

**POSTWAR REDESIGNS**

**1949**
Mini golf regraded 18 inches higher for drainage

**1950**
Gordon redesigns the G Course for beginners

**1956**
Gordon reworks the F Course (today's White Course)

**PATCHWORK CHANGES**

**1980–84**
F Course demolished, then rebuilt after public outcry

**1989–90s**
**New contract calls for new tees and 35 bunkers; tees, greens, and hazards rebuilt, but the full Blue Course redesign is never built**

**1994–95**
Current driving range building built

**1998**
Three-hole practice course added

**2001–02**
Parking expansion forces a Red Course rework

**PROPOSAL**

**2026**
**Full redesign concept developed by Fazio Design**

*No comprehensive redesign of the Blue Course since 1945: eight decades of patchwork have left the layout outdated.*

# ORIGINAL INTENT: A COURSE OPEN TO THE WATER

## The course was laid out on an open, waterfront site with views in every direction

“

*this close proximity to the water was a characteristic feature of Walter Travis’ original…design*

**2017 Cultural Landscape Inventory**

“

*Wide open vistas of grass and views toward the water, were the desired effect at East Potomac.*

**2017 Cultural Landscape Inventory**

“

*the river itself may be followed by the eye of a waiting golfer for many miles southward*

**The Washington Post, July 1, 1928 (quoted in the 2017 CLI)**

“

*Travis capitalized on the geography, relatively flat topography, and generally treeless areas to offer general views and vistas to the Washington Monument, the Jefferson Memorial, the U.S. Capitol building…*

**2019 CLR Treatment Guidelines**

# VIEWS OF THE WATER AND MONUMENTS WERE PART OF THE DESIGN

## From the start, the course's setting was treated as its greatest asset

> *It is doubtful if there is any golf course anywhere that surpasses in the beauty of its surroundings [as] the golf course in East Potomac Park.*
>
> **The Washington Post, July 1, 1928 (quoted in the 2017 CLI)**

> *From the very beginning, views of iconic buildings of Washington, D.C., were recognized as a major design asset*
>
> **2019 CLR Treatment Guidelines**

> *Travis and subsequent designers noted these views as factors in the design of the courses.*
>
> **2019 CLR Treatment Guidelines**

> *The growth of vegetation within the study area has obscured these views.*
>
> **2019 CLR Treatment Guidelines**

# HOW THE VIEWS WERE LOST

## Decades of planting closed in the open course and cut off the water

> *resulted in the planting of thousands of trees and flowering shrubs…including on…East Potomac, where they were never intended*
>
> **2017 Cultural Landscape Inventory**

> *Tree plantings around the greens in the 1960s and 1970s hemmed in the views and restricted the vistas along the fairways.*
>
> **2019 CLR Treatment Guidelines**

> *screen plantings and encroaching invasive vegetation filled in along the edge blocking the views to the surrounding East Potomac Park, Potomac River, and Washington Channel*
>
> **2019 CLR Treatment Guidelines**

> *The historic view to the Potomac River is obscured by the growth of willows along the edge of the golf course perimeter*
>
> **2019 CLR Treatment Guidelines, Figure 42**

# NPS GUIDANCE: REOPEN VIEWS AND RENEW PLAYING SURFACES

**The 2019 treatment guidelines call for reopening views to the water and fixing worn turf and irrigation**

> “*Reinforce the visual connections to the city and river by selectively removing vegetation to open views to the iconic buildings of Washington, D.C., and to the Potomac River and Washington Channel.*
>
> **2019 CLR, Views and Vistas guideline**

> “*The turf challenges on this property are due to traffic patterns, poor cart paths, poor drainage, tree root competition, poor irrigation system, and shade from trees.*
>
> **2019 CLR, Turf guideline**

> “*Existing water supply and irrigation systems are either inadequate or do not work to provide proper irrigation*
>
> **2019 CLR, general guidelines for NPS golf courses**

# A LONG-STANDING CALL FOR A REDESIGN

## Critics and NPS have asked for change since 1939

> *flat, uninteresting layouts which could be vastly improved under the supervision of a competent course architect*
>
> **Washington Evening Star, 1939**

> *Fairways too rough. Greens too hard, too small, improperly designed*
>
> **NPS memorandum, December 1940**

> *outmoded and far behind the modern trend. It is too short, not well trapped, and in poor condition.*
>
> **Washington Evening Star, 1939**

## How the concept plan responds

| DOCUMENTED CALL | CONCEPT RESPONSE |
|---|---|
| **A modern, competitive layout** | Comprehensive renovation into an 18-hole course built to host major tournaments |
| **Reopen water views** | Selective thinning of non-historic trees and vegetation; course extends to the seawall |
| **Redesign the range** | Renovated driving range and practice facilities |
| **Renew playing surfaces** | Regrading, new drainage, and new irrigation |



# REGULATORY AND COMPLIANCE REQUIREMENTS

# REGULATORY AND COMPLIANCE REQUIREMENTS

## National Historic Preservation Act

- Section 106 consultation began July 17, 2026
- NPS will prepare a draft Assessment of Effects and consult the public through meetings and PEPC (parkplanning.nps.gov)
- No determination of effect has been made

## National Environmental Policy Act

- An Environmental Assessment (EA) is the anticipated level of NEPA review

## Agency Review

- Commission of Fine Arts: November 2026 (anticipated)
- NCPC: December 2026 (anticipated)
- Consultation with interested Tribes and the U.S. Fish and Wildlife Service is ongoing

# SUMMARY: THE CASE FOR ACTION

## The current course is falling apart

- The seawall is failing, flooding the promenade and closing walkways
- Facility buildings carry 63 Critical or Urgent fire and life safety hazards
- Worn greens, poor drainage, and a dangerous driving range
- Decades of patching have not stopped the decline

## We will build a new, great course

- A safe, world-class, affordable championship course, open to the public
- A new seawall built to current codes
- Reopened views of the water and the monuments
- A peer of Torrey Pines, Bethpage Black, and Memorial Park

**NCPC feedback requested on**

Site planning approach and golf course layout

Relationship to the historic landscape

Public recreation and waterfront access at Hains Point

Coordination with the seawall project