**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:26-cv-477-ACR

**DEFENDANTS' NOTICE OF PROPOSAL**

On October 30, 2026, the Court, by Minute Order, ordered the parties to "meet and confer, in person to discuss the scope of the Court's notice requirement in its preliminary injunction order, Dkt. 101." *See* Oct. 30, 2026, Minute Order. The Court also ordered that "[t]he parties must file any joint proposal by November 3, 2026, at 10:00 a.m." and "[i]f the parties cannot agree to a joint proposal, the Government must file its proposal by November 3, 2026, at 10:00 a.m." *Id.*

On October 31, 2026, the parties met and conferred regarding their respective positions and the possibilities for agreement. The parties were unable to reach an agreement and have reached an impasse. Accordingly, consistent with the Court's Minute Order, Defendants present their position.

1. *No notice is required.* For the reasons stated in Defendants' Motion for Stay, Dkt. 112,[1] Defendants respectfully maintain that no notice requirement should be imposed. Defendants should be permitted to conduct activities they deem appropriate at East Potomac Golf Course and within East Potomac Park, consistent with all relevant statutes and regulations without providing advanced notice to the Court.

2. *The Court should partially stay its Order.* In the event the Court concludes notice is still required, Defendants respectfully ask that, the Court partially stay its Order, Dkt. 101, as to areas north and west of Buckeye Drive SW and with respect to certain other provisions of its Order. *See* Fed. R. Civ. P. 62(d); Fed. R. App. P. 8. East Potomac Park can be geographically separated into two components: the area lying to the south and east of Buckeye Drive SW (which includes East Potomac Golf Course), and the area lying to the north and west of Buckeye Drive SW. Partially suspending or modifying the Court's Order would permit certain long-planned activities that fall within the technical boundaries of East Potomac *Park* but outside East Potomac *Golf Course* to move forward without risk of running afoul of the Court's Order.[2] Partially staying the Court's Order would also permit more straightforward compliance.

Specifically, Defendants ask that the Court partially stay its Order, Dkt. 101:

1. Consistent with the underlined changes to the third paragraph of the Court's Order:

---

[1] Defendants continue to maintain that the Court's preliminary injunction order should be stayed in full, as argued in their motion for a stay pending appeal.

[2] Such projects include the Long Bridge Project (a major railroad infrastructure project); the installation of an AT&T Antenna at NPS NAMA Headquarters; work within NPS's maintenance yard, and the improvement of the East Potomac Tennis Center. Each of these activities occur or are planned to occur in whole or in part within that portion of East Potomac Park that lies to the north and northwest of the East Potomac Golf Course, separated from the Golf Course by Buckeye Drive SW.

"**ORDERS** that Defendants, and their officers, agents, employees, contractors, and all other persons with whom they are in active concert or participation, shall not cut, fell remove, girdle, top, or substantially prune or otherwise damage or impair any tree in East Potomac Park southeast of Buckeye Drive SW, whether directly or through excavation, trenching, grading, soil compaction, or staging of equipment or materials within any tree's root zone absent Court order, except that Defendants may take action to address an imminent threat to public safety, with notice to the Court and Plaintiffs within 24 hours thereafter, such notice to include a sworn declaration from a senior National Park Service employee attesting to the threat and the need of the taken action to address it;"

2. Consistent with the underlined changes to the fourth paragraph of the Court's Order:

"**FURTHER ORDERS** that Defendants provide the Court and Plaintiffs no less than ten business days' written advance notice before any closure of the East Potomac Golf Course, in whole or in part, other than as already regularly scheduled (such as for a federal holiday) and before irreversible modification to any forms or features of East Potomac Park southeast of Buckeye Drive SW, including, but not limited to, the Park's landforms, vegetation, course design, hydrology, pathways, and structures, except that Defendants may take action to address an imminent threat to public safety, with notice to the Court within 24 hours thereafter, such notice to include a sworn declaration from a senior National Park Service employee attesting to the threat and the need of the taken action to address it. Any notice under this section must include, at a minimum, the following information:"

3. Consistent with the underlined changes to item (3) following the fourth paragraph of the Court's Order:

   "(3) each individual, by name and title, who authorized the action or directed that the action be taken;"

4. Stay item (4) following the fourth paragraph of the Court's Order.

5. Consistent with the underlined change to item (6) following the fourth paragraph of the Court's Order:

   "(6) the action's impact on the Park southeast of Buckeye Drive SW;"

6. Stay the seventh paragraph of the Court's Order ("**FURTHER ORDERS** Defendants to inform the Court without delay if any entity or individual seeks to effectuate changes to East Potomac Park") if the Court retains items (1)-(3) and (5)-(7) as modified above.

Respectfully submitted this 3rd of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
Michael K. Robertson
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*