**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:26-cv-477-ACR

**DEFENDANTS' NOTICE OF DOCUMENT FILED UNDER SEAL**

On November 3, 2026, the defendants filed under seal the notice responding to this Court's Minute Order requiring Defendants to file "the names of all individuals who have participated in preparing the submission identified at Docket 111-1 to the National Capit[a]l Planning Commission (NCPC Proposal)." Dkt. No. 111-1. A redacted version of that under seal filing is attached as Exhibit A to this notice.

Respectfully submitted this 3rd day of November 2026.

[SIGNATURE BLOCK NEXT PAGE]

/s/ *Stanley E. Woodward, Jr.*
**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW J. BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief, Natural Resources Section
U.S. Department of Justice
Energy & Natural Resources Division
4 Constitution Square
150 M Street NE
Washington, DC 20002

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel of record via CM/ECF on November 3, 2026.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.