**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' NOTICE FILED UNDER SEAL**

On October 30, 2026, the Court, by Minute Order, ordered Defendants to file "the names of all individuals who have *participated in preparing* the submission identified at Docket 111-1 to the National Capit[a]l Planning Commission (NCPC Proposal)."[1] Dkt. No. 111-1. Minute Order, Oct. 30, 2026 (emphasis added).

After a diligent inquiry, the Government has identified the following individuals who drafted, edited, or provided input – or how the Government has defined "participated in preparing" – on the draft of the NCPC submission that was provided to the National Capital Planning Commission:

[redacted]

[1] As a matter of factual clarification, the NCPC submission is not the rendering which is docketed at ECF No. 111-1. The NCPC submission, referred to in the notice (ECF No. 111) and provided to the Plaintiffs is a different document.

[redacted]

For the avoidance of doubt, the Government notes that it does not interpret the Court's order to require Defendants to identify any person who may have only reviewed the draft of the NCPC submission, although it is aware of others within the Department of Interior to have done so. To exhaustively identify every person to have reviewed the document without providing any input, however, would require the Government to conduct an extensive investigation across not only the numerous components of the Department of the Interior, but potentially other Executive Branch agencies, including by conducting extensive email searches and interviews of custodians. Such an extensive investigation would require a significant commitment of time and resources and would not prove helpful to the Court or the Plaintiffs in assessing their pretext argument. Transcript of October 30, 2026, Status Hearing at 40-41. Moreover, producing such a list could again implicate *Touhy* regulations, and other privilege considerations, including but not limited to deliberative process privilege, attorney client privilege, and attorney work product. To the extent the Court intended the Government's inquiry to include any individual who merely passively reviewed the draft report, the Government respectfully requests the Court explicitly order the same.

Respectfully submitted this 3rd day of November 2026.

[SIGNATURE BLOCK NEXT PAGE]

*/s/ Stanley E. Woodward, Jr.*
**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW J. BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief, Natural Resources Section
U.S. Department of Justice
Energy & Natural Resources Division
4 Constitution Square
150 M Street NE
Washington, DC 20002

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing will be served electronically to counsel of record via CM/ECF on November 3, 2026.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr.