AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

DC Preservation League et al.
*Plaintiff*
v.
DOI et al.
*Defendant*

Case No. 1:26-cv-00477

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs .

Date: 11/04/2026

/s/ Anna L. Deffebach
*Attorney's signature*

Anna L. Deffebach, DC Bar No. 241346
*Printed name and bar number*

Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
*Address*

adeffebach@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 921-4875
*FAX number*

Print Save As... Reset