**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:26-cv-477-ACR

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF**

On October 30, 2026, the Court, by Minute Order, ordered Defendants to file a brief regarding "whether, and if so, how, the deliberative process privilege protects it from disclosing the date on which tree removal and/or a links-style golf design was first added to the NCPC Proposal." *See* Minute Order, Oct. 30, 2026. Defendants timely filed their brief, Dkt. No. 121, and Plaintiffs filed a Response, Dkt. No. 127.

Defendants respectfully request leave to file a short reply brief by 5:00 p.m., November 5, 2026. Defendants seek leave to reply to certain arguments raised by Plaintiffs in their Response, including on matters of the deliberative process privilege and extra-record discovery.

Counsel for Defendants conferred with Plaintiffs' counsel and Plaintiffs do not oppose the present Motion for Leave.

If the Court denies the present Motion for Leave, Defendants request, in the alternative, that the Court withhold ruling on the matter until argument can be heard at the November 13, 2026, hearing.

Respectfully submitted this 4th of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**ROBERT STANDER**
Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*