**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, et al.,<br>*Plaintiffs*,<br>v.<br>U.S. DEPARTMENT OF INTERIOR, et al.,<br>*Defendants*. | No. 26-cv-477 |

# NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this court, and I appear in this case as counsel for all Federal Defendants.

Dated: November 5, 2026

Respectfully submitted,

/s/ *Robert A. Crossin*

ROBERT A. CROSSIN
DC Bar No. 90036740
Counsel to the Associate Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
robert.crossin@usdoj.gov
202.538.1680

*Counsel for Federal Defendants*