# EXHIBIT D

National Park Service
U.S. Department of the Interior

National Capital Region
Washington, DC







*Cultural Landscape Report*

# National Park Service Golf Courses in the District of Columbia East Potomac Park, Langston, and Rock Creek: Treatment Guidelines

June 2019

Resource Stewardship and Science
Division of Cultural Resources, National Capital Region

*CULTURAL LANDSCAPE REPORT*

# NATIONAL PARK SERVICE
# GOLF COURSES IN THE DISTRICT OF COLUMBIA
# EAST POTOMAC PARK, LANGSTON, AND ROCK CREEK: TREATMENT GUIDELINES





PROJECT SCOPE ❖ HISTORICAL OVERVIEW ❖ NATIONAL REGISTER STATUS ❖ ANALYSIS AND EVALUATION ❖ TREATMENT

***Prepared by:***

Maureen D. Joseph

Michael Commisso
H. Eliot Foulds
Michael W. Stachowicz
Daniel T. Weldon

U.S. Department of the Interior • National Park Service • National Capital Region • Resource Stewardship and Science • Washington, D.C.
2019

As the Nations's principal conservation agency, the Department of the Interior has responsibility for most of our nationally–owned public lands and natural resources. This includes fostering sound use of our land and water resources; protecting our fish, wildlife, and biological diversity; preserving the environmental and cultural values of our national parks and historical places; and providing for the enjoyment of life through outdoor recreation. The Department assesses our energy and mineral resources and works to ensure that their development is in the best interests of all our people by encouraging stewardship and citizen participation in their care. The Department also has a major responsibility for American Indian reservation communities and for people who live in island territories under U.S. administration.

U.S. Department of the Interior
National Park Service
Resource Stewardship and Science
Washington, D.C.

NPS Document Number: NCRO 800 151975

Publication Credits: Graphics from sources other than federal repositories may not be reproduced without the permission of the owners noted in the captions. Other information in this publication may be copied and used with the condition that full credit be given to the authors and publisher. Appropriate citations and bibliographic credits should be made for each use. Please cite this publication as: "Joseph, Maureen D., Michael Commisso, H. Eliot Foulds, Michael W. Stachowicz, and Daniel T. Weldon. *National Park Service Golf Courses in the District of Columbia East Potomac Park, Langston, and Rock Creek: Treatment Guidelines Cultural Landscape Report*. Washington, D.C.: National Park Service, U.S. Department of the Interior, 2019."

**Cover and Title Page:** (left to right) Looking towards the Washington Monument from East Potomac Park Golf Course, 2017 (NPS); Historic trees along Langston Golf Course fairway, 2017 (University of Pennsylvania); view of Rock Creek Golf Course along the front nine, 2018 (NPS).

# Executive Summary

This Cultural Landscape Report (CLR) for the National Park Service (NPS) golf courses in the District of Columbia provides treatment guidelines for the long-term stewardship of the three golf course under NPS management control: East Potomac Park, Langston, and Rock Creek golf courses. This report builds upon other documents that address these historic golf courses including the 2017 Historic Resource Study (HRS) and three Cultural Landscape Inventories (CLI) for East Potomac Park Golf Course, Langston Golf Course, and Rock Creek Golf Course, also completed in 2017.

Until recently, these golf courses were not considered or managed as historic resources. All three are individually listed on the National Register of Historic Places or are contributing to a larger National Register Historic District. This CLR will not only assist National Park Service managers, but subsequent golf course operators in their efforts to manage and preserve the historic golf course landscapes of East Potomac Park, Langston, and Rock Creek.

With the popularity of golf at its peak in the 1920s and 1930s during the Golden Age of Golf, the federally-managed parks within the District of Columbia supported opening public courses for this new sport. Reclaimed tidal flats on the Potomac and Anacostia Rivers and a former farm within Rock Creek Park served as the locations for the public golf courses.

***East Potomac Park Golf Course*** is located on a 220-acre peninsula called Hains Point in Southwest Washington, D.C., and is bounded by the Potomac River on the west and the Washington Channel on the east. Prominent golf course architect, Walter J. Travis, designed the original links-style, eighteen-hole course in 1917; today it is known as the Blue Course. The first nine-holes of the popular reversible course were completed and opened to the public in 1920 and the remaining were completed by the summer of 1923. A fieldhouse, designed by architect Horace W. Peaslee and constructed using John J. Earley's decorative concrete aggregate, was built concurrently with the first nine-holes between 1917 and 1920. An additional nine-hole reversible course, designed by William S. Flynn, was built in 1924-1925 and is known today as the White Course. The final nine-hole course, today's Red Course, was built in 1930-1931 and was not likely designed by a golf course architect. Over the years, all three courses have had modifications since their initial construction, including a major redesign in the 1950s and late 1990s to the White and Red Courses. An eighteen-hole miniature golf course was opened

in 1931 near the fieldhouse. Although it is missing several of the course's novelty features, few changes have been made to the original layout. The course also has a 100-stall driving range, three practice greens, and a three-hole practice course. In 1973, the East Potomac Park Golf course and miniature golf course were first listed in the National Register of Historic Places as contributing resources within the East and West Potomac Parks Historic District. The location and proximity to the monumental core and other popular NPS attractions, make this course the most popular and accessible to the golfing community.

***Langston Golf Course*** is located on 145 acres in Section G of Anacostia Park. Located on the north side of Benning Road NE, the parkland-style eighteen-hole course follows the perimeter of Kingman Lake, with several holes located on Kingman Island along the western shore of the Anacostia River. Langston replaced an inadequate golf course located on the Lincoln Memorial grounds and was built specifically for use by African Americans. Built between 1935 and 1939 by the Works Progress Administration and the Civilian Conservation Corps, the initial nine-holes served the African American community. The course was expanded to a full eighteen-hole course by 1955 and the current clubhouse was constructed to support the community. Although the design of the parkland-style golf course is not noteworthy, the properties connections to the African American golfing community and its setting along Kingman Lake and the Anacostia River could be highlighted more. Langston Golf Course was individually listed in the National Register of Historic Places in 1991. The proximity of the course to the Benning Road-H Street, NE streetcar line and recreational development along the Anacostia River, makes it ideal for public use.

***Rock Creek Golf Course*** is located in the northeast portion of Rock Creek Park near the intersection of 16th Street NW and Military Road NW on approximately 100 acres. Golf course architect William S. Flynn, designed the parklands-style, eighteen-hole course on the partially wooded sloping topography within Rock Creek Park, between 1921 and 1926. The rerouting and widening of Military Road, NW in the late 1950s required modifications by golf course architect William F. Gordon, for several of the holes on the front nine. Between 1963 and 1965 the National Park Service built a new clubhouse to replace the original farmhouse that predated the construction of the golf course. This construction was part of the National Park Service's Mission 66 initiative for Rock Creek Park. Rock Creek Golf Course was listed in the National Register of Historic Places as a contributing resource to the Rock Creek Park Historic District in 1991. The relatively remote location of the golf course within Rock Creek Park, which is not readily visible from adjacent streets and roads, makes it challenging for the public to find.

This CLR contains treatment guidelines to provide responsible management direction for on-going maintenance and future modifications to the courses while preserving their historic character. While the National Park Service acknowledges that changes might be necessary to make repairs and/or to accommodate modern playing standards, these treatment guidelines have been developed to support modernization that is consistent with the original design intent for each course.




National Park Service golf courses in Washington, DC.

## HISTORICAL OVERVIEW

The following history summaries are based on the research presented by Patricia Babin in the *Links to the Past: A Historic Resource Study of National Park Service Golf Courses in the District of Columbia* (Nov 2017), as well as in the cultural landscape inventories (CLIs): *East Potomac Park Golf Course CLI* (2017), *Langston Golf Course CLI* (2017), and the *Rock Creek Park Golf Course CLI* (2017) by the University of Pennsylvania. For a more in–depth discussion of the history of each golf course, the golf course architects, and the history of segregation in Washington, D.C., recreational facilities, the reader is encouraged to review the aforementioned reports. The following narratives will provide and overview of each golf course and explore their history from inception to present day.

### EAST POTOMAC PARK GOLF COURSE HISTORY

The origins of the East Potomac Park Golf Course cultural landscape is interconnected with the reclamation of the swampy marshland of the Potomac River flats in the late 19th century and the subsequent creation of Hains Point. Historically, ships sailing the Potomac River used one of three channels. However, heavy siltation in the 19th century, caused by upstream development and erosion, slowly filled the channels, shrinking the depth of the shipping routes, and negatively affecting the navigability of the river. To remedy the situation, in 1857, the Secretary of the Interior submitted to Congress a series of reports authored by civil engineer Alfred Landon Rives that proposed the replacement of the Long Bridge and associated earthen causeway, dredging the Washington Channel, and reclaiming the tidal flats.[1]

While the initial proposal emerged in 1857, the effort would not begin in earnest until after a congressional funding allocation in 1871.[2] By 1872, the Potomac Flats measured 300 acres at low tide. By 1882, the organized dredging had removed over 240,000 cubic yards of organic materials from the river and placed the matter on top of the Potomac Flats, creating a visible land mass above the water line. At the time, the land mass measured 1,200 feet long by 700 feet across. Subsequent dredging campaigns continued during the 1880s and 1890s resulting in the current landmass of Hains Point.[3] By 1890, the land mass above the water line measured 621 acres of land and described as containing rich soil, which required yearly maintenance to remove underbrush, and a prolific growth of weeds and willows.[4] At the end of the 19th century, observers described the topography of the land mass as relatively flat with vegetation limited to the edges of the riverbank.

The reclamation of the Potomac Flats coincided with public and civic efforts to create usable greenspace and recreational facilities in Washington, D.C., at the turn of the century. This was in keeping with national trends of urban reform that

demanded or advocated for the creation of municipal sports facilities that would provide physical activity and exercise as a means of entertainment for a growing middle class work force with both disposable time and income. Urban dwellers increasingly patronized organized team activities such as baseball, tennis, and golf during this period.[5]

In 1902, the McMillan Plan for improvements to Washington, D.C., recommended the accommodation of recreational facilities in the city's improved green spaces to meet with growing demand. The final version of the report devoted an entire chapter to the newly created Washington Channel embankment and Potomac Park, which spanned 739 acres by this time. The land was deemed to be brimming with potential and was described in language that favored recreational use.[6] Although the McMillan Plan did not postulate specific recreational facilities for East Potomac Park, the idea for a golf course on the peninsula emerged in 1911. The genesis of the concept was in part due to the election of President William Howard Taft, an avid golfer, and his expressed support for a municipal golfing facility within Washington, D.C.[7] Following the February 1911 meeting of the Board of Trade's committee on parks and reservation, a sub–committee was established in order to promote the construction of a golf course at East Potomac Park.[8] In 1912, the Army Corps of Engineers transferred jurisdiction of the newly "completed" East Potomac Park to the OPBG. That same year Congress appropriated $25,000 for the construction of a perimeter roadway along Hains Point—modern day Ohio Drive SW—effectively defining the future footprint of any improvements.[9] In April of 1913, Colonel Spencer Cosby, Engineer Commissioner of the District of Columbia assured the public that a golf course would indeed be constructed at East Potomac Park. In 1914, Colonel Harts of the OPBG modified design plans of East Potomac Park to include an eighteen–hole course. The plan, drawn by OPBG landscape architect George Burnap, envisioned a parkland–style course with fairways defined by clusters of trees and oriented with views north towards the Washington Monument and the location of the future Lincoln Memorial.[10]

In 1915, the Commission of Fine Arts (CFA) approved a more refined version of the East Potomac Park plan prior to a presentation of the proposal to Congress in 1916. Harts's proposal included two separate courses, an eighteen–hole course for more skilled or experienced players and a nine–hole course dedicated specifically for amateur players. As depicted in the plan, existing trees would be incorporated into the design, with additional "groups of plantings and groves of trees [planted], presenting an appearance similar to natural countryside." The course as designed was in the parkland–style aesthetic. The design also envisioned the incorporation of a lake into the overall plan and encompassed the entirety

of East Potomac Park.[11] During the initial design process, Harts consulted with Dr. Walter S. Harban, a local golf advocate, organizer of Columbia Country Club, and proponent of the use of bent grass at golf courses in the United States. In 1917, at Harban's suggestion, the OPBG hired Walter J. Travis, former U.S. amateur golf champion and renowned golf course architect to design the course for East Potomac Park. A more thorough review of both Harban's and Travis's backgrounds are presented in detail in Appendix III of the *Links to the Past* by Patricia Babin.

In January 1917, the OPBG formally announced that famed golfer Walter J. Travis would design an eighteen–hole course at East Potomac Park that would, "embrace all the necessary features of the modern golf course."[12] Inspired by the landscape's relatively even topography and the proximity of the land to the Washington Channel and the Potomac River, Travis opted to design a traditional links–style course rather than a parkland–style course as previously proposed by Colonel Harts. This was in keeping with larger national trends that favored the links style.

As a brief context to the development of East Potomac Park Golf Course, experts and landscape historians have deemed the period from 1900 until the Great Depression as the Golden Age of Golf in the United States. During this Golden Age of Golf, the country's most celebrated golf course architects designed some of the best–known courses. Examples include, but are certainly not limited to, the National Golf Links of America in Southampton, New York; Augusta National Golf Club in Augusta, Georgia; and Kebo Valley Golf Course in Bar Harbor, Maine. During this period, the number of courses in the United States grew from 742 in 1918 to 5,691 in 1930. Golf courses of this era encompassed a "grand scale," exhibited an "artistry," and were considered "strategically designed masterpieces."[13] Primitive and geometric designs of decades prior fell out of favor. Course design instead looked to the celebrated links–style courses of Great Britain that required considerable player strategy.[14]

The links style of course is patterned on landscapes of ancient Scotland and refers to a rough, grassy area of land along the coastline that includes sand dunes and few, if any, trees. The open space is the middle ground between the coast and fields that was used for pasture, grazing, or cultivation. It is in this sometimes harsh landscape setting that the game of golf originated. Recalling these historic conditions, modern links–style courses are typically located along a major body of water, often along coastlines. The soil conditions of these courses are usually sandy, allowing for maximum drainage and a firm playing surface. The courses feature subtle, rolling terrain, and greens with challenging undulations. Fairways are cleared and lined with grassy turf. This style of course is characterize by

limited trees (an emphasis of Travis) and contains few or no inland water hazards such as streams or ponds. To create challenges for players, hazards typically consist of deep pothole bunkers filled with sand. The courses are generally arranged in such a manner as to play the first nine holes from the clubhouse out to the furthest point of the course with the second nine returning back to the clubhouse.[15]

In developing the plan for East Potomac Park, Travis designed the course to have a reversible progression of play divided into two nine–hole units. The inspiration for the layout was likely the Old Course at St. Andrews in Scotland. An October 1919 article in *Golfers Magazine* described Travis's design of a reversible course as follows:

> It is a scientific golf course architecture. The idea is simplicity itself. It is sort of a double–barreled course but with a single barrel shooting both ways. . . .In short, there are 36 different holes in practically the same area as occupied by a regulation 18–hole course. . . . This necessarily means that the greens and the hazards are all designed especially to suit this going and coming, this play in contrary directions—although not of course at the same time.[16]

Travis's decision to design a reversible course in this manner created an option for an A–C and a B–D direction of play. The direction of play would alternate based on day and minimized wear on the overall course. To facilitate reversible play, Travis's proposal included holes with oversized lengths, raised slightly across the center, and gently sloped in both directions to allow for play in multiple directions. The greens were narrower and irregular, providing variety to the player.[17] (See Drawing 1 and Drawing 2)

Congress provided funding for the golf course in January of 1917 with construction of the initial nine holes, or front nine holes, beginning in late spring to early summer of that year. An alternative name for the course during this period was the A–B Course due to the direction of play. The construction of the holes was along the southeastern portion of the peninsula. Five holes were located adjacent to the Washington Channel with a general north–south orientation of the fairways. The remaining four holes were located in the middle of the peninsula with a similar north–south orientation. Travis's drawings contained no trees adjacent to the fairways. By the spring of 1918, nine greens were complete and required only seeding. Reports from this time indicated that the fairways were clear, "of a wilderness of willow trees [and] spontaneous growth over an area of 67 acres, about 30 of which were plowed and harrowed." In the summer of 1918, World War I and the United States involvement in the war effort temporarily halted construction of the course until the late fall of 1918.[18] During that time, the Boy




**Drawing 1.** East Potomac Golf Course layout, 1923. (A–C direction of play)




**Drawing 2.** East Potomac Golf Course layout, 1923. (B–D direction of play)

Scouts planted war gardens in the area of East Potomac Park designated for the golf course.

With the reengagement of work following the end of World War I in the spring of 1919, Travis turned his attention to the design of the course hazards. The relatively flat, engineered topography of the landscape meant that the course contained no natural hazards and prompted the need to construct these elements. Again, following the legacy of the course of St. Andrews, Travis developed a series of hazards to line the fairways of East Potomac Park. However, Travis designed and placed hazards that would present a challenge to the player regardless of the direction of play, a characteristic not found at St. Andrews.[19] At the recommendation of Travis, OPBG Superintendent Francis F. Gillen named Robert White the first greenkeeper of East Potomac Park with the charge of overseeing construction of the course. White accepted, and the OPBG requested that he visit Washington, D.C., by February 1919 in order to supervise the, "construction of Sand Pits, Humps, Hollows, and Mounds."[20] White complied, and by June 1919, the course contained fourteen sand pits and nineteen hazards (See Figure 1).

On March 29, 1919, Walter Travis visited East Potomac Park to inspect the progress of construction and reported pleasure in the execution of the intended plan. Construction on a tenth hole concluded later that year with fairways seeded in the fall. A U.S. Army Chief of Engineers report from that year indicated that an irrigation system consisting of 2,750 feet of water pipes was present at that time in order to facilitate care of the course.[21] (See Figure 2 and Figure 3)



**Figure 1.** Image of hazards at East Potomac Park Golf Course, November 1920. (National Archives–Record Group 42 Entry 102 Box 30)



**Figure 2.** East Potomac Park Golf Course in April 1925, illustrating the vast number of bunkers and other hazards on the course designed by Travis. (National Archives–Record Group 18AA Box 150)




**Figure 3.** Example of hole designed by Travis, East Potomac Park Golf Course, 1917. (NPS–ETIC *EAPO 805 82004*)

Concurrently with the construction of the golf course, the OPBG constructed two "L" shaped fieldhouse wings north of the course. These buildings were a collaborative effort between OPBG architect Horace Whittier Peaslee, who created the design, and local Washington, D.C., concrete craftsman John Joseph Earley, who crafted the exposed–aggregate finish on the buildings. The buildings contained locker rooms and other facilities for patrons of the course. The east wing contained the men's locker room, a dining room, lunchroom, kitchen, cold storage, and a pro shop. The west wing contained the women's locker rooms, offices, storage areas, and basement laundry facilities. The central section, which was never constructed, was to be a rectangular structure connecting the two wings and containing additional amenities.[22] (See Figure 4)

The first nine holes, or front nine, and two wings of the fieldhouse were completed and opened to the public on July 8, 1920.[23] The course proved immediately popular, with over 16,345 golfers playing the course in the first year alone with the number rising to 65,345 golfers by 1921. During this time, the OPBG operated the golf course. In April 1921, President Harding made headlines in local newspapers when he appeared unannounced at the fieldhouse, paid the quarter fee, and enjoyed a round of golf.[24] After his initial visit, Harding reportedly golfed at East Potomac Park as many as four times a week.[25]

In July of 1921, the OPBG entered into a five–year management contract with concessionaire Severine G. Leoffler. That same year, construction began on Travis's second nine holes, or the back nine, alternatively known as the C–D Course. Construction concluded on five holes in the summer of 1922, with the final four holes completed by June of 1923.[26] The second nine holes were oriented parallel to the first nine holes along the western edge of the peninsula adjacent



**Figure 4.** East Potomac Park fieldhouse, November 1920. (National Archives–Record Group 42 Entry 102 Box 30)



**Figure 5.** Golfers waiting their turn at East Potomac Park Golf Course, 1920. (National Archives–Record Group 42 Entry 102 Box 30)

to the Potomac River. Four holes were located in the middle of the course, with four holes located along the river. Hole 10 had an east–west orientation along the northern edge of the collection of holes. With the completion of the back nine, the full eighteen–hole course had a total yardage of 6,244 yards, with a par of thirty–six on the front nine and thirty–seven on the back nine. The completed Travis–designed course corresponds to the location and general layout of the present day Blue Course. (See Figure 5)

Some in Washington, D.C., did not consider the newly completed course as "sporty," primarily because of its flat terrain. However, the detractors agreed that the course—particularly the back nine—was not easy. Golfers described the greens as, "wonderful," "tricky… fast and splendidly grassed." As one veteran golfer noted, "there are few courses so broken out with traps as East Potomac," a hallmark of Travis's design and his love of bunkers.[27] As described by the *Baltimore Sun*, the course contained:

> bunkers to catch almost any deviation from the straight and narrow—traps for tops, half tops, hooks, slices, short approaches and over shots. The profusion of traps, perhaps, partly can be accounted for by the fact that there are four separate 9–hole courses, all in an acreage not larger than that devoted to an ordinary 18–hole course.[28]

During the 1923 calendar year, over 123,000 people played on East Potomac Park Course, prompting the need to expand the course. As a result of the volume of visitors, S.G. Leoffler, hired golf course architect William Flynn to design another nine–hole course. Considered a protégé of Walter Travis, Flynn embraced the

links–style design aesthetic already established at East Potomac Park. The Flynn–designed course, known as the E–F course, was located east and north of the fieldhouse wings, was reversible like the A–B and C–D courses, and contained two additional greens to allow change in the direction of play. Flynn's design consisted of five holes on the exterior of the course, encircling four interior holes with play beginning and ending at the clubhouse. The fairways were wide and treeless, save for a pre–existing grove of Japanese cherry trees. The course opened to the public in May of 1925. Contemporary newspaper remarks indicate that the course was, "not as well trapped," but facilitated, "lower scores" than the other courses.[29] The location of the course corresponds to the present day White Course. (See Figure 6 and Figure 7)

Leoffler continued to expand the facilities at East Potomac Park Golf Course. The concessionaire installed practice putting greens and a driving range south of the east wing of the fieldhouse in 1927.[30] The driving range was located along the eastern edge of the site, adjacent to Ohio Drive SW. In 1930, Leoffler added a second nine–hole course, known as the G Course, along the eastern edge of



**Figure 6.** **Women golfers at East Potomac Park, ca. 1923. (Library of Congress–*LC–H27–A–1000 [P&P]*)**



**Figure 7.** **East Potomac Park Golf Course looking toward fieldhouse, November 1920. (National Archives–Record Group 42 Entry 102 Box 30)**

the overall course, north and south of the fieldhouse. The placement of the G Course required the removal of the driving range and the modification of the White Course.[31] Holes 1 through 4 were located south of the fieldhouse with a north–south orientation. Holes 5–9 were located north of the fieldhouse and had a similar north–south orientation. Unlike the previously installed courses, the G Course was not reversible.[32] The architect of the course is unattributed. (See Drawing 3 and Drawing 4)

In addition to the new G Course, Leoffler also added lights to the practice putting green and built a miniature golf course east of the fieldhouse. The eighteen–hole miniature golf course at East Potomac Park, with miniature reproductions of Washington, D.C., landmarks adorning the holes, officially opened in the summer of 1931 and quickly became one of the park's most popular attractions.[33] In 1933, jurisdiction of the golf course transferred to the NPS, and the contract with Leoffler continued. (Drawing 5)

In 1934, Leoffler installed a new driving range west of the fieldhouse. The range contained forty–five tees and illumination from floodlights to allow for evening and nighttime play.[34] The installation of the driving range required removal of Hole 9 from the F Course. It should be noted that by this time, the Flynn designed E–F course was no longer maintained as a reversible course. To remedy the loss of Hole 9, the 9th green of the D Course was incorporated into the design of the F Course and a new 9th green was constructed for the D Course.

Additional modifications to the overall course in 1934 included the end of the two–way reversible play that was a hallmark of Travis's design for the A–B and C–D courses. The concessionaire rebuilt the greens of the A–B course, with the final routing following that of the B Course. The C–D Course followed the routing of the D Course. Following contemporary golfing trends, Leoffler modernized the Travis–era greens to accommodate pitching rather than run–up shots.[35] The end of reversibility instigated the removal of some of the Travis's bunkers and sand traps and caused some of the hazards to become irrelevant to the play of the course. In 1936, the installation of a swimming pool near the fieldhouse served as the impetus to move the driving range further west, causing the loss of a hole on the G Course and the rebuilding of the hole further south of its original location.[36] (Figure 8)

The East Potomac Park Golf Course continued to be popular throughout the 1930s and 1940s and was praised as, "one of the scenic beauty spots in the




**Drawing 3.** East Potomac Golf Course layout, 1927. (A–C–E direction of play)




NAD 1983, MD St. Plane; Source: 1927 Orthophoto - Library of Congress; ESRI Hillshade; UPenn CLI Survey (2016)

NPS / NCR / RESS | Cultural Resources | 5 March 2019

**Drawing 4.** East Potomac Golf Course layout, 1927. (B–D–F direction of play)




**Drawing 5.** East Potomac Golf Course layout, 1931. (B–D–F–G direction of play)



**Figure 8.** East Potomac Park Golf Course, ca. 1936. (NPS–Museum Resource Center *East Potomac Park Aerial Views, 1928–1980*)

District."[37] In 1939, the Civilian Conservation Corps (CCC) was responsible for planting thirty–six cedar trees in the roughs, in pairs at 200 yards from each tee, to mark the distance of a well–hit tee shot along the B–D Course.[38] The CCC was also responsible for rebuilding several putting greens that were in poor condition. Tommy Doerer, the manager of the course, noted that the project was necessary as the greens were, "humped in the middle and the trapping [was] obsolete."[39] The men rebuilt Green 4 of the B Course, all the tees of the B Course, Tees 1–8 on the D Course, and Tee 1 on the G Course.[40] By 1940, East Potomac Park Golf Course featured thirty–six holes distributed around the peninsula in the areas south, west, and north of the fieldhouse wings. The topography and vistas were consistent with earlier periods, and had generally flat, grassy fairways interrupted by sand traps and mounded bunkers, though more trees than were previously intended by Travis.[41]

During this time of course improvements and continued popularity, Washington, D.C., recreational facilities remained segregated. However, the concessionaire allowed African Americans to play on the East Potomac Park course on Mondays from 4:30 p.m. to dark starting in 1920 when the course first opened.[42] This policy was discontinued, and a blacks–only course was built near the grounds of the Lincoln Memorial in 1924, eventually replaced in 1939 by the Langston Golf Course along the Anacostia River (see the history of Langston Golf Course presented later in this section).[43] In the summer of 1941, three members of the African American, Washington, D.C.–based Royal Golf Club, Asa Williams, George Williams, and Cecil R. Shamwell, challenged the *de facto* segregation

policies of Washington, D.C., golf courses. On June 29, 1941, the trio attempted to play a round of golf at the East Potomac Park Golf Course in protest of the conditions of the upkeep of the Langston Golf Course.[44] They acquired tickets to play a round of golf, but management denied their right to play the course. The arrival of police officials ensured that the trio could play. Accompanied by police, dissenting white players heckled them throughout the eighteen holes of play.[45] While not successful in completing the round of golf without harassment, the actions of the group drew the attention of U.S. Secretary of the Interior Harold Ickes, who issued an order desegregating all federally–owned golf course in Washington, D.C. The incident is discussed in more detail in "Chapter 1.2: Segregation, Civil Rights, and Golf in the District of Columbia" in *Links to the Past* by Patricia Babin.

In 1941, the addition of tennis courts and ballfields at the tourist camp north of the golf course resulted in alterations to the G Course, removing the five holes north of the fieldhouse. Of the remaining four holes south of the fieldhouse, two holes resulted from the division of a par five hole. The resulting five–hole course was played through twice for a total of ten holes.[46] That same year, the United States Army took over four of the F Course holes and installed four anti–aircraft guns for World War II preparations. The installation of the guns forced the closure of the G and F Courses and the driving range for reasons of security and safety. Due to limitations of playable space, gasoline rationing, and subsequent flooding in October 1942, Leoffler closed East Potomac Park Golf Course until the summer of 1945 after the end of World War II.[47]

In 1944, during the closure of the course for World War II, the NPS again hired golf course architect William S. Flynn to redesign the F Course, or the White Course. Flynn's redesign of the course included new plantings along the fairways, contained new greens, fairways, tees, traps, and new drainage facilities to, "make the course an all–weather affair." Critics touted the 2,726–yard course as one of the "best flat courses in the country." The course was open to the public in September 1945.[48]

After the completion of the F Course, the NPS retained Flynn's design services to make improvements to the Travis–designed B and D Courses. To improve the overall condition of the course, Flynn's proposal (executed after his death) rebuilt the majority of the greens with seaside bent grass on the B Course with the exception of Holes 7 and 9. Flynn proposed the planting of new larger trees along the fairways, specifically along the B Course. On the D Course, the concessionaire reconstructed all the greens and installed new tees along the fairways. The addition of trees, gave the course a more parkland–style quality, which reflected

contemporary taste in golfing. Modifications for the B Course included a new Hole 1 and Hole 3.[49] Despite modifications, the overall B and D course retained its overall progression of play up and down the peninsula as originally introduced by Travis. (See Figure 9 and Figure 10)

Changes to the overall course continued. In 1950, Leoffler sought the design services of the firm of William F. Gordon Co. to the redesign the G Course. William F. Gordon was a protégé of William Flynn. At the time of the redesign, the course consisted of five holes located south of the fieldhouse and east of the B and D Course. The Gordon rehabilitation expanded the number of holes from five to nine. This was possible by shortening the length of the holes, a modification better suited to beginning players. The configuration of the modern day Red Course reflects this purpose. Mimicking the route of play of the B–D course, the G Course started at the fieldhouse, where the progression of play continued south to Hole 3, changed to a northern route to Hole 6, before again turning south to Hole 7, and concluding north at Hole 9.[50]

The redesign of the Red Course was the first engagement of the William Gordon Company's design services at East Potomac Golf Course. In 1956, the NPS again hired the firm to redesign the Flynn F Course (White Course). The proposal advocated the addition of two new holes and four new greens. To accommodate the new modifications, the layout of the course was changed and rerouting was necessary. The White Course, as redesigned, was located north of the fieldhouse with play organized in a counterclockwise manner around the edge of the course for the first six holes. The route of play continued in a clockwise manner from the center of the course at Hole 7 and concluded at Hole 9 at the fieldhouse.[51]

By the end of 1959, after the completion of the rehabilitation of the White Course, East Potomac Park Golf Course once again featured thirty–six holes centered on the original fieldhouse wings. Additional features present included the miniature golf course, a practice putting green, and the driving range. Between 1959 and 1963, the construction of Buckeye Drive SW altered the northern portion of the overall East Potomac Golf Course. This resulted in the need to again modify the White Course. Holes 5 and 6 were rerouted and a new green was constructed for Hole 5.[52] (See Drawing 6 and Figure 11)

Despite the significant post–World War II upgrades to the course, over the years the popularity of the course declined. A 1975 *Washington Post* article reported that visitation to the course had declined by twelve percent since 1967, with a decline of thirty–seven percent reported at the driving range and the miniature golf course over this period individually. The NPS questioned whether the courses




**Figure 9. Preliminary plan of nine holes at East Potomac Park. (NPS ETIC–*EAPO 805 82033*)**




**Figure 10. East Potomac Park Golf Course. (NPS ETIC–*EAPO 805 124142*)**




**Drawing 6.** East Potomac Golf Course layout, 1955. (B–D–F–G direction of play)



**Figure 11.** East Potomac Park, ca. 1959. (NPS–Museum Resource Center *East Potomac Park Course 1950–1964*)

could serve a better recreational purpose in East Potomac Park, including the potential site of a National Aquarium.[53] While the NPS questioned the viability of the golf course, drainage issues continued to plague operations. A particularly heavy rainstorm in late October 1975 left the course with several "lakes" for nine days, making the course unplayable for the period. Despite criticism of course conditions, Leoffler stated that he had no intention of giving up the concession contract for the Washington public courses.[54]

Unsatisfied with site conditions, the NPS commissioned a marketing and economic overview survey of the course conditions in 1977. It was determined that the state of the course was, "less than acceptable." The report concluded that an inadequate number of sand traps were present, and those that were intact, were in a less than acceptable condition. The report described the tees as bare. The report noted that:

> . . . approximately a half–acre area in the center of the [course] has been used as a dumping ground for cut grasses, tree limbs, and assorted junk. In addition, it is badly overgrown with weeds and is unsightly, distracting from the overall appearance of the area. . . Lack of grading and fill, maintenance, and repair over the years caused swales and potholes to form on the golf courses, creating drainage problems in several areas. . . Most of the needed improvements required little or no capital investment, but rather just proper maintenance from a "competent operator."[55]

The report recommended general maintenance improvements, renovations to

the fieldhouse, and shortening of the course to twenty–seven holes by eliminating the nine–hole F Course, the one that had been most heavily impacted by poor irrigation and inundation.[56]

The report served as an impetus for Leoffler to improve the course and renovate the fieldhouse wings beginning in 1978. The construction of a new bathhouse between the two–fieldhouse wings made it possible for the west fieldhouse wing to accommodate the U.S. Park Police District One Substation.[57] A second, independent economic study in 1979 outlined a target of 41,000 golfers per year in order for the courses to turn a profit. In 1980, East Potomac Park recorded a visitation rate of 79,200 players. While surpassing the visitation goal, the profits of the course were unable to make up for Leoffler's losses at the other two golf courses leading to a lack of profit for the concessionaire overall.[58]

In 1983, the NPS awarded Golf Course Specialists Inc. (GCSI) the concessionaire contract for East Potomac Park Golf Course. GCSI stated shortly after acquiring the contract that the group planned, "to make East Potomac a distinctive Scottish seaside–style course, more difficult and interesting than it is now, with new bunkers and greens."[59] Shortly after the transfer of the concessionaire contract, the NPS demolished the F Course to create new picnic ground, but amidst public outcry, the course was soon rebuilt.[60] By 1984, the restoration of the F Course was underway, following Gordon's original 1956 design, returning the East Potomac Park Golf Course to thirty–six holes. During this period, a new parking lot was introduced north of the west fieldhouse wing, which now served as the U.S. Park Police District One Substation.[61]

Further renovation plans were formulated by GCSI, including a 1989 improvement program with an estimated cost of $1.5 million. The contract specified the design and construction of twelve new tees and the rebuilding of six old tees on the Blue Course (formerly the B and D Course). The scope of work also included: the renovation of all thirty–six fairways, the rebuilding of fifteen existing sand traps, the design and construction of thirty–five new traps, and the design and construction of mounds and swales throughout all three courses. It also specified that the concessionaire would redesign, rebuild, and modernize the eighteen–hole Blue Course and the nine–hole Red Course (formerly the G Course).[62]

In the 1990s, GCSI implemented its own extensive building campaign. This included a new driving range structure west of the fieldhouse wings. A two–tiered driving range designed by the firm of Oehrlein & Associates, included lighting for night play and consisted of 100 stalls. GCSI added two additional practice greens adjacent to the driving range.[63] In 1996, GCSI expanded the riverside

dike along the course to protect the course from flooding of the Potomac River. The concessionaire also constructed a new golf cart pavilion in 1996. Additional practice facilities were constructed in 1998 when a three–hole developmental golf course was built on the northern end of the Red Course for use by students of the Capital City Golf School.[64] A new maintenance building and shed were constructed in 1999. During the winter of 2001–2002, visitor needs prompted the construction of a new parking lot at the southern end of the existing lot. The combination of the new practice course and the expanded parking lot necessitated the reworking of the Red Course.[65]

Today the East Potomac Park Golf Course comprises three different, adjacent courses: the eighteen–hole Blue Course located on the southwestern portion of the cultural landscape; the nine–hole White Course located on the western and northern area of the site; and the nine–hole Red Course (with three additional practice holes) located on the southeastern portion of the site. The topography remains generally flat, and the courses retain views toward several significant Washington, D.C., landmarks, including the Washington Monument, Jefferson Memorial, and others. Trees throughout the landscape have continued to mature; in some cases, this has changed the character of the course's original treeless, links–style design.[66] (See Figure 12 and Figure 13)

**Figure 12.** Representative hole on the White Course at East Potomac Park, 2017. (NPS)



**Figure 13.** Representative view towards the Washington Monument, 2017. (NPS).



## EAST POTOMAC PARK GOLF COURSE

## EVALUATION OF LANDSCAPE CHARACTERISTIC SUMMARY

For a more in–depth review of individual features, the reader is encouraged to review this document's reference tables.

### Land Use

East Potomac Park Golf Course was originally conceived and constructed with the express purpose of fulfilling the need to provide public recreation facilities, specifically golf, in Washington, D.C. This purpose has not changed since the period of significance, as the course continues to be open to all players and skillsets for a nominal fee. The use of East Potomac Park Golf Course as a public course retains integrity to the period of significance and contributes to the character of the golf course.

### Topography

The topography of the East Potomac Park Golf Course is entirely artificial and is the result of reclamation efforts and dredging of the Potomac River. Prior to the construction of the course, the lowest recorded point occurred 1.5 feet above sea–level, with the highest only 4 feet above sea–level. With the construction of the original Travis course, the relatively flat topography of the cultural landscape was manipulated in order to fulfill the design vision and create a links–style course. According to the *East Potomac Park Cultural Landscape Inventory*, a review of Travis's plans for the Blue Course included the addition of approximately 190 mounded bunkers, 170 sand traps, and thirty–five features that were known as "humps and hollows" hazards.[153] Further manipulation of the Hains Point topography would occur with the addition of the Red and White Courses. However, despite these changes, the overall topography of the East Potomac Golf Course cultural landscape has remained relatively flat since the period of significance. The topography of the course retains integrity and is a character–defining feature of the golf course.

### Spatial Organization

During the period of significance, the East Potomac Park Golf Course was constructed on Hains Point, bounded by the Potomac River to the west and the Washington Channel to the east. This relationship endures to the present day.

Since the period of significance, the overall spatial organization of the East Potomac Park Golf Course has centered on the fieldhouse wings, which serve as the beginning and ending point of play for each of the three courses. Modifications to the northern boundary of the golf course, the expansion of the parking lot, and the addition of the driving range have facilitated the need for

modifications to the individual layout and routing of the courses. However, the White Course remains to the north of the fieldhouse wings, with the Blue and Red Courses contained to the area south of the building. The spatial organization of the course retains integrity and contributes to the character of the golf course.

**Circulation**

In regards to the golf course proper, the routing (or circulation) of the course has changed for both the Red Course and the White Course due to the installation of new holes and modifications to the overall design of the courses. The Blue Course retains a progression of play in keeping with the Travis B–D design from the period of significance, with play of the two nine–hole loops beginning at the fieldhouse and progressing down the peninsula (south) prior to returning to the fieldhouse (north). This remains consistent with the period of significance. However, it should be noted that the internal circulation network of the cultural landscape was never formalized. As a result, a network of social trails developed for the golf course from the earliest period of significance. These trails have appeared, disappeared, and changed location throughout the existence of the golf course and do not contribute to the integrity of the cultural landscape. Like the social trails, golf cart paths have appeared haphazardly in the golf course. With the installation of the most recent iteration of the driving range, sidewalks were installed in the vicinity of the fieldhouse. However, in general, the circulation of East Potomac Park Golf Course has integrity to the period of significance.

**Buildings and Structures**

When evaluating the integrity of the East Potomac Park Golf Course, the three courses and individual layouts (tees, fairways, greens, and hazards) were considered as a single structure in the CLI. The authors of this cultural landscape report have elected to continue this practice in the evaluation of the feature. As such it should be mentioned that modifications to the design have occurred since the period of significance including the location of specific holes and the progression of play. There remain thirty–six holes of play, however, catering to different skill sets, on relatively open fairways, with play beginning and ending at the fieldhouse wings. A more in–depth discussion of the progression of play of the individual courses is available at the end of this section in Tables 1 & 2.

Additional features that contribute to the character of the cultural landscape include the centrally located fieldhouse wings, the miniature golf course, as well as Practice Putting Green Number 1. These features were present during the period of significance and retain integrity of their own merit. The buildings and structures of the East Potomac Park Golf Course have integrity.

### Small Scale Features

A review of the small–scale features of the East Potomac Park Golf Course reveals a collective lack of integrity for the features. Certain features, such as fences, are recent additions to the cultural landscape but are placed in locations that correspond to earlier fences. The features including picnic tables, benches, light stands, trash cans, signs, and water stations appear to be have been installed between 1980 and 1990 or later.

### Vegetation

Regarding character–defining vegetation, East Potomac Park Golf Course generally consists of open, treeless fairways, with trees relegated to the edges of the individual courses. The exception is the row of trees that separates the front nine from the back nine of the Blue Course. A variety of turf grasses are used to form the tees, greens, fairways, and roughs. A review of records indicates that some of the same varieties selected by Travis are still used. A collection of historic Japanese cherry trees were incorporated into the design of the White Course by Flynn. However, after Travis's initial planning effort, successive decades have led to the introduction of additional trees to the course, which have altered the feeling of the course, moving the character of the links–style courses closer to parkland–style courses. The encroachment of vegetation has altered strategy and obscured intended views within the course. Despite this, the vegetation of East Potomac Park Golf Course has integrity and contributes to the character of the golf course.

### Views and Vistas

The combination of relatively even topography, location, and the open character of the cultural landscape during the period of significance ensured that players and visitors to the course were afforded views to some of the most prominent Washington, D.C., monuments including the Capitol, the Old Post Office, the Washington Monument, and the Jefferson Memorial. Travis and subsequent designers noted these views as factors in the design of the courses. Views towards the National War College and the Virginia shoreline were visible throughout the course. Similarly, serving as a guidepost in the landscape, views towards the fieldhouse wings were seen along the course fairways. The growth of vegetation within the study area has obscured these views. The views of the cultural landscape retain integrity, although compromised by encroaching vegetation along the edges of the golf course. The views and vistas contribute to the character of the golf course.

(See Table 1 and Table 2)

**Table 1. Links–Style Course — East Potomac Park Golf Course**

| TYPE | DESCRIPTION |
|---|---|
| **Landscape** | The word "link" or "links" comes from the Old English word "hlinc" meaning a ridge or a stretch of flat, undulating land along a seashore. A links course has few if any trees, many bunkers, firm ground conditions due to its sand base, ever present wind, and an "out and back" routing of holes. The terrain is raw and full of blind shots, hilly lies, deep bunkers and steep slopes clogged with wispy fescue grasses. The firm ground allows for long drives but angles of play are very important and accuracy is an issue as bunkers, mounds, and undesirable angles come into play. Links courses offer the golfer many choices to play a hole whether it is along the ground, through the air, their choice of clubs, or actual route.<br><br>At East Potomac Park Golf Course (EPPGC) the terrain is flat. Walter Travis designed and added many mounds and bunkers to introduce the traditional links elements. While not natural or preexisting, the design was made to look natural.<br><br>Golfing great Bobby Jones said of links–style courses, "There is always some little favor of wind or terrain waiting for the man who has judgment enough to use it, and there is a little feeling of triumph, a thrill that comes with the knowledge of having done a thing well, when a puzzling hole has been conquered by something other than mechanical skill." |
| **Climate** | Due to their coastal location links–style courses have ever–present wind, occurring from many points on the compass. Many links courses consist of an "outward" nine in one direction and an "inward" nine which returns in the opposite direction. The ever–present wind and opposite wind patterns affect the required style of play (i.e., aerial vs. bump and run). |
| **Soil** | Links–style courses are built on low–lying land of well–drained and sandy soil supporting the firm and fast conditioning required for links–style golf. At EPPGC the soils are all fill from the dredging of the river and the Potomac Flats, meaning they are heavy and not free draining. A combination of drainage and sand capping or topdressing will allow this essential element of links golf to be realized. |
| **Trees & Shrubs** | Links–style courses typically have very few trees and shrubs. Too many trees would interfere with the characteristic views and ever–present wind.<br><br>At EPPGC there were some trees originally, but overwhelmingly the property was treeless allowing for views across the golf course and to the surrounding water. Many trees have grown up within the course due to lack of maintenance, creation of dumping areas, and aggressive planting without regard to the history or function of the golf course. Trees and understory will have to be managed in order for EPPGC to return to its links character. |

**Table 1 (continued).** Links–Style Course — East Potomac Park Golf Course

| TYPE | DESCRIPTION |
|---|---|
| **Roughs** | Near roughs, immediately adjacent to fairways, tend to be the same grass type as the fairway but mowed slightly higher. This does not offer the definition between the fairway and rough of a parkland course. This does however, allow for a ball hit offline to continue to roll further off line, bringing hazards more readily into play. Unlike a parkland course, rough height grass is not present around greens. This allows for added options for hitting a shot into the greens, such as putting or the bump and run.<br><br>Far roughs use native vegetation, which in Scotland includes broom, gorse, heather, and fescues. In the U.S. this would include fine fescues and warm season prairie grasses. Far roughs should be unimproved and botanically rich areas that have not been subject to fertilizer or re–seeding. Far roughs contribute a significant role in maintaining the traditional appearance of the landscape and the ecological value of a natural grassland. The landscape identity of a golf course is determined to a large extent by the characteristics of the out–of–play areas.<br><br>Washington, D.C., is in the heart of the climatic transition zone, meaning there are a few options for providing rough that is either in the links tradition or that can simulate the tradition. |
| **Tees** | Historically with a links–style course, golf tees were non–existent. Players often located their balls near the place they had previously putted. This was true with the original design of EPPGC. As golf entered modernity, formalized teeing grounds were built. These tend to be low profile, blending seamlessly into the topography of the property.<br><br>At EPPGC, tees have been added and moved over the years in an *ad hoc* manner. Tees should be considered in any design plan and offer enjoyment to players of various skill levels. |
| **Greens** | Historically, relatively flat areas were used for greens with very undulating, tightly mowed surrounds causing mishit shots to roll away into a collection area or bunker. Greens were commonly designed to be visible from where shots are played. Grass types for greens, fairways, and roughs were typically the same (bent and fine fescues) leading to a seamless transition from green to fairway to rough and even to far rough.<br><br>Links–style course greens are generally characterized by the fine texture and growth pattern of fescue and bent grass species combined with the dry and firm sandy soil they grow in. The result is that it can be difficult to stop a ball on the green. Players need multiple approaches to respond to this challenge such as putting, chipping, bump-and-running, flop shots, and aerial shots with spin.<br><br>At EPPGC the green sites were completely manufactured, but exhibited characteristics of a natural links course. In addition to links characteristics, Travis built heavily contoured and compartmentalized greens that added challenge and interest to the course.<br><br>Because EPPGC is in the transition zone, the options for greens turf include bentgrass or Bermuda grass. They both have the ability, with correct maintenance, to provide the firm and fast conditions of a links green. |

**Table 1 (continued).** Links–Style Course — East Potomac Park Golf Course

| TYPE | DESCRIPTION |
|---|---|
| **Fairways** | In the rules of golf, the term "through the green" is used instead of fairway. This is because a critical concept is that the golf hole wasn't meant to have different playing surfaces for each part, but rather a consistency and uniformity that would allow the ball to react the same way on the approach and the green. The whole concept is flawed if there is a different texture and resistance on the approach versus the green.<br><br>Links–style courses tend to be characterized by rolling fairways with an infinite variety of stances and lies. Early courses used fine fescue for turf, which is hardy near salt water environs. Fescues offer ideal playability characteristics for links courses. The thin blades, ability to withstand dry conditions, and lack of thatch mat allows for the firm conditions needed for the bounce and roll integral to the game.<br><br>At EPPGC, the grass types are the same options as the greens: Bermuda or bentgrass. With the right management both can provide the firm and fast conditions that are required of links courses. These management techniques include topdressing, drainage, tight mowing, lower fertility, and judicious water application. |
| **Bunkers** | Scottish farmers used the term "bunkers" for areas where sand was exposed by erosion and wind, where local residents quarried seashells, or behind hillocks where livestock trampled grass scars while sheltering from the wind.<br><br>The typical links sand bunkers were relatively small, irregular shaped features, devoid of vegetation. Known as "pot bunkers," they were normally deeply recessed into the earth to avoid the wind blowing sand clean out of the bunkers.<br><br>Travis's design at EPPGC mimicked the mounds, pits, hollows, and bunkers of links courses overseas. |

**Table 2.** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### LAND USE

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Continual use as a public golf course** | Contributing | The first nine holes of the East Potomac Golf Course were designed by Walter Travis with construction occurring after 1917, prior to the opening of the course in 1920. Subsequent modifications to the overall course occurred in 1923 with the expansion of the original nine holes to a full eighteen-hole course, the addition of a second course in 1925, and a third course in 1930. Modifications and redesigns were necessary to accommodate trends in golf and changes to the foot print of the course. Despite redesigns, East Potomac Park Golf Course has remained a public golf course in Washington, D.C., to the present day. The land use of the golf course retains integrity of location, design, feeling, association, setting, and materials. The continual land use of the feature is a character–defining feature of the course. | N/A | N/A | N/A |

** Character–defining feature

### TOPOGRAPHY

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Flat topography | Contributing | The topography of the golf course is relatively flat and engineered, as the course was constructed on top of a reclamation project. The change in topography of the course ranges from 1.5 feet above sea level at the lowest point to sixteen feet above sea level at the highest point. The topography of the golf course generally contains integrity of location, design, feeling, setting, association, and materials. The topography contributes to the overall character of the cultural landscape. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** **Cultural Landscape Evaluation for East Potomac Park Golf Course.**

## Spatial Organization

| Feature Name | Evaluation | Description | Type | FMSS Location | FMSS Asset |
|---|---|---|---|---|---|
| Arrangement of the cultural landscape in relation to Washington Channel and Potomac River | Contributing | Hains Point, the site of the cultural landscape, is the result of a multi–decade reclamation effort of the Potomac River tidal flats by the Army Corps of Engineers. As a result, the island is bound by the Potomac River on the west and the Washington Channel on the east. The placement of the cultural landscape within this setting helped to inspire Walter Travis to design a links–style golf course. The arrangement of the cultural landscape retains integrity of location, design, feeling, setting, association, and materials. The arrangement contributes to the overall character of the cultural landscape. | N/A | N/A | N/A |
| Fieldhouse wings as anchor at eastern edge of cultural landscape** | Contributing | Designed by Peaslee, the fieldhouse wings have consistently served as the physical and visual anchor of the course since their construction. The wings serve as the starting and concluding points of play for all three courses. The buildings are located in the eastern edge of the cultural landscape. The fieldhouse wings retain integrity of location, design, feeling, association, setting, workmanship, and materials. These structures contribute to the overall character of the cultural landscape. | N/A | N/A | N/A |
| General layout and adjacency of multiple courses** | Contributing | While originally planned as a single reversible course, due to popularity, East Potomac Park Golf Course was soon expanded. By 1931, three different courses, appealing to different skill sets were present in the cultural landscape. In ensuing decades, modifications were made to the courses in order to accommodate a driving range, a reduced foot print, and the introduction of Buckeye Drive SW. Despite the changes to the design, three courses have remained. The layout of the course generally retains integrity of location, design, setting, feeling, association, and materials. The manifestation of this concept contributes to the overall character of East Potomac Park Golf Course cultural landscape. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### SPATIAL ORGANIZATION (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Blue Course spatial organization** | Contributing | The Blue Course, located south of the fieldhouse wings, consists of eighteen holes located on the southwest portion of the peninsula. The course is divided into two self contained nine-hole units that begin at the clubhouse, progress south prior to turning north, and conclude at the fieldhouse. The design for the course originated with Travis' original reversible concept. This design included "humps and hollows" bunkers or hazards, with no trees, recalling the links–style antecedents of the course. In subsequent decades, trees were added along the fairways, impacting the spatial organization of the course, but not diminishing its integrity. The spatial organization of the course generally retains integrity of location, design, setting, feeling, association, and materials. The spatial organization of the Blue Course contributes to the overall character of the East Potomac Park Golf Course cultural landscape. | N/A | N/A | N/A |
| White Course spatial organization | Non–contributing | The White Course is a nine-hole course constructed north of the fieldhouse wings. The spatial organization of the course post–dates the period of significance. Play of the course is generally aligned to the north and south with the direction of the holes alternating throughout the progression of play. The spatial organization does not retain integrity and is not a contributing resource of the golf course. | N/A | N/A | N/A |
| Red Course spatial organization | Non–contributing | The Red Course is located east of the Blue Course and consists of nine holes with three practice holes. Holes alternate between a north and south orientation. The spatial organization of the course does not retain integrity to the period of significance. The spatial organization for the course does not contribute to the overall character of the golf course. | N/A | N/A | N/A |

** Character–defining feature

**Table 2 (continued).** **Cultural Landscape Evaluation for East Potomac Park Golf Course.**

### CIRCULATION

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Blue Course progression of play ** | Contributing | Play begins at Hole 1 and continues south to Hole 4. From Hole 4, the progression of play continues north to Hole 9. From Hole 9, the progression of play continues west to Hole 10, where play continues north to Hole 11. Play continues south through to Hole 14 prior to turning north and concluding at Hole 18. The circulation of the Blue Course reflects the proposal of Travis and retains integrity of location, design, materials, feeling, association, and setting. The progression of play of the course contributes to the overall character of the cultural landscape. | N/A | N/A | N/A |
| White Course progression of play | Non–contributing | Play begins at Hole 1 and continues west to Hole 2, which is oriented to the north. Hole 3 is located southeast of Hole 2. Hole 4 is oriented northwest, with Hole 5 and Hole 6 oriented to the east. Hole 7 is located perpendicular and south of Hole 6. Progression of play continues north to Hole 8 prior to redirecting south to Hole 9. The circulation of the White Course post–dates the period of significance and does not contribute to the character of the golf course. | N/A | N/A | N/A |
| Red Course progression of play | Non–contributing | The Red Course is located to the east of the Blue Course. The progression of play begins at Hole 1 and continues south through to Hole 4. From this point, play continues north of Hole 6 prior to turning south to Hole 7. Play progresses north to Hole 8 and Hole 9. Unlike the other courses, this course contains three practice holes. Practice Hole 1 is oriented to the south and is due north of Hole 8. Practice Holes 2 and 3 are oriented towards the north and are north of Practice Hole 1. The circulation of the Red Course post–dates the period of significance and therefore does not contribute to the character of the golf course. | N/A | N/A | N/A |

**** Character–defining feature**

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### CIRCULATION (CONTINUED)

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Social trails and sidewalks around fieldhouse wings, driving range, and practice putting greens | Non–contributing | Present since 1917, social trails have occurred due to a lack of formal planning of circulation systems (both for pedestrians and golf carts) in portions of the cultural landscape. These paths develop and disappear at varying frequencies. This condition has persisted to the present day. Attempts to address the matter occurred in the 1990s with the placement of sidewalks during the development of the new Driving Range. The social trails do not contribute to the character of the cultural landscape. | N/A | N/A | N/A |
| Main parking lot (north section) | Non–contributing | The parking lot is located north of the access drive in the eastern portion of the cultural landscape and has been enlarged since the period of significance. The feature retains integrity of location, association, and feeling, however, it is not a character–defining feature of the golf course. | Location | 98093 | N/A |
| Main parking lot (south section) | Non–contributing | The parking lot is located south of the access drive in the eastern portion of the cultural landscape. The feature has been expanded since the period of significance. The parking lot does not contribute to the character of the golf course. | Location | 98093 | N/A |
| Main access driveway from Ohio Drive SE | Non–contributing | The main access driveway is located on the eastern edge of cultural landscape boundary. Access is provided from Ohio Drive SW. A parking lot is located to the north and south of the drive. The existing drive was added with the most recent expansion of the parking lot. The feature does not contribute to the character of the golf course. | Location | 98093 | N/A |
| Secondary parking lot (north of west fieldhouse wing / U.S. Park Police District 1 Substation) and access driveway | Non–contributing | Installed in the cultural landscape between 1970 and 1983, the feature is paved with demarcated stalls and accessed via a paved entrance drive connecting from Ohio Drive. The parking lot is located north of the fieldhouse wings. The feature does not contribute to the character of the cultural landscape. | Location | 98093 | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**CIRCULATION (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
| --- | --- | --- | --- | --- | --- |
| Maintenance area parking lot, vehicular circulation, and access driveway | Non–contributing | Informally designed circulation feature that developed during the 1970s and 1980s. It is unpaved and unstriped and accessed via an unpaved driveway. The feature does not contribute to the character of the cultural landscape. | Location | 98093 | N/A |
| Social trails and cart paths throughout courses | Non–contributing | Social trails vary in width, materials, and length and are not formally designed. The features developed shortly after the opening of the course and are the result of the lack of planning. The features emerge and disappear over time. These do not contribute to the character of the cultural landscape. | Asset | N/A | 1567099 |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### BUILDINGS AND STRUCTURES

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Three separate golf courses at East Potomac Park, totaling 36 holes ** | Contributing | By 1930, East Potomac Park Golf Course consisted of three separate golf courses, one eighteen-hole course (Blue) and two nine–hole courses (White + Red) centered around the fieldhouse wings. While the design of the individual courses has changed to address current needs and trends, the overall design and concept of having three has remained consistent. The presence of three courses has integrity of location, feeling, setting, association, material, and design. This is a character–defining feature of the golf course. | N/A | N/A | N/A |
| Blue Course layout | Contributing | The Blue Course was originally designed by Walter J. Travis in 1917 as links–style course. The course featured ten holes, laid out in a reversible manner, with play progressing down (south) the peninsula and returning (north) to the fieldhouse wings. The course was characterized by undulating greens that merged into fairways with hazards, including sand traps in a form known as humps and hollows, strategically scattered about. In 1922, the back nine were constructed in a similar layout of play. The reversibility of the course afforded golfers variety with 36 different holes of play. In 1934, the reversibility of the course was ended with the selection of one route of play and consisted of two nine–hole units. Additional modifications occurred during the 1940s to improve the condition of the course and respond to playability concerns. The course was redesigned by William Flynn in the 1950s with the course retaining design integrity to this proposal. The course retains integrity of location, materials, feeling, setting, and association. The layout of the course contributes to the overall character of the cultural landscape. | Assets | N/A | 1566775–Fairways; 156695–Tees; 1566973–Greens; 1567101–Bunkers |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**BUILDINGS AND STRUCTURES (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| White Course layout | Contributing | Designed by William Flynn in 1925, the White Course consisted of nine holes in a reversible layout in the links–style, and integrated the historic Japanese cherry tree grove into the design. The design contained fewer hazards than the earlier Travis course and was located to the west and north of the fieldhouse. Play began at the fieldhouse, progressing in a clockwise manner, then ending at the fieldhouse. Construction of the Red Course in 1930 prompted the removal of the reversible play element. The course was then played in a counterclockwise manner, but still began and ended at the fieldhouse. The course was rehabilitated in 1944, then further rehabilitated in 1956 to accommodate the driving range designed by William F. Gordon. At this time the course remained nine holes, located north of the fieldhouse, with play beginning at the fieldhouse wing and progressing in a relative counterclockwise fashion prior to concluding at the fieldhouse. The course was eliminated in 1983 and reinstalled in 1984, generally following Gordon's plan due to political backlash. This is evident at holes 1, 2, 3, 4, and 5. Four holes, 6, 7, 8,and 9 were reinstalled at a location similar to the location of holes from the 1925 plan. The course retains integrity of location, association, feeling, and setting. The course contributes to the overall character of the golf course. | Assets | N/A | 1566775–Fairways; 156695–Tees; 1566973–Greens; 1567101–Bunkers |

**** Character–defining feature**

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

### BUILDINGS AND STRUCTURES

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| Red Course layout | Contributing | Originally installed in 1930, the Red Course (historic G Course) was routed north and south of the fieldhouse wings and located on the eastern edge of the cultural landscape. Play originated at the fieldhouse, progressed south in a counterclockwise manner and concluded at the fieldhouse at Hole 4. Play continued north at Hole 5 in a counterclockwise direction, concluding at Hole 9 and the fieldhouse wings. The construction of the tourist camp removed the 5 northern holes and forced the splitting of one of the southern holes into two. At this time, the red course consisted of only five holes. The course was redesigned by William F. Gordon Co. in 1950, restoring the course to 9 holes. In the early 1990s GCSI rehabilitated the course by shortening some of the holes and installing three practice holes. Holes 5, 6, 7, 8, and 9 were redesigned and re-routed as a result. The course retains integrity of location, settings, association, and feeling. The course is a character–defining feature of the course. | Assets | N/A | 1566775–Fairways; 156695–Tees; 1566973–Greens; 1567101–Bunkers |
| East fieldhouse wing | Contributing | An "L" shaped Neoclassical structure designed by Horace Peaslee and built from concrete aggregate made popular in Washington, D.C., by John Earley. The wing consists of Corinthian columned portico attached to the side of the structure. Retains original integrity, to the original design, location, feeling, association, materials, workmanship, and settings, but functions contained within the building have changed. The building contributes to the character of the golf course. | Location | 88692 | N/A |

** Character–defining feature

**Table 2 (continued).** Cultural Landscape Evaluation for East Potomac Park Golf Course.

**BUILDINGS AND STRUCTURES (CONTINUED)**

| FEATURE NAME | EVALUATION | DESCRIPTION | TYPE | FMSS LOCATION | FMSS ASSET |
|---|---|---|---|---|---|
| West fieldhouse wing/U.S. Park Police District 1 Substation** | Contributing | An "L" shaped Neoclassical structure designed by local architect Horace Peaslee and constructed in a concrete aggregate form made popular by John Earley. The wing consists of Corinthian column portico attached to the sides of the structures. A central portion was intended to connect the two buildings, however, this was never realized. The structures retains original design, location, materials, workmanship, association, setting, and feeling. However, the functions contained within the buildings have changed with the accommodation of U.S. Park Police in the west fieldhouse wing. The fieldhouse wing retains integrity of location, design, workmanship, feeling, materials, association, and setting. The structures are character–defining features and contribute to the overall character of the cultural landscape. | Location | 14262 | N/A |
| Miniature Golf Course** | Contributing | Originally installed in 1931 east of the fieldhouse wings. The course was rehabilitated in 1949, and the layout was retained, but the holes were reconstructed. The eighteen-hole course was designed to be played in a counterclockwise fashion. None of the hazard structures retain integrity from the period of significance, with the exception of the wishing well structure sans roof. Overall, the course has integrity of location, design, setting, feeling, association, and materials. The feature contributes to the overall character of the cultural landscape. | Location | 98094 | N/A |
| Miniature Golf Course Ticket Booth Shed | Non–contributing | Installed in 1949, the feature post–dates the period of significance. The current ticket booth has a larger footprint than the original ticket shed. The feature does not contribute to the character of the golf course. | Location | 98094 | N/A |
| Driving range | Non–contributing | A driving range was first installed at the course in 1927, relocated in 1936, and rehabilitated in 1944. However, the current iteration of the driving range was only installed in 1994 and consists of 100 stalls. The feature post–dates the period of significance. | Asset | N/A | 1566992 |

** Character–defining feature

# TREATMENT

This portion of the Cultural Landscape Report (CLR) provides guidance for the long–term management of the three golf courses. The first section provides a framework that, based on applicable laws, executive orders, regulations, directives, policies, and standards, establishes an overall treatment philosophy for the intended character of the golf course landscape. Based on this framework, the management issues and general recommendations for the golf courses are followed by overall and then site specific treatment guidelines.

The team has developed a set of treatment guidelines, rather than individual treatment alternatives. These guidelines are essential for the future development of preservation treatments that support general management objectives. Whenever possible, key landscape features that are integral to the original design intent of the various golf courses, may be preserved, rehabilitated, or restored. By its very nature, golf course designs evolve over time as aesthetics change, technological advancements in golf course equipment enhance player's abilities, and maintenance practices improve, all leading to alterations in the appearance and layout of courses. While it is understood that these changes may be appropriate to accommodate modern developments, they must be accomplished in a historically sympathetic way for these significant cultural resources.

## TREATMENT FRAMEWORK

### MANAGEMENT DOCUMENTS

#### National Park Service Laws, Regulations and Polices

As a unit of the national park system, treatment is guided by the mission of the National Park Service (NPS) to "...conserve the scenery and the natural and historic objects and the wildlife therein and to provide for the enjoyment of the same in such a manner and by such means as will leave them unimpaired for the enjoyment of future generations" (Organic Act of 1916). The application of this mission for cultural landscapes is articulated in *The Secretary of the Interior's Standards for the Treatment of Historic Properties with Guidelines for Treatment of Cultural Landscapes*, which in turn are interpreted within the hierarchy of regulations and policies of NPS management. As cultural resources, management of the golf courses is defined by *36 CFR Part 2: Resource Protection, Public Use and Recreation* (Preservation and Natural, Cultural and Archeological Resources), and the *National Historic Preservation Act* (Public Law 102–575). Cultural Landscapes are further interpreted by the NPS *Management Policies* (2006) and

*Director's Order #28* (Cultural Resources Management) and *Director's Order #77* (Natural Resource Management). All these documents serve as a foundation for stewardship of the golf courses and provide specific policy related to cultural and natural resource preservation, public access, and recreational use.

***NPS Management Policies (2006)***

These policies provide direction for all management decisions within the national park system. This direction may be general or specific; it may prescribe the process through which decisions are made, how an action is to be accomplished, or the results to be achieved. Relevant polices related to Recreational Use, Cultural Resource Management, Vegetation Management, Water Resource Management, and Management of Animals as applied to the on–going management of the golf courses are provided below.

**Recreational Use**

- Appropriate Use—Only allow recreational uses that are (1) appropriate to the purpose for which the park was established and (2) can be sustained without causing unacceptable impacts. (See *Visitor Use 8.2*)
- Recreational Activities—Restrictions placed on recreational uses that have been found to be appropriate will be limited to the minimum necessary to protect park resources and values and promote visitor safety and enjoyment. (See *Recreational Activities 8.2.2*)
- Management of Recreational Use—Develop and implement visitor use and management plans to ensure that recreational uses and activities in the park are consistent with its authorizing legislation. Regardless of their format or complexity, visitor use management plans will (1) contain specific, measurable management objectives related to the activity or activities being addressed; and (2) be periodically reviewed and updated. (See *Management of Recreational Use 8.2.2.1*)
- Accessibility for Persons with Disabilities—All reasonable efforts will be undertaken to make facilities, programs, and services accessible to and usable by all people, including those with disabilities. (See *Accessibility for Persons with Disabilities 8.2.4*)

**Cultural Resources Management**

- Treatment of Historic Properties (Cultural Landscapes, Historic Structures, Archeological Features)—Provide for the long–term preservation of, public access to, and appreciation of the features, materials, and qualities contributing to the significance of cultural resources, and in accordance with applicable laws, regulations, and executive orders. **All** work done on historic properties, buildings and cultural landscapes, must be done in accordance with the Secretary of the Interior's Standards and Guidelines for Archeology and Historic Preservation, and Cultural Landscapes and other NPS polices, guidelines, and standards. All cultural resource and natural resource values will be considered in defining specific treatment and management goals. (See *Treatment of Cultural Resources 5.3.5*)

**Vegetation Management**

- Plantings will consist of species that are native to the park or that are historically appropriate for the site. Use of non–natural (also known as non–native or exotic) plantings in altered communities may be permitted under any of the following conditions:
    - Where necessary to preserve and protect the desired condition of specific cultural resources and landscapes, plants and plant communities generally will be managed to reflect the character of the landscape that prevailed during the historic period. Efforts may be made to extend the lives of specimen trees dating from the historic period being commemorated. An individual tree or shrub known to be of historic value that is diseased beyond recovery and has become hazardous will be removed and may be replaced. While specimen trees or shrubs that need to be perpetuated are still healthy, their own progeny will be maintained. (See *Maintenance of Altered Plant Communities 4.4.2.5*)
    - Use of exotic species may be introduced or maintained to meet specific, identified management needs when all feasible measures to minimize the risk of harm have been taken and it is:
        - a closely-related subspecies or hybrid of an native species; or
        - an improved variety of a native species in situations where the native variety cannot survive current conditions; or
        - needed to meet the desired condition of a historic resource, but only where it is noninvasive and is prevented from being invasive; or
        - necessary to provide for intensive visitor use in developed areas and both of the following conditions exist:
            - Available native species will not meet park management objectives.
            - The exotic species is managed so it will not spread or become a pest on park or adjacent lands.
        - a sterile, noninvasive plant that is used temporarily for erosion control; or directed by law or expressed legislative intent. (See Introduction or *Maintenance of Exotic Species 4.4.4.1*)
    - All exotic plant species that are not maintained to meet an identified park purpose will be managed–up to and including eradication–if (1) control is feasible, and (2) the exotic species
        - interferes with natural processes, or
        - disrupts the genetic integrity of native species, or
        - disrupts the accurate presentation of a cultural landscape, or
        - damages cultural resources (See *Removal of Exotic Species Already Present 4.4.4.2*)
- Before any major treatment of a cultural landscape is undertaken, there must be an understanding of the degree to which change contributes to or compromises the historic character of the landscape, and the way in which natural cycles influence the ecological processes within the landscape.

  - Treatment and management of a cultural landscape will establish acceptable parameters for change and management of the biotic resources within those parameters. (See *Biotic Cultural Resources 5.3.5.2.5*)

**Water Resource Management**

- In managing floodplains on park lands, the NPS will (1) manage for the preservation of floodplain values; (2) minimize potentially hazardous conditions associated with flooding; and (3) comply with the NPS Organic Act and all other federal laws and executive orders related to the management of activities in flood–prone areas. Specially, the Service will
  - protect, preserve, and restore the natural resources and functions of floodplains;
- When it is not practicable to locate or relocate development or inappropriate human activities to a site outside and not affected the floodplain, the Service will
  - ensure that structures and facilities are designed to be consistent with the intent of the standards and criteria of the National Flood Insurance Program. (See *Floodplains 4.6.4*)
- Watersheds will be managed as complete hydrologic systems. When conflicts between infrastructure and stream processes are unavoidable, NPS managers will first consider relocating or redesigning the facilities rather than manipulating the streams. Where stream manipulation is unavoidable, managers will use techniques that are visually unobtrusive and that protect natural processes to the greatest extent practicable. (See *Watershed and Stream Processes 4.6.6*)
- In areas where dynamic natural processes cannot be avoided, developed facilities should be sustainably designed. When it is has been determined that facilities must be located in such areas, their design and siting will be based on
  - a thorough understanding of the nature of the physical processes; and
  - avoiding or mitigating…the effect of the facility on natural physical processes and the ecosystem (See *Siting Facilities to Avoid Natural Hazards 9.1.1.5*)

**Management for Animals**

- Whenever possible, natural processes will be relied upon to maintain animal species and influenced natural fluctuations in populations of these species. The Service may intervene to manage individuals or populations of native species only when such interventions will not cause unacceptable impacts to the populations of the species or other components and processes of the ecosystems that support them. The second is that at least one of the following conditions exists:
  - Management is necessary
    - because a population occurs in an unnaturally high or low concentration as a result of human influences (such as loss of season habitat, the extirpation of predators, the creation of highly productive habitat through agriculture or urban landscapes) and it is not possible to mitigate the effects of human influences;
    - to protect specific cultural resources of parks;

- to accommodate intensive development in portions of parks appropriate for and dedicated to such development;
- to protect rare, threatened, or endangered species; or
- to protect property when it is not possible to change the pattern of human activities

- The Service will assess the results of managing animal populations by conducting follow–up monitoring or other studies to determine the impacts of the management methods on non-targeted components of the ecosystem. (See *Management of Native Plants and Animals 4.4.2*)
- Whenever the Service removes animals, or manages animal populations to reduce their sizes, or allows others to remove animals for an authorized purpose, the Service will seek to ensure that such removals will not cause unacceptable impacts on native resources, natural processes, or other park resources. (See *NPS Actions That Remove Native Plants and Animals 4.4.2.1*)

***Secretary of the Interior's Standards for the Treatment of Historic Properties with Guidelines for the Treatment of Cultural Landscapes (1996)***

This illustrated set of guidelines provides professional standards and guidance on the preservation of cultural landscapes addressing the four treatments: *preservation*, *rehabilitation*, *restoration*, and *reconstruction*. Of the four, *rehabilitation* acknowledges the need to alter or add to a cultural landscape to meet continuing or new uses while retaining the landscape's historic character. This approach is the recommended treatment for the management of the golf courses because of the inherent nature of landscapes changing.

Golf courses change in many ways, both natural and engineered. Naturally there is degradation of turf, invasion of non–native vegetation, erosion, deterioration of paths, and vegetative growth for golf courses of this vintage. In the case of vegetation, a well–managed landscape keeps its intended character, but where it is not well–maintained, vegetation can grow unchecked and block views, affect the playability of a course, and impact the health of the turf. Engineered changes include the addition of paths, planting of trees, removal of hazards, and the installation of features to keep in alignment with golf course trends.

Eventually rehabilitation may be needed in cases when many of the original design features are no longer present. Typically, golf courses that undergo historic rehabilitation strive to maintain or reintroduce original design characteristics like bunkers, greens, and mounds, while improving soils, turf, drainage, irrigation, cart paths, and teeing ground options. Too often changes are made for the ease of maintenance, which should not necessarily be accepted at the expense of the historic character of the course. Maintenance changes could be made to reduce effort, but these decisions should be historically sympathetic, while maintaining the original design intent.

*Rehabilitation* is defined as, "the act or process of making possible a compatible use of a property through repair, alterations, and additions while preserving those portions or features which convey its historical, cultural, or architectural values."

The Secretary of the Interior identifies the following ten standards under *Rehabilitation*:

1. A property will be used as it was historically or be given a new use that requires minimal change to its distinctive materials, features, spaces, and spatial relationships.
2. The historic character of a property will be retained and preserved. The removal of distinctive materials or alteration of features, spaces, and spatial relationships that characterize a property will be avoided.
3. Each property will be recognized as a physical record of its time, place, and use. Changes that create a false sense of historical development, such as adding conjectural features or elements from other historic properties, will not be undertaken.
4. Changes to a property that have acquired historic significance in their own right shall be retained and preserved.
5. Distinctive materials, features, finishes, and construction techniques or examples of craftsmanship that characterize a property will be preserved.
6. Deteriorated historic features will be repaired rather than replaced. Where the severity of deterioration requires replacement of distinctive feature, the new feature will match the old in design, color, texture, and, where possible, materials. Replacement of missing features will be substantiated by documentary and physical evidence.
7. Chemical or physical treatments, if appropriate, will be undertaken using the gentlest means possible. Treatments that cause damage to historic materials will not be used.
8. Archeological resources will be protected and preserved in place. If such resources must be disturbed, mitigation measures will be undertaken.
9. New additions, exterior alterations, or related new construction will not destroy historic materials, features, and spatial relationships that characterize the property. The new work will be differentiated from the old and will be compatible with the historic materials, features, size, scale and proportion, and massing to protect the integrity of the property and its environment.
10. New additions and adjacent or related new construction will be undertaken in such a manner that, if removed in the future, the essential form and integrity of the historic property and its environment would be unimpaired.

***Foundation Document***

The Foundation Documents for the three park areas with these golf courses also provide the framework for treatment of the recreational use, specifically golfing. A foundation document serves as a standalone document that provides underlying information for management and planning decisions for the park, which includes

purpose, significance, fundamental and other important resources and values, and interpretive themes. The document also provides an assessment of planning and data needs, special mandates, and administrative commitments.

**East Potomac Park Golf Course (National Mall and Memorial Parks, 2017)**

- Park Significance—As America's front yard and local residents' backyard, National Mall and Memorial Parks protects the valuable urban green space that accommodates a variety of passive and active recreational activities for a diverse population.
- Fundamental Resource—Urban Recreational Opportunities. "Recreation and pleasure" is part of the enabling legislation for Potomac Park which includes East Potomac Park Golf Course (Potomac Park Act, 1897; Development of East Potomac Park, 1916)

**Langston Golf Course (National Capital Parks East, 2016)**

- Park Significance—Anacostia Park preserves and maintains the historic Langston Golf Course, opened in 1939 to provide golfing opportunities to African Americans during the segregation era.
- Fundamental Resource—Recreational Opportunities. Development of a park and playground system of the National Capital. (Capper–Cramton Act, 1930)

**Rock Creek Golf Course (Rock Creek Park, 2015)**

- Park Significance—Rock Creek Park preserves the natural, archeological, and historic resources of the Rock Creek Valley while providing visitors with compatible recreational opportunities.
- Fundamental Resource—Recreational Opportunities. Development of a public park or pleasure ground for the benefit and enjoyment of the people while preserving the park's timber, animals, and curiosities. (Rock Creek Park Act, 1890)

## COMPLIANCE PROCESS

### National Environmental Policy Act and National Historic Preservation Act

Before approving a proposed action that may affect/impact park resources and values, the NPS shall consider the effects of the proposed action and make a formal determination if the undertaking will have an impact on park resources and values. There are two laws that the NPS must comply with that ensure impacts to resources are considered and options evaluated as part of the planning process. These are the *National Environmental Policy Act* (NEPA) of 1969 and *National Historic Preservation Act* (NHPA) of 1966.

NEPA requires all federal agencies to: (1) to prepare in–depth studies of the impacts of and alternatives to proposed "major federal actions"; (2) use the information contained in such studies in deciding whether to proceed with the actions; and (3) diligently attempt to involve the interested and affected public before any decision affecting the environment is made. The provisions of NEPA

and NPS Organic Act (mentioned previously) jointly commit the NPS to make informed decisions that perpetuate the conservation and protection of park resources unimpaired for the benefit and enjoyment of future generations.

The Section 106 review process is an integral component of the NHPA (54 U.S.C. 306108) and requires all federal agencies to consider the effects of the proposed action on cultural resources that are listed or eligible for listing on the National Register of Historic Places prior to an undertaking. All proposed actions must be carried out in a manner consistent with the Secretary of the Interior's Standards and Guidelines for the Treatment of Historic Properties.

For the purposes of the NPS compliance process, the golf courses are either individually listed or are listed as contributing sites in the National Register of Historic Places. Further investigations by a NPS interdisciplinary teams may be required before implementation of a proposed action prompting NEPA and NHPA compliance. The golf course management group will work with the NPS to determine the compliance pathway for any proposed action on park resources.

## MAINTENANCE PRACTICES

### Best Management Practices for Golf Courses

Most states have developed their own best management practices (BMPs) for golf courses. Unfortunately the District of Columbia does not presently provide guidance for golf course management. Therefore BMPs will be followed for Virginia, an adjacent state, which has extensive guidance documented in *Environmental Best Management Practices for Virginia's Golf Courses* (2012), which most closely mirrors NPS guidance on land management. These BMPs seek to reduce environmental impacts; improve turf quality, playability and experiences; reduce maintenance cost; and more efficiently allocate resources (human and capital resources). They also serve as a model for other states to follow and can be adapted to the courses in the District of Columbia. (See link to Virginia BMPs.) Although Maryland BMPs for Golf Courses are not as extensive as Virginia, a link is provided below as reference.

- Environment Best Management Practices for Virginia's Golf Courses (2012) [https://www.pubs.ext.vt.edu/content/dam/pubs_ext_vt_edu/ANR/ANR–48/ANR–48_pdf.pdf]
- Best Management Practices for Maryland Golf Courses (2017) [http://marylandgolfbmp.org/MarylandGolfCourseBMP_Final.pdf]

All best management practices applicable to the operation, care, and improvement of golf courses will be followed, in accordance with federal and District of Columbia laws, regulations, and permitting.

**Best Management Practices for Stormwater Management**

Within the District of Columbia stormwater management regulations require the management of both stormwater quality and quantity. Quality control is related to the removal of pollutants from stormwater runoff. Quantity control is related to detention and retention requirements for various storm events for stream bank and flood protection. The District of Columbia developed a *Stormwater Management Guidebook* (2013) with BMP guidance related to bioretention, filtering systems, infiltration practices, storage practices, ponds, wetlands, open channels, proprietary practices, and tree planting. Most of these BMPs may be applicable when implementing certain ground disturbing improvements/changes to the golf courses.

- *Stormwater Management Guidebook* (2013) [https://doee.dc.gov/swguidebook]

**Integrated Pest Management**

Integrated Pest Management (IPM) is a decision–making process that coordinates knowledge of pest biology, the environment, and available technology to prevent unacceptable levels of pest damage by cost–effective means while posing the least possible risk to people, resources, and the environment. One of the primary objectives of an IPM program is to reduce the total pesticide load.

In addition, the NPS requires submittal of an annual IPM plan, pesticide use proposals (PUP), and pesticide use logs by January 31st every year for reporting chemicals applied on NPS property. The NPS Pesticide Use Proposal System (PUPS) is used daily by parks to submit pesticide requests in a timely manner, by Regional IPM Coordinators to review and make decisions on proposals in real–time, and by the WASO IPM Coordinator to review and make decisions on those higher risk proposals involving restricted use products, endangered species habitat, aerial or aquatic application, and to prepare annual reports of NPS use of pesticides. This is also the mechanism by which pesticides are approved for use on NPS properties. The manager of an NPS golf course should prepare the required PUPS forms in conjunction with the annual IPM plan and submit them as part of an annual management plan. These plans are typically needed in January of a given year, which coincides with annual reports of actual use for the year prior.

***Turf Grasses***

- When turf grasses face stresses such as the heat and drought found in Washington, D.C.'s climate, pests can become a problem. Pesticides alone will not control pests; a more effective approach is to develop an IPM program to reduce pest damage and reliance on pesticides. An IPM program considers all strategies and tactics to reduce pest damage to accept-

able levels in the most economical means, while simultaneously accounting for impacts on humans, property, and the environment.

***Invasive Vegetation***

- An IPM program for invasive vegetation involves using treatment strategies specific to a plant species and location, focusing on techniques that are the least disruptive to natural controls, least hazardous to human health, least toxic to non–targeted organisms, least damaging to the general environment, most likely to produce permanent reduction of the plant species, easiest to carry out effectively, and most cost–effective in both the short and long term. Please refer to the National Capital Region Invasive Plant Management Plan and Environmental Assessment (2015) for more detailed treatment strategies for targeted plant species.
    - National Capital Region Invasive Plant Management Plan and Environmental Assessment (2015) [https://parkplanning.nps.gov/documentsList.cfm?projectID=55424]

***Wildlife Management***

- An IPM approach for wildlife involves understanding why wildlife use the golf courses for their habitat, and what may be attracting them in the numbers that make them a nuisance. Canada geese are a known nuisance for East Potomac Park and Langston Golf Courses where they conflict with golf course operations and natural resource efforts to restore marshland grasses, in Kingman Lake. Various IPM strategies to change or discourage large populations of wildlife may be explored.

Please see the ***Appendices*** for specific *Integrated Pest Management* information.

## OVERALL MANAGEMENT ISSUES AND GENERAL RECOMMENDATIONS

As documented in the Historic Resource Study and Cultural Landscape Inventories for the District of Columbia golf courses, numerous site issues have been identified. These general recommendations presented will provide the framework for more extensive information presented in the specific treatment guidelines for each location. Many of the recommendations and guidelines that follow may require further investigations by interdisciplinary teams before implementation and necessary *National Environmental Policy Act* (NEPA) and *National Historic Preservation Act* (NHPA) compliance. (See ***Compliance Process*** for additional information). In areas requiring specific site development plans, the *Secretary of the Interior's Standards for the Treatment of Historic Properties with Guidelines for the Treatment of Cultural Landscapes* should be reviewed to ensure the proper treatment documents are prepared.

Please also refer to ***Best Management Practices*** for golf courses as referenced in the previous section for further guidance on typical maintenance issues related

to irrigation, stormwater management, turfgrass maintenance practices, pest management, and maintenance operations.

The NPS golf courses in the District of Columbia are significant for their association with the early development of public golf in the city and in the area of Black ethnic heritage for their role in the desegregation of the city's recreation facilities. (See previous chapter and ***National Register Status*** for further information regarding the significance of these resources.) Several of the courses are significant for their architectural design elements for the golf course layout and clubhouse design. (Please see site specific treatment guidelines for applicable elements.)

Critical management issues and the team's general recommendations include:

### PLAYABILITY

#### Maintain golf courses as public, accessible, and affordable

***Issue:*** External pressure to change the golf courses may risk making them unaffordable and less accessible to the general public.

***Recommendation:*** Strive to keep any changes to the golf course balanced while still making the golfing experience available to a wider public.

- Collaborate to provide better connections to public transit.
- Improve physical pedestrian access to the golf courses.
- Maintain and expand free public parking.
- Provide for reasonably priced golfing opportunities.

#### Improve visitor experience and maintain unique characteristics

***Issue:*** Course conditions are affected by factors such as encroaching vegetation, shade, air circulation, shallow soil profile, and poor drainage that adversely impact the use of the golf courses.

***Recommendation:***

- Improve growing conditions to optimize turf growth.
- Institute a drainage plan which could include topdressing, pipe installation, and reshaping of the golf course in a historically appropriate way.
- Remove encroaching vegetation that adversely affects design intent.

***Issue:*** The soil conditions at these golf courses are prone to compaction problems due to their high silt and clay content. East Potomac Park and Langston golf courses were created on fill deposits of mixed origin and Rock Creek golf course

was developed on a former agricultural property. The shallow soil profile, high clay content, and inadequate topsoil, have led to poor agronomic conditions.

***Recommendation:*** Agronomic programs should be tailored to the challenges of the soils.

- Modify irrigation cycles to match the low percolation rate.
- Incorporate aerification programs.
- Develop a traffic management plan to control compaction.
- Institute a widespread topdressing program.

***Issue:*** Over the years, the original design intent of the golf courses has been diminished due to changes in circulation, vegetation, spatial organization, and buildings and structures. The golf courses in the District of Columbia present a unique opportunity to provide public access to historical designs usually only available to members of private clubs.

***Recommendation:***

- Retain and preserve historic features.
- Improve and enhance the use of the golf courses to ensure safe and desirable experience.
- Provide a quality experience for all levels of players.
- Where feasible, maintain and reestablish the unique qualities of the golf courses.

## BOUNDARY

### Define perimeter boundaries

***Issue:*** The golf courses have undefined limits for management, leaving the perimeter landscape looking weedy, and unkempt, and creating problems for course agronomy.

***Recommendation:*** Create an overall management zone ("Land Assignment Areas") for golf course operations in each park, where the management responsibilities are clearly defined. This supports a healthy transition between natural and developed areas (i.e., riverine, forest, and recreational edges). It is preferred to define the Land Assignment Areas outside the actual corridors of play as trees, understory vegetation, and unmaintained natural areas all of which have an effect on the health, condition, and playability of the course. Where this is not possible, an additional management buffer zone within the Land Assignment Area, could be co–managed by the NPS and by the golf course management group. A land survey is recommended for all golf courses to verify property land ownership, and rights–of–way, as well as to define the management buffer zone.

Please refer to site specific recommendations for each course.

## BUILDINGS AND STRUCTURES

### Preserve the character of the greens, tees, bunkers, and mounding

***Issue:*** Existing water supply and irrigation systems are either inadequate or do not work to provide proper irrigation for strategic areas of the golf course (tees and greens).

***Recommendations:***

In areas where it is applicable:

- Design irrigation systems to be efficient, distribute water uniformly, conserve and protect water resources, and meet state and local code and site requirements.
- Design irrigation systems to provide optimum control of the distribution of water taking into account topography and area type.
- Use green infrastructure to harvest stormwater for irrigation if possible.

***Issue:*** Greens have lost their original character through unsympathetic alterations to their appearance. (See Figure 29)

***Recommendations:***

- When feasible, consult original drawings to restore greens to their original shape and grades.
- When drawings are not available, rehabilitate greens to reflect the character intended by the architects, as appropriate.

***Issue:*** Teeing grounds have limited functionality and do not reflect design intent.

***Recommendations:***

- Teeing grounds should be rebuilt, leveled, enlarged, and placed to reflect strategic intent.
- Teeing grounds should be placed to accommodate a wide range of skill levels.

***Issue:*** Golf courses have lost designed features resulting in a lack of sophistication and loss of strategic intent.

***Recommendations:*** Where appropriate and feasible, reestablish important features of the original golf course designs.

- Restore bunkers and mounds per design documentation or historic record.
- Restore angles of play by adjusting mowing lines or vegetation management.



**Figure 29.** View of Rock Creek Park from the tee of the 9th hole, 2017. (University of Pennsylvania)

**Preserve and maintain buildings and other facilities that contribute to the historic district**

*Issue:* Buildings—Existing buildings do not support all visitor needs. Historic structures are in need of preservation or maintenance. Some facilities may need to be replaced.

*Recommendations:*

- Complete historic structures documentation to assess current condition of the historic buildings.
- Complete a visitor use study for the fieldhouse and clubhouses to understand the use of the current buildings. In many ways, they may serve more than a clubhouse function, but also may provide a community center function as well.
- Any new structures or facilities need to maintain scale and location as well as physical and visual connections.
- Other new features, like rain structures, should be designed and placed in strategic locations to serve multiple holes and reduce clutter.

**VEGETATION**

**Preserve historic vegetative character of golf course**

*Issue:* Vegetation encroachment, invasive vegetation, and lack of vegetation management direction are compromising the character of plantings and/or spatial organization for the golf course.

***Recommendation:***

- Preserve historic plantings to maintain the setting/character of the golf courses – sentinel trees, unique species, and spatial massing as identified in the Cultural Landscape Inventories.
- Promote the use of native vegetation where possible to enhance the setting/character of the golf courses, which make them more adaptable to the existing climate, soils, and conditions.
- Remove non–contributing, non–native, and invasive vegetation where it compromises the historic character of the golf course, where it may affect the playability of the golf course, change the historic spatial qualities, impact important views, or introduce varieties of vegetation that change the historic planting character.

(See Figure 30)

**Protect forested areas for a golf course**

***Issue***: Vegetation encroachment, invasive vegetation, and lack of management direction for natural forested areas located within or on the perimeter of the golf course has compromised the spatial organization for the golf course, may obscure design features such as bunkers, paths or specimen trees, and may impact recovery play for errant golf balls that enter these forest areas.

***Recommendation***: Prepare a Golf Course Forest Management Plan. Trees, stands of trees, and forests are an important part of most golf courses. Forest/Tree Management objectives on the Washington, D.C., golf courses should focus on managing these wooded areas without compromising the historic character of the golf courses.

- Selectively thin the forest where the trees are encroaching on historic view corridors and affecting playability of the golf course.
- Correct overcrowding conditions to improve the health of the forest.
- Selectively thin the forest by reducing tree root competition, improving sunlight and air circulation, to promote a healthy turf on adjacent fairways, greens, and tees.
- Manage forested areas that impact original design features and consider tree removal, thinning, or understory removal in order to recover these features.
- Remove non–native and invasive vegetation growing within the forested areas to improve the forest health and prevent encroachment into the playable golf course areas.
- Maintain specimen trees that support the historic character.
- Manage the forest by thinning understory to accommodate recovery shots for errant golf balls to salvage play back to the fairways and greens.



**Figure 30.** Encroaching vegetation along the edge of the East Potomac Park Golf course looking towards the Navy War College, 2017. (NPS)

### CIRCULATION (GOLF CART PATHS, PEDESTRIAN PATHS, SERVICE ROADS, AND PUBLIC ACCESS)

**Reconfigure golf cart paths**

*Issue:* The cart path systems at each golf course were installed piecemeal over time resulting in areas where cart paths intersect unnecessarily with play and infringe on the viewshed of the hole. Some are redundant and so narrow they have eroded the soil.

*Recommendation:* Create a circulation plan for each course that takes into account golf course design, playability, pedestrians, golf carts, and maintenance equipment without detracting from the function of the course or its historic character. Select path materials that blend into the surroundings, and consider use of porous pavement to reduce stormwater runoff. Make paths wide enough to accommodate maintenance equipment.

**Address safety concerns associated with circulation of pedestrians, vehicles, and golf carts**

*Issue:* Inappropriately placed golf cart paths have led to conflicts and dangerous routes for players and maintenance staff. These safety concerns stem from the steepness of slopes, width of the cart paths, and cart path location. The paths' surface condition is also of concern.

*Recommendation:* Reroute/realign golf cart paths and develop a cohesive layout to eliminate conflicts between pedestrians, vehicles, and golf carts. Provide



**Figure 31.** Golf cart path at Langston Golf Course, 2017. (University of Pennsylvania)

for safety by choosing stable path materials, ample width, appropriate curves, and consideration of terrain to avoid steep slopes. Consider the use of porous pavement for the cart paths to reduce stormwater runoff. (See Figure 31)

### VIEWS AND VISTAS

**Preserve views that contribute to the significance of the historic district**

*Issue:* All three golf courses have lost their sense of place because general views to iconic buildings, waterways, natural surroundings, and designed playing corridors are obscured by vegetation.

*Recommendation:* Views remain an important landscape characteristic for the golf courses and should be managed.

- Historic vegetation should be preserved and pruned if needed to open important views or open corridors of play.
- Encroaching vegetation that compromises the design intent of the views and playability of the golf course should be removed.
- Non–native and invasive vegetation should be removed, especially along the managed boundary areas and edges of fairways.
- Use native vegetation to screen unsightly views that do not contribute to the significance of the golf course.

(See Figure 32)



**Figure 32.** View north to the Washington Monument from East Potomac Park Golf Course, 2017. (NPS)

## NATURAL SYSTEMS AND TOPOGRAPHY

### Preserve the terrain and monitor erosion

*Issue:* The unique location, terrain, and physical use of the golf courses make it a challenge to maintain vegetative cover, resulting in erosion.

*Recommendations:* Conduct soil and percolation tests to understand existing conditions, and focus management practices to improve conditions and reduce erosion in sensitive environments and problem areas. Design traffic patterns, surface and subsurface drainage, and plant care programs to minimize the bare soil that is susceptible to erosion.

### Protect sensitive habitat areas and highlight unique features

*Issue:* Sensitive habitat areas are documented within and adjacent to the various golf courses and have various protection restrictions as well as opportunities for resource conservation.

*Recommendation:* Map and define sensitive habitat zones and develop strategies to better integrate these resources within or adjacent to the golf course landscape. Seek opportunities to highlight the unique features, without compromising the resources (i.e., manage invasive vegetation in these features, manage views to features, and align cart paths to take advantage of views).

### Protect wildlife habitat and reduce conflicts with golf course operations

*Issue*: Golf courses can provide high quality habitat to a large and diverse population of birds, mammals, and other wildlife. Sometimes conflicts arise with these populations during regular golf course operations.

*Recommendation*: Protect ecosystem functions and promote refuges and wildlife corridors on the golf courses. Apply knowledge of wildlife habitats to identify their components and locations on a golf course. Each instance of conflict may be unique and may need to be assessed case–by–case based on location and habitat type. All recommendations should follow NPS policy for the preservation of wildlife.

- Provide locations that promote ecological functions and supports various habitats (meadows, riparian stream bank, forest, and wetland).
    - Define plant components that support various habitats (trees, grasses, nectar plants, fruit, berries, nuts, and grain plants).
    - Include structural components to provide shelter or resources for habitat (nest boxes, dead tree snags, brush, cut banks, bird feeders, and fresh water sources).

- Reduce pesticide use in managing the golf courses. Historically, golf course management involves the use of a wide variety of pesticides to avoid pesticide resistance. Develop IPM strategies to reduce pesticide use to ensure ground water and non–targeted species are not being affected. See ***Appendix II: Best Management Practices*** for more IPM strategies concerning reducing pesticide use.
- Use wildlife-friendly trash receptacles. Trash receptacles found throughout the golf course provide anthropogenic food sources for wildlife that inhabit the golf course and surrounding areas. Wildlife become conditioned to humans and non–natural food sources. This not only creates artificially high numbers of wildlife in an area, but increases human/wildlife interactions. The style of trash receptacle should be compatible with the character of the golf course.
- Reduce interaction with wildlife and the golfing community. Historically, the golfing community has been known to feed wildlife, creating unsafe situations for wildlife and humans. Develop educational material and post warnings about interaction with wildlife.
- Improve site lighting to protect natural lightscape in the parks. Light levels may be harmful to ecological systems, ranging from increased bird/window collisions to changing bat habitat use. Reassess the site lighting at the two driving ranges and around the parking lots to protect night skies and reduce light pollution. See the International Dark–Sky Association's page https://www.darksky.org/our-work/lighting/lighting-for-citizens/lighting-basics/ for more information.
- Use wildlife-friendly barriers around the perimeter of the golf course, if needed. The use of chain–link fences prevent regular movement and migration of wildlife species. If a barrier is still necessary, consider installing a more visually pleasing and wildlife friendly barrier to support wildlife management objectives.

## SITE FURNISHINGS

### Define a consistent palette of site furnishings

*Issue:* The *ad hoc* nature of the site furnishings creates a jumble of styles that is not consistent. All of the small–scale features are relatively new and not historic. Most are owned by the present operator.

*Recommendation:* Define a consistent site furnishing style (usually impermanent) for each golf course. These features typically include the following at each hole: benches, ball washers, tee markers, and trash receptacles. The style should be compatible with the character of the golf course.

## STORMWATER MANAGEMENT

### Implement sustainable practices

*Issue:* Inundation (intense rainfall), storm events, sea level rise, and tidal flooding can impact golf course resources, which then leads to unplayable greens due to poor soils and improper drainage.

***Recommendation:*** Green infrastructure—Golf courses benefit urban communities by managing stormwater runoff. Designs to manage runoff and provide playability at the same time will support this through the strategic placement or elevation of greens and tees. Continuous cart paths will ensure accessibility during wet times.

***Issue:*** Local stormwater regulations limit runoff into existing storm drains and drainages.

***Recommendation:*** Seek opportunities to collect and reuse stormwater or effluent for irrigation purposes. Designing areas to hold water until it can percolate into the ground are also valuable.

## EDUCATIONAL OPPORTUNITIES

### Promote the rich cultural heritage of the golf courses

***Issue:*** The public and golfing community are unaware of the important design development and civil rights stories related to these sites. Citizens form connections to NPS properties through use, enjoyment, and education. The history of golf in the District of Columbia, the unique design of East Potomac Golf Course, the setting of Rock Creek Park's Golf Course, and the community built around Langston are all stories worth telling and experiencing. In addition, these courses—designed during the Golden Age of Golf—all have a rich, complex, and strategic layout that can be a unique and advantageous factor in learning the game of golf. (Please refer to the *Links to the Past: A Historic Resource Study of National Park Service Golf Courses in the District of Columbia* for more in–depth information on this topic)

***Recommendation:*** Develop various products and events to promote the cultural heritage of the golf courses.

- Prepare interpretive media, such as waysides, score cards, and a dedicated website, to highlight events, historical scholarship, and other interests as necessary to share information with the golfing community, local neighbors, and greater public audience.
- Develop special events – Similar to events held at Langston Golf Course, where there is an annual Heritage Celebration that commemorates the rich history of African American golf, celebrates the connection to the community, and welcomes a future generation of golfers.

### Promote the rich natural resources of the golf courses

***Issue***: The public and golfing community may not recognize the rich natural habitat these golf courses provide along the Potomac and Anacostia Rivers, or within a large forested area of Rock Creek Park.

*Recommendation*: Seek opportunities to highlight the natural resources of the golf courses.

## STEWARDSHIP

### Serve as a model sustainable golf course

*Issue:* The Mission of the NPS (Organic Act 1916) calls for preserving unimpaired, the natural and cultural resources and values of the National Park System for the enjoyment, education, and inspiration for current and future generations.

*Recommendation:* The urban location of these golf courses within the District of Columbia provides the opportunity to promote the NPS stewardship model to a wide audience. As public facilities that are readily accessible within the nation's capital, various NPS management strategies can be showcased at these facilities.

## SITE SPECIFIC GUIDELINES

## EAST POTOMAC PARK GOLF COURSE – NATIONAL MALL AND MEMORIAL PARKS (NAMA)

### GENERAL CONCEPT

The three historic link–style golf courses of East Potomac Park have challenged both beginner and expert golfers since 1917. These public facilities, accompanied by a driving range, miniature golf course, and a neoclassical fieldhouse, will be rehabilitated to preserve fundamental historic landscape characteristics. The rehabilitation will accommodate changes necessary to ensure that access to golf remains affordable, accessible, and an attractive and high quality recreational experience for residents and visitors of the nation's capital. Successful rehabilitation of this engineered and intensely used landscape will require reestablishing the designer's rich palette and strategic placement of hazards, including sand bunkers, mounds, specimen trees and undulating greens.
Gaps in the perimeter planting of flowering cherry trees, when found in close juxtaposition to greens and tee boxes, will recapture historic visual connections to the river, the channel, and to nearby urban landmarks.

The championship "Blue" course, originally designed by premier golf course architect, Walter Travis, and centrally located and organized around the clubhouse, requires the most focused and rigorous preservation attention. The non–historic driving range needs a redesign to reduce its adverse impacts and recover a greater extent of Travis's historic layout. Elsewhere, former boundaries defining the limits of golf operations will be expanded to the inside curb line of Ohio Drive and Buckeye Drive, supporting a seamless landscape experience for golfers as well as the motorists and pedestrians visiting Hains Point. Perimeter plantings of flowering cherry trees in this expanded zone of operations will remain in the care of the NPS, and will be maintained consistent with similar plantings around the Tidal Basin and the Potomac riverfront.

Making public golf facilities affordable and available to a densely-populated community exposes this landscape to unrelenting use. Providing an excellent recreational experience, both now and in the future, requires robust and vigilant maintenance. Every element of the proposed rehabilitation should carefully weigh individual and cumulative impacts to maintenance operations so that investments made in recovery of historic design elements may be successfully maintained, and conditions will compare favorably to nearby landscapes in the city's monumental core.

*Refer to East Potomac Park Golf Course Existing Conditions Map, Drawing 12.*




**Drawing 12.** East Potomac Park Golf Course existing conditions.

## BOUNDARY

### Define perimeter boundaries

*Issue:* The land assignment area's boundary is currently ill-defined with the golf course management group, and the golf course perimeter along the chain–link fence appears unkempt. The present fence serves as a physical division as well as visual barrier.

*Recommended Guidelines:* Define the Land Assignment Area to clearly articulate management responsibilities for the golf course and Hains Point landscape. The NPS recommends the boundary to be the inside curb line of Ohio Drive on the east and west, Buckeye Drive on the north and the maintenance access road on the south. During the initial development of the golf course, the boundary of the first course extended to Ohio Drive.

### Improve appearance of golf course edge

*Issue:* East Potomac Park Golf Course boundary is defined by a fence on all sides. Over the years, screen plantings and encroaching invasive vegetation filled in along the edge blocking the views to the surrounding East Potomac Park, Potomac River, and Washington Channel on three sides of the golf course (east, south, and west). A fence eventually separated the course from the adjoining park and from the roadway around Hains Point.

*Recommended Guidelines:* Reassess the need of retaining the chain–link fence that creates this barrier. Seek to provide a more seamless transition between the golf course landscape and the surrounding Hains Point landscape. If a barrier is still necessary, consider installing a more visually pleasing and wildlife friendly barrier to support wildlife management objectives.

*Issue:* The unmanaged vegetation along the fence encroaches and competes with the signature cherry tree groupings along Ohio Drive, making them less noticeable during the Cherry Blossom Festival.

*Recommended Guidelines:* To maintain consistent management of the historic cherry trees, the NPS tree crew will continue to maintain all cherry trees in the area along Ohio Drive. All other vegetation management within the land assignment area will be maintained by the golf course management group. (See Figure 33 and Figure 34)

## BUILDINGS AND STRUCTURES

For the purposes of this report, the East Potomac golf courses and their individual layouts, are treated as a structure. Overall guidance to maintain the



**Figure 33.** Edge condition of the East Potomac Park Golf Course, 2019. (NCR CLP).

design intent and function of East Potomac Park Golf Course, are provided below. The Blue, White and Red Courses are then listed separately and include direction for management of the individual courses based on their key landscape characteristics. The other buildings and structures include the driving range, miniature golf course, fieldhouse complex, and non–historic buildings.

### Golf Courses Overall

***Continue to support operating three separate golf courses at East Potomac Park Golf Course***

*Issue:* The 227–acre golf course currently supports one eighteen–hole course, two nine–hole courses, and four practice putting greens. Even though the size of the course has been reduced over the years, where the layout and location of courses have changed, the number of holes has remained constant since the 1940s and has catered to various skill levels.

*Recommended Guidelines:* Continue to provide three courses that support different skill levels, from beginner to advanced, to provide a diverse experience for the public. This was the intention when the courses were originally developed in the 1920s and 1930s. Also continue to maintain the same progression of play (see *Circulation* recommendations).

***Restrict the introduction of water hazards to the East Potomac Park Golf Course***

*Issue:* Water hazards are not a feature characteristic of links–style courses.

*Recommended Guidelines:* Limit the development of water hazards on the course and focus attention on reinstating as much of the original design as



**Figure 34.** Woody growth along the existing fence of East Potomac Park Golf Course, 2019. (NCR CLP)

possible. If stormwater infrastructure is necessary, strive to locate these outside the playable golf course areas and seek low impact development (LID) solutions that do not include ponding or standing water features.

### Blue Course

***Restore the Walter Travis 1923 links–style Blue Course***

*Issue:* The general layout and progression of play/circulation for the eighteen–hole Blue Course is similar to Travis's design although it is missing his signature "humps and hollows" hazards and includes more trees than were originally intended.

*Recommended Guidelines:* Restore the links–style Blue Course including the rolling terrain and sand traps, bunkers and "humps and hollows" hazards that Travis favored. The course remains in the same location as Travis's original 1923 links–style masterpiece and still includes an eighteen–hole course, composed of two nine–hole loops, in the links style of play. The challenging course continues to cater to the more advanced golfer, as it did when it was originally designed. By restoring the greens in accordance with the original design, Travis's shaped greens would "gradually merge into the neighboring fairway."[1] Non–contributing vegetation planted along the fairways should be removed to open views and reinforce the links–style character. (See ***Vegetation*** recommendations for more information)

Links–style design requires conditioning to provide smooth, fast, and firm playing surfaces. Maintenance practices such as irrigation, topdressing, rolling, and mowing all contribute to this type of playability. (See Figure 35)



**Figure 35.** Representative hole along the Blue Course, 2017. (NPS)

### White Course

***Maintain a nine–hole links–style White Course***

*Issue:* When William Gordon redesigned the White Course in the 1950s, he changed the character significantly and did not follow the links–style principles of the Travis-inspired design by William Flynn.

*Recommended Guidelines:* Maintain a nine–hole links–style course for intermediate golfers using elements from the original Flynn and/or Gordon design, providing a course with more open fairways and fewer hazards when compared to the Blue Course. Links–style design requires conditioning to provide smooth, fast, and firm playing surfaces. Maintenance practices such as irrigation, topdressing, rolling, and mowing all contribute to this type of playability.

Because of its location, White Course views to the Washington Channel, Potomac River, and Washington Monument can be enhanced by removing non–contributing vegetation planted along the fairways to open up these views and reinforce the links–style character. (See ***Views and Vista*** recommendations)

One unique feature retained by both Flynn and Gordon, is a grove of cherry trees next to the current ninth hole that were part of the original gift from Japan in 1910. These trees will need to be preserved through any changes to the course. (See ***Vegetation*** recommendations for further direction on management of cherry trees)

## Red Course

***Maintain a nine–hole links–style Red Course***

*Issue:* This nine–hole course has changed dramatically since it was originally designed in the 1950s. Due to changes to the length of the holes and the addition of three putting greens, the course is limited in area and does not follow any style. The current course is not historically significant as far as design or location, but is important as it provides beginning golfers a course in a similar style.

*Recommended Guidelines:* Maintain the Red Course as a nine–hole links–style executive/teaching course. This course is important to provide beginning golfers a similar style of play as the other two courses.

## Driving Range

***Maintain a driving range as part of the East Potomac Park Golf Course complex***

*Issue:* The existing driving range currently is located where parts of the Blue Course were located originally. Its current placement is not well integrated with the larger golf course complex. Although the two–level structure provides a great vantage point over the golf course and adjacent park land, the prominent views from the second level are not highlighted. The existing driving range lighting exceeds desired lighting levels and creates light pollution unacceptable for this park location.

*Recommended Guidelines:* Although the present driving range is not historic, maintaining this use is in support of the original design intent of the facility. Since 1927, East Potomac Park Golf Course has provided a driving range. Although the location has moved over the years, the driving range continues to be a very popular use for the facility. Since the driving range is currently occupying space where parts of the Blue Course were originally, the range may need to be modified to accommodate a restoration of the Blue Course. Scale the driving range to highlight views to the surrounding East Potomac Park without blocking prominent views from the golf courses. Select materials that are compatible with the architecture of the fieldhouse and remove non–compatible materials such as the artificial turf on the range floor. Upgrade the lighting to meet NPS Night Skies objectives to reduce light pollution. (See Figure 36 and Figure 37)

## Fieldhouse

***Preserve and maintain buildings that contribute to the historic district***

*Issue:* Historic buildings and structures that contribute to the historic significance of the East Potomac Park Golf Course should be preserved and maintained. They include the fieldhouse (east and west wings) and the miniature golf course. Over



**Figure 36.** Driving range structure facing north, 2017. (University of Pennsylvania)



**Figure 37.** View west from a stall over the existing driving range. (University of Pennsylvania)



**Figure 38.** East fieldhouse wing, 2017. (University of Pennsylvania)

the years, cumulative modifications to these structures have occurred, removing some of the original design features.

***Recommended Guidelines:*** A Historic Structures Report (HSR) for the East Potomac Park fieldhouse is currently under development and will provide documentation on the condition and treatment of the original building features. Built between 1917 and 1920, architect Horace Peaslee designed a monumental neoclassical–style fieldhouse built around a central courtyard, using local master craftsman John J. Earley's patented sculptural concrete aggregate for the exterior details of the buildings.

Over the years the fieldhouses have served various purposes. In the 1970s NPS remodeled the interiors to meet contemporary requirements. The east wing provided support for the golf course operations (snack bar and pro shop) while the west wing served as the location of the District One Substation for the U.S. Park Police. In 2019, the U.S. Park Police operations relocated to a new facility within East Potomac Park, leaving the west wing vacant for future use.

Future work should rely on the HSR scheduled for completion in 2019 to provide direction on appropriate ways for the public to use the buildings and for golf course operations. Critical preservation strategies should be developed to maintain the unique exterior concrete aggregate. Future work should also reinforce and improve the connections between the fieldhouses and the golf course operation functions. (See ***Circulation*** recommendations) (See Figure 38)

### Miniature Golf Course

***Preserve and maintain buildings that contribute to the historic district***

***Recommended Guidelines:*** Prepare a Historic Structures Report (HSR) for the miniature golf course to provide direction for its rehabilitation. The miniature golf course is one of the original facilities at East Potomac Park. Its design features have undergone relatively few changes over the years. Originally, the course included cutout miniatures of various Washington, D.C., landmarks, like the White House and the United States Capitol, as well as more standard features, such as a wishing well, bridge, water hazard, walls and bi–level playing surfaces. A ticket booth was added in 1949. Although the wooden cutouts are no longer used, the course is surprisingly well–preserved. The layout, shape of the holes and bi–level design with other hazards are retained from the original 1931 design. Also there are more mature trees within the fenced area, providing shade to the people enjoying the course.



**Figure 39. The Miniature Golf Course, 2019. (NCR CLP)**

Based on the direction provided by the HSR, rehabilitate the existing layout of the miniature golf course. Consider reproducing or reinterpreting the Washington, D.C., landmark cutouts or other lost features from the original design. Although the existing miniature golf course ticket booth building is not historic, it is recommended to maintain the function and use of this building to support the miniature golf course operations. (See Figure 39)

### Non–Historic Buildings

***Consolidate functions and reassess non–historic buildings***

*Issue:* Other buildings (golf cart storage building, maintenance sheds and buildings, registration hut, trailer, and rain shelters) were constructed to support the golf course operations. Most are clustered near the fieldhouse (except for the rain shelters), but do not contribute to the historic significance of the golf course. The arrangement and proliferation of these buildings in the core developed area, creates a haphazard appearance and inconsistent architectural style.

***Recommended Guidelines:*** With the recent availability of the east wing of the fieldhouse, some of the functions that are now housed in the non–historic buildings may be consolidated and possibly relocated to the historic facilities. Remove any non–historic buildings that are no longer needed. Any new buildings or facilities should follow a consistent architecture style, be compatible with the fieldhouse, and consider the location, scale, as well as physical and visual connections with the rest of the East Potomac Park Golf Course. (See Figure 40 and Figure 41)

*(Please note that the swimming pool and pool house operations are managed and owned by D.C. Parks and Recreation and the two comfort stations along Ohio Drive are managed by the NPS. Guidelines for these structures are not included in this document.)*




**Figure 40.** Detail of the area surrounding the fieldhouse wings, 2019. (NCR CLP)



**Figure 41.** The current management trailer, 2017. (University of Pennsylvania)

## VEGETATION

### Restore links–style vegetation for the three courses

***Issue:*** The East Potomac Park Golf Course originally consisted of open, mostly treeless, fairways with the majority of trees relegated to the edges of the various courses. Successive decades of unchecked plantings by the NPS and concessionaire, changed the character of the links–style courses closer to that of a parkland–style course. The encroaching vegetation has altered strategy, impacted turf health, and obscured intended views within the course. The interior of the course has also accumulated storage areas for brush, logs, dirt, rocks, and other natural debris. This has promoted undesired vegetation, topographic changes, and loss of views.

***Recommended Guidelines:*** Restore the links style and historic vegetation (rough grasslands, thin trees between fairways, and sentinel deciduous trees). While minimizing trees growing between the fairways, preserve sentinel mature trees that enhance the setting and provide shade along the course, such as the large elm located near the fieldhouse.

Develop a Vegetation Management Plan for the property to establish removals, thinning, replacement and new plantings based on the management objective to preserve the links–style landscape. Remove debris storage on the courses and properly dispose or compost natural debris based on Best Management Practices. (See ***Summary of Links–Style Characteristics*** for more information.) (See Figure 42)

### Remove non–contributing and invasive vegetation

***Issue:*** Woody vegetation has filled in along perimeter of the golf course and along fairways. Some of the vegetation was planted to fill in the edges of the fairways and/or screen the golf course from the adjacent park property, without following any distinct golf course style. In other cases invasive vegetation, especially vines, have covered stands of trees and obscured views and may eventually kill the trees, if not managed.

***Recommended Guidelines:*** Remove invasive vegetation growing unchecked along the fence line and the planted non–contributing vegetation that occurred piecemeal without a cohesive design around the fieldhouse and along the property's fairways. Naturalized areas should complement the design, not affect playability, be free of invasive vegetation, and be part of a wildlife corridor program.



**Figure 42.** (top left) The historic view to the Potomac River is obscured by the growth of willows along the edge of the golf course perimeter, 2017 (NPS); (top right) cedars defining a green along the course. The presence of the vegetation is not in keeping with the original intention of Travis, 2017 (NPS); (above) the southern tip of the Blue Course, 2017 (NPS); an example of vegetation encroaching upon a green, 2017 (NPS).



**Figure 43.** Example of turf condition in the golf course, 2017. (NPS)

Incorporate the larger land assignment area in the management of invasive vegetation. This will improve the perimeter appearance. (See ***Boundary*** recommendations)

**Improve condition of turf grass for tees, greens and fairways**

*Issue:* Golf greens, tees, and fairways receive heavy use and quality turf grass is needed to provide high quality playing conditions in a sustainable manner. The turf challenges on this property are due to traffic patterns, poor cart paths, poor drainage, tree root competition, poor irrigation system, and shade from trees.

***Recommended Guidelines:*** To improve condition of turf grass throughout the course, a new selection of grasses should be considered based on its use and location on the course. This may include warm season grasses, bentgrass, blue grass, tall fescue, and fine fescue. Rye grass and *Poa annua* should be avoided. Picking the best grass for each area will mean using the latest research from Virginia Tech, University of Maryland, the National Turfgrass Evaluation Program, and other land grant universities. Grasses should be chosen for their sustainable attributes, ability to complement and support the original architecture, and ability to provide firm ground conditions. (See Figure 43)

**Preserve the 1910 cherry tree planting**

*Issue:* The cherry tree grove located on the White Course near the ninth hole, is a unique feature retained by both Flynn and Gordon when they designed this course. These trees most likely are the sole surviving specimens of the first donation of trees from Japan in 1910. They may also be the oldest cherry tree



**Figure 44.** The historic 1910 cherry tree planting, 2019. (NCR CLP)

specimens in Washington, D.C.. In spite of the lack of maintenance for this grove, they have thrived.

***Recommended Guidelines:*** Preserve and maintain the unique historic 1910 cherry tree planting on the White Course. To maintain consistent management of the cherry trees, the NPS tree crew will maintain the 1910 cherry tree grove on the White Course and will coordinate with the golf course management group for access to the trees. (See ***Buildings and Structures–White Course*** recommendations.) (See Figure 44)

**Maintain the Ohio Drive cherry tree plantings**

***Issue:*** The unmanaged vegetation along the fence encroaches and competes with the signature cherry tree groupings along Ohio Drive.

***Recommended Guidelines:*** To maintain consistent management of the cherry trees, the NPS tree crew will continue to maintain all cherry trees in the area along Ohio Drive. All other vegetation management within the land assignment area will be maintained by the golf course management group unless otherwise specified. (See ***Boundary*** recommendations)

These cherry trees are associated with First Lady, Lady Bird Johnson's Beautification Program launched in 1966.[2] They are highlighted as part of the annual Cherry Blossom Festival tour around Hains Point. (See Figure 45)



**Figure 45.** The Ohio Drive SW planting originally planned by Lady Bird Johnson as a part of the Beautification Program, 2019. (NCR CLP)

**Maintain the Ohio buckeye tree plantings**

***Issue:*** With the expansion of the land assignment area to the inside curb line of Buckeye Drive, the allée of Ohio buckeye trees (*Aesculus glabra*) will require consistent management on both sides of the road.

***Recommended Guidelines:*** To maintain consistent management of the Ohio buckeye trees, the NPS tree crew will continue to maintain all Ohio buckeye trees in the area along Buckeye Drive. All other vegetation management within the land assignment area, unless specified, will be maintained by the golf course management group. (See ***Boundary*** recommendations) (See Figure 46)

**Improve appearance of plantings around fieldhouse complex and miniature golf area**

***Issue:*** There is not a cohesive planting plan for the fieldhouse and miniature golf areas. The entry area is not welcoming.

***Recommended Guidelines:*** Develop a planting plan for the fieldhouse complex area, and incorporate existing shade trees around the wings and miniature golf area. The open grass area for the courtyard is maintained and managed by D.C. Parks and Recreation. As part of a renovation of the public swimming pool, a new planting plan was recently approved by NPS, improving the entry experience for the pool. Prepare this as part of a larger redesign for the parking lots and access drive to improve the entry experience and reinforce the connections between buildings. (See ***Circulation —Vehicular*** recommendations)



**Figure 46.** Buckeye Drive SW planting, 2019 (NCR CLP)

## CIRCULATION (PROGRESSION OF PLAY, GOLF COURSE PATHS, ACCESS DRIVEWAY, PARKING AREA)

Circulation at East Potomac Park Golf Course is defined by the spaces, features and material finishes which make up the systems of movement in the landscape, including the progression of play for each of the courses, golf course paths, and vehicular circulation (access driveway and parking areas).

### Progression of Play

***Consider the progression of play***

*Issue:* The progression of play for the three courses has remained relatively consistent, where play begins and ends at the fieldhouse. The elimination of Travis's reversible course limits flexibility in restoring a unique aspect of his design.

*Recommended Guidelines:* Continue to maintain the direction of play to begin and end play at the fieldhouse, including the eighteen–hole Blue Course. The front and back nine holes should each finish at the fieldhouse—a key feature of a links design.

For the original layout of the Blue Course, the progression of play was reversible, an aspect that continued up until the 1940s. By having this type of routing, a defined, paved path was not necessary, as the players were walking the course. The operators also had more flexibility in changing the direction of play. Although this reversible approach was eliminated in favor of a one–way direction of play, the start and end of play was at the fieldhouse.

The reversible aspect of the original design is unique and significant as is the complexity of the original design. It should be assessed whether reversible play could be reinstated for one of the courses, following Walter Travis's principles. (See Figure 47)



**Figure 47. View towards the fieldhouse and the Washington Monument from the Blue Course, 2017. (NPS)**

## Golf Course Paths

***Define a path system network***

*Issue:* The majority of paths are ill–defined and are unpaved or gravel fragments that extend only a short distance between or through holes. Overtime, social trails or informal paths, formed between holes. The only attempt to develop a formalized system of walks around the fieldhouses was in the 1940s, when connections were established to the miniature golf course, parking lot, putting greens, and driving range. Even with the introduction of golf carts in the 1960s, there has been no effort to formalize or pave the network of social trails as cart paths for the three golf courses.

*Recommended Guidelines:* Define a path system that removes redundancy, takes into account conflicts between user groups (pedestrian, carts, and vehicles), provides maintenance vehicle access, and reduces impacts to the course layout. When the Blue Course was originally built, Walter Travis indicated that paths between greens and neighboring tees should be designed, but he emphasized that "care should be taken to avoid making them look like walks, but rather that they just happened that way naturally . . . vary the widths and general outlines so as to harmonized with the greens. Whatever you do, don't make them formal in appearance."[3] With this approach, it appears paths were not defined and social trails typically formed between holes.

The path system should also improve the physical connections between the fieldhouse, miniature golf, putting greens and driving range, using a consistent palette of materials. Using a rectilinear concrete sidewalk form, reinforces the



**Figure 48.** Example of the path system in East Potomac Park Golf Course, 2017. (NPS)

courtyard layout between the wings of the fieldhouse and to the swimming pool area (swimming pool facilities are managed by D.C. Parks and Recreation).

Promote the walkability of the White and Red Courses, where they support relatively flat and short nine–hole courses. (See Figure 48)

### Vehicular Circulation (access driveway, parking area)

***Improve the vehicular entry experience***

*Issue:* The parking lot and location of the main access drive is not very welcoming or respectful to the original layout for the parking area.

*Recommended Guidelines:* Consider realigning the access driveway to be more centrally located, to reinforce the complex of buildings (fieldhouse wings, swimming pool and miniature golf), improve the entry experience, and remove redundant access drives to the west fieldhouse wing. When the Blue Course and fieldhouse were originally sited on the East Potomac Park peninsula, an access driveway and parking area were designed on the Washington Channel side connecting to the perimeter drive. The entrance drive was centered on the courtyard of the fieldhouse complex terminating in a roundabout between the wings and asymmetrically flanked by parking aisles.




**Figure 49.** Detail of the parking area. (NCR CLP)



**Figure 50.** Current condition of the parking lot, 2017. (University of Pennsylvania)



**Figure 51.** Example of an obscured view found within the golf course, 2017. (NPS)

Adding an allée of street trees along the main access driveway would complement this entry experience. Other strategies recommended include: re–evaluating the number of parking spaces needed to reduce amount of pavement; adding shade trees to lessen the heat island effect caused by the large paved area; and considering using porous pavement and other low impact development (LID) options for the parking lot and entry drive to reduce stormwater runoff. (See Figure 49 and Figure 50)

### VIEWS AND VISTAS

**Preserve views that contribute to the significance of the historic district**

*Issue:* General views of the iconic buildings and the waterways are limited by tree growth. Tree plantings around the greens in the 1960s and 1970s hemmed in the views and restricted the vistas along the fairways. (See Figure 51)

*Recommended Guidelines:* Reinforce the visual connections to the city and river by selectively removing vegetation to open views to the iconic buildings of Washington, D.C., and to the Potomac River and Washington Channel.

From the very beginning, views of iconic buildings of Washington, D.C., were recognized as a major design asset that was reinforced by Travis's initial links–style design of the Blue Course. Travis capitalized on the geography, relatively flat topography, and generally treeless areas to offer general views and vistas to the Washington Monument, the Jefferson Memorial, the U.S. Capitol building, National War College, and other landmarks of the city as well as the surrounding

Potomac River and Washington Channel. Because of its height, the Washington Monument was the most readily visible feature from the north–south oriented layout parallel to the river and channel. The layout of the courses also emphasize general views to the fieldhouse, where play began and ended. Trees eventually were planted along the fairways where they framed the views.

Consider locating maintenance facilities and other support functions, outside critical view corridors. As a last resort, use vegetation or other preferred method, to screen unsightly features that detract from the historic character of the course.

### SITE FURNISHINGS

***Issue:*** None of the site furnishings are original and are typically moveable and temporary. Because of this, there is a wide variety of site furnishings with no particular style.

***Recommended Guidelines:*** Develop a consistent site furnishing style compatible with the character of the golf course. The location and number of furnishings should not visually detract from the playing experience. (See Figure 52)

**Figure 52.** Example of the site furnishings at East Potomac Park, 2017. (NPS)

