# EXHIBIT E



# East Potomac Golf Course

## National Mall & Memorial Parks
## East Potomac Park

### Cultural Landscapes Inventory

National Park Service

**Urban Heritage Project | PennPraxis**
University of Pennsylvania
July 2017

*Prepared by the*
*Urban Heritage Project / PennPraxis*
*Graduate Program in Historic Preservation*
*Stuart Weitzman School of Design*
*University of Pennsylvania*

# Table of Contents

**Cultural Landscape Overview + Management Information** 1

Inventory Unit Summary & Site Plan 1
Concurrence Status 10
Geographic Information and Location Map 13
Management Information 17
National Register Information 19

**Chronology & Physical History** 23

**Analysis & Evaluation of Integrity** 72

**Condition** 152

**Bibliography & Supplemental Information** 153

East Potomac Golf Course

# Cultural Landscape Overview + Management Information




Cultural Landscapes Inventory
National Park Service

# Inventory Unit Summary & Site Plan

## Inventory Summary

### The Cultural Landscapes Inventory Overview:

### CLI General Information:

Purpose and Goals of the CLI

The Cultural Landscapes Inventory (CLI) is an evaluated inventory of all significant landscapes in units of the national park system in which the National Park Service has, or plans to acquire any enforceable legal interest. Landscapes documented through the CLI are those that individually meet criteria set forth in the National Register of Historic Places such as historic sites, historic designed landscapes, and historic vernacular landscapes or those that are contributing elements of properties that meet the criteria. In addition, landscapes that are managed as cultural resources because of law, policy, or decisions reached through the park planning process even though they do not meet the National Register criteria, are also included in the CLI.

The CLI serves three major purposes. First, it provides the means to describe cultural landscapes on an individual or collective basis at the park, regional, or service-wide level. Secondly, it provides a platform to share information about cultural landscapes across programmatic areas and concerns and to integrate related data about these resources into park management. Thirdly, it provides an analytical tool to judge accomplishment and accountability.

The legislative, regulatory, and policy direction for conducting the CLI include:

*ional Historic Preservation Act of 1966 (16 USC 470h-2(a)(1)).* Each Federal agency shall establish…a preservation program for the identification, evaluation, and nomination to the National Register of Historic Places…of historic properties…
*cutive Order 13287: Preserve America, 2003.* Sec. 3(a)…Each agency with real property management responsibilities shall prepare an assessment of the current status of its inventory of historic properties required by section 110(a)(2) of the NHPA…No later than September 30, 2004, each covered agency shall complete a report of the assessment and make it available to the Chairman of the Advisory Council on Historic Preservation and the Secretary of the Interior… (c) Each agency with real property management responsibilities shall, by September 30, 2005, and every third year thereafter, prepare a report on its progress in identifying… historic properties in its ownership and make the report available to the Council and the Secretary…
*Secretary of the Interior's Standards and Guidelines for Federal Agency Historic Preservation* Programs Pursuant to the National Historic Preservation Act, 1998. Standard 2: An agency provides for the timely identification and evaluation of historic properties under agency jurisdiction or control and/or subject to effect by agency actions (Sec. 110 (a)(2)(A)

*nagement Policies 2006*. 5.1.3.1 Inventories: The Park Service will (1) maintain and expand the following inventories…about cultural resources in units of the national park system…Cultural Landscape Inventory of historic designed landscapes, historic vernacular landscapes,… and historic sites…
*tural Resource Management Guideline, 1997, Release No. 5, page 22 issued pursuant to Director's Order #28*. As cultural resources are identified and evaluated, they should also be listed in the appropriate Service-wide inventories of cultural resources.

Responding to the Call to Action:

The year 2016 marks the 100th anniversary of the National Park Service. A five-year action plan entitled, "*A Call to Action: Preparing for a Second Century of Stewardship and Engagement*" charts a path toward that second century vision by asking Service employees and partners to commit to concrete actions that advance the agency's mission. The heart of the plan includes four broad themes supported by specific goals and measurable actions. These themes are: Connecting People to Parks, Advancing the NPS Education Mission, Preserving America's Special Places, and Enhancing Professional and Organizational Excellence. The Cultural Landscape Inventory relates to three of these themes:

**Connect People to Parks.** Help communities protect what is special to them, highlight their history, and retain or rebuild their economic and environmental sustainability.
**Advance the Education Mission.** Strengthen the National Park Service's role as an educational force based on core American values, historical and scientific scholarship, and unbiased translation of the complexities of the American experience.
**Preserve America's Special Places.** Be a leader in extending the benefits of conservation across physical, social, political, and international boundaries in partnership with others.

The national CLI effort directly relates to #3, Preserve America's Special Places, and specifically to Action #28, "Park Pulse." Each CLI documents the existing condition of park resources and identifies impacts, threats, and measures to improve condition. This information can be used to improve park priority setting and communicate complex park condition information to the public.

Responding to the Cultural Resources Challenge:

The Cultural Resources Challenge (CRC) is a NPS strategic plan that identifies our most critical priorities. The primary objective is to "*Achieve a standard of excellence for the stewardship of the resources that form the historical and cultural foundations of the nation, commit at all levels to a common set of goals, and articulate a common vision for the next century.*" The CLI contributes to the fulfillment of all five goals of the CRC:

1) *Provide leadership support, and advocacy for the stewardship, protection, interpretation, and management of the nation's heritage through scholarly research, science and effective management;*
2) *Recommit to the spirit and letter of the landmark legislation underpinning the NPS*

3) *Connect all Americans to their heritage resources in a manner that resonates with their lives, legacies, and dreams, and tells the stories that make up America's diverse national identity;*
4) *Integrate the values of heritage stewardship into major initiatives and issues such as renewable energy, climate change, community assistance and revitalization, and sustainability, while cultivating excellence in science and technical preservation as a foundation for resource protection, management, and rehabilitation; and*
5) *Attract, support, and retain a highly skilled and diverse workforce, and support the development of leadership and expertise within the National Park Service.*

Scope of the CLI

CLI data is gathered from existing secondary sources found in park libraries, archives and at NPS regional offices and centers, as well as through on-site reconnaissance. The baseline information describes the historical development and significance of the landscape, placing it in the context of the landscape's overall significance. Documentation and analysis of the existing landscape identifies character-defining characteristics and features, and allows for an evaluation of the landscape's overall integrity and an assessment of the landscape's overall condition. The CLI also provides an illustrative site plan that indicates major features within the inventory unit and generates spatial data for Geographic Information Systems (GIS). The CLI also identifies stabilization needs to prevent further deterioration of the landscape and provides data for the Facility Management Software System

**Inventory Unit Description:**

HISTORICAL OVERVIEW
The East Potomac Park Golf Course cultural landscape was created from the swampy marshland of the reclaimed Potomac River flats in the late 19th century. The reclamation project sought to address the siltation of the river, unclogging the flow of the tidal river to enable commercial traffic on the waterway. Improvement efforts began in 1857 with the publication of a report by civil engineer Alfred Landon Rives, who proposed the replacement of the river's Long Bridge (where the 14th Street bridges are today) and the reclamation of the mud flats along the shoals of the Washington Channel (Chapell 1973: 8-9). By the late 1860s, sediment accumulation in the Potomac River was so severe that Congress appropriated $50,000 to improve the river between the Long Bridge and Georgetown; the first phase of the project was underway by 1871 (Chapell 1973: 17). By 1882, over 240,000 cubic yards of material had been dredged and dumped on the Potomac Flats, resulting in a new land mass above the water line. Subsequent plans and dredging campaigns conducted throughout the 1880s and 1890s would focus on transforming the new Potomac Flats landscape into useable terrain (Chapell 1973: 29-30).

The reclamation of the Potomac Flats coincided with a new movement to create greenspace in Washington, DC, and the 1902 publication of the McMillan Plan further bolstered the efforts to design a recreational infrastructure for the federal city. The final plan devoted an entire chapter to the newly-created Washington embankment and Potomac Park, which spanned 739 acres by this time (Moore 1902: 117, 164). The peninsula between the Washington Channel and the Potomac River offered a blank slate for recreational greenspace, and by 1911, reclamation was complete and the new East Potomac Park was transferred to the Office of Public Buildings and Grounds the following year.

Although the McMillan Plan did not specify which recreational uses should be incorporated into East Potomac Park, the idea of a golf course on the peninsula emerged in 1911 and was incorporated into park plans by 1914 (The Washington Sunday Star [TWSS], March 23, 1913: 5).

In 1917, park officials hired former U.S. amateur golf champion, and renowned golf course architect, Walter J. Travis to design a course for East Potomac Park. Inspired by the landscape's proximity to the Washington Channel and the Potomac River, Travis designed a traditional links-style course with a reversible progression of play. Construction of the initial 9-hole course began in the spring of 1917, and by June 1920 (after a halt for World War I), the first nine holes, referred to as the A-C Course, and two wings of their fieldhouse were complete (The Washington Post [TWP], April 21, 1917: 4; The Washington Evening Star [TWES], May 20, 1918: 21). The back nine, called the B-D Course and also designed by Travis, was completed by June 1923 (TWP, April 15, 1923: 57).

The course proved so popular that the concessionaire, S.G. Leoffler, hired golf course architect William Flynn to design another nine holes almost immediately. Flynn's course was also influenced by the links-style design of Travis' course, and was also reversible. Called the E-F Course, it opened to the public in May 1925 (TWP, May 21, 1925: 15). By 1931, the course also included the 9-hole G Course, a driving range, practice putting green, and 18-hole miniature golf course.

The East Potomac Park Golf Course continued to be popular throughout the 1930s and 1940s, praised as "one of the scenic beauty spots in the District" (TWES, May 8, 1932: 9). During this time, the course's concessionaire continued to make improvements to the course, renovating facilities and addressing periodic floods that swamped the peninsula. The Civilian Conservation Corps was also responsible for some planting projects in the landscape (TWES, February 4, 1939: A15). In 1941, the addition of tennis courts and ballfields at the tourist camp resulted in alterations to several holes in the G Course; that same year, the United States Army took over a portion of the F Course, replacing several holes with four anti-aircraft guns. Given these events, gasoline rationing, and new flooding, Leoffler eventually closed East Potomac Park Golf Course for the duration of the war (TWP, March 25, 1941: 28; TWES, December 16, 1941: A19; TWP, March 19, 1943: 14; TWES, June 15, 1943: A15).

In the years after the war, William Flynn designed the rehabilitation of the F Course and improvements to the 18-hole Travis-designed course (TWES, December 4, 1945: A14). In 1950, William F. Gordon Co. redesigned the G Course, and in 1956, Gordon and his son reworked Flynn's F Course (Fitzgerald 1956: K5). Despite these upgrades, the popularity of the course declined through the 1960s and 1970s, compounded by ongoing drainage issues from flooding (TWP, November 2, 1975: 29). After several years of deteriorating conditions, the National Park Service commissioned a survey of the course conditions in the 1970s and oversaw renovations to the fieldhouse wings beginning in 1978 (National Capital Region, National Park Service 1977: 28; McCoubrey 1977: D10; Bobeczcko and Robinson 1998: 76).

In 1983, Golf Course Specialists Inc. (GCS) took over the concessionaire contract for East Potomac Park Golf Course. Soon after, the National Park Service demolished the F Course to create new picnic grounds, but amidst public outcry, the course was soon rebuilt (TWP, August 15, 1984: C3). GCS

oversaw renovations to the course in the 1990s and 2000s, an improvement program estimated at $1.5 million that included the redesign and modernization of the 18-hole Blue Course and the 9-hole Red Couse ("Contract between the National Park Service and Golf Course Specialists Inc." 1989). By 1995, a new driving range structure was in place west of the fieldhouse wings.

Today, the East Potomac Park Golf Course is situated on the peninsula encompassed by the Potomac River and the Washington Channel. The cultural landscape is bordered by Hains Point to the south, Ohio Drive to the east and west, and Buckeye Drive to the north. It comprises three different, adjacent courses totaling 36 holes. The courses are supplemented with a driving range, four practice putting greens, a miniature golf course, and two fieldhouse wings.

SIGNIFICANCE SUMMARY

East Potomac Park Golf Course was listed on the National Register of Historic Places in 1973 (updated in 2001), as a contributing site to the East and West Potomac Parks Historic District. The National Register nomination identifies the district's period of significance as 1882-1997. The district is listed under National Register Criterion A for its significance in the areas of Architecture and Landscape Architecture. This cultural landscape inventory proposes that the East Potomac Park Golf Course cultural landscape is individually eligible under National Register Criterion A in the areas of Recreation and Ethnic (Black) Heritage, in recognition of the cultural landscape's role in the development of public recreational facilities in Washington, DC in the early 20th century, as well as its significance in the desegregation of federally-owned golf courses. This cultural landscape inventory proposes that the period of significance for the cultural landscape should be specified as 1917-1941. The proposed period of significance for this cultural landscape begins in 1917, with the construction of the Blue Course's original nine holes, and extends through 1941, by which time the three original courses, totaling 36 holes, and the associated miniature golf course were complete, and the course was desegregated.

ANALYSIS AND EVALUATION SUMMARY AND CONDITION

This cultural landscape inventory finds that East Potomac Park Golf Course cultural landscape retains integrity from its period of significance (1917-1941). The landscape retains most of the significant features associated with land use, topography, views and vistas, vegetation patterns, buildings and structures, spatial organization, and circulation from its period of significance. It does not retain any contributing small-scale features from its period of significance.

The landscape displays six of the seven aspects that determine integrity, as defined by the National Register of Historic Places (location, setting, design, materials, feeling, and association), through the retention of significant landscape characteristics and features. The location of the East Potomac Park Golf Course is unchanged since the period of significance. The course's setting, between the Potomac River and Washington Channel, within easy distance of downtown Washington, is likewise unchanged. The layouts of all three courses at East Potomac Park have been substantially altered since the end of the period of significance, but the overall landscape retains nearly all of the essential features present during that period that make it identifiable as a public golf course, designed during the early 20th century. Although many of the landscape's original materials have been replaced since 1941 (as is

typical of active recreational and golf landscapes), many of these were replaced in kind and some of the course's original plantings, as well as the structural materials of the course's fieldhouse wings, date to the period of significance. The integrity of all four of these aspects (location, setting, design and materials) as well as East Potomac's continued operation as a public golf course since its opening in 1920, contribute to the continued integrity of feeling and association.

**Site Plan**

**East Potomac Golf Course**
**National Mall & Memorial Parks - East Potomac Park**




*Project Boundary for East Potomac Park Golf Course Cultural Landscape Inventory. (2017 Google map image)*

## Property Level and CLI Numbers

| | |
|---|---|
| **Inventory Unit Name:** | East Potomac Golf Course |
| **CLI Identification Number:** | 975994 |
| **Parent Landscape:** | 600105 |

## Park Information

| | |
|---|---|
| **Park Name and Alpha Code:** | National Mall & Memorial Parks - East Potomac Park - NAMA |
| **Park Organization Code:** | 3494 |
| **Subunit/District Name Alpha Code:** | National Mall & Memorial Parks - East Potomac Park - NAMA |
| **Park Administrative Unit:** | National Capital Parks-Central |

## Concurrence Status

**Inventory Status:** Complete

**Completion Status Explanatory Narrative:**

This Cultural Landscape Inventory was completed by Shannon Garrison and Molly Lester, Research Associates, University of Pennsylvania. This cultural landscape inventory was researched and written as part of a project to document National Park Service-owned golf courses in Washington, DC. The work of Patti Kuhn Babin, NPS Cultural Resource Specialist, National Capital Region, was integral to the completion of the East Potomac Park Golf Course cultural landscape inventory. Her Historic Resource Study (HRS), "Links to the Past: A Historic Resource Study of National Park Service Golf Courses in Washington, DC," provided the basis for much of the historic information included in this cultural landscape inventory. In addition to the HRS, primary and secondary source material from within the National Park Service and local repositories were consulted and are listed in the bibliography. Additional assistance was provided by: Daniel Weldon, Cultural Resource Specialist, National Capital Region, National Park Service; Maureen Joseph, Regional Historical Landscape Architect, National Capital Region, National Park Service; Michael Commisso, Cultural Resources Program Manager, National Capital Region, National Park Service; Michael W. Stachowicz, Turf Management Specialist, National Mall and Memorial Parks, National Park Service; Catherine Dewey, Chief of Resource Management, National Mall and Memorial Parks, National Park Service; Randall Mason, Associate Professor and Chair, Historic Preservation, University of Pennsylvania; Michael Fichman, GIS Research Associate, University of Pennsylvania; Ty Richardson, Cultural Landscapes Intern, University of Pennsylvania; and Mikayla Raymond, Cultural Landscapes Intern, University of Pennsylvania.

**Concurrence Status:**

**Park Superintendent Concurrence:** Yes

**Park Superintendent Date of Concurrence:** 07/20/2017

**National Register Concurrence:** Eligible -- SHPO Consensus Determination

**National Register Concurrence Narrative:**

The Historic Preservation Officer for the District of Columbia concurred with the findings of the East Potomac Park Golf Course Cultural Landscape Inventory on INSERT DATE, in accordance with Section 110 of the National Historic Preservation Act. It should be noted that the Date of Eligibility Determination refers to this Section 110 Concurrence and not the date of National Register Eligibility, since that is not the purview of the Cultural Landscape Inventory.

**Concurrence Graphic Information:**

**Statement of Concurrence**
**East Potomac Park Golf Course Cultural Landscape Inventory**

The preparation of this CLI for East Potomac Park is part of the National Park Service's efforts to update cultural resource inventories, as required by Section 110 of the National Historic Preservation Act.

- The D.C. State Historic Preservation Officer (DC SHPO) concurs with the overall findings of the East Potomac Park Golf Course Cultural Landscape, including its proposed Period of Significance of 1917-1941 which reflects the Golf Course's growth from an initial nine-hole course, to its expansion and desegregation in 1941.
- However, the DC SHPO notes that East Potomac Park Golf Course is a contributing resource of the East and West Potomac Parks Historic District whose Period of Significance extends from 1882-1997. Therefore, the DC SHPO may consider both Periods of Significance when evaluating the effects of future undertakings on the Golf Course and the larger historic district.

[signature] 7/18/2019

David Maloney
DC State Historic Preservation Officer

Date

Memorandum:

To: Regional Landscape Architect, National Capital Region

From: Superintendent, National Mall and Memorial Parks

Subject: Statement of Concurrence, East Potomac Park Golf Course Cultural Landscape Inventory

I, Gay Vietzke, Superintendent of National Mall and Memorial Parks, concur with the findings of the East Potomac Park Golf Course Cultural Landscape Inventory for, including the following specific components:

MANAGEMENT CATEGORY: Must be Preserved and Maintained

CONDITION ASSESSMENT: Fair

**Good:** indicates the inventory unit shows no clear evidence of major negative disturbance and deterioration by natural and/or human forces. The inventory unit's cultural and natural values are as well preserved as can be expected under the given environmental conditions. No immediate corrective action is required to maintain its current condition.

**Fair:** indicates the inventory unit shows clear evidence of minor disturbances and deterioration by natural and/or human forces, and some degree of corrective action is needed within 3-5 years to prevent further harm to its cultural and/or natural values. If left to continue without the appropriate corrective action, the cumulative effect of the deterioration of many of the character defining elements will cause the inventory unit to degrade to a poor condition.

**Poor:** indicates the inventory unit shows clear evidence of major disturbance and rapid deterioration by natural and/or human forces. Immediate corrective action is required to protect and preserve the remaining historical and natural values.

The Cultural Landscapes Inventory for the East Potomac Park Golf Course is hereby approved and accepted.

July 20, 2017

Superintendent, National Mall and Memorial Parks Date

*Superintendent Concurrence for the findings of the East Potomac Golf Course CLI. Original signature was received on July 20th, 2017.*

## Geographic Information & Location Map

### Inventory Unit Boundary Description:

The study area of the East Potomac Park Golf Course is on Hains Point within the jurisdiction of the National Mall and Memorial Parks. The golf course is bound by Buckeye Drive, SW, on the north and Ohio Drive, SW, on the east and west.

**State and County:**

**State:** DC

**County:** District of Columbia

**Size (Acres):** 227.00

**Boundary Coordinates:**

**Source:** GPS-Differentially Corrected

**Type of Point:** Point
**Latitude:** -77.0269210000
**Longitude:** 38.8748810000

**Source:** GPS-Differentially Corrected

**Type of Point:** Point
**Latitude:** -77.0295580000
**Longitude:** 38.8785210000

**Source:** GPS-Differentially Corrected

**Type of Point:** Point
**Latitude:** -77.0242940000
**Longitude:** 38.8735790000

**Source:** GPS-Differentially Corrected

**Type of Point:** Point
**Latitude:** -77.0222200000
**Longitude:** 38.8616240000

**Source:** GPS-Differentially Corrected

**Type of Point:** Point
**Latitude:** -77.0243900000
**Longitude:** 38.8612240000

**Source:** GPS-Differentially Corrected

**Type of Point:** Point
**Latitude:** -77.0303670000
**Longitude:** 38.8712940000

| | |
|---|---|
| **Source:** | GPS-Differentially Corrected |
| **Type of Point:** | Point |
| **Latitude:** | -77.0337550000 |
| **Longitude:** | 38.8751200000 |

**Location Map:**




*Map showing East Potomac Park Golf Course in relation to the National Mall. East Potomac Park Golf Course is located approximately 1.5 miles south of the U.S. Capitol Building. (Source: Google Maps, 2017)*

**Management Unit:** NAMA- East Potomac Park

**Tract Numbers:** Reservation 333

# Management Information

## General Management Information

**Management Category:** Must be Preserved and Maintained

**Management Category Date:** 07/20/2017

**Management Category Explanatory Narrative:**

The East Potomac Park Golf Course was listed within the East and West Potomac Parks Historic District, which was listed in the National Register of Historic Places in 1973 (updated in 2001). The cultural landscape is located within the boundaries of East Potomac Park. It is managed by the National Mall and Memorial Parks and operated by a concessionaire.

The Management Category Date is the date this CLI was first approved by the park superintendent.

## Agreements, Legal Interest, and Access

**Management Agreement:**

**Type of Agreement:** Concession Contract/Permit

**Expiration Date:** 12/31/2018

**Management Agreement Explanatory Narrative:**

The concession contract is between National Park Service (NPS), through the Director of the NPS and Regional Director, and Golf Course Specialists, Inc. The concessioner is required to provide certain visitor services for the public at East Potomac Golf Course within NAMA, from September 18, 1989 through December 31, 2008. The contract has been extended through December 31, 2016 until December 31, 2018, or the effective date of a new concession contract. At east Potomac Park Golf Course, the Concessioner is required to provide the following accommodations, facilities, and services:

- 36 hole golf course consisting of one 18-hole and two 9-hole courses;
- Miniature golf course;
- Food services;
- Golf equipment and supplies

**NPS Legal Interest:**

**Type of Interest:** Fee Simple

**Public Access:**

**Type of Access:** Unrestricted

**Explanatory Narrative:**

The East Potomac Park Golf Course is open to the public year-round, with the exception of Christmas Day. Hours vary on a seasonal basis; the pro shop and fieldhouse is generally open from 7 am to 5 pm during the winter and from 5:30 am to 8:30 pm during the summer. A greens fee is required to play each of the three courses at East Potomac Park Golf Course. At the time of the completion of the original CLI, greens fees were as follows: Red Course, $12 (weekday)/$13 (weekend); White Course, 9 holes, $15 (weekday)/$18 (weekend); Blue Course, 9 holes, $20 (weekday)/$23 (weekend); Blue Course, 18 holes, $30 (weekday)/$34 (weekend

## Adjacent Lands Information

**Do Adjacent Lands Contribute?** Yes

**Adjacent Lands Description:**

Adjacent lands are lands outside of the boundaries of the cultural landscape. Contributing adjacent lands include East Potomac Park (Reservation 333), which was created from the reclaimed Potomac Flats in the late 19th century. The park represents the overall greening of Washington, DC, in the late 19th and early 20th century, as the city bolstered its recreational infrastructure with public parks and resources. Other adjacent lands, located within East Potomac Park but outside the boundaries of the cultural landscape, include: the National Park Service National Capital Region Office, located north of the cultural landscape across Buckeye Drive; and Hains Point, located immediately southeast of the golf course at the southern tip of the peninsula bordered by the Washington Channel and the Potomac River. Hains Point was named in memory of Major General Peter Conover Hains, who designed the Tidal Basin nearby; it is another representative landscape of the movement to green Washington, DC in the early 20th century. Adjacent lands also include the East Potomac Pool and poolhouse, which is located west of the golf course's fieldhouse but is independently operated by the DC Department of Parks and Recreation.

Adjacent lands also include the Potomac River and the Washington Channel, which border the golf course's peninsula to the south and north, respectively. Although these waterways are not owned or maintained by the National Park Service, they are nevertheless significant natural resources associated with the East Potomac Park Golf Course cultural landscape.

# National Register Information

## Existing National Register Status

### National Register Landscape Documentation:

Entered Inadequately Documented

### National Register Explanatory Narrative:

The East Potomac Park Golf Course was listed as a contributing site within the East and West Potomac Parks National Historic District, which was listed on the National Register of Historic Places in 1973 (NR #73000217). The nomination was subsequently updated in 2001. The National Register lists the district's period of significance as 1882-1997. It is designated for its significance in the areas of landscape architecture and architecture. The nomination identifies the following resources associated with the East Potomac Park Golf Course Cultural Landscape: the East Potomac Park Golf Course, listed as a contributing site; the associated fieldhouse (East Potomac Park Fieldhouse), listed as a contributing building; the East Potomac Park Miniature Golf Course, listed as a contributing site; and the East Potomac Park Driving Range Building, listed as a non-contributing building.

According to research conducted for this cultural landscape inventory and the categories of National Register documentation outlined in the "CLI Professional Procedures Guide," the East Potomac Park Golf Course landscape is inadequately documented based on the existing National Register documentation. While most of the landscape's major buildings and structures have been documented, important historic resources and features related to topography, land use, spatial organization, vegetation, circulation, views and vistas, and small-scale features have not yet been determined eligible for the National Register. Therefore, for purposes of the cultural landscape inventory, the property is considered "Entered-Inadequately Documented."

This cultural landscape inventory maintains that the East Potomac Park Golf Course cultural landscape is individually eligible under National Register Criterion A in the areas of Recreation and Ethnic (Black) Heritage, and recommends that the period of significance be revised to 1917-1941 for the golf course cultural landscape in particular. These areas of significance will recognize East Potomac Park Golf Course's role in the development of parks and recreation for golfers in Washington, DC, and its role in the desegregation of the city's recreation facilities—particularly, as a recreational site under the ownership of the National Park Service. The period of significance begins with the 1917 construction of the course's first nine holes and extends through the completion of Travis' back nine in 1923, the construction of William Flynn's 9-hole course in 1925, the completion of the miniature golf course in 1931, and the desegregation of the golf course—and, by extension, all federally-owned golf courses—in 1941.

**Existing NRIS Information:**

| | |
|---|---|
| **Name in National Register:** | East and West Potomac Parks |
| **NRIS Number:** | 73000217 |
| **Other Names:** | East Potomac Park H. District |
| **Primary Certification Date:** | 11/30/1973 |

## National Register Eligibility

| | |
|---|---|
| **National Register Concurrence:** | Eligible -- SHPO Consensus Determination |
| **Contributing/Individual:** | Contributing |
| **National Register Classification:** | District |
| **Significance Level:** | National |
| **Significance Criteria:** | A - Associated with events significant to broad patterns of our history |

**Period of Significance:**

| | |
|---|---|
| **Time Period:** | CE 1917 - 1941 |
| **Historic Context Theme:** | Creating Social Institutions and Movements |
| **Subtheme:** | Recreation |
| **Facet:** | Sports (Active) |
| **Other Facet:** | Golf Course |
| **Time Period:** | CE 1917 - 1941 |
| **Historic Context Theme:** | Creating Social Institutions and Movements |
| **Subtheme:** | Social and Humanitarian Movements |
| **Facet:** | Civil Rights Movements |
| **Other Facet:** | Equality |

**Area of Significance:**

| | |
|---|---|
| **Area of Significance Category:** | Entertainment - Recreation |
| **Area of Significance Subcategory:** | None |
| **Area of Significance Category:** | Ethnic Heritage |
| **Area of Significance Category Explanatory Narrative:** | African American |

**Statement of Significance:**

The East Potomac Park Golf Course is located along the banks of the Potomac River, south of the Washington Monument, in Washington, DC. It is part of East Potomac Park (US Reservation 333). It consists of an 18-hole links-style course, designed by noted golf course architect Walter J. Travis, as well as two additional 9-hole courses, designed by William S. Flynn and William F. Gordon. Construction on the first nine holes and their associated fieldhouse wings (designed by Horace Whittier Peaslee) began in 1917. Additional courses and features, and alterations to the existing courses, were constructed on a nearly continuous basis through the 2000s. The course's first driving range was installed in 1927 (it was subsequently replaced and rebuilt in a different location in 1934). The 18-hole miniature golf course was erected in 1931; the miniature golf course in particular was constructed at the peak of the miniature golf trend in Washington, DC, and around the country.

East and West Potomac Parks were jointly listed as a National Historic District on the National Register of Historic Places in 1973; the nomination was updated in 2001. The nomination included the following resources of the East Potomac Park Golf Course Cultural Landscape: the East Potomac Park Golf Course, listed as a contributing site; the associated fieldhouse (East Potomac Park Fieldhouse), listed as a contributing building; the East Potomac Park Miniature Golf Course, listed as a contributing site; and the East Potomac Park Driving Range Building, listed as a non-contributing building. The period of significance for the full East and West Potomac Parks Historic District is 1882-1997.

This cultural landscape inventory finds that the East Potomac Park Golf Course Cultural Landscape is eligible for listing in the National Register under Criterion A, in the areas of Recreation and Ethnic (Black) Heritage. The East Potomac Park Golf Course represents a significant period in the history of golf in the United States, and the development of Washington, DC's municipal recreation system in the early 20th century. The cultural landscape is also significant for its role in the desegregation of federally-owned golf courses. The proposed period of significance for this cultural landscape begins in 1917, with the construction of the Blue Course's original nine holes, and extends through 1941, by which time the three original courses, totaling 36 holes, and the associated miniature golf course were both complete and desegregated.

CRITERION A
Local: Recreation

The East Potomac Park Golf Course Cultural Landscape derives local significance under Criterion A, in the area of Recreation, as one of the first public golf courses in the District of Columbia, and the first 18-hole course in the capital city. The cultural landscape's golf course and miniature golf course are key recreational features of East Potomac Park, which was established with the creation of Ohio Drive SW in 1916.

The East Potomac Park Golf Course is significant as a continuously public-owned golf course, signifying the municipal investment in greenspace and recreational infrastructure in Washington, DC in the early 20th century, under the direction of the McMillan Plan of 1901-02. The course was created under the Office of Public Buildings and Grounds, and it has continually served as a public recreational amenity since its initial construction in 1917. At the time, most golf clubs were located in the suburbs and were primarily privately-owned, expensive, and patronized by the upper class. The East Potomac Park Golf Course offered a public alternative for city residents, accessible by public transportation and available to all levels of society. The golf course's design represents a shift in investment toward publicly-funded and publicly-owned active recreational amenities, and its construction is testament to the growing popularity of golf in the early 20th century's Golden Age of golf.

The 18-hole miniature golf course was constructed in 1931, when the popularity of miniature golf was at its peak around the country. The course was constructed adjacent to the fieldhouse, near the entrance to the cultural landscape. Its design was characteristic of miniature golf course design at the time, including bi-level holes and a metal loop-di-loop; several holes also originally featured miniature reproductions of Washington, DC landmarks—including many of the monuments visible from the main golf course.

CRITERION A
National: Ethnic (Black) Heritage
The East Potomac Park Golf Course is also significant under Criterion A in the area of Ethnic (Black) Heritage for its role in desegregating Washington, DC's recreation facilities and, by extension, all National Park Service resources, beginning in 1941. Although East Potomac Park Golf Course and Rock Creek Golf Course were publicly-owned and accessible to all social classes, their implicit and explicit operating policies barred African-Americans for the first several years of their existence. Beginning in July 1921, black men and women could play at East Potomac Park Golf Course for limited hours one day a week; the facility remained completely segregated during this time, though, with whites and blacks forbidden to play at the same time on the course. Separate, Blacks-only courses were later built in West Potomac Park and elsewhere, but their design and maintenance were markedly poorer than the facilities at East Potomac Park.

By 1941, conditions on the Blacks-only courses were so deteriorated that three black golf players decided to challenge the segregation policy on publicly-owned golf courses by attempting to play East Potomac Park Golf Course, which was federally-owned and thus under the purview of the Secretary of the Interior. Subsequent protests and acts of civil disobedience in June and July 1941 prompted Secretary of the Interior Harold Ickes to prohibit any racial discrimination at all federally-owned golf courses. This shift in policy, implemented based on the events at East Potomac Park Golf Course, altered the access and discrimination policies for National Park Service-owned resources around the country.




*1907 Map of Washington DC showing future site of East Potomac Park, (Library of Congress)*

Planning a Public Golf Course, 1911-1916

The reclamation of East Potomac Park was completed in 1911, and the park was subsequently transferred to the Office of Public Buildings and Grounds (OPBG) on August 24, 1912. The OPBG continued to make improvements to the park in the years before it opened to the public.

In 1912, Congress appropriated $25,000 for the construction of a macadam roadway (now Ohio Drive SE) around the perimeter of the peninsula. One year later, an additional $25,000 (together with $20,000 in 1914) funded a new water main, trees and shrubs, grading, and grass seeding (Chapell 1973: 113). Meanwhile, park officials cleared nearly 50 acres of cornfield and scrub-willow.

The decade-old McMillan Plan made no mention of specific recreational activities or spaces designed for Potomac Park. Nevertheless, the commission's work coincided with a national urban reform movement to influence park planning and design organized recreation areas. The demand for sports facilities reflected evolving ideas related to physical activity at the turn of the 20th century. As opportunities for white-collar work increased, a growing number of men found themselves with more free time and disposable income (Kirsch 2009: 24). Their new jobs required little (if any) manual labor, and they soon began to seek out opportunities for more vigorous activities during non-working hours. Organized sports such as baseball, golf, and tennis rose in popularity alongside more casual pursuits such as croquet, skating, and cycling. Unable to afford private sports clubs, middle-class urban dwellers increasingly looked to city parks to provide them with dedicated sports facilities (Riess 1991: 13). By the early 1900s, an increasing number of urban reformers believed that organized recreation was necessary in public parks.

While the idea for a golf course at East Potomac Park originated as early as 1911, actual plans did not materialize until 1914, when the Officer in Charge of Public Buildings and Grounds, Colonel William W. Harts, began developing his plan for the park. The sport had been growing in popularity since the 1890s, as private golf and country clubs multiplied throughout the United States, but the majority of Americans could not afford to pay fees to access these private courses (Kirsch 2009: 24). Eager to see the sport catch on among America's middle class, promoters of the game advocated for the construction of municipal courses in major cities around the country. In 1895, the first municipal course in the United States opened at Van Cortland Park in the Bronx and was an immediate success. Public courses soon opened in Boston and Chicago (Kirsch 2009: 28-29). Pressure for Washington, DC to follow suit was expressed in a 1907 Washington Post article, which voiced frustration with the lack of opportunities for recreation in the city's parks:

Is a public park a beautiful place to be merely looked at or is it a place to be used? This question has been answered by several American cities in whose parks public golf courses have been laid out….In nearly all city parks playing of lawn tennis, baseball, football, cricket, and croquet is permitted; but it is especially fitting that the public park provide a course for golf, for that is a game none can enjoy otherwise without belonging to a club. The public park can be put to no better use than to provide facilities for the people's pastimes (The Washington Post [TWP], March 10, 1907: R7).

In 1906, Commissioners of the District of Columbia had announced plans to establish the city's first public links (TWP, November 3, 1906: 9). They selected a location along the south side of the Brightwood Reservoir in Rock Creek Park, south of Military Road. Nine holes were built in 1907, but the project could not secure enough funds to finish the course could. Instead, it remained incomplete and never opened to the public (For more on the history of public golf in

Washington, DC, see Chapter 1.1 of Links to the Past: A Historic Resource Study of National Park Service Golf Courses in Washington, DC.)

By 1911, less than two years after the course at Rock Creek Park stalled, interest in a public golf course in the District once again gained momentum. The election of President William Howard Taft (1909-1913), an avid golfer and a strong supporter of municipal golf, helped to advance the effort. In March 1913, the city's Chamber of Commerce established a special committee for the creation of a public golf course and announced:
We believe excellent 9-hole links can be laid off on the lower Potomac Park at little cost, and if the proposition meets with the approval of Colonel Cosby, Superintendent of Public Buildings and Grounds, we will urge the Chamber of Commerce to recommend the establishment of public golf links in that place (The Washington Sunday Star [TWSS], March 23, 1913: 5).

The committee recommended an area southeast of the Potomac Railroad Bridge in East Potomac Park for the golf course. Although the chairman of the committee acknowledged that the site was extremely rough and would require improvements, he maintained that "the laying of a golf course will cost but a trifle more than if the ground is maintained as a lawn…The cost of erecting bunkers would be a matter of but a few dollars" (TWSS, March 23, 1913: 5).

One month later, the committee met with Colonel Cosby to formally recommend the Potomac Park site. Cosby assured the committee that he supported the construction of the course and that the only reason a course did not yet exist was because efforts in the past had been "half-hearted." In the years before the construction of the golf course, the United States Department of Agriculture (USDA) used the 50-acre site as an experimental ground. Thus, the committee did not expect to begin construction on the course until after the transfer of the property in the fall. Despite these anticipated delays, officials expected the course to be "laid out, grass sown, and everything prepared so that next summer the course will be in excellent condition" (TWP, April 15, 1913: 9).

In reality, incorporating the golf course into the overall plan of Potomac Park took more time. In June 1913, under the direction of Colonel Cosby, the OPBG developed an initial plan for Potomac Park "East and West of the Rail-Road Embankment." This plan did not include the promised golf course (U.S. Army Corps of Engineers, Office of Public Buildings and Grounds 1913). By July 1914, Colonel Harts updated the plans of East Potomac Park to include an 18-hole course. The map of the park created by George Burnap, OPBG landscape architect, imagined a parkland-style course, with the fairways edged by large clusters of trees and views directed toward the Washington Monument and the future Lincoln Memorial (U.S. Army Corps of Engineers, Office of Public Buildings and Grounds 1913).

While plans for the golf course at East Potomac Park progressed, Colonel Harts opened a three-hole practice course in West Potomac Park, south of the Lincoln Memorial grounds (War Department 1914: 1528). This course was "not laid out scientifically, but was designed simply as a test of whether the [government workers] would patronize a public course if one were offered." The test was successful: the course was packed with players, and Harts decided that he would proceed with the construction of the course at East Potomac Park as soon as

Congress appropriated the necessary funds (The Washington Evening Star [TWES], May 20, 1918: 21).

In October 1915, Harts presented an initial "comprehensive plan for the development of East Potomac Park as a public recreation ground" to the Commission of Fine Arts (Bobeczko and Robinson 1998: 68). The Commission approved the plan, which was published under the name Development of East Potomac Park, and presented the design to Congress in April 1916. The plan made explicit the need for organized recreation in the District, stating:
Suitable public recreation facilities are now widely recognized as an essential factor in laying the foundation for good citizenship and for the healthful, moral, and physical development of the people. In recent years it has become more and more the duty of municipalities to provide wholesome outdoor recreation for the public in such a form as may be readily available for those who cannot otherwise have such opportunities (United States Congress, House of Representatives, 64th Congress, 1st Session 1916: 6).

In addition to passive features such as scenic roadways, bridle paths, and picnic grounds, the plans for East Potomac Park featured numerous recreational areas. With plans that were both ambitious and comprehensive, East Potomac Park would be a model "public playground." The design called for a large stadium for 14,000 people, two sand beaches with bathing pools, a children's playground and wading pool, a 60-acre parade ground, a boat harbor, and four boat houses. In addition, Harts planned a canal for canoes and small boats that would cross the park from the Washington Channel to the Potomac River, linking the two waterways without directing boaters around Hains Point. The park's recreation areas would be grouped around a fieldhouse, and they featured tennis courts, basketball courts, croquet courts, and roque courts (a form of croquet played on a hard surface). The plan called for three miles of bridle paths along the shores of the park and eight miles of walks (with shelters and seats) to connect the areas and its many "natural vistas and landscapes" (United States Congress, House of Representatives, 64th Congress, 1st Session, 1916: 6; Bobeczco and Robinson 1998: 69).

Colonel Harts' plan specifically stated that the East Potomac Park Golf Course would include an 18-hole course and a 9-hole course for amateurs. He envisioned the courses as "taking advantage of the existing trees and those to be planted; portions of these courses are to weave in and about the groups of planting and groves of trees, presenting an appearance similar to natural countryside so desirable in every golf course" (United States Congress, House of Representatives, 64th Congress, 1st Session, 1916: 15). The total estimated cost for Harts' plan was $1.5 million, including $2,400 for the golf courses and an additional $7,200 for a "golf lake" (United States Congress, House of Representatives, 64th Congress, 1st Session, 1916: 17). This amount proved too ambitious for Congressional appropriations, as the start of World War I shifted funding elsewhere. Nevertheless, the plan successfully established the importance of a public golf course, paving the way for the eventual construction of the fieldhouse wings, recreation fields and courts, and golf course at East Potomac Park.

By 1917, when plans for the new golf course moved forward, the landscape was generally flat and grassy, with scattered trees and shrubs throughout. These conditions allowed for clear views to the nearby monuments, as early 20th-century aerial photographs confirm (Underwood

and Underwood c. 1902). There were no extant permanent buildings or structures, and any social trails within the cultural landscape boundaries were informal.




*Preliminary Plan for East Potomac Park showing earliest golf course proposal (Burnap 1914)*

WALTER TRAVIS AND THE GOLDEN AGE OF GOLF, 1917-1923

The majority of Washington's public golf courses, including East Potomac Park's course, were developed during what is considered the "Golden Age" of golf architecture in America. The Golden Age of Golf is loosely defined as the early 1900s until the Great Depression, when the country's greatest course architects designed some of the best known and most influential golf courses in the United States. Many historians consider the era to be one of the most creative, daring, and innovative periods in golf history, aided by rapid economic expansion, technological developments, and the game's growing popularity. During this time, "early layouts were transformed from mundane and geometrically-edged mediocrities to grand-scaled, artistic, and strategically designed masterpieces" (Shackelford 1999: 2-3).

During the initial planning of the East Potomac Park Golf Course, Colonel Harts consulted with

Dr. Walter S. Harban, who was instrumental in the 1917 redesign and construction of the course at Columbia Country Club, in Chevy Chase, Maryland. In addition to helping with the layout of the East Potomac Park course and the development of the greens, Harban recommended Walter J. Travis, former U.S. amateur golf champion and the architect responsible for the redesign of the Columbia Country Club, to design the new course (TWES, May 20, 1918: 21). (For more on Harban and his experimental methods for growing bent-grass at East Potomac, see Chapter 1.3 of Links to the Past: A Historic Resource Study of National Park Service Golf Courses in Washington, DC, and the Analysis and Evaluation: Vegetation chapter of this cultural landscape inventory.)

Australian-born Walter J. Travis (1862-1927) immigrated to the United States at age 23. Travis did not take up golf until he was 35, but by the age 39, he was the top amateur golfer in the country, gaining him the nickname "The Old Man" or the "Grand Old Man." Travis won the title of U.S. Amateur in 1900, 1901, and 1903 (Kirsch 2009: 43). In 1904, Travis won the British Amateur Championship, becoming the first American to win a British national championship. In his later years, he devoted most of his time and energy to writing, editing the magazine American Golfer (which he founded in 1908), and designing golf courses (Kirsch 2009: 45). (For more on Travis, see Chapter 1.3 of Links to the Past: A Historic Resource Study of National Park Service Golf Courses in Washington, DC.)

Walter J. Travis as Golf Course Architect

The choice of Walter J. Travis as the architect of East Potomac Park is a testament to the importance of the course. Over the course of his career, Travis designed and redesigned approximately 50 known courses. Along with East Potomac Park, these include several well-known and respected courses such as the Westchester Country Club in New York, Round Hill Club in Connecticut, Ekwanok in Vermont, Garden City in New Jersey, Cape Arundel in Maine, and the Country Club of Scranton, Pennsylvania (Homsey n.d.; Cornish and Whitten 1993: 418). Many of Travis' courses still demonstrate his admiration for "the undulating terrain of British links, their lack of trees, the numerous and strategically dispersed bunkers, and the greens defined by natural contours of the land." These characteristics and features continue to define his legacy as a golf course architect (Homsey n.d.).

At East Potomac Park, Travis designed a traditional links-style course, a term that derives from ancient Scotland and refers to a rough, grassy area of land along the coastline that includes sand dunes and few, if any, trees. The game of golf originated on this type of land, as it was naturally well-suited for play. Modern links-style courses are typically located along a major body of water, often between the coastline and inland agricultural areas. The soil of the course is usually sandy, allowing for maximum drainage and a firm playing surface, and both the slopes and greens feature challenging undulations. In addition to having few trees, links-style courses do not have inland water hazards such as streams or ponds. Instead, hazards typically consist of deep, pothole bunkers like those that Travis favored. The courses feature subtle, rolling terrain and are typically laid out with the first nine holes going out to the furthest point of the course and the second nine playing back toward the fieldhouse (Scottish Golf History n.d.; Sandritter 2013).

For the East Potomac Park Golf Course and just one other course, Travis designed the course to be reversible in play. An October 1919 article in Golfers Magazine described Travis' design of the reversible course at the Westchester Country Club in Rye, New York as follows:
It is a scientific golf course architecture. The idea is simplicity itself. It is sort of a double-barreled course but with a single barrel shooting both ways….In short, there are 36 different holes in practically the same area as occupied by a regulation 18-hole course….This necessarily means that the greens and the hazards are all designed especially to suit this going and coming, this play in contrary directions—although not of course at the same time (Kennedy 1919: 21).

Design and Construction of the Travis Course
In January 1917, Col. Harts secured funds for construction of the course and officially announced that Travis would design a golf course at East Potomac Park. Construction of the initial 9-hole course began that summer. The holes were built on the peninsula's southeastern side, along the Washington Channel and on a site previously used by the Boy Scouts as a vegetable garden. By spring 1918, nine greens were complete and required only seeding. Fairways had been cleared "of a wilderness of willow trees [and] spontaneous growth over an area of 67 acres, about 30 of which were plowed and harrowed." World War I put a halt to construction in June 1918, but construction resumed in the fall of 1918 (TWES, May 20, 1918: 21; U.S. Army Chief of Engineers, 1918: 1931).

The flat, human-made terrain contained no natural hazards, so Travis' signature sand traps and mounded bunkers needed to be artificially constructed (TWES, January 25, 1917: 17; TWES, May 20, 1918: 21). Travis and Harban recommended Robert White as the first greenkeeper at East Potomac Park and to oversee the construction of the hazards. Like both Travis and Harban, White had worked on the redesign of the Columbia Country Club. In December 1918, Francis F. Gillen, OPBG Superintendent, wrote to White asking if he would oversee the construction of the course (Gillen 1918a; Walter J. Travis Society n.d.). White accepted, and in February 1919, Ridley requested that White come to Washington as soon as possible to supervise the "construction of Sand Pits, Humps, Hollows, and Mounds." Ridley expected the work to take four weeks (Ridley 1919). (For more on White, see Chapter 1.3 of Links to the Past: A Historic Resource Study of National Park Service Golf Courses in Washington, DC.)

On March 29, 1919, Walter J. Travis visited the East Potomac Park course to inspect the work completed to date. Travis confirmed that "[it] had been carried out in accordance with his design and that the result was exactly what he [wished], and was very pleasing to him" (Gillen 1919a). Inspired by traditional British courses such as the Old Course at St. Andrews, Travis' course at East Potomac was reversible. It included a 10th hole, completed in 1919, to allow for alternate play and prevent wear on the course (TWP, March 5, 1919: 10). All of the fairways were seeded in October 1919, and fourteen sand pits and nineteen hazards were added to the course that same year. An irrigation system with over 2,750 feet of water pipe watered the greens and other parts of the course (U.S. Army Chief of Engineers 1918: 2042; Gillen 1919a).

By June 1920, the first nine holes, referred to as the A-B Course, were complete. They extended southeast out and back along the length of the Washington Channel, covering

approximately 80 acres (TWP, April 21, 1917: 4; TWES, May 20, 1918: 21). The fairways were plowed and sown with a mixture of blue grass, red top, and clover, and 44 hazards were in place (United States Congress, House, 66th Congress, 3rd Session, 1920: 4123). The Washington Sunday Star described the course as "a true Travis creation. It is characterized by the rolling, undulating, well-trapped greens peculiar to a Travis-built course" (TWSS, June 20, 1920: 27).

Two fieldhouse wings for locker rooms and other facilities were built concurrently with the front nine of the Travis course. Designed by OPBG Horace Whittier Peaslee (1884-1959), the L-shaped fieldhouse wings were originally intended to be connected by a rectangular central section, but the connecting wing was never built. The wings were built of exposed-aggregate concrete, a product of Washington, DC concrete craftsman John Joseph Earley (1881-1945). Earley's process, viewed by the artist as a combination of science and art, created a concrete product that resembled more costly mosaic work. The process started with forms that were filled with a concrete mixture that was studded with colorful pebbles. After the forms were removed, the surface of the concrete was scrubbed with acid to highlight the colored aggregates. Earley used this process, patented in 1921, as the "Earley Process," to create a wide range of products including murals, walls, and entire buildings like the fieldhouse wings at East Potomac (Bobeczco and Robinson 1998: 75). The east wing contained the men's locker rooms, a dining room, lunch room, golf professional shop, and a kitchen, pantry, and cold storage area in the basement. The west wing contained the women's locker rooms, offices, storage areas, and basement laundry facilities.

The fieldhouse wings and first nine holes of the East Potomac Park Golf Course opened to the public on July 8, 1920. The course proved immediately popular, with over 16,345 golfers in the first year alone and 65,345 golfers by 1921 (TWES, July 8, 1920: 10). The course even attracted the President of the United States. In April 1921, President Harding made headlines when he appeared unannounced at the fieldhouse, paid the quarter fee, and enjoyed a round of golf (TWP, April 6, 1921: 1). After his initial visit, Harding reportedly golfed at East Potomac Park as much as four times a week (TWSS, May 5, 1968: C7).

The Office of Public Buildings and Grounds operated the course between July 1920 and July 1921, but found that the total receipts from the operation earned only 50 percent of the cost of operation. Consequently, the office decided to outsource the course operations to a private concessionaire. Beginning on July 20, 1921, the OPBG entered a five-year contract with the Park Amusement Company, operated by Severine G. Leoffler ("A Brief History of Golf Courses in the National Capital Parks" 1950).

Work on the final nine holes of Travis' design began that same year. By the end of December 1922, at least four holes were complete and the new course had attracted enough attention to be named the location of the United States Golf Association's second annual Public Links Tournament, to be held in June 1923. The Washington Post noted that the "fact that this event will attract to the National Capital several hundred players who patronize public golf courses in various cities, and that will naturally expect to find perfect conditions in a course which is under government supervision, should be fully appreciated by Congress…Ample funds should be

provided with the distinct understanding that they shall be used in placing the course in perfect condition" (TWP, December 31, 1922: 34). Col. Sherrill, Officer in Charge of Public Buildings and Grounds by this time, promised that all 18 holes would be completed by the time of the tournament in the spring (TWP, December 31, 1922: 34).

The second nine holes were designed to parallel the first nine, but were arranged along the western side of the peninsula, bordering the Potomac River. As with the front nine, the course was designed for reversible play. The final holes were completed by June 1923, just in time for the public links tournament. The back nine was known as the C-D Course (TWP, April 15, 1923: 57). The full 18-hole course had a total yardage of 6,244 yards, with a par of 36 on the front nine and 37 on the back nine.

The newly-completed course was not considered "sporty," primarily because of its flat terrain, but the course, and in particular the back nine, was not easy. Golfers described the greens as "wonderful," "tricky," "fast and splendidly grassed." As one veteran golfer noted, "there are few courses so broken out with traps as East Potomac," reflecting Travis' role in the design of the course and his love of bunkers (The Baltimore Sun, June 29, 1923: 14). Reporting on the public links tournament, the Baltimore Sun described the new course as such:
There are bunkers to catch almost any deviation from the straight and narrow—traps for tops, half tops, hooks, slices, short approaches and over shots. The profusion of traps, perhaps, partly can be accounted for by the fact that there are four separate 9-hole courses, all in an acreage not larger than that devoted to an ordinary 18-hole course (The Baltimore Sun, June 29, 1923: 14).

In the years after the construction of the first nine holes at East Potomac Park Golf Course, the landscape's overall topography and views remained consistent. The construction of Travis' course introduced a new spatial organization to the landscape, and the new fieldhouse buildings served as an anchor along the eastern edge of the landscape. The vegetation pattern of Travis' design was generally treeless—a characteristic feature of links-style courses—with cleared fairways and grassy turf. Additional buildings and structures by this time included Travis' signature sand traps and mounded bunkers, which were added to the otherwise-flat landscape. Circulation features included the entrance driveway from Ohio Drive, which extended west into the site and terminated at the parking area between the fieldhouse wings. The progression of play on the course was reversible, and circulation between the holes was not prescribed by formal paths.

For maps showing the original layout and reversible play on the Blue Course see Appendix A, Images 1 and 2.



*Undated photo, c. 1920, showing one of Walter Travis' distinctly designed hazards. ("Textural Records," 1920)*



*A View of the Travis-designed Blue Course, wide open fairways and numerous hazards. (Library of Congress)*

WILLIAM FLYNN AND THE GROWTH OF GOLF AT EAST POTOMAC PARK, 1924-1929

The immediate popularity of Walter Travis' 18-hole course at East Potomac Park prompted concessionaire S.G. Leoffler to expand the course in 1924. With his contract about to expire, Leoffler offered to build the additional 9-hole course at his own expense; in return, the OPBG extended his contract to 1929 (TWP, July 1, 1928: SM3; "A Brief History of Golf Courses in the National Capital Parks" 1950). Announced in the spring of 1924, the new 9-hole course was designed by William S. Flynn, who was also working at that time for the OPBG on the

# Analysis & Evaluation of Integrity

### Analysis and Evaluation of Integrity Narrative Summary:

Note on Course Names: Naming conventions at East Potomac Park Golf Course have changed over time. Historically, courses were referred to by lettered names. In original plans, the 18-hole golf course designed by Walter Travis was referred to as the A-B Course, with A and B identifying different directions of play. Upon opening, the course was often played as two 9-hole courses; it was universally referred to as the A-B Course (front nine) and the C-D Course (back nine), with different letters again referring to different directions of play. The William Flynn-designed course, completed in 1925, was also reversible and originally referred to as the E-F Course. The landscape's third and final course, called the G Course, was completed in 1930. When the current concessionaire took over management of East Potomac Park Golf Course, the course's names were changed to their current names: Blue, White, and Red. The Blue Course is the original 18-hole course, designed by Travis and historically referred to as the A-B or A-B and C-D Courses. The White Course is the Flynn-designed 9-hole course, completed in 1925 and historically referred to as the E-F Course. The Red Course is the 9-hole course completed in the 1930s and designed by an unknown architect. For clarity, researchers have used current, color-coded naming conventions throughout this document. When referring to historic holes, letters have been added to identify original design and direction of play.

This section provides an evaluation of the physical integrity, landscape characteristics and features of East Potomac Park Golf Course cultural landscape, as researched and surveyed between the summer of 2016 and spring of 2017. To document all visible aboveground features, on-the-ground field observations and site research supplemented existing historic documentation, surveys and GIS data. All relevant information was converted into a GIS-database and existing conditions compared with those of landscape characteristics and features present during the period of significance (1917-1941).

Landscape characteristics are the tangible and intangible aspects of a landscape that allow visitors to understand its cultural value. Collectively, they express the historic character and integrity of a landscape. Landscape characteristics give a property cultural importance and comprise the property's uniqueness.

Each characteristic or feature is classified as either contributing or non-contributing to the site's overall historic significance. Landscape characteristics and features are classified as contributing if they were present during the property's periods of significance and non-contributing if they were not present during those periods. Non-contributing features may be considered "compatible" if they are determined to fit within the physical context of the historic period and match the character of contributing elements in a way that is sensitive to the construction techniques, organizational methods or design strategies of the historic period. Features designated as "incompatible" are those that are not harmonious with the quality of the cultural landscape and are not historic. For those features that are listed as undetermined, further primary research, which is outside the scope of this cultural landscape inventory, is necessary to determine the feature's origination date.

This section also includes an evaluation of the property's integrity in accordance with National

Register criteria. As defined by the National Register, historic integrity is the authenticity of a property's identity, evidenced by the survival of physical characteristics that existed during the site's historic period. The National Register recognizes seven aspects of integrity: location, design, setting, materials, workmanship, feeling and association. Several or all of these aspects must be present for a site to retain historic integrity. To be listed on the National Register, a property must be shown to have significance under one or more criteria and retain integrity to the period of significance.

Contributing landscape characteristics identified for the East Potomac Park Golf Course cultural landscape are: land use, topography, spatial organization, buildings and structures, vegetation, and views and vistas. Non-contributing landscape characteristics include circulation and small-scale features.

Land use: The use and purpose of the East Potomac Park Golf Course cultural landscape has not changed since the period of significance, when the site opened as a public golf course. It has served as a municipal golf course ever since and is open to play by anyone, for a fee. It retains integrity of land use.

Topography: The topography of East Potomac Park is human-made and was created during reclamation of the Potomac flats in the late 19th and early 20th centuries. As reclaimed land, the park's topography was generally flat, rising only four feet above sea-level at its highest point. The site's lowest point was 1.5 feet above sea level. During the period of significance, the topography of the site was somewhat manipulated. Walter Travis called for the creation of approximately 190 mounded bunkers, 170 sand traps and 35 combination, or "hump and hollow" hazards as part of his design for the site's 18-hole golf course. Additional hazards were added throughout the site during construction of the White Course (1925) and the Red Course (1930). While hazard construction affected the site's topography slightly, they are considered part of the overall design and layout of each course, and as such, are discussed in detail in the Buildings and Structures section of the Analysis and Evaluation. For the purpose of this cultural landscape inventory, hazards are considered part of the landscape's buildings and structures. This is because they In general, the site's current topography, remains flat, as it was when Travis laid out the course's first eighteen holes. As such, it retains integrity of topography to the period of significance.

Spatial Organization: The spatial organization of the historic courses centered on the fieldhouse as the anchor of the landscape and the starting point for each course. The layout of each course changed throughout the 20th century, altering the progression of play within the historic courses. Nevertheless, the arrangement of the three historic courses in relation to the Washington Channel, Potomac River, and each other is consistent with the general spatial organization of today's Blue Course, White Course, and Red Course. They remain centered around the fieldhouse, which continues to serve as the entry and exit point for the overall cultural landscape. East Potomac Park Golf Course thus retains most of the character-defining features of its historic spatial organization.

Circulation: East Potomac Park Golf Course does not retain integrity of circulation. The course featured few circulation elements during the period of significance, including sidewalks and social

trails, and most of those features were altered or relocated throughout the 20th century. The only contributing feature is the north section of the main parking lot, which is consistent with the original construction of the course. The remaining circulation features—including progression of play for two the three courses, as well as driveways, secondary parking lots, and social trails or cart paths throughout the course—do not contribute to the significance of the cultural landscape. The only contributing circulation feature is the Blue Course progression of play.

Buildings and Structures: For the purpose of this CLI, the three East Potomac Golf Courses and their individual layouts are treated as single structures; the description of each structure includes the overall approach to each course's design, as well as the design of individual holes (including tees, fairways, greens and hazards). The three courses, along with other extant buildings and structures, including the fieldhouse and miniature golf course, collectively contribute to the overall integrity of the East Potomac Golf Course as a public recreational landscape.

Though the layout of all three courses at East Potomac Park has been substantially altered since the end of the period of significance, the overall landscape retains nearly all of the essential features present during that period that make it identifiable as a public golf course, designed during the early 20th century. Among these features are: three golf courses, totaling 36 holes, which offer golfers of different abilities a variety of options for play; open, relatively flat fairways surrounded by very few trees; a central fieldhouse used as a starting and ending point for play on all three courses; and a miniature golf course designed and built in the early 1930s during the period of the game's peak popularity (1926-1930). As such, the entire East Potomac Golf Course Cultural Landscape, including all three golf courses, the east and west fieldhouse wings, the miniature golf course and Practice Putting Green 1, retains integrity of buildings and structures, as relates to National Register Criterion A, for importance in the area of Recreation, as one of the earliest and most popular public golf courses in the District of Columbia.

The swimming pool and poolhouse building, located west of the fieldhouse wings, were not evaluated for this cultural landscape inventory, as they are managed by the DC Department of Parks and Recreation. They are included within the description of adjacent lands.

Small Scale Features: East Potomac Park Golf Course's small-scale features do not have integrity. The cultural landscape's earliest small-scale features, such as benches and fencing, have been replaced by non-historic features, while a historic bird house and other fixtures have been removed altogether. Additional non-contributing features include interpretive and wayfinding signs, picnic tables, light stands, trashcans, and water stations. The construction date for an additional concrete water fountain has not been confirmed, but historic photographs and drawings do not definitively place it at the site until 1993; it was likely added in the 1980s or early 1990s. The small-scale features of East Potomac Park Golf Course therefore do not contribute to the significance of the cultural landscape.

Vegetation: Character-defining vegetation at East Potomac includes: a wide open, treeless landscape, with borders of trees around the perimeter of the courses; a variety of turf grass maintained as fairways, rough and greens; a group of historic cherry trees on the White Course; and a row of trees

separating the front nine and back nine on the Blue Course, near Hains Point. The open landscape envisioned by Walter Travis during the period of significance has been affected by successive planting of trees throughout East Potomac. Maturation of vegetation and additional planting since the period of significance, has resulted in the loss of view sheds and changed the feeling of playing the course, designed in the relatively treeless links style. These developments are reversible and the course retains a sense of openness, especially in the holes located along the center of peninsula, and on much of the White Course, north of the fieldhouse. Replacement of turf grass since the period of significance reflects regular golf course maintenance practices and advancements in turf technology. Current varieties that match those used during the period of significance include bent grass, bluegrass, and fine fescue, and are considered contributing landscape features. Varieties introduced since the period of significance such as bermuda, tall fescue, rye, and poa annua are considered non-contributing, but compatible. As such, integrity to the original landscape design remains partially intact and is considered contributing.

Views and Vistas: Based on the topography, spatial organization, and vegetation patterns of the site, significant vistas during the period of significance included views to the Washington Monument, Jefferson Memorial, United States Capitol, National Defense University, Washington Channel, and Potomac River. In addition, views to the fieldhouse wings historically served as a visual anchor in the landscape to orient golfers as they moved through the course. Although some vistas have become obstructed over item by maturing vegetation, views of each of these landmarks are still available from multiple points in the course. The views and vistas of the cultural landscape retain integrity.

INTEGRITY

Location: Location is the place where the cultural landscape was constructed and/or where historic events occurred. The boundaries of the East Potomac Park Golf Course have expanded and contracted slightly since the period of significance. Changes have occurred along the northern border, which was originally defined by the fieldhouse, expanded north, with construction of the White Course in 1925 and further north in 1930, when the Red Course, was completed. Prior to WWII the construction of tennis courts resulted in the partial loss of the Red Course and reduction of the site's northern boundary Parts of the course were rebuilt after the war, but the northern boundary was again reduced in the 1960s, with construction of Buckeye Drive.. Despite these changes, the course continues to be defined on three sides, as it was during the period of significance, by the perimeter road along Hains Point. The 18-hole Blue Course is located in the same location as Travis' original course, which played up and down the length of the peninsula, south of the fieldhouse. The 9-hole White Course is still located north and west of the fieldhouse, as it was when Flynn first laid it out in 1925. The Red Course originally played north and south of the fieldhouse, on the eastern edge of the peninsula, but is now located entirely southeast. Despite some changes to the individual location of holes and course layouts, as a whole, the East Potomac Park Golf Course retains integrity of location.

Design: Design is the combination of elements that create the form, plan, space, structure and style of a cultural landscape or historic property. Discussions involving integrity of design of the East Potomac Golf Course refers to the design of the overall course as a whole, rather than a focused review of the individual Red, White, and Blue courses. The individual layout of the three courses at East Potomac

Park has been substantially altered since the end of the period of significance with no retention of specific design, workmanship, or materials endemic to the Travis or Flynn plans. However, the overall design and layout of the East Potomac Golf Course cultural landscape retains nearly all of the essential features present during the period of significance that make it identifiable as a public golf course, designed during the early 20th century. The character of a links style golf course and essential landscape features are still evident in the landscape. Among these features are: three golf courses, totaling 36 holes, which offer golfers of different abilities a variety of options for play; open, relatively flat fairways surrounded by very few trees; a central fieldhouse used as a starting and ending point for play on all three courses; and a miniature golf course designed and built in the early 1930s during the period of the game's peak popularity (1926-1930). These features are discussed in detail in the Buildings and Structures section, below. More detailed changes to the original design and layout of each of the three golf courses are addressed in Appendix B. Overall, the East Potomac Park Golf Course retains integrity of design to the period of significance.

Setting: Setting is the physical environment of a cultural landscape. During the period of significance, East Potomac Park Golf Course was planned as part of an active recreational space within the larger East Potomac Park. The human-made peninsula, bordered by the Washington Channel to the east, and Potomac River to the west, was free of historic association or prior development, being only recently created out of land reclaimed from the Potomac River. The waterfront setting with views toward many of the capital's major monuments, remains the same as during the period of significance. The park was built to provide recreational opportunities in central Washington, and continues to do so. It, retains integrity to the period of significance.

Materials: Materials are the physical elements of a particular period, including construction materials, paving, plants and other landscape features. Many of the original landscape materials at East Potomac Golf Course have been replaced since the period of significance, as is typical of both golf course and other active recreational landscapes. Turf grass for greens, fairways and tee boxes requires regular, seasonal replanting. The types of grass planted throughout the site have partially changed since the period of significance, when Dr. Walter Harban and USDA scientists Dr. Russell A. Oakley and Dr. Charles V. Piper experimented with new strains of bent grass and green technology, but in many cases, landscape material has been replaced in kind. Current varieties that match those used during the period of significance include bent grass, bluegrass, and fine fescue.
Some original plantings and a number of pre-existing trees that were incorporated into Travis, and later, Flynn's, course designs remain extant. The inventive Earley-process concrete used by fieldhouse architect Horace Whittier Peaslee Jr., is unchanged. As such, the East Potomac Park Golf Course cultural landscape retains partial integrity of materials to the period of significance.

Workmanship: Workmanship includes the physical evidence of the craft of a particular culture or period. Much of the original workmanship at East Potomac Park Golf Course was lost during successive redesigns of all three golf courses. Travis' distinctive hazard construction and reversible green designs are no longer extant, and both of the original 9-hole courses were reconstructed in the 1950s. Though individual features in the cultural landscape, especially the fieldhouse, retain cultural integrity of workmanship, the collective cultural landscape does not exhibit this aspect of integrity.

Feeling: Feeling is a property's expression of the aesthetic or historic sense of a particular period. Changes made to the original Travis course have affected the overall feeling of the landscape as representative of early 20th century golf course design. The current 18-hole Blue Course, as well as the 9-hole White and Red Courses, are reflective of more recent tastes in golf course design. Still, East Potomac Park's continued use as a public golf course and consideration of public taste and expectations, contributes to the integrity of feeling at East Potomac. Despite the loss of feeling related to the original design of Travis course, the preservation of the original fieldhouse, the continued operation of three separate courses, designed to appeal to golfers of varying styles and skill levels, and updates to amenities original to the course, like the double-decker driving range, all reflect the original, democratic intentions of the landscape. East Potomac Park Golf Course was built to accommodate golfers of all skill levels and serve local Washington, DC residents. It continues to attract novices and experienced golfers alike, and most players are Washington locals, who live or work in the surrounding neighborhoods. The course retains integrity of feeling to the period of significance.

Association: Association is the direct link between an historic event or persons and a cultural landscape. East Potomac Park Golf Course has been associated with public golf in Washington, DC and owned by the federal government since its opening, in 1921. It was the first operational course in the city and has remained such throughout its nearly 100 years. The cultural landscape retains physical characteristics, including the three courses and the fieldhouse, to convey the property's historic character as a public golf course. As such, it retains integrity of association.

CONCLUSION
This cultural landscape inventory finds that East Potomac Park Golf Course retains integrity of location, setting, materials, feeling and association to the period of significance. Subsequent changes have altered the landscape, but the site continues to evoke its historic significance as a public golf course that appeals to amateurs and novices alike.

**Aspects of Integrity:**

Location

Setting

Materials

Feeling

Association

**Landscape Characteristic:**

### Land Use

Historic Condition
Land use refers to the principle activities conducted upon the landscape and how these uses organized, shaped and formed the land. Before the establishment of East Potomac Park Golf Course, the land consisted of an undeveloped island, reclaimed from the Potomac River in the late 19th and early 20th centuries. Sediment accumulation, the result of blocked channels and poor bridge construction, led to the creation of a roughly 300-acre island in the Potomac, just

*Topography of East Potomac Park in 2017. Topo lines on above map are spaced at 1-foot intervals. A larger version of this graphic is located in Appendix A. (Graphic by Garrison and Lester 2017, from base imagery: ArcGIS World Imagery 2017)*

### Spatial Organization

Historic Condition

Since its original construction in 1917, East Potomac Park Golf Course has occupied the southern portion of the peninsula between the Potomac River and the Washington Channel. Its overall footprint has expanded and contracted based on the addition and removal of holes throughout the 20th century, but it has consistently remained anchored by the course entrance and fieldhouse wings on the east side of the cultural landscape, along Ohio Drive and the Washington Channel. The general progression of play has also changed over time, as the course evolved from its original 9-hole, reversible-play course to the current configuration of three courses.

The first nine holes of the course, referred to as the A-B Course, were completed in 1920. They were constructed immediately south of the fieldhouse, on the east side of the cultural landscape. This spatial arrangement in relation to the waterways that bound the peninsula—between a river and a channel, in the case of the East Potomac Park Golf Course—was characteristic of a links-style course. Travis' design for the course incorporated a reversible progression of play, which began at the fieldhouse and extended southeast ((“East Potomac Park: Details of Golf Course” 1918). The course did not extend to the southernmost tip of the peninsula. Instead, after Hole 5, the course pivoted northwest and reversed the direction of play for Holes 6 through 9, returning toward the east fieldhouse wing.

The second nine holes, known as the C-D Course, were completed on the western side of the peninsula in 1923, adhering to Travis' design (The Baltimore Sun, June 23, 1923: 12). As with the first nine holes, the fieldhouse wings served as the spatial anchor of the new course, and the progression of play for the new back nine was once again reversible. It paralleled the original front nine, playing generally southward for Holes 10 through 14 before turning north for the remaining holes in this course ("East Potomac Park: Details of Golf Course" 1918).

The eighteen holes constructed according to Travis' design proved so popular that the concessionaire decided to add a new 9-hole course in 1924. The holes were completed in 1925 (TWP, May 21, 1925: 15). The new holes of this White Course (historically known as the E-F Course) were located east and north of the fieldhouse wings. This altered the fieldhouse's position in the overall landscape, but it remained the spatial anchor as the start and end point of play for all three courses. The White Course was reversible with eleven greens, in keeping with the Blue Course (A-B and C-D Courses, historically). It began on the north side of the west fieldhouse wing and extended north along the western edge of the landscape before pivoting south back toward the fieldhouse wings (TWES, December 31, 1931: B3).

In 1927, Leoffler installed a new practice putting green immediately south of the east fieldhouse wing. That same year, he added a new driving range southeast of the fieldhouse wings, and in 1931, he built a miniature golf course on the northeast side of the fieldhouse wings (TWES, July 1, 1930: C2; TWES, April 24, 1931: D2). Although the driving range was replaced in 1930-1931 by the G Course (it was later rebuilt nearby), these additions reinforced the fieldhouse area as the physical anchor of the landscape for golfers entering and leaving the course.

Between 1930 and 1931, Leoffler added a new 9-hole "G" Course to East Potomac Park, supplanting the original driving range southeast of the east fieldhouse wing. This was the only course that was not designed to be reversible. (It was also the only course constructed without the involvement of a noted golf course architect.) The nine holes for this course were divided between the areas southeast and north of the fieldhouse area (TWES, July 1, 1930: C2; TWP, July 3, 1932: M12).

The addition of the G Course resulted in changes to the spatial organization of the E, F, and G Courses, as two of the E-F holes became part of the new G Course and two new holes were constructed for the E-F Course along the northeastern edge of the tourist camp ("East Potomac Park Golf Course Relocation 1930"). It is also possible that the E-F Course was modified for one-way play at this time; a 1931 article in the Evening Star reported that "Course E is not a reversible course, nor is the new 9-hole layout [Course G] that was opened last May" (Babin 2017: Chapter 2.1; TWES, December 31, 1931: B3).

In 1934, a new driving range was constructed on the west side of the fieldhouse (TWES, May 1, 1934: D2). Spatially, this extended the central east-west axis of the course, so that the fieldhouse wings and the driving range served as the anchors of the landscape and the

beginning and end points of the progression of play. Also during this time, the progression of play for the original Blue Course was converted to one-directional play. When the renovations were complete, the Blue, White, and Red Courses were arranged as separate but adjacent one-directional courses.

In 1936, a swimming pool was added to the landscape, resulting in the partial reconfiguration of the G Course. (For more information on these changes, see the Analysis and Evaluation section on Buildings and Structures.) The G Course retained its south-then-north progression of play (TWES, February 29, 1936: C7).

In 1941, the Welfare and Recreation Association added tennis courts and ballfields on the northeast side of the tourist camp. Later that year, at the start of World War II, the U.S. Army took over a portion of East Potomac Park Golf Course and installed four anti-aircraft guns (TWES, December 16, 1941: A19; TWP, March 25, 1941: 28; TWES, December 16, 1941: A19; TWES, March 21, 1941: D2). These changes primarily affected the F and G Courses, in the area of the cultural landscape located north of the fieldhouse wings. This constituted the spatial organization by the end of the period of significance (1917-1941).

After the war, the National Park Service rehabilitated East Potomac Park Golf Course, reclaiming the land used by the U.S. Army during the war for a redesigned F Course (TWES, December 4, 1945: A14; Flynn 1944). The spatial organization within the D Course was also slightly reconfigured at this time (TWES, December 4, 1945: A14). Overall, the arrangement of the four 9-hole courses was as follows: the B Course was located south of the east fieldhouse wing, along the central north-south axis of the peninsula; the D Course was located west of the B Course, along the western edge of the peninsula; the F Course was located north and west of the field wings and the driving range, occupying the northern half of the cultural landscape; and the G Course (reduced to five holes by the wartime alterations) was located south of the fieldhouse and parking lot, east of the B Course and along the eastern edge of the peninsula (National Capital Parks, National Park Service 1949).

Several alterations implemented during the 1950s and 1960s affected the design of individual holes and courses. However, throughout this time, the overall spatial organization of the four courses in relation to each other remained intact. Renovations implemented during this time included: the 1950 rehabilitation of the G Course to once again include nine holes, concentrated south of the fieldhouse; the 1956 renovations of the F Course, which concentrated on the area north of the driving range and fieldhouse wings; and the addition of Buckeye Drive between 1959 and 1963, establishing a new northern boundary of the course (Gordon and Gordon 1956; Department of Highways and Traffic, Design Engineering and Research Street Design Section 1959). Despite these changes to specific holes and courses, the general spatial configuration of the B, D, F, and G Courses remained relatively consistent in relation to each other.

This spatial organization remained consistent until 1983, when the National Park Service removed the 9-hole F Course, creating open recreation space and a picnic area north of the

fieldhouse wings (TWP, June 6, 1983: D3). Without the F Course, the fieldhouse wings and the driving range represented the northern edge of the courses. The removal of the course was unpopular, however, and the National Park Service quickly moved to restore its nine holes and, in turn, the modern spatial arrangement of the East Potomac Park Golf Course. The F Course was restored beginning in 1984 (TWP, August 15, 1984: C3).

In the 1990s, the concessionaire (Golf Course Specialists, Inc.) oversaw renovations to the Blue Course; the spatial organization of the course remained intact. A new driving range structure was constructed in 1994, but it replaced the previous driving range stalls, preserving the same east-west central axis with the fieldhouse wings that had been in place since 1936 (TWP, August 4, 1995: 56).

Existing Condition
The fieldhouse wings remain the anchor of the spatial organization of the cultural landscape. The east fieldhouse wing, in particular, serves as the entrance and exit for the East Potomac Park Golf Course. It serves as the center point of all three extant courses, which total 36 holes. (An additional three practice holes fall within the extant Red Course, but they are not full-scale holes.) Although the layout and progression of play within each of the three courses have changed several times in the 20th century, this arrangement of 36 holes to the north, west, and south of the fieldhouse is generally consistent with the spatial organization during the period of significance (1917-1941). The historic condition is further reinforced in the extant cultural landscape by the ongoing spatial relationship with the Washington Channel to the east and the Potomac River to the west; this close proximity to the water was a characteristic feature of Walter Travis' original links-style design for the A-B and C-D Courses.

The 18-hole Blue Course occupies the southwestern portion of the peninsula, south of the driving range and east fieldhouse wing and west of the Red Course. The Blue Course front nine begins and ends at the east fieldhouse wing, playing south-then-north. The back nine's progression of play doglegs southwest-south before turning north-northwest. The Blue Course back nine terminates by the driving range and fieldhouse.

The 9-hole White Course (former F Course) is located north of the fieldhouse-driving range axis, occupying the northern portion of the cultural landscape. Its play generally alternates between northward and southward directions. The course terminates north of the west fieldhouse wing and miniature golf course.

The 9-hole Red Course (former G Course) includes three additional practice holes; together, these twelve holes are concentrated on the eastern side of the peninsula, overlooking the Washington Channel. The holes alternate between northward and southward directions, and the course terminates immediately south of the east fieldhouse wing.

Analysis
The alterations to the course's progression of play and the addition of the driving range west of

the fieldhouse wings have somewhat detracted from the integrity of the landscape's general layout. However, these alterations do not diminish the character of the golf course's overall spatial organization from the period of significance. The cultural landscape's proximity to, and relationship with, the adjacent waterways is consistent with the period of significance, as is the general layout and adjacency of multiple courses within the overall East Potomac Park Golf Course. The fieldhouse wings remain the visual and physical anchor of the landscape, defining the entrance and exit to the golf course as well as the start and end points of the individual courses within the cultural landscape. Spatial organization remains a contributing feature of the cultural landscape.

**Character-defining Features:**

Feature: Arrangement of the cultural landscape in relation to Washington Channel and Potomac River

Feature Identification Number: 180972

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| 0.0000000000 | |

Feature: Fieldhouse wings as anchor at eastern edge of cultural landscape

Feature Identification Number: 180974

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| 0.0000000000 | |

Feature: General layout and adjacency of multiple courses

Feature Identification Number: 180976

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| 0.0000000000 | |

Feature: Blue Course spatial organization

Feature Identification Number: 180978

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| -77.0263920000 | 38.8689700000 |

Course Hole 16 and White Course Hole 6; these structures are recent additions to the course and do not contribute to the significance of the cultural landscape.

The maintenance area includes three buildings and additional temporary sheds and trailers, all of which are of recent construction and do not contribute to the significance of the site. The primary maintenance building occupies a large, rectangular footprint and features a concrete and stucco exterior. The two-story building hosts large equipment storage at the first floor and concessionaire offices at the second floor. The primary maintenance building is arranged in a U-shaped configuration with two additional maintenance structures. A second maintenance shed, northeast of the primary maintenance building, features four open bays on its southeast elevation; large equipment and materials are stored in this building. The third structure in the U-shaped arrangement features four open bays on its northwest elevation, facing Maintenance Shed 2.

The golf cart storage building is located at the southern end of the driving range, by White Course Hole 1 and Blue Course Hole 1. It was Practice Putting Green 1, and the concessionaire trailer located outside the swimming pool area are also non-historic structures that do not contribute to the significance of the cultural landscape.

Analysis
Golf Course
The landscape at East Potomac Park Golf Course retains many historic elements that contribute to its overall significance as a public golf course, built during the early 20th century, to serve central Washington, DC. These features include the continued existence of three separate golf courses, totaling 36-holes, its association with public golf, as a course that is open to play by anyone, year round, for a one time greens fee. Though all three courses have lost important original design features since their initial periods of construction, the overall layout of the Blue, White and Red Courses remains intact. As a whole, these courses are still characterized by their wide, flat fairways, which are open to the elements and offer views of downtown Washington. As such, the feeling and setting of the original East Potomac Golf Course landscape is intact. The three different courses offer a variety of options for golfers of all skill levels, an important feature of a public course. The original fieldhouse continues to be the organizing principle around which play on all three courses is organized. As such, the three golf courses at East Potomac Park retain integrity to the period of significance.

Blue Course
The Blue Course is still in the same location as Walter Travis' original course and retains Travis's overall routing and layout, with two 9-hole loops playing up and down the peninsula, towards Hains Point, each beginning and ending at the fieldhouse. The eighteen holes are links style and generally flat, with wide fairways that are open to the elements and offer views of downtown Washington. Most of the holes are relatively straight The fairways themselves are

longer than those on the other two courses, with more hazards, located along the length of the fairway as well as around the green. Since the period of significance the Blue Course's longer, more difficult holes, have made it appealing to more competitive golfers. This continues to be the case. As such, the Blue Course layout retains integrity to the period of significance.

White Course
The White Course is in the same general location as William Flynn's original course, and still retains much of Flynn's original routing and layout. Further extant features of the course include: play organized around the fieldhouse; wide, flat fairways that are generally straight; relatively few trees between fairways; and few hazards, except around greens. During the period of significance, the White Course was built to offer an additional option for golfers at East Potomac, and was immediately popular with less competitive golfers, as an alternative to the more challenging Blue Course. The current White Course continues to serve that function today. The White Course layout retains integrity to the period of significance.

Red Course
The current Red Course is located on the southern half of the original course. It has been partially moved and shortened since the period of significance, but still retains integrity of layout as its extant features include: play organized around the fieldhouse; flat, straight holes playing along the site's eastern boundary; open fairways with few hazards, except around greens; and the variety of play offered on the course Red Course, when compared with the White and Blue Courses.

Fieldhouse and Miniature Golf Course
The fieldhouse and its west wing, now used as the U.S. Park Police District 1 Substation, are contributing buildings that date to the period of significance (1917-1941). Their character-defining features—including their neoclassical design, concrete aggregate finish, and open porches—have been minimally altered since their original construction. The miniature golf course is a contributing feature; its associated ticket booth, however, postdates the period of significance. The only other contributing structure is Practice Putting Green 1, which has been consistent in location and generally consistent in design since its original construction in 1927.

None of the other extant buildings and structures date to the period of significance. The three other practice putting greens, driving range, maintenance buildings, rain shelters, portable toilets, golf cart storage building, and registration hut are all non-contributing features.

**Character-defining Features:**

Feature: Three separate golf courses at East Potomac Park, totaling 36 holes

Feature Identification Number: 180902

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| 0.0000000000 | |

Feature: Blue Course layout

Feature Identification Number: 180904

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| -77.0263920000 | 38.8689700000 |

Feature: White Course layout

Feature Identification Number: 180906

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| -77.0298610000 | 38.8764220000 |

Feature: Red Course layout

Feature Identification Number: 180908

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| -77.0241220000 | 38.8717820000 |

Feature: East fieldhouse wing

Feature Identification Number: 180910

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| -77.0268060000 | 38.8745520000 |

IDLCS Number: 46854

LCS Structure Name: East Potomac Golf Course - Clubhouse - Res. 333

LCS Structure Number: 333

Feature: West fieldhouse wing/U.S. Park Police District 1 Substation

Feature Identification Number: 180912

Type of Feature Contribution: Contributing

| Latitude | Longitude |
|---|---|
| -77.0271490000 | 38.8753230000 |

# Condition

## Condition Assessment and Impacts

**Condition Assessment:** Fair

**Assessment Date:** 09/30/2017

**Condition Assessment Explanatory Narrative:**

A Condition Assessment of Fair indicates the inventory unit shows clear evidence of minor disturbances and deterioration by natural and/or human forces, and some degree of corrective action is needed within 3-5 years to prevent further harm to its cultural and/or natural values. If left to continue without the appropriate corrective action, the cumulative effect of the deterioration of many of the character defining elements will cause the inventory unit to degrade to a poor condition.

The Condition Assessment Date refers to the date the park superintendent concurred with the findings of this CLI. This determination takes into account both the landscape and buildings situated therein. Although no immediate corrective action is needed at this time to maintain its current condition, the following impacts should be addressed in order to improve the cultural landscape to good condition.

The following actions should be taken in order to improve the condition of the landscape to good:
-Conduct routine maintenance on contributing resources
-Implement plans that retain the historic character of the golf course
-Conduct routine monitoring of the cultural landscape
-Address social trails that have developed in the cultural landscape

## Impacts

**Type of Impact:** Visitation

**External or Internal:** Internal

**Impact Description:** The continuous use of East Potomac Golf Course throughout the year contributes to the deterioration of the landscape's vegetation—particularly the turf of the tee boxes, fairways, and greens.

**Type of Impact:** Exposure To Elements

**External or Internal:** External

**Impact Description:** The landscape exhibits wear and tear that can be partially attributed to weather damage and exposure.

**Type of Impact:** Other

**Other Impact:** Climate Change

**External or Internal:** External

**Impact Description:** Sea level rise and tidal flooding, exacerbated by climate change, will impact the shorelines of the peninsula and Hains Point

**Type of Impact:** Exposure To Elements

**External or Internal:** Internal

**Impact Description:** East Potomac Golf Course Club House (Field House): Concrete shows cracks, spalling, and/or crumbling due to a combination of factors; including corrosion of the reinforcement, freeze-thaw cycling, and physical stresses. Additionally, in some areas, where concrete was been repaired in the past; the poor patchwork becomes an issue itself.

**Type of Impact:** Vegetation/Invasive Plants

**External or Internal:** Internal

**Impact Description:** Invasive Vegetation: Invasive weed populations, including Morus alba (white mulberry), (Broussonetia papyrifera) paper mulberry, various Lonicera shrubs (honeysuckle), Lonicera japonica (Japanese honeysuckle), Polygonum perfoliatum (mile-a-minute), Celastrus orbiculata (Oriental Bittersweet) have built up on Hains Point over the past five to ten years and are the result of deferred maintenance. In particular, invasive vegetation is found along the fence line that surrounds the East Potomac Park Golf Course. Removal is necessary as invasive vines and trees are damaging the cherry trees. The cherry trees are both an important cultural resource for the park and a natural resource that are declining due to this situation.

## Treatment