**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE,

DAVE ROBERTS,

and

ALEX DICKSON,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR;

DOUG BURGUM, in his official capacity as Secretary of the Interior;

NATIONAL PARK SERVICE;

and

JESSICA BOWRON, in her official capacity as "Comptroller Exercising the Delegated Authority of the Director" of the National Park Service,

*Defendants*.

Case No. 1:26-cv-477-ACR

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER OR, ALTERNATIVELY, A 14-DAY STAY UNDER 5 U.S.C. § 705 AGAINST CLOSURE OF EAST POTOMAC PARK**

Upon consideration, the Court finds and concludes, for the reasons stated in Plaintiffs' Memorandum in Support of the Motion for a Temporary Restraining order or, alternatively, a 14-day Stay under Section 705 of the Administrative Procedure Act, that Plaintiffs' motion should be GRANTED.

Accordingly, the Court hereby issues a Temporary Restraining Order against Defendants, enjoining them from closing East Potomac Park.

Defendants are ORDERED, within 24 hours of the entry of this order, to file a notice confirming that they have informed relevant officials of the order, and within 3 business days of this order report to the Court that they have designated a senior agency official as responsible for ensuring compliance with this order.

SO ORDERED.

DATED: _______________

_______________________
Hon. Ana C. Reyes
United States District Judge