**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**NOTICE OF PROPOSED PRESERVATION ORDER**

On October 30, 2026, the Court ordered "the parties to meet and confer and to file a proposed preservation order." *See* Oct. 30, 2026, Minute Order. The Court extended the parties' deadline to file a proposed preservation order to no later than November 9, 2026. *See* Nov. 2, 2026, Minute Order.

For the reasons presented in Defendants' Response to Order to Show Cause, Dkt. No. 107, Defendants continue to object that any preservation order is warranted. The Department of the Interior ("DOI") and the Department of Justice ("DOJ") are already subject to extensive federal record retention requirements under the Federal Records Act. 44 U.S.C. §§ 2101 et seq., 2901 et seq., 3101 et seq., 3301 et seq. Plus, DOI entered a litigation hold regarding this matter at the start of the litigation and has updated it throughout. The materials to be preserved subject to that litigation hold include all information related to this litigation, including any redesign of East Potomac Golf Course, any closure of East Potomac Golf Course, the October 30, 2026 submission

to the National Capital Planning Commission ("NCPC"), and any communications regarding the same. It also covers information regarding the storage of soil from the White House East Wing project and the 2026 Tree Management Plan. Accordingly, any DOI or DOJ documents, communications, or other information relevant to this case are already being preserved and a further proposed preservation order is unnecessary. *See* Oct. 30, 2026, Tr. 66:15-17 (recognizing that if "DOI officials are already appropriately maintaining documents, then a formal preservation order will not add any burden"). Any basis for issuing a further preservation order rests on speculation.

Nonetheless, to comply with the Court's Order, Defendants have met and conferred with Plaintiffs regarding a proposed preservation order and were unable to come to agreement. Defendants submit the proposed preservation order that is attached as Exhibit 1. By submitting the attached proposed order, Defendants in no way concede that the order is warranted or that Defendants have acted contrary to their records retention obligations under applicable law.

Respectfully submitted this 9th of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R. F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**ROBERT STANDER**
Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division

Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*