**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**[PROPOSED] PRESERVATION ORDER**

To the extent not preserved pursuant to the U.S. Department of Interior's ("DOI") on-going litigation hold in this matter, DOI's record retention obligations pursuant to the Federal Records Act, and any other applicable statute, rule, or common law, and the U.S. Department of Justice's record retention obligations pursuant to the Federal Records Act, and any other applicable statute, rule, or common law, DOI and DOJ (the "Government"), are hereby ORDERED to amend their preservation practices in this matter as directed herein.

1. *Materials subject to preservation*.

   a. DOI shall expand its litigation hold, to the extent it has not already done so, to include information relevant to:

      i. Any redesign of East Potomac Golf Course;

      ii. The following declarations or notices submitted by DOI in connection with this litigation, including: (A) Jessica Bowron's October 6, 2026,

declaration submitted in support of Defendants' Motion for Summary Judgment, Dkt. No. 75-3; (B) Defendants' Notice of Activity, Dkt. No. 74; and (C) the Declaration of Dr. Kevin Griess submitted in support of Defendants' Notice of Activity, Dkt. No. 74-1;

iii. The decision to close East Potomac Park south of Buckeye Drive referenced in Defendants' Notice and supporting declaration (Dkt. 111);

iv. The following plans, activities, or documents related to East Potomac Golf Course: (A) the Tree Management Plan described in the Declaration of Dr. Kevin Griess, Dkt. 84-1, and attached as Exhibit D thereto; (B) the East Potomac Tree Management and Cultural Landscape Rehabilitation Project described in the Declaration of Dr. Kevin Griess, Dkt. 84-1, including the compliance documents attached as Exhibits E – G thereto; (C) any renovation to the seawall surrounding East Potomac Park referenced in Defendants' Notice and supporting declaration, Dkt. 111; (D) the submission to the National Capital Planning Commission referenced in Defendants' Notice and supporting declaration, *id.*; and (E) the lease agreement with National Links Trust referenced in Defendants' Notice and supporting declaration, *id.*

v. The President's Truth Social posts regarding East Potomac Golf Course on (1) June 28, 2026; (2) October 18, 2026; (3) October 19, 2026; (4) October 26, 2026; and (5) October 28, 2026.

and shall also preserve,

vi. Text messages from or to Deputy Chief of Staff Gregory Wischer on his personal cell phone that are from or to Tom Fazio, Gavin Fazio, or other individual reasonably determined to be speaking on behalf of any Fazio-related entity;

b. DOI and DOJ shall retain relevant documents and communications, including materials subject to attorney-client privilege, the attorney work product doctrine, the deliberative process privilege, or any other applicable privilege related to the matters referenced in items 1.a.i.-v., above

2. *Custodians*.

a. DOI shall expand its litigation hold, to the extent it has not already done so, to include all individuals within DOI (including the National Park Service) who are reasonably likely to have relevant information concerning the matters referenced in items 1.a.i.-v., above.

b. DOJ shall expand its preservation of relevant records, to the extent it has not already done so, to include those attorneys who have entered an appearance or otherwise are reasonably likely to have relevant information concerning the matters referenced in items 1.a.i.-v., above.

This Order supersedes and replaces any preservation orders, directions, instructions, or requests previously made by the Court to Defendants.

Nothing in this order requires the Government to preserve data stored in a backup system for the purpose of system recovery or information restoration, including but not limited to: disaster recovery backup tapes, continuity of operations systems, data or system mirrors or shadows, or

automated generation of versions of files. Nothing in this order alters the effect of any of the Federal Rules, including Rule 37(e) of the Federal Rules of Civil Procedure.

Respectfully submitted this 9th of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**ROBERT STANDER**
Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*