UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DC PRESERVATION LEAGUE, et al.,

*Plaintiffs*,

v.

DEPARTMENT OF INTERIOR, et al.,

*Defendants*.

Case No. 1:26-cv-477-ACR

**PRESERVATION ORDER**

Defendants and the U.S. Department of Justice ("DOJ") (together, the "Government"), effective immediately, are hereby **ORDERED** to preserve documents and information in this matter as directed herein.

1. *Materials subject to preservation*.
   a. The Government shall preserve all information relevant to:
      i. Any redesign, renovation, or concept of a potential redesign or renovation of East Potomac Golf Course;
      ii. Any declarations or other filings submitted by the Government in connection with this litigation, including but not limited to: (A) Jessica Bowron's October 6, 2026, declaration submitted in support of Defendants' Motion for Summary Judgment, Dkt. 75-3; (B) Defendants' Notice of Activity, Dkt. 74; and (C) the Declaration of Dr. Kevin Griess submitted in support of Defendants' Notice of Activity, Dkt. 74-1;
      iii. The decision to close East Potomac Park south of Buckeye Drive referenced in Defendants' Notice and supporting declaration, Dkt. 111;
      iv. The following plans, activities, or documents related to East Potomac Golf Course: (A) the Tree Management Plan described in the Declaration of Dr. Kevin Griess, Dkt. 84-1, and attached as Exhibit D thereto; (B) the East Potomac Tree Management and Cultural Landscape Rehabilitation Project described in the Declaration of Dr. Kevin Griess, Dkt. 84-1, including the compliance documents attached as Exhibits E–G thereto; (C) any renovation to the seawall surrounding East Potomac Park referenced in Defendants' Notice and supporting

declaration, Dkt. 111; (D) the submission to the National Capital Planning Commission referenced in Defendants' Notice and supporting declaration, *id.*; and (E) the lease agreement with National Links Trust referenced in Defendants' Notice and supporting declaration, *id.*, including all evidence relevant to the decision to terminate National Links Trust's original lease in December 2025;

v. The President's Truth Social posts regarding East Potomac Golf Course on (1) June 28, 2026; (2) October 18, 2026; (3) October 19, 2026; (4) October 26, 2026; and (5) October 28, 2026;

and shall also preserve,

vi. Communications from or to any Department of the Interior ("DOI") or National Park Service ("NPS") employee, including but not limited to Deputy Chief of Staff Gregory Wischer on his personal cell phone, that relate to East Potomac Golf Course or this litigation, including but not limited to any communications from or to Tom Fazio, Gavin Fazio, or any other individual reasonably determined to be speaking on behalf of any Fazio-related entity; and

vii. Communications from or to any DOI employee or NPS employee, including but not limited to Deputy Chief of Staff Gregory Wischer on his personal cell phone, that are from or to any representative of the National Garden of American Heroes Foundation.

b. The Government shall retain relevant documents and communications, including materials subject to attorney-client privilege, the attorney work product doctrine, the deliberative process privilege, executive privilege, or any other applicable privilege related to the matters referenced in items 1.a.i.–vii., above.

2. *Custodians*.

a. The preservation obligations set forth in this Order apply to all individuals within the Government (including the NPS) who have relevant information concerning the matters referenced in items 1.a.i.-vii., above. For the avoidance of doubt, "individuals within the Government (including the NPS)" includes the officers, employees, agents, and contractors of the Department of Justice, the Department of the Interior, and the National Park Service, and any of their components or offices.

b. For the avoidance of doubt, the obligations set forth in this Order apply to attorneys who have entered an appearance or otherwise have relevant information concerning the matters referenced in items 1.a.i.-vii., above.

c. On or before November 12, 2026, at 12:00 p.m., the Government must distribute this Order to all DOJ, DOI, and NPS employees, officers, agents, and contractors who are likely to be Custodians within the meaning of this Order.

d. By 6:00 p.m. on Monday, November 16, 2026, the Government shall file with the Court a notice identifying, by name and title, each confirmed Custodian to

whom this Order has been distributed, and the date on which each such Custodian received it. In the same filing, the Government shall identify, by name and title, each Custodian who received any prior litigation hold notice or preservation directive issued in connection with this matter, the date of each such notice, and the date on which each Custodian received it. The Government may file the notice under seal without further leave of Court.

This Order applies to documents, regardless of form, created or modified since August 1, 2025. This Order incorporates all prior preservation orders, including all litigation holds issued by the Government, and should be construed broadly.

Nothing in this Order requires the Government to restore data stored in a backup system for the purpose of system recovery or information restoration, including but not limited to: disaster recovery backup tapes, continuity of operations systems, data or system mirrors or shadows, or automated generation of versions of files, provided, however, that the Government does not destroy any such backup systems that contain information described above.

**SO ORDERED.**

Date: November 10, 2026

HON. ANA C. REYES
United States District Judge