**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants*.

Case No. 1:26-cv-477

**PLAINTIFFS' RESPONSE TO COURT'S NOVEMBER 7, 2026 MINUTE ORDER APPOINTING A SPECIAL MASTER**

On November 7, 2026, the Court issued a Minute Order providing notice of the appointment of a special master to investigate whether Department of Justice or Department of the Interior counsel have committed ethical violations in this matter through October 31, 2026, *see* Dkt. 123 at 70-74, and providing the parties an opportunity to respond. Plaintiffs take no position on the special master process or the Court's appointment of Jessie K. Liu to serve in that role.

Dated: November 13, 2026

Respectfully submitted,

/s/Abbe David Lowell

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1653213)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowelland associates.com
Chayes-Deats@lowellandassociates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Catherine M.A. Carroll (Bar No. 497890)
Kevin E. Friedl (Bar No. 90033814)
Anna L. Deffebach (Bar No. 241346)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
kfriedl@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org
lindsay@democracydefenders.org

*Counsel for Plaintiffs*