**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:26-cv-477-ACR

**DEFENDANTS' NOTICE**

On October 30, 2026, the Court, by Minute Order, ordered Defendants to file "the names of all individuals who have participated in preparing the submission identified at Docket 111-1 to the National Capit[a]l Planning Commission (NCPC Proposal)." Dkt. No. 111-1. Minute Order, Oct. 30, 2026. The Defendants complied with that Order. Dkt. No. 130. The Court then ordered simultaneous briefing on whether Dkt. No. 130 should be unsealed. Minute Order Nov. 3, 2026. Those briefs were due at 10:00 a.m. today. *Id.* The parties timely submitted those briefs today. Dkt. Nos. 151, 152. At noon today, the Court issued a minute order stating "Upon consideration" of the briefs" and the Hubbard factors … the Court ORDERS the Government to refile Dkt. [130] on the public docket without redaction by 5:00 p.m. today." Minute Order, Nov. 12, 2026. The Court reasoned, "There is a strong presumption of public access in litigation. … And the public has a strong interest in knowing which government officials developed the NCPC proposal." *Id.*

As Defendants explained in response to this Court's Minute Orders, any NCPC submission occurred after October 15 such that it cannot be part of the administrative record before the Court. ECF No. 151. Inquiries about who prepared or edited certain documents that are not in the record

exceed the limited waiver of sovereign immunity in this APA suit. Accordingly, ordering the production of such names is not a legitimate exercise of the Article III judicial authority and is an unconstitutional infringement on the Executive Branch's right to conduct its own affairs. As the Supreme Court has instructed, "federal courts do not exercise general oversight of the Executive Branch; they resolve cases and controversies consistent with the authority Congress has given them." *Trump v. CASA, Inc.*, 606 U.S. 831, 861 (2025).

Nevertheless, and without waiving any objections, to comply with the Court's order, the Government has attached an unredacted copy of docket entry 130 to this filing.

Respectfully submitted this 12th day of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

*/s/ Andrew J. Block*
**ANDREW J. BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
andrew.block@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief, Natural Resources Section
U.S. Department of Justice
Energy & Natural Resources Division
4 Constitution Square
150 M Street NE
Washington, DC 20002

*Attorneys for Defendants*