UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DC PRESERVATION LEAGUE, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

Case No. 1:26-cv-00477

**MOTION TO ADMIT MONISHA CHERAYIL *PRO HAC VICE***

The undersigned, Norman L. Eisen, an attorney admitted to the to the Bar of this Court and in good standing, respectfully moves for the admission of Monisha Cherayil, *pro hac vice*, as counsel for Plaintiffs in this proceeding pursuant to Local Rule 83.2(c) of the Local Rules of the United States District Court for the District of Columbia. Ms. Cherayil is a member in good standing of the Bar of Maryland. She is not currently and has never previously been the subject of any disciplinary action by any state or federal bar association or administrative agency. Finally, the undersigned is satisfied that Ms. Cherayil possesses the character and skills required of a member of the Bar of this Court. Accordingly, the undersigned respectfully requests admission of Monisha Cherayil *pro hac vice* as representative of Plaintiffs in this proceeding.

Dated: November 12, 2026,

Respectfully submitted,

*/s/ Norman L. Eisen.*

Norman L. Eisen (DDC Bar No.435051)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, D.C. 20003
Phone Number: (202) 594-9958
Fax: (208) 493-4909
Norman@democracydefenders.org
*Counsel for Plaintiffs*