UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DC PRESERVATION LEAGUE, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,

Defendants.

Case No. 1:26-cv-00477

**PROPOSED ORDER**

Upon consideration of Plaintiff's motion for Admission of Attorney Monisha Cherayil, *pro hac vice*, and the entire record herein, it is hereby **ORDERED** that the Motion is **GRANTED.**

**SO ORDERED.**

Dated:

Hon. Ana C. Reyes
United States District Judge