**National Park Service**
**U.S. Department of the Interior**

**National Mall and Memorial Parks**

# Categorical Exclusion Documentation Form (CE Form)

**Project:** Temporary Closure of East Potomac Park South of Buckeye Drive

**PEPC Project Number:** 139671

**Description of Action (Project Description):** The National Park Service (NPS) will temporarily close to public access and use all federal parkland administered by the National Mall and Memorial Parks within East Potomac Park south of Buckeye Drive, SW, including East Potomac Golf Course.

The closure will take effect at 9:00 pm, November 15, 2026.

Pursuant to 36 C.F.R. § 1.5(a), the NPS will temporarily close to public access and use all federal parkland administered by the National Mall and Memorial Parks within East Potomac Park south of Buckeye Drive, SW, including East Potomac Golf Course. The closure will take effect on November 15, 2026, and will remain in effect until modified or rescinded by the Superintendent. Violation of the closure is prohibited under 36 C.F.R. § 1.5(f).

The closure boundary will be delineated by signs, gates, barricades, fencing, or other physical controls at Buckeye Drive and at any other access point the NPS determines appropriate. A map depicting the closure area will be maintained as an enclosure to this Record of Determination. The closure does not apply to NPS employees, United States Park Police (USPP) or emergency personnel, contractors, or other persons authorized by the Superintendent or designee when acting within the scope of their duties or authorization.

PARK AND ROAD CLOSURE RESTRICTIONS
The following NPS-administered areas will be subject to temporary public access restrictions at 9:00 pm, November 15, 2026, and will remain in effect until modified or rescinded by the Superintendent. The closure area includes all parkland and public-use facilities south of Buckeye Drive, SW, including, but not limited to:
- Ohio Drive, SW (south of Buckeye Drive, SW)
- Trails and multi-use paths within the closure area
- The East Potomac Park seawall and seawall promenade
- Fishing areas along the Potomac River and Washington Channel seawall within the closure area
- Hains Point, including picnic areas, playgrounds, and associated open space
- East Potomac Park Golf Course and Miniature Golf Course (including parking lots)
- East Potomac Park bathrooms located south of Buckeye Drive, SW
- East Potomac Dock - Wharf Jitney

JUSTIFICATION FOR PARK AND ROAD CLOSURES
On December 30, 2025, the Department of the Interior terminated National Links Trusts lease for the three NPS-administered golf courses in the District of Columbia. National Links Trust, through its management company, continued to operate the courses temporarily on a holdover basis. On October 28, 2026, the NPS entered into a new lease with National Links Trust for the Rock Creek Golf Course and the Langston Golf Course. Under the terms of the new lease on or before November 15, 2026, National Links Trust will cease operations at East Potomac Golf Course. At that time, the NPS will temporarily close East Potomac Park south of Buckeye Drive, SW, including East Potomac Golf Course, to public use.

Closure of East Potomac Park south of Buckeye Drive is necessary because, following the cessation of golf operations by National Links Trust, the NPS will not have the operational capacity to manage the area as a golf course or safely accommodate unrestricted public use. Continued public access without adequate staffing, security, and oversight would

create significant risk to public health and safety; increase the potential for natural and cultural resource damage, including damage to historic structures such as the clubhouse and miniature golf course; interfere with the NPSs implementation of its management responsibilities; and create a risk of visitor-use conflicts. A temporary closure will protect park resources, reduce safety risks, and prevent incompatible uses. Areas North of Buckeye remain accessible for NPS and USPP necessary operations.

Recent NPS inspections document that the golf courses buildings and grounds present numerous safety concerns due to their poor condition. The NPSs May 2026 East Potomac Park Condition Assessment recorded 110 deficiencies at East Potomac Golf Course, 69 of which were rated Critical or Urgent. None of the 15 golf course assets surveyed was rated in good condition: the clubhouse interior, driving range building, driving range, and parking lot trees were rated Critical; the clubhouse exterior was rated Poor and potentially Critical pending structural engineering review; and nine other assets, including the parking lot, paved cart paths, maintenance compound, and a retaining wall at the putting green, were rated Poor. The fire and life safety inspection alone identified 84 findings (11 Urgent and 52 Critical), 67 of them in the clubhouse. The assessment found that the driving range buildings deteriorated structural components, spongy flooring, rotten railings, and water-damaged framing 'may create significant fall, collapse, and injury hazards to visitors and staff,' and that the leaning retaining wall at the putting green 'may be at risk of partial or complete failure.' The deficiencies were rated as Critical or Urgent with on-site supervision (Golf Course Operator) to monitor safety conditions, effect emergent repairs, report fire, flooding, or electrical issues, and adjust visitor access away from structurally deteriorated areas. If left unattended without this supervision, several of these issues move from Critical / Urgent, to hazardous, e.g. structurally damaged driving range, adjacent buildings, unreported fire hazards, uncontrolled access to legacy maintenance areas).

These conditions are part of an escalating trend. A 2016-2017 concession condition assessment identified approximately $6.1 million in reconstruction of the courses cart paths, tee boxes, driving range, sand bunkers, and perimeter fencing, all ranked critical and scheduled for 2017. The 2019 Historic Structure Report for the East Potomac Field House (clubhouse) documented basement wall cracks larger than one inch and identified a foundation corner in poor condition as 'a critical concern.'

The East Potomac Park seawall and adjacent walkways are also in deteriorated and hazardous condition. The seawall has settled and has been compromised, resulting in overtopping during normal tidal cycles, poor drainage, erosion and loss of fill material, voids and depressions adjacent to the shoreline, damaged or collapsed sidewalk areas, and impacts to park vegetation and infrastructure. NPS condition assessments have documented more than 80 additional holes and depressions posing hazards to park visitors, as well as areas requiring fencing for visitor safety. A 2019 NPS seawall project scoping assessment found that the 18,807-foot (3.56-mile) East Potomac Park seawall 'is severely deteriorated in all areas and has failed in some,' that damage is 'perhaps most severe at Hains Point,' and that '[t]he entirety of the perimeter walkway at East Potomac Park is a safety hazard for visitors and staff as it is variously uneven, unsupported, damaged, collapsed or underwater.' A 2011 engineering survey of 412 fifty-foot seawall segments rated 41 percent of the walkway-side segments as requiring rehabilitation and 21 segments as in imminent need of rehabilitation, and measured voids of 6 to 27 inches beneath the sidewalk at the back of the wall. The NPSs 2023 Cultural Landscapes Inventory reports that the promenade now lies only about one foot above average high tide and is covered by flood waters more than thirty times per year, compared with about six times per year in the 1950s.

The absence of a daily golf course operator providing daily supervision, visitor control, maintenance, and emergency reporting and response within the golf course and associated lands; combined with the above listed environmental and infrastructure factors create a hazardous and significant risk to the public. The unsupervised, uncontrolled, and open access to areas of safety concerns creates an unacceptable risk that the NPS must mitigate through temporary closure and access control.

DETERMINATION UNDER 36 C.F.R. § 1.5(b).
This temporary closure is necessary to mitigate the outlined emergent significant risks to public health and safety, avoidance of conflicts among visitor use activities, protection of natural and cultural resources and federal property, and implementation of NPS management responsibilities. The closure responds to the cessation of golf operations; the absence of an authorized operator or sufficient NPS capacity to supervise golf play and avoid conflict among visitor user groups; the NPSs present inability to safely manage the site for public use; the documented hazardous condition of golf course buildings, facilities, and grounds; and documented hazardous shoreline and walkway conditions.

The closure is limited geographically to East Potomac Park south of Buckeye Drive, SW, and will be reviewed at least annually. NPS is currently considering projects to remedy the hazardous conditions. Implementation of such projects, after compliance with all applicable laws and regulations, could lead to a modification or lifting of the closure. Other portions of East Potomac Park and other parklands and recreational areas administered by National Mall and Memorial Parks and other nearby NPS units, including the National Mall, the Tidal Basin, Anacostia Park, Rock Creek Park, George Washington Memorial Parkway, and Chesapeake and Ohio Canal National Historic Park, will remain available except where separately closed or restricted, including the Rock Creek and Langston Golf Courses Recreational fishing and baseball fields are available along Ohio Drive to the Northwest (West Potomac Park). NPS will actively explore opening other park areas for expanded access or recreational opportunities.

**Project Location:**

**County, State:** District of Columbia, DC

**Mitigation(s):**

There are no required mitigations identified.

**CE Citation:** DOI NEPA Handbook, Appendix 2, 12.5, A(10), (Feb. 2026).

Modifications or revisions to existing regulations, or the promulgation of new regulations for NPS-administered areas, provided the modifications, revisions or new regulations do not:

1. Increase public use to the extent of compromising the nature and character of the area or causing physical damage to it,
2. Introduce noncompatible uses which might compromise the nature and characteristics of the area, or cause physical damage to it,
3. Conflict with adjacent ownerships or land uses, or
4. Cause a nuisance to adjacent owners or occupants.

**CE Justification:** The National Park Service proposes to temporarily close NPS-administered lands within East Potomac Park south of Buckeye Drive, SW, to public access and use to protect visitor safety and park resources under 36 CFR 1.5(a). The action establishes a temporary public-use restriction to address documented safety hazards and the cessation of on-site golf course operations. It qualifies for categorical exclusion under DOI NEPA Handbook, Appendix 2, § 12.5.A(10), as a modification of regulations governing public access and use of an NPS-administered area with installation of signs and fencing additionally covered by §§ 12.5.C(5) and 12.5.C(20), respectively. The closure and its implementing measures have been evaluated together as a single action.

The closure addresses the combination of documented hazardous conditions and the cessation of on-site golf course operations. Existing building, grounds, seawall, and walkway deficiencies present safety risks that available NPS staffing cannot adequately manage while accommodating unrestricted public access. Because the golf course and adjoining roads, paths, recreation areas, and shoreline form an interconnected landscape without reliable separation, closure at Buckeye Drive provides a practicable access-control boundary. The signed closure determination explains why facility-specific restrictions, partial closures, signs, and periodic patrols would not adequately address these conditions.

The action satisfies the four limitations of § 12.5.A(10). First, it reduces public use within the closure area rather than increasing use in a manner that could compromise the areas character or cause physical damage. Second, it introduces no new recreational, commercial, or other incompatible use; authorized NPS administrative activities, maintenance, and law enforcement will continue. Third, the restriction applies to NPS-administered lands and retains authorized administrative and emergency access, without changing adjacent ownerships or authorizing land uses that conflict with neighboring properties. Fourth, the action authorizes no new ongoing activity that would create noise, lighting, odors, or other nuisance conditions for adjacent owners or occupants. Installation of access controls will involve localized, temporary work along the existing

developed boundary. Although visitors will need to use other recreation locations during the closure, this action does not establish new facilities, routes, or expanded uses on adjacent properties.

Physical disturbance is limited to installation of access controls along Buckeye Drive. Fencing is anticipated to be approximately six to eight feet tall, with driven posts approximately eight feet apart and gates accommodating authorized NPS and United States Park Police access. Posts will be installed in previously disturbed locations where NPS has established that archeological resources are absent. No vegetation removal is required, and fencing will not affect wildlife movement. Final installation details must remain consistent with the scope and resource determinations evaluated in this review.

Mowing will continue to maintain the park landscape, although at a reduced level from golf course maintenance. NPS has determined that the action has no potential to cause effects to historic properties under 36 CFR 800.3(a)(1). The action does not include repairs, shoreline rehabilitation, redevelopment, or approval of future golf course operations.

The closure has independent utility as a response to current safety and management conditions. Its protective function does not depend on implementation of future projects, and it neither authorizes nor commits NPS to those projects. Based on evaluation of the action as a whole and the accompanying extraordinary-circumstances analysis, NPS has determined that no extraordinary circumstances preclude use of the identified categorical exclusions.

**Extraordinary Circumstances:**

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| **A.** Have significant impacts on public health or safety? | No | Because the closure is intended to reduce exposure to documented conditions which, absent an active manage of the golf course, would be hazardous to the public. Gates preserve authorized administrative and law-enforcement access. |
| **B.** Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands; floodplains; national monuments; migratory birds; and other ecologically significant or critical areas? | No | This closure would not have any impact on natural resources or geographic characteristics. During the time of the closure public access to the area will be restricted. Any action to address resource conditions would be subject to future planning and compliance. |
| **C.** Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks? | No | This closure would not have uncertain or potentially significant effects or involve unique or unknown risks because access controls, driven-post installation, and continued mowing involve familiar activities with known effects. |
| **D.** Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? | No | The closure addresses current conditions and does not select a future land use or authorize future development or other actions. |
| **E.** Have a direct relationship to other actions that implicate potentially significant environmental effects? | No | The closure responds to cessation of golf operations and existing hazards but performs its safety function without future construction. Separate repair or redevelopment proposals are not authorized by this action. |
| **F.** Have significant impacts on properties listed, or eligible for listing, on the National Register of Historic Places as determined by the bureau? | No | The NPS has determined that the closure has no potential to cause effects on historic properties. |
| **G.** Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species or have | No | The proposed closure would entail no vegetation removal, wetland disturbance, or shoreline work. To the extent that listed species or their habitat |

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| significant impacts on designated Critical Habitat for these species? | | are present at East Potomac Park, the closure would not adversely affect these resources. |
| **H.** Significantly limit access to and ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sacred sites? | No | The proposed closure would not limit access to any known sites or ceremonial use. There are no known sacred sites or ceremonial uses and ground disturbance would be minimal and located in previously disturbed areas. |
| **I.** Contribute to potentially significant effects resulting from the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or from other actions that promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act)? | No | The proposed closure would not result in or contribute to significant effects from the introduction, continued existence or spread of noxious or non-native invasive species. NPS will continue to manage noxious weeds via mechanical treatment and herbicide application. |

**Decision: I find that the action fits within the categorical exclusion(s) above. Therefore, I am categorically excluding the described project from further NEPA analysis. No extraordinary circumstances apply.**

**Superintendent Signature:** Kevin J. Griess 2026.11.13 16:41:31 -05'00' **Date:** ______________________

Kevin Griess

*Generated from PEPC.nps.gov on 2026-11-13 09:32 AM MT*
*(note that manual edits may have occurred after the print form was generated).*