**National Park Service**
**U.S. Department of the Interior**

**National Mall and Memorial Parks**

# ASSESSMENT OF ACTIONS HAVING AN EFFECT ON HISTORIC PROPERTIES

## A. DESCRIPTION OF UNDERTAKING

**1. Park:** National Mall and Memorial Parks

**2. Project Description:**

**Project Name:** Temporary Closure of East Potomac Park South of Buckeye Drive
**Prepared by:** Jason Theuer **Date Prepared:** 11/13/2026 **Telephone:** 202-619-7273
**PEPC Project Number:** 139671
**Locations:**
**County, State:** District of Columbia, DC
**Describe project:**
The National Park Service (NPS) will temporarily close to public access and use all federal parkland administered by the National Mall and Memorial Parks within East Potomac Park south of Buckeye Drive, SW, including East Potomac Golf Course.

The closure will take effect at 9:00 pm, November 15, 2026.

Pursuant to 36 C.F.R. § 1.5(a), the NPS will temporarily close to public access and use all federal parkland administered by the National Mall and Memorial Parks within East Potomac Park south of Buckeye Drive, SW, including East Potomac Golf Course. The closure will take effect on November 15, 2026, and will remain in effect until modified or rescinded by the Superintendent. Violation of the closure is prohibited under 36 C.F.R. § 1.5(f).

The closure boundary will be delineated by signs, gates, barricades, fencing, or other physical controls at Buckeye Drive and at any other access point the NPS determines appropriate. A map depicting the closure area will be maintained as an enclosure to this Record of Determination. The closure does not apply to NPS employees, United States Park Police (USPP) or emergency personnel, contractors, or other persons authorized by the Superintendent or designee when acting within the scope of their duties or authorization.

PARK AND ROAD CLOSURE RESTRICTIONS
The following NPS-administered areas will be subject to temporary public access restrictions at 9:00 pm, November 15, 2026, and will remain in effect until modified or rescinded by the Superintendent. The closure area includes all parkland and public-use facilities south of Buckeye Drive, SW, including, but not limited to:
- Ohio Drive, SW (south of Buckeye Drive, SW)
- Trails and multi-use paths within the closure area
- The East Potomac Park seawall and seawall promenade
- Fishing areas along the Potomac River and Washington Channel seawall within the closure area
- Hains Point, including picnic areas, playgrounds, and associated open space
- East Potomac Park Golf Course and Miniature Golf Course (including parking lots)
- East Potomac Park bathrooms located south of Buckeye Drive, SW
- East Potomac Dock - Wharf Jitney

JUSTIFICATION FOR PARK AND ROAD CLOSURES
On December 30, 2025, the Department of the Interior terminated National Links Trusts lease for the three NPS-administered golf courses in the District of Columbia. National Links Trust, through its management company, continued to operate the courses temporarily on a holdover basis. On October 28, 2026, the NPS entered into a new lease with National Links Trust

for the Rock Creek Golf Course and the Langston Golf Course. Under the terms of the new lease on or before November 15, 2026, National Links Trust will cease operations at East Potomac Golf Course. At that time, the NPS will temporarily close East Potomac Park south of Buckeye Drive, SW, including East Potomac Golf Course, to public use.

Closure of East Potomac Park south of Buckeye Drive is necessary because, following the cessation of golf operations by National Links Trust, the NPS will not have the operational capacity to manage the area as a golf course or safely accommodate unrestricted public use. Continued public access without adequate staffing, security, and oversight would create significant risk to public health and safety; increase the potential for natural and cultural resource damage, including damage to historic structures such as the clubhouse and miniature golf course; interfere with the NPSs implementation of its management responsibilities; and create a risk of visitor-use conflicts. A temporary closure will protect park resources, reduce safety risks, and prevent incompatible uses. Areas North of Buckeye remain accessible for NPS and USPP necessary operations.

Recent NPS inspections document that the golf courses buildings and grounds present numerous safety concerns due to their poor condition. The NPSs May 2026 East Potomac Park Condition Assessment recorded 110 deficiencies at East Potomac Golf Course, 69 of which were rated Critical or Urgent. None of the 15 golf course assets surveyed was rated in good condition: the clubhouse interior, driving range building, driving range, and parking lot trees were rated Critical; the clubhouse exterior was rated Poor and potentially Critical pending structural engineering review; and nine other assets, including the parking lot, paved cart paths, maintenance compound, and a retaining wall at the putting green, were rated Poor. The fire and life safety inspection alone identified 84 findings (11 Urgent and 52 Critical), 67 of them in the clubhouse. The assessment found that the driving range buildings deteriorated structural components, spongy flooring, rotten railings, and water-damaged framing 'may create significant fall, collapse, and injury hazards to visitors and staff,' and that the leaning retaining wall at the putting green 'may be at risk of partial or complete failure.' The deficiencies were rated as Critical or Urgent with on-site supervision (Golf Course Operator) to monitor safety conditions, effect emergent repairs, report fire, flooding, or electrical issues, and adjust visitor access away from structurally deteriorated areas. If left unattended without this supervision, several of these issues move from Critical / Urgent, to hazardous, e.g. structurally damaged driving range, adjacent buildings, unreported fire hazards, uncontrolled access to legacy maintenance areas).

These conditions are part of an escalating trend. A 2016-2017 concession condition assessment identified approximately $6.1 million in reconstruction of the courses cart paths, tee boxes, driving range, sand bunkers, and perimeter fencing, all ranked critical and scheduled for 2017. The 2019 Historic Structure Report for the East Potomac Field House (clubhouse) documented basement wall cracks larger than one inch and identified a foundation corner in poor condition as 'a critical concern.'

The East Potomac Park seawall and adjacent walkways are also in deteriorated and hazardous condition. The seawall has settled and has been compromised, resulting in overtopping during normal tidal cycles, poor drainage, erosion and loss of fill material, voids and depressions adjacent to the shoreline, damaged or collapsed sidewalk areas, and impacts to park vegetation and infrastructure. NPS condition assessments have documented more than 80 additional holes and depressions posing hazards to park visitors, as well as areas requiring fencing for visitor safety. A 2019 NPS seawall project scoping assessment found that the 18,807-foot (3.56-mile) East Potomac Park seawall 'is severely deteriorated in all areas and has failed in some,' that damage is 'perhaps most severe at Hains Point,' and that '[t]he entirety of the perimeter walkway at East Potomac Park is a safety hazard for visitors and staff as it is variously uneven, unsupported, damaged, collapsed or underwater.' A 2011 engineering survey of 412 fifty-foot seawall segments rated 41 percent of the walkway-side segments as requiring rehabilitation and 21 segments as in imminent need of rehabilitation, and measured voids of 6 to 27 inches beneath the sidewalk at the back of the wall. The NPSs 2023 Cultural Landscapes Inventory reports that the promenade now lies only about one foot above average high tide and is covered by flood waters more than thirty times per year, compared with about six times per year in the 1950s.

The absence of a daily golf course operator providing daily supervision, visitor control, maintenance, and emergency reporting and response within the golf course and associated lands; combined with the above listed environmental and infrastructure factors create a hazardous and significant risk to the public. The unsupervised, uncontrolled, and open access to areas of safety concerns creates an unacceptable risk that the NPS must mitigate through temporary closure and access control.

DETERMINATION UNDER 36 C.F.R. § 1.5(b).
This temporary closure is necessary to mitigate the outlined emergent significant risks to public health and safety, avoidance of conflicts among visitor use activities, protection of natural and cultural resources and federal property, and implementation of NPS management responsibilities. The closure responds to the cessation of golf operations; the absence of an authorized operator or sufficient NPS capacity to supervise golf play and avoid conflict among visitor user groups; the NPSs present inability to safely manage the site for public use; the documented hazardous condition of golf course buildings, facilities, and grounds; and documented hazardous shoreline and walkway conditions.

The closure is limited geographically to East Potomac Park south of Buckeye Drive, SW, and will be reviewed at least annually. NPS is currently considering projects to remedy the hazardous conditions. Implementation of such projects, after compliance with all applicable laws and regulations, could lead to a modification or lifting of the closure. Other portions of East Potomac Park and other parklands and recreational areas administered by National Mall and Memorial Parks and other nearby NPS units, including the National Mall, the Tidal Basin, Anacostia Park, Rock Creek Park, George Washington Memorial Parkway, and Chesapeake and Ohio Canal National Historic Park, will remain available except where separately closed or restricted, including the Rock Creek and Langston Golf Courses Recreational fishing and baseball fields are available along Ohio Drive to the Northwest (West Potomac Park). NPS will actively explore opening other park areas for expanded access or recreational opportunities.

**Area of potential effects (as defined in 36 CFR 800.16[d])**
The APE is limited to East Potomac Park and the lands south of Buckeye Drive, encompassing all of Hains Point.

**3. Has the area of potential effects been surveyed to identify historic properties?**

____ **No**
_X_ **Yes**

**Source or reference:** East and West Potomac Parks NR Nomination 01000271 (1973, updated 2001)
East Potomac Park Cultural Landscape Inventory (2017, 2023)
NCR Administrative History (2008)

**4. Potentially Affected Resource(s):**

**Archeological Resources Present:** No

**Archeological Resources Notes:** Ground disturbance is limited to driving of fence posts into previously disturbed areas.

**Historical Structures/Resources Present:** Yes

**Property Name:** East Potomac Park Miniature Golf Course **LCS:** 626927 **Asset:** x1

**Property Name:** East Potomac Golf Course - Clubhouse - Res. 333 **LCS:** 46854 **Asset:** 333
**Location:** Reservation 333, Hains Point, Ohio Drive SW

**Property Name:** East Potomac Park Mission 66 Comfort Station **LCS:**
**Location:** Reservation 333, Hains Point, Ohio Drive SW

**Property Name:** Ohio Drive, SW **LCS:**
**Location:** Reservation 332 and 333; Perimeter road along East and West Potomac Parks; SW Washington DC

**Property Name:** East Potomac Park Miniature Golf Course - Building **LCS:** 627026 **Asset:** x2
**Location:** Reservation 333, Hains Point, Ohio Drive SW

**Property Name:** East Potomac Park - Police Substation- Res. 333 **LCS:** 46860 **Asset:** 333
**Location:** Reservation 333, Hains Point, Ohio Drive SW

**Cultural Landscapes Present:** Yes

**Property Name:** East Potomac Golf Course **LCS:**
**Location:** Reservation 333, Hains Point, Ohio Drive SW

**Property Name:** Landscape Developments Modernist Era improvements including the Beautification Program **LCS:**

**Property Name:** Landscape Developments OPBG/ OPPBG Era **LCS:**

**Property Name:** East Potomac Park, Reservation 333 **LCS:**
**Location:** Reservation 333, East Potomac Park, Hains Point, Ohio Drive SW

**Property Name:** Landscape Developments: US Army Corps of Engineers **LCS:**

**Ethnographic Resources Present:** Yes

**5. The proposed action will: (check as many as apply)**

No Destroy, remove, or alter features/elements from a historic structure

No Replace historic features/elements in kind

No Add non-historic features/elements to a historic structure

No Alter or remove features/elements of a historic setting or environment (inc. terrain)

No Add non-historic features/elements (inc. visual, audible, or atmospheric) to a historic setting or cultural landscape

No Disturb, destroy, or make archeological resources inaccessible

No Disturb, destroy, or make ethnographic resources inaccessible>

No Potentially affect presently unidentified cultural resources

No Begin or contribute to deterioration of historic features, terrain, setting, landscape elements, or archeological or ethnographic resources

___ Involve a real property transaction (exchange, sale, or lease of land or structures)

___ Other (please specify): ________________________________________

**6. Supporting Study Data:**
**(Attach if feasible; if action is in a plan, EA or EIS, give name and project or page number.)**

**B. REVIEWS BY CULTURAL RESOURCE SPECIALISTS**

The park 106 coordinator requested review by the park's cultural resource specialist/advisors as indicated by check-off boxes or as follows:

---

**No Reviews From**: Curator, Archeologist, Historical Architect, Historian, 106 Advisor, Other Advisor, Anthropologist, Historical Landscape Architect

---

**C. PARK SECTION 106 COORDINATOR'S REVIEW AND RECOMMENDATIONS**

**1. Assessment of Effect:**

__X__ No Potential to Cause Effects
_____ No Historic Properties Affected
_____ No Adverse Effect
_____ Adverse Effect

**2. Documentation Method:**

**[ ] Memo to Project File**
The above action meets all of the requirements of this Program Comment for Section 106 compliance and required documents have been uploaded.

**3. Consultation Information**

**SHPO Required:**
**SHPO Sent:**
**SHPO Received:**

**THPO Required:**
**THPO Sent:**
**THPO Received:**

**SHPO/THPO Notes:**

**Advisory Council Participating:** No
**Advisory Council Notes:**

N/A

**4. Stipulations and Conditions:**

N/A

**5. Mitigations/Treatment Measures:** Measures to prevent or minimize loss or impairment of historic/prehistoric properties: (Remember that setting, location, and use may be relevant.)

No Assessment of Effect mitigations identified.

**6. Assessment of Effect Notes:**

The undertaking temporarily restricts public access to EAPO south of Buckeye Drive to address documented safety and management conditions; it does not authorize redevelopment, demolition, construction, or permanent conversion of the historic recreational landscape. Access controls will include less than 400 linear feet of additional chain-link fencing extending existing fencing along Buckeye Drive to the waters edge. The extension will match the existing fences materials, will not interrupt significant views, and will meet the seawall railing without alteration or damage to historic features. Driven posts will be installed within previously disturbed locations where NPS has established that archeological resources are absent, and no vegetation removal is required. These installation characteristics limit physical disturbance and maintain the existing visual character of the access-control boundary.

Operations at the golf course will cease as there is currently no golf course operator. The closure temporarily interrupts public recreation associated with documented historic use in the area, while retaining the landscape and facilities for future management decisions. Although the ethnographic study identifies fishing as a supplemental household subsistence activity,

fishing opportunities with similar shoreline conditions and transportation access will remain available immediately north of Buckeye Drive along both the Potomac River and Washington Channel. The contributing Mission 66 comfort station was already closed for safety reasons before this undertaking; the closure therefore introduces no additional loss of public access to that facility. Historic buildings will be secured through locking doors, protecting openings against rodent intrusion, and addressing utilities, with no damage to or alteration of historic fabric or materials.

### D. RECOMMENDED BY PARK SECTION 106 COORDINATOR:

**Compliance Specialist:** Jason G. Theuer, NAMA Chief of Resource Management, signed for:

**NHPA Specialist**
Daniel Weldon

JASON THEUER Digitally signed by JASON THEUER
Date: 2026.11.13 15:09:04 -05'00'

**Date:** ______________________

### E. SUPERINTENDENT'S APPROVAL

The proposed work conforms to the NPS *Management Policies* and *Cultural Resource Management Guideline*, and I have reviewed and approve the recommendations, stipulations, or conditions noted in Section C of this form.

**Signature**

**Superintendent:** Kevin T. Griess 2026.11.13 16:42:45 -05'00' **Date:** ______________________

Kevin Griess

*Generated from PEPC.nps.gov on 2026-11-13 09:36 AM MT*
*(note that manual edits may have occurred after the print form was generated).*