**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**<u>DEFENDANTS' NOTICE OF COMPLIANCE WITH PRESERVATION ORDER FILED UNDER SEAL</u>**

On November 10, 2026, the Court entered a Preservation Order, Dkt. No. 148. Under Section 2.d., the Court ordered Defendants and the U.S. Department of Justic (the "Government") to "file with the Court a notice identifying, by name and title, each confirmed Custodian to whom this Order has been distributed, and the date on which each such Custodian received it." Preservation Order 3, Dkt. 148. The Court also ordered the Government to "identify, by name and title, each Custodian who received any prior litigation hold notice or preservation directive issued in connection with this matter, the date of each such notice, and the date on which each Custodian received it." *Id.* The Court permitted this notice to be filed under seal. *Id.*

Without waiving any argument that the Court's Preservation Order is overbroad, unduly burdensome, beyond the scope of what is necessary in litigation under the Administrative Procedure Act, or otherwise without basis, and preserving all objections, attached as Exhibits 1-3 is the information the Court Ordered to be filed.

Respectfully submitted this 16th of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**ROBERT STANDER**
Deputy Assistant Attorney General

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to the U.S. District Court for the District of Columbia's procedures for E-Filing Sealed Documents in Non-Sealed Civil Cases, I, Michael K. Robertson, counsel for Defendants certify that on November 16, 2026, I filed the enclosed Notice and attachments under seal and will cause them to be served on Plaintiffs by electronic mail.

*/s/ Michael K. Robertson*

Michael K. Robertson

| **<u>Preservation Order: Department of Justice Personnel</u>** | | |
|---|---|---|
| **Name** | **Title** | **Date Received** |
| [redacted] | | |

**Preservation Order: Department of Justice Personnel**

[redacted]

**Preservation Order: Department of Justice Personnel**

[redacted]

| Preservation Order: Department of the Interior Personnel and Contractors | | |
|---|---|---|
| **Name** | **Title** | **Date Received** |
| [redacted] | | |

**<u>Preservation Order: Department of the Interior Personnel and Contractors</u>**

[redacted]

**Preservation Order: Department of the Interior Personnel and Contractors**

[redacted]

**Preservation Order: Department of the Interior Personnel and Contractors**

[redacted]

**Preservation Order: Department of the Interior Personnel and Contractors**

[redacted]

**Preservation Order: Department of the Interior Personnel and Contractors**

[redacted]

| **Name** | **Title** | **Date Previous Litigation Hold Received** |
|---|---|---|
| [redacted] | | |

| **Name** | **Title** | **Date Previous Litigation Hold Received** |
|---|---|---|
| [redacted] | | |

| **Name** | **Title** | **Date Previous Litigation Hold Received** |
| --- | --- | --- |
| [redacted] | | |

| **Name** | **Title** | **Date Previous Litigation Hold Received** |
|---|---|---|
| [redacted] | | |

| **Name** | **Title** | **Date Previous Litigation Hold Received** |
|---|---|---|
| [redacted] | | |