**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-477-ACR |

**NOTICE OF WITHDRAWAL**

The undersigned counsel, Robert N. Stander, respectfully withdraws as counsel for the Federal Defendants in this case due to his departure from the U.S. Department of Justice. The Federal Defendants will continue to be represented by counsel of record listed on the docket.

Submitted this 17th day of November, 2026.

*/s/ Robert N. Stander*

ROBERT N. STANDER
*Deputy Assistant Attorney General*
U.S. Department of Justice
Energy & Natural Resources Division
950 Pennsylvania Ave. NW
Washington, DC 20530
(202) 717-7067
robert.stander@usdoj.gov

*Attorney for Federal Defendants*