**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**<u>DEFENDANTS' NOTICE</u>**

On November 14, 2026, the Court entered a Temporary Restraining Order. Dkt. No. 159.

As a part of that Order, the Court ordered:

> [i]f an imminent threat to public safety requires closure of any part of the Course or any part of East Potomac Park south of Buckeye Drive SW, or requires any restriction of public access to any part of the Course or any part of East Potomac Park south of Buckeye Drive SW, Defendants may close or restrict the area immediately surrounding the hazard without advance notice to the Court, but with written notice to the Court and Plaintiffs within 24 hours of initiating any closure or access restriction. Such notice shall contain a description of the public safety threat, the scope and duration of the closure or restriction, and an explanation of the need for the closure or restriction. Such notice shall include a sworn declaration from a senior National Park Service employee attesting to the threat and the need for the taken action to address it[.]

*Id.* 29.

Consistent with the Court's Order, Defendants hereby provide notice of the following closures or restrictions:

I. Section of Ohio Drive.

(1) *Description of the Public Safety Threat*. There was an open manhole on Ohio Drive within East Potomac Park south of Buckey Drive SW.

(2) *Scope and Duration of Closure or Restriction*. The closure was limited to a small section of roadway around the manhole and lasted for approximately four hours on November 16, 2026.

(3) *Explanation of the Need for the Closure or Restriction*. Utility company PEPCO was performing utility work pursuant to a special use permit.

II. The Field House (Clubhouse)

(1) *Description of the Public Safety Threat.* National Links Trust is removing its property and equipment from the Field House. Public access will be restricted within the Field House to ensure that activity can be conducted safely.

(2) *Scope and Duration of Closure or Restriction*. Access to public areas within the Field House was restricted beginning on November 16, 2026, and will continue for the duration it takes NLT to safely remove their property and equipment.

(3) *Explanation of the Need for the Closure or Restriction*. Temporarily restricting access allows NLT to remove its property and equipment from the Field House without interference. Allowing members of the public to be present in the Field House while NLT is removing its property and equipment would pose an unnecessary risk of personal injury.

III. Driving Range Facility

(1) *Description of the Public Safety Threat*. NPS understands that NLT will also be removing its property and equipment from the Driving Range Facility. The NPS

intends to restrict public access to the Driving Range Facility through partial temporary closures to ensure that activity can be conducted safely. The NPS will also continue to assess safety concerns presented by the upper floor of the Driving Range Facility and determine whether additional partial closures are necessary.

(2) *Scope and Duration of Closure or Restriction*. The Driving Range Facility will remain open, with the limited exception that it would be subject to partial temporary closures while NLT is removing its property and equipment. The upper floor was restricted for approximately 24 hours beginning in the afternoon of November 16 out of potential safety concerns. The lower floor, however, remained open. The upper floor was reopened on November 17 while the NPS continues to assess safety concerns.

(3) *Explanation of the Need for the Closure or Restriction*. Temporarily restricting access allows NLT to remove its property and equipment from the Driving Range Facility without interference. Allowing members of the public to be present in the entire Driving Range Facility while NLT is removing its property and equipment would pose an unnecessary risk of personal injury.

This notice is supported by the Declaration of Dr. Kevin Griess, Superintendent of National Mall and Memorial Parks, National Park Service, attached as Exhibit 1.

In accordance with the Court's Temporary Restraining Order, the above closures or restrictions do not otherwise restrict or exclude the public from East Potomac Park south of Buckeye Drive SW or the East Potomac Golf Course and those areas remain open to the public. *See* Order 28-29, Dkt. 159. In accordance with the Court's Amended Order, Dkt. No. 143, the above closures or restrictions are not anticipated to result in any damage to any trees or result in

any irreversible modifications to any forms or features within East Potomac Park southeast of Buckeye Drive SW. *See* Am. Order 1-2, Dkt. No. 143.

Respectfully submitted this 17th of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW BLOCK**
Senior Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*