**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC Preservation League, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-00477 |

**SUPPLEMENTAL DECLARATION OF DR. KEVIN GRIESS,
SUPERINTENDENT OF NATIONAL MALL AND MEMORIAL PARKS,
NATIONAL PARK SERVICE**

**I, Kevin Griess, Ph.D., declare as follows:**

1. I am the Superintendent of National Mall and Memorial Parks (NAMA), a unit of the National Park System, and have been in that position since December 2024. Prior to that time, I was employed by the U.S. Army as the Deputy Garrison Commander at Fort Bragg in North Carolina. In that role, I was a military City Manager, responsible for all municipal operations for a military city of 135,000.
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I would testify competently thereto.
3. In my current position I manage and oversee the management, preservation, and protection of over 1,000 acres of federal parkland in Washington, D.C., including the National Mall's iconic monuments and memorials and East Potomac Park. The East Potomac Golf Course (Golf Course) is within East Potomac Park.
4. My declaration supplements my declarations filed previously in this matter.

5. I have received a copy of, and have reviewed, the Court's November 9, 2026, Amended Order, ECF No. 143, and the Court's November 14, 2026, Order, ECF No. 159.

6. National Links Trust (NLT) retains administrative control over the East Potomac Park Main Field House (Clubhouse), which houses their administrative offices and personal property, and will do so until their property on site is inventoried and removed. Much of the building was already closed to the public and was used exclusively by NLT for administrative purposes. On November 16, 2026, the NLT closed to public access the areas of the Clubhouse that were previously open to the public. NLT is currently inventorying their property and storing property in this building. NLT has closed the previously open areas of the building to the public to safeguard NLT's personal property on site, such as food-services equipment, until it can be removed from the building. This moving process will likely take several weeks and is incompatible with public access to and use of the building and will require restricting public access during this time to prevent potential personal injury while property and equipment are moved out of the building.

7. In addition, the NPS anticipates that it will need to close areas of the East Potomac Driving Range periodically over the coming weeks to allow NLT to move NLT-owned (or leased) personal property out of this facility. In the afternoon on November 16, access to the upper floor of the driving range facility was briefly restricted because of safety concerns. The lower floor remained open during this time. The upper floor was reopened on November 17. The NPS continues to assess whether the upper floor should be closed for safety reasons.

8. In addition, on November 16, 2026, Pepco, an electric utility company, instituted a short-term partial closure of one lane on Ohio Drive, SW, in order to enable Pepco to complete

manhole inspections in the area immediately adjacent to the road. Pepco conducted these inspections pursuant to an existing special use permit issued to Pepco by the NPS on March 30, 2023. A copy of Pepco's permit is attached as Exhibit A.

9. As part of these inspections, Pepco contractors and subcontractors visually inspected manholes and wiring connected to streetlights. These inspections were required to prevent public safety risks, including potential damage to electrical equipment and wiring caused by standing water inside the manholes, which could result in electrical short circuits and power outages affecting all connected streetlights. The inspections also allowed the crew to assess the overall condition of the manholes, electrical connections, wiring, and related equipment; identify any deterioration, damage, or other potential safety hazards; and determine whether maintenance or repairs were necessary to ensure the continued safe and reliable operation of the street lighting system.

10. This partial closure lasted for four hours. Based on reports from my staff, no damage to trees occurred, and no irreversible modification occurred to any forms or features of the Park.

11. While I am not currently aware of any specific planned recurrences of these inspections or any closures associated with future Pepco maintenance of its utility infrastructure within East Potomac Park, Pepco may carry out similar work or other utility maintenance activities within the scope of its special use permit in the future.

12. In addition, the District of Columbia Water and Sewer Authority (DC Water), a public water authority, holds an existing special use permit issued by the NPS in 2023. This permit authorizes non-invasive inspection and maintenance work on existing utility infrastructure, including "Internal inspections that occur within existing pipes and structures (e.g. catch

basins/inlets, pipelines, manholes, valve casings, pump stations, odor control facilities, and other water and sewer structures)"; "Cleaning within existing pipelines (e.g. jetting)"; and "Short-term maintenance within existing pump stations and odor facilities not involving changes to exterior of structures." A copy of DC Water's permit is attached as Exhibit B.

13. While I am not currently aware of any specific planned occurrences of work to be carried out by DC Water pursuant to this permit, DC Water may carry out such utility maintenance work in the future.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 17, 2026.

2026.11.17
19:44:16
-05'00'

Kevin Griess, Ph.D.

# Exhibit A

NPS Form 10-114 (Rev. 03/2022)
National Park Service

# SPECIAL USE PERMIT

**National Mall and Memorial Parks**
900 Ohio Drive, SW
Washington, DC, 20024
(202)805-0673
Jeffrey_Curtis@nps.gov

| | |
|---|---|
| Permittee name: | SARA LACEY Ben Jessup as of 4/10/24 |
| Company/Organization: | PEPCO |
| Street address: | 701 9TH ST NW |
| City: | WASHINGTON |
| State: | DC |
| Country: | USA |
| Zip code: | 20001 |
| Mobile phone number: | 202-306-5660 |
| Fax number: | NA |
| Email address: | SBISHOP@PEPCOHOLDINGS.COM bsjessup@pepcoholdings.com as of 4/10/24 |

**Park alpha code:** NAMA

**Permit #** NCR-NAMA-5700-2023-05

**Type of use:**
☐ Special event
☐ Filming or still photography
☐ Demonstration, sale or distribution of printed matter, etc.
☐ Agricultural or grazing
☒ Other: See Below

**NEPA compliance:**
☐ Categorically excluded
☐ EA/FONSI
☐ EIS
☒ PEPC # 98237
☐ Other ____

**Authorizing legislation or other authority:**
☐ 54 U.S.C. § 100101
☐ 54 U.S.C. § 100751(a)
☐ 54 U.S.C. § 103104
☐ 54 U.S.C. § 100905 (still photography)
☒ Other authority: 16 U.S.C. §§ 1-4
☐ Park-specific legislation:

Permittee is hereby authorized to use the following described land or facilities in National Mall and Memorial Parks:
All PEPCO LINES AND MANHOLES WITHIN NAMA ADMINISTRATIVE BOUNDARIES.

**The area must be restored to its original condition at the end of the permit.**

The permit begins at 3/30/2023 (mm/dd/yyyy). The permit expires at 3/30/2028(mm/dd/yyyy).

SUMMARY OF PERMITTED ACTIVITY: (see attached sheets for additional information and conditions)

- This permit is to access all Utility Manhole entry points for PEPCO Lines on National Park Service property.
- Permit holder is responsible for contacting NAMA NPS headquarters and Permit Specialist to provide information on work conducted under this permit.
- All work and occupancy must comply with National Park Service regulations and statutes, as well as the attachments to this permit.
- Violations will result in a stop work order and may result in revocation of this permit.
- Emergency No Parking and Reserved Parking signs must be posted
- If street, alley, or sidewalk closures are involved, approved TCP is part of this permit and must be on site at all time and visible from public space.
- The contractor will follow The Manual on Uniform Traffic Control (MUTCD) for all of their lanes closures.
- Activities may not block transit sites such as bus or metro stops, and must not occupy loading zones or driveways.
- No crossing of sidewalk with trucks unless permission is granted and noted on TCP.
- Only registered commercial vehicles directly needed for construction are permitted to be parked in the area defined by this Permit when applicable.
- Permit holder is responsible for ALL damages to public space as a result of work under this permit.
- Permit holder is responsible for obtaining additional permits required by statute or regulation.
- This permit is revocable at any time and at the discretion of NPS.

- This permit must be ON SITE at all times and VISIBLE from public space.
- Person(s) who post signs that are unauthorized are subject to a fine of 100 dollars per day.
- Trash containers may be placed in curb area if needed, and all trash must be removed at conclusion of work from the site.
- NPS trash cans CANNOT be utilized for disposal of work site or PEPCO employee generated trash at any time.
- This permit is not valid until the effective and issuance date on this permit.
- If Work Involves Access to **Sensitive Areas/Memorials**, permittee must notify NPS Park Contacts 10 business days prior to scheduled work to allow time for coordination with Park Police for sweeps or other security measures as needed.
- **If activities involve anything beyond access to entry points and ROUTINE MAINTENANCE**, permittee MUST apply for a separate construction permit by contacting the NPS Park Contacts listed on Page 2 of this Permit. This applies if the staging cannot be achieved using a typical TCP or if access by trucks or machinery is required over grassy areas.

Person on site responsible for adherence to the terms and conditions of the permit (include contact information)
Sara Lacey (Tel: 202-872-2977, E-mail: sbishop@pepcoholdings.com)

Authorizing legislation or other authority
54 USC 100101; 54 USC 100751 (a); 54 USC 103104
NEPA Compliance:

| | | | |
|---|---|---|---|
| Application fee | Received ____ | Not Required __X__ | Amount $ 250.00 |
| Performance bond | Received ____ | Not Required __X__ | Amount $ ____________ |
| Liability insurance | Received ____ | Not Required ____ | Amount $ ____________ |
| Cost recovery | Received ____ | Not Required __X__ | Amount $ ____________ |
| Location fee | Received ____ | Required ____ | Amount $ ____________ |
| Other authorized fee | Received ____ | Required ____ | Amount $ ____________ |

Issuance of the permit is subject to the below-listed general and park-specific terms and conditions. The undersigned hereby accepts this permit subject to those terms and conditions and agrees to be bound by them.

James Holley Jr. | Mgr Subst & Services (TUG) | 03/10/2023
Permittee signature | Title: | Date:

JEFFREY REINBOLD Digitally signed by JEFFREY REINBOLD Date: 2023.05.08 17:34:59 -04'00' | Superintendent | 05/08/2023
Authorizing NPS official | Title: | Date:

**CONTACT AND NOTIFICATION PROCESS:**

| CONTACT | PHONE DESK | EMAIL | REQUIREMENTS |
|---|---|---|---|
| Yue Li | | Yue_Li@nps.gov | Email and Phone this contact 48 hours prior to accessing the manhole with the following data: location (lat, long), date and time when access will take place, site contact for access if it differs from contacts on this permit, and TCP Layout. |
| PERMITS DIVISION FRONT DESK | (202) 245-4715 | NA | If a confirmative response is not received from the first two contacts on this list, call the Permits Division Front Desk to provide the following data: location (lat, long), date and time when access will take place, site contact for access if it differs from contacts on this permit, TCP Layout. Reference the above contacts and the permit # NCR-NAMA-5700-2019-39 |
| SENSITIVE AREAS - ICONS | | | If Work Involves Access to Sensitive Areas/Parks, pre- arrangements with Park Police for sweeps or other security measures must be pursued:<br>Sgt. Mark Phelan; Mark_Phelan@nps.gov<br>US Park Police Icon Protection Unit<br>Office: 202-426-6710 |
| | | | Cell: 202-510-2999 |
| PARKING AND ROAD CLOSURES | | | For Parking/Road Closures on NPS Roads:<br>Lt. David Evans and Sgt. Brian Humbertson<br>Brian_humbertson@nps.gov (202-914-2278) |

IF PERMIT ACTIVITY REQUIRES ROAD CLOSURES, OR ACCESS TO SENSITIVE AREAS, CONTACT THE NPS POC
NPS POC will then coordinate with Park Police.

If Work Involves Access to Sensitive Areas/Parks, pre-arrangements with Park Police for sweeps or other security measures must be pursued:
Sgt. Jason Omo, Jason_Omo@nps.gov, Cell: 202-567-9883

For Parking/Road Closures on NPS Roads:
Brian_humbertson@nps.gov (202-914-2278)

## CONDITIONS OF THIS PERMIT

Failure to comply with any of the terms and conditions of this permit may result in the immediate suspension or revocation of the permit. [36 CFR 1.6(h)]

1. The permittee is prohibited from giving false information; to do so will be considered a breach of conditions and be grounds for revocation: [36 CFR 2.32(a)(3)].

2. This permit may not be transferred or assigned without the prior written consent of the Superintendent.

3. The permittee shall exercise this privilege subject to the supervision of the Superintendent or designee, and shall comply with all applicable Federal, State, county and municipal laws, ordinances, regulations, codes, and the terms and conditions of this permit. Failure to do so may result in the immediate suspension of the permitted activity or the revocation of the permit. All costs associated with clean up or damage repairs in conjunction with a revoked permit will be the responsibility of the permittee.

4. The permittee is responsible for making all necessary contacts and arrangements with other Federal, State, and local agencies to secure required inspections, permits, licenses, etc.

5. The park area associated with this permit will remain open and available to the public during park visiting hours. This permit does not guarantee exclusive use of an area. Permit activities will not unduly interfere with other park visitors' use and enjoyment of the area.

6. This permit may be revoked at the discretion of the Superintendent upon 24 hours notice.

7. This permit may be revoked without notice if damage to resources or facilities occurs or is threatened, notwithstanding any other term or condition of the permit to the contrary.

8. This permit is made upon the express condition that the United States, its agents and employees shall be free from all liabilities and claims for damages and/or suits for or by reason of any injury, injuries, or death to any person or persons or property of any kind whatsoever, whether to the person or property of the Permittee, its agents or employees, or third parties, from any cause or causes whatsoever while in or upon said premises or any part thereof during the term of this permit or occasioned by any occupancy or use of said premises or any activity carried on by the Permittee in connection herewith, and the Permittee hereby covenants and agrees to indemnify, defend, save and hold harmless the United States, its agents, and employees from all liabilities, charges, expenses and costs on account of or by reason of any such injuries, deaths, liabilities, claims, suits or losses however occurring or damages growing out of the same.

9. Permittee agrees to carry general liability insurance against claims occasioned by the action or omissions of the permittee, its agents and employees in carrying out the activities and operations authorized by this permit. The policy shall be in the amount of $1,000,000 per Occurrence, $3,000,000 Aggregate and underwritten by a United States company naming the United States of America as **additional insured**. The permittee agrees to provide the Superintendent with a Certificate of Insurance with the proper endorsements prior to the effective date of the permit.

10. Permittee agrees to deposit with the park a bond in the amount of $____na_________from an authorized bonding company or in the form of cash or cash equivalent, to guarantee that all financial obligations to the park will be met.

11. Costs incurred by the park as a result of accepting and processing the application and managing and monitoring the permitted activity will be reimbursed by the permittee. Administrative costs and estimated costs for activities on site must be paid when the permit is approved. If any additional costs are incurred by the park, the permittee will be billed at the conclusion of the permit. Should the estimated costs paid exceed the actual costs incurred; the difference will be returned to the permittee.

12. The person(s) named on the permit as in charge of the permitted activity on-site must have full authority to make any decisions about the activity and must remain available at all times. He/she shall be responsible for all individuals, groups, vendors, etc. involved with the permit.

13. Nothing herein contained shall be construed as binding the Service to expend in any one fiscal year any sum in excess of appropriations made by Congress or administratively allocated for the purpose of this permit for the fiscal year, or to involve the Service in any contract or other obligation for the further expenditure of money in excess of such appropriations or allocations.

14. If any provision of this permit shall be found to be invalid or unenforceable, the remainder of this permit shall not be affected and the other provisions of this permit shall be valid and be enforced to the fullest extent permitted by law.

***Add additional park specific conditions sequentially.***

### Insurance Requirements

15. The permittee agrees to be fully responsible for the management, performance, use and safety within the park area involved in this authorization until the work is completed, inspected, and accepted. The permittee hereby agrees to accept responsibility and assume liability for any and all tort claims arising from the actions or omissions of its representatives or employees directly or indirectly connected with the work performed, the maintenance of, or the use of

this facility to the greatest extent permitted by law. To the extent that the work is performed by non-Governmental persons or organizations, the permittee shall require such persons or organizations to:

a. Procure public and employee liability insurance from responsible companies with a minimum limitation of $1,000,000 per person for any one claim and a minimum aggregate limit of $3,000,000 for any number of claims arising from any one incident. The United States of America shall be named as an additional insured on all such policies. All such policies shall specify that the insured shall have no right of subrogation against the United States for payments of any premiums or deductibles, thereunder, and such insurance policies shall be obtained by, be for the account of, and be at the insured's sole risk.

b. Pay the United States the full value of any damages to the lands or other property of the United States caused by any omission or activity in connection with this permit.

c. Indemnify, save and hold harmless and defend the United States against all fines, claims, damages, losses, judgments and expenses arising out of, or from any omission or activity in connection with this permit.

16. The permittee must furnish documented evidence of this insurance coverage. Proof of this liability coverage shall be in the form of a certificate, policy rider or binder and include the policy number, period of coverage, and a statement naming the United States Government as an additional named insured. The United States will be identified as follows:
United States of America
National Park Service
National Capital Region
National Mall & Memorial Parks
900 Ohio Drive, SW
Washington, DC 20024-2000

## Park Contact Procedure

17. All requests, correspondence, and meetings desired with the National Park Service (NPS) pertaining to this permit shall be negotiated by the permittee only. All contractors, subcontractors or consultants must channel their requests through the recognized representative of the permittee:

PEPCO
Name

CONTACT
Title

SEE COVER PAGE
Telephone Number

who, in turn, will contact the NPS.

## Pre-work NOTIFICATION/Planning/Permitting Requirements

18. Construction will be allowed from 6am to 4pm, Monday through Friday, excluding Federal holidays, unless otherwise stated in the permit. The permittee shall submit a work schedule 5 days prior to the initiation of work being performed on park land. The permittee shall notify referencing the **permit number** in an email to the NPS Park POC, 24 hours prior to starting work on park land, when the work is completed, and when the area is ready for final inspection.

19. If permit activity requires road closures or access to sensitive areas, permittee shall contact the Park NPS POC by email, with the final permit attached, at least 2 weeks in advance of the road closure. NPS POC will then coordinate with Park Police. A minimum of 5 Hours OT will be charged for any Park Police engagement for road closures.

20. The permittee shall have received all necessary permits required by outside agencies for work to be performed under this permit. The permittee shall supply the NPS with a copy of these permits before any work covered by said permits begins.

21. Before commencement of any below grade work, the permittee shall contact Miss Utility, at 1-800-257-7777, and have all below grade utilities clearly marked on the surface above.

22. All traffic management activities undertaken throughout the course of this project shall be undertaken in accordance with the "Manual of Uniform Traffic Control Devices" (MUTCD). The permittee shall provide documentation of compliance.

23. The permittee shall comply with all Federal, state, and local regulations pertaining to environmental compliance. This includes but is not limited to the Resource Conservation Recovery Act (RCRA), the Clean Water Act (CWA), the Clean Air

Act (CAA), the Oil Pollution Act (OPA) and OSHA 1910.120 (Hazwoper). The permittee must show proof of licenses (if applicable) when performing work on NPS property. The permittee shall show proof that employees are in a medical monitoring program (if applicable). The permittee shall provide the NPS written emergency response procedures and proof of a spill plan (if applicable).

24. The park, in consultation with the DC SHPO, will ensure compliance with 36 CFR §800.13. Work in the resource area shall not proceed until either a) the development and implementation of an appropriate data recovery or other recommended mitigation procedures; or b) the determination is made that the located archeological remains are not eligible for including in the National Register of Historic Places.

25. If the project disturbs more than 50 square feet of earth an approved Department of Energy and Environment (DOEE) permit will be required.

26. Permittee must have an Integrated Pest Management Plan. This plan should include at minimum a heavy-duty rat-proof container for food waste, separate from construction waste. Once straw/hay bales are finished for erosion purposes they should be removed immediately to deter rat/mouse harborage. Catch basins should be kept clean, since debris covered catchbasins can provide burrowing and habitat for rats. Fencing may trap blowing trash on both sides. The fence should be cleaned up daily

## Miscellaneous On Site Conditions/Requirements

27. The NPS reserves the right to halt any operation within its jurisdiction, in part or in whole, which is determined to be detrimental to the public interest. Work may be permitted to resume only if a proper method can be devised to prevent such damage from reoccurring.

28. Employees' personal vehicles shall not be parked on park land. Any fee parking spots utilized by the permittee for laydown or parking shall be charged cost recovery for the average revenue generated by the park per spot depending on the month. Permittee and contractor vehicles shall be kept to a minimum and shall be parked on pavement or on rigid decking such as MatraxHD or similar approved.

29. A copy of this permit, enclosures, amendments and explanatory notes shall be kept by the permittee onsite at all times and in any associated construction vehicles using NPS Roadways.

30. The permittee shall comply with all instructions issued by the United States Park Police and other official representatives of the NPS as specified by the Superintendent, National Mall & Memorial Parks.

31. This permit does not authorize the interference with any existing or proposed Federal projects which may be undertaken by the United States in the public interest.

32. Unanticipated Discoveries: In the event that a previously unidentified archeological resource is discovered during project activities, the contractor will immediately halt all ground-disturbing activities in the area of the resources and in the surrounding area where further subsurface remains can reasonably be expected to occur. The contractor will notify the park Resource Management division immediately upon discovery of previously unidentified archeological resources. The park Resource Management division, in consultation with the DC State Historic Preservation Office, will visit the site within 48 hours of such notification, inspect the work site, and determine the nature and extend of the affected archeological property and establish a resource area. Construction may then continue in the project area outside the established boundaries of the resource area.

33. If human remains are discovered during construction, the park shall immediately notify the US Park Police (USPP) and shall ensure that all ground-disturbing activities in the immediate area of the discovery ceases immediately and stays halted in accordance with the protocols established by the USPP and the District of Columbia Metropolitan Police Department. If the remains are assumed to be Native American, the Native American Graves Protection and Repatriation Act of 1990 through the implementing regulations at 43 CFR Part 10 will govern the park procedures and outcomes.

## Treatment of Waste & Other Contaminants on Site

34. All construction trash, debris, and litter left at the site shall be removed from the site daily by the permittee.

35. To reduce the chance that harmful, non-native plants or organisms will be transported from off-park locations to the work site, the contractor, prior to entering the Park, shall clean all soils, roots, seeds, and other sources of plant parts and pathogens from any equipment used for the application of grasses and all heavy equipment, such as dump trucks, front end loader, and graders, which have previously been operating off the park.

36. No waste, dusts, or erosion materials shall be allowed to enter natural or manmade water or sewer systems in or on park land by either direct or indirect action of the permittee. The spillage of deleterious substances such as engine oil, gasoline, etc. is prohibited. In the event of such an occurrence, the District of Columbia Fire Department must be called immediately, by dialing 911 emergency number, followed by a call to the National Park Service Officer-In-Charge, 202-

610-7092. Corrective action will be taken in accordance with EPA Hazardous Material Guidelines.

37. Solid Waste and Recycling Reduction, and Disposal Tracking Contractor must provide copies of the delivery of dump & recycle tickets (manifest) of the number of cubic yards pulled to CO/COR within 30 days of disposal. When feasible the contractor shall follow NPS EO 13693 (ii) diverting at least 50 percent of non-hazardous solid waste, including food and compostable material but not construction and demolition materials and debris, and pursuing opportunities for net-zero waste or additional diversion opportunities. The manifest needs to be reported to the park Environmental Compliance Program Manager by January 1 each year for the duration of the project. The park tracks this to meet the NPS EO 13693 of diverting (recycling) at least 50 % of our solid waste generated. This is reported to WASO annually.

38. All hazardous waste shall be contained and disposed of at approved disposal sites in accordance with federal, state, and local laws. All hazardous waste must; 1. minimize the generation of hazardous waste, universal waste, solid waste and miscellaneous maintenance waste to the extent feasible. 2. to the extent feasible, recycle hazardous waste, universal waste, and miscellaneous maintenance waste including, but not limited to, used oil, used oil contaminated with refrigerant, used solvents, used antifreeze, paints, used batteries, and used fluorescent lamps (including CFLs). 3. follow conditionally exempt small quantity generator (CESQG) requirements, as defined in defined in federal regulations, related to container labeling, storage, accumulation times, use of designated disposal facilities, contingency planning, training, and recordkeeping. 4. manage universal waste (i.e., it must store, label, train employees, and dispose of universal waste) in accordance with federal universal waste regulations.

39. Permittee must submit a pesticide use proposal (PUP) every year they plan on applying a pesticide on NPS property. In addition, permittee must submit the most recent label and SDS for said pesticide. The PUP must get regional and many times Washington Office approval before use is allowed on NPS property. At the end of the calendar year the applicator must also submit a pesticide use log documenting how much pesticide they used; this is due January 15th. The applicator must also submit a copy of their DC license to the Integrated Pest Management (IPM) Coordinator at NAMA. A PUP must be submitted each year to the IPM coordinator due to the evolving nature/science around pesticides.

## Natural Resource Protection Requirements

40. Park staff & contractors shall comply with the Migratory Bird Treaty Act (MBTA) [16 USC 703]. No vegetation clearing shall take place between March 15th and August 15th of each year. If an active nest is encountered before or after these dates, the nest shall be left in place until the young hatch and depart. If the removal of the vegetation can not be avoided within the restriction window, the staff or contractor must contact the Permit POC who will coordinate with Natural Resource Manager.

    a. To protect migratory birds, **tree/shrub removal and pruning should not occur between March 15 – August 15. If this can not be accommodated, a survey will be conducted to ensure that the trees/shrubs to be removed do not contain any nesting birds (eggs/nestlings).**
    b. Bald eagle: **December 15th – August 15th, 0.25 mile buffer around the nest, during breeding season, restricting vehicle/pedestrian access.**
    c. Black-crowned night heron: (which are known to nest at East Potomac Park) nesting restrictions are **April 1 – August 15, activities should be restricted within 0.25 miles of the rookery and maintain undisturbed vegetated buffer of at least 500' around rookery**.
    d. To protect bats in the area, **between June 1st and July 31st, roosting trees and a 150-foot radius buffer will have no tree removal, or other disturbance within the zone**. If this can not be accommodated a survey will be conducted to ensure that the trees to be removed are not utilized by roosting bats.

41. The critical zone of a tree shall be considered the tree's drip line, or the radius, in feet, equal to 1.5 times the diameter (dbh) in inches, of the tree, whichever is greater. When work is allowed within the zone by the NPS, the permittee will submit a tree and tree root protection plan for NPS approval before any work starts. This plan may include physical protection, root fertilization, root aeration, and root pruning. If damage occurs, permittee will perform all mitigation required by the NPS.

42. Pruning of NPS trees must be done with the approval of, and in the presence of, an official of the National Mall & Memorial Parks, NPS. All pruning must conform to the conditions in the National Arborist Association handbook "Pruning Standards for Shade Trees" as well as ANSI Standards A300 and Z-133.

43. Critical Root Zone and Turf Protection: All motorized equipment used shall be conveyed and staged on appropriate turf protection mats (Matrax Terralam, Dura-Trac, Dura Deck, MegaDeck, or approved equal). At no time shall over-the-road tires or heavy equipment be in direct contact with soil, turf, or critical root zones. Extra wide, low PSI "floatation tires" made for the purpose are exempt (e.g. golf carts, ATV's). Flooring to be installed by manually and must be installed anywhere equipment or materials are stored to reduce soil compaction and root damage. No materials may ever be stored within a CRZ. Where rigging is required on turf or hardscape, permittee shall protect turf and hardscape with four layers of Enkamat, two layers of plywood (3/4"), and 6"x6" timbers.

44. Where a wire path crosses a known road or trail, ADA compliant Yellow jacket or approved equal must be used. The trough, where it crosses turf must be place on approved decking or 2 layers of Enkamat Plus Gray. Yellow Jacket on turf will need to be moved daily so that no area of turf is under it for more than 24 hours.

45. As wet conditions develop either with rainfall, snow melt, or frost melt, activities on turf must be suspended until conditions allow for work to continue. Signs of mud staining, footprinting, or when there is rainfall in excess of .25", will trigger a cessation of work and coordination with the NPS to determine the best way forward given current conditions, forecasted conditions, and deadlines. Tear down may be delayed later than planned should that help prevent weather related damage.

## Site Restoration Requirements

46. On or before the date this permit expires or the permittee relinquishes this permit, the permittee shall vacate the premises, remove the permittees property, remove any erosion materials entering onto the park, and restore the site to a condition satisfactory to the NPS. If this permit is revoked, the permittee will do the same within the time granted by the NPS. If the permittee fails to remove the property and restore the site, at the option of the NPS: Said property shall become the property of the United States without compensation therefore, or, The NPS may have the property removed and the premises restored at the expense of the permittee, and no claim for damages against the United States or its agents shall be created by or made on account of the removal and restoration work.

47. The permittee shall be responsible for the cost and repairs to any structures, facilities, installation, sod, soils, or landscape vegetation on park land damaged by the work authorized under this permit and shall, at the direction of the NPS, submit detailed plans for the repair, restoration and/or replacement of such.

48. Where Turf has been damaged, the area of turf must be replaced using the following steps: Aerate soil in damaged area. Remove damaged turf with a sod cutter set at a standard depth. Prep area for sod, to be approved by NPS. Sod type specified by NPS installed. Irrigate as needed until roots are established. Fertilize per NPS specifications. NPS acceptance of the area: 90% covered with turf and 4" roots. Only natural materials will be used to stabilize turf (no plastic or synthetic materials).

49. All soils that are placed, or are in any way impacted, by this project shall be subject to testing, replacement, amendment and certification by the permittee to the effect that the finished soils qualities shall support successful tree and other landscape plant growth. Certification shall include all testing or origin documentation necessary to allow adequate NPS review. Compacted soil conditions resulting from project activities shall be corrected to a depth of not less than 3 feet below finished grade to a density of not more than 75 percent compaction. Whenever a hole is dug, existing sod should be stripped first and discarded. 6" of soil should be placed in a manner that will allow for re-use during restoration. If soil is not separated out, 6" of NPS approved sandy loam will be installed to finish grade.

50. All sidewalks, curbing and roadbed either damaged or removed shall be replaced with approved materials to match existing (NPS POC should be contacted prior to completion of permit for appropriate specs).

## COVID Requirements

51. In accordance with mask wearing requirements in the Superintendent's Compendium all individuals over the age of two years are required to wear masks in park areas when a physical distance of 6 feet or more is not possible; unless actively eating or drinking in all park areas. Masks must cover the nose and mouth and fit snugly around the nose and chin with no large gaps around the sides of the face. Novelty/non-protective masks, masks with ventilation valves, or face shields do not meet the Center for Disease Controls recommendations. Permittee is required to inform all participants at event of this requirement and ensure compliance. Permittee is required to adhere to the most current NPS policies regarding mask wearing.

52. In accordance with mask wearing requirements in the Superintendent's Compendium all individuals over the age of two years are required to wear masks in park areas when a physical distance of 6 feet or more is not possible; unless actively eating or drinking in all park areas. Masks must cover the nose and mouth and fit snugly around the nose and chin with no large gaps around the sides of the face. Novelty/non-protective masks, masks with ventilation valves, or face shields do not meet the Center for Disease Controls recommendations. Permittee is required to inform all participants at event of this requirement and ensure compliance. Permittee is required to adhere to the most current NPS policies regarding mask wearing.

53. Permittee is required to submit a COVID-19 Safety Plan detailing the implementation of COVID-19 prevention measures to protect themselves, event participants, and other park users. The COVID-19 Safety Plan may include wearing of masks, six-foot social distancing, disinfection and/or one-person use of all equipment, use of hand sanitizer and/or handwashing, and/or other measures as needed. It is recommended the permittee consult the CDC guidance on public gatherings to develop mitigation plan.

# Exhibit B

## SPECIAL USE PERMIT

| **Permittee information** |
|---|
| Permittee name: |
| Louis Arguello |
| Company/Organization: |
| District of Columbia Water and Sewer Authority |
| Street address: |
| 5000 Overlook Avenue SW |
| City: |
| Washington |
| State: |
| DC |
| Country: |
| USA |
| Zip code: |
| 20032 |
| Mobile phone number: |
| (202) 787-7075 |
| Fax number: |
| NA |
| Email address: |
| Louis.Arguello@dcwater.com |

**Park alpha code:** NAMA, ROCR, NACE, GWMP, CHOH, and PRPA

**Permit #** NCR-6000-23-001

**Type of use:**
☐ Special event
☐ Filming or still photography
☐ Demonstration, sale or distribution of printed matter, etc.
☐ Agricultural or grazing
☒Other: See Below

**NEPA compliance:**
☐Categorically excluded
☐EA/FONSI
☐EIS
☒PEPC #
☐Other ______________________________

**Authorizing legislation or other authority:**
☐54 U.S.C. § 100101
☐54 U.S.C. § 100751(a)
☐54 U.S.C. § 103104
☐54 U.S.C. § 100905 (still photography)
☒Other authority: 16 U.S.C. §§ 1-4
☐Park-specific legislation:______

The Permittee is authorized to use the following described lands or facilities in National Mall and Memorial Parks (Park), Rock Creek Park, National Capital Parks – East, George Washington Memorial Parkway, Chesapeake and Ohio National Historical Park, and President's Park: DC Historic Boundaries (Permitted Area). The Permittee may use those lands or facilities only for the following purpose:

General Site Visits
- Non-intrusive site walks to:
  - locate and observe existing infrastructure.
  - gather data on possible re-alignments or proposed alignments.
  - gather data for NEPA.
  - gather visual data for urgent repairs and identify permitting and approval needs.
  - discuss NEPA and Permitting and urgent repairs with NPS and other regulators.
  - gather information for Section 106 requirements. Neither digging nor vegetation removal of any kind are allowed.

Examples of General Site Visit Materials
- Clip boards/paper, reference maps/materials, writing utensils, tablet, GPS, camera, tape measure, calipers, picks for removing water and sewer infrastructure lids, and other small non-intrusive equipment may be used for inspection, assessment, and documentation purposes.

Surveying
- Non-intrusive tree and vegetation surveys.
- Non-intrusive wetlands surveys.
- Topographic surveys – controls will be set with nails and/or rebar and caps.
- Bathymetric surveys in streams or pools within Park Units.
- Property boundary surveys.
- Survey of existing infrastructure and conditions within one hundred (100) feet of existing water and sewer infrastructure.
- Non-intrusive site walks to gather information for Section 7 requirements regarding species and habitat identification and delineation.

- Inspections and Monitoring
- Internal inspections that occur within existing pipes and structures (e.g. catch basins/inlets, pipelines, manholes, valve casings, pump stations, odor control facilities, and other water and sewer structures).
- Condition assessments using pole cameras, CCTV, Multi-Sensor Technology (CCTV+Laser+Sonar), PipeDiver or other similar non-intrusive technologies.
- If access lids or panels are bolted or welded, permittee may remove for inspection and re-bolt or re-weld upon completion.
- Operation and maintenance of existing facilities
    - Cleaning within existing pipelines (e.g. jetting).
    - Short-term maintenance within existing pump stations and odor facilities not involving changes to exterior of structures.
    - Adjust stop logs and orifice plates which are located within existing pipelines.
    - Installation of flow meters for below-grade facilities.

Examples of Surveying Materials
- Temporary flagging, staking, or chalk may be used
- Standard survey equipment

The location of related structures and facilities are depicted in NPS Drawing Nos. 802_ 108057 and 802_ 108058. Note: all activities are subject to the attached conditions and require advance scheduling with staff of the affected parkland.

This permit begins at 6/1/2023 and expires 6/1/2028

| | | | |
|---|---|---|---|
| Application fee | Received ______ | Not Required _x____ | Amount $ 250.00 |
| Performance bond | Received ______ | Not Required __x____ | Amount $ ______________ |
| Liability insurance | Received ______ | Not Required ___x____ | Amount $ ______________ |
| Cost recovery | Received ______ | Not Required __x____ | Amount $ ______________ |
| Location fee | Received ______ | Required _____ | Amount $ ______________ |
| Other authorized fee | Received ______ | Required _____ | Amount $ ______________ |

Issuance of the permit is subject to the below-listed general and park-specific terms and conditions. The undersigned hereby accepts this permit subject to those terms and conditions and agrees to be bound by them.

| | | |
|---|---|---|
| Louis Arguello Digitally signed by Louis Arguello DN: C=US, E=louis.arguello@dcwater.com, O=DC Water, OU=DETS - Planning Branch, CN=Louis Arguello Date: 2023.01.31 16:17:52-05'00' | Supervisor, Interagency Planning & Permitting | 1/31/2023 |
| Permittee signature | Title: | Date: |
| JEFFREY REINBOLD Digitally signed by JEFFREY REINBOLD Date: 2023.02.13 08:12:14 -05'00' | Superintendent | 2/13/2023 |
| National Mall and Memorial Parks | Title: | Date: |
| BRIAN JOYNER Digitally signed by BRIAN JOYNER Date: 2023.04.03 16:52:37 -04'00' | | |
| Rock Creek Park | Title: | Date: |
| MICHAEL COMMISSO Digitally signed by MICHAEL COMMISSO Date: 2023.02.13 16:59:16 -05'00' | Deputy Superintendent | 2/13/2023 |
| National Capital Parks – East | Title: | Date: |
| Charles Cuvelier Date: 2023.04.11 12:59:10 -04'00' | Superintendent | 4/11/2023 |
| George Washington Memorial Parkway | Title: | Date: |
| JOHN NOEL Digitally signed by JOHN NOEL Date: 2023.04.04 11:38:23 -04'00' | Deputy Superintendent | 4/4/23 |
| Chesapeake and Ohio National Historical Park | Title: | Date: |
| [signature] Digitally signed by JOHN STANWICH Date: 2023.02.14 08:00:45 -05'00' | Superintendent | 2/14/2023 |
| President's Park: DC Historic Boundaries | Title: | Date: |

**General Terms and Conditions**

1. The Permittee must perform the work or conduct the activities authorized by this permit in accordance with the permit's terms and conditions and in accordance with all applicable federal, state, or local law, including the regulations in 36 C.F.R. chapter I; the regulations in 43 C.F.R. part 5; and all applicable workplace-safety and public-health orders, rules, and requirements. If the Permittee fails to do so, then the Superintendent of National Mall and Memorial Parks (Superintendent) may immediately suspend or revoke this permit without notice.

2. The Superintendent may immediately suspend or revoke this permit without notice if destruction of, loss of, or injury to any park property or resource has occurred, is occurring, or appears imminent. In accordance with the System Unit Resource Protection Act, 54 U.S.C. §§ 100721-100725, any person that destroys, causes the loss of, or injures any park system unit resource will be liable to the United States for response costs and damages resulting from the destruction, loss, or injury.

3. The Superintendent may revoke this permit at any time after providing 24 hours' written notice to the Permittee setting forth the reasons for the revocation.

4. If this permit is revoked for any reason or upon its expiration, the Permittee must repair all damage to park property or resources in accordance with the Superintendent's direction and must restore the Permitted Area to its original, pre-permit condition.

5. The Permittee must obtain all federal, state, or local permits, licenses, inspections, or other reviews or approvals legally required to perform the permitted work or conduct the permitted activities.

6. This permit does not grant the Permittee exclusive use of the Permitted Area. Unless the Superintendent restricts public access to or closes the Permitted Area in accordance with 36 C.F.R. § 1.5, the Permitted Area will remain open to the public to the same extent that it is open to the public during regular park visiting hours, and the permitted work or activities may not unduly interfere with the public's use and enjoyment of the Permitted Area.

7. This permit may not be transferred or assigned to another party without the Superintendent's prior written approval.

8. The Permittee waives all demands, claims, and causes of action against the United States and its officers, employees, agents, and representatives, and releases the United States and its officers, employees, agents, and representatives from all liability, arising out of or resulting from the permitted work or activities. The National Park Service issues this permit upon the express condition that the United States and its officers, employees, agents, and representatives will be free from all liability of any sort whatsoever arising out of or resulting from the permitted work or activities. ~~Accordingly, the Permittee hereby agrees to indemnify, defend, and save and hold harmless the United States and its officers, employees, agents, and representatives from and against all liability of any sort whatsoever arising out of or resulting from the permitted work or activities.~~

9. ~~If the Superintendent requires liability insurance as a condition of issuing this permit, then the Permittee must obtain general liability insurance against claims occasioned by the acts or omissions of the Permittee and its officers, employees, agents, representatives, and contractors while performing the work or conducting the activities authorized by this permit. The policy must be in the amount of **$1,000,000 per Occurrence, $3,000,000 aggregate**; must be issued by a company licensed to do business and in good standing in Washington, DC, and must name the United States of America as an additional insured. The Permittee must provide the Superintendent with a Certificate of Insurance with the proper endorsements before the permit's effective date.~~

10. ~~If the Superintendent requires a bond as a condition of issuing this permit, then the Permittee must deposit with the Park, before the effective date of this permit, a bond in the amount of $___TBD__________ from a bonding company licensed to do business and in good standing in Washington, DC or in the form of cash or cash equivalent, to guarantee that all financial obligations to the Park will be satisfied.~~

11. As authorized by 54 U.S.C. § 103104 or 54 U.S.C. § 100905 and in accordance with other applicable law and policy, the National Park Service will recover all costs of providing necessary services associated with this permit, including the costs of administering the permit and monitoring the permitted work or activities. The National Park Service may bill the Permittee for either actual costs or estimated costs. Payment is due at the time of billing. If the National Park Service bills the Permittee for estimated costs, and actual costs exceed the estimated amounts, then the National Park Service will bill the Permittee for the excess. If the National Park Service bills the Permittee for estimated costs, and actual costs are less than the estimated amounts, then the National Park Service will refund the difference to the Permittee after the permitted work or activities have concluded and the permit has expired or been terminated. Under no circumstances will the National Park Service be liable for interest on any refunded amount.

12. The Permittee designates Louis Arguello, (202) 787-7075, as the on-site person responsible for adherence to the permit's terms and conditions. The on-site person must have full authority to make all decisions about the permitted work or activities; must be reachable at all times; and is responsible for all persons or entities performing the permitted work or activities, including the Permittee's contractors and subcontractors.

13. Nothing in this permit binds the National Park Service to expend in any one fiscal year any sum in excess of appropriations made by Congress or allocated by the National Park Service for the purpose of this permit, or to involve the National Park Service in any contract or other obligation for the further expenditure of money in excess of such appropriations or allocations.

14. If any provision of this permit is found to be invalid or unenforceable, the remaining provisions of this permit will not be affected and may be enforced to the full extent authorized by applicable law.

15. Use of the National Park Service Arrowhead Symbol is governed by 36 C.F.R. part 11. The Arrowhead Symbol is the official emblem and a registered trademark of the National Park Service. The National Park Service must authorize any use of the Arrowhead Symbol, including incidental use. Using the Arrowhead Symbol for advertising, promotional, or other commercial purposes is prohibited. Unauthorized use of the Arrowhead Symbol may subject an individual to criminal penalties under 18 U.S.C. § 701.

16. Approval of the special use permit does not constitute and should not be construed as a Government endorsement of the permittee's views, activities, products, goods, services, or enterprise. The permittee shall not refer to special use permits awarded by the National Park Service for commercial purposes, in advertising, or in a manner which states or implies that, by issuing the special use permit, the views, activities, products, goods, services, or enterprises undertaken pursuant to this permit are approved of or endorsed by the Government.

17. Credit Lines may be approved through additional terms and conditions.

18. Federal regulations prohibit any person from knowingly giving false information on an application for a permit and from knowingly giving a false report for the purpose of misleading a government employee or agent in the conduct of official duties. 36 C.F.R. §§ 2.32(a)(3) and 2.32(a)(4). Any violation of those regulations will result in this permit’s immediate revocation.

## Anti-Deficiency/Indemnification Requirements

19. Nothing herein contained shall be construed as binding the District of Columbia to expend in any one fiscal year any sum in excess of appropriations made by Congress or administratively allocated for the purpose of this permit for the fiscal year, or to involve the District in any contract or other obligation for the further expenditure of money in excess of such appropriations or allocations.

20. The Permittee must require all of its contractors performing work or conducting activities authorized by this permit to execute written agreements to indemnify and hold harmless the United States of America and its officers, employees, agents, and representatives from and against all claims, causes of action, and liability of any sort whatsoever (including the costs of defending against any claim or cause of action) resulting from or arising out of the work or activities authorized by this permit.

21. The Permittee must provide the Superintendent with copies of all executed indemnification agreements before the effective date of this permit.

## Insurance Requirements

22. The Permittee must require all of its contractors performing work or conducting activities authorized by this permit to procure and maintain in force and effect during the permit’s term commercial general liability insurance against claims occasioned by the acts or omissions of the Permittee or its contractor or their officers, employees, agents, and representatives in performing the work or conducting the activities authorized by this permit. The policy must be in the amount of $1 MILLION per occurrence and $3 MILLION in the aggregate; must be underwritten and issued by a United States company or companies authorized to do business and in good standing in the District of Columbia; and must name the United States of America as an additional insured. The Permittee must provide the Superintendent with a copy of the certificate of insurance with the proper endorsements before the effective date of this permit.

## Renewals/Permitting Requirements

23. This permit can be renewed after 5 years with no additional permit fee required. The renewal process will require contacting the appropriate NPS Park SUP coordinator, providing a copy of the fully executed permit, and requesting in writing (by email) that the permit be renewed for another 5 years.

24. Work not specified in this Permit shall not be performed without additional written permission from the respective park Superintendent (or delegate). Conducting any activities at sites not identified prior to the commencement of work, or performing activities outside the scope of this permit, is prohibited.

| NPS Infrastructure Notice Requirements |
|---|

25. The NPS must notify and consult with DC Water if the infrastructure in place under this permit comes into conflict with any future NPS plans. NPS notification will be issued to the DC Water contact on this permit in writing (by email) at least 30 days prior to any action being taken that would displace or impact DC Water infrastructure authorized under this permit.

| DCWASA Notice Requirements |
|---|

26. This permit authorizes non-intrusive activities only. This permit does not authorize any digging. NPS may authorize minor hand digging, such as digging within 2 feet of an existing manhole within previously disturbed ground; digging around side posts; or other minimal disturbance as determined by NPS. Probe rods approximately 3/8" diameter are not considered intrusive. More than minimal disturbance shall require separate permitting. The determination regarding the extent of any disturbance shall be in the sole discretion of the respective park Superintendent (or delegate).

27. Notice to NPS is not required for erosion inspection program since it is based on rain events.

28. Communication and scheduling shall be as follows:

    a. The NPS Point of Contact (POC) for the relevant park shall be notified in writing at least three (3) business days prior to the anticipated commencement of fieldwork. Greater advance notice (more than three (3) business days in advance) is encouraged to allow sufficient time for NPS review of the request prior to the anticipated start date. The DC Water project manager will provide a work schedule, contact information, and description of the activity.

    b. The NPS POC will respond to the request. The NPS POC will inform DC Water of potential cost recovery charges. Prior to granting access, the NPS POC may require a pre-activity meeting to discuss equipment needs and options, staging, and access requirements. For access, consideration of unique circumstances, timing, or other factors may impact the decision of the NPS POC; however, the NPS will not unreasonably withhold permission for access. Examples of constraints on access include, but are not limited to, the following: President's Park will require security clearance arrangements, as well as a pre-activity meeting. For some parklands (NAMA and ROCR), timing of access may be affected by the large volume of special events and/or ongoing construction.

    c. The NPS POC will be notified upon completion of the work and, depending on the project, may require a post-project inspection, which DC Water must attend, and post-project mitigation to restore damaged resources, which DC Water must complete with all deliberate speed.

    d. DC Water shall provide oversight of all activities authorized under this permit. and shall ensure adherence to conditions by Individuals, groups, contractors, or others acting on behalf of DC Water. The DC Water primary or secondary contact (below), or a delegate with the same authority (and contact information provided to the NPS), shall be available by phone during work on parkland.

    e. DC Water must also submit a brief description and location map of the activity demonstrating that it falls within the activities as described above.

    f. <u>DC Water contacts:</u>

       Primary contact: Supervisor, Interagency Planning and Permitting (Louis "Louie" Arguello 202-787-7075 or Louis.Argullo@dcwater.com)

       Secondary contact: Shenica Knowles, Public Space Administrator, shenica.knowles@dcwater.com, 202-787-7009

       Clean Rivers Contact: Director, Clean Rivers (Moussa Wone 202-787-4729 or Moussa.Wone@dcwater.com)

       Operations Contact: Supervisor, Utility Services (Tiffani Bing 202-612-3404 or Tiffani.Bing@dcwater.com)

       DC Water will notify all NPS Park Unit contacts and NPS Region in the event a DC Water contact changes or their contact information changes.

    g. <u>NPS POCs:</u>

| |
|---|
| CHOH: Mary Kate Gentile (Mary_Gentile@nps.gov); additional contact Ed Wenschhof (Ed_Wenschhof@nps.gov, 240-291-0677); general email copermitsoffice@nps.gov |
| GWMP: Peter McCallum (peter_mccallum@nps.gov, 703-419-6435 or 202-439-7322) |
| NAMA: Jason Jimenez-Pisani (Civil Engineer) (jason_jimenez-pisani@nps.gov); general phone |

| |
|---|
| 202-245-4715 |
| PRPA/WHHO: Tom Greer (Thomas_Greer@nps.gov) |
| NACE: Jamese Hemsley (Jamese_Hemsley@nps.gov, 202-690-5163 or 202-345-7454); Lara Hannon, (Lara_Hannon@nps.gov, 202-437-1747) |
| ROCR: Nick Bartolomeo (Nick_Bartolomeo@nps.gov, 202-895-6010 or 202-579-8494); additional contact Jamie Euken (Jamie_Euken@nps.gov, 202-895-6013 or 202-369-4537) |
| NCRO: Hannah Dean (Hannah_Dean@nps.gov, 202-672-3052) |

NPS will notify all DC Water contacts in the event a NPS contact changes or their contact information changes.

29. The Permitee shall comply with alt instructions issued by the U.S. Park Police and the Superintendent (or delegate). Notify the U.S. Park Police, and then the NPS POC, in the event of emergencies, accidents, or injuries: U.S. Park Police Dispatch at 202-610-7500.

## Vegetation Restrictions/Conditions

30. No vegetation on parkland may be cut or destroyed without first obtaining advance written authorization from the respective park Superintendent (or delegate). If authorized, work impacting vegetation shall be mitigated as follows:

    a. Each tree located within the limits of disturbance, or in the immediate vicinity, with a diameter at breast height (dbh) of three inches (3") or more will be encircled with wooden snow fencing along its drip line. Only hand tools may be used within the drip lines of these trees. Note there shall be no digging of any kind permitted within these drip lines, unless specifically authorized in writing by the NPS. Hazard and invasive trees may be removed with NPS approval.

    b. Damaged shrubs or trees will be replaced in kind. Tree size replacement wilt be on a one-to-one basis, dbh. Only trees approved by the NPS can be used. Permittee will be responsible for the maintenance of such replacement vegetation for one (1) year, following project completion.

    c. All damaged turf areas will be restored with clean fill (including at a minimum a 6-inch (6") layer of top soil) and sod to establish a uniform stand of turf in accordance with the NPS-NCR "Turf Maintenance Specification" (available upon request).

31. Use of pesticides and/or herbicides on parklands Is prohibited without prior written approval by respective park Superintendent (or delegate).

32. For all surveys, if approved by NPS, light trimming of vegetation for site lines may be necessary, but will be minimized by tying branches or vegetation as much as possible to limit disturbance to the park.

33. If NPS authorizes the use of small foil tree tags, each tree will be numbered with a foil tree tag for survey crews to utilize and facilitate discussions during site walks with NPS personnel. Temporary tags will be removed when directed by NPS or once construction starts.

## Transportation/Vehicle related Conditions

34. Vehicles shall be kept to a minimum and restricted to paved surfaces or other areas designated by the NPS. For designated parking areas off-road, the NPS will notify the Permittee of any requirements for rigid decking, such as DuraDeck, MatraxHD, or similar material. Parked vehicles shall not block access to park areas and parkland. Employees' personal vehicles shall not be parked on parkland.

35. Any nearby bicycle/pedestrian trail or parking lot must remain open at all times or as approved by NPS.

36. Access to off road park areas shall not be undertaken during wet conditions or within forty-eight (48) hours after a rain event, unless authorized by respective park Superintendent (er delegate). Includes passenger vehicle and/or construction equipment (e.g., backhoe) access. Walking to access off road park areas shall be permitted.

## Natural and Cultural Resource Protection Requirements

37. All survey permissible temporary flagging, stakes, or markings shall be removed after needed data is recorded. No permanent or semi-permanent markings are authorized without express approval of Parks.

38. All work and access areas that are disturbed as a result of work performed under this Permit shall be immediately restored to

the satisfaction of respective park Superintendent (or delegate) at the Permittee's expense.

39. Unanticipated Discoveries - throughout the term of this permit, the Permittee shall halt any activities and notify the respective park Superintendent (or delegate) upon discovery of threatened or endangered species or archeological, paleontological, or historical findings. All artifacts unearthed shall remain the property of the NPS. Should the Permittee uncover what appears to be something of archeological significance, work will cease in the affected area to permit proper investigation of the find. The NPS will determine when work may resume.

40. All waste, litter and debris generated by the Permittee will be removed from parkland daily so that the park and work area are maintained in a clean and presentable condition at all times.

41. Porta potties shall be a minimum 50 ft from a body of water, 10 feet from a storm drain, and outside the tree dripline. If this can't be met, secondary containment may be required.

42. Spills - The Permittee assumes liability for all activities, releases, incidents and events caused by or associated with any permitted activity, including any and all releases and/or discharges of hazardous substances, petroleum products, and non-hazardous wastes into the environment resulting from project activities. The Permittee will assume responsibility for cost, repairs, and/or restoration to areas damaged by any such releases and discharges.

    a. No refueling or maintenance of equipment on park property is permitted; neither Is the storage of hazardous materials. To operate equipment requiring hazardous material (e.g., gasoline) on-site, an approved Spill Response Kit must be present at all times, and any personnel working at the site shall be trained in the use of the Kit. All spills of a contaminant or hazardous material must be immediately addressed, as outlined below.
    b. In the event of any action or occurrence during the performance of the permitted activities, which causes or threatens a release of a hazardous substance Into the environment that constitutes an emergency situation or may present an immediate threat to public health or welfare or the environment, the Permittee shall immediately take all appropriate action to prevent, abate or minimize such release or threat of release, and shall immediately notify the U.S. Park Police Dispatch and the NPS Point of Contact (POC).
    c. Nothing in the preceding paragraphs shall be deemed to limit any authority of the United States to take all appropriate action to protect human health and the environment or to prevent, abate, respond to or minimize an actual or threatened release of hazardous substances on, al or from the affected site. Nor to direct or order such action, or seek an order from the requisite Court, to protect human health and the environment or to prevent, abate, respond to or minimize an actual or threatened release of hazardous substances on, at or from the affected site.
    d. "Hazardous substance• shall, for purposes of this Permit. be defined as including any material containing a "hazardous substance"· pursuant to CERCLA section 101 (14), 42 USC section 9601 (14) or any petroleum product or waste.

## On Site Requirements

43. The Permittee shall be responsible for the provision and maintenance of proper signs, barricades or other means of warning motorists and pedestrians of danger during all periods of activity on parkland. Any traffic control measures shall be in accord with the Manual of Uniform Traffic Control Devices.

44. The Permittee will be responsible for locating all utility lines on NPS property in the vicinity of the Permittee's water and sewer Infrastructure in advance of the work, to avoid damages to the facilities. If any underground utilities are damaged or disrupted by the work, they shall be repaired or restored by the Permittee, at its expense.

45. Permittee hereby agrees to be fully responsible for the management, performance, use, and safety of all operations conducted by, or on behalf of the Permittee upon NPS administered property. All reasonable safety measures shall be installed and maintained where risks or potential hazards are likely or evident. If unsafe conditions or unexpected damages to park resources are evident, the NPS reserves the right to halt all project work occurring on parkland until appropriate corrective measures can be taken.

46. The Permittee will maintain a copy of this Permit at the work site at all times.

## Data Sharing Requirements

47. The Permittee will provide to the NPS a copy of all Geographic Information System (GIS) information or any other survey information gathered on NPS lands, upon request.