**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br>*Plaintiffs*,<br>*vs.*<br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>*Defendants*. | Case No. 1:26-cv-477-ACR |

**PLAINTIFFS' SECOND MOTION FOR EXPEDITED DISCOVERY**

Plaintiffs hereby move the Court to grant leave for Plaintiffs to subpoena, pursuant to Federal Rule of Civil Procedure 45, evidence that will support Plaintiffs' forthcoming motion for a preliminary injunction.

Plaintiffs seek documents and deposition testimony from the National Links Trust, which held a 50-year lease at East Potomac Golf Course from 2020 until 2025, then remained as East Potomac's operator in a holdover capacity until November 15, 2026. The circumstances concerning the November 2026 forced departure are relevant and pertinent to Plaintiffs' argument that Defendants ousted the National Links Trust in November 2026 as a step in implementing the Washington National Plan and to engineer grounds to close the golf course and East Potomac Park by leaving East Potomac Golf Course without an operator. Such discovery is permissible, in an APA case such as this, "when there has been a strong showing of bad faith or improper behavior or when the record is so bare that it prevents effective judicial review." *Menkes v. Dep't of Homeland Sec.*, 637 F.3d 319, 339 (D.C. Cir. 2011) (citation omitted). Discovery in such cases "is not so much 'fact-finding' as it is 'filling in gaps . . . to determine what the agency actually did.'" *AFL-CIO v. Dep't of Lab.*, 349 F.R.D. 243, 249 (D.D.C. 2025) (quoting *Marshall Cnty. Health Care Auth. v. Shalala*, 988 F.2d 1221, 1227 (D.C. Cir. 1993)). And Plaintiffs' expedited discovery requests satisfy the five-factor reasonableness test that this Court applies under *Guttenberg v. Emery*, 26 F. Supp. 3d 88, 98 (D.D.C. 2014).

Therefore, and for the reasons explained in the Memorandum accompanying this Motion and supporting exhibits, the Court should grant Plaintiffs leave to serve the subpoenas and document requests attached as Exhibits to Plaintiffs' Motion.

Dated: November 18, 2026 RESPECTFULLY SUBMITTED,

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1653213)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowelland
associates.com
Chayes-Deats@lowellandassociates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
norman@democracydefenders.org

*/s/Anna Deffebach*
Anna Deffebach (Bar No. 241346)
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Kevin E. Friedl (Bar No. 90033814)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
kfriedl@democracyforward.org
adeffebach@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

*Counsel for Plaintiffs*