**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants*.

Case No. 1:26-cv-477-ACR

**[PROPOSED] ORDER ON PLAINTIFFS' SECOND MOTION FOR EXPEDITED DISCOVERY**

Upon consideration, the Court finds and concludes, for the reasons stated in Plaintiffs' Memorandum in Support Plaintiffs' Motion for Expedited Discovery, that Plaintiffs' motion should be GRANTED.

Accordingly, Plaintiffs may serve the subpoenas attached as Exhibits to Plaintiffs' Motion under Federal Rule of Civil Procedure 45 on National Links Trust.

SO ORDERED.

DATED: _______________

_______________________
Hon. Ana C. Reyes
United States District Judge