AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| DC PRESERVATION LEAGUE et al.<br>*Plaintiff*<br>v.<br>DEPARTMENT OF INTERIOR et al<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00477-ACR |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs, DC Preservation League, et. al. .

Date: 11/19/2026

/s/ Monisha Cherayil
*Attorney's signature*

Monisha Cherayil, PHV, 18822
*Printed name and bar number*

DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003

*Address*

monisha@democracydefenders.org
*E-mail address*

(202) 594-4498
*Telephone number*

(208) 493-4909
*FAX number*