**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DC PRESERVATION LEAGUE, *et al.*,

*Plaintiffs*,

*vs.*

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

*Defendants*.

Case No. 1:26-cv-477-ACR

**PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME**

Plaintiffs respectfully request a 21-day extension of time, until Monday, December 21, to file their response to Defendants' motion for summary judgment, ECF 75. This is Plaintiffs' second request for an extension. They previously sought, and the Court granted, a 30-day extension of time, until November 30. Counsel for Defendants have indicated that Defendants consent to requested extension.

Defendants filed their motion on October 9, the same day they announced to the Court and Plaintiffs their imminent plans to fell hundreds of healthy, noninvasive trees on East Potomac Golf Course. Since then, the parties have engaged in, and the Court has resolved, three rounds of preliminary-relief briefing that have involved multiple oral arguments and evidentiary hearings, as well as significant ancillary motions practice. The parties are currently engaged in a fourth round of preliminary relief-briefing. Meanwhile, proceedings appear likely to multiply in the court of appeals, where two appeals are now pending.

Good cause exists to grant the requested extension. First, the repeated rounds of emergency litigation necessitated by Defendants' conduct with respect to East Potomac Park—on top of the ordinary press of counsel's other substantial workloads—has necessarily delayed

preparation of Plaintiffs' response to the summary judgment motion. Second, Plaintiffs require additional time in order to ensure that their response reflects the expanded factual record that has emerged since early October, as well as the Court's legal holdings, as applicable. Third, the modest extension requested will not prejudice Defendants, burden the Court, or impede the prompt and orderly resolution of this litigation in due course. Fourth, the requested extension is appropriate given that Plaintiffs' existing deadline of November 30 falls immediately after the upcoming Thanksgiving holiday.[1]

Dated: November 19, 2026

Respectfully submitted,

/s/ Will Bardwell
Will Bardwell (Bar No. 90006120)
Mark B. Samburg (Bar No. 1018533)
Kevin E. Friedl (Bar No. 90033814)
Anna L. Deffebach (Bar No. 241346)
Catherine M.A. Carroll (Bar No. 497890)
Robin F. Thurston (Bar No. 7268942)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
T: (202) 448-9090
wbardwell@democracyforward.org
msamburg@democracyforward.org
kfriedl@democracyforward.org
adeffebach@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

Abbe David Lowell (Bar No. 358651)
Caleb Hayes-Deats (Bar No. 1653213)
Jack Bolen (Bar No. 90031046)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street, N.W., Suite 250
Washington, DC 20005
T: (202) 964-6110
F: (202) 964-6116
ALowellpublicoutreach@lowellandassociates.com
Chayes-Deats@lowellandassociates.com
JBolen@lowellandassociates.com
AReilly@lowellandassociates.com

Norman L. Eisen (Bar No. 435051)
Lindsay Zimliki (Bar No. 475890)
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE #15180
Washington, DC 20003
T: (202) 601-8678
Norman@democracydefenders.org
Lindsay@democracydefenders.org

*Counsel for Plaintiffs*

[1] Plaintiffs anticipate that their response to Defendants' summary judgment motion might seek further factual development through Rule 56(d).