**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' NOTICE**

On November 14, 2026, the Court entered a Temporary Restraining Order. Dkt. No. 159. As a part of that Order, the Court ordered:

> All other portions of East Potomac Park south of Buckeye Drive SW, including Ohio Drive SW, shall remain open to the public, … except as needed to address articulated, imminent threats to public safety. Any temporary closure … to address an imminent public safety threat shall be only to the extent and for the duration reasonably necessary to protect public safety during the …resolution of the threat;
>
> … If an imminent threat to public safety requires closure of any part of the Course or any part of East Potomac Park south of Buckeye Drive SW, or requires any restriction of public access to any part of the Course or any part of East Potomac Park south of Buckeye Drive SW, Defendants may close or restrict the area immediately surrounding the hazard without advance notice to the Court, but with written notice to the Court and Plaintiffs within 24 hours of initiating any closure or access restriction. Such notice shall contain a description of the public safety threat, the scope and duration of the closure or restriction, and an explanation of the need for the closure or restriction. Such notice shall include a sworn declaration from a senior National Park Service employee attesting to the threat and the need for the taken action to address it[.]

*Id.* 29.

Consistent with the Court's Order, Defendants hereby provide notice of the following road closures that the NPS expects to put into effect along Ohio Drive, SW, on November 21, 2026, and on certain specified dates thereafter, in conjunction with permitted road-race events:

(1) *Description of the Public Safety Threat*. The NPS anticipates that permitted road-race events may occur, which would create a risk of serious or potentially fatal collisions between motor vehicles and race participants in the absence of a road closure.

(2) *Scope and Duration of Closure or Restriction*. During the next 30 days, absent closure of East Potomac Park south of Buckeye Drive, SW pursuant to the NPS's November 12, 2026 Record of Determination, the NPS anticipates that as many as four permitted road-race events may occur on Ohio Drive, SW, in East Potomac Park, including the following potential events:

- November 21, 2026: 5K/10K run
- November 29, 2026: 5K/10K run
- December 6, 2026: Event run
- December 19, 2026: Event run

Each event is likely to require the NPS to close the roadway of Ohio Drive, SW, to vehicle traffic from a point just south of the East Potomac Golf Course parking lot, around Hains Point, to the southwestern intersection of Ohio Drive and Buckeye Drive, SW. This closure typically lasts from 5:00am to 9:30am on the day of the race.

(3) *Explanation of the Need for the Closure or Restriction*. Consistent with long-standing policy, events of this kind require temporary closures of roadways to ensure the safety of participants and other visitors, including by preventing serious or potentially fatal collisions between motor vehicles and race participants.

These routine, temporary closures are consistent with East Potomac Park's historical operating practices, and may occur in the future. This notice is accompanied by a sworn declaration from Dr. Kevin Griess attesting to the public safety hazards posed by these road races and the need for the taken action to address it. *See* Exhibit 1.

In accordance with the Court's Temporary Restraining Order, the above closures do not otherwise restrict or exclude the public from East Potomac Park south of Buckeye Drive, SW, or the East Potomac Golf Course, and those areas remain open to the public. *See* Order 28-29, Dkt. 159. In accordance with the Court's Amended Order, Dkt. No. 143, the above closures are not anticipated to result in any damage or other impairment to any trees or result in any irreversible modifications to any forms or features within East Potomac Park southeast of Buckeye Drive, SW. *See* Am. Order 1-2, Dkt. No. 143.

Respectfully submitted this 20th of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW J. BLOCK**
Senior Counsel
**ROBERT CROSSIN**
Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*/s/ Michael K. Robertson*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835

Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*