# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DC Preservation League, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Department of the Interior, *et al.*,<br><br>Defendants. | No. 1:26-cv-00477 |

## SUPPLEMENTAL DECLARATION OF DR. KEVIN GRIESS, SUPERINTENDENT OF NATIONAL MALL AND MEMORIAL PARKS, NATIONAL PARK SERVICE

**I, Kevin Griess, Ph.D., declare as follows:**

1. I am the Superintendent of National Mall and Memorial Parks (NAMA), a unit of the National Park System, and have been in that position since December 2024. Prior to that time, I was employed by the U.S. Army as the Deputy Garrison Commander at Fort Bragg in North Carolina. In that role, I was a military City Manager, responsible for all municipal operations for a military city of 135,000.
2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I would testify competently thereto.
3. In my current position I manage and oversee the management, preservation, and protection of over 1,000 acres of federal parkland in Washington, D.C., including the National Mall's iconic monuments and memorials and East Potomac Park. The East Potomac Golf Course (Golf Course) is within East Potomac Park.
4. My declaration supplements my declarations filed previously in this matter.

5. I have received a copy of, and have reviewed, the Court's November 9, 2026, Amended Order, ECF No. 143, and the Court's November 14, 2026, Order, ECF No. 159.

6. During the next 30 days, absent closure of East Potomac Park South of Buckeye Drive, SW pursuant to the NPS's November 12, 2026 Record of Determination, the NPS anticipates that as many as four permitted road-race events may occur on Ohio Drive, SW, in East Potomac Park, including the following potential events:

   - November 21, 2026: 5K/10K run
   - November 29, 2026: 5K/10K run
   - December 6, 2026: Event run
   - December 19, 2026: Event run

7. Consistent with long-standing NAMA policy, events of this kind require temporary closures of roadways within East Potomac Park. These closures are necessary to ensure the safety of participants and other visitors, including by preventing serious or potentially fatal collisions between motor vehicles and race participants.

8. Each permitted road race generally requires the NPS to close the roadway of Ohio Drive, SW, to vehicle traffic from a point just south of the East Potomac Golf Course parking lot, around Hains Point, to the southwestern intersection of Ohio Drive and Buckeye Drive, SW. This closure typically lasts from 5:00am to 9:30am on the day of the race. The following map illustrates the portion of Ohio Drive that the NPS typically closes to vehicle traffic:




I declare under penalty of perjury that the foregoing is true and correct. Executed on November 20, 2026.

Kevin J. Griess 2026.11.20 12:31:07 -05'00'

Kevin Griess, Ph.D.