**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DC PRESERVATION LEAGUE, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:26-cv-477-ACR |

**DEFENDANTS' NOTICE**

On November 14, 2026, the Court entered a Temporary Restraining Order. Dkt. No. 159.

As a part of that Order, the Court ordered:

> All other portions of East Potomac Park south of Buckeye Drive SW, including Ohio Drive SW, shall remain open to the public, … except as needed to address articulated, imminent threats to public safety. Any temporary closure … to address an imminent public safety threat shall be only to the extent and for the duration reasonably necessary to protect public safety during the …resolution of the threat;
>
> … If an imminent threat to public safety requires closure of any part of the Course or any part of East Potomac Park south of Buckeye Drive SW, or requires any restriction of public access to any part of the Course or any part of East Potomac Park south of Buckeye Drive SW, Defendants may close or restrict the area immediately surrounding the hazard without advance notice to the Court, but with written notice to the Court and Plaintiffs within 24 hours of initiating any closure or access restriction. Such notice shall contain a description of the public safety threat, the scope and duration of the closure or restriction, and an explanation of the need for the closure or restriction. Such notice shall include a sworn declaration from a senior National Park Service employee attesting to the threat and the need for the taken action to address it[.]

*Id.* 29.

Consistent with the Court's Order, Defendants hereby provide notice of the following temporary partial closure that the NPS expects to put into effect in light of anticipated flooding beginning on or about November 26, 2026:[1]

(1) *Description of the Public Safety Threat*. The NPS anticipates that flooding may occur at East Potomac Park as a result of anticipated severe weather which would create a risk of serious injury to Park visitors.

(2) *Scope and Duration of Closure or Restriction*. The NPS anticipates the temporary, partial closure will include all of Ohio Drive south of Buckeye Drive SW beginning on Thursday, November 26, 2026, and will end once flooding has subsided, currently anticipated for Saturday, November 28, 2026.

(3) *Explanation of the Need for the Closure or Restriction*. Flooding events of this kind require temporary closures to ensure the safety of Park visitors. Once flooding occurs, the one-way roadway of Ohio Drive and limited access routes significantly reduce the ability of motorists to safely turn around and significantly impact emergency response. Flooded roadways also create hazards associated with stalled vehicles and concealed roadway damage or objects floating within the roadway.

This temporary, partial closure is consistent with East Potomac Park's historical operating practices. This notice is accompanied by a sworn declaration from Michael Commisso, Deputy Superintendent of National Mall and Memorial Parks, attesting to the public safety hazards posed by the anticipated flood waters and the need for the taken action to address it. *See* Exhibit 1.

---

[1] This Notice is being provided now in advance of flooding due to the impending Thanksgiving holiday when the closure is anticipated to begin and the potential unavailability of personnel.

In accordance with the Court's Temporary Restraining Order, the above temporary, partial closure does not otherwise restrict or exclude the public from East Potomac Park south of Buckeye Drive, SW, or the East Potomac Golf Course, and those areas will remain open to the public. *See* Order 28-29, Dkt. 159. In accordance with the Court's Amended Order, Dkt. No. 143, the above closure is not anticipated to result in any damage or other impact to any trees or result in any irreversible modifications to any forms or features within East Potomac Park southeast of Buckeye Drive, SW, nor is it taken in connection with any plan to redesign East Potomac Golf Course. *See* Am. Order 1-2, Dkt. No. 143.

Respectfully submitted this 25th of November 2026.

**STANLEY E. WOODWARD, JR.**
Associate Attorney General

**ANDREW J. BLOCK**
Senior Counsel
**ROBERT CROSSIN**
Counsel
Office of the Associate Attorney General
950 Pennsylvania Avenue
Washington, DC 20530
(202) 514-9500
stanley.woodward@usdoj.gov

**ADAM R.F. GUSTAFSON**
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

**BENJAMIN HAYES**
Deputy Assistant Attorney General

**MARISSA A. PIROPATO**
Deputy Chief (MA Bar No. 651630)

*_/s/ Michael K. Robertson_*
**MICHAEL K. ROBERTSON**
Trial Attorney (DC Bar No. 1017183)
U.S. Department of Justice
Energy & Natural Resources Division
Natural Resources Section
4 Constitution Square
150 M Street NE
Washington, DC 20002
Tel: (202) 598-3835
Email: michael.robertson@usdoj.gov

*Attorneys for Defendants*